| | |
|---|---|
| 1 | Scott R. Mosko (State Bar No. 106070) |
| | FINNEGAN, HENDERSON, FARABOW, |
| 2 |   GARRETT & DUNNER, L.L.P. |
| | Stanford Research Park |
| 3 | 3300 Hillview Avenue |
| | Palo Alto, California 94304 |
| 4 | Telephone:    (650) 849-6600 |
| | Facsimile:    (650) 849-6666 |
| 5 | |
| 6 | Attorneys for Defendant |
| | ConnectU LLC. |

**ADR Filed E-FILING**
MAR - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA    ORIGINAL

| | |
|---|---|
| THE FACEBOOK, INC. | CASE NO. **C07 01389 RS** |
| Plaintiff, | NOTICE OF REMOVAL OF ACTION |
| v. | UNDER 28 U.S.C. § 1441(b) |
| | (FEDERAL QUESTION) |
| CONNECTU LLC (now known as CONNECTU, INC.), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND DOES 1-25, | |
| Defendants. | |

Doc. No. 459320

DEFENDANT CONNECTU, LLC'S NOTICE OF REMOVAL OF ACTION

Dockets.Justia.com

1   TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2   PLEASE TAKE NOTICE that defendant CONNECTU, LLC ("ConnectU") hereby removes to this Court the state court action described below.

1.  The Plaintiff, Facebook, Inc. ("Facebook") brought this action in the Superior Court of the State of California in and for the County of Santa Clara, entitled *The Facebook, Inc. v. ConnectU, LLC, Cameron Wiklevoss, Tyler Wiklevoss, Howard Winklevoss, Divya Narendra, and Does 1-25*, No. 105 CV 047381. An index of the pleadings from the state court action is filed concurrently with this notice. The actual state court pleadings are attached to the "Index of State Court Pleadings."

2.  On February 23, 2007, Facebook filed an Amended Complaint with the state court wherein it added additional counts of (1) Violation of Massachusetts General Law 93A; (2) Violation of California Business and Professions Code § 17529.4; (3) Violation of California Business and Professions Code § 17538.45; (4) Violation of 15 U.S.C. § 7701, et seq (the "CAN-SPAM Act"); and (5) Violation of 18 U.S.C. § 1030 (the "Computer Fraud and Abuse Act" or "CFAA").

3.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it arises under the CAN-SPAM Act, 15 U.S.C. § 7701, et seq., and the CFAA, 18 U.S.C. § 1030.

4.  This Court may exercise supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, over the remaining state law claims in Facebook's Amended Complaint because such claims form part of the same alleged case or controversy as the claims based upon federal law.

///
///
///
///
///
///

## JURISDICTION

This court has original jurisdiction under 28 U.S.C. § 1331 based on a federal question due to Facebook's allegations of violations of 15 U.S.C. § 7701, et seq., and 18 U.S.C. § 1030. This court has supplemental jurisdiction over the remaining state law claims pursuant to 28 U.S.C. § 1367.

Dated:   March 9, 2007

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

By: _____
Scott R. Mosko
Attorneys for Defendant
ConnectU, LLC