The Facebook, Inc. v. Connectu, LLC et al
Case 5:07-cv-01389-RS    Document 3    Filed 03/09/2007    Page 1 of 2
Doc. 3



1   Scott R. Mosko (State Bar No. 106070)
    FINNEGAN, HENDERSON, FARABOW,
2     GARRETT & DUNNER, L.L.P.
    Stanford Research Park
3   3300 Hillview Avenue
    Palo Alto, California  94304
4   Telephone:    (650) 849-6600
    Facsimile:    (650) 849-6666
5

6   Attorneys for Defendant
    ConnectU LLC.
7

8

9                    UNITED STATES DISTRICT COURT   ORIGINAL

10                   NORTHERN DISTRICT OF CALIFORNIA

11                                                  C07 01389 RS

12  THE FACEBOOK, INC.                  CASE NO.

13                  Plaintiff,          **CERTIFICATE OF SERVICE**

14          v.

15  CONNECTU LLC (now known as
    CONNECTU, INC.), PACIFIC NORTHWEST
16  SOFTWARE, INC., WINSTON WILLIAMS,
    AND DOES 1-25,
17
                    Defendants.
18

19

20

21

22

23

24

25

26

27

28

Doc. No. 459323                              CERTIFICATE OF SERVICE

**Filed**
MAR - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING

Dockets.Justia.com

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to this action.

My place of employment and business address is Finnegan, Henderson, Farabow, Garrett, & Dunner,

L.L.P., 3300 Hillview Avenue, Palo Alto, California 94304.  On March 9, 2007, I caused a copy of

the following documents to be served:

- **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (FEDERAL QUESTION)**

- **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

- **INDEX OF STATE COURT PLEADINGS**

- **CERTIFICATE OF SERVICE**

to be served on all parties as follows:

| *Attorneys for Plaintiff* | |
|---|---|
| Monte Cooper, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  650.614.7400<br>Facsimile:  650.614.7401 | ☒ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

I am readily familiar with my firm's practice for collection and processing

correspondence for mailing with the United States Postal Service, to wit, that correspondence be

deposited with the United States Postal Service this same day in the ordinary course of business.  I

sealed said envelope and placed it for collection and delivery at our business offices on March 9,

2007, following ordinary business practice.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct, that I am employed in the office of a member of the bar of this court at whose

direction the service was made, and that this declaration was executed on March 9, 2007, at Palo

Alto, California.

*Karen Reimer*
Karen Reimer