PROOF OF SERVICE

## PROOF OF SERVICE

SEC v. Chow, et al, Case No: C01-21067-PVT

I, SHANNON GAFFEY, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years and not a party to the within action. My address is 2000 Center Street, Suite 300 Berkeley, California 94704, which is located in the County of Alameda.

I caused to be served in the manner indicated the following document(s):

DEFENDANT KEN CHOW'S ANSWER TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION 'S COMPLAINT FOR PERMANENT INJUNCTION AND OTHER RELIEF

on the parties involved addressed as follows:

Craig D. Martin, Staff Attorney
Securities and Exchange Commission
44 Montgomery Street, Suite 1100
San Francisco, CA 94104


Robert J. Breakstone, Esq.
Rogers, Joseph O'Donnell & Quinn
311 California Street, 10th Floor
San Francisco, CA 94104
415-365-5357 facsimile


Jeffrey C. Hallam, Esq.
Elizabeth S. Massey
Sideman & Bancroft, LLP
One Embarcadero Center, Eighth Floor
San Francisco, CA 94111
415-392-0827 facsimile


___ **BY PERSONAL DELIVERY:** *I caused each such envelope to be delivered by hand to the offices of the Securities and Exchange Commission at the address above.*

_X_ **BY MAIL:** *I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Berkeley, California. I am readily familiar with the business practice for collection and processing of mail in this office; that in the ordinary course of business said document would be deposited with the US Postal Service in Berkeley on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this declaration.*

___ **BY FACSIMILE**: *By use of facsimile machine telephone number (510) 845-3016, I served a copy of the within document on the above interested parties at the facsimile numbers listed above. The transmission was*

*reported as complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting facsimile machine.*

___ **BY OVERNIGHT DELIVERY**: *I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by UPS or Federal Express.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 5, 2002 at Berkeley, California.

_____

SHANNON GAFFEY

PROOF OF SERVICE