| | |
|---|---|
| 1 | Howard Holderness |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | CA Bar No. 169814 |
| | 1 Market Street, Spear Tower, 25th Floor |
| 3 | San Francisco, CA 94105 |
| | (415) 442-1000 (Telephone) |
| 4 | (415) 442-1001 (Facsimile) |
| 5 | |
| | Charles L. Babcock |
| 6 | JACKSON WALKER L.L.P. |
| | TX Bar No. 01479500 |
| 7 | 1401 McKinney, Suite 1900 |
| | Houston, Texas 77010 |
| 8 | **(Application for Pro Hac Vice Admission Pending.)** |
| | (713) 752-4200 (Telephone) |
| 9 | (713) 752-4221 (Facsimile) |
| 10 | |
| | George L. McWilliams |
| 11 | LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C. |
| | TX Bar No. 13877000; AR Bar No. 68078 |
| 12 | 406 Walnut, P.O. Box 58 |
| | Texarkana, ARK-TX 75504-0058 |
| 13 | **(Application for Pro Hac Vice Admission Pending.)** |
| | (903) 277-0098 (Telephone) |
| 14 | (870) 773-2967 (Facsimile) |
| 15 | |
| | Attorneys for Movants |
| 16 | CISCO SYSTEMS, INC., RICHARD FRENKEL, |
| | MALLUN YEN, JOHN NOH & MARK CHANDLER |

**Filed SEP 5 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | ERIC M. ALBRITTON, | Miscellaneous Action No. |
| 20 |    Plaintiff, | CV 5:08-mc-80153-JW (HRL) |
| 21 | | **APPLICATION FOR ADMISSION OF GEORGE L. MCWILLIAMS** *PRO HAC VICE* |
| 22 | vs. | |
| 23 | | |
| 24 | CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN, & JOHN NOH, | |
| 25 |    Defendants. | |

1.

APPLICATION FOR ADMISSION OF
GEORGE L. MCWILLIAMS *PRO HAC VICE*

1  TO: Clerk of the United States District Court for the Northern District of
2  California:
3  Pursuant to Civil L.R. 11-3, George L. McWilliams, an active member in good
4  standing of the bars of Texas and Arkansas, hereby applies for admission to practice in the
5  Northern District of California on a *pro hac vice* basis representing Richard Frenkel in the
6  above-titled action.
7  In support of this application, I certify on oath that:
8  1. I am an active member in good standing of a United States Court or of the
9  highest court of another State or the District of Columbia, as indicated above;
10  2. I agree to abide by the Standards of Professional conduct set forth in Civil
11  Local Rule 11-4, to comply with the General Order No. 45, Electronic Case Filing, and to
12  become familiar with the Local Rules and the Alternative Dispute Resolution programs of
13  this Court; and,
14  3. An attorney who is a member of the bar of this Court in good standing and
15  who maintains an office within the State of California has been designated as co-counsel
16  in the above-entitled action. The name, address and telephone number of that attorney is:
17  Howard Holderness, CA Bar No. 169814
18  Morgan, Lewis & Bockius LLP
19  1 Market Street, Spear Tower, 25th Floor
20  San Francisco, CA 94105
21  (415) 442-1000 (Telephone)
22  (415) 442-1001 (Facsimile)
23  I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 3, 2008

LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C.

By: /s/ George L. McWilliams
George L. McWilliams

2.