UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERIC M. ALBRITTON,, | Miscellaneous Action No. |
|---|---|
| Plaintiff, | CV 5:08-mc-80153-JW (HRL) |
| vs. | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF GEORGE L. MCWILLIAMS *PRO HAC VICE* |
| CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN, & JOHN NOH, | |
| Defendant. | |

George L. McWilliams, an active member in good standing of the bar of the bars of Texas and Arkansas whose business address and telephone number is The Law Offices of George L. McWilliams, P.C. 406 Walnut, P.O. Box 58, Texarkana, ARK 71854-5219, 903-277-0098, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Cisco Systems, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: _____

UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB2/20825465.1