UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC M. ALBRITTON,,

    Plaintiff,

vs.

CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN, & JOHN NOH,

    Defendant.

Miscellaneous Action No.
CV 5:08-mc-80153-JW (HRL)

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF CHARLES L. BABCOCK, IV PRO HAC VICE

Charles L. Babcock, IV, an active member in good standing of the bar of the Supreme Court of Texas whose business address and telephone number is Jackson Walker L.L.P., 1401 McKinney, Suite 1900, Houston, Texas 77010, Telephone: (713) 752-4200, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Cisco Systems, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: September 5, 2008

/s/ James Ware
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB2/20825462.1