*E-filed 9/8/08*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC M. ALBRITTON,<br><br>            Plaintiff,<br><br>   v.<br><br>CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN & JOHN NOH,<br><br>            Defendants. | Case No. 08-80153-JW (HRL)<br><br>**ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE** |

    Please take notice that the court will hear argument on defendants' Motion to Quash the Subpoena Duces Tecum and Alternative Motion for Protective Order on **Tuesday, October 14, 2008 at 10:00 am**, Courtroom 2, 5th floor of the United States District Court, San Jose. The defendant's Opposition Brief shall be filed no later than **September 23, 2008** and the plaintiff's Reply Brief shall be filed no later than **September 30, 2008.**

Dated:     9/8/08

                                   HOWARD R. LLOYD
                                   UNITED STATES MAGISTRATE JUDGE

Notice will be sent to:

hholderness@morganlewis.com,
gmcwilliams@pattonroberts.com

*Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 9/8/08            /s/ MPK
                         Chambers of Magistrate Judge Howard R. Lloyd