Howard Holderness, State Bar No. 237923
MORGAN, LEWIS & BOCKIUS LLP
1 Market Street, Spear Tower, 25th Floor
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442-1001

Charles L. Babcock, IV, TX Bar No. 01479500
JACKSON WALKER L.L.P.
TX Bar No. 01479500
1401 McKinney, Suite 1900
Houston, Texas 77010
**(Application for Pro Hac Vice Admission Pending.)**
(713) 752-4200 (Telephone)
(713) 752-4221 (Facsimile)

George L. McWilliams
LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C.
TX Bar No. 13877000; AR Bar No. 68078
406 Walnut, P.O. Box 58
Texarkana, ARK-TX 75504-0058
**(Application for Pro Hac Vice Admission Pending)**
(903) 277-0098 (Telephone)
(870) 773-2967 (Facsimile)

Attorneys for Movants
CISCO SYSTEMS, INC., RICHARD FRENKEL,
MALLUN YEN, JOHN NOH & MARK
CHANDLER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC M. ALBRITTON,<br><br>Plaintiff<br><br>vs.<br><br>CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN, & JOHN NOH,<br><br>Defendant | Miscellaneous Action No.<br>CV 5:08-mc-80153-JW (HRL)<br><br>**PROOF OF SERVICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. CV 08-80075 Misc. JF/HRL
PROOF OF SERVICE
DB2/20825233.1

# CERTIFICATE OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is One Market St., Spear Tower, San Francisco, CA 94105.

On September 5, 2008 I served on the interested parties in said action the within document(s) as indicated on the attached service list:

DEFENDANTS CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN, JOHN NOH & NON-PARTY MARK CHANDLER'S NOTICE OF MOTION; MOTION TO QUASH SUBPOENA; MOTION FOR PROTECTIVE ORDER; AND MEMORANDUM OF POINTS AND AUTHORITIES

DECLARATION OF CHARLES L. BABCOCK IN SUPPORT OF DEFENDANTS CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN, JOHN NOH & NON-PARTY MARK CHANDLER'S MOTION TO SQUASH SUBPOENA

DECLARATION OF RICHARD FRENKEL IN SUPPORT OF DEFENDANTS CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN, JOHN NOH & NON-PARTY MARK CHANDLER'S MOTION TO SQUASH SUBPOENA

DECLARATION OF WILLIAM FRIEDMAN IN SUPPORT OF DEFENDANTS CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN, JOHN NOH & NON-PARTY MARK CHANDLER'S MOTION TO SQUASH SUBPOENA

APPLICATION FOR ADMISSION OF CHARLES L. BABCOCK *PRO HAC VICE*

APPLICATION FOR ADMISSION OF GEORGE L. MCWILLIAMS *PRO HAC VICE*

ORDER GRANTING CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN, JOHN NOH & MARK CHANDLER'S MOTION TO QUASH SUBPOENA

| | |
|---|---|
| ☐ | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| ☐ | via email service per parties' agreement (see attached service list) |
| ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. |
| X | by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
| ☐ | (BY PERSONAL SERVICE) I caused the envelope(s) to be delivered by hand to the addressee(s) noted below. I delivered said envelope(s) to an authorized courier, Taylor Price Attorney Service, or driver to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request. |

Case No. CV 08-80074 Misc
PROOF OF SERVICE
DB2/20825233.1

1  I declare under penalty of perjury, under the laws of the State of California, that the above
2  is true and correct. Signed this 5th day of September, 2008, in San Francisco, California.

*Catherine Greenblatt*
Catherine Greenblatt

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

Case No. CV 08-80074 Misc
PROOF OF SERVICE
DB2/20825233.1

# SERVICE LIST

| | |
|---|---|
| James A. Holmes<br>605 South Main Street, Suite 203<br>Henderson, Texas 75654 | **Attorney for Plaintiff**<br>**ERIC M. ALBRITTON** |
| Kent Walker<br>Vice President & General Counsel<br>Google, Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, California 94043 | **Attorneys for Non-Party**<br>**GOOGLE, INC.** |
| Charles L. Babcock, IV<br>Jackson Walker<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010 | **Attorneys for Movants**<br>**CISCO SYSTEMS, INC., MALLUN YEN,**<br>**JOHN NOH & MARK CHANDLER** |
| George L. McWilliams<br>Law Offices of George L. McWilliams, P.C.<br>406 Walnut, P.O. Box 58<br>Texarkana, ARK 71854-5219 | **Attorneys for Movant**<br>**RICHARD FRENKEL** |
| Dennis Crouch<br>University of Missouri<br>School of Law<br>203 Hulston Hall<br>Columbia, Missouri 65211-4190 | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. CV 08-80074 Misc
PROOF OF SERVICE
DB2/20825233.1