| | |
|---|---|
| 1 | Howard Holderness |
| 2 | MORGAN, LEWIS & BOCKIUS LLP<br>CA Bar No. 169814 |
| 3 | 1 Market Street, Spear Tower, 25th Floor<br>San Francisco, CA 94105 |
| 4 | (415) 442-1000 (Telephone)<br>(415) 442-1001 (Facsimile) |
| 5 | |
| 6 | Charles L. Babcock<br>JACKSON WALKER L.L.P. |
| 7 | TX Bar No. 01479500<br>1401 McKinney, Suite 1900 |
| 8 | Houston, Texas 77010<br>Admitted Pro Hac Vice |
| 9 | (713) 752-4200 (Telephone)<br>(713) 752-4221 (Facsimile) |
| 10 | |
| 11 | George L. McWilliams<br>LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C. |
| 12 | TX Bar No. 13877000; AR Bar No. 68078<br>406 Walnut, P.O. Box 58 |
| 13 | Texarkana, ARK-TX 75504-0058<br>Admitted Pro Hac Vice |
| 14 | (903) 277-0098 (Telephone)<br>(870) 773-2967 (Facsimile) |
| 15 | |
| 16 | Attorneys for Movants<br>CISCO SYSTEMS, INC., RICHARD FRENKEL, |
| 17 | MALLUN YEN, JOHN NOH & MARK CHANDLER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC M. ALBRITTON,<br>   Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN, & JOHN NOH,<br>   Defendants. | Miscellaneous Action No.<br>CV 5:08-mc-80153-JW (HRL)<br><br>**DEFENDANTS CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN, JOHN NOH & NON-PARTY MARK CHANDLER'S NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER**<br><br>DATE: OCTOBER 14, 2008<br>TIME: 10:00 A.M.<br>COURTROOM 2<br><br>Hon. Magistrate Judge Howard Lloyd |

1.

DEFENDANTS CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN, JOHN NOH & NON-PARTY MARK CHANDLER'S NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER

Dockets.Justia.com

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On October 9, 2008, Eric M. Albritton ("Albritton") agreed with Cisco Systems, Inc., Richard Frenkel, Mallun Yen, John Noh, and Mark Chandler (collectively, "Movants") to narrow the scope of the subpoena he issued to Non-Party Google, Inc. ("Google"). Pursuant to the parties' agreement, Albritton now seeks only documents in the possession, custody, or control of Google, if any, that show the number of hits or views of the October 17-18, 2007 postings to the Patent Troll Tracker website, www.trolltracker.blogspot.com.

Because of the parties' agreement, Movants hereby withdraw their Motion to Quash and Motion for Protective Order (docket no. 2), which is set for oral hearing on October 14, 2008.

Dated: October 10, 2008      MORGAN, LEWIS & BOCKIUS LLP

By /s/ Howard Holderness
Howard Holderness

Attorneys for Movants
CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN, JOHN NOH & MARK CHANDLER

Dated: October 10, 2008      JACKSON WALKER L.L.P.

By /s/ Charles L. Babcock
Charles L. Babcock

Attorneys for Movants
CISCO SYSTEMS, INC., MALLUN YEN, JOHN NOH & MARK CHANDLER

Dated: October 10, 2008      LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C.

By /s/ George L. McWilliams
George L. McWilliams

Attorneys for Movant
RICHARD FRENKEL