Howard Holderness
MORGAN, LEWIS & BOCKIUS LLP
CA Bar No. 169814
1 Market Street, Spear Tower, 25th Floor
San Francisco, CA 94105
(415) 442-1000 (Telephone)
(415) 442-1001 (Facsimile)

Charles L. Babcock
JACKSON WALKER L.L.P.
TX Bar No. 01479500
1401 McKinney, Suite 1900
Houston, Texas 77010
Admitted Pro Hac Vice
(713) 752-4200 (Telephone)
(713) 752-4221 (Facsimile)

George L. McWilliams
LAW OFFICE OF GEORGE L. MCWILLIAMS, P.C.
TX Bar No. 13877000; AR Bar No. 68078
406 Walnut, P.O. Box 58
Texarkana, ARK-TX 75504-0058
Admitted Pro Hac Vice
(903) 277-0098 (Telephone)
(870) 773-2967 (Facsimile)

Attorneys for Movants
CISCO SYSTEMS, INC., RICHARD FRENKEL,
MALLUN YEN, JOHN NOH & MARK CHANDLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC M. ALBRITTON,
    Plaintiff,

vs.

CISCO SYSTEMS, INC., RICHARD
FRENKEL, MALLUN YEN, & JOHN
NOH,
    Defendants.

Miscellaneous Action No.
CV 5:08-mc-80153-JW (HRL)

**PROOF OF SERVICE**

1.

## CERTIFICATE OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action.  My business address is One Market St., Spear Tower, San Francisco, CA 94105.

On October 10, 2008, I served on the interested parties in said action the within document(s) as indicated on the attached service list:

**DEFENDANTS CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN, JOHN NOH & NON-PARTY MARK CHANDLER'S NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER**

☒    (Via Overnight Delivery – Federal Express) by placing the document(s) listed bove in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for overnight delivery

☐    by transmitting **via facsimile** the document(s) listed above on this date.

☐    by causing the documents to be delivered by electronic mail addressed as set forth below.

☐    by causing the documents to be delivered by hand to the offices of the interested parties.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.  Signed October 10, 2008, in San Francisco, California.

*Catherine Greenblatt*

2.

1

<u>**SERVICE LIST**</u>

2

| | |
|---|---|
| James A. Holmes<br>605 South Main Street, Suite 203<br>Henderson, Texas 75654 | **Attorney for Plaintiff**<br>**ERIC M. ALBRITTON** |

3

4

| | |
|---|---|
| Kent Walker<br>Vice President & General Counsel<br>Google, Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, California 94043 | **Attorneys for Non-Party**<br>**GOOGLE, INC.** |

5

6

7

8

| | |
|---|---|
| Charles L. Babcock<br>Jackson Walker<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010 | **Attorneys for Movants**<br>**CISCO SYSTEMS, INC., MALLUN YEN,**<br>**JOHN NOH & MARK CHANDLER** |

9

10

11

| | |
|---|---|
| George L. McWilliams<br>Law Offices of George L. McWilliams, P.C.<br>406 Walnut, P.O. Box 58<br>Texarkana, Arkansas 71854-5219 | **Attorneys for Movant**<br>**RICHARD FRENKEL** |

12

13

14

Dennis Crouch
University of Missouri
School of Law
203 Hulston Hall
Columbia, Missouri 65211-4190

15

16

17

18

5315546v.1 132824/00002

19

20

21

22

23

24

25

26

27

28