1    Scott R. Mosko (State Bar No. 106070)
      FINNEGAN, HENDERSON, FARABOW,
2     GARRETT & DUNNER, L.L.P.
      Stanford Research Park
3    3300 Hillview Avenue
      Palo Alto, California 94304
4    Telephone:     (650) 849-6600
      Facsimile:      (650) 849-6666
5

6    Attorneys for Defendant
      ConnectU LLC.

7

8

9                UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12    THE FACEBOOK, INC.

13             Plaintiff,

14           v.

15    CONNECTU LLC (now known as CONNECTU,
      INC.), PACIFIC NORTHWEST SOFTWARE,
16    INC., WINSTON WILLIAMS, AND DOES 1-25,

17           Defendants.

CASE NO. **C07 01389**

**INDEX OF STATE COURT
PLEADINGS**

18

19

20

21

22

23

24

25

26

27

28

Doc. No. 459336

INDEX OF STATE COURT PLEADINGS
CASE NO.

Dockets.Justia.com

| Tab No. | Party | Document Description | Filed |
|---------|-------|---------------------|-------|
| 1 | TheFaceBook, Inc. / PLT | Complaint for Violations of California Penal Code Section 502(C); and Common Law Misappropriation/Unfair Competition | 8/17/2005 |
| 2 | TheFaceBook, Inc. / PLT | Summons, Civil Case Cover Sheet, and Civil Lawsuit Notice | 8/17/2005 |
| 3 | TheFacebook, Inc; ConnectU LLC | Stipulated Extensions of Time to Respond to Complaint | 9/20/2005 |
| 4 | ConnectU LLC / DEF | Answer of Defendant ConnectU LLC to Complaint | 6/12/2006 |
| 5 | ConnectU LLC / DEF | Notice of Hearing on Defendant ConnectU LLC's Demurrer | 10/25/2005 |
| 6 | ConnectU LLC / DEF | Defendant ConnectU LLC's Demurrer | 10/25/2005 |
| 7 | ConnectU LLC / DEF | Appendix of Non-California Authorities In Support of Defendant ConnectU LLC's Demurrer | 10/25/2005 |
| 8 | ConnectU LLC / DEF | Notice of Hearing on Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 10/25/2005 |
| 9 | ConnectU LLC / DEF | Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 10/25/2005 |
| 10 | ConnectU LLC / DEF | Defendant Tyler Winklevoss's Declaration in Support of Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 10/25/2005 |
| 11 | ConnectU LLC / DEF | Defendant Divya Narendra's Declaration in Support of Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 10/25/2005 |
| 12 | ConnectU LLC / DEF | Defendant Howard Winklevoss's Declaration In Support of Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 10/25/2005 |
| 13 | ConnectU LLC / DEF | Defendant Cameron Winklevoss's Declaration in Support of Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 10/25/2005 |

| Tab No. | Party | Document Description | Filed |
|---|---|---|---|
| 14 | ConnectU LLC / DEF | Appendix of Non-California Authorities in Support of Defendant ConnectU LLC's Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 10/25/2005 |
| 15 | ConnectU LLC / DEF | Certificate of Service | 10/25/2005 |
| 16 | TheFaceBook, Inc. / PLT | Notice of Ex Parte Application and Application to Reschedule the November 17, 2005 Hearing in Regards to Defendants' Motion to Quash; Memorandum of Points and Authorities | 11/3/2005 |
| 17 | TheFaceBook, Inc. / PLT | Declaration of Monte Cooper in support of Ex Parte Application to Reschedule the November 17, 2005 Hearing in regards to Defendants' Motion to Quash | 11/3/2005 |
| 18 | TheFaceBook, Inc. / PLT | Certificate of Service | 11/3/2005 |
| 19 | TheFaceBook, Inc. / PLT | Notice of Entry of Order Granting Facebook's Ex Parte Application to Reschedule the November 17, 2005 Hearing in Regards to Defendants' Motion to Quash, and Also Rescheduling Hearing on Demurrer | 11/3/2005 |
| 20 | TheFaceBook, Inc. / PLT | Defendants' Amended Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction. | 11/14/2005 |
| 21 | ConnectU LLC / DEF | Certificate of Service (Amended) | 11/14/2005 |
| 22 | ConnectU LLC / DEF | Notice of Change of Address. | 11/18/2005 |
| 23 | ConnectU LLC / DEF | Certificate of Service | 11/18/2005 |
| 24 | TheFaceBook, Inc. / PLT | Notice of Ex Parte Application and Application to Compel Depositions of Defendants Related to Personal Jurisdiction; Memorandum of Points and Authorities | 11/20/2005 |
| 25 | TheFaceBook, Inc. / PLT | Declaration of Monte Cooper In Support of Ex Parte Application to Compel Depositions of Defendants Related to Personal Jurisdiction | 11/20/2005 |

| Tab No. | Party | Document Description | Filed |
|---------|-------|---------------------|-------|
| 26 | TheFaceBook, Inc. / PLT | Certificate of Service | 11/20/2005 |
| 27 | TheFaceBook, Inc. / PLT | Notice of Entry of Scheduling Order Following Facebook's Ex Parte Application to Compel Depositions of Defendants Related to Personal Jurisdiction | 11/21/2005 |
| 28 | TheFaceBook, Inc. / PLT | Stipulation to Reschedule Case Management Conference and Proposed Order. | 11/28/2005 |
| 29 | TheFaceBook, Inc. / PLT | Notice of Motion and Assented to Motion to File Under Seal Pursuant to California Rules of Court 243.1 and 243.2; Memorandum of Points and Authorities in Support Thereof | 11/30/2005 |
| 30 | TheFaceBook, Inc. / PLT | Declaration of Joshua H. Walker in Support of Assented to Motion of Plaintiff Facebook, Inc. to File Under Seal Pursuant to California Rules of Court 243.1 and 243.2 | 11/30/2005 |
| 31 | TheFaceBook, Inc. / PLT | Notice of Motion, Motion, and Memorandum of Points and Authorities in Support of TheFacebook, Inc.'s Motion to Compel Limited Depositions on the Subject of Personal Jurisdiction (Filed Under Seal in the State Court) | 11/30/2005 |
| 32 | TheFaceBook, Inc. / PLT | Declaration of Joshua H. Walker in Support of Facebook, Inc.'s Motion to Compel Limited Depositions on the Subject of Personal Jurisdiction | 11/30/2005 |
| 33 | TheFaceBook, Inc. / PLT | Exhibits I and J to Declaration of Joshua H. Walker in Support of Facebook, Inc.'s Motion to Compel Limited Depositions on the Subject of Personal Jurisdiction (Filed Under Seal in the State Court) | 11/30/2005 |
| 34 | TheFaceBook, Inc. / PLT | Appendix of Non-California Authorities in Support of Facebook, Inc.'s Motion to Compel | 11/30/2005 |
| 35 | TheFaceBook, Inc. / PLT | Proof of Service Via Federal Express. | 11/30/2005 |

Doc. No. 459336

| Tab No. | Party | Document Description | Filed |
|---------|-------|----------------------|-------|
| 36 | ConnectU LLC / DEF | Defendants' ConnectU LLC, Cameron Winklevoss, Tyler Winklevoss, Howard Winklevoss, and Divya Narendra's Opposition to Plaintiff's Motion to Compel Limited Depositions on the Subject of Personal Jurisdiction and Motion for Protective Order | 11/30/2005 |
| 37 | ConnectU LLC / DEF | Declaration of Scott Mosko in Support of Defendants' ConnectU LLC, Cameron Winklevoss, Tyler Winklevoss, Howard Winklevoss, and Divya Narendra's Opposition to Plaintiff's Motion to Compel Limited Depositions on the Subject of Personal Jurisdiction and Motion for Protective Order | 12/5/2005 |
| 38 | ConnectU LLC / DEF | Appendix of Non-California Authorities in Support of Defendants' ConnectU LLC, Cameron Winklevoss, Tyler Winklevoss, Howard Winklevoss, and Divya Narendra's Opposition to Plaintiff's Motion to Compel Limited Depositions on the Subject of Personal Jurisdiction and Motion for Protective Order. | 12/5/2005 |
| 39 | ConnectU LLC / DEF | Certificate of Service | 12/5/2005 |
| 40 | TheFaceBook, Inc. / PLT | Notice of Ex Parte Application and Application to Enter Order Compelling Deposition of Defendants ConnectU LLC Related to Personal Jurisdiction; Memorandum of Points and Authorities | 1/5/2006 |
| 41 | TheFaceBook, Inc. / PLT | Declaration of Monte Cooper In Support of Ex Parte Application to Enter Order Compelling Deposition of Defendants ConnectU LLC Related to Personal Jurisdiction | 1/5/2006 |
| 42 | TheFaceBook, Inc. / PLT | Certificate of Service. | 1/5/2006 |
| 43 | ConnectU LLC / DEF | ConnectU LLC's Opposition to Ex Parte Application and Application for Order Limiting Deposition | 1/6/2006 |

| Tab No. | Party | Document Description | Filed |
|---|---|---|---|
| 44 | ConnectU LLC / DEF | Certificate of Service. | 1/6/2006 |
| 45 | TheFaceBook, Inc. / PLT | Notice of Entry of Order Granting Facebook's Ex Parte Application to Compel Limited Deposition on the Subject of Personal Jurisdiction. | 1/9/2006 |
| 46 | TheFaceBook, Inc. / PLT | Proof of Service via Facsimile and U.S. Mail. | 1/9/2006 |
| 47 | TheFaceBook, Inc. / PLT | Notice of Motion and to Motion to File Under Seal Pursuant to California Rules of Court 243.1 and 243.2; Memorandum of Points and Authorities in Support Thereof. | 1/17/2006 |
| 48 | TheFaceBook, Inc. / PLT | Declaration of Robert D. Nagel in Support of Plaintiff TheFacebook, Inc.'s Motion to File Under Seal Pursuant to California Rules of Court 243.1 and 243.2 | 1/17/2006 |
| 49 | TheFaceBook, Inc. / PLT | Notice of Motion and Memorandum of Points and Authorities in Support of TheFacebook, Inc.'s Motion to Compel Supplemental Responses and Production of Documents In Response to Its First Sets of Special Interrogatories and Requests for Production (Filed Under Seal in the State Court) | 1/17/2006 |
| 50 | TheFaceBook, Inc. / PLT | Declaration of Robert D. Nagel in Support of TheFacebook, Inc.'s Motion to Compel Supplemental Responses and Production of Documents in Response to Its First Sets of Special Interrogatories and Requests for Production; Certification of Meet and Confer. | 1/17/2006 |
| 51 | TheFaceBook, Inc. / PLT | Exhibit 30 to the Declaration of Robert D. Nagel in Support of TheFacebook, Inc.'s Motion to Compel Supplemental Responses and Production of Documents in Response to Its First Sets of Interrogatories and Requests for Production; Certification of Meet and Confer (Filed Under Seal in the State Court) | 1/17/2006 |

| Tab No. | Party | Document Description | Filed |
|---------|-------|----------------------|-------|
| 52 | TheFaceBook, Inc. / PLT | Exhibit 31 to the Declaration of Robert D. Nagel in Support of TheFacebook, Inc.'s Motion to Compel Supplemental Responses and Production of Documents in Response to Its First Sets of Interrogatories and Requests for Production; Certification of Meet and Confer (Filed Under Seal in the State Court) | 1/17/2006 |
| 53 | TheFaceBook, Inc. / PLT | Statement of Matters in Dispute in Support of TheFacebook, Inc.'s Motion to Compel Supplemental Responses and Production of Documents in Response to Its First Sets of Special Interrogatories and Requests for Production Pursuant to California Code of Civil Procedure Section 2031 et seq. | 1/17/2006 |
| 54 | TheFaceBook, Inc. / PLT | Appendix of Non-California and Other Authority in Support of TheFacebook. Inc.'s Motion to Compel Supplemental Responses and Production of Documents in Response to Its First Sets of Special Interrogatories and Requests for Production | 1/17/2006 |
| 55 | TheFaceBook, Inc. / PLT | Proof of Service via Hand Delivery. | 1/17/2006 |
| 56 | TheFaceBook, Inc. / PLT | Stipulated Protective Order. | 1/23/2006 |
| 57 | ConnectU LLC / DEF | Notice of Motion To Seal Records Filed in Connection With Defendant ConnectU LLC's Motion for Sanctions in Violation of Court Order | 1/31/2006 |
| 58 | ConnectU LLC / DEF | Defendant ConnectU LLC's Memorandum of Points and Authorities in Support of Motion to Seal Records | 1/31/2006 |
| 59 | ConnectU LLC / DEF | Declaration of Scott R. Mosko in Support of ConnectU LLC's Memorandum of Points and Authorities in Support of Motion to Seal Records. | 1/31/2006 |
| 60 | ConnectU LLC / DEF | Appendix of Non-California Authorities in Support of Defendant ConnectU LLC's Memorandum of Points and Authorities in Support of Motion to Seal Records. | 1/31/2006 |

| Tab No. | Party | Document Description | Filed |
|---|---|---|---|
| 61 | ConnectU LLC / DEF | Defendant ConnectU LLC's Notice of Motion for Sanctions in Violation of Court Order | 1/31/2006 |
| 62 | ConnectU LLC / DEF | Defendant ConnectU LLC's Motion for Sanctions in Violation of Court Order, and Points and Authorities in Support Thereof (Filed Under Seal in the State Court) | 1/31/2006 |
| 63 | ConnectU LLC / DEF | Declaration of Scott R. Mosko in Support of Defendant ConnectU LLC's Motion for Sanctions in Violation of Court Order | 1/31/2006 |
| 64 | ConnectU LLC / DEF | Exhibits C-H to the Declaration of Scott R. Mosko in Support of Defendant ConnectU LLC's Motion for Sanctions in Violation of Court Order (Filed Under Seal in the State Court) | 1/31/2006 |
| 65 | ConnectU LLC / DEF | Certificate of Service | 1/31/2006 |
| 66 | TheFaceBook, Inc. / PLT | Notice of Motion and Assented to Motion to File Under Seal Pursuant to California Rules of Court 243.1 and 243.2 In Support of Facebook, Inc.'s Motion to Compel Supplemental Responses to Its First Sets of Form Interrogatories and Requests for Admission | 1/31/2006 |
| 67 | TheFaceBook, Inc. / PLT | Declaration of Robert D. Nagel in Support of TheFacebook, Inc.'s Assented to Motion to File Under Seal Pursuant to California Rules of Court 243.1 and 243.2 | 1/31/2006 |
| 68 | TheFaceBook, Inc. / PLT | Notice of Motion and Memorandum of Points and Authorities in Support of TheFacebook, Inc.'s Motion to Compel Supplemental Responses to Its First Sets of Form Interrogatories and Requests for Admission (Filed Under Seal in the State Court) | 1/31/2006 |
| 69 | TheFaceBook, Inc. / PLT | Statement of Matters in Dispute in Support of TheFacebook, Inc.'s Motion to Compel Supplemental Responses to Its First Sets of Form Interrogatories and Requests for Admission (Filed Under Seal in the State Court) | 1/31/2006 |

| Tab No. | Party | Document Description | Filed |
|---------|-------|----------------------|-------|
| 70 | TheFaceBook, Inc. / PLT | Declaration of Robert D. Nagel in Support of TheFacebook, Inc.'s Motion to Compel Supplemental Responses to Its First Sets of Form Interrogatories and Requests for Admission | 1/31/2006 |
| 71 | TheFaceBook, Inc. / PLT | Exhibit 29 to the Declaration of Robert D. Nagel in Support of TheFacebook, Inc.'s Motion to Compel Supplemental Responses to Its First Sets of Form Interrogatories and Requests for Admission (Filed Under Seal in the State Court) | 1/31/2006 |
| 72 | TheFaceBook, Inc. / PLT | Exhibit 30 to the Declaration of Robert D. Nagel in Support of TheFacebook, Inc.'s Motion to Compel Supplemental Responses to Its First Sets of Form Interrogatories and Requests for Admission (Filed Under Seal in the State Court) | 1/31/2006 |
| 73 | TheFaceBook, Inc. / PLT | Non-California and Other Authority in Support of TheFacebook, Inc.'s Motion to Compel Supplemental Responses to Its First Sets of Form Interrogatories and Requests for Admission | 1/31/2006 |
| 74 | TheFaceBook, Inc. / PLT | Proof of Service Via Hand Delivery. | 1/31/2006 |
| 75 | ConnectU LLC / DEF | Defendants' Opposition to Plaintiff Facebook, Inc.'s Motion to Compel Supplemental Responses and Production of Documents in Response to Its First Sets of Special Interrogatories and Requests for Production; and Defendants' Request for Sanctions (Filed Under Seal in the State Court) | 1/31/2006 |
| 76 | ConnectU LLC / DEF | Declaration of Scott R. Mosko in Support of Defendants' Opposition to Plaintiff Facebook, Inc.'s Motion to Compel Supplemental Responses and Production of Documents in Response to Its First Sets of Special Interrogatories and Requests for Production; and Defendants' Request for Sanctions | 2/3/2006 |

| Tab No. | Party | Document Description | Filed |
|---------|-------|----------------------|-------|
| 77 | ConnectU LLC / DEF | Exhibits D and E to the Declaration of Scott R. Mosko in Support of Defendants' Opposition to Plaintiff Facebook, Inc.'s Motion to Compel Supplemental Responses and Production of Documents in Response to Its First Sets of Special Interrogatories and Requests for Production; and Defendants' Request for Sanctions (Filed Under Seal in the State Court) | 2/3/2006 |
| 78 | ConnectU LLC / DEF | Mark Lockwood's Declaration in Support of Defendants' Opposition to Plaintiff Facebook, Inc.'s Motion to Compel Supplemental Responses and Production of Documents in Response to Its First Sets of Special Interrogatories and Requests for Production. | 2/3/2006 |
| 79 | ConnectU LLC / DEF | Appendix of Non-California Authorities in Support of Defendants' Opposition to Plaintiff Facebook, Inc.'s Motion to Compel Supplemental Responses and Production of Documents in Response to Its First Sets of Special Interrogatories and Requests for Production; and Defendants' Request for Sanctions. | 2/3/2006 |
| 80 | ConnectU LLC / DEF | Defendants' Opposition to Plaintiff Facebook, Inc.'s Motion to Compel Supplemental Responses to Its First Sets of Form Interrogatories and Requests for Admission. | 2/9/2006 |
| 81 | ConnectU LLC / DEF | Declaration of Scott R. Mosko in Support of Defendants' Opposition to Plaintiff Facebook, Inc.'s Motion to Compel Supplemental Responses to Its First Sets of Form Interrogatories and Requests for Admission | 2/9/2006 |
| 82 | ConnectU LLC / DEF | Certificate of Service | 2/9/2006 |

Doc. No. 459336

Index of State Court Pleadings
Case No.

| Tab No. | Party | Document Description | Filed |
|---------|-------|----------------------|-------|
| 83 | TheFaceBook, Inc. / PLT | Reply Brief in Support of Facebook, Inc.'s Motion to Compel Supplemental Responses and Production of Documents in Response to Its First Sets of Special Interrogatories and Requests for Production. | 2/9/2006 |
| 84 | TheFaceBook, Inc. / PLT | Proof of Service via Hand Delivery. | 2/9/2006 |
| 85 | TheFaceBook, Inc. / PLT | Notice of Motion and Unopposed Motion to File Opposition Under Seal Pursuant to California Rules of Court 243.1 and 243.2. | 2/9/2006 |
| 86 | TheFaceBook, Inc. / PLT | Declaration of Joshua Walker in Support of Plaintiff's Unopposed Motion to File Under Seal Pursuant to California Rules of Court 243.1 and 243.2. | 2/9/2006 |
| 87 | TheFaceBook, Inc. / PLT | Non-California Authorities in Support of Facebook, Inc.'s Motion to File Opposition Under Seal Pursuant to Rules of Court 243.1 and 243.2. | 2/9/2006 |
| 88 | TheFaceBook, Inc. / PLT | Plaintiff Facebook's Opposition to Defendant ConnectU LLC's Motion for Sanctions in Violation of Court Order (Filed Under Seal in the State Court) | 2/9/2006 |
| 89 | TheFaceBook, Inc. / PLT | Declaration of Monte Cooper in Support of Opposition to Defendant ConnectU LLC's Motion for Sanctions in Violation of Court Order | 2/10/2006 |
| 90 | TheFaceBook, Inc. / PLT | Non-California Authorities in Support of Facebook, Inc.'s Opposition to Defendant ConnectU LLC's Motion for Sanctions in Violation of Court Order. | 2/10/2006 |
| 91 | ConnectU LLC / DEF | Defendants' Notice of Unopposed Motion to Seal Records Filed in Connection with Defendants' Opposition to Plaintiff Facebook, Inc.'s Motion to Compel Supplemental Responses and Production of Documents in Response to Its First Sets of Special Interrogatories and Requests for Production; and Defendants' Request for Sanctions. | 2/14/2006 |

Doc. No. 459336

Index of State Court Pleadings
Case No.

| Tab No. | Party | Document Description | Filed |
|---|---|---|---|
| 92 | ConnectU LLC / DEF | Defendants' Memorandum of Points and Authorities in Support of Motion to Seal Records in Connection with Defendants' Opposition to Plaintiff Facebook, Inc.'s Motion to Compel Supplemental Responses and Production of Documents in Response to Its First Sets of Special Interrogatories and Requests for Production; and Defendants' Request for Sanctions. | 2/14/2006 |
| 93 | ConnectU LLC / DEF | Declaration of Scott R. Mosko in Support of Defendants' Motion to Seal Records in Connection with Defendants' Opposition to Plaintiff Facebook, Inc.'s Motion to Compel Supplemental Responses and Production of Documents in Response to Its First Sets of Special Interrogatories and Requests for Production; and Defendants' Request for Sanctions. | 2/14/2006 |
| 94 | ConnectU LLC / DEF | Appendix of Non-California Authorities in Support of Defendants' Memorandum of Points and Authorities in Support of Motion to Seal Records. | 2/14/2006 |
| 95 | ConnectU LLC / DEF | Certificate of Service | 2/14/2006 |
| 96 | ConnectU LLC / DEF | Defendant ConnectU LLC's Reply to Plaintiff Facebook, Inc.'s Opposition to Defendant's Motion for Sanctions in Violation of Court Order, and Points and Authorities in Support Thereof | 2/16/2006 |
| 97 | ConnectU LLC / DEF | Supplemental Declaration of Scott R. Mosko in Support of Defendant ConnectU LLC's Reply to Plaintiff Facebook, Inc.'s Opposition to Defendant's Motion for Sanctions in Violation of Court Order | 2/16/2006 |
| 99 | TheFaceBook, Inc. / PLT | Reply Brief In Support of Facebook, Inc.'s Motion to Compel Supplemental Responses and Production of Documents First Sets of Form Interrogatories and Requests For Admission | 2/16/2006 |

| Tab No. | Party | Document Description | Filed |
|---------|-------|---------------------|-------|
| 100 | TheFaceBook, Inc. / PLT | Non-California Authorities Cited in Reply Brief in Support of Facebook, Inc.'s Motion to Compel Supplemental Responses to Facebook, Inc.'s First Sets of Form Interrogatories and Requests for Admission. | 2/16/2006 |
| 101 | TheFaceBook, Inc. / PLT | Proof of Service via Hand Delivery. | 2/16/2006 |
| 102 | Court | Order After Hearing | 2/17/2006 |
| 103 | Court | Order After Hearing | 3/13/2006 |
| 104 | Court | Stipulation and Order to Extend Case Management Conference From April 11, 2006 to May 16, 2006 | 4/5/2006 |
| 105 | TheFaceBook, Inc. / PLT | Stipulation to Schedule Hearing on Motion to Quash and Demurrer; to Reschedule Case Management Conference; to File Longer Memorandum; [Proposed Order] | 4/27/2006 |
| 106 | ConnectU LLC / DEF | Notice of Hearing on Defendant ConnectU LLC's Demurrer. | 4/28/2006 |
| 107 | ConnectU LLC / DEF | Defendant ConnectU LLC's Demurrer | 4/28/2006 |
| 108 | ConnectU LLC / DEF | Appendix of Non-California Authorities in Support of Defendants' ConnectU Demurrer | 4/28/2006 |
| 109 | ConnectU LLC / DEF | Notice of Hearing on Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 4/28/2006 |
| 110 | ConnectU LLC / DEF | Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 4/28/2006 |
| 111 | ConnectU LLC / DEF | Declaration of Scott R Mosko in Support of Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 4/28/2006 |
| 112 | ConnectU LLC / DEF | Appendix of Non-California Authorities in Support of Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 4/28/2006 |
| 113 | ConnectU LLC / DEF | Certificate of Service | 4/28/2006 |

Doc. No. 459336

Index of State Court Pleadings
Case No.

| Tab No. | Party | Document Description | Filed |
|---------|-------|----------------------|-------|
| 114 | TheFaceBook, Inc. / PLT | Notice of Motion and Unopposed Motion to File Certain Documents Under Seal Pursuant to California Rules of Court 243.1 and 243.2 | 5/11/2006 |
| 115 | TheFaceBook, Inc. / PLT | Declaration of Theresa A. Sutton in Support of Plaintiffs' Unopposed Motion to File Under Seal Pursuant to California Rules of Court 243.1 and 243.2 | 5/11/2006 |
| 116 | TheFaceBook, Inc. / PLT | Non-California Authorities in Support of Facebook, Inc.'s Motion to File Opposition Under Seal Pursuant to Rules of Court 243.1 and 243.2 | 5/11/2006 |
| 117 | TheFaceBook, Inc. / PLT | Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction (Filed Under Seal in the State Court) | 5/11/2006 |
| 118 | TheFaceBook, Inc. / PLT | Declaration of Robert D. Nagel in Support of Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 5/11/2006 |
| 119 | TheFaceBook, Inc. / PLT | Exhibit A to the Declaration of Robert D. Nagel in Support of Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction (Filed Under Seal in the State Court) | 5/11/2006 |
| 120 | TheFaceBook, Inc. / PLT | Exhibit B to the Declaration of Robert D. Nagel in Support of Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction (Filed Under Seal in the State Court) | 5/11/2006 |
| 121 | TheFaceBook, Inc. / PLT | Exhibit C to the Declaration of Robert D. Nagel in Support of Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction (Filed Under Seal in the State Court) | 5/11/2006 |

| Tab No. | Party | Document Description | Filed |
|---------|-------|---------------------|-------|
| 122 | TheFaceBook, Inc. / PLT | Exhibit D to the Declaration of Robert D. Nagel in Support of Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction (Filed Under Seal in the State Court) | 5/11/2006 |
| 123 | TheFaceBook, Inc. / PLT | Exhibit H to the Declaration of Robert D. Nagel in Support of Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction (Filed Under Seal in the State Court) | 5/11/2006 |
| 124 | TheFaceBook, Inc. / PLT | Exhibit I to the Declaration of Robert D. Nagel in Support of Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction (Filed Under Seal in the State Court) | 5/11/2006 |
| 125 | TheFaceBook, Inc. / PLT | Exhibit J to the Declaration of Robert D. Nagel in Support of Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction (Filed Under Seal in the State Court) | 5/11/2006 |
| 126 | TheFaceBook, Inc. / PLT | Exhibit M to the Declaration of Robert D. Nagel in Support of Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction (Filed Under Seal in the State Court) | 5/11/2006 |
| 127 | TheFaceBook, Inc. / PLT | Exhibit N to the Declaration of Robert D. Nagel in Support of Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction (Filed Under Seal in the State Court) | 5/11/2006 |

| Tab No. | Party | Document Description | Filed |
|---|---|---|---|
| 128 | TheFaceBook, Inc. / PLT | Exhibit O to the Declaration of Robert D. Nagel in Support of Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction (Filed Under Seal in the State Court) | 5/11/2006 |
| 129 | TheFaceBook, Inc. / PLT | Exhibit P to the Declaration of Robert D. Nagel in Support of Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction (Filed Under Seal in the State Court) | 5/11/2006 |
| 130 | TheFaceBook, Inc. / PLT | Exhibit Q to the Declaration of Robert D. Nagel in Support of Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction (Filed Under Seal in the State Court) | 5/11/2006 |
| 131 | TheFaceBook, Inc. / PLT | Exhibit R to the Declaration of Robert D. Nagel in Support of Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction (Filed Under Seal in the State Court) | 5/11/2006 |
| 132 | TheFaceBook, Inc. / PLT | Non-California Authorities in Support of Facebook, Inc.'s Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 5/11/2006 |
| 133 | TheFaceBook, Inc. / PLT | Proof of Service Via Hand Delivery | 5/11/2006 |
| 134 | TheFaceBook, Inc. / PLT | Facebook, Inc.'s Opposition to ConnectU LLC's Demurrer | 5/11/2006 |
| 135 | TheFaceBook, Inc. / PLT | Proof of Service Via Hand Delivery | 5/11/2006 |
| 136 | TheFaceBook, Inc. / PLT | Facebook's Case Management Statement | 5/17/2006 |
| 137 | TheFaceBook, Inc. / PLT | Proof of Service via Hand Delivery | 5/17/2006 |
| 138 | ConnectU LLC / DEF | ConnectU's Case Management Statement | 5/18/2006 |

Doc. No. 459336

Index of State Court Pleadings
Case No.

| Tab No. | Party | Document Description | Filed |
|---------|-------|---------------------|-------|
| 139 | ConnectU LLC / DEF | Certificate of Service | 5/18/2006 |
| 140 | ConnectU LLC / DEF | Defendants' Notice of Unopposed Motion and Motion to File Certain Documents Under Seal in Connection with Defendants' Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 5/24/2006 |
| 141 | ConnectU LLC / DEF | Memorandum of Points and Authorities in Support of Unopposed Motion to Seal Records in Connection with Defendants' Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 5/24/2006 |
| 142 | ConnectU LLC / DEF | Declaration of Scott R. Mosko in Support of Memorandum of Points and Authorities in Support of Motion to Seal Records in Connection with Defendants' Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 5/24/2006 |
| 143 | ConnectU LLC / DEF | Defendants' Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction (Filed Under Seal in the State Court) | 5/24/2006 |
| 144 | ConnectU LLC / DEF | Supplemental Declaration of Scott R. Mosko in Support of Defendants' Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 5/24/2006 |
| 145 | ConnectU LLC / DEF | Exhibits B, E, G and H to the Supplemental Declaration of Scott R. Mosko in Support of Defendants' Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction (Filed Under Seal in the State Court) | 5/24/2006 |
| 146 | ConnectU LLC / DEF | Supplemental Declaration of Tyler Winklevoss in Support of Defendants' Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 5/24/2006 |

Doc. No. 459336

| Tab No. | Party | Document Description | Filed |
|---------|-------|---------------------|-------|
| 147 | ConnectU LLC / DEF | Supplemental Declaration of Howard Winklevoss in Support of Defendants' Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 5/24/2006 |
| 148 | ConnectU LLC / DEF | Supplemental Declaration of Divya Narendra in Support of Defendants' Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 5/24/2006 |
| 149 | ConnectU LLC / DEF | Supplemental Declaration of Cameron Winklevoss in Support of Defendants' Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 5/24/2006 |
| 150 | ConnectU LLC / DEF | Appendix of Non-California Authorities in Support of Defendants' Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 5/24/2006 |
| 151 | ConnectU LLC / DEF | ConnectU LLC's Notice of Unopposed Motion and Motion to File Certain Documents Under Seal in Connection with ConnectU LLC's Reply to Opposition to Demurrer | 5/24/2006 |
| 152 | ConnectU LLC / DEF | Memorandum of Points and Authorities in Support of Unopposed Motion to Seal Records in Connection with ConnectU LLC's Reply to Opposition to Demurrer | 5/24/2006 |
| 153 | ConnectU LLC / DEF | Declaration of Scott R. Mosko in Support of Motion to Seal Records in Connection with ConnectU LLC's Reply to Opposition to Demurrer | 5/24/2006 |
| 154 | ConnectU LLC / DEF | Defendant ConnectU's Reply to Opposition to Demurrer (Filed Under Seal in the State Court) | 5/24/2006 |
| 155 | ConnectU LLC / DEF | Declaration of Scott R. Mosko in Support of Defendant ConnectU's Reply to Opposition to Demurrer | 5/24/2006 |

Doc. No. 459336

| Tab No. | Party | Document Description | Filed |
|---------|-------|---------------------|-------|
| 156 | ConnectU LLC / DEF | Exhibits B and D to the Declaration of Scott R. Mosko in Support of ConnectU LLC's Reply to Opposition to Demurrer (Filed Under Seal in the State Court) | 5/24/2006 |
| 157 | ConnectU LLC / DEF | Certificate of Service | 5/24/2006 |
| 158 | ConnectU LLC / DEF | Supplement to Scott R. Mosko's Supplemental Declaration in Support of Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 6/1/2006 |
| 159 | TheFaceBook, Inc. / PLT | Supplemental Declaration of Robert D. Nagel in Support of Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction | 6/1/2006 |
| 160 | TheFaceBook, Inc. / PLT | Proof of Service Via Hand Delivery | 6/1/2006 |
| 161 | Court | Order re: Demurrer of Defendant ConnectU, LLC to Complaint and Motion of Defendants Cameron Winklevoss, Tyler Winklevoss, Howard Winklevoss, and Divya Narendra to Quash Service of Summons and Complaint for Lack of Personal Jurisdiction | 6/2/2006 |
| 162 | ConnectU LLC / DEF | Certificate of Service | 6/12/2006 |
| 163 | Court | Order Granting Defendants' Motion to Seal Records Pursuant to California Rules of Court 243.1 and 243.2 | 6/22/2006 |
| 164 | Court | Order Granting ConnectU LLC's Motion to Seal Records Pursuant to California Rules of Court 243.1 and 243.2 | 6/22/2006 |
| 165 | Court | Order Granting Defendants' Motion to Seal Records Pursuant to California Rules of Court 243.1 and 243.2 | 6/22/2006 |
| 166 | Court | Stipulation and Order to Move Case Management From August 8, 2006 to August 1, 2006 | 6/29/2006 |
| 167 | TheFaceBook, Inc. / PLT | Proof of Service via Facsimile and U.S. Mail | 6/23/2006 |

| Tab No. | Party | Document Description | Filed |
|---------|-------|----------------------|-------|
| 168 | TheFaceBook, Inc. / PLT | Notice of Entry of Orders Granting Plaintiff's and Defendants' Motions to File Under Seal | 6/23/2006 |
| 169 | ConnectU LLC / DEF | Defendant ConnectU LLC's Supplement to Its Case Management Statement, Originally Filed May 18, 2006 | 7/21/2006 |
| 170 | ConnectU LLC / DEF | Certificate of Service | 7/21/2006 |
| 171 | ConnectU LLC / DEF | Memorandum of Points and Authorities in Support of Unopposed Motion to Seal Records in Connection with ConnectU LLC's Motion to Stay | 9/6/2006 |
| 172 | ConnectU LLC / DEF | Declaration of Scott R. Mosko in Support of Motion to Seal Records in Connection with ConnectU LLC's Motion to Stay | 9/6/2006 |
| 173 | ConnectU LLC / DEF | Notice of Hearing on Defendant ConnectU LLC's Motion to Stay | 9/6/2006 |
| 174 | ConnectU LLC / DEF | Defendant ConnectU LLC's Motion to Stay (Filed Under Seal in the State Court) | 9/6/2006 |
| 175 | ConnectU LLC / DEF | Declaration of Scott R. Mosko in Support of Defendant ConnectU LLC's Motion to Stay with Exhibits A, E, F and G | 9/6/2006 |
| 176 | ConnectU LLC / DEF | Exhibits B, C and D to the Declaration of Scott R. Mosko in Support of Defendant ConnectU LLC's Motion to Stay (Filed Under Seal in the State Court) | 9/6/2006 |
| 177 | ConnectU LLC / DEF | Certificate of Service | 9/6/2006 |
| 178 | ConnectU LLC / DEF | Notice of Motion and Unopposed Motion to File exhibits D, I and J Under Seal Pursuant to California Rules of Court 243.1 and 243.2 | 9/6/2006 |
| 179 | TheFaceBook, Inc. / PLT | Declaration of Theresa A. Sutton in Support of Plaintiff's Unopposed Motion to File Under Seal Pursuant to California Rules of Court 23.1 and 243.2 | 9/15/2006 |
| 180 | TheFaceBook, Inc. / PLT | Non-California Authorities in Support of Facebook, Inc.'s Motion to File Exhibits D, I and J Under Seal Pursuant to Rules of Court 243.1 and 243.2 | 9/22/2006 |

| Tab No. | Party | Document Description | Filed |
|---|---|---|---|
| 181 | TheFaceBook, Inc. / PLT | Facebook's Opposition to Defendant ConnectU LLC's Motion to Stay | 9/15/2006 |
| 182 | TheFaceBook, Inc. / PLT | Declaration of Theresa A. Sutton in Support of Facebook's Opposition to Defendant ConnectU LLC's Motion to Stay | 9/15/2006 |
| 183 | TheFaceBook, Inc. / PLT | Exhibit D to the Declaration of Theresa A. Sutton in Support of Facebook's Opposition to Defendant ConnectU LLC's Motion to Stay (Filed Under Seal in the State Court) | 9/15/2006 |
| 184 | TheFaceBook, Inc. / PLT | Exhibit I to the Declaration of Theresa A. Sutton in Support of Facebook's Opposition to Defendant ConnectU LLC's Motion to Stay (Filed Under Seal in the State Court) | 9/15/2006 |
| 185 | TheFaceBook, Inc. / PLT | Exhibit J to the Declaration of Theresa A. Sutton in Support of Facebook's Opposition to Defendant ConnectU LLC's Motion to Stay (Filed Under Seal in the State Court) | 9/15/2006 |
| 186 | TheFaceBook, Inc. / PLT | Proof of Service | 9/15/2006 |
| 187 | TheFaceBook, Inc. / PLT | Facebook's Case Management Statement | 9/15/2006 |
| 188 | TheFaceBook, Inc. / PLT | Defendant ConnectU LLC's Reply to Plaintiff's Opposition to Motion to Stay | 9/21/2006 |
| 189 | ConnectU LLC / DEF | Declaration of Scott R. Mosko in Support of Defendant ConnectU LLC's Reply to Plaintiff The Facebook's Opposition to Motion to Stay | 9/21/2006 |
| 190 | ConnectU LLC / DEF | Certificate of Service | 9/21/2006 |
| 191 | Court | Order Granting ConnectU LLC's Motion to Seal Records Pursuant to California Rules of court 243.1 and 243.2 | 9/28/2006 |
| 192 | Court | Order | 9/29/2006 |
| 193 | Court | Commission for the Out of State Deposition of and Production of Business Records from Pacific Northwest Software, Inc. | 9/29/2006 |

| Tab No. | Party | Document Description | Filed |
|---------|-------|---------------------|-------|
| 194 | TheFaceBook, Inc. / PLT | Supplemental Declaration of Theresa A. Sutton in Support of Facebook's Opposition to Defendant ConnectU LLC's Motion to Stay | 10/10/2006 |
| 195 | TheFaceBook, Inc. / PLT | Proof of Service | 10/10/2006 |
| 196 | Court | Commission For the Out of State Deposition of and Production of Business Records from Winston Williams | 11/2/2006 |
| 197 | ConnectU LLC / DEF | ConnectU's Application for Ex Parte Order Postponing Deposition and For Protective Order; and Memorandum of Points and Authorities in Support Thereof | 11/3/2006 |
| 198 | ConnectU LLC / DEF | Declaration of Scott R. Mosko in Support of Defendant ConnectU's Application for Ex Parte Order Postponing Deposition and for Protective Order | 11/3/2006 |
| 199 | TheFaceBook, Inc. / PLT | Facebook's Case Management Statement | 11/13/2006 |
| 200 | TheFaceBook, Inc. / PLT | Proof of Service Via Facsimile and U.S. Mail | 11/13/2006 |
| 201 | ConnectU LLC / DEF | ConnectU's Case Management Statement | 11/14/2006 |
| 202 | ConnectU LLC / DEF | Certificate of Service | 11/14/2006 |
| 203 | TheFaceBook, Inc. / PLT | Notice of Entry of Order to Move Case Management Conference from November 28, 2006 to January 23, 2007 | 11/21/2006 |
| 204 | ConnectU LLC / DEF | ConnectU LLC's Notice of Unopposed Motion and Motion to File Certain Documents Under Seal in Connection with Defendant ConnectU LLC's Motion to Compel the Production of Documents in Response to Production Request Nos. 17-24 | 12/12/2006 |
| 205 | ConnectU LLC / DEF | Memorandum of Points and Authorities in Support of Unopposed Motion to Seal Records in Connection with Defendant ConnectU LLC's Motion to Compel the Production of Documents in Response to Production Request Nos. 17-24 | 12/12/2006 |

| Tab No. | Party | Document Description | Filed |
|---------|-------|----------------------|-------|
| 206 | ConnectU LLC / DEF | Declaration of Scott R. Mosko in Support of Motion to Seal Records in Connection with Defendant ConnectU LLC's Motion to Compel the Production of Documents in Response to Production Request Nos. 17-24 | 12/12/2006 |
| 207 | ConnectU LLC / DEF | Notice of Hearing on Defendant ConnectU LLC's Motion to Compel the Production of Documents in Response to Production Request Nos. 17-24 | 12/12/2006 |
| 208 | ConnectU LLC / DEF | Defendant ConnectU LLC's Motion to Compel the Production of Documents in Response to Production Request Nos. 17-24 (Filed Under Seal in the State Court) | 12/12/2006 |
| 209 | ConnectU LLC / DEF | Defendant ConnectU LLC's California Rules of Court Rule 335 Separate Statement in Support of Motion to Compel the Production of Documents in Response to Production Request Nos. 17-24 (Filed Under Seal in the State Court) | 12/12/2006 |
| 210 | ConnectU LLC / DEF | Declaration of Scott R. Mosko in Support of Defendant ConnectU LLC's Motion to Compel the Production of Documents in Response to Production Request Nos. 17-24 | 12/12/2006 |
| 211 | ConnectU LLC / DEF | Exhibit D to the Declaration of Scott R. Mosko in Support of Defendant ConnectU LLC's Motion to Compel the Production of Documents in Response to Production Request Nos. 17-24 (Filed Under Seal in the State Court) | 12/12/2006 |
| 212 | ConnectU LLC / DEF | ConnectU LLC's Notice of Unopposed Motion and Motion to File Certain Documents Under Seal in Connection with Defendant ConnectU LLC's Motion to Compel Deposition of Mark Zuckerberg | 12/12/2006 |
| 213 | ConnectU LLC / DEF | Memorandum of Points and Authorities in Support of Unopposed Motion to Seal Records in Connection with Defendant ConnectU LLC's Motion to Compel Deposition of Mark Zuckerberg | 12/12/2006 |

| Tab No. | Party | Document Description | Filed |
|---------|-------|---------------------|-------|
| 214 | ConnectU LLC / DEF | Declaration of Scott R. Mosko in Support of Motion to Seal Records in Connection with Defendant ConnectU LLC's Motion to Compel Deposition of Mark Zuckerberg | 12/12/2006 |
| 215 | ConnectU LLC / DEF | Notice of Hearing on Defendant ConnectU LLC's Motion to Compel Deposition of Mark Zuckerberg | 12/12/2006 |
| 216 | ConnectU LLC / DEF | Defendant ConnectU LLC's Motion to Compel Deposition of Mark Zuckerberg (Filed Under Seal in State Court) | 12/12/2006 |
| 217 | ConnectU LLC / DEF | Declaration of Scott R. Mosko in Support of Defendant ConnectU LLC's Motion to Compel Deposition of Mark Zuckerberg | 12/12/2006 |
| 218 | ConnectU LLC / DEF | Exhibit B to the Declaration of Scott R. Mosko in Support of Defendant ConnectU LLC's Motion to Compel Deposition of Mark Zuckerberg (Filed Under Seal in State Court ) | 12/12/2006 |
| 219 | ConnectU LLC / DEF | Certificate of Service | 12/12/2006 |
| 220 | TheFaceBook, Inc. / PLT | Facebook's Memorandum of Points and Authorities in Opposition to ConnectU's Motion to Compel Production of Documents in Response to Production Request Nos. 17-24 | 12/21/2006 |
| 221 | TheFaceBook, Inc. / PLT | Declaration of Theresa Sutton in Support of Facebook's Opposition to ConnectU's Motion to Compel Production of Documents in Response to Production Request Nos. 17-24 | 12/21/2006 |
| 222 | TheFaceBook, Inc. / PLT | Facebook's Responses to ConnectU's California Rules of Court 335 Separate Statement in Support of Motion to Compel the Production of Documents in Response to Production Request Nos. 17-24 | 12/21/2006 |
| 223 | TheFaceBook, Inc. / PLT | Facebook's Memorandum of Points and Authorities in Opposition to ConnectU's Motion to Compel Deposition of Mark Zuckerberg | 12/21/2006 |

| Tab No. | Party | Document Description | Filed |
|---------|-------|---------------------|-------|
| 224 | TheFaceBook, Inc. / PLT | Declaration of Yvonne Greer in Support of Facebook's Memorandum of Points and Authorities in Opposition to ConnectU's Motion to Compel Deposition of Mark Zuckerberg | 12/21/2006 |
| 225 | TheFaceBook, Inc. / PLT | Declaration of Theresa Sutton in Support of Facebook's Memorandum of Points and Authorities in Opposition to ConnectU's Motion to Compel Deposition of Mark Zuckerberg | 12/21/2006 |
| 226 | TheFaceBook, Inc. / PLT | Proof of Service | 12/21/2006 |
| 227 | TheFaceBook, Inc. / PLT | Amended Proof of Service | 12/21/2006 |
| 228 | ConnectU LLC / DEF | Defendant ConnectU's Reply to Facebook's Memorandum of Points and Authorities in Opposition to ConnectU's Motion to Compel Production of Documents in Response to Production Request Nos. 17-24 | 12/28/2006 |
| 229 | ConnectU LLC / DEF | Declaration of Kenneth Curtis in Support of Defendant ConnectU's Reply to Facebook's Memorandum of Points and Authorities in Opposition to ConnectU's Motion to Compel Production of Documents in Response to Production Request Nos. 17-24 | 12/28/2006 |
| 230 | ConnectU LLC / DEF | Defendant ConnectU's Reply to Facebook's Memorandum of Points and Authorities in Opposition to ConnectU's Motion to Compel Deposition of Mark Zuckerberg | 12/28/2006 |
| 231 | ConnectU LLC / DEF | Supplemental Declaration of Scott R. Mosko in Support of Defendant ConnectU's Reply to Facebook's Memorandum of Points and Authorities in Opposition to ConnectU's Motion to Compel Deposition of Mark Zuckerberg | 12/28/2006 |
| 232 | ConnectU LLC / DEF | Certificate of Service | 12/28/2006 |

| Tab No. | Party | Document Description | Filed |
|---|---|---|---|
| 233 | Court | Order Granting ConnectU LLC's Motion to Seal Records Pursuant to California Rules of Court 243.1 and 243.2 | 1/5/2007 |
| 234 | Court | Order on (1) ConnectU's Motion to Compel Further Responses to Requests for Production and (2) ConnectU's Motion to Compel Deposition of Mark Zuckerberg | |
| 235 | ConnectU LLC / DEF | ConnectU's Case Management Statement | 1/10/2007 |
| 236 | ConnectU LLC / DEF | Certificate of Service. | 1/10/2007 |
| 237 | TheFaceBook, Inc. / PLT | Facebook's Case Management Statement | 1/11/2007 |
| 238 | TheFaceBook, Inc. / PLT | Proof of Service | 1/11/2007 |
| 239 | TheFaceBook, Inc. / PLT | Facebook Inc.'s Notice of Motion for Leave to File First Amended Complaint | 1/19/2007 |
| 240 | TheFaceBook, Inc. / PLT | Facebook Inc.'s Memorandum of Point's and Authoritie's In Support of Motion For Leave to File First Amended Complaint | |
| 241 | TheFaceBook, Inc. / PLT | Declaration of Yvonne P. Greer In Support of Facebook Inc.'s Memorandum of Point's and Authoritie's In Support of Motion For Leave to File First Amended Complaint | 1/23/2007 |
| 242 | TheFaceBook, Inc. / PLT | Proof of Service | 1/23/2007 |
| 243 | TheFaceBook, Inc. / PLT | Notice of Motion and Motion to Compel Further Responses to Facebook's Second Set of Request for Production of Documents (24-79) | 2/1/2007 |
| 244 | TheFaceBook, Inc. / PLT | Memorandum of Points and Authorities in Support of Motion to Compel Further Responses to Facebook's Second Set of Request for Production of Documents (24-79) | 2/1/2007 |
| 245 | TheFaceBook, Inc. / PLT | Declaration of Theresa Sutton Memorandum of Points and Authorities in Support of Motion to Compel Further Responses to Facebook's Second Set of Request for Production of Documents (24-79) | 2/1/2007 |

| Tab No. | Party | Document Description | Filed |
|---------|-------|---------------------|-------|
| 246 | TheFaceBook, Inc. / PLT | Statement Pursuant to California Rules of Court 335 In Support of Motion to Compel FurtherResponses to Facebook's Second Set of Request for Production of Documents (24-79) | 2/1/2007 |
| 247 | TheFaceBook, Inc. / PLT | Proof Of Service | 2/1/2007 |
| 248 | ConnectU LLC / DEF | ConnectU LLC's Notice of Unopposed Motion and Motion to File Certain Documents Under Seal in Connection with Defendant ConnectU LLC's Opposition to Plaintiff Facebook's Motion for Leave to File First Amended Complaint | 2/5/2007 |
| 249 | ConnectU LLC / DEF | Memorandum of Points and Authorities in Support of Unopposed Motion to Seal Records in Connection with Defendant ConnectU LLC's Opposition to Plaintiff Facebook's Motion for Leave to File First Amended Complaint | 2/5/2007 |
| 250 | ConnectU LLC / DEF | Declaration of Scott R. Mosko in Support of Motion to Seal Records in Connection with Defendant ConnectU LLC's Opposition to Plaintiff Facebook's Motion for Leave to File First Amended Complaint | 2/5/2007 |
| 251 | ConnectU LLC / DEF | Defendant ConnectU LLC's Opposition to Plaintiff Facebook's Motion for Leave to File First Amended Complaint | 2/5/2007 |
| 252 | ConnectU LLC / DEF | Robert F. McCauley Declaration In Support Of Defendant ConnectU LLC's Opposition to Plaintiff Facebook's Motion for Leave to File First Amended Complaint | 2/5/2007 |
| 253 | ConnectU LLC / DEF | Declaration of Scott R. Mosko In Support Of Defendant ConnectU LLC's Opposition to Plaintiff Facebook's Motion for Leave to File First Amended Complaint | 2/5/2007 |
| 254 | ConnectU LLC / DEF | Exhibits B, C, D, E, and H to the Declaration of Scott R. Mosko In Support of Defendant ConnectU LLC's Opposition to Plaintiff Facebook's Motion for Leave to File First Amended Complaint (Filed Under Seal in the State Court) | 2/5/2007 |

| Tab No. | Party | Document Description | Filed |
|---------|-------|----------------------|-------|
| 255 | ConnectU LLC / DEF | Certificate of Service | 2/5/2007 |
| 256 | TheFaceBook, Inc. / PLT | Commission For the Out of State Deposition of and Production of Business Records from Deva Mishra | 2/8/2007 |
| 257 | TheFaceBook, Inc. / PLT | Commission For the Out of State Deposition of and Production of Business Records from Alexander Chastain-Chapman | 2/8/2007 |
| 258 | TheFaceBook, Inc. / PLT | Commission For the Out of State Deposition of and Production of Business Records from David Gucwa | 2/8/2007 |
| 259 | TheFaceBook, Inc. / PLT | Commission For the Out of State Deposition of and Production of Business Records from Imarc LLC | 2/8/2007 |
| 260 | TheFaceBook, Inc. / PLT | Commission For the Out of State Deposition of and Production of Business Records from Marc Hall | 2/8/2007 |
| 261 | TheFaceBook, Inc. / PLT | Commission For the Out of State Deposition of and Production of Business Records from Ruthann DeGutis | 2/8/2007 |
| 262 | TheFaceBook, Inc. / PLT | Commission For the Out of State Deposition of and Production of Business Records from Wayne Chang | 2/8/2007 |
| 263 | TheFaceBook, Inc. / PLT | Commission For the Out of State Deposition of and Production of Business Records from Winklevoss Technologies | 2/8/2007 |
| 264 | TheFaceBook, Inc. / PLT | Commission For the Out of State Deposition of and Production of Business Records from Winklevoss Consultants | 2/8/2007 |
| 265 | TheFaceBook, Inc. / PLT | Commission For the Out of State Deposition of and Production of Business Records from Row America, LLC | 2/8/2007 |
| 266 | TheFaceBook, Inc. / PLT | Notice of Motion and Unopposed Motion to File Exhibit B Under Seal Pursuant to California Rules of Court 243.1 and 243.2 | 2/9/2007 |
| 267 | TheFaceBook, Inc. / PLT | Declaration of Theresa Sutton In Support of Notice of Motion and Unopposed Motion to File Exhibit B Under Seal Pursuant to California Rules of Court 243.1 and 243.2 | 2/9/2007 |

| Tab No. | Party | Document Description | Filed |
|---------|-------|----------------------|-------|
| 268 | TheFaceBook, Inc. / PLT | Facebook, Inc.'s Reply Memo In Support Of Motion for Leave to File First Amended Complaint | 2/9/2007 |
| 269 | TheFaceBook, Inc. / PLT | Declaration of Theresa Sutton In Support of Facebook, Inc.'s Reply Memo In Support Of Motion for Leave to File First Amended Complaint | 2/9/2007 |
| 270 | TheFaceBook, Inc. / PLT | Ex. B to the Declaration of Theresa Sutton In Support of Facebook, Inc.'s Reply Memo In Support Of Motion for Leave to File First Amended Complaint (Filed Under Seal in the State Court) | 2/9/2007 |
| 271 | TheFaceBook, Inc. / PLT | Proof Of Service | 2/9/2007 |
| 272 | TheFaceBook, Inc. / PLT | Commission For the Out of State Deposition of and Production of Business Records from Winklevoss Technologies | 2/9/2007 |
| 273 | ConnectU LLC / DEF | Notice of Hearing on Defendant ConnectU LLC's Motion Concerning California Code of Civil Procedure Section 2031.300 | 2/16/2007 |
| 274 | ConnectU LLC / DEF | Defendant ConnectU's Memorandum of Point's and Authorities' In Support of its Motion Concerning California Code of Civil Procedure Section 2031.300 | 2/16/2007 |
| 275 | ConnectU LLC / DEF | Declaration of Scott R. Mosko In Support of Defendant ConnectU's Memorandum of Point's and Authorities' In Support of its Motion Concerning California Code of Civil Procedure Section 2031.300 | 2/16/2007 |
| 276 | ConnectU LLC / DEF | Declaration of Karen J. Reimer In Support of Defendant ConnectU's Memorandum of Point's and Authorities' In Support of its Motion Concerning California Code of Civil Procedure Section 2031.300 | 2/16/2007 |
| 277 | ConnectU LLC / DEF | Certificate of Service | 2/16/2007 |
| 278 | Court | Order Granting Plaintiff's Motion to File Under Seal Pursuant to California Rules of Court 243.1 and 243.2 | 2/21/2007 |

| Tab No. | Party | Document Description | Filed |
|---|---|---|---|
| 279 | Court | Order Granting Leave to File First Amended Complaint and Order Granting Plaintiff's Motion to File Under Seal Pursuant to California Rules of Court 243.1 and 243.2 | 2/23/2007 |
| 280 | TheFaceBook, Inc. / PLT | Facebook, Inc.'s 1st Amended Complaint | 2/23/2007 |
| 281 | TheFaceBook, Inc. / PLT | Summons Filed | 2/23/2007 |
| 282 | TheFaceBook, Inc. / PLT | Proof of Service - Summons Filed | 2/23/2007 |
| 283 | TheFaceBook, Inc. / PLT | Civil Cover Sheet | 2/23/2007 |
| 284 | TheFaceBook, Inc. / PLT | Notice of Errata to Facebook's Memorandum of Point's and Authorities's In Support Of Its Motion to Compel Further Responses | 2/27/2007 |
| 285 | TheFaceBook, Inc. / PLT | Proof of Service | 2/27/2007 |
| 286 | TheFaceBook, Inc. / PLT | Commission For the Out of State Deposition of and Production of Business Records from Marc Hall | 3/2/2007 |
| 287 | TheFaceBook, Inc. / PLT | Notice of Errata to Facebook's Notice of Motion to Compel Further Responses | 3/2/2007 |
| 288 | TheFaceBook, Inc. / PLT | Proof of Service | 3/2/2007 |
| 289 | ConnectU LLC / DEF | Defendant ConnectU LLC's Opposition to Plaintiff TheFaceBook Inc.'s Motion to Compel Further Responses to its Second Set of Requests for Production of Documents (24-79) | 3/5/2007 |
| 290 | ConnectU LLC / DEF | Declaration of Scott R. Mosko In Support of Defendant CU's Opposition to Plaintiff TheFaceBook Inc.'s Motion to Compel Further Responses to its Second Set of Requests for Production o Documents (24-79) | 3/5/2007 |
| 291 | ConnectU LLC / DEF | Certificate of Service | 3/5/2007 |

| Tab No. | Party | Document Description | Filed |
|---------|-------|----------------------|-------|
| 292 | TheFaceBook, Inc. / PLT | Facebook's Opposition to ConnectU LLC's Motion Concerning California Code of Civil Procedure Section 2031.300 | 3/5/2007 |
| 293 | TheFaceBook, Inc. / PLT | Appendix of Non-California Authorities In Support Of Facebook's Opposition to ConnectU LLC's Motion Concerning California Code of Civil Procedure Section 2031.300 | 3/5/2007 |
| 294 | TheFaceBook, Inc. / PLT | Declaration of Theresa Sutton In Support Of Facebook's Opposition to ConnectU LLC's Motion Concerning California Code of Civil Procedure Section 2031.300 | 3/5/2007 |
| 295 | TheFaceBook, Inc. / PLT | Proof of Service | 3/5/2007 |

Dated:  March 9, 2007

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

By: _____
       Scott R. Mosko
       Attorneys for Defendant
       ConnectU, LLC