1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:    (650) 849-6600
5  Facsimile:    (650) 849-6666

6  Attorneys for DEFENDANT
   ConnectU LLC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12  THE FACEBOOK, INC.,                        CASE No. C07-01389 RS

13          Plaintiffs,

14      v.                                     **NOTICE OF INTERESTED PARTIES**

15  CONNECTU LLC (now known as CONNECTU,
    INC.), PACIFIC NORTHWEST SOFTWARE,
16  INC., WINSTON WILLIAMS, AND DOES 1-25,

17          Defendants.

18

Doc. No. 459542                                      NOTICE OF INTERESTED PARTIES
                                                     Case No. C07-01389 RS

Dockets.Justia.com

Pursuant to Civil Local Rule 3-17, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 14, 2007

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

By: /s/ *Scott R. Mosko*
Scott R. Mosko
Attorneys for Defendant
ConnectU LLC