Scott R. Mosko (State Bar No. 106070)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666

Attorneys for Defendant
Winston Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.<br><br>            Plaintiff,<br><br>       v.<br><br>CONNECTU LLC (now known as ConnectU, Inc.), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND DOES 1-25,<br><br>            Defendants. | CASE NO.  C 07-01389 RS<br><br>**DEFENDANT WINSTON WILLIAMS'S JOINDER IN CONNECTU LLC'S NOTICE OF REMOVAL**<br><br>Date:      May 2, 2007<br>Time:      9:30 a.m.<br>Dept.:     4<br>Judge:    Hon. Richard Seeborg |

1  Defendant Winston Williams hereby joins in ConnectU, LLC's Notice of Removal to this
2  Court of the state court action described in said Notice of Removal, filed with this Court on March 9,
3  2007. In filing this Notice of Joinder Winston Williams does not consent to the personal jurisdiction
4  of this Court or any court in the State of California and expressly reserves all rights to object to the
5  service of process and/or this Court's or any court's exercise of jurisdiction over his person.
6
7
8  Dated:   March 21, 2007
9                                              FINNEGAN, HENDERSON, FARABOW,
10                                               GARRETT & DUNNER, L.L.P.
11
12
13                                     By:  _____/s/_____
                                              Scott R. Mosko
14                                             Attorneys for Defendant
                                              Winston Williams
15