1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Telephone:   (650) 849-6600
   Facsimile:   (650) 849-6666
5

6  Attorneys for Defendant
   Pacific Northwest Software, Inc.
7

8

9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13  FACEBOOK, INC.                          CASE NO. C 07-01389 RS

14             Plaintiff,                   **DEFENDANT PACIFIC NORTHWEST
                                            SOFTWARE, INC.'S JOINDER IN
15       v.                                 CONNECTU LLC'S NOTICE OF
                                            REMOVAL**
16  CONNECTU LLC (now known as ConnectU,
    Inc.), PACIFIC NORTHWEST SOFTWARE,
17  INC., WINSTON WILLIAMS, AND DOES 1-25,  Date:    May 2, 2007
                                            Time:    9:30 a.m.
18             Defendants.                  Dept.:   4
                                            Judge:   Hon. Richard Seeborg
19

20

21

22

23

24

25

26

27

28

1 | Defendant Pacific Northwest Software, Inc. hereby joins in ConnectU, LLC's Notice of Removal to this Court of the state court action described in said Notice of Removal, filed with this Court on March 9, 2007.  In filing this Notice of Joinder Pacific Northwest Software, Inc. does not consent to the personal jurisdiction of this Court or any court in the State of California and expressly reserves all rights to object to the service of process and/or this Court's or any court's exercise of jurisdiction over its person.

Dated:  March 21, 2007

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.


By: _____/s/_____
  Scott R. Mosko
  Attorneys for Defendant
  Pacific Northwest Software, Inc.