1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
5
6  Attorneys for Defendant
   ConnectU LLC
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FACEBOOK, INC. | CASE NO. C 07-01389 RS |
|---|---|
| Plaintiff, | **DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANT CONNECTU LLC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
| v. | |
| CONNECTU LLC (now known as ConnectU, Inc.), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND DOES 1-25, | |
| Defendants. | Date: May 2, 2007<br>Time: 9:30 a.m.<br>Dept.: 4<br>Judge: Hon. Richard Seeborg |

Doc. No. 460113

DEC. OF S. MOSKO ISO CONNECTU'S MOTION
TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)
CASE NO. C 07-01389 RS

# DECLARATION OF SCOTT R. MOSKO

I, Scott R. Mosko declare,

1. I am an attorney duly licensed to practice law in the state of California and am a member of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys of record for Defendant ConnectU LLC. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. Attached hereto as exhibit A is a true and correct copy of the First Amended Complaint in the District of Massachusetts action, filed October 28, 2004, Case No. 04-11923DPW

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on the 21st day of March, 2007, in Palo Alto, California.

/s/
Scott R. Mosko
Attorneys for ConnectU LLC