1 | Scott R. Mosko (State Bar No. 106070)
2 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
3 | Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304
4 | Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666
5 |
6 | Attorneys for Defendant
Winston Williams
7 |
8 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.<br><br>         Plaintiff,<br><br>     v.<br><br>CONNECTU LLC (now known as CONNECTU, INC.), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND DOES 1-25,<br><br>         Defendants. | CASE NO.  C 07-01389 RS<br><br>**DECLARATION OF WINSTON WILLIAMS IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2)**<br><br>Date:         May 2, 2007<br>Time:         9:30 a.m.<br>Courtroom: 4<br>Judge:        Hon. Richard Seeborg |

Doc. No.  450149

DECLARATION OF WINSTON WILLIAMS
CASE NO.  C 07-01389 RS

3

I, WINSTON WILLIAMS, declare

1. I am a resident and citizen of the state of Washington;

2. My domicile is Seattle, Washington;

3. I received a copy of the summons and the Amended Complaint in Washington;

4. I do not maintain a registered agent for service in California;

5. I do not own, lease, possess or maintain any real or personal property in California, and have not owned, leased, possessed or maintained any real or personal property in California;

6. I do not own, lease or maintain an office, residence or place of business in California, and I have not owned, leased or maintained an office, residence or place of business in California;

7. I have never had an authorized agent or representative in California;

8. I do not and have not paid taxes of any kind in the state of California;

9. I do not maintain any bank or savings and loan accounts in California and have not maintained any bank or savings and loan accounts in California;

10. I have never performed any service or sold any goods in California;

11. I have not and do not derive substantial revenue from goods used or consumed in California or services rendered in California;

12. I do not engage in a business and have not engaged in business in the state of California;

13. I have never recruited employees in California;

14. I have never signed any contracts in California;

15. I do not presently nor have I ever maintained a telephone listing in California;

///

Doc. No. 450149                                                1                    DECLARATION OF WINSTON WILLIAMS
                                                                                    CASE NO. C 07-01389 RS

16. Any activity that concerned email addresses available on thefacebook.com website in which I was involved was done pursuant to my employment with Pacific Northwest Software, Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the 21st day of March, 2007 at Seattle, Washington.

                                                          /s/
                                          Winston Williams