1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California  94304
4  Telephone:     (650) 849-6600
   Facsimile:      (650) 849-6666
5

6  Attorneys for Defendants
   ConnectU LLC, Pacific Northwest Software, Inc.
7  and Winston Williams

8

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13 | FACEBOOK, INC. | CASE NO.  C 07-01389 RS |
   |                |                         |
14 |     Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
15 |     v.         |                         |
16 | CONNECTU LLC (now known as ConnectU, Inc.), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND DOES 1-25, | |
17 |                |                         |
18 |     Defendants.|                         |

Doc. No. 460837

CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE
CASE NO.  C 07-01389 RS

Dockets.Justia.com

1  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

2  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties represented

3  by the Finnegan, Henderson firm in this matter hereby voluntarily consent to have United States

4  Magistrate Judge Richard Seeborg conduct any and all further proceedings in the case, including

5  trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the

6  United States Court of Appeals for the Ninth Circuit.

7  Defendants Pacific Northwest Software Inc. and Winston Williams have a pending motion to

8  dismiss the complaint for lack of personal jurisdiction.  This Consent to Proceed before Magistrate

9  Judge Seeborg should not be interpreted to mean that these defendants have made a general

10  appearance in this Court.

11                                              Respectfully submitted,

12  Dated:  April 4, 2007              FINNEGAN, HENDERSON, FARABOW,
                                                         GARRETT & DUNNER, L.L.P.
13

14

15                                              By:      /s/*Scott R. Mosko*
                                                         Scott R. Mosko
16                                                       Attorneys for ConnectU LLC, Pacific Northwest
                                                         Software, Inc. and Winston Williams
17

18

19

20

21

22

23

24

25

26

27

28