| | |
|---|---|
| 1 | G. HOPKINS GUY, III (State Bar No. 124811) |
| | I. NEEL CHATTERJEE (State Bar No. 173985) |
| 2 | MONTE COOPER (State Bar No. 196746) |
| | THERESA A. SUTTON (State Bar No. 211857) |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 4 | Menlo Park, CA 94025 |
| | Telephone: 650-614-7400 |
| 5 | Facsimile: 650-614-7401 |

Attorneys for Plaintiff
The Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC., | Case No. 5:07-CV-01389-RS |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING FACEBOOK'S MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(B)(2)** |
| CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE and WINSTON WILLIAMS, | |
| Defendants. | |

OHS West:260208986.1

[PROPOSED] ORDER GRANTING FACEBOOK'S
MOTION TO ENLARGE TIME
CASE NO. 5:07-CV-01389-RS

The Court, having considered Facebook's Motion to Enlarge Time to Respond to Motion to Dismiss and Reschedule May 2, 2007 Hearing, the papers filed in support of said motion and any papers filed in response by defendants Pacific Northwest Software and Winston Williams, good cause appearing, hereby orders as follows:

IT IS HEREBY ORDERED that Facebook's Motion to Enlarge Time to Respond to Motion to Dismiss and Reschedule May 2, 2007 Hearing is **GRANTED**.

Facebook's opposition, originally due on April 11, 2007, is hereby continued until May 30, 2007. The hearing on Defendants Pacific Northwest Software and Winston Williams' Motion to Dismiss, originally set for May 2, 2007, is hereby continued until June 20, 2007.

**IT IS ORDERED**.

Dated: April __, 2007

_____
The Honorable Richard Seeborg
United States Magistrate Judge
Northern District of California