# Exhibit A

OHS West:260138169.1

# Sutton, Theresa A.

| | |
|---|---|
| **From:** | Sutton, Theresa A. |
| **Sent:** | Tuesday, April 03, 2007 10:00 AM |
| **To:** | 'Mosko, Scott' |
| **Cc:** | Cooper, Monte; Bose, Subroto; Greer, Yvonne; Dalton, Amy |
| **Subject:** | RE: May 2, 2007 Hearing Date |

Scott-

I just left you a voice message about the email below.

Theresa

_____



**O R R I C K**

*Theresa Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*

_____

| | |
|---|---|
| **From:** | Sutton, Theresa A. |
| **Sent:** | Monday, April 02, 2007 10:54 PM |
| **To:** | Mosko, Scott |
| **Cc:** | Cooper, Monte; Bose, Subroto; Greer, Yvonne; Dalton, Amy |
| **Subject:** | May 2, 2007 Hearing Date |

Scott-

Will the defendants agree to reschedule the May 2, 2007, hearing date re their motions to dismiss and allow Facebook to seek jurisdictional discovery? If they will not, Facebook will seek relief from the Court.

Theresa

_____



**O R R I C K**

*Theresa Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*