# Exhibit C

OHS West:260138169.1

Dockets.Justia.com

...

**Sutton, Theresa A.**

**From:** Sutton, Theresa A.
**Sent:** Wednesday, April 04, 2007 1:20 PM
**To:** Mosko, Scott
**Cc:** Cooper, Monte; Greer, Yvonne; Dalton, Amy; Bose, Subroto
**Subject:** RE: Your voicemail from today

Scott-

I am available to talk on Friday before 10:30 and after 1:30. Let me know what time works for you.

Facebook will be filing its motions for expedited discovery and to enlarge the hearing date related to PNS and Winston Williams's joint motion to dismiss.  If, during our call on Friday, you agree to our requests, Facebook will withdraw its motions.

Theresa

_____



**O R R I C K**

*Theresa Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*


**From:** Mosko, Scott [mailto:scott.mosko@finnegan.com]
**Sent:** Tuesday, April 03, 2007 8:40 PM
**To:** Sutton, Theresa A.
**Subject:** Your voicemail from today

Theresa,

I received your voicemail today regarding Facebook's request that the hearing on the motion to dismiss for lack of personal jurisdiction as it concerns PNS and Mr. Williams, be postponed.  I understand from this voicemail that you wish to conduct discovery as it relates to personal jurisdiction. I also understand that you intend to approach the court on an expedited basis for a continuance in light of the date Facebook's opposition is due.  Regarding

your request to take discovery, I do not believe that saying Facebook wishes to take discovery in this circumstance automatically entitles Facebook to such discovery.  I note that Facebook has already taken PNS's deposition for what I believe exceeded 7 hours.  Further Facebook took what I recall was over 12 hours of depositions of the Winklevoss's, Mr. Narendra and ConnectU at which questions were asked concerning PNS and Mr. Williams.  Under these circumstances it does not appear that Facebook would be entitled to take additional discovery to oppose the motion.  Nevertheless, I am willing to talk with you regarding your request.  I have meetings scheduled for tomorrow and Thursday, but I am available Friday.

Regarding Facebook's position that it intends to approach the court on an expedited basis, I note that the motion to dismiss was filed March 21, setting a hearing date for May 2.  This provided Facebook with twice the amount of time to respond than the local rules require.  Yet, Facebook waited two weeks before even approaching Defendants with its request to postpone the hearing.  Such delay, and then the threat of approaching the court on an expedited basis is quite inconsistent.   I am willing to discuss this request with you as well as the underlying request for discovery.  Please let me know what time on Friday you wish to speak.


Scott R. Mosko
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California  94304-1203
PH: 650-849-6672
FAX: 650-849-6666
EMAIL: scott.mosko@finnegan.com

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.