The Facebook, Inc. v. Connectu, LLC et al.                                    Doc. 32

Case 5:07-cv-01389-RS    Document 32    Filed 04/05/2007    Page 1 of 1

G. HOPKINS GUY, III (State Bar No. 124811)
I. NEEL CHATTERJEE (State Bar No. 173985)
MONTE COOPER (State Bar No. 196746)
THERESA A. SUTTON (State Bar No. 211857)
YVONNE P. GREER (State Bar No. 214072)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:07-CV-01389-RS |
| Plaintiff, | **PLAINTIFF FACEBOOK INC.'S LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| CONNECTU, LLC; PACIFIC NORTHWEST SOFTWARE; AND WINSTON WILLIAMS, | **JURY TRIAL** |
| Defendants. | |

        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

named parties, there is no such interest to report.


Dated: April 5, 2007                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                        /s/ I. Neel Chatterjee /s/
                                        _____
                                        I. Neel Chatterjee
                                        Attorneys for Plaintiff
                                        FACEBOOK, INC.

Dockets.Justia.com