1  G. HOPKINS GUY, III (State Bar No. 124811)
   I. NEEL CHATTERJEE (State Bar No. 173985)
2  MONTE COOPER (State Bar No. 196746)
   THERESA A. SUTTON (State Bar No. 211857)
3  YVONNE P. GREER (State Bar No. 214072)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
4  1000 Marsh Road
   Menlo Park, CA 94025
5  Telephone:    650-614-7400
   Facsimile:    650-614-7401
6
   Attorneys for Plaintiff
7  FACEBOOK, INC.

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12
   FACEBOOK, INC.,                    Case No. 5:07-CV-01389-RS
13
                                      **PLAINTIFF FACEBOOK INC.'S**
14          Plaintiff,                **FEDERAL RULE OF CIVIL**
                                      **PROCEDURE 7.1 DISCLOSURE**
15       v.                           **STATEMENT**

16 CONNECTU, LLC; PACIFIC NORTHWEST
   SOFTWARE; AND WINSTON WILLIAMS,   **JURY TRIAL**
17
            Defendants.
18

19

20          Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of

21 this date, there is no such corporation to report.

22

23 Dated: April 5, 2007               ORRICK, HERRINGTON & SUTCLIFFE LLP

24
                                            /s/ I. Neel Chatterjee /s/
25                                   _____
                                             I. Neel Chatterjee
26                                          Attorneys for Plaintiff
                                             FACEBOOK, INC.
27

28

Dockets.Justia.com