1  G. HOPKINS GUY, III (State Bar No. 124811)
   I. NEEL CHATTERJEE (State Bar No. 173985)
2  MONTE COOPER (State Bar No. 196746)
   THERESA A. SUTTON (State Bar No. 211857)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:    650-614-7400
5  Facsimile:    650-614-7401

6  Attorneys for Plaintiff
   Facebook, Inc.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  FACEBOOK, INC.,                           Case No.  5:07-CV-01389-RS

13            Plaintiff,

14     v.                                     **[PROPOSED] ORDER GRANTING
                                              FACEBOOK'S MOTION FOR
15  CONNECTU LLC, PACIFIC NORTHWEST           EXPEDITED DISCOVERY RE
    SOFTWARE and WINSTON WILLIAMS,            PERSONAL JURISDICTION**
16
            Defendants.                       Date:   May 16, 2007
17                                            Time:   9:30 A.M.
                                              Dept.:  4
18                                            Judge:  Honorable Richard Seeborg

19

20

21

22

23

24

25

26

27

28

Dockets.Justia.com

1    Facebook's Motion for Expedited Discovery came on for hearing in Courtroom 4,

2    of this Court on May 16, 2007.  Having read the moving papers and opposition, and having heard

3    argument of counsel, the Court finds that the motion is GRANTED.

4        IT IS ORDERED.

5

Dated: May __, 2007

6

7

8                                             _____
                                              The Honorable Richard Seeborg
9                                             United States Magistrate Judge
                                              Northern District of California
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING FACEBOOK'S
MOTION FOR EXPEDITED DISCOVERY
CASE NO. 5:07-CV-01389-RS