G. HOPKINS GUY, III (State Bar No. 124811)
I. NEEL CHATTERJEE (State Bar No. 173985)
MONTE COOPER (State Bar No. 196746)
THERESA A. SUTTON (State Bar No. 211857)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:　650-614-7400
Facsimile:　650-614-7401

Attorneys for Plaintiff
Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE and WINSTON WILLIAMS,<br><br>　　　　　Defendants. | Case No. 5:07-CV-01389-RS<br><br>**DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF FACEBOOK'S MOTION FOR EXPEDITED DISCOVERY RE PERSONAL JURISDICTION**<br><br>Date:　May 16, 2007<br>Time:　9:30 A.M.<br>Dept.:　4<br>Judge:　Honorable Richard Seeborg |

OHS West:260208806.2

CHATTERJEE DECL. ISO MOT. FOR EXPEDITED DISCOVERY
CASE NO. 5:07-CV-01389-RS

I, Neel Chatterjee, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Plaintiff The Facebook, Inc. I make this Declaration in support of Facebook's Motion for Expedited Discovery re Personal Jurisdiction. I am an active member in good standing of the California State Bar. I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify thereto.

2. Facebook, Inc., headquartered in Palo Alto, California, developed and operates one of the most popular online "social networks" on the Internet, www.facebook.com, in which college students and alumni interact with one another based upon existing friendships, collegiate allegiances, and common interests. *See* http://www.facebook.com.

3. ConnectU LLC, now a defunct Delaware Limited Liability Company, operates a largely unsuccessful competing website called www.connectu.com. In December 2004, and at all times thereafter, Facebook was in Palo Alto. ConnectU was aware of this fact and alleged as much in a related case in the District of Massachusetts.

4. After a half-year of discovery in both the California action and a parallel lawsuit filed by ConnectU against Facebook in the District of Massachusetts, Facebook learned sufficient facts to determine what roles PNS and Williams had played in the spamming of its website users.

5. Attached hereto as **Exhibit A** is a true and correct copy of relevant excerpts of the January 16, 2006 deposition of ConnectU LLC. **[FILED UNDER SEAL.]**

6. Attached hereto as **Exhibit B** is a true and correct copy of relevant excerpts of the August 9, 2005 deposition of ConnectU LLC.

///
///
///
///
///
///
///

1       7.    Attached hereto as **Exhibit C** is a true and correct copy of relevant excerpts of the January 29, 2007 deposition of Pacific Northwest Software.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of April, 2007, at Menlo Park, California.

                                                /s/ I. Neel Chatterjee/s/
                                                   I. Neel Chatterjee