1   G. HOPKINS GUY, III (State Bar No. 124811)
    I. NEEL CHATTERJEE (State Bar No. 173985)
2   MONTE COOPER (State Bar No. 196746)
    THERESA A. SUTTON (State Bar No. 211857)
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
4   Menlo Park, CA 94025
    Telephone:     650-614-7400
5   Facsimile:     650-614-7401

6   Attorneys for Plaintiff
    Facebook, Inc.

7

8               UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12   FACEBOOK, INC.,                  Case No. 5:07-CV-01389-RS

13            Plaintiff,

14       v.                        **NOTICE OF MANUAL FILING OF**
                                   **EXHIBIT A TO THE DECLARATION**
15   CONNECTU LLC, PACIFIC NORTHWEST    **OF I. NEEL CHATTERJEE**
    SOFTWARE and WINSTON WILLIAMS,
16

17          Defendants.

18

19         Notice is hereby given that the exhibits listed below have been manually filed with

20 the Court and are available in paper form only:

21         1.      **Exhibit A** is a true and correct copy of relevant excerpts of the January 16,

22 2006 deposition of ConnectU LLC.

23 Dated: April 5, 2007             ORRICK, HERRINGTON & SUTCLIFFE LLP

24

25                          /s/ Theresa A. Sutton /s/
                            Theresa A. Sutton
26                            Attorneys for Plaintiff
                           FACEBOOK, INC.

27

28

Dockets.Justia.com

# **EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS


CONNECTU LLC,

      Plaintiff,

v.                      C.A. No. 04-1923(DPW)

MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW McCOLLUM,
CHRISTOPHER HUGHES and THE FACEBOOK,
INC.,

      Defendants.

CERTIFIED COPY

---

VOLUME 1

VIDEOTAPED DEPOSITION OF CONNECTU LLC

BY CAMERON H. WINKLEVOSS

Boston, Massachusetts

Tuesday, August 9, 2005

9:44 a.m. to 6:27 p.m.


Reported by:
Jessica L. Williamson, RMR, RPR, CRR
Notary Public, CSR No. 138795

JOB NO. 36599

www.sarnoffcourtreporters.com
46 Corporate Park, Suite 100    445 South Figueroa St., Suite 2950
Irvine, CA 92606    Los Angeles, CA 90071
phone 877.955.3855
fax   949.955.3854



SARNOFF
Court Reporters and
Legal Technologies

```
 1              VIDEOTAPED DEPOSITION OF CONNECTU LLC

 2        by CAMERON H. WINKLEVOSS, a witness called

 3        on behalf of the Defendant Mark Zuckerberg,

 4        Dustin Moskovitz, Andrew McCollum,

 5        Christopher Hughes and The Facebook, Inc.,

 6        pursuant to Rule 30(b)(6) of the Federal

 7        Rules of Civil Procedure, before Jessica L.

 8        Williamson, Registered Merit Reporter,

 9        Certified Realtime Reporter and Notary

10        Public in and for the Commonwealth of

11        Massachusetts, at the Offices of Proskauer

12        Rose, LLP, One International Place, Boston,

13        Massachusetts, on Tuesday, August 9, 2005,

14        commencing at 9:44 a.m.

15

16        A P P E A R A N C E S

17        FINNEGAN HENDERSON FARABOW GARRETT & DUNNER

18        LLP

19          (By John F. Hornick, Esq.

20          and Troy E. Grabow, Esq.)

21          901 New York Avenue, NW

22          Washington, D.C.  20001-4413

23          (202) 408-4000

24          john.hornick@finnegan.com

25          Counsel for the Plaintiff
```

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

```
 1          A P P E A R A N C E S, Continued

 2

 3       ORRICK, HERRINGTON & SUTCLIFFE LLP

 4          (By I. Neel Chatterjee, Esq.

 5          and Joshua H. Walker, Esq.)

 6          1000 Marsh Road

 7          Menlo Park, California   94025

 8          (650) 614-7356

 9          nchatterjee@orrick.com

10          Counsel for the Defendants Mark

11          Zuckerberg, Dustin Moskovitz, Andrew

12          McCollum, Christopher Hughes and The

13          Facebook, Inc.

14

15       HELLER EHRMAN LLP

16          (By Robert B. Hawk, Esq.)

17          275 Middlefield Road

18          Menlo Park, California   94025-3506

19          (650) 324-7000

20          robert.hawk@hellerehrman.com

21          Counsel for the Defendant Eduardo Saverin

22

23       ALSO PRESENT:

24

25          George Dobrentey, Videographer
```

3

P R O C E E D I N G S

| | |
|---|---|
| 09:43:59 | 1 |
| 9:43:59 | 2 |
| 09:44:01 | 3 |
| 09:44:04 | 4 |
| 09:44:07 | 5 |
| 09:44:10 | 6 |
| 09:44:14 | 7 |
| 09:44:15 | 8 |
| 09:44:17 | 9 |
| 09:44:18 | 10 |
| 09:44:23 | 11 |
| 09:44:27 | 12 |
| 09:44:28 | 13 |
| 9:44:30 | 14 |
| 09:44:33 | 15 |
| 09:44:37 | 16 |
| 09:44:37 | 17 |
| 09:44:38 | 18 |
| 09:44:41 | 19 |
| 09:44:42 | 20 |
| 09:44:45 | 21 |
| 09:44:47 | 22 |
| 09:44:49 | 23 |
| 09:44:54 | 24 |
| 09:44:56 | 25 |

THE VIDEOGRAPHER:  We are recording and are now on the record.  Today's date is August the 9th, 2005, and the time is 9:44 a.m.  My name is George Dobrentey.  I'm a legal videographer for G & M Court Reporters, Ltd.  Our business address is 42 Chauncy Street, Suite 1A, Boston, Massachusetts 02111.

This is the deposition of Cameron Winklevoss in the matter of ConnectU vs. Zuckerberg in the United States District Court for the District of Massachusetts, Civil Action No. 04-1923(DPW).

This deposition is being taken at One International Place in Boston, Massachusetts, on behalf of the defendant. The court reporter is Jessica Williamson. Counsel will state their appearances, and the court reporter will administer the oath.

MR. CHATTERJEE:  Neel Chatterjee and Joshua Walker for all of the defendants except for Eduardo Saverin.

MR. WALKER:  Robert Hawk from Heller Ehrman for Defendant Saverin.

|  |  |  |
|---|---|---|
| 09:44:59 | 1 | MR. HORNICK:  John Hornick and Troy |
| 9:45:01 | 2 | Grabow for the plaintiff, ConnectU. |
|  | 3 |  |
|  | 4 | CAMERON H. WINKLEVOSS, |
|  | 5 | a witness called on behalf of the Defendants |
|  | 6 | Mark Zuckerberg, Dustin Moskovitz, Andrew |
|  | 7 | McCollum, Christopher Hughes and The |
|  | 8 | Facebook, Inc., having first been duly |
|  | 9 | sworn, was deposed and testifies as follows: |
|  | 10 |  |
|  | 11 | DIRECT EXAMINATION |
|  | 12 |  |
|  | 13 | BY MR. CHATTERJEE: |
| 9:45:10 | 14 | Q.   Mr. Winklevoss, thank you for coming today. |
| 09:45:14 | 15 | Do you understand that your deposition today |
| 09:45:16 | 16 | is you're testifying on behalf of ConnectU |
| 09:45:19 | 17 | LLC? |
| 09:45:19 | 18 | A.   Yes. |
| 09:45:19 | 19 | Q.   Have you ever had your deposition taken |
| 09:45:21 | 20 | before? |
| 09:45:21 | 21 | A.   No. |
| 09:45:22 | 22 | Q.   I'm going to go over some ground rules with |
| 09:45:26 | 23 | you, and I'm just going to ask you to make |
| 09:45:29 | 24 | sure you understand them.  You may have gone |
| 09:45:31 | 25 | over them with your counsel before. |

| | | |
|---|---|---|
| 01:17:25 | 1 | with these features? |
| 01:17:25 | 2 | A. We looked at Thefacebook, yes. |
| 01:17:28 | 3 | Q. And you extracted course information from |
| 01:17:32 | 4 | ConnectU -- I mean, from Thefacebook? |
| 01:17:34 | 5 | MR. HORNICK:  Object to the form of |
| 01:17:35 | 6 | the question and assumes facts not in |
| 01:17:36 | 7 | evidence. |
| 01:17:36 | 8 | A. Yeah, when collecting course information |
| 01:17:40 | 9 | there's basically two -- you know, it's |
| 01:17:43 | 10 | public course information that's posted by a |
| 01:17:45 | 11 | registrar from the school, and you can |
| 01:17:47 | 12 | either go to the registrar or you can go, |
| 01:17:49 | 13 | you know -- and Thefacebook had the courses. |
| 1:17:51 | 14 | So, yes, we did look at the courses which, |
| 01:17:55 | 15 | again, is public proprietary information, |
| 01:17:59 | 16 | and we collected that, yes. |
| 01:18:01 | 17 | Q. How did you collect it? |
| 01:18:02 | 18 | A. We just would like look at the file in a |
| 01:18:07 | 19 | text editor and just take the course file. |
| 01:18:10 | 20 | Q. Did you ever extract e-mails from |
| 01:18:12 | 21 | Thefacebook? |
| 01:18:13 | 22 | A. We -- yes, we have extracted e-mails from |
| 01:18:17 | 23 | Thefacebook. |
| 01:18:18 | 24 | Q. Isn't it true that you've extracted 2.9 to 3 |
| 01:18:21 | 25 | million e-mails from Thefacebook because of |

| | | |
|---|---|---|
| 01:18:24 | 1 | a security hole you found? |
| 1:18:25 | 2 | MR. HORNICK: Objection. It's a |
| 01:18:27 | 3 | misleading question, but you can answer it |
| 01:18:29 | 4 | if you can. |
| 01:18:30 | 5 | A. We have extracted e-mails basically just, |
| 01:18:38 | 6 | you know, following -- an e-mail has a -- at |
| 01:18:45 | 7 | that point they had a URL, and you could |
| 01:18:46 | 8 | follow that URL and it's completely |
| 01:18:49 | 9 | authorized -- it's not unauthorized access, |
| 01:18:52 | 10 | and you can follow that URL to find an |
| 01:18:55 | 11 | e-mail address, yes, you could. And we did. |
| 01:18:57 | 12 | Q. So did you find a way to extract those |
| 01:19:01 | 13 | e-mails without logging onto Thefacebook? |
| 1:19:06 | 14 | MR. HORNICK: Objection. I think |
| 01:19:07 | 15 | this is outside the scope. It's not |
| 01:19:09 | 16 | 30(b)(6) testimony. |
| 01:19:12 | 17 | A. See, again, I don't remember -- I'm not a |
| 01:19:15 | 18 | programmer, but it's my understanding that |
| 01:19:19 | 19 | with unauthorized -- excuse me, with |
| 01:19:21 | 20 | authorized -- without using unauthorized |
| 01:19:24 | 21 | access those e-mails were accessible. |
| 01:19:25 | 22 | Q. And ConnectU took them? |
| 01:19:28 | 23 | MR. HORNICK: Object to the form of |
| 01:19:29 | 24 | the question. |
| 01:19:29 | 25 | A. What do you mean by take? |

149

| | | |
|---|---|---|
| 01:19:31 | 1 | Q.   Extracted the information? |
| 1:19:32 | 2 | A.   ConnectU followed an open URL, "open" being |
| 01:19:36 | 3 | that it was accessible with not having to |
| 01:19:41 | 4 | use unauthorized access, it was accessible, |
| 01:19:44 | 5 | out in the open, and ConnectU followed those |
| 01:19:46 | 6 | URLs and was able to collect e-mail |
| 01:19:50 | 7 | addresses. |
| 01:19:50 | 8 | Q.   And who did that? |
| 01:19:51 | 9 | A.   Winston Williams. |
| 01:19:52 | 10 | Q.   Winston Williams did that?  And when did he |
| 01:19:55 | 11 | do that? |
| 01:19:56 | 12 | A.   I believe he did it in the spring of this |
| 01:19:58 | 13 | year. |
| 1:19:58 | 14 | Q.   Were those e-mails ever used by ConnectU? |
| 01:20:01 | 15 | A.   I think we used some of them with the Social |
| 01:20:06 | 16 | Butterfly software. |
| 01:20:06 | 17 | Q.   And how were they used? |
| 01:20:07 | 18 | A.   If a friend used Social Butterfly and wanted |
| 01:20:11 | 19 | to invite their friends, then they could do |
| 01:20:14 | 20 | that with Social Butterfly.  And they -- |
| 01:20:16 | 21 | Q.   So when you -- once you had those e-mails, |
| 01:20:20 | 22 | did you -- well, what did you do with them? |
| 01:20:22 | 23 | A.   We just held them in a holding bin, and if a |
| 01:20:29 | 24 | user said, I would like to invite my friend, |
| 01:20:31 | 25 | well, we would just invite their friends. |

Page 403

1    In the United States District Court

2    For the District of Massachusetts

3        I, Jessica L. Williamson, Registered,

4    Merit Reporter, Certified Realtime Reporter

5    and Notary Public in and for the

6    Commonwealth of Massachusetts, do hereby

7    certify that CAMERON H. WINKLEVOSS, the

8    witness whose deposition is hereinbefore set

9    forth, was duly sworn by me and that such

10   deposition is a true record of the testimony

11   given by the witness.

12       I further certify that I am neither

13   related to or employed by any of the parties

14   in or counsel to this action, nor am I

15   financially interested in the outcome of

16   this action.

17       In witness whereof, I have hereunto set

18   my hand and seal this 11th day of August,

19   2005.

20

21        _Jessica L. Williamson_

22   _____

23   Jessica L. Williamson, RMR, RPR, CRR

24   Notary Public, CSR No. 138795

25   My commission expires: 12/18/2009

G&M Court Reporters, Ltd.
617-338-0030

# **EXHIBIT C**

1

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

-----------------------------------------------------------

THEFACEBOOK, INC.,                )

           Plaintiff,      )

      vs.                         )    NO. 1 05 CV 047381

CONNECTU LLC,                     )    **CERTIFIED**

          Defendant.        )    **COPY**

-----------------------------------------------------------

CONFIDENTIAL

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF

JOHN TAVES

-----------------------------------------------------------

8:58 a.m. - 4:49 p.m.

January 29, 2007

719 Second Avenue, Suite Number 900

Seattle, Washington

Joan E. Kinn, CCR, RPR

Court Reporter

CONFIDENTIAL - JOHN TAVES 1/29/2007

2

1        A P P E A R A N C E S

2

3  For the Plaintiff:           THERESA A. SUTTON

4                               MONTE COOPER

5                               Attorneys at Law

6                               ORRICK HERRINGTON &

7                               SUTCLIFFE

8                               1000 Marsh Rd.

9                               Menlo Park, CA  94025

10

11  For the Defendant:          SCOTT R. MOSKO

12                               Attorney at Law

13                               FINNEGAN HENDERSON FARABOW

14                               GARRETT & DUNNER

15                               3300 Hillview Ave.

16                               Palo Alto, CA  94304

17

18  Also Present:               DAN BASSETT

19

20

21

22

23

24

25

CONTINENTAL REPORTING SERVICE, INC.
(800) 308-3377

CONFIDENTIAL - JOHN TAVES 1/29/2007

6

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | 08:54:43 |
| 2 | THE VIDEOGRAPHER:  This is the videotaped | 08:55:33 |
| 3 | portion in the deposition of -- I'm sorry, sir, I -- | 08:55:44 |
| 4 | THE WITNESS:  John Taves. | 08:55:48 |
| 5 | THE VIDEOGRAPHER:  John? | 08:55:49 |
| 6 | THE WITNESS:  Taves. | 08:55:49 |
| 7 | THE VIDEOGRAPHER:  Taves. | 08:55:50 |
| 8 | MS. SUTTON:  Actually, it's Pacific Northwest | 08:55:51 |
| 9 | Software, you're here on behalf of the company. | 08:55:54 |
| 10 | THE VIDEOGRAPHER:  My name is Dan Bassett, I | 08:55:57 |
| 11 | am the videographer here today.  I am employed by | 08:56:00 |
| 12 | Prolumina Trial Technologies.  The court reporter is | 08:56:04 |
| 13 | Joan Kinn from Continental Reporting Service.  The | 08:56:08 |
| 14 | deposition is being recorded this 29th day of January, | 08:56:08 |
| 15 | 2007.  The time now is approximately 8:58 a.m. | 08:56:10 |
| 16 | We are located at 719 Second Avenue, Suite | 08:56:14 |
| 17 | Number 900, in Seattle, Washington.  The deposition is | 08:56:18 |
| 18 | being recorded in the matter of TheFacebook Incorporated | 08:56:22 |
| 19 | versus ConnectU LLC.  The case number is 1 05 CV 047381 | 08:56:25 |
| 20 | in the Superior Court of the State of California in | 08:56:34 |
| 21 | Santa Clara County.  The deposition was noticed by | 08:56:38 |
| 22 | Theresa Sutton. | 08:56:41 |
| 23 | Counsel and all present, please identify | 08:56:42 |
| 24 | yourselves for the record, and then the witness may be | 08:56:44 |
| 25 | sworn in. | 08:56:46 |

CONTINENTAL REPORTING SERVICE, INC.
(800) 308-3377

CONFIDENTIAL - JOHN TAVES 1/29/2007

7

| | | |
|---|---|---|
| 1 | MS. SUTTON:  Theresa Sutton, Orrick, | 08:56:47 |
| 2 | Herrington & Sutcliffe on behalf of the plaintiff, | 08:56:49 |
| 3 | Facebook. | 08:56:51 |
| 4 | MR. MOSKO:  And my name is Scott Mosko on | 08:56:52 |
| 5 | behalf of ConnectU and on behalf of Pacific Northwest | 08:56:55 |
| 6 | Software, Inc. | 08:57:01 |
| 7 | I believe the videographer misidentified the | 08:57:03 |
| 8 | case number.  This is a Washington state case, not a | 08:57:07 |
| 9 | California case.  I understand the Washington state case | 08:57:11 |
| 10 | number is 06-2-39146-2 SEA. | 08:57:15 |
| 11 | | 08:57:32 |
| 12 | Whereupon, | |
| 13 | JOHN TAVES, | |
| 14 | having been first duly sworn, was called as a witness | |
| 15 | herein and was examined and testified as follows: | |
| 16 | | |
| 17 | E X A M I N A T I O N | |
| 18 | BY MS. SUTTON: | 08:57:33 |
| 19 | Q.   Could you please state your full name for the | 08:57:39 |
| 20 | record. | 08:57:41 |
| 21 | A.   John Taves. | 08:57:41 |
| 22 | Q.   No middle name? | 08:57:43 |
| 23 | A.   I don't use it, but. | 08:57:45 |
| 24 | Q.   Okay.  J-O-H-N for John? | 08:57:46 |
| 25 | A.   Mm-hm. | 08:57:50 |

CONTINENTAL REPORTING SERVICE, INC.
(800) 308-3377

CONFIDENTIAL - JOHN TAVES 1/29/2007

8

| | | |
|---|---|---|
| 1 | Q.    Do you understand that you're testifying | 08:57:51 |
| 2 | under oath today? | 08:57:54 |
| 3 | A.    Mm-hm. | 08:57:54 |
| 4 | Q.    What does that mean to you? | 08:57:55 |
| 5 | A.    Means I've got to tell the truth. | 08:57:56 |
| 6 | Q.    Great.  Are you taking any medications or | 08:57:59 |
| 7 | drugs that would impair -- | 08:58:00 |
| 8 | A.    No. | 08:58:03 |
| 9 | Sorry. | 08:58:03 |
| 10 | Q.    That's okay.  So ground rule number one, | 08:58:03 |
| 11 | let's not talk over each other.  Let me finish my | 08:58:05 |
| 12 | questions, I will do my best to let you finish your | 08:58:08 |
| 13 | answers.  And mostly that's just so the court reporter | 08:58:11 |
| 14 | can get everything down. | 08:58:14 |
| 15 | So no medications or drugs that will impair | 08:58:16 |
| 16 | your ability to testify truthfully today, correct? | 08:58:19 |
| 17 | A.    That's correct. | 08:58:21 |
| 18 | Q.    Okay, good. | 08:58:22 |
| 19 | Is there any other reason why you can not | 08:58:22 |
| 20 | give truthful testimony today or your best testimony? | 08:58:25 |
| 21 | A.    There's no reason. | 08:58:27 |
| 22 | Q.    Okay, good.  Have you ever had your | 08:58:29 |
| 23 | deposition taken before? | 08:58:31 |
| 24 | A.    I have not. | 08:58:32 |
| 25 | Q.    Have you ever been involved in litigation | 08:58:33 |

CONTINENTAL REPORTING SERVICE, INC.
(800) 308-3377

CONFIDENTIAL - JOHN TAVES 1/29/2007

61

1   the client talks to?                                    10:13:07

2        MR. MOSKO:  Calls for speculation and lacks        10:13:09

3   foundation.                                             10:13:11

4        A.   We pass it around quite a bit.                10:13:11

5        Q.   Okay, so there's not -- there's not sort of   10:13:14

6   like a team lead and then --                            10:13:16

7        A.   No.                                           10:13:17

8        Q.   Okay.  And what is your role then with the    10:13:18

9   company?                                                10:13:21

10        MR. MOSKO:  Generally or in this instance?        10:13:21

11        Q.   Do you understand the question?              10:13:23

12        A.   Well, I'm the -- I'm the CEO, the president,  10:13:24

13   but, you know, Mike and I are fairly equal, and so we  10:13:34

14   team up to make the major decisions.                   10:13:40

15        Q.   Okay, it's a fairly small company, right?    10:13:42

16        A.   Yes.                                          10:13:45

17        Q.   So as the CEO, what are your day-to-day      10:13:46

18   responsibilities?                                       10:13:50

19        A.   Anything I feel like doing.  I mean I worry   10:13:50

20   about the books, I worry about who we employ, I worry  10:13:55

21   about the customers, I worry about the --              10:13:58

22        Q.   Okay, do you do any development work         10:14:01

23   yourself?                                               10:14:03

24        A.   Yeah, some.                                   10:14:04

25        Q.   And did you do any development work for      10:14:05

CONTINENTAL REPORTING SERVICE, INC.
(800) 308-3377

CONFIDENTIAL - JOHN TAVES 1/29/2007

62

| 1 | ConnectU? | 10:14:07 |
| 2 | A. No. | 10:14:08 |
| 3 | Q. Who did that? | 10:14:09 |
| 4 | A. The bulk of it was Winston. | 10:14:10 |
| 5 | Q. Okay. | 10:14:12 |
| 6 | A. Joel did some. I think there was others that | 10:14:13 |
| 7 | did a little bit, but I can't remember the extent of all | 10:14:16 |
| 8 | of them. | 10:14:20 |
| 9 | Q. Okay. Did Wayne Chang do any? | 10:14:20 |
| 10 | A. I don't think so. | 10:14:23 |
| 11 | Q. Okay. | 10:14:25 |
| 12 | A. Could be wrong. | 10:14:26 |
| 13 | Q. Did you have any interaction with iMarc, a | 10:14:36 |
| 14 | company called iMarc, with regard to your work -- | 10:14:51 |
| 15 | A. Yeah. | 10:14:53 |
| 16 | Q. -- with ConnectU? | 10:14:53 |
| 17 | MR. MOSKO: Let her finish the question | 10:14:54 |
| 18 | before answering. | 10:14:56 |
| 19 | Q. So you did, okay. Who at iMarc did you work | 10:14:57 |
| 20 | with or talk to? | 10:15:00 |
| 21 | A. I can't remember his name.          . | 10:15:02 |
| 22 | Q. Mark Pierrat? | 10:15:05 |
| 23 | A. That sounds familiar. There might have been | 10:15:08 |
| 24 | another name too. | 10:15:11 |
| 25 | Q. Dave Tufts? | 10:15:13 |

CONFIDENTIAL - JOHN TAVES 1/29/2007

88

| | | |
|---|---|---|
| 1 | that's okay. | 11:09:05 |
| 2 | A. Well, in response to this I think there's -- | 11:09:06 |
| 3 | Q. That's okay. | 11:09:12 |
| 4 | In the E-mail from you to Cameron, which is | 11:09:12 |
| 5 | the last one in this string -- | 11:09:15 |
| 6 | A. I don't think we ever had the call from this. | 11:09:18 |
| 7 | Sorry. | 11:09:22 |
| 8 | MR. MOSKO: John, just answer the question | 11:09:23 |
| 9 | that's asked, please. | 11:09:24 |
| 10 | A. Sorry. | 11:09:26 |
| 11 | Q. It's easy to want to keep talking, it's okay. | 11:09:28 |
| 12 | I know Scott doesn't like it, but it's fine with me. | 11:09:32 |
| 13 | So in this E-mail from you to Cameron that's | 11:09:36 |
| 14 | dated December 20th, you wrote that you would have to | 11:09:38 |
| 15 | ask Winston for the source code; do you see that? | 11:09:41 |
| 16 | A. Mm-hm. | 11:09:45 |
| 17 | Q. And that didn't happen? | 11:09:46 |
| 18 | A. Correct. | 11:09:47 |
| 19 | Q. Why not? | 11:09:49 |
| 20 | A. He's not an employee. | 11:09:51 |
| 21 | Q. Well, you at least thought about asking him. | 11:09:54 |
| 22 | A. I did, yeah, looks like it. | 11:09:56 |
| 23 | Q. And you decided because he's not an employee | 11:09:58 |
| 24 | you won't ask him for it? | 11:10:01 |
| 25 | A. I think so, yeah. | 11:10:02 |

CONFIDENTIAL - JOHN TAVES 1/29/2007

98

1    A.    Yeah, I have.                                    11:29:16

2    Q.    Have you never seen a page that looks like      11:29:17

3    this?                                                  11:29:20

4    A.    Well, I have seen pages that look like this,    11:29:20

5    because the ConnectU site has, you know, when you log 11:29:23

6    in, you know, it's got your photo here if you ever put 11:29:25

7    your photo in, and it's got these links, but over the  11:29:29

8    time lots of stuff has changed, and this particular one 11:29:33

9    doesn't look familiar.                                 11:29:36

10    Q.    Okay, great.  Under my friends in the middle   11:29:37

11    of the page, do you see that?                         11:29:40

12    A.    Mm-hm.                                          11:29:41

13    Q.    It says, you can also use Social Butterfly to  11:29:42

14    import your friends from other social networks; do you 11:29:45

15    see that?                                             11:29:46

16    A.    Okay.                                           11:29:46

17    Q.    Does that refresh your recollection at all     11:29:47

18    about the Social Butterfly program --                 11:29:49

19    A.    No.                                             11:29:51

20    Q.    -- and what it does -- no?                      11:29:52

21    A.    No, I don't really have, you know, Winston     11:29:53

22    worked on that.                                       11:29:59

23          MR. MOSKO:  You answered the question, John.   11:30:00

24    A.    Sorry.                                          11:30:02

25    Q.    Did you say Wayne was working on that?         11:30:03

1    financially interested in the said action or the outcome

2    thereof;

3          I further certify that each witness before

4    examination was by me duly sworn to testify the truth, the

5    whole truth and nothing but the truth;

6          I further certify that the deposition, as

7    transcribed, is a full, true and correct transcript of the

8    testimony, including questions and answers, and all

9    objections, motions, and exceptions of counsel made and

10   taken at the time of the foregoing examination.

11

12          IN WITNESS WHEREOF, I have hereunto set

13   my hand and affixed my official seal this 31st _____ day of

14   January _____, 2007.

15

16

17

18   JOAN E. KINN

19   Notary Public in and for

20   the State of Washington,

21   residing at Fall City.

22   KI-NN-*J-E401NR

23

24

25

CONTINENTAL REPORTING SERVICE, INC.
SEATTLE, WASHINGTON
(800) 308 - 3377