| | |
|---|---|
| 1 | G. HOPKINS GUY, III (State Bar No. 124811) |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985)<br>MONTE COOPER (State Bar No. 196746) |
| 3 | THERESA A. SUTTON (State Bar No. 211857)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | 1000 Marsh Road<br>Menlo Park, CA  94025 |
| 5 | Telephone:   650-614-7400<br>Facsimile:     650-614-7401 |
| 6 | Attorneys for Plaintiff |
| 7 | Facebook, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.  5:07-CV-01389-RS |
| Plaintiff, | **FACEBOOK'S ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL** |
| v. | |
| CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE and WINSTON WILLIAMS, | |
| Defendants. | |

OHS West:260208013.1

1  Pursuant to Civil L.R. 7-11 and 79-5, Facebook respectfully submits this administrative request asking the Court to file under seal certain exhibits filed in support of its Motion for Expedited Discovery re Personal Jurisdiction. The exhibits are attached to the Declaration of Theresa A. Sutton in Support of Facebook's Motion for Expedited Discovery re Personal Jurisdiction.

The parties entered into, and the California Superior Court issued, a Stipulated Protective Order on January 23, 2006, which prohibits either party from filing in the public record any documents that have been designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order. Decl. of Theresa A. Sutton in Support of Administrative Request to File Certain Documents Under Seal, Ex. A. Exhibits A and B to the Declaration of I. Neel Chatterjee in Support of Facebook's Motion for Expedited Discovery re Personal Jurisdiction are excerpts from depositions taken in this matter and which were designated as Confidential under the Protective Order. Facebook takes no position as to whether the information contained in these excerpts is confidential.

Dated: April 5, 2007

G. HOPKINS GUY, III
I. NEEL CHATTERJEE
MONTE COOPER
THERESA A. SUTTON
Orrick, Herrington & Sutcliffe LLP

_____
Theresa A. Sutton
Attorneys for Plaintiff
Facebook, Inc.