1  G. HOPKINS GUY, III (State Bar No. 124811)
   I. NEEL CHATTERJEE (State Bar No. 173985)
2  MONTE COOPER (State Bar No. 196746)
   THERESA A. SUTTON (State Bar No. 211857)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:    650-614-7400
5  Facsimile:    650-614-7401

6  Attorneys for Plaintiff
   Facebook, Inc.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12 | FACEBOOK, INC.,                              | Case No.  5:07-CV-01389-RS
13 |          Plaintiff,                          | **[PROPOSED] ORDER GRANTING
   |                                              | ADMINISTRATIVE REQUEST TO
14 |     v.                                       | FILE CERTAIN DOCUMENTS
   |                                              | UNDER SEAL**
15 | CONNECTU LLC, PACIFIC NORTHWEST              |
   | SOFTWARE and WINSTON WILLIAMS,               |
16 |                                              |
   |          Defendants.                         |
17

OHS West:260208999.1

[PROPOSED] ORDER GRANTING ADMIN REQUEST TO FILE
CERTAIN DOCUMENTS UNDER SEAL
CASE NO. 5:07-CV-01389-RS

Dockets.Justia.com

1  IT IS ORDERED that pursuant to the Stipulated Protective Order entered in this
2  matter, the following deposition testimony be filed under seal:
3      1.    EXHIBITS A and B to the Declaration of I. Neel Chatterjee in Support of
4  Facebook's Motion for Expedited Discovery Re Personal Jurisdiction.
5  Dated: May __, 2007

_____
Honorable Richard Seeborg
United States Magistrate Judge
Northern District of California