G. HOPKINS GUY, III (State Bar No. 124811)
I. NEEL CHATTERJEE (State Bar No. 173985)
MONTE COOPER (State Bar No. 196746)
THERESA A. SUTTON (State Bar No. 211857)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiff
Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 5:07-CV-01389-RS |
| Plaintiff, | **DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK'S ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL** |
| v. | |
| CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE and WINSTON WILLIAMS, | |
| Defendants. | |

OHS West:260208016.1

SUTTON DECL. ISO FACEBOOK'S ADMIN REQUEST TO FILE
EXHIBITS UNDER SEAL
CASE NO. 5:07-CV-01389-RS

I, Theresa A. Sutton, declare as follows:

1.  I am an attorney licensed to practice in the State of California. I am an associate in the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for Plaintiff Facebook, Inc. in this action. Except as indicated herein, I have personal knowledge of the facts and circumstances of the matters set forth in this Declaration. If called as a witness, I could and would testify competently to the matters set forth herein.

2.  I make this declaration in support of Facebook's Motion for Expedited Discovery re Personal Jurisdiction.

3.  The information contained in Exhibits A and B to the Declaration of I. Neel Chatterjee in support of Facebook's Motion for Expedited Discovery Re Personal Jurisdiction have been designated "Highly Confidential" by defendant ConnectU pursuant to the parties' Stipulated Protective Order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 5th day of April, 2007 at Menlo Park, California.

/s/ Theresa A. Sutton /s/
Theresa A. Sutton