1  G. HOPKINS GUY, III (State Bar No. 124811)
   I. NEEL CHATTERJEE (State Bar No. 173985)
2  MONTE COOPER (State Bar No. 196746)
   THERESA A. SUTTON (State Bar No. 211857)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA 94025
   Telephone:   650-614-7400
5  Facsimile:   650-614-7401

6  Attorneys for Plaintiff
   Facebook, Inc.

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  FACEBOOK, INC.,                         Case No.  5:07-CV-01389-RS

13              Plaintiff,

14       v.                                 NOTICE OF MANUAL FILING OF
                                            EXHIBIT A TO THE DECLARATION
15  CONNECTU LLC, PACIFIC NORTHWEST         OF I. NEEL CHATTERJEE
    SOFTWARE and WINSTON WILLIAMS,
16
              Defendants.
17

18

19          Notice is hereby given that the exhibits listed below have been manually filed with

20  the Court and are available in paper form only:

21          1.      **Exhibit A** is a true and correct copy of relevant excerpts of the January 16,

22  2006 deposition of ConnectU LLC.

23  Dated: April 5, 2007              ORRICK, HERRINGTON & SUTCLIFFE LLP

24

25                                           /s/ Theresa A. Sutton /s/
                                            Theresa A. Sutton
26                                          Attorneys for Plaintiff
                                            FACEBOOK, INC.
27

28

OHS West:260208820.1

NOTICE OF MANUAL FILING
CASE NO. 5:07-CV-01389-RS

Dockets.Justia.com