1  G. HOPKINS GUY, III (State Bar No. 124811)
   I. NEEL CHATTERJEE (State Bar No. 173985)
2  MONTE COOPER (State Bar No. 196746)
   THERESA A. SUTTON (State Bar No. 211857)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA 94025
   Telephone:  650-614-7400
5  Facsimile:   650-614-7401

6  Attorneys for Plaintiff
   Facebook, Inc.

7

               UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

                     SAN JOSE DIVISION

FACEBOOK, INC.,                    Case No. 5:07-CV-01389-RS

         Plaintiff,

   v.                              **DECLARATION OF SERVICE**

CONNECTU LLC, PACIFIC NORTHWEST
SOFTWARE and WINSTON WILLIAMS,

         Defendants.

OHS West:260209230.1

NOTICE OF MANUAL FILING
CASE NO. 5:07-CV-01389-RS

1  I am more than eighteen years old and not a party to this action. My place of employment
2  and business address is 1000 Marsh Road, Menlo Park, CA 94025.
3  On April 5, 2007, I delivered to the below listed individuals the following documents:

**EXHIBIT A TO THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF FACEBOOK'S MOTION FOR EXPEDITED DISCOVERY RE PERSONAL JURISDICTION**

| | |
|---|---|
| ☐ | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on April 5, 2007. |
| ☐ | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on April 5, 2007. |
| ☒ | By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

**Scott Mosko, Esq.**
**Lily Lim, Esq.**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
**Facsimile: (650) 849-6666**

**ATTORNEYS FOR DEFENDANTS CONNECTU**

Executed on April 5, 2007, at Menlo Park, California. I declare under penalty of perjury that the foregoing is true and correct.

_____
Abby Ako Nai

OHS West:260209230.1

NOTICE OF MANUAL FILING
CASE NO. 5:07-CV-01389-RS