1 | G. HOPKINS GUY, III (State Bar No. 124811)
2 | I. NEEL CHATTERJEE (State Bar No. 173985)
  | MONTE COOPER (State Bar No. 196746)
  | THERESA A. SUTTON (State Bar No. 211857)
3 | ORRICK, HERRINGTON & SUTCLIFFE LLP
  | 1000 Marsh Road
4 | Menlo Park, CA  94025
  | Telephone:    650-614-7400
5 | Facsimile:     650-614-7401

6 | Attorneys for Plaintiff
  | Facebook, Inc.
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11

12 | FACEBOOK, INC.,                                    Case No.  5:07-CV-01389-RS

13 |           Plaintiff,

14 |      v.                                            **[PROPOSED] ORDER GRANTING FACEBOOK'S MOTION TO RESCHEDULE THE JUNE 20, 2007 CASE MANAGEMENT CONFERENCE**

15 | CONNECTU LLC, PACIFIC NORTHWEST
   | SOFTWARE and WINSTON WILLIAMS,
16

17 |           Defendants.

OHS West:260210690.1

[PROPOSED] ORDER GRANTING MOTION TO RESCHEDULE
THE JUNE 20, 2007 CMC
CASE NO. 5:07-CV-01389-RS

Dockets.Justia.com

1    The Court, having considered Facebook's Motion to Reschedule the June 20, 2007 Case
2 Management Conference, the papers filed in support of said motion and any papers filed in
3 response by defendants, good cause appearing, hereby orders as follows:
4    IT IS HEREBY ORDERED that Facebook's Motion to Reschedule the CMC is
5 GRANTED.
6    The Initial Case Management Conference will be set for _____.
7    **IT IS ORDERED**.

Dated: April __, 2007

_____
The Honorable Richard Seeborg
United States Magistrate Judge
Northern District of California