Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:    (650) 849-6600
Facsimile:     (650) 849-6666

Appearing specially for Defendants
Winston Williams and pacific Northwest
Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC.<br><br>Plaintiff,<br><br>v.<br><br>CONNECTU LLC, (now known as CONNECTU INC.) PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND DOES 1-25,<br><br>Defendants. | CASE NO.  C 07-01389 RS<br><br>**DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS PACIFIC NORTHWEST SOFTWARE, INC. AND WINSTON WILLIAMS' OPPOSITION TO FACEBOOK'S MOTION TO ENLARGE TIME TO RESPOND TO MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2), AND RESCHEDULE MAY 2, 2007 HEARING** |

Doc. No. 460955

DEC. OF S. MOSKO ISO DEFENDANTS OPPOSITION TO
FACEBOOK'S CIVIL L.R. 6-3 MOTION
CASE NO.  C 07-01389 RS

Dockets.Justia.com

1  I, Scott R. Mosko declare,

2    1.  I am an attorney duly licensed to practice law in the state of California and am a member of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys of record for Defendants Winston Williams and Pacific Northwest Software, Inc.  The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

    2.  Attached hereto as Exhibit 1 is a true and correct copy of a Case Management Conference Statement filed by Facebook, May 17, 2006 in the Superior Court, Santa Clara County, action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on the 9th day of April, 2007, in Palo Alto, California.

                                         /s/ *Scott R. Mosko*
                                         Scott R. Mosko
                                         Attorneys for Defendants Winston Williams and
                                         Pacific Northwest Software, Inc.