Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:    (650) 849-6600
Facsimile:     (650) 849-6666

Attorneys for Defendant
ConnectU LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. | CASE NO.  C 07-01389 RS |
| Plaintiff, | **DEFENDANT CONNECTU LLC'S DE-DESIGNATION OF CONFIDENTIAL INFORMATION** |
| v. | |
| CONNECTU LLC, (now known as CONNECTU INC.) PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND DOES 1-25, | Date:      May 2, 2007<br>Time:       9:30 a.m.<br>Dept.:      4<br>Judge:     Hon. Richard Seeborg |
| Defendants. | |

Doc. No. 461070

DEFENDANTS DE-DESIGNATION OF CONFIDENTIAL MATERIAL
CASE NO.  C 07-01389 RS

Dockets.Justia.com

1 | On April 5, 2007, Plaintiff filed a motion for expedited discovery. Concurrently with its motion, Plaintiff lodged certain testimony taken in conjunction with a motion to quash service of summons and complaint for lack of personal jurisdiction. With the understanding that Defendant ConnectU does not intend to waive its right to assert as confidential, other testimony also designated as confidential, Defendant ConnectU LLC hereby de-designates as confidential, the deposition transcript that is attached as exhibit A to the Declaration of I. Neel Chatterjee in Support of Facebook's Motion for Expedited Discovery re Personal Jurisdiction.

Respectfully submitted,

Dated:   April 9, 2007

FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.


By:    /s/ *Scott R. Mosko*
        Scott R. Mosko
        Attorneys for Defendant ConnectU LLC

Doc. No. 461070

1

DEFENDANTS DE-DESIGNATION OF CONFIDENTIAL MATERIAL
CASE NO.  C 07-01389 RS