G. HOPKINS GUY, III (State Bar No. 124811)
I. NEEL CHATTERJEE (State Bar No. 173985)
MONTE COOPER (State Bar No. 196746)
THERESA A. SUTTON (State Bar No. 211857)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiff
The Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE and WINSTON WILLIAMS, <br><br> Defendants. | Case No. 5:07-CV-01389-RS <br><br> **EXHIBIT A TO:** <br><br> DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF FACEBOOK'S MOTION FOR EXPEDITED DISCOVERY RE PERSONAL JURISDICTION <br><br> Date:   May 16, 2007 <br> Time:  9:30 A.M. <br> Dept.:  4 <br> Judge: Honorable Richard Seeborg |

**FILED UNDER SEAL**