**\*E-FILED 4/13/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC., | NO. C 07-01389 RS |
| Plaintiff, | **ORDER DENYING MOTION TO ADVANCE CASE MANAGEMENT CONFERENCE AND RELATED DATES** |
| v. | |
| CONNECTU LLC, et al., | |
| Defendants. | |

The motion of plaintiff The Facebook, Inc. filed on April 9, 2007, to advance the Case Management Conference and related dates is denied. It is the Court's preference to have the pleadings settled and a determination as to who will be parties to this action prior to the conference.

IT IS SO ORDERED.

Dated: April 13, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER DENYING MOTION TO ADVANCE CASE MANAGEMENT CONFERENCE AND RELATED DATES
C 07-01389 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

I. Neel Chatterjee     nchatterjee@orrick.com, kmudurian@orrick.com

Monte M.F. Cooper     mcooper@orrick.com, adalton@orrick.com; shart@orrick.com

Scott R. Mosko     scott.mosko@finnegan.com, matthew.tueller@finnegan.com; rosanna.herrick@finnegan.com; lissette.vazquez@finnegan.com; dawn.butler@finnegan.com; karen.reimer@finnegan.com; randal.holderfield@finnegan.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 4/13/07**                              **Chambers of Judge Richard Seeborg**

                                                **By:      /s/ BAK**

ORDER DENYING MOTION TO ADVANCE CASE MANAGEMENT CONFERENCE AND RELATED DATES
C 07-01389 RS

2