1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:    (650) 849-6600
5  Facsimile:    (650) 849-6666

6
   Attorneys for Defendants
7  Pacific Northwest Software and
   Winston Williams
8

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14 | THE FACEBOOK, INC.                          | CASE NO. 5;07-CV-01389-RS

15 |           Plaintiff,                         | **MANUAL FILING NOTIFICATION**

16 |     v.

17 | CONNECTU LLC, (now known as CONNECTU
   | INC.) PACIFIC NORTHWEST SOFTWARE,
18 | WINSTON WILLIAMS, AND DOES 1-25,

19 |           Defendants.

Doc. No. 461877

MANUAL FILING NOTIFICATION
Case No. 5:07-CV-01389-RS

Dockets.Justia.com

Regarding: Case No. 5:07-CV-01389-RS

- **DEFENDANTS PACIFIC NORTHWEST SOFTWARE, INC. AND WINSTON WILLIAMS' OPPOSITION TO PLAINTIFF FACEBOOK, INC.'S MOTION FOR EXPEDITED DISCOVERY RE: PERSONAL JURISDICTION**

- **EXHIBITS D AND E TO THE DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS PACIFIC NORTHWEST SOFTWARE, INC. AND WINSOTN WILLIAMS' OPPOSITION TO FACEBOOK'S MOTION FOR EXPEDITED DISCOVERY RE: PERSONAL JURISDICTION**

These filings are in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):  these

[ ] Voluminous Document (PDF file size larger than the efiling system allows).

[ ] Unable to Scan Documents

[_] Physical Object (description): _____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Items Under Seal**.

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

                                      Respectfully submitted,

Dated:   April 25, 2007            FINNEGAN, HENDERSON, FARABOW,
                                                       GARRETT & DUNNER, L.L.P.


                                           By:_____/S/ Scott R. Mosko_____
                                                   Scott R. Mosko
                                                   Attorneys for Defendants Winston Williams and
                                                   Pacific Northwest Software, Inc.