1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:    (650) 849-6600
5  Facsimile:    (650) 849-6666

6  Attorneys for Defendants
   Winston Williams and Pacific Northwest
7  Software, Inc.

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13  THE FACEBOOK, INC.                    | CASE NO.  C 07-01389 RS

14               Plaintiff,               | **DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS PACIFIC NORTHWEST SOFTWARE, INC. AND WINSTON WILLIAMS' OPPOSITION TO FACEBOOK'S MOTION FOR EXPEDITED DISCOVERY RE: PERSONAL JURISDICTION**
15          v.
16  CONNECTU LLC, (now known as CONNECTU INC.) PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND DOES 1-25,
17
18               Defendants.              | Date:   May 16, 2007
19                                        | Time:   9:30 a.m.
                                          | Dept.   4
20                                        | Judge:  Honorable Richard Seeborg

21

22

23

24

25

26

27

28

Doc. No. 461776

DEC. OF S. MOSKO ISO DEFENDANTS OPPOSITION TO FACEBOOK'S MOTION FOR EXPEDITED DISCOVERY
CASE NO.  C 07-01389 RS

I, Scott R. Mosko declare,

1.  I am an attorney duly licensed to practice law in the state of California and am a member of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys of record for Defendants Winston Williams and Pacific Northwest Software, Inc.  The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2.  Attached hereto as Exhibit A is a true and correct copies of certain pages of testimony from the deposition of ConnectU LLC, taken in the Massachusetts District Court Action on August 9, 2005.

3.  Attached hereto as Exhibit B is a true and correct copy of Facebook's First Set of Special Interrogatories to Cameron Winklevoss, served November 3, 2005.

4.  Attached hereto as Exhibit C is a true and correct copy of an Amended Response of Cameron Winklevoss to Facebook's First Set of Special Interrogatories, served March 9, 2006.

5.  Attached hereto as Exhibit D is a true and correct copies of certain pages of testimony from the deposition of ConnectU LLC, taken in the pending action on January 16, 2006. (FILED UNDER SEAL)

6.  Attached hereto as Exhibit E is a true and correct copies of certain pages of testimony from the deposition of Pacific Northwest Software, taken in the pending action on January 29, 2007 (FILED UNDER SEAL).

7.  Attached hereto as Exhibit F is a true and correct copy of an Order Denying Motion to Advance Case Management Conferences and Related Dates, filed April 13, 2007.

8.  Attached hereto as Exhibit G is a true and correct copy of an email from Theresa Sutton to Scott Mosko regarding discovery scheduling, dated April 12, 2007.

9.  Attached hereto as Exhibit H is a true and correct copy of an email from Scott Mosko to Theresa Sutton regarding discovery scheduling, dated April 12, 2007

10.  Attached hereto as Exhibit I is a true and correct copy of an email from Theresa Sutton to Scott Mosko regarding discovery scheduling, dated April 13, 2007.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct, and that this declaration was executed on the 25th day of April, 2007, in Palo Alto,
3  California.

                                         /s/ *Scott R. Mosko*
                                    Scott R. Mosko
                                    Attorneys for Defendants Winston Williams and
                                    Pacific Northwest Software, Inc.