IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU LLC,

        Plaintiff,

v.                          C.A. No. 04-1923(DPW)

MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW McCOLLUM,
CHRISTOPHER HUGHES and THE FACEBOOK,
INC.,

        Defendants.

CERTIFIED COPY

---

VOLUME 1

VIDEOTAPED DEPOSITION OF CONNECTU LLC

BY CAMERON H. WINKLEVOSS

Boston, Massachusetts

Tuesday, August 9, 2005

9:44 a.m. to 6:27 p.m.

Reported by:
Jessica L. Williamson, RMR, RPR, CRR
Notary Public, CSR No. 138795

JOB NO. 36599

www.sarnoffcourtreporters.com
46 Corporate Park, Suite 100   445 South Figueroa St., Suite 2950
Irvine, CA 92606   Los Angeles, CA 90071
phone 877.955.3855
fax 949.955.3854



SARNOFF
Court Reporters and
Legal Technologies

| | | | |
|---|---|---|---|
| 10:13:22 | 1 | Q. | And what do you -- and who are the |
| 10:13:25 | 2 | | developers you pay? |
| 10:13:27 | 3 | A. | Currently we employ a fellow by the name of |
| 10:13:30 | 4 | | Winston Williams in Seattle. |
| 10:13:32 | 5 | Q. | And is he at Pacific Northwest Software? |
| 10:13:36 | 6 | A. | Yes. Well, yes, he's part of Pacific |
| 10:13:41 | 7 | | Northwest and -- yeah, he's part of that |
| 10:13:46 | 8 | | group. |
| 10:13:46 | 9 | Q. | Okay. And what is he doing? |
| 10:13:47 | 10 | A. | He does a variety of tasks. I mean, it |
| 10:13:49 | 11 | | depends what needs to be done on the site |
| 10:13:51 | 12 | | and whatnot. |
| 10:13:58 | 13 | Q. | Anyone else? |
| 10:13:59 | 14 | A. | Currently, no. |
| 10:14:01 | 15 | Q. | And is Winston Williams being paid on the |
| 10:14:04 | 16 | | hour? |
| 10:14:04 | 17 | A. | Right now Winston Williams is being paid on |
| 10:14:09 | 18 | | an hour, yes. |
| 10:14:11 | 19 | Q. | And what's his hourly rate? |
| 10:14:12 | 20 | A. | I believe it is $60 an hour. |
| 10:14:18 | 21 | Q. | Now, you said that there is a non-equity |
| 10:14:21 | 22 | | manager with ConnectU LLC. Who is that? |
| 10:14:24 | 23 | A. | Maria Antonelli. |
| 10:14:27 | 24 | Q. | And what is her role? |
| 10:14:29 | 25 | A. | She takes care of all of the basically just |

| | | |
|---|---|---|
| 01:19:31 | 1 | Q. Extracted the information? |
| 01:19:32 | 2 | A. ConnectU followed an open URL, "open" being |
| 01:19:36 | 3 | that it was accessible with not having to |
| 01:19:41 | 4 | use unauthorized access, it was accessible, |
| 01:19:44 | 5 | out in the open, and ConnectU followed those |
| 01:19:46 | 6 | URLs and was able to collect e-mail |
| 01:19:50 | 7 | addresses. |
| 01:19:50 | 8 | Q. And who did that? |
| 01:19:51 | 9 | A. Winston Williams. |
| 01:19:52 | 10 | Q. Winston Williams did that? And when did he |
| 01:19:55 | 11 | do that? |
| 01:19:56 | 12 | A. I believe he did it in the spring of this |
| 01:19:58 | 13 | year. |
| 01:19:58 | 14 | Q. Were those e-mails ever used by ConnectU? |
| 01:20:01 | 15 | A. I think we used some of them with the Social |
| 01:20:06 | 16 | Butterfly software. |
| 01:20:06 | 17 | Q. And how were they used? |
| 01:20:07 | 18 | A. If a friend used Social Butterfly and wanted |
| 01:20:11 | 19 | to invite their friends, then they could do |
| 01:20:14 | 20 | that with Social Butterfly. And they -- |
| 01:20:16 | 21 | Q. So when you -- once you had those e-mails, |
| 01:20:20 | 22 | did you -- well, what did you do with them? |
| 01:20:22 | 23 | A. We just held them in a holding bin, and if a |
| 01:20:29 | 24 | user said, I would like to invite my friend, |
| 01:20:31 | 25 | well, we would just invite their friends. |