```
-----Original Message-----
From: Sutton, Theresa A. [mailto:tsutton@orrick.com]
Sent: Thursday, April 12, 2007 5:36 PM
To: Mosko, Scott
Cc: Chatterjee, I. Neel; Cooper, Monte; Dalton, Amy; Greer, Yvonne; Bose, Subroto
Subject: RE: Stipulation for Order Shortening Time
```

Scott-

The Motion for an Order Shortening Time to hear Facebook's Motion for Expedited Discovery. Facebook does not wish to further delay this matter, and the sooner the Motion for Expedited Discovery can be heard, the sooner PNS and Mr. Williams' Motion to Dismiss can be re-calendared and the case can move forward.

I am prepared to file the motion for an order shortening time tonight. Please let me know immediately if defendants will stipulate to a shortened schedule. If I do not hear back from you, I will file the motion. If we can agree, Facebook will withdraw the motion.

I also wanted to discuss the discovery Facebook wishes to take. Your

email does not respond to that request.  Because the Court raised the issue, our Motion for an Order Shortening Time will apprise the Court that Facebook would like to take the depositions of Messrs. Williams, Gucwa, and Chang, as well as PNS and ConnectU; and would also like to propound on the defendants five interrogatories and five document requests related to personal jurisdiction.

Theresa

---------------------------------------
         O
O R R I C K

Theresa Sutton
Orrick, Herrington & Sutcliffe LLP
Silicon Valley Office
1000 Marsh Road, Menlo Park, CA 94025
650.614.7307 (Voice)
650.614.7401 (Fax)
tsutton@orrick.com
www.orrick.com