| | |
|---|---|
| 1 | Scott R. Mosko (State Bar No. 106070) |
| | scott.mosko@finnegan.com |
| 2 | FINNEGAN, HENDERSON, FARABOW, |
| |   GARRETT & DUNNER, L.L.P. |
| 3 | Stanford Research Park |
| | 3300 Hillview Avenue |
| 4 | Palo Alto, California 94304 |
| | Telephone:   (650) 849-6600 |
| 5 | Facsimile:   (650) 849-6666 |
| 6 | |
| 7 | Attorneys for Defendants |
| | Pacific Northwest Software and |
| | Winston Williams |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. | CASE NO. 5;07-CV-01389-RS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CONNECTU LLC, (now known as CONNECTU INC.) PACIFIC NORTHWEST SOFTWARE, WINSTON WILLIAMS, AND DOES 1-25, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to this action. My place of employment and business address is Finnegan, Henderson, Farabow, Garrett, & Dunner, L.L.P., 3300 Hillview Avenue, Palo Alto, California 94304. On April 25 2007, I caused a copy of the following documents to be served:

- **DEFENDANTS' PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS OPPOSITION TO FACEBOOK, INC.'S MOTION FOR EXPEDITED DISCOVERY RE: PERSONAL JURISDICTION (HIGHLIGHTED VERSION FOR FILING UNDER SEAL AND REDACTED VERSION FOR PUBLIC VIEWING)**

- **EXHIBITS D AND E TO THE DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS' PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS OPPOSITION TO FACEBOOK, INC.'S MOTION FOR EXPEDITED DISCOVERY RE: PERSONAL JURISDICTION (FILED UNDER SEAL IN THEIR ENTIRETIES)**

on all parties as follows:

*Attorneys for Plaintiff*
Monte Cooper, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  650.614.7400
Facsimile:  650.614.7401

☐ Via First Class Mail
☒ Via Hand Delivery
☐ Via Overnight Courier
☐ Via Facsimile

I am readily familiar with my firm's practice for collection and processing correspondence sending documents via hand delivery in the ordinary course of business. I sealed said envelope and placed it for hand delivery at our business offices on April 25, 2007, following ordinary business practice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 25, 2007, at Palo Alto, California.

*/s/ Karen Reimer*
Karen Reimer