# EXHIBIT A

1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Telephone:    (650) 849-6600
   Facsimile:    (650) 849-6666
5

6  Attorneys for Defendant
   Pacific Northwest Software, Inc.
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | FACEBOOK, INC.                              | CASE NO. C 07-01389 RS
13 |         Plaintiff,                          | **DECLARATION OF JOHN TAVES IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2)**
14 |     v.                                      |
15 | CONNECTU LLC (now known as CONNECTU, INC.), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND DOES 1-25, |
16 |                                             |
17 |         Defendants.                         | Date:       May 2, 2007
   |                                             | Time:       9:30 a.m.
   |                                             | Courtroom:  4
18 |                                             | Judge:      Hon. Richard Seeborg

Doc. No. 460103

DECLARATION OF JOHN TAVES
CASE NO. C 07-01389 RS

1  I, JOHN TAVES, declare

2  1. I am the President of Pacific Northwest Software, Inc. ("PNS") PNS was incorporated in Washington State in 1998. PNS has a principal place of business in the State of Washington;

2. PNS received a copy of the summons and the Amended Complaint in Washington;

3.. PNS does not maintain a registered agent for service in California;

4. PNS does not own, lease, possess or maintain any real or personal property in California, and has not owned, leased, possessed or maintained any real or personal property in California;

5. PNS does not own, lease or maintain an office, residence or place of business in California, and has not owned, leased or maintained an office, or place of business in California;

6. PNS has not paid taxes of any kind in the state of California;

7. PNS does not maintain any bank or savings and loan accounts in California and has not maintained any bank or savings and loan accounts in California;

8. PNS has not and does not derive substantial revenue from goods used or consumed in California or services rendered in California;

9. PNS has signed perhaps one or fewer contracts regarding a California entity;

10. PNS does not presently nor has it ever maintained a telephone listing in California;

11. The vast majority, which I estimate at 98%, of PNS's revenues from its customers has come from entities located outside of California;

12. In or about 2004, Co-Defendant ConnectU hired PNS to write software as it concerned ConnectU's website. Software writer Winston Williams, then an employee of PNS, was assigned to work on the ConnectU project. PNS invoiced ConnectU for the services performed by Winston Williams as they concerned the ConnectU website. ConnectU paid PNS for these invoiced

///

Doc. No. 460103

1

DECLARATION OF JOHN TAVES
CASE NO. C 07-01389 RS

1  services. At all times, PNS understood that ConnectU and its principals were not located in
2  California.
3        I declare under penalty of perjury under the laws of the United States that the foregoing is
4  true and correct and that this declaration was executed on the 21st day of March, 2007 at Seattle,
5  Washington.

                                                  /s/
                                    John Taves

1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California  94304
4  Telephone:   (650) 849-6600
   Facsimile:    (650) 849-6666
5

6  Attorneys for Defendant
   Winston Williams
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | FACEBOOK, INC. | CASE NO. C 07-01389 RS |
|---|---|---|
| 13 | Plaintiff, | **DECLARATION OF WINSTON WILLIAMS IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2)** |
| 14 | v. | |
| 15 | CONNECTU LLC (now known as CONNECTU, INC.), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND DOES 1-25, | |
| 16 | | |
| 17 | Defendants. | Date:    May 2, 2007<br>Time:    9:30 a.m.<br>Courtroom: 4 |
| 18 | | Judge:   Hon. Richard Seeborg |

Doc. No. 450149

DECLARATION OF WINSTON WILLIAMS
CASE NO. C 07-01389 RS

I, WINSTON WILLIAMS, declare

1. I am a resident and citizen of the state of Washington;

2. My domicile is Seattle, Washington;

3. I received a copy of the summons and the Amended Complaint in Washington;

4. I do not maintain a registered agent for service in California;

5. I do not own, lease, possess or maintain any real or personal property in California, and have not owned, leased, possessed or maintained any real or personal property in California;

6. I do not own, lease or maintain an office, residence or place of business in California, and I have not owned, leased or maintained an office, residence or place of business in California;

7. I have never had an authorized agent or representative in California;

8. I do not and have not paid taxes of any kind in the state of California;

9. I do not maintain any bank or savings and loan accounts in California and have not maintained any bank or savings and loan accounts in California;

10. I have never performed any service or sold any goods in California;

11. I have not and do not derive substantial revenue from goods used or consumed in California or services rendered in California;

12. I do not engage in a business and have not engaged in business in the state of California;

13. I have never recruited employees in California;

14. I have never signed any contracts in California;

15. I do not presently nor have I ever maintained a telephone listing in California;

///

Doc. No. 450149                                1                           DECLARATION OF WINSTON WILLIAMS
                                                                           CASE NO. C 07-01389 RS

3

1   16.   Any activity that concerned email addresses available on thefacebook.com
2   website in which I was involved was done pursuant to my employment with Pacific
3   Northwest Software, Inc.
4
5   I declare under penalty of perjury under the laws of the United States that the
6   foregoing is true and correct and that this declaration was executed on the 21st day of
7   March, 2007 at Seattle, Washington.
8
9                              /s/
                        Winston Williams
10

Doc. No. 450149                    2                    DECLARATION OF WINSTON WILLIAMS
                                                        CASE NO. C 07-01389 RS