# EXHIBIT C



ABOUT US    OUR CLIENTS    TECHNOLOGIES    CASE STUDIES    PRESS RELEASES    CONTACT US

**Working with Us**

Our staff can discuss your needs with you and produce a free estimate.
Let us know your needs.

877.467.6976
info@pnwsoft.com

---

**Featured Product**

**MARCS** - Management Assessment of Risks and Controls System is a powerful and flexible application for Sarbanes-Oxley compliance.
Read more ...

---

**News / Events**

**September 18, 2006** - Pacific Northwest Software Launches New Corporate Site for Nokian Tyres.
Read more ...

---

July 26, 2005 < Press Releases < Home

## Pacific Northwest Software announces web development contract with the Chula Vista Elementary School District

FOR IMMEDIATE RELEASE

JULY 26, 2005 - Pacific Northwest Software, a leading innovator of proprietary software and applications, today announced that it is developing the web solutions for the Chula Vista Elementary School District.

Pacific Northwest Software will work with the Chula Vista Elementary School District to develop a SharePoint Portal Server 2003 implementation that will include two portals. The External Portal will be exposed to the public and will house all of the public web sites. The Internal Portal will provide district staff with an Intranet site that can be used for information management and will allow publishing of information to the External Portal.

With about 50 total sites under this deal, including 43 district schools, Pacific Northwest Software will be developing the complete web presence for the school district.

ABOUT PACIFIC NORTHWEST SOFTWARE
Pacific Northwest Software is a leading software development firm based in Washington. The Company has created many products including Sarbanes-Oxley Act compliance software for large corporations, OCR systems for the United States Postal Service, web applications for Microsoft, desktop software for Mashboxx and i2hub, wireless applications for the Blackberry handheld devices, and many more. Pacific Northwest Software works with a wide variety of clients, ranging from the start-ups to the Fortune 500's.

**Microsoft**
GOLD CERTIFIED

ABOUT THE CHULA VISTA ELEMENTARY SCHOOL DISTRICT
The Chula Vista School District was established in 1892. It is the largest kindergarten through grade six school district in the State of California with 43 schools. Approximately 2,560 people are employed by the District, which has a 2004-05 General Fund Budget in excess of $152 million. Since 1996, 26 schools have been modernized. The District has plans for seven more schools in the upcoming years to keep pace with the rapid population growth of the south San Diego region.

FOR FURTHER INFORMATION
Corporate Communications
Wayne Chang
(978) 869-3446
wchang@pnwsoft.com

# # #

Seattle · Boston · Europe
Copyright © 2005 Pacific Northwest Software. All Rights Reserved.