# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU LLC,

    Plaintiff,

v.      C.A. No. 04-1923(DPW)

MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW McCOLLUM,
CHRISTOPHER HUGHES and THE FACEBOOK,
INC.,

    Defendants.


CERTIFIED COPY

---

VOLUME 1

VIDEOTAPED DEPOSITION OF CONNECTU LLC

BY CAMERON H. WINKLEVOSS

Boston, Massachusetts

Tuesday, August 9, 2005

9:44 a.m. to 6:27 p.m.

Reported by:
Jessica L. Williamson, RMR, RPR, CRR
Notary Public, CSR No. 138795

JOB NO. 36599

www.sarnoffcourtreporters.com
46 Corporate Park, Suite 100   445 South Figueroa St., Suite 2950
Irvine, CA 92606               Los Angeles, CA 90071

phone  877.955.3855
fax    949.955.3854


SARNOFF
Court Reporters and
Legal Technologies

| Time | Line | |
|---|---|---|
| 09:43:59 | 1 | P R O C E E D I N G S |
| 09:43:59 | 2 | THE VIDEOGRAPHER: We are recording |
| 09:44:01 | 3 | and are now on the record. Today's date is |
| 09:44:04 | 4 | August the 9th, 2005, and the time is 9:44 |
| 09:44:07 | 5 | a.m. My name is George Dobrentey. I'm a |
| 09:44:10 | 6 | legal videographer for G & M Court |
| 09:44:14 | 7 | Reporters, Ltd. Our business address is 42 |
| 09:44:15 | 8 | Chauncy Street, Suite 1A, Boston, |
| 09:44:17 | 9 | Massachusetts 02111. |
| 09:44:18 | 10 | This is the deposition of Cameron |
| 09:44:23 | 11 | Winklevoss in the matter of ConnectU vs. |
| 09:44:27 | 12 | Zuckerberg in the United States District |
| 09:44:28 | 13 | Court for the District of Massachusetts, |
| 09:44:30 | 14 | Civil Action No. 04-1923(DPW). |
| 09:44:33 | 15 | This deposition is being taken at One |
| 09:44:37 | 16 | International Place in Boston, |
| 09:44:37 | 17 | Massachusetts, on behalf of the defendant. |
| 09:44:38 | 18 | The court reporter is Jessica Williamson. |
| 09:44:41 | 19 | Counsel will state their appearances, and |
| 09:44:42 | 20 | the court reporter will administer the oath. |
| 09:44:45 | 21 | MR. CHATTERJEE: Neel Chatterjee |
| 09:44:47 | 22 | and Joshua Walker for all of the defendants |
| 09:44:49 | 23 | except for Eduardo Saverin. |
| 09:44:54 | 24 | MR. WALKER: Robert Hawk from |
| 09:44:56 | 25 | Heller Ehrman for Defendant Saverin. |

6

| | | |
|---|---|---|
| 09:44:59 | 1 | MR. HORNICK: John Hornick and Troy |
| 9:45:01 | 2 | Grabow for the plaintiff, ConnectU. |
| | 3 | |
| | 4 | CAMERON H. WINKLEVOSS, |
| | 5 | a witness called on behalf of the Defendants |
| | 6 | Mark Zuckerberg, Dustin Moskovitz, Andrew |
| | 7 | McCollum, Christopher Hughes and The |
| | 8 | Facebook, Inc., having first been duly |
| | 9 | sworn, was deposed and testifies as follows: |
| | 10 | |
| | 11 | DIRECT EXAMINATION |
| | 12 | |
| | 13 | BY MR. CHATTERJEE: |
| 9:45:10 | 14 | Q. Mr. Winklevoss, thank you for coming today. |
| 09:45:14 | 15 | Do you understand that your deposition today |
| 09:45:16 | 16 | is you're testifying on behalf of ConnectU |
| 09:45:19 | 17 | LLC? |
| 09:45:19 | 18 | A. Yes. |
| 09:45:19 | 19 | Q. Have you ever had your deposition taken |
| 09:45:21 | 20 | before? |
| 09:45:21 | 21 | A. No. |
| 09:45:22 | 22 | Q. I'm going to go over some ground rules with |
| 09:45:26 | 23 | you, and I'm just going to ask you to make |
| 09:45:29 | 24 | sure you understand them. You may have gone |
| 09:45:31 | 25 | over them with your counsel before. |

| | | |
|---|---|---|
| 09:45:33 | 1 | A. Uh-huh. |
| 09:45:33 | 2 | Q. The first thing is I generally -- when I |
| 09:45:36 | 3 | take depositions, I go for about an hour and |
| 09:45:38 | 4 | I take a break. If you find yourself |
| 09:45:41 | 5 | getting tired or having to -- getting |
| 09:45:45 | 6 | confused, please feel free to take a break, |
| 09:45:48 | 7 | the only time I'll insist we continue is if |
| 09:45:51 | 8 | there's a question pending. Do you |
| 09:45:52 | 9 | understand that? |
| 09:45:53 | 10 | A. Uh-huh. |
| 09:45:54 | 11 | Q. The second thing actually is important. |
| 09:45:56 | 12 | It's important that you answer questions |
| 09:45:58 | 13 | with a yes or a no, not an uh-huh -- |
| 09:46:00 | 14 | A. Okay. |
| 09:46:00 | 15 | Q. -- or a sound. The reason for that is this |
| 09:46:03 | 16 | is all being transcribed, and it's very |
| 09:46:05 | 17 | important that the record be accurate. So |
| 09:46:07 | 18 | nods of the head and sounds often give an |
| 09:46:10 | 19 | ambiguity as to what the correct answer is. |
| 09:46:13 | 20 | Do you understand that? |
| 09:46:13 | 21 | A. Yes. |
| 09:46:13 | 22 | Q. Okay. Thank you. |
| 09:46:14 | 23 | If you don't understand a question |
| 09:46:16 | 24 | that I'm asking, please let me know. If you |
| 09:46:20 | 25 | don't ask me or tell me that you don't |

8

| | | |
|---|---|---|
| 10:12:12 | 1 | struggling at the time. I2hub was operating |
| 0:12:17 | 2 | at debt, and we just helped support. |
| 10:12:22 | 3 | Q. Are you currently employed? |
| 10:12:23 | 4 | A. Other than ConnectU LLC, no. |
| 10:12:27 | 5 | Q. Are you getting a salary from ConnectU LLC? |
| 10:12:29 | 6 | A. Right now all my remuneration is in equity. |
| 10:12:35 | 7 | Q. Does any -- detect ConnectU LLC have any |
| 10:12:38 | 8 | employees? |
| 10:12:38 | 9 | A. Aside from -- ConnectU LLC has three -- |
| 10:12:45 | 10 | excuse me, four sort of equity stakeholders |
| 10:12:49 | 11 | and two managers, one of which is not an |
| 10:12:53 | 12 | equity holder. So I -- if that falls under |
| 10:12:55 | 13 | the umbrella of employee, perhaps. |
| 0:12:59 | 14 | Q. Maybe I can go about this in a little bit |
| 10:13:01 | 15 | simpler way. Is anyone paid money by |
| 10:13:04 | 16 | ConnectU -- |
| 10:13:04 | 17 | A. No. |
| 10:13:05 | 18 | Q. -- LLC? |
| 10:13:05 | 19 | A. Oh, excuse me, sorry. Like in terms of |
| 10:13:10 | 20 | development and stuff like that? |
| 10:13:14 | 21 | Q. For any reason. |
| 10:13:15 | 22 | A. We do pay software developers. |
| 10:13:17 | 23 | MR. HORNICK: Okay. Just for the |
| 10:13:18 | 24 | record, I think maybe now we're back into |
| 10:13:20 | 25 | 30(b)(6) testimony. |

34

| | | |
|---|---|---|
| 10:13:22 | 1 | Q.  And what do you -- and who are the |
| 10:13:25 | 2 | developers you pay? |
| 10:13:27 | 3 | A.  Currently we employ a fellow by the name of |
| 10:13:30 | 4 | Winston Williams in Seattle. |
| 10:13:32 | 5 | Q.  And is he at Pacific Northwest Software? |
| 10:13:36 | 6 | A.  Yes.  Well, yes, he's part of Pacific |
| 10:13:41 | 7 | Northwest and -- yeah, he's part of that |
| 10:13:46 | 8 | group. |
| 10:13:46 | 9 | Q.  Okay.  And what is he doing? |
| 10:13:47 | 10 | A.  He does a variety of tasks.  I mean, it |
| 10:13:49 | 11 | depends what needs to be done on the site |
| 10:13:51 | 12 | and whatnot. |
| 10:13:58 | 13 | Q.  Anyone else? |
| 10:13:59 | 14 | A.  Currently, no. |
| 10:14:01 | 15 | Q.  And is Winston Williams being paid on the |
| 10:14:04 | 16 | hour? |
| 10:14:04 | 17 | A.  Right now Winston Williams is being paid on |
| 10:14:09 | 18 | an hour, yes. |
| 10:14:11 | 19 | Q.  And what's his hourly rate? |
| 10:14:12 | 20 | A.  I believe it is $60 an hour. |
| 10:14:18 | 21 | Q.  Now, you said that there is a non-equity |
| 10:14:21 | 22 | manager with ConnectU LLC.  Who is that? |
| 10:14:24 | 23 | A.  Maria Antonelli. |
| 10:14:27 | 24 | Q.  And what is her role? |
| 10:14:29 | 25 | A.  She takes care of all of the basically just |

35

| | |
|---|---|
| 10:14:32  1 | files, invoices and whatnot. |
| 0:14:34   2 | Q.  And does she charge ConnectU LLC for -- |
| 10:14:36  3 | A.  No. |
| 10:14:36  4 | Q.  -- her time? |
| 10:14:37  5 | A.  No. |
| 10:14:37  6 | Q.  Who does she work for? |
| 10:14:39  7 |     MR. HORNICK: I think we're out of |
| 10:14:42  8 | 30(b)(6) again, for the record. |
| 10:14:44  9 | A.  So who is she employed by? She's employed |
| 10:14:47 10 | by Winklevoss Consultants. |
| 10:14:48 11 | Q.  Are you a part of Winklevoss Consultants? |
| 10:14:54 12 | A.  No. |
| 10:14:58 13 | Q.  Have you ever taken any computer science |
| 0:15:00  14 | courses? |
| 10:15:00 15 | A.  No. |
| 10:15:01 16 | Q.  Are you able to program in any computer |
| 10:15:07 17 | language? |
| 10:15:08 18 | A.  I know basic HTML. I can sort of decipher |
| 10:15:13 19 | it, understand it, but no. In terms of |
| 10:15:16 20 | language literally, no. |
| 10:15:18 21 | Q.  Okay. Can you describe for me the trade |
| 10:15:26 22 | secrets that were shared with Mark |
| 10:15:31 23 | Zuckerberg by ConnectU LLC or any of its |
| 10:15:34 24 | predecessors? |
| 10:15:34 25 |     MR. HORNICK: I think we're back |

| | | |
|---|---|---|
| 01:17:25 | 1 | with these features? |
| 01:17:25 | 2 | A.  We looked at Thefacebook, yes. |
| 01:17:28 | 3 | Q.  And you extracted course information from |
| 01:17:32 | 4 | ConnectU -- I mean, from Thefacebook? |
| 01:17:34 | 5 | MR. HORNICK:  Object to the form of |
| 01:17:35 | 6 | the question and assumes facts not in |
| 01:17:36 | 7 | evidence. |
| 01:17:36 | 8 | A.  Yeah, when collecting course information |
| 01:17:40 | 9 | there's basically two -- you know, it's |
| 01:17:43 | 10 | public course information that's posted by a |
| 01:17:45 | 11 | registrar from the school, and you can |
| 01:17:47 | 12 | either go to the registrar or you can go, |
| 01:17:49 | 13 | you know -- and Thefacebook had the courses. |
| 01:17:51 | 14 | So, yes, we did look at the courses which, |
| 01:17:55 | 15 | again, is public proprietary information, |
| 01:17:59 | 16 | and we collected that, yes. |
| 01:18:01 | 17 | Q.  How did you collect it? |
| 01:18:02 | 18 | A.  We just would like look at the file in a |
| 01:18:07 | 19 | text editor and just take the course file. |
| 01:18:10 | 20 | Q.  Did you ever extract e-mails from |
| 01:18:12 | 21 | Thefacebook? |
| 01:18:13 | 22 | A.  We -- yes, we have extracted e-mails from |
| 01:18:17 | 23 | Thefacebook. |
| 01:18:18 | 24 | Q.  Isn't it true that you've extracted 2.9 to 3 |
| 01:18:21 | 25 | million e-mails from Thefacebook because of |

148

| | |
|---|---|
| 01:18:24 | 1 |
| 01:18:25 | 2 |
| 01:18:27 | 3 |
| 01:18:29 | 4 |
| 01:18:30 | 5 |
| 01:18:38 | 6 |
| 01:18:45 | 7 |
| 01:18:46 | 8 |
| 01:18:49 | 9 |
| 01:18:52 | 10 |
| 01:18:55 | 11 |
| 01:18:57 | 12 |
| 01:19:01 | 13 |
| 01:19:06 | 14 |
| 01:19:07 | 15 |
| 01:19:09 | 16 |
| 01:19:12 | 17 |
| 01:19:15 | 18 |
| 01:19:19 | 19 |
| 01:19:21 | 20 |
| 01:19:24 | 21 |
| 01:19:25 | 22 |
| 01:19:28 | 23 |
| 01:19:29 | 24 |
| 01:19:29 | 25 |

a security hole you found?

MR. HORNICK: Objection. It's a misleading question, but you can answer it if you can.

A. We have extracted e-mails basically just, you know, following -- an e-mail has a -- at that point they had a URL, and you could follow that URL and it's completely authorized -- it's not unauthorized access, and you can follow that URL to find an e-mail address, yes, you could. And we did.

Q. So did you find a way to extract those e-mails without logging onto Thefacebook?

MR. HORNICK: Objection. I think this is outside the scope. It's not 30(b)(6) testimony.

A. See, again, I don't remember -- I'm not a programmer, but it's my understanding that with unauthorized -- excuse me, with authorized -- without using unauthorized access those e-mails were accessible.

Q. And ConnectU took them?

MR. HORNICK: Object to the form of the question.

A. What do you mean by take?

149

| | |
|---|---|
| 01:19:31  1 | Q. Extracted the information? |
| 01:19:32  2 | A. ConnectU followed an open URL, "open" being |
| 01:19:36  3 | that it was accessible with not having to |
| 01:19:41  4 | use unauthorized access, it was accessible, |
| 01:19:44  5 | out in the open, and ConnectU followed those |
| 01:19:46  6 | URLs and was able to collect e-mail |
| 01:19:50  7 | addresses. |
| 01:19:50  8 | Q. And who did that? |
| 01:19:51  9 | A. Winston Williams. |
| 01:19:52  10 | Q. Winston Williams did that? And when did he |
| 01:19:55  11 | do that? |
| 01:19:56  12 | A. I believe he did it in the spring of this |
| 01:19:58  13 | year. |
| 01:19:58  14 | Q. Were those e-mails ever used by ConnectU? |
| 01:20:01  15 | A. I think we used some of them with the Social |
| 01:20:06  16 | Butterfly software. |
| 01:20:06  17 | Q. And how were they used? |
| 01:20:07  18 | A. If a friend used Social Butterfly and wanted |
| 01:20:11  19 | to invite their friends, then they could do |
| 01:20:14  20 | that with Social Butterfly. And they -- |
| 01:20:16  21 | Q. So when you -- once you had those e-mails, |
| 01:20:20  22 | did you -- well, what did you do with them? |
| 01:20:22  23 | A. We just held them in a holding bin, and if a |
| 01:20:29  24 | user said, I would like to invite my friend, |
| 01:20:31  25 | well, we would just invite their friends. |

```
01:20:34   1            And as I said, we only used a portion of
01:20:36   2       them, because only a portion of the users
01:20:39   3       invited their friends.
01:20:40   4   Q.  Did you ever send e-mails to people based
01:20:42   5       upon those e-mails, that e-mail database?
01:20:47   6   A.  That's what I just said, that if a user --
01:20:51   7   Q.  Let me rephrase that.
01:20:52   8   A.  Okay.
01:20:53   9   Q.  Independent of a user request, did you ever
01:20:55  10       send an e-mail to people in that --
01:20:59  11   A.  With that bucket from the sort of open URL,
01:21:04  12       no, we did not send unsolicited e-mails to
01:21:06  13       those people.
01:21:06  14   Q.  Has ConnectU obtained any revenue to date?
01:21:10  15   A.  We have obtained some advertising revenue,
01:21:13  16       yeah.
01:21:13  17   Q.  And how much revenue is that?
01:21:17  18            MR. HORNICK:  I'll object that this
01:21:18  19       is outside the scope as well, but you can
01:21:20  20       answer it.  It's not 30(b)(6) testimony.
01:21:22  21   A.  I would say roughly no more than $1,000 of
01:21:30  22       revenue.
01:21:30  23   Q.  Okay.
01:21:30  24   A.  We haven't actively sought too much
01:21:33  25       advertising at this moment.
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9        I, CAMERON H. WINKLEVOSS, do hereby declare under
10   penalty of perjury that I have read the foregoing
11   transcript; that I have made any corrections as appear
12   noted, in ink, initialed by me, or attached hereto; that
13   my testimony as contained herein, as corrected, is true
14   and correct.
15        EXECUTED this _____ day of _____,
16   20____, at _____, _____.
17                          (City)              (State)
18
19
20
21                          _____
                            CAMERON H. WINKLEVOSS
22
23
24
25
```

402

Page 403

1  In the United States District Court

2  For the District of Massachusetts

3       I, Jessica L. Williamson, Registered,

4  Merit Reporter, Certified Realtime Reporter

5  and Notary Public in and for the

6  Commonwealth of Massachusetts, do hereby

7  certify that CAMERON H. WINKLEVOSS, the

8  witness whose deposition is hereinbefore set

9  forth, was duly sworn by me and that such

10 deposition is a true record of the testimony

11 given by the witness.

12      I further certify that I am neither

13 related to or employed by any of the parties

14 in or counsel to this action, nor am I

15 financially interested in the outcome of

16 this action.

17      In witness whereof, I have hereunto set

18 my hand and seal this 11th day of August,

19 2005.

20

21 *[signature: Jessica L. Williamson]*

22 _____

23      Jessica L. Williamson, RMR, RPR, CRR

24      Notary Public, CSR No. 138795

25      My commission expires: 12/18/2009