The Facebook, Inc. v. Connectu, LLC et al
Case 5:07-cv-01389-RS    Document 61    Filed 05/02/2007    Page 1 of 3
Doc. 61 Att. 5

# EXHIBIT E

1  G. HOPKINS GUY, III (State Bar No. 124811)
   I. NEEL CHATTERJEE (State Bar No. 173985)
2  MONTE COOPER (State Bar No. 196746)
   THERESA A. SUTTON (State Bar No. 211857)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:    650-614-7400
5  Facsimile:    650-614-7401

6  Attorneys for Plaintiff
   Facebook, Inc.
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12 | FACEBOOK, INC.,                              | Case No.  5:07-CV-01389-RS
13 |         Plaintiff,                           | **MANUAL FILING NOTIFICATION**
14 |    v.                                        | **EXHIBITS E, H, AND I TO DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY RE: PERSONAL JURISDICTION**
15 | CONNECTU LLC, PACIFIC NORTHWEST
   | SOFTWARE and WINSTON WILLIAMS,
16 |
   |         Defendants.
17 |
18
19
20                                                  Date:   May 16, 2007
                                                    Time:   9:30 a.m.
21                                                  Judge:  Honorable Richard Seeborg
22
23
24
25
26
27
28

## MANUAL FILING NOTIFICATION

1. **EXHIBITS E, H, AND I TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY RE: PERSONAL JURISDICTION**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This document was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Items Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: May 2, 2007                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                      /s/
                                      _____
                                      Theresa A. Sutton
                                      Attorneys for Plaintiff
                                      Facebook, Inc.