# EXHIBIT F

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | G. HOPKINS GUY, III (STATE BAR NO. 124811)<br>I. NEEL CHATTERJEE (STATE BAR NO. 173985)<br>MONTE COOPER (STATE BAR NO. 196746)<br>ROBERT D. NAGEL (STATE BAR NO. 211113)<br>JOSHUA H. WALKER (STATE BAR NO. 224940)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650-614-7400<br>Facsimile: 650-614-7401<br><br>Attorneys for Plaintiff<br>THEFACEBOOK, INC. | FILED<br>2005 NOV -3 AM 9:06<br>KIRI TORRE<br>CHIEF EXEC. OFFICER/CLERK<br>SUPERIOR COURT OF CA<br>COUNTY OF SANTA CLARA<br><br>A. GALVAN |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| THEFACEBOOK, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>CONNECTU LLC, CAMERON WINKLEVOSS, TYLER WINKLEVOSS, HOWARD WINKLEVOSS, DIVYA NARENDRA, AND DOES 1-25,<br><br>            Defendants. | CASE NO. 1:05-CV-047381<br><br>[PROPOSED] ORDER GRANTING FACEBOOK'S *EX PARTE* APPLICATION TO RESCHEDULE THE NOVEMBER 17, 2005 HEARING IN REGARDS TO DEFENDANTS' MOTION TO QUASH<br><br>Date:   November 3, 2005<br>Time:   8:30 a.m.<br>Dept.:  2<br><br>The Honorable William J. Elfving<br><br>Complaint Filed:         August 17, 2005<br>Motions to Quash Filed:  October 25, 2005<br>Trial Date:              N/A |

1
2
3      GOOD CAUSE HAVING BEEN SHOWN THEREFOR, it is ordered that the November
4  17, 2005 hearing, to the extent it pertains to the Defendants' motion to quash, will be rescheduled
5  for a later date so that Plaintiff TheFacebook, Inc. may obtain discovery related to jurisdiction.
6  *The Demurrer on 11/17/05 is Continued to the same*
7  *new date* DATE OF HEARING __1-17-06__ at __9:00__ AM in Department __2__
8
9  DATED:    November 3, 2005
10
11                                                              Judge
12
13  Submitted by: _____
14  Attorneys for: TheFacebook, Inc.
15
16
17  DOCSSV1:433458.1
18
19
20
21
22
23
24
25
26
27
28

- 2 -