# EXHIBIT H

1  G. HOPKINS GUY, III (State Bar No. 124811)
   I. NEEL CHATTERJEE (State Bar No. 173985)
2  MONTE COOPER (State Bar No. 196746)
   THERESA A. SUTTON (State Bar No. 211857)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:   650-614-7400
5  Facsimile:   650-614-7401

6  Attorneys for Plaintiff
   Facebook, Inc.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | FACEBOOK, INC.,                          | Case No.  5:07-CV-01389-RS
13 |           Plaintiff,                     | MANUAL FILING NOTIFICATION
14 |     v.                                   | EXHIBITS E, H, AND I TO
                                              | DECLARATION OF THERESA A.
15 | CONNECTU LLC, PACIFIC NORTHWEST          | SUTTON IN SUPPORT OF
   | SOFTWARE and WINSTON WILLIAMS,           | FACEBOOK INC.'S REPLY
16 |                                          | MEMORANDUM IN SUPPORT OF
   |           Defendants.                    | MOTION FOR EXPEDITED
17 |                                          | DISCOVERY RE: PERSONAL
                                              | JURISDICTION
18

19

20                                            Date:    May 16, 2007
                                              Time:    9:30 a.m.
21                                            Judge:   Honorable Richard Seeborg

22

23

24

25

26

27

28

MANUAL FILING NOTIFICATION

1. **EXHIBITS E, H, AND I TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY RE: PERSONAL JURISDICTION**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This document was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Items Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: May 2, 2007                           ORRICK, HERRINGTON & SUTCLIFFE LLP


                                             /s/
                                             _____
                                             Theresa A. Sutton
                                             Attorneys for Plaintiff
                                             Facebook, Inc.