1  G. HOPKINS GUY, III (State Bar No. 124811)
   I. NEEL CHATTERJEE (State Bar No. 173985)
2  MONTE COOPER (State Bar No. 196746)
   THERESA A. SUTTON (State Bar No. 211857)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA 94025
   Telephone:    650-614-7400
5  Facsimile:    650-614-7401

6  Attorneys for Plaintiff
   Facebook, Inc.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 | FACEBOOK, INC.,                          | Case No. 5:07-CV-01389-RS
13 |        Plaintiff,                        | **MANUAL FILING NOTIFICATION**
14 |   v.                                     | **EXHIBITS E, H, AND I TO DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY RE: PERSONAL JURISDICTION**
15 | CONNECTU LLC, PACIFIC NORTHWEST
   | SOFTWARE and WINSTON WILLIAMS,
16 |
   |        Defendants.
17 |
18 |
19 |                                          | Date:  May 16, 2007
20 |                                          | Time:  9:30 a.m.
   |                                          | Judge: Honorable Richard Seeborg

# MANUAL FILING NOTIFICATION

1. **EXHIBITS E, H, AND I TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY RE: PERSONAL JURISDICTION**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This document was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Items Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: May 2, 2007                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                /s/
                                    _____
                                          Theresa A. Sutton
                                         Attorneys for Plaintiff
                                             Facebook, Inc.