1  G. HOPKINS GUY, III (State Bar No. 124811)
   I. NEEL CHATTERJEE (State Bar No. 173985)
2  MONTE COOPER (State Bar No. 196746)
   THERESA A. SUTTON (State Bar No. 211857)
3  YVONNE P. GREER (State Bar No. 214072)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
4  1000 Marsh Road
   Menlo Park, CA  94025
5  Telephone:    650-614-7400
   Facsimile:    650-614-7401
6
   Attorneys for Plaintiff
7  Facebook, Inc.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12
   FACEBOOK, INC.,                    Case No.  5:07-CV-01389-RS
13
              Plaintiff,              **FACEBOOK'S ADMINISTRATIVE
14                                    REQUEST TO FILE EXHIBITS E, H
       v.                             AND I TO THE SUTTON
15                                    DECLARATION UNDER SEAL IN
   CONNECTU LLC, PACIFIC NORTHWEST    SUPPORT OF FACEBOOK'S REPLY
16 SOFTWARE and WINSTON WILLIAMS,     MEMORANDUM IN SUPPORT OF
                                      MOTION FOR EXPEDITED
17            Defendants.             DISCOVERY RE: PERSONAL
                                      JURISDICTION**
18

19

20

21

22

23

24

25

26

27

28

OHS West:260225341.1                 FACEBOOK'S ADMINISTRATIVE REQUEST TO FILE EXHIBIT
16069-4 YG2/YG2                                                     A UNDER SEAL
                                              CASE NO. 5:07-CV-01389-RS

1  Pursuant to Civil L.R. 7-11 and 79-5, Facebook respectfully submits this
2  administrative request asking the Court to file under seal Exhibits E, H, and I to the Declaration
3  of Theresa A. Sutton filed in support of Facebook's Reply Memorandum in Support of the
4  Motion for Expedited Discovery re Personal Jurisdiction.
5  The parties entered into, and the California Superior Court issued, a Stipulated
6  Protective Order on January 23, 2006, which prohibits either party from filing in the public record
7  any documents that have been designated as "Confidential" or "Highly Confidential" pursuant to
8  the Protective Order.
9  **Exhibits E** and **I** to the Declaration of Theresa A. Sutton in Support of
10 Facebook's Reply Memorandum for Expedited Discovery re Personal Jurisdiction contain
11 excerpts from depositions taken in the related matter of *Facebook, Inc. v. ConnectU*, Superior
12 Court of California, Case No. 1 05 CV 0473281, which were designated as Highly Confidential
13 by Defendants under the Protective Order. Exhibits E and I are submitted under seal in their
14 entirety.
15 **Exhibit H** to the Declaration of Theresa A. Sutton in Support of Facebook's Reply
16 Memorandum for Expedited Discovery re Personal Jurisdiction was lodged under seal on January
17 31, 2006, pending ConnectU's Motion to Seal in the related matter of *Facebook, Inc. v.*
18 *ConnectU*, Superior Court of California, Case No. 1 05 CV 0473281. The confidential portions
19 of Exhibit H have been redacted for this submission under seal.
20 Facebook takes no position as to whether the information contained in Exhibits E,
21 H, and I are confidential.

| | | |
|---|---|---|
| 1 | Dated: May 2, 2007 | G. HOPKINS GUY, III |
| 2 | | I. NEEL CHATTERJEE |
| | | MONTE COOPER |
| 3 | | THERESA A. SUTTON |
| | | Orrick, Herrington & Sutcliffe LLP |

                                                    /s/ Yvonne P. Greer /s/
                                                        Yvonne P. Greer
                                                       Attorneys for Plaintiff
                                                        Facebook, Inc.