G. HOPKINS GUY, III (STATE BAR NO. 124811)
I. NEEL CHATTERJEE (STATE BAR NO. 173985))
MONTE COOPER (STATE BAR NO. 196746)
THERESA A. SUTTON (STATE BAR NO. 211857)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiff
THE FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> CONNECTU LLC; PACIFIC NORTHWEST SOFTWARE; AND WINSTON WILLIAMS, <br><br> Defendants. | CASE NO. 5:07-CV-01389-RS <br><br> **PROOF OF SERVICE VIA HAND DELIVERY** <br><br> Date:  May 16, 2007 <br> Time:  9:30 a.m. <br> Judge: Honorable Richard Seeborg |

PROOF OF SERVICE
CASE NO. 5:07-CV-01389-RS

## PROOF OF SERVICE VIA HAND DELIVERY

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On May 2, 2007, I delivered to the below listed individuals the following documents:

1. **EXHIBITS E, H, AND I TO DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY RE PERSONAL JURISDICTION [SUBMITTED UNDER SEAL]**

| | |
|---|---|
| ☐ | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on May 2, 2007. |
| ☐ | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on May 2, 2007. |
| ☒ | By causing personal delivery by **WESTERN MESSENGER SERVICE** of the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

**Scott Mosko, Esq.**
**Lily Lim, Esq.**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
**Facsimile:** (650) 849-6666

ATTORNEYS FOR DEFENDANTS CONNECTU, LLC; PACIFIC NORTHWEST SOFTWARE; AND WINSTON WILLIAMS

Executed on May 2, 2007, at Menlo Park, California. I declare under penalty of perjury that the foregoing is true and correct.

_Willette Moore Tarvins_
Willette Moore Tarvins