UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:     FTR     DATE:     5/2/07

COURTROOM DEPUTY: MARTHA PARKER BROWN

CASE #:     C 07-01389RS

CASE TITLE:     THE FACEBOOK COMPANY     VS.     CONNECTU, ET AL

**Appearances for Plaintiff(s)**              **Appearances for Defendant(s)**

  THERESA A. SUTTON                              SCOTT R. MOSKO

  I. NEEL CHATTERJEE

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.     {X } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|-------|-------|------------|---|---|
| { }   | {X }  | { }        | 1. | TO DISMISS |
| { }   | { }   | { }        | 2. | |
| { }   | { }   | { }        | 3. | |
| { }   | { }   | { }        | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[  ] GRANTED          [  ] DENIED          [  ] SUBMITTED          [  ] DENIED/GRANTED in part

[  ] BRIEFS TO BE FILED AS FOLLOWS:

{  } Cont'd to          @          For

**ORDER TO BE PREPARED BY:**     [ ]PLTF;     [ ]DEFT;     [ ]COURT
Additional Comments: MATTER IS ARGUED BY COUNSEL.  COURT WILL ISSUE A WRITTEN ORDER.

HOURS IN SETTLEMENT:          Copies to: