1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:    (650) 849-6600
5  Facsimile:    (650) 849-6666

6  Attorneys for Defendants
   Winston Williams and Pacific
7  Northwest Software, Inc.

8

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13  FACEBOOK, INC.                          CASE NO.  C 07-01389 RS

14              Plaintiff,                  **DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR FILING UNDER SEAL; [PROPOSED] ORDER**

15       v.

16  CONNECTU LLC, (now known as CONNECTU
    INC.) PACIFIC NORTHWEST SOFTWARE,       Date:    May 16, 2007
17  INC., WINSTON WILLIAMS, AND DOES 1-25,  Time:    9:30 a.m.
                                            Dept.:   4
18              Defendants.                 Judge:   Hon. Richard Seeborg

Doc. No. 462605

DEC. OF S. MOSKO ISO PLAINTIFFS' ADMINISTRATIVE
MOTION FOR FILING UNDER SEAL
CASE NO.  C 07-01389 RS

Dockets.Justia.com

I, Scott R. Mosko, declare as follows:

1. I am a partner with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., counsel of record for Defendants Winston Williams and Pacific Northwest Software, Inc. in the above-captioned matter. This declaration is based on my personal knowledge and, if called as a witness, could and would competently testify thereto.

2. The following materials designated in Plaintiff's Administrative Motion for Filing Under Seal are highly confidential and sealable in their entirety:

- Exhibits E and I to the Declaration of Theresa A. Sutton in Support of Facebook's Reply Memorandum for Expedited Discovery re Personal Jurisdiction contain excerpts from depositions taken in the related matter of *Facebook, Inc. v. ConnectU*, Superior Court of California, Case No. 1 05 CV 0473281.

This deposition transcript was designated as Highly Confidential by Defendants under the Stipulated Protective Order issued in the state court case on January 23, 2006.

- Exhibit H to the Declaration of Theresa A. Sutton in Support of Facebook's Reply Memorandum for Expedited Discovery re Personal Jurisdiction was lodged under seal on January 31, 2006, pending ConnectU's Motion to Seal in the related matter of *Facebook, Inc. v. ConnectU*, Superior Court of California, Case No. 1 05 CV 0473281.

The confidential portions of Exhibit H have been redacted for Plaintiffs submission under seal.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on May 9, 2007, at Palo Alto, California

Respectfully submitted,

Dated: May 9, 2007

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

By: /s/ *Scott R. Mosko*
Scott R. Mosko
Attorneys for Defendants Winston Williams and
Pacific Northwest Software, Inc.

**[PROPOSED] ORDER**

Upon good cause shown, IT IS HEREBY ORDERED that the following documents remain filed under seal: Exhibits E, H, and I to the Declaration of Theresa A. Sutton in Support of Facebook's Reply Memorandum for Expedited Discovery re Personal Jurisdiction.

IT IS SO ORDERED

Dated: _____        _____
                                                                                                    Magistrate Judge Elizabeth D. Laporte