1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:   (650) 849-6600
5  Facsimile:   (650) 849-6666

6  Attorneys for Defendants
   Winston Williams and Pacific
7  Northwest Software, Inc.

8
9
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN JOSE DIVISION
13

14 | FACEBOOK, INC. | CASE NO. C 07-01389 RS |
|---|---|
15 | Plaintiff, | **AMENDED DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR FILING UNDER SEAL; [PROPOSED] ORDER** |
16 | v. | |
17 | CONNECTU LLC, (now known as CONNECTU INC.) PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND DOES 1-25, | |
18 | | Date:    May 16, 2007 |
19 | Defendants. | Time:    9:30 a.m.<br>Dept.:   4<br>Judge:   Hon. Richard Seeborg |

Doc. No. 462605

AMENDED DEC. OF S. MOSKO ISO PLAINTIFFS'
ADMINISTRATIVE MOTION FOR FILING UNDER SEAL
CASE NO. C 07-01389 RS

Dockets.Justia.com

I Scott R. Mosko, declare as follows:

1. I am a partner with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., counsel of record for Defendants Winston Williams and Pacific Northwest Software, Inc. in the above-captioned matter. This declaration is based on my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. The following materials designated in Plaintiffs Administrative Motion for Filing Under Seal are highly confidential and sealable in their entirety:

- Exhibits E and I to the Declaration of Theresa A. Sutton in Support of Facebook's Reply Memorandum for Expedited Discovery re Personal Jurisdiction contain excerpts from depositions taken in the related matter of *Facebook, Inc. v. ConnectU,* Superior court of California, Case No. 1 05 CV 0473281.

Exhibits E and I are deposition transcripts that were designated as Highly Confidential by Defendants under the Stipulated Protective Order issued in the state court case.

- Exhibit H to the Declaration of Theresa A. Sutton in Support of Facebook's Reply Memorandum for Expedited Discovery re Personal Jurisdiction was lodged under seal on January 31, 2006, pending ConnectU's Motion to Seal in the related matter of *Facebook, Inc. v. ConnectU,* Superior court of California, Case No. 1 05 CV 0473281.

Exhibit H is a brief that was filed under seal in the state court proceeding because it contained quoted information from transcripts that were designated as Confidential under the Stipulated Protected Order issued in the state court case.

///
///
///
///
///
///
///

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on May 9, 2007, at Palo Alto, California

Respectfully submitted,

Dated: May 9, 2007

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.


By: /s/ *Scott R. Mosko*
Scott R. Mosko
Attorneys for Defendants Winston Williams and
Pacific Northwest Software, Inc.

# [PROPOSED] ORDER

Upon good cause shown, IT IS HEREBY ORDERED that the following documents remain filed under seal: Exhibits E, H, and I to the Declaration of Theresa A. Sutton in Support of Facebook's Reply Memorandum for Expedited Discovery re Personal Jurisdiction.

IT IS SO ORDERED

Dated: _____

_____
Magistrate Judge Richard Seeborg