1   Scott R. Mosko (State Bar No. 106070)
    scott.mosko@finnegan.com
2   FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
3   Stanford Research Park
    3300 Hillview Avenue                                    *E-FILED 5/9/07*
4   Palo Alto, California 94304
    Telephone:    (650) 849-6600
5   Facsimile:    (650) 849-6666

6   Attorneys for Defendants
    Winston Williams and Pacific
7   Northwest Software, Inc.

8

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13  FACEBOOK, INC.                          CASE NO.  C 07-01389 RS

14              Plaintiff,                  **DECLARATION OF SCOTT R.
                                            MOSKO IN SUPPORT OF
15       v.                                 PLAINTIFFS' ADMINISTRATIVE
                                            MOTION FOR FILING UNDER SEAL;**
16  CONNECTU LLC, (now known as CONNECTU    [PROPOSED] **ORDER**
    INC.) PACIFIC NORTHWEST SOFTWARE,
17  INC., WINSTON WILLIAMS, AND DOES 1-25,  Date:      May 16, 2007
                                            Time:      9:30 a.m.
18              Defendants.                 Dept.:     4
                                            Judge:     Hon. Richard Seeborg
19

20

21

22

23

24

25

26

27

28
    Doc. No. 462605
                                            DEC. OF S. MOSKO ISO PLAINTIFFS' ADMINISTRATIVE
                                            MOTION FOR FILING UNDER SEAL
                                            CASE NO.  C 07-01389 RS

Dockets.Justia.com

1    I, Scott R. Mosko, declare as follows:

2        1.    I am a partner with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner,

3  L.L.P., counsel of record for Defendants Winston Williams and Pacific Northwest Software, Inc. in

4  the above-captioned matter. This declaration is based on my personal knowledge and, if called as a

5  witness, could and would competently testify thereto.

6        2.    The following materials designated in Plaintiff's Administrative Motion for Filing

7  Under Seal are highly confidential and sealable in their entirety:

8            • Exhibits E and I to the Declaration of Theresa A. Sutton in Support of

9              Facebook's Reply Memorandum for Expedited Discovery re Personal Jurisdiction

10             contain excerpts from depositions taken in the related matter of *Facebook, Inc. v.*

11             *ConnectU,* Superior Court of California, Case No. 1 05 CV 0473281.

12  This deposition transcript was designated as Highly Confidential by Defendants under the Stipulated

13  Protective Order issued in the state court case on January 23, 2006.

14            • Exhibit H to the Declaration of Theresa A. Sutton in Support of Facebook's

15              Reply Memorandum for Expedited Discovery re Personal Jurisdiction was lodged

16              under seal on January 31, 2006, pending ConnectU's Motion to Seal in the related

17              matter of *Facebook, Inc. v. ConnectU,* Superior Court of California, Case No. 1 05

18              CV 0473281.

19  The confidential portions of Exhibit H have been redacted for Plaintiffs submission under seal.

20        3.    I declare under penalty of perjury under the laws of the United States of America, that

21  the foregoing is true and correct. Executed on May 9, 2007, at Palo Alto, California

23                   Respectfully submitted,

24  Dated:  May 9, 2007          FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

26                   By:    */s/ Scott R. Mosko*

27                     Scott R. Mosko
Attorneys for Defendants Winston Williams and

28                     Pacific Northwest Software, Inc.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER

Upon good cause shown, IT IS HEREBY ORDERED that the following documents remain filed under seal:  Exhibits E, H, and I to the Declaration of Theresa A. Sutton in Support of Facebook's Reply Memorandum for Expedited Discovery re Personal Jurisdiction.


IT IS SO ORDERED


Dated: _____    May 9, 2007

_____

Magistrate Judge ~~XXXXXXXX XXXXXXXX~~
Richard Seeborg