The Facebook, Inc. v. Connectu, LLC et al                                                              Doc. 69

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED - 8-16-02\***

## CIVIL MINUTES

**DATE:** August 16, 2002

**Case No.** C-01-20761-RMW   **JUDGE:** Ronald M. Whyte

**DEBORAH HOOVER** -v- **STANDARD INSURANCE CO.**
Title

**Appeared**                                           **Appeared**
Attorneys Present                           Attorneys Present

**COURT CLERK:** Jackie Vierra     **COURT REPORTER:** Lee-Anne Shortridge

## PROCEEDINGS

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**CASE CONTINUED TO:** _____ for Final P/T Conference

**CASE CONTINUED TO:** _____ for Jury Trial

**CASE CONTINUED TO:** _____ Further Case Management

**CASE CONTINUED TO:** _____ for Dismissal Calendar

Discovery Cutoff : _____ Motions date: _____

**ORDER AFTER HEARING**
**Hearing Held. The Court heard oral argument from both sides and took this matter under submission. The Court did not issue a tentative ruling. The Court to send out a ruling.**

Dockets.Justia.com