**United States District Court**
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                    SAN JOSE DIVISION
8    Thomas Slattery,                    NO. C 05-00037 JW
9              Plaintiff,        **ORDER SCHEDULING HEARING ON**
                                 **PLAINTIFF'S MOTION**
        v.
10
     Apple Computer, Inc.
11
                Defendant.
12   _____/
13
14        Pursuant to the Court's May 4, 2006 Order rescheduling hearing on certain motions,
15   Plaintiff's Motion for Leave to File Second Amended Complaint shall be heard on **Friday, June 2,**
     **2006 at 9 a.m.**  (See Docket Item No. 67.)  The stipulation and order issued on May 26, 2006 is in
16
     error.  (See Docket Item No. 69.)  The Court specially set this hearing and thus, the date cannot be
17
     changed by the parties.  Accordingly, the May 4, 2006 Order is the operative Order for these
18
     proceedings.
19
20
21   Dated: May 26, 2006
                                        _____
22                                      JAMES WARE
                                        United States District Judge
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Adam Richard Sand arsand@JonesDay.com
   Caroline N. Mitchell cnmitchell@jonesday.com
3  Eric J. Belfi ebelfi@murrayfrank.com
   Jacqueline Sailer jsailer@murrayfrank.com
4  Michael David Braun service@braunlawgroup.com
   Robert A. Mittelstaedt ramittelstaedt@jonesday.com
5  Roy A. Katriel rak@katriellaw.com
   Tracy Strong tstrong@jonesday.com

6

7  **Dated: May 26, 2006**                    **Richard W. Wieking, Clerk**

8

9                                             **By:___/s/ JW Chambers_____**
                                              **Melissa Peralta**
10                                            **Courtroom Deputy**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28