```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA

                           CIVIL MINUTES

                                          DATE:06/02/06


Case No. 05-00037   JUDGE: JAMES WARE

SLATTERY-v- APPLE COMPUTER, INC.
Title

 Michael Braun                        Robert Mittelstadt


Attorneys Present                              Present

Deputy Clerk: MELISSA PERALTA      COURT REPORTER: LEE-ANNE SHORTRIDGE

                          PROCEEDINGS
```

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND FURTHER CASE MANAGEMENT CONFERENCE**

**EXPERT DISCLOSURE:**                      **DISCOVERY CLOSE(ALL)**

**CASE CONTINUED TO:**                      **for FINAL P/T Conference**

**CASE CONTINUED TO:**                       **for Jury Trial**

**CASE CONTINUED TO:**                        **PRELIMINARY PRETRIAL CONFERENCE**

**CASE CONTINUED TO:**                        **for PRETRIAL MOTIONS**

**CASE CONTINUED TO:**                         **DISMISSAL CALENDAR**

**ORDER AFTER HEARING**

**Hearing held. The matter is TAKEN UNDER SUBMISSION after oral argument of counsel.  Court to issue a written ruling.  Case Management Conference not held.    A new date will be set in the Court's order. ( X ) SUBMITTED       (   ) BRIEFS TO BE FILED**

**Briefing Schedule: Opening  Answer**

          **Reply  Deemed Submitted**