1  G. HOPKINS GUY, III (STATE BAR NO. 124811)
   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
2  MONTE COOPER (STATE BAR NO. 196746)
   THERESA A. SUTTON (STATE BAR NO. 211857)
3  YVONNE P. GREER (STATE BAR NO. 214072)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
4  1000 Marsh Road
   Menlo Park, CA  94025
5  Telephone:    650-614-7400
   Facsimile:    650-614-7401
6
   Attorneys for Plaintiff
7  THE FACEBOOK, INC.

8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12
   FACEBOOK, INC.,                          Case No.  5:07-CV-01389-RS
13
           Plaintiff,                       **STIPULATION FOR CONTINUANCE**
14                                          **OF HEARING ON FACEBOOK,**
        v.                                  **INC.'S MOTION FOR EXPEDITED**
15                                          **DISCOVERY RE: JURISDICTION**
   CONNECTU, LLC; PACIFIC NORTHWEST
16 SOFTWARE; AND WINSTON WILLIAMS,          Date:     May 23, 2006
                                            Time:     9:30
17         Defendants.                      Judge:    Honorable Richard Seeborg

18

19                                  **STIPULATION**

20         Plaintiff Facebook, Inc. and Defendants ConnectU, LLC; Pacific Northwest

21 Software; and Winston Williams, acting through their counsel, hereby stipulate that the hearing

22 on Plaintiff Facebook, Inc.'s motion for expedited discovery regarding personal jurisdiction,

23 currently set for hearing on May 16, 2007, shall be continued to May 23, 2007.

24

25

26

27

28

                                                             STIPULATION
                                                             5:07-CV-01389-RS

Dockets.Justia.com

| | | |
|---|---|---|
| 1 | Dated: May 15, 2007 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

/s/ Yvonne P. Greer /s/
Yvonne P. Greer
Attorneys for Plaintiff
THE FACEBOOK, INC.

Dated: May 15, 2007    FINNEGAN, HENDERSON, FARABOW,
GARRET & DUNNER, LLP

/s/ Scott R. Mosko /s/
Scott R. Mosko
Attorneys for Defendants
CONNECTU, LLC; PACIFIC NORTHWEST
SOFTWARE; AND WINSTON WILLIAMS

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on **May 15, 2007**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following individual(s):

>Scott Mosko, Esq.
>Lily Lim, Esq.
>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
>Stanford Research Park
>3300 Hillview Avenue
>Palo Alto, CA 94304-1203
>Telephone:    (650) 849-6600
>Facsimile:    (650) 849-6666
>scott.mosko@finnegan.com
>lily.lim@finnegan.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **May 15, 2007,** at Menlo Park, California.

>s/ **Yvonne P. Greer**
>Yvonne P. Greer