*E-FILED 5/23/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FACEBOOK, INC.

                Plaintiff,

   v.

CONNECTU LLC, et al.

                Defendants.

Case No. C 07-01389 RS

**ORDER GRANTING LEAVE TO TAKE JURISDICTIONAL DISCOVERY AND SETTING HEARING**

    Before the Court is the motion by plaintiff Facebook, Inc. for leave to take limited discovery on the issue of whether personal jurisdiction exists in this district over defendants Pacific Northwest Software ("PNS") and Winston Williams. There is no dispute that such discovery generally may be appropriate. See *EMAG Solutions v. Toda Kogyo Corp.*, 2006 WL 3783548, *2 (N.D. Cal. 2006). Defendants contend, however, that such discovery is unnecessary under the circumstances here, particularly given the discovery that took place during the time this action was pending in state court. Facebook has made an adequate showing that further development of the record could be helpful in deciding the jurisdictional issues. Accordingly, good cause appearing, it is hereby ordered that:

1  (1) Facebook may take the deposition of Winston Williams and a deposition of PNS under
2 Rule 30 (b) (6) of the Federal Rules of Civil Procedure.

3  (2)  The depositions shall be held in the state of Washington or at such other place as the
4 parties may agree is appropriate.  Each deposition shall be limited in time to four hours.

5  (3)  The subject matter of each deposition shall be limited to issues pertaining to general or
6 specific jurisdiction, with the understanding that the topic of specific jurisdiction may involve
7 questions that overlap with issues going to the merits of this action.

8  (4)  Facebook may propound the four interrogatories it has proposed, and defendants shall
9 respond to those interrogatories prior to the depositions.

10  (5)  A hearing on defendants motion to dismiss for lack of jurisdiction shall be held on July
11 11, 2007, at 9:30 a.m.  The parties shall agree to a reasonable schedule for the remaining briefing on
12 that motion.

13  (6)  The initial Case Management Conference shall be held immediately following the
14 hearing on the motion to dismiss.

17 IT IS SO ORDERED.
18 Dated: May 23, 2007

RICHARD SEEBORG
United States Magistrate Judge