UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: FTR                                             DATE: 5/23/07
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                                                CASE #: C 07-01389RS

CASE TITLE: FACEBOOK       VS.    CONNECTU

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

 THERESA A. SUTTON                          SCOTT MOSKO (via phone)

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.    { X} MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|---|---|---|---|---|
| {X} | { } | { } | 1. | FOR EXPEDITED DISCOVERY |
| { } | { } | { } | 2. | |
| { } | { } | { } | 3. | |
| { } | { } | { } | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED       [ ] DENIED       [ ] SUBMITTED       [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to            @            For

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments: MATTER IS ARGUED BY COUNSEL.  COURT WILL ISSUE WRITTEN ORDER.

HOURS IN SETTLEMENT:            Copies to: