1  G. HOPKINS GUY, III (State Bar No. 124811)
      hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
      nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
      mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
      tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
      ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA  94025
   Telephone:    650-614-7400
8  Facsimile:    650-614-7401

9  Attorneys for Plaintiffs
   FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FACEBOOK, INC. and MARK ZUCKERBERG, | Case No. 5:07-CV-01389-RS |
|---|---|
| Plaintiffs, | **ERRATA RE CAPTION ON SECOND AMENDED COMPLAINT FILED MAY 30, 2007 (DOCKET NO. 76)** |
| v. | |
| CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25, | |
| Defendants. | |

OHS West:260245672.1

ERRATA
5:07-CV-01389-RS

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

It has come to the attention of counsel for Plaintiffs Facebook, Inc. and Mark Zuckerberg, that the Second Amended Complaint was inadvertently labeled "[PROPOSED]." The May 30, 2007, Second Amended Complaint is in final form. Plaintiffs respectfully submit this errata to correct the error.

Dated: June 5, 2007                           ORRICK, HERRINGTON & SUTCLIFFE LLP


                                              /s/ Theresa A. Sutton /s/
                                              Theresa A. Sutton
                                              Attorneys for Plaintiffs
                                              FACEBOOK, INC. and MARK ZUCKERBERG

OHS West:260245672.1

ERRATA
5:07-CV-01389-RS

1

**CERTIFICATE OF SERVICE**

2

3

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 5, 2007.

4

Dated: June 5, 2007.                                    Respectfully submitted,

5

6

/s/ Theresa A. Sutton /s/
Theresa A. Sutton

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260245672.1

ERRATA
5:07-CV-01389-RS