# EXHIBIT B

**(ENDORSED)**
**FILED**

JUN 0 2 2006

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _____M. HIJDUK_____ DEPUTY

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| FACEBOOK, INC.<br><br>Plaintiffs<br><br>v.<br><br>CONNECTU, LLC; CAMERON WINKLEVOSS; TYLER WINKLEVOSS; HOWARD WINKLEVOSS; DIVYA NARENDRA; and DOES 1 to 25, inclusive,<br>Defendants. | Case No.   1 – 05 – CV047381<br><br>Order re:  Demurrer of Defendant CONNECTU, LLC to Complaint<br><br>Motion of Defendants CAMERON WINKLEVOSS, TYLER WINKLEVOSS, HOWARD WINKLEVOSS and DIVYA NARENDRA to Quash Service of Summons and Complaint for Lack of Personal Jurisdiction |

On June 1, 2006, at 9:00 a.m. in Department 2, the demurrer of Defendant CONNECTU, LLC to the Complaint of Plaintiff FACEBOOK, INC. and the Motion of Defendants CAMERON WINKLEVOSS, TYLER WINKLEVOSS, HOWARD WINKLEVOSS and DIVYA NARENDRA to Quash Service of Summons and Complaint for Lack of Personal Jurisdiction came on for hearing before the Honorable William J. Elfving.  The matter having been submitted, the Court orders as follows:

**DEMURRER**

1. Defendant CONNECTU, LLC's special demurrer to the First Cause of Action for Violation of California Penal Code Section 502 on grounds of uncertainty is overruled.

2. Defendant CONNECTU, LLC's general demurrer to the First Cause of Action on grounds of failure to state facts sufficient to constitute a cause of action is overruled.

3. Defendant CONNECTU, LLC's special demurrer to the Second Cause of Action for Common Law Misappropriation/Unfair Competition is overruled.

4. Defendant CONNECTU, LLC's general demurrer to the Second Cause of Action for Common Law Misappropriation/Unfair Competition on grounds of failure to state facts sufficient to constitute a cause of action is overruled.

**MOTION TO STRIKE**

The Motion of Defendants CAMERON WINKLEVOSS, TYLER WINKLEVOSS, HOWARD WINKLEVOSS, and DIVYA NARENDRA to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction is granted.

Date: 6/1/06

WILLIAM J. ELFVING
Judge of the Superior Court

Order re: Demurrer of Deft. CONNECTU, LLC to Complaint; Motion of Defts. C. WINKLEVOSS, T. WINKLEVOSS, H. WINKLEVOSS and D. NARENDRA to Quash Service of Summons and Complaint
Page 2