# EXHIBIT C

## Mosko, Scott

**From:** Cooper, Monte [mcooper@orrick.com]
**Sent:** Friday, June 01, 2007 2:33 PM
**To:** Mosko, Scott
**Cc:** Xoft
**Subject:** RE: Acceptance of Service of Second Amended Complaint

Thank you Scott. However, we do not wish to delay responses until July 11. Accordingly, we will proceed to serve the individuals.

---

**From:** Mosko, Scott [mailto:scott.mosko@finnegan.com]
**Sent:** Thursday, May 31, 2007 9:49 PM
**To:** Cooper, Monte
**Subject:** RE: Acceptance of Service of Second Amended Complaint

Monte,

While I do not currently have authority to accept service on behalf of each of the newly named parties, I suspect I will have such authority shortly. I will notify you once I do. I propose that all defendants have until July 11 in which to respond or otherwise plead. Please let me know if you agree.

Scott R. Mosko
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California  94304-1203
PH: 650-849-6672
FAX: 650-849-6666
EMAIL: scott.mosko@finnegan.com

---

**From:** Cooper, Monte [mailto:mcooper@orrick.com]
**Sent:** Thursday, May 31, 2007 11:08 AM
**To:** Mosko, Scott
**Cc:** Sutton, Theresa A.; Chatterjee, I. Neel; Greer, Yvonne; Dalton, Amy; Mudurian, Karen; Hart, Stephanie
**Subject:** Acceptance of Service of Second Amended Complaint

Scott:

As you are aware, Facebook filed its Second Amended Complaint yesterday. In addition to addressing the matters raised in Magistrate Judge Seeborg's recent Memorandum directed to the First Amended Complaint, we have added as Defendants Wayne Chang and David Gucwa. We also have further re-named Cameron, Tyler, and Divya as Defendants. Please advise if you have authority to accept service of the Second Amended Complaint on behalf of any of the new or re-added Defendants. If we do not hear from you by the close of business tomorrow, we will assume you do not have such authority and proceed with formal service. Thank you,

Monte

6/5/2007

---

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

---

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/


This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.