# EXHIBIT D

*E-FILED 4/13/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THE FACEBOOK, INC.,

    Plaintiff,

v.

CONNECTU LLC, et al.,

    Defendants.

NO. C 07-01389 RS

**ORDER DENYING MOTION TO ADVANCE CASE MANAGEMENT CONFERENCE AND RELATED DATES**

The motion of plaintiff The Facebook, Inc. filed on April 9, 2007, to advance the Case Management Conference and related dates is denied. It is the Court's preference to have the pleadings settled and a determination as to who will be parties to this action prior to the conference.

IT IS SO ORDERED.

Dated: April 13, 2007

RICHARD SEEBORG
United States Magistrate Judge

ORDER DENYING MOTION TO ADVANCE CASE MANAGEMENT CONFERENCE AND RELATED DATES
C 07-01389 RS

1