1  G. HOPKINS GUY, III (State Bar No. 124811)
   I. NEEL CHATTERJEE (State Bar No. 173985)
2  MONTE COOPER (State Bar No. 196746)
   THERESA A. SUTTON (State Bar No. 211857)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:   650-614-7400
5  Facsimile:   650-614-7401

6  Attorneys for Plaintiff
   Facebook, Inc.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | FACEBOOK, INC.,                          | Case No.  5:07-CV-01389-RS
13 |         Plaintiff,                       |
14 |     v.                                   | **DECLARATION OF SERVICE**
15 | CONNECTU LLC, PACIFIC NORTHWEST          |
   | SOFTWARE and WINSTON WILLIAMS,           |
16 |                                          |
17 |         Defendants.                      |

OHS West:260209230.1

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On June 6, 2007, I delivered to the below listed individuals the following documents:

**ERRATA RE CAPTION ON SECOND AMENDED COMPLAINT FILED MAY 30, 2007 (DOCKET NO. 76)**

| | |
|---|---|
| ☒ | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on June 6, 2007. |

Christopher S. Schultz, Esq.
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
55 Cambridge Parkway
Cambridge, MA 02142-1292
Telephone: 617.452.1600
Facsimile: 617.452.1666

**ATTORNEYS FOR DEFENDANTS
WAYNE CHANG and DAVID GUCWA**

Cameron Winklevoss
10 Khakum Wood Road
Greenwich, CT 06831

Tyler Winklevoss
10 Khakum Wood Road
Greenwich, CT 06831

Divya Narendra
118 Commonwealth Avenue
Unit 2, Boston
Massachusetts 02116-2901

Executed on June 6, 2007, at Menlo Park, California. I declare under penalty of perjury that the foregoing is true and correct.

_____
Abby Ako Nai

OHS West:260209230.1

DECLARATION OF SERVICE
CASE NO. 5:07-CV-01389-RS