1  G. HOPKINS GUY, III (State Bar No. 124811)
   hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
   tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
   ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA  94025
   Telephone:   650-614-7400
8  Facsimile:    650-614-7401

9  Attorneys for Plaintiffs
   FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FACEBOOK, INC., and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>Defendants. | CASE NO.  5:07-CV-01389-RS<br><br>**[PROPOSED] ORDER DENYING CONNECTU, INC.'S CIVIL L.R. 6-3 MOTION TO ENLARGE TIME** |
|---|---|

OHS West:260247599.1

[PROPOSED] ORDER DENYING DEFENDANT'S
MOTION TO ENLARGE TIME
CASE NO. 5:07-CV-01389-RS

1 | The Court, having considered ConnectU, Inc.'s Civil L.R. 6-3 Motion to Enlarge
2 | Time, the papers filed in support of said motion and the papers filed in response by Plaintiffs,
3 | hereby orders as follows:
4 |     IT IS HEREBY ORDERED that ConnectU's Civil L.R. 6-3 Motion to Enlarge
5 | Time is **DENIED**.
6 |     **IT IS SO ORDERED**.

Dated: June __, 2007

                                   The Honorable Richard Seeborg
                                   United States Magistrate Judge
                                   Northern District of California

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 8, 2007.

Dated: June 8, 2007.                    Respectfully submitted,

                                        /s/ Theresa A. Sutton /s/
                                        Theresa A. Sutton