1   G. HOPKINS GUY, III (State Bar No. 124811)
       hopguy@orrick.com
2   I. NEEL CHATTERJEE (State Bar No. 173985)
       nchatterjee@orrick.com
3   MONTE COOPER (State Bar No. 196746)
       mcooper@orrick.com
4   THERESA A. SUTTON (State Bar No. 211857)
       tsutton@orrick.com
5   YVONNE P. GREER (State Bar No. 214072)
       ygreer@orrick.com
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
7   Menlo Park, CA  94025
    Telephone:    650-614-7400
8   Facsimile:    650-614-7401

9   Attorneys for Plaintiffs
    FACEBOOK, INC. and MARK ZUCKERBERG

10

11                   UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

14

15  FACEBOOK, INC. and MARK              Case No.  5:07-CV-01389-RS
    ZUCKERBERG,
16                                       **DECLARATION OF THERESA A.
                                         SUTTON IN SUPPORT OF**
                 Plaintiffs,             **PLAINTIFFS' OPPOSITION TO**
17                                       **CONNECTU'S CIVIL L.R. 6-3**
           v.                            **MOTION TO ENLARGE TIME**
18
    CONNECTU, INC. (formerly known as
19  CONNECTU, LLC), CAMERON
    WINKLEVOSS, TYLER WINKLEVOSS,
20  DIVYA NARENDRA, PACIFIC
    NORTHWEST SOFTWARE, INC.,
21  WINSTON WILLIAMS, WAYNE CHANG,
    and DAVID GUCWA,
22
                 Defendants.
23

24

25

26

27

28

1    I, Theresa Sutton, declare:

2    1.    I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP,

3    counsel for Plaintiff Facebook, Inc. in the above captioned case.  I am an active member in good

4    standing of the California State Bar, and I am admitted to appear before this Court.  I make this

5    declaration based upon my own personal knowledge and knowledge of the documents in this

6    case.  If called as a witness, I could and would competently testify to the facts stated herein.  The

7    bases for Plaintiffs' Opposition to ConnectU's Civil L.R. 6-3 Motion to Enlarge Time are as

8    follows:

9    2.    ConnectU's motion purports to be brought pursuant to Civil Local Rule 6-

10   3, which permits modifications of existing deadlines, but does not meet any of the explicit

11   requirements of that Rule.  ConnectU's motion contains requests for relief and argument that are

12   not authorized by Rule 6-3.  For instance, ConnectU asks the Court to

13        a.   strike the Second Amended Complaint or order Facebook to

14             withdraw it.

15        b.   continue the July 11, 2007, Case Management Conference; and

16        c.   prohibit Facebook from ever adding new parties to this action.

17   ConnectU also argues that the Second Amended Complaint violates this Court's May 21, 2007,

18   Order granting Facebook leave to amend its Complaint.

19   3.    ConnectU did not satisfy the requirements of Civil Local Rule 6-3.  Rule 6-

20   3 requires ConnectU to submit a declaration that: 1) sets forth with particularity, the reasons for

21   the requested enlargement of time; 2) describes the efforts ConnectU has made to obtain a

22   stipulation to the time change; 3) identifies the substantial harm or prejudice that would occur if

23   the Court did not change the time; 4) discloses all previous time modifications in the case; and 5)

24   describes the effect the requested time modification would have on the schedule for the case.  The

25   Declaration of Scott Mosko submitted in support of ConnectU's Motion to Enlarge Time does not

26   include any of these factual statements.

27   4.    ConnectU's Motion to Enlarge Time identifies no cognizable harm or

28   prejudice that would occur if the Court denies its motion.

1      5.      ConnectU's motion and, more specifically, the declaration submitted in

2 support thereof, fails to describe the efforts ConnectU made to obtain a stipulation to the time

3 change it now seeks.

4      6.      Facebook did not violate the Court's May 21, 2007, Order granting

5 Facebook leave to amend its complaint.  The Order is silent on the issue.

6      7.      Plaintiffs granted all defendants an extension of time to respond until

7 June 25, 2007.

8      I declare under penalty of perjury that the foregoing is true and correct.  Executed

9 this 8th day of June, 2007, at Menlo Park, California.

10

11                                        _____
                                          /s/ Theresa A. Sutton /s/
12                                             Theresa A. Sutton

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

3

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 8, 2007.

4

Dated: June 8, 2007.                          Respectfully submitted,

5

/s/ Theresa A. Sutton /s/

6

Theresa A. Sutton

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28