1  G. HOPKINS GUY, III (State Bar No. 124811)
    hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
    nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
    mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
    tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
    ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA  94025
   Telephone:   650-614-7400
8  Facsimile:    650-614-7401

9  Attorneys for Plaintiffs
   FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>          Plaintiffs,<br><br>   v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>          Defendants. | Case No.  5:07-CV-01389-RS<br><br>**AFFIDAVIT OF SERVICE**<br><br>Date:<br>Time:<br>Judge:   Honorable Richard Seeborg |

OHS West:260208777.1

AFFIDAVIT OF SERVICE
5:07-CV-01389-RS

| | |
|---|---|
| FACEBOOK, INC. AND<br>MARK ZUCKERBERG<br><br>                              Plaintiff<br>VS.<br>CONNECTU, INC. et al.<br><br>                              Defendant | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE DIVISION<br><br>DOCKET NO.: 5:07-CV-01389-RS |

**Person to be served** (Name & Address):
CAMERON WINKLEVOSS AT CASPERSEN ROWING
CENTER   1 SOUTH POST ROAD
WEST WINDSOR, NJ 08550

**Attorney:**
I. NEEL CHATTERJEE ESQ.
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

Cost of Service

$ _____

**Papers Served:**
SUMMONS; COMPLAINT, CIVIL COVER SHEET,
JUDGES RULES AND 3 STANDING ORDERS
**Service Data:**

Served Successfully **XXXX**     Not Served _____     Date: **06/05/2007**     Time: **09:10 AM**

**XXXX**  Delivered a copy to him / her personally

_____  Left a copy at his/her dwelling place or usual place of abode by delivering same to a competent household member over 14 years of age residing therein
(indicate name & relationship at right)

_____  Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

Name of Person Served and relationship / title:
**CAMERON WINKLEVOSS, Individually**

Actual place of service:
**1 SOUTH POST ROAD**
**WEST WINDSOR, NJ 08550**

**Description of Person Accepting Service:**

Sex: **Male**   Age: **25**   Height: **6'2"**   Weight: **195**   Skin Color: **White**   Hair Color: **Dk. Brown**

**Unserved:**

_____ Defendant is unknown at the address furnished by the attorney
_____ All reasonable inquiries suggest defendant moved to an undetermined address
_____ No such street in municipality
_____ No response on: _____ Date _____ Time             _____ Date _____ Time
                                    _____ Date _____ Time

_____ Other: _____     Comments or Remarks _____

**Server Data:**

Subscribed and Sworn to me this
6th day of June 2007

*Carmen A. Molina* (signature)
Name of Notary / commission expiration
**CARMEN L. MOLINA**
**NOTARY PUBLIC OF NEW JERSEY**
**Commission Expires 2/13/2009**

I, Ted Cordasco, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty that the foregoing is true and correct.

*Ted Cordasco* (signature) _____ Date
**Ted Cordasco**
FIRM SERVICES CO. - (Our File#: 472)
211 E. 43RD. STREET, SUITE 1901, NEW YORK, NY 10017
(212) 481-9000