| | |
|---|---|
| 1 | G. HOPKINS GUY, III (State Bar No. 124811) |
| | hopguy@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985) |
| | nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746) |
| | mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857) |
| | tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072) |
| | ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 7 | Menlo Park, CA 94025 |
| | Telephone: 650-614-7400 |
| 8 | Facsimile: 650-614-7401 |
| 9 | Attorneys for Plaintiffs |
| | FACEBOOK, INC. and MARK ZUCKERBERG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG, | Case No. 5:07-CV-01389-RS |
| Plaintiffs, | **AFFIDAVIT OF SERVICE** |
| v. | Date: |
| CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25, | Time: |
| | Judge: Honorable Richard Seeborg |
| Defendants. | |

OHS West:260208777.1

AFFIDAVIT OF SERVICE
5:07-CV-01389-RS

FACEBOOK, INC. AND
MARK ZUCKERBERG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

          Plaintiff

DOCKET NO.: 5:07-CV-01389-RS

VS.

CONNECTU, INC. et al.

          Defendant

**Person to be served** (Name & Address):
TYLER WINKLEVOSS AT CASPERSEN ROWING CENTER
1 SOUTH POST ROAD
WEST WINDSOR, NJ 08550

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

**Attorney:**
I. NEEL CHATTERJEE ESQ.
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

Cost of Service

$ _____

**Papers Served:**
SUMMONS; COMPLAINT, CIVIL COVER SHEET,
JUDGES RULES AND 3 STANDING ORDERS

**Service Data:**

Served Successfully **XXXX**     Not Served _____     Date: **06/05/2007**     Time: **09:10 AM**

**XXXX** Delivered a copy to him / her personally

Name of Person Served and relationship / title:
**TYLER WINKLEVOSS, Individually**

_____ Left a copy at his/her dwelling place or usual place of abode by delivering same to a competent household member over 14 years of age residing therein
(indicate name & relationship at right)

Actual place of service:
**1 SOUTH POST ROAD
WEST WINDSOR, NJ 08550**

_____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(indicate name & official title at right)

**Description of Person Accepting Service:**

Sex: **Male**     Age: **25**     Height: **6'2"**     Weight: **195**     Skin Color: **White**     Hair Color: **Dk. Brown**

**Unserved:**

_____ Defendant is unknown at the address furnished by the attorney
_____ All reasonable inquiries suggest defendant moved to an undetermined address
_____ No such street in municipality
_____ No response on: _____ Date _____ Time     _____ Date _____ Time
                                                _____ Date _____ Time
_____ Other: _____     Comments or Remarks _____

**Server Data:**

Subscribed and Sworn to me this
6th day of June 2007

_Carmen J. Molina_
Name of Notary / commission expiration

**CARMEN L. MOLINA
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 2/13/2009**

I, Ted Cordasco, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty that the foregoing is true and correct.

_Ted Cordasco_ Date
**Ted Cordasco**
FIRM SERVICES CO. - (Our File#: 471)
211 E. 43RD. STREET, SUITE 1901, NEW YORK, NY 10017
(212) 481-9000