1  G. HOPKINS GUY, III (State Bar No. 124811)
       hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
       nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
       mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
       tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
       ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA  94025
   Telephone:   650-614-7400
8  Facsimile:   650-614-7401

9  Attorneys for Plaintiffs
   FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>            Plaintiffs,<br><br>     v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>            Defendants. | Case No.  5:07-CV-01389-RS<br><br>**AFFIDAVIT OF SERVICE**<br><br>Date:<br>Time:<br>Judge:    Honorable Richard Seeborg |

OHS West:260208777.1

AFFIDAVIT OF SERVICE
5:07-CV-01389-RS

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 06/01/2007 |
| Name of SERVER Robert Tirrell | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Kenneth Gucwa

☐ Returned unexecuted:

☒ Other (specify): Kenneth Gucwa is the father of David Gucwa. Service was made 06/01/2007 at 8:15 PM at 11 Highridge Lane, Sandwich, MA 02563. A second copy of the Summons, Complaint, and Civil Cover Sheet was Mailed to David Gucwa at this same address.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $45.00 | SERVICES $150.00 | TOTAL $195.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/01/2007
Date

Signature of Server  Robert Tirrell

Address of Server:
Humphries & Associates
Constable Service
8 Field Street
Amesbury, Massachusetts 01913
Tel: 978-388-5589
www.MassachusettsConstables.com

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# ORIGINAL United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC. AND MARK ZUCKERBERG

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 5:07-cv-01389-RS

V.

CONNECTU, INC., et al

TO: (Name and address of defendant)

David Gucwa
11 Highridge Lane
Sandwich, MA 02563-2222

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

G. Hopkins Guy, III
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE June 1, 2007

(BY) DEPUTY CLERK
Sandy Morris