| | |
|---|---|
| 1 | G. HOPKINS GUY, III (State Bar No. 124811) |
|   |     hopguy@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985) |
|   |     nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746) |
|   |     mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857) |
|   |     tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072) |
|   |     ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 7 | Menlo Park, CA  94025 |
|   | Telephone:     650-614-7400 |
| 8 | Facsimile:      650-614-7401 |
| 9 | Attorneys for Plaintiffs |
|   | FACEBOOK, INC. and MARK ZUCKERBERG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG, | Case No.  5:07-CV-01389-RS |
| Plaintiffs, | **AFFIDAVIT OF SERVICE** |
| v. | Date: |
| CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25, | Time: |
|  | Judge:    Honorable Richard Seeborg |
| Defendants. | |

OHS West:260208777.1

AFFIDAVIT OF SERVICE
5:07-CV-01389-RS

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 06/02/2007 |
| Name of SERVER James Humphries | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: 719 Boylston St, Apt. 2F Boston, MA 02116

Time of Service: 7:08 AM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $45.00 | $150.00 | $195.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/02/2007
              Date

Signature of Server: *James Humphries*

Humphries & Associates
Address of Server: Constable Service
8 Field Street
Amesbury, Massachusetts 01913
Tel: 978-388-5589
www.MassachusettsConstables.com

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ORIGINAL

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. AND MARK ZUCKERBERG | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER: 5:07-cv-01389-RS |
| V. | |
| CONNECTU, INC., et al | |

TO: (Name and address of defendant)

Wayne Chang
719 Boylston St., Apt 2F
Boston, MA 02116-2645

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

G. Hopkins Guy, III
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE June 1, 2007

(BY) DEPUTY CLERK
Sandy Morris