1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2   GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California  94304
4  Telephone:    (650) 849-6600
   Facsimile:    (650) 849-6666
5

6  Attorneys for Defendant
   Pacific Northwest Software, Inc. and
7  Winston Williams

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
   FACEBOOK, INC. and MARK ZUCKERBERG,         CASE NO.  5:07-CV-01389-RS
13
                    Plaintiffs,                **STIPULATION AND [PROPOSED**
14                                             **ORDER]**
           v.
15
   CONNECTU, INC. (formerly known as
16 CONNECTU, LLC), CAMERON
   WINKLEVOSS, TYLER WINKLEVOSS,
17 DIVYA NARENDRA, PACIFIC NORTHWEST
   SOFTWARE, INC., WINSTON WILLIAMS,
18 WAYNE CHANG, and DAVID GUCWA,

19                  Defendants.

20

21

22

23

24

25

26

27

28
   Doc. No.  464509                                STIPULATION AND ORDER
                                                   CASE NO.  5:07-CV-01389-RS

The Parties through their respective counsel hereby agree to the following briefing schedule:

1. Plaintiff's Opposition to Motion to Dismiss for Lack of Personal Jurisdiction shall be filed on June 25, 2007;

2. Defendants' Reply to Opposition to Motion to Dismiss for Lack of Personal Jurisdiction shall be filed on July 6, 2007;

3. The hearing date of July 11, 2007 for said Motion to Dismiss for Lack of Personal Jurisdiction shall remain unchanged.

4. Theresa Sutton has authorized Defendants to attach her electronic signature to this pleading and file it with the Court.

IT IS TO STIPULATED

Dated: June 18, 2007                    FINNEGAN, HENDERSON, FARABOW,
                                        GARRETT & DUNNER, L.L.P.


                                        By:_____/s/ Scott R. Mosko /s/_____
                                            Scott R. Mosko
                                            Attorneys for Defendant Pacific Northwest
                                            Software, Inc. and Winston Williams


Dated: June 18, 2007                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                        By:_____/s/ Theresa A. Sutton /s/_____
                                            Theresa A. Sutton
                                            Attorneys for Plaintiffs
                                            The Facebook, Inc. and Mark Zuckerberg

IT IS SO ORDERED


Dated: _____               _____
                                        Richard Seeborg
                                        United States Magistrate Judge