| | |
|---|---|
| 1  Scott R. Mosko (State Bar No. 106070)<br>   FINNEGAN, HENDERSON, FARABOW,<br>2    GARRETT & DUNNER, L.L.P.<br>   Stanford Research Park<br>3  3300 Hillview Avenue<br>   Palo Alto, California  94304<br>4  Telephone:    (650) 849-6600<br>   Facsimile:    (650) 849-6666<br>5<br>6  Attorneys for Defendant<br>   Pacific Northwest Software, Inc. and<br>7  Winston Williams | *E-FILED 6/18/07* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>        Plaintiffs,<br><br>  v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,<br><br>        Defendants. | CASE NO.  5:07-CV-01389-RS<br><br>**STIPULATION AND [~~PROPOSED~~ ] ORDER** |

Doc. No.  464509

STIPULATION AND ORDER
CASE NO.  5:07-CV-01389-RS

The Parties through their respective counsel hereby agree to the following briefing schedule:

1. Plaintiff's Opposition to Motion to Dismiss for Lack of Personal Jurisdiction shall be filed on June 25, 2007;

2. Defendants' Reply to Opposition to Motion to Dismiss for Lack of Personal Jurisdiction shall be filed on July 6, 2007;

3. The hearing date of July 11, 2007 for said Motion to Dismiss for Lack of Personal Jurisdiction shall remain unchanged.

4. Theresa Sutton has authorized Defendants to attach her electronic signature to this pleading and file it with the Court.

IT IS TO STIPULATED

Dated: June 18, 2007                     FINNEGAN, HENDERSON, FARABOW,
                                          GARRETT & DUNNER, L.L.P.


                                          By:         /s/ Scott R. Mosko /s/
                                              Scott R. Mosko
                                              Attorneys for Defendant Pacific Northwest
                                              Software, Inc. and Winston Williams


Dated: June 18, 2007                     ORRICK, HERRINGTON & SUTCLIFFE LLP


                                          By:        /s/ Theresa A. Sutton /s/
                                              Theresa A. Sutton
                                              Attorneys for Plaintiffs
                                              The Facebook, Inc. and Mark Zuckerberg

IT IS SO ORDERED

Dated: June 18, 2007                     _____
                                          Richard Seeborg
                                          United States Magistrate Judge