| | |
|---|---|
| 1 | G. HOPKINS GUY, III (State Bar No. 124811) |
| | hopguy@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985) |
| | nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746) |
| | mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857) |
| | tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072) |
| | ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 7 | Menlo Park, CA  94025 |
| | Telephone:    650-614-7400 |
| 8 | Facsimile:    650-614-7401 |
| 9 | Attorneys for Plaintiffs |
| | FACEBOOK, INC. and MARK ZUCKERBERG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>Defendants. | Case No.  5:07-CV-01389-RS<br><br>**MANUAL FILING NOTIFICATION**<br><br>**OF PLAINTIFFS' [CONFIDENTIAL] OPPOSITION TO PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:       July 11, 2007<br>Time:      9:30 A.M.<br>Judge:    Honorable Richard Seeborg |

OHS West:260258238.1

MANUAL FILING NOTIFCATION
CASE NO. 5:07-CV-01389-RS

<u>**MANUAL FILING NOTIFICATION**</u>

1. **PLAINTIFFS' OPPOSITION TO PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION.**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This document was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Confidential - Items Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: June 25, 2007                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                        /s/ Monte M. F. Copper
                                        Monte M. F. Cooper
                                        Attorneys for Plaintiffs FACEBOOK, INC. and
                                        MARK ZUCKERBERG

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 25, 2007.

Dated: June 25, 2007.                    Respectfully submitted,

                                          /s/ Monte M. F. Cooper /s/
                                          Monte M.F. Cooper