1  G. HOPKINS GUY, III (State Bar No. 124811)
   hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
   tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
   ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA 94025
   Telephone:   650-614-7400
8  Facsimile:   650-614-7401

9  Attorneys for Plaintiffs
   FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>    Defendants. | Case No. 5:07-CV-01389-RS<br><br>**MANUAL FILING NOTIFICATION**<br><br>**OF EXHIBITS 1 2, 7, 9, 11, 12, 13, 14, 16, 17, 19, 21, AND 26 TO DECLARATION OF MONTE M. F. COOPER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:    July 11, 2007<br>Time:    9:30 A.M.<br>Judge:    Honorable Richard Seeborg |

OHS West:260258369.1

MANUAL FILING NOTIFCATION
CASE NO. 5:07-CV-01389-RS

Dockets.Justia.com

1

## MANUAL FILING NOTIFICATION

2  **1. EXHIBITS 1 2, 7, 9, 11, 12, 13, 14, 16, 17, 19, 21, and 26 TO DECLARATION OF MONTE M. F. COOPER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION.**

6  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

10  This document was not efiled for the following reason(s):

11  [_] Voluminous Document (PDF file size larger than the efiling system allows)

12  [_] Unable to Scan Documents

13  [_] Physical Object (description): _____

14  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

15  **[X] Confidential - Items Under Seal**

16  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

17  [_] Other (description): _____

19  Dated: June 25, 2007                     ORRICK, HERRINGTON & SUTCLIFFE LLP

21                                                          /s/ Monte M. F. Copper
                                                   ─────────────────────────────
22                                                          Monte M. F. Cooper
                                                            Attorneys for Plaintiffs
23                                                   FACEBOOK, INC. and MARK ZUCKERBERG

OHS West:260258369.1                - 1 -                MANUAL FILING NOTIFCATION
                                                         CASE NO. 5:07-CV-01389-RS

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 25, 2007.

Dated:  June 25, 2007.                           Respectfully submitted,

                                                  /s/ Monte M. F. Cooper /s/
                                                  Monte M.F. Cooper