# EXHIBIT 3

# Delaware

### The First State

PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "THEFACEBOOK, INC.", CHANGING ITS NAME FROM "THEFACEBOOK, INC." TO "FACEBOOK, INC.", FILED IN THIS OFFICE ON THE THIRTIETH DAY OF SEPTEMBER, A.D. 2005, AT 1:30 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

3835815  8100
050803334

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 4197585

DATE: 09-30-05

TFB000056

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:30 PM 09/30/2005
FILED 01:30 PM 09/30/2005
SRV 050803334 - 3835815 FILE

# CERTIFICATE OF AMENDMENT OF

## THIRD AMENDED AND RESTATED CERTIFICATE OF INCORPORATION

## OF

## THEFACEBOOK, INC.

The undersigned, Mark Zuckerberg, hereby certifies that:

1. He is the duly elected Chief Executive Officer of TheFacebook, Inc., a Delaware corporation.

2. The Certificate of Incorporation of this corporation was originally filed with the Secretary of State of Delaware on July 29, 2004.

3. Pursuant to Section 242 of the General Corporation Law of the State of Delaware, this Certificate of Amendment of Third Amended and Restated Certificate of Incorporation amends Article I of this corporation's Certificate of Incorporation to read in its entirety as follows:

"The name of the corporation shall be "Facebook, Inc."

4. The foregoing Certificate of Amendment has been duly adopted by this corporation's Board of Directors and stockholders in accordance with the applicable provisions of Sections 228 and 242 of the General Corporation Law of the State of Delaware.

Executed at Palo Alto, California, on September 30, 2005.

Mark Zuckerberg, Chief Executive Officer

DOCSSV1:422716 1

TFB000057