Dockets.Justia.com

Case 5:07-cv-01389-RS     Document 92-6     Filed 06/25/2007     Page 2 of 3