# EXHIBIT 10

ConnectU

**Subject:** ConnectU
**From:** David Tufts <dave@imarc.net>
**Date:** Wed, 22 Jun 2005 11:51:17 -0400
**To:** Partners iMarc <partners@imarc.net>

*****************************
My personal rant
*****************************

This is a waste of our time. Since there's little chance of future projects with, we'll be spend at least 2+ developer days with no return other than a little cash.

We have repeatedly supplied ConnectU with source code in the past. In fact, they had access to THEIR OWN server to copy all the code as it was developed.

ConnectU came to us with a specification and design for HarvardConnection.com, which did not look or act anything like Facebook. In April, Facebook was already HUGELY popular. 90% of the direction we received from ConnectU was: "copy Facebook", and ignore the HarvardConnection spec and design. In fact, for same sections, like "Groups", our ONLY instructions were "go to Facebook; figure out what they are doing; add it to our site.". Does their lawyer want to see my email archive?

...rant over - here's what we can and can not do regarding the lawyer's request:

*****************************
What we can do in 40 hours
*****************************

It will take iMarc 40 hours to recreate the website ConnectU.com as it was on May 26 2004*. This recreated website will be functional and accessible online. iMarc will also supply ConnectU with a CD-ROM of all source code used on May 26, 2004.

iMarc will host the recreated website for one month.

*The lawyer's letter references May 21, 2004. iMarc's snapshot backup is from May 26, 2004.

*****************************
What we can NOT do in 40 hours
*****************************

The lawyer's letter requests:

ConnectU

(1) supply "printout of the source code" from the site as it appeared on May 21, 2004

iMarc can not do this as part of the 40 hours quoted above. Instead, we will supply ConnectU with a CD-ROM of ALL source code from May 26, 2004. ConnectU can print out whatever they want.

There are hundred's of pages of code. Supplying printouts of every page of code, will take an additional 40 hours, plus fees.

(2) supply "printouts of screen shots" from the site as it appeared on May 21, 2005.

iMarc can not do this as part of the 40 hours quoted above. By recreating and hosting the site, ConnectU will be able to take screenshots and printout any page they like.

Supplying printouts of every page will take an additional 40 hours, plus fees.

(3) supply "both the source code and screen shots (or a "live" website) on CD-ROM"

As stated above, iMarc will prove all source code on CD-ROM and host that source code on the Internet for one month. ConnectU will be free to visit the hosted site and take screenshot and/or print pages.

After one month, ConnectU can request to extend iMarc's hosting of the recreated "live" web site, or copy the source code from the supplied CD-ROM to a Unix web server running, MySQL, Apache, PHP.

- Dave

iMarc000012

Re: Jennifer Starr wants you to join ConnectU

**Subject:** Re: Jennifer Starr wants you to join ConnectU
**From:** Dave Tufts <dave@imarc.net>
**Date:** Thu, 22 Jul 2004 09:58:57 -0500
**To:** Marc Pierrat <marc@imarc.net>

We move the site to Rackspace and let them do whatever they want. What do you think Niz?

Yes.

Original Message:
-----------------
From: Dave Tufts dave@imarc.net
Date: Thu, 22 Jul 2004 06:25:48 -0400
To: nick@imarc.net, marc@imarc.net
Subject: FW: Jennifer Starr wants you to join ConnectU

In the past 12 hours, ConnectU admins have sent thousands of invite emails. Every single one was sent using a bogus 'From' address:

god@harvard.edu
jstarr@georgetown.edu
jstarr@amherst.edu
jstarr@dartmouth.edu

I'v restored the old page, until this gets straightened out.

- Dave

----- Forwarded Message
From: Jennifer Starr<jstarr@georgetown.edu>
Date: Thu, 22 Jul 2004 03:13:56 -0400 (EDT)
To: dave@imarc.net, nick@imarc.net, marc@imarc.net
Subject: Jennifer Starr wants you to join ConnectU

Sent To: 002@dartmouth.edu, 074jr@dartmouth.edu, 101@dartmouth.edu, 11cohen@stanford.edu, 1212@dartmouth.edu, 151@dartmouth.edu, 105@dartmouth.edu, lka2@georgetown.edu, valdesc@bc.edu, mgid@bc.edu, 168@dartmouth.edu, 19@brown.edu,

---

Re: Jennifer Starr wants you to join ConnectU

13509@dartmouth.edu, aa268@georgetown.edu, 1982@dartmouth.edu, 28@brown.edu, gqb2001@columbia.edu, ,,nmc2103@colu mb ia.edu, 19@dartmouth.edu, 2d@alum.dartmouth.org, 2d@alum.dartmouth.org, 225@dartmouth.edu, sa283@georgetown.edu, ,,,rsi119@columbia.edu, 26@dartmouth.edu, cea2@georgetown.edu, ,,,pas2103@columbia.edu, 32@dartmouth.edu, 35@dartmouth.edu, 31@dartmouth.edu, 50cent@dartmouth.edu,
5@post.harvard.edu, 60@dartmouth.edu, 712@alum.dartmouth.org, 524@alum.dartmouth.org, mas6@georgetown.edu, 567@dartmouth.edu, sma6@georgetown.edu, 80@brown.edu, 91@dartmouth.edu, 654@alum.dartmouth.org, mla35@georgetown.edu, 70@dartmouth.edu, aea7@georgetown.edu, a_cristina.macarae@dartmouth.edu, A.Lindgren-Streicher@alumni.tufts.edu, a_lombardi@alumni.brown.edu, a.meritten!
eu.edu, a1986b@stanford.edu, a6@dartmouth.edu, a07@columbia.edu, a.walker@tufts.edu, paa7@georgetown.edu, aa2080@columbia.edu, aa2125@columbia.edu, an2185@georgetown.edu, aa2190@columbia.edu, aa2257@columbia.edu, aa2478@cornell.edu, aa2248@cornell.edu, aa252@cornell.edu,
aa268@cornell.edu, aa269@cornell.edu, aa272@cornell.edu, aa273@cornell.edu,
aa606@columbia.edu, aa2117@columbia.edu, aaa26@cornell.edu, aa444@cornell.edu, aa324@cornell.edu, era3@georgetown.edu, aapont@stanford.edu, aaaddis@nursing.upenn.edu, aaamdur@sas.upenn.edu, aaa24@cornell.edu, aab29@cornell.edu, aab33@cornell.edu, aabeita@dartmouth.edu, aaa43@cornell.edu, cca9@georgetown.edu, elcurtis@sas.upenn.edu, ssleung@whart on.upenn.edu, aac2022@columbia.edu, aac2106@columbia.edu, aac24@cornell.edu, aac33@cornell.edu, aac25@georgetown.edu,
aab2@georgetown.edu, dda5@georgetown.edu, dtunsta3@sas.upenn.edu, swillic@sas .u
penn.edu, aad27@cornell.edu, aad33@cornell.edu, aad38@cornell.edu, aad39@cornell.edu, aad5@georgetown.edu, aadams@w! ellesley.edu, aadamska@wellesley.edu, aadasi@wellesley.edu, aa: c9@georg
etown.edu, gb86@georgetown.edu, ikumata@wellesley.edu, aadavis@wharton.upenn.edu, aaddessi@umich.edu, aad29@cornell.edu, ih29@georgetown.edu, tpiasta@wellesley.edu, aae6@dartmouth.edu, **aafurman@stanford.edu**, aad39@cornell.edu, rb37@georgetown.edu, ltrapani@wellesley.edu, aag@georgetown.edu, aag2022@columbia.edu, aaq28@cornell.edu, aagmello@wellesley.edu, aaqo1dma@seas.upenn.edu, aah@dartmouth.edu, aah2018@columbia.edu, aah29@cornell.edu, aah72@columbia.edu, aai2@cornell.edu,
aa1@seas.upenn.edu,
aaq24@cornell.edu,hbf@georgetown.edu,,,,rudy@brown.edu

iMarc000622