The Facebook, Inc. v. Connectu, LLC et al                                                                                  Doc. 92 Att. 8

Re: Jennifer Starr wants you to join ConnectU

aas55@cornell.edu, aas8@georgetown.edu, aasare0l@tufts.edu, aaschwartz@stanford.edu, aasthaq@umich.edu, aat28@cornell.edu, aarun@umich.edu, eab26@georgetown.edu, aat5@georgetown.edu, aat22@georgetown.edu, bkb8@georgetown.edu, aatencio@umich.edu, aatif.iqbal@yale.edu, atkins@fas.harvard.edu, aav22@georgetown.edu, aav59@cornell.edu, nmb4@georgetown.edu, aav9@georgetown.edu, aavarboc@mail.med.upenn.edu, aav2001@columbia.edu, aav70@georgetown.edu, aat2106@columbia.edu, elb8@georgetown.edu, aav9@cornell.edu, aaxen@tulane.edu, aaver@stanford.edu, aaz4@cornell.edu, aazher@law.upenn.edu, aauclair@wharton.upenn.edu, ekb6@georgetown.edu, aav8sas.upenn.edu, jlb72@georgetown.edu, aaziz@stanford.edu, ab2026@columbia.edu, ab2039@barnard.edu, ab2206@barnard.edu, ab2211@barnard.edu, ab2212@cornell.edu, ab2218@cornell.edu, lumbia.edu, ab282@cornell.edu, ab3499@cornell.edu, ab365@columbia.edu, a b377@cornell.edu, ab378@cornell.edu, ab382@cornell.edu, ab395@cornell.edu, abaca@stanford.edu, ab2288@columbia.edu, sjb5@georgetown.edu, ab2309@barnard.edu, kdb25@georgetown.edu, ab2393@barnard.edu, cb39@georgetown.edu, <mark>abackis@stanford.edu</mark>, abackis@stanford.edu, ab326@cornell.edu, <mark>aeb25@georgetown.edu</mark>, abademi@umich.edu, ab352@cornell.edu, eab9@georgetown.edu, abaqan@tulane.edu, abaker@post.harvard.edu, abaker@wellesley.edu, abaldwin@wellesley.edu, aballew@stanford.edu, abaluck@fas.harvard.edu, abarron@tulane.edu, abandza@stanford.edu, abarker@wellesley.edu, abarun@tulane.edu, abarto@tulane.edu, abaczko@tulane.edu, cnb5@georgetown.edu, abasevic@wellesley.edu, abates@sas.upenn.edu, abbhiraee@alumni.law.upenn.edu, keb24@georgetown.edu, abaver@tulane.edu, abb24@cornell.edu, abala@umich.edu, bryni@georgetown.edu, abb27@cornell.edu, abbas.hussain@yale.edu, abbay.n@new.edu, abbey.keith@tufts.edu, abbas! al@stanfordalumni.org, mrc28@georgetown.edu, abbey.svenson@tufts.edu, abantell@tulane.edu, rc239@georgetown.edu, abby.states@tufts.edu, abby@post.harvard.edu, abarash@wellesley.edu, amc83@georgetown.edu, abbey.states@tufts.edu, abbyl@umich.edu, abarba@stanford.edu, lfc@georgetown.edu, abbey@fas.harvard.edu, abbylv@umich.edu, abaron@tulane.edu, lsc5@georgetown.edu, abbeyf@fas.harvard.edu, abc25@cornell.edu, abbi.hillas@stanford.edu, abbimarie@brown.edu, abbs@stanford.edu, abbyreed@dartmouth.edu, abatest@fas.harvard.edu, dlc32@georgetown.edu, abc27@cornell.edu, abauza@sas.upenn.edu, ldc22@georgetown.edu, abbey@brown.edu, mics@georgetown.edu, abby.svenson@tufts.edu, abbyf@brown.edu, abby07@dartmouth.edu, abbycf@post.harvard.edu, abbyde@dartmouth.edu, abbyl@stanford.edu, abbylv@umich.edu, abbynate@sas.upenn.edu, abbyreed@dartmouth.edu, abc25@cornell.edu, abc27@cornell.edu, abc32@cornell.edu, abd23@cornell.edu, abd24@cornell.edu

Re: Jennifer Starr wants you to join ConnectU

aai8@georgetown.edu, aaiacobs@sas.upenn.edu, aak2003@columbia.edu, aak28@cornell.edu, aak36@georgetown.edu, aak5@georgetown.edu, aal24@cornell.edu, aal26@cornell.edu, aal32@cornell.edu, aalapn@stanford.edu, aalbano@tulane.edu, aalbin@tulane.edu, aalexand@fas.harvard.edu, aalexis@sas.upenn.edu, aalismo1@tufts.edu, aakasha@sas.upenn.edu, tab36@georgetown.edu, aallen@fas.harvard.edu, aakidd@sas.upenn.edu, mab66@georgetown.edu, aalonso@stanfo rd.edu, aalston@wellesley.edu, aaltvate@wellesley.edu, aam@sas.upenn.edu, aalbassa@tulane.edu, reb27@georgetown.edu, aam33@georgetown.edu, aam35@georgetown.edu, aams@umich.edu, aamura@sas.upenn.edu, aamy@umich.edu, aan@stanford.edu, aandrow@tulane.edu, aansar@sas.upenn.edu, aao2@georgetown.edu, aap269@georgetown.edu, alb37@georgetown.edu,,,,crampell@princeton.edu, aap32@cornell.edu, emb5@georgetown.edu,,,,escuners@princeton.edu, aap28@cornell.edu, aapa1@sas.upenn.edu, aapostol@fas.harvard.edu, aar@sas.upenn.edu, aamell@fas.harvard.edu, rb228@georgetown.edu, aar24@cornell.edu, aar2029@columbia.edu, aar22@georgetown.edu, aar2@cornell.edu, aar32@cornell.edu, aar33@cornell.edu, aao25@cornell.edu, vb38@georgetown.edu,,,,catharine.kaufmann@yale.edu, aar7@georgetown.edu, aarathi.sambasivan@alum.dartmouth.org, aamold@fas.harvard.edu, aarathi_samba@tufts.edu, aaron.bender@yale.edu, aaron.chiu@alumni.tufts.edu, aaron.d.kane@alumni.tufts.edu, aaron.banks@tufts.edu, aaron.donovan@alumni.tufts.edu, aaron.droller@ava.yale.edu, aar35@cl ornell.edu, atb5@georgetown.edu, aaron.gest@tufts.edu, aaron.he! ld@tufts .edu, aaron.honig@tufts.edu, aaron.i.golas@dartmouth.edu, aaron.j.sallen@dartmouth.edu, Aaron.J.Swank@stanford.edu, aaron.karp@tufts.edu, aaron.kaye@tufts.edu, aaron.margolis@yale.edu, aaron.markowitz_shulman@tufts.edu, aaron.mehta@tufts.edu, aaron.mehta@tufts.edu, aaron.morris@tufts.edu, aaron.narva@tufts.edu, aaron.orenstein@tufts.edu, aaron.rosenberg@tufts.edu, aaron.rubin@tufts.edu, aaron.schutzengel@tufts.edu, aaron.kessler@yale.edu, aaron.wright@alumni.tufts.edu, aaron@fas.alumni.harvard.edu, aaronfas.harvard.edu, aaron_d_levine@tufts.edu, aaron.meyer@stanford.edu, hab2@georgetown.edu, aaron_fritschner@brown.edu, <mark>aaron_paul@brown.edu</mark>, aaron_powers@brown.edu, aaron_prosnitz@brown.edu, aaron_rosenthal@brown.edu, aaron_sokoloff@brown.edu, aaron_stelson@brown.edu, aaron_vee@brown.edu, aaronb@alum.dartmouth.org, aaronm@sas.upenn.edu, <mark>aaronj@umd.umich.edu</mark>, aaronpr@stanford.edu, <mark>aaronq@stanford.edu</mark>, <mark>aarontan@stanford.edu</mark>, aarthi.ram! @tufts.edu, aarthim@sas.upenn.edu, aartik_sarma@brown.edu, aas@sas.upenn.edu, aas37@cornell.edu, aas39@cornell.edu, aaronli@wharton.upenn.edu, ab32@georgetown.edu, aas52@cornell.edu,

iMarc000623

Dockets.Justia.com

Re: Jennifer Starr wants you to join ConnectU

aborcar@tulane.edu, aborchar@tulane.edu,
abl22@cornell.edu, alb57@georgetown.edu, aborden@sas.upenn.edu,
aboscolo@stanford.edu, abothwal@fas.harvard.edu, aboudy@stanford.edu,
abattell@stanford.edu, aab27@georgetown.edu,
ablinda2@sas.upenn.edu, mb47@georgetown.edu, aboxe@stanford.edu,
abormann@sas.upenn.edu, ablowefa@stanford.edu, plb3@georgetown.edu,
alm9@georgetown.edu, bedover@georgetown.edu, abpf@dartmouth.edu,
abmett@wellesley.edu, abn77@georgetown.edu, abpf@wharton.upenn.edu,
abr2104@columbia.edu, abn22@cornell.edu, abp8@cornell.edu,
abr@dartmouth.edu,
aboothf@wellesley.edu, alb45@georgetown.edu, abr26@cornell.edu,
abr75@georgetown.edu, abraham.young@brown.edu, abraham@umich.edu,
abraheml@alumni.upenn.edu, abrahm@tulane.edu, abram.l.coley@dartmouth.edu,
abramf@fas.harvard.edu, abramoritz.1@osu.edu, abrawson.c@nyu.edu,
abramson@fas.harvard.edu,
u, abrandt@wharton.upenn.edu, abraslor@umich.edu, abraum@sas.upenn.edu,
abrealer@wharton.upenn.edu, a-brewar@stanford.edu,
abridges@fas.harvard.edu,
abrincat@stanford.edu, abrine@sas.upenn.edu, abritel@fas.harvard.edu,
abrophy@post.harvard.edu, abrome@fas.harvard.edu,
abrosant@wharton.upenn.edu,
abrrell@tulane.edu, abruhns@umich.edu, abs@dartmouth.edu,
abs2025@columbia.edu, abs22@cornell.edu, abs28@georgetown.edu,
abs3@georgetown.edu, abs38@cornell.edu, absher@fas.harvard.edu,
abolutercappel@cornell.edu, abs2001@columbia.edu, abuder@sas.upenn.edu,
abudihas@sas.upenn.edu, abuduh@stanford.edu, abudler@sas.upenn.edu, abulgerfcce.neu.edu,
abulaka@gsd.harvard.edu, abrudar@sas.upenn.edu, abumco@stanford.edu, cib42@georgetown.edu,
aburas@umich.edu, abuman@stanford.edu, aburrows@law.harvard.edu,
abutcas@tulane.edu, abw2@georgetown.edu, ac07@dartmouth.edu,
ac2033@barnard.edu, ac2164@barnard.edu,
abs42@cornell.edu, neb38@georgetown.edu, ac2250@columbia.edu,
ac2257@barnard.edu, ac2272@columbia.edu, ac273@cornell.edu, ac270@!
cornell.edu, ac328@cornell.edu, abudio@tulane.edu.leb3@georg!
etown.ed

-----End of Forwarded Message

mail2web - Check your email from the web at
http://mail2web.com/ .

Re: Jennifer Starr wants you to join ConnectU

abd26@cornell.edu, abd27@cornell.edu, abdallah@fas.harvard.edu,
abdulrah@fas.harvard.edu, abeaumel@stanford.edu, abeaver@sas.upenn.edu,
abbvi@dartmouth.edu.gba5@georgetown.edu, abel.i.bascom@dartmouth.edu,
abelcher@fas.harvard.edu, abelcher@tulane!
.edu, abellais@umich.edu, abelli3@sas.upenn.edu, abelman@whart!
on.upenn
.edu, abeln.b@neu.edu, abena.agyemang@tufts.edu, abena.anaafe@yale.edu,
abennett@wellesley.edu, abennick@umich.edu,
abeo@georgetown.edu.ine@georgetown.edu, abennie@wharton.upenn.edu,
abdelfetah.jibril@dartmouth.edu.trsf@georgetown.edu,
aberdell@wellesley.edu,
abere@fas.harvard.edu, abergl@tulane.edu,
abedell@wellesley.edu, xdu4@georgetown.edu, aberk@umich.edu,
aberila@stanford.edu, abernen@tulane.edu,
abaliva@umich.edu.mea34@georgetown.edu, abernd@tulane.edu,
abez@dartmouth.edu, abf26@cornell.edu, abgd@alum.dartmouth.org,
abg26@cornell.edu, abg37@cornell.edu,
abenjamin@stanfordalumni.org, iac3a@georgetown.edu, abh2001@columbia.edu,
abh2105@columbia.edu, abh24@cornell.edu, abh8@georgetown.edu,
abhekt@stanford.edu, abhinavi@stanford.edu, abhinav2@sas.upenn.edu,
abhoopa@umich.edu, abiancof@wharton.upenn.edu, abielonk@tulane.edu,
abette@umich.edu, ina@georgetown.edu, abiel@alum.dartmouth.org,
abigail.bunce@yale.edu, abigail.cvr@dartmouth.edu,
abigail.dentsch@yale.edu,
abg28@cornell
l.edu, fca2@georgetown.edu, abg29@cornell.edu, maa47@georgetown.edu,
abigail.ellman@yale.edu, abigail.epstein@yale.edu,
abigail.estabrook@tufts.edu, abigail.hawkins@yale.edu, abh23@cornell.edu, jnd39@georgetown.edu,
abigail.hawkins@yale.edu, abigail.mcdonough@yale.edu,
abigail.moffat@alumni.tufts.edu,
abh111tr@alumni.upenn.edu, ima24@georgetown.edu, abigail.newman@brown.edu,
abindartmouth.edu, abind@post.harvard.edu, abindman@sas.upenn.edu,
abinkley@post.harvard.edu, abismail@tulane.edu, abi6@cornell.edu,
abk2015@columbia.edu,
abkee2@umich.edu,
abl@stanford.edu, abigail.hiatt.shepp@tufts.edu.nia7@georgetown.edu,
abl2001@columbia.edu, ablake@fas.harvard.edu,
abigail.littlefield@brown.edu, arb35@georgetown.edu,
ablansky@sas.upenn.edu,
ablemow@umich.edu,
abigaleh@umich.edu.md37@georgetown.edu, ablonbf@fas.harvard.edu,
ablaser@stanford.edu, ablock1@tulane.edu, ablorian@sas.upenn.edu,
abmiller@fas.harvard.edu, abl
15@cornell.edu.fib23@georgetown.edu, abm2@sas.upenn.edu, aboes!
@umich.e
du, abk25@cornell.edu.meb68@georgetown.edu, aboestch@tulane.edu,
aboettch@tulane.edu, abollett@noo@alum.wellesley.edu,
aboozer@stanford.edu,