The Facebook, Inc. v. Connectu, LLC et al                                                                Doc. 92 Att. 9

[iMarc] Personal Mail

**Subject:** [iMarc] Personal Mail
**From:** seluraved@gmail.com
**Date:** Tue, 6 Jul 2004 14:20:11 -0400 (EDT)
**To:** dave@imarc.net

From: Deva Mishra seluraved@gmail.com

Hi Dave,

Sorry if you got a similar message. I dont know if my others went through.

==I am working with Divya on ConnectU stuff.== I just had a small problem. What I'm working on now is getting emails of thefacebook.com. My problem is that I can't navigate to the pages that I want through java since there is a login page. I dont really know how the session works. Do you know how to login to a php page keep your session info and then navigate to another page using the URL and HTTPUrlConnection clients. I tried this to no avail:

```java
URL url = new URL("http://www.thefacebook.com/login.php");

HttpURLConnection connection = (HttpURLConnection)
url.openConnection();
                  connection.setRequestMethod("POST");
                  connection.setDoOutput(true);
                  PrintWriter out = new
PrintWriter(connection.getOutputStream());
                  // encode the message
                  String email = "email=" +
URLEncoder.encode("dvm25@cornell.edu", "UTF-8") +
                                 String pass = "pass="+URLEncoder.encode("******",
"UTF-8");
                  // send the encoded message
                  out.println(email+"&"+pass);
                  out.close();
                  BufferedReader in = new BufferedReader(
                     new InputStreamReader(connection.getInputStream()));
                  String line;
                  while ((line = in.readLine()) != null) {
                        System.out.println(line);
                  }
                  in.close();
```

if you have any suggestions it would be super helpful. Thanks again.

Deva

iMarc000659

Dockets.Justia.com

Re: mining the facebook

**Subject:** Re: mining the facebook
**From:** "Marc M. Pierrat" <marc@imarc.net>
**Date:** Fri, 11 Jun 2004 14:43:39 -0400
**To:** Fred LeBlanc <fred@imarc.net>, Nick Grant <nick@imarc.net>
**CC:** Dave Tufts <dave@imarc.net>

Nuff said. We'll pass on this one.

At 02:39 PM 6/11/2004, Fred LeBlanc wrote:
I second Nick's motion.

Nick Grant wrote:

Ummm this is sketchy and I don't think iMarc should be apart of this. I assume after they have all these email addresses they plan on sending out unsolicited emails ?

As a side note:
I wonder if we should form a Web Ethics Committee to make the final calls on this kind of stuff.

The boyz from CU want us to write a little script that logs into www.thefacebook.com, loops through http://www.thefacebook.com/profile.php?id=xxxxx replacing xxxxx with numbers to grab people's email addresses. We give them back a list.

1) how much effort?
2) Are we prison guards in Iraq, waiting for our own controversy? (I found nothing in the facebook's TOS about mining email addresses)

nmg

Marc M. Pierrat
iMarc L.L.C. (www.imarc.net)
14 Inn Street
Newburyport, MA 01950
Email: marc@imarc.net
Blog: marc.imarc.net
Voice: 978-462-8848

9/12/06 5:47 PM

1 of 1

iMarc000798