# EXHIBIT 15

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU LLC,

        Plaintiff,

v.                      C.A. No. 04-1923(DPW)

MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW McCOLLUM,
CHRISTOPHER HUGHES and THE FACEBOOK,
INC.,

        Defendants.

**CERTIFIED COPY**

---

VOLUME 1

VIDEOTAPED DEPOSITION OF CONNECTU LLC

BY CAMERON H. WINKLEVOSS

Boston, Massachusetts

Tuesday, August 9, 2005

9:44 a.m. to 6:27 p.m.

Reported by:
Jessica L. Williamson, RMR, RPR, CRR
Notary Public, CSR No. 138795

JOB NO. 36599

www.sarnoffcourtreporters.com
46 Corporate Park, Suite 100    445 South Figueroa St., Suite 2950
Irvine, CA 92606    Los Angeles, CA 90071
phone 877.955.3855
fax 949.955.3854



SARNOFF
Court Reporters and Legal Technologies

```
 1            VIDEOTAPED DEPOSITION OF CONNECTU LLC
 2       by CAMERON H. WINKLEVOSS, a witness called
 3       on behalf of the Defendant Mark Zuckerberg,
 4       Dustin Moskovitz, Andrew McCollum,
 5       Christopher Hughes and The Facebook, Inc.,
 6       pursuant to Rule 30(b)(6) of the Federal
 7       Rules of Civil Procedure, before Jessica L.
 8       Williamson, Registered Merit Reporter,
 9       Certified Realtime Reporter and Notary
10       Public in and for the Commonwealth of
11       Massachusetts, at the Offices of Proskauer
12       Rose, LLP, One International Place, Boston,
13       Massachusetts, on Tuesday, August 9, 2005,
14       commencing at 9:44 a.m.
15
16       A P P E A R A N C E S
17       FINNEGAN HENDERSON FARABOW GARRETT & DUNNER
18       LLP
19          (By John F. Hornick, Esq.
20          and Troy E. Grabow, Esq.)
21          901 New York Avenue, NW
22          Washington, D.C.  20001-4413
23          (202) 408-4000
24          john.hornick@finnegan.com
25          Counsel for the Plaintiff
```

2

```
 1              A P P E A R A N C E S, Continued
 2
 3       ORRICK, HERRINGTON & SUTCLIFFE LLP
 4           (By I. Neel Chatterjee, Esq.
 5           and Joshua H. Walker, Esq.)
 6           1000 Marsh Road
 7           Menlo Park, California  94025
 8           (650) 614-7356
 9           nchatterjee@orrick.com
10           Counsel for the Defendants Mark
11           Zuckerberg, Dustin Moskovitz, Andrew
12           McCollum, Christopher Hughes and The
13           Facebook, Inc.
14
15       HELLER EHRMAN LLP
16           (By Robert B. Hawk, Esq.)
17           275 Middlefield Road
18           Menlo Park, California  94025-3506
19           (650) 324-7000
20           robert.hawk@hellerehrman.com
21           Counsel for the Defendant Eduardo Saverin
22
23       ALSO PRESENT:
24
25           George Dobrentey, Videographer
```

3

```
 1                    I N D E X

 2    DEPONENT                                      PAGE

 3    CAMERON H. WINKLEVOSS

 4    Examination By Mr. Chatterjee                   7

 5    Examination By Mr. Hawk                       244

 6

 7                  E X H I B I T S

 8    NO.                                           PAGE

 9     1    Amended Notice of Deposition             44
            of Plaintiff and
10          Counterdefendant ConnectU
            Pursuant to Fed.R.Civ.P.
11          30(b)(6)

12     2    First Amended Complaint                  62

13     3    E-mail dated May 4, 2004,                71
            Bates Nos. C003165 - 3166
14
       4    E-mails, Bates Nos. C004577 -           103
15          4631

16     5    Certificate of Registration,            152
            Bates Nos. C004842 - 4845
17
       6    E-mail string, Bates Nos.               159
18          C004792 - 4793

19     7    E-mail, Bates No. C004791               162

20     8    E-mail, Bates No. C004810               176

21     9    E-mail, Bates No. C004820               182

22    10    E-mail, Bates No. C003852               188

23    11    E-mail, Bates No. C004841               192

24    12    E-mail, Bates No. C009556               197

25
```

4