```
 1                      E X H I B I T S
         NO.                                              PAGE
 2
         13    E-mail string, Bates Nos.                  200
 3             C006955 - 6959

 4       14    E-mail with attachment, Bates              211
               Nos. C003587 - 3603
 5
         15    E-mail, Bates Nos. C003850                 242
 6             -3851

 7

 8

 9

10

11

12

13

14

15

16

17       Note:  Original Exhibits 1 - 15 were

18       retained by the court reporter and forwarded

19       to Sarnoff Court Reporting for distribution.

20

21

22

23

24

25
```

5

Dockets.Justia.com

| | | |
|---|---|---|
| 09:43:59 | 1 | P R O C E E D I N G S |
| 09:43:59 | 2 | THE VIDEOGRAPHER: We are recording |
| 09:44:01 | 3 | and are now on the record. Today's date is |
| 09:44:04 | 4 | August the 9th, 2005, and the time is 9:44 |
| 09:44:07 | 5 | a.m. My name is George Dobrentey. I'm a |
| 09:44:10 | 6 | legal videographer for G & M Court |
| 09:44:14 | 7 | Reporters, Ltd. Our business address is 42 |
| 09:44:15 | 8 | Chauncy Street, Suite 1A, Boston, |
| 09:44:17 | 9 | Massachusetts 02111. |
| 09:44:18 | 10 | This is the deposition of Cameron |
| 09:44:23 | 11 | Winklevoss in the matter of ConnectU vs. |
| 09:44:27 | 12 | Zuckerberg in the United States District |
| 09:44:28 | 13 | Court for the District of Massachusetts, |
| 09:44:30 | 14 | Civil Action No. 04-1923(DPW). |
| 09:44:33 | 15 | This deposition is being taken at One |
| 09:44:37 | 16 | International Place in Boston, |
| 09:44:37 | 17 | Massachusetts, on behalf of the defendant. |
| 09:44:38 | 18 | The court reporter is Jessica Williamson. |
| 09:44:41 | 19 | Counsel will state their appearances, and |
| 09:44:42 | 20 | the court reporter will administer the oath. |
| 09:44:45 | 21 | MR. CHATTERJEE: Neel Chatterjee |
| 09:44:47 | 22 | and Joshua Walker for all of the defendants |
| 09:44:49 | 23 | except for Eduardo Saverin. |
| 09:44:54 | 24 | MR. WALKER: Robert Hawk from |
| 09:44:56 | 25 | Heller Ehrman for Defendant Saverin. |

| | | |
|---|---|---|
| 09:44:59 | 1 | MR. HORNICK: John Hornick and Troy |
| 09:45:01 | 2 | Grabow for the plaintiff, ConnectU. |
| | 3 | |
| | 4 | CAMERON H. WINKLEVOSS, |
| | 5 | a witness called on behalf of the Defendants |
| | 6 | Mark Zuckerberg, Dustin Moskovitz, Andrew |
| | 7 | McCollum, Christopher Hughes and The |
| | 8 | Facebook, Inc., having first been duly |
| | 9 | sworn, was deposed and testifies as follows: |
| | 10 | |
| | 11 | DIRECT EXAMINATION |
| | 12 | |
| | 13 | BY MR. CHATTERJEE: |
| 09:45:10 | 14 | Q.  Mr. Winklevoss, thank you for coming today. |
| 09:45:14 | 15 | Do you understand that your deposition today |
| 09:45:16 | 16 | is you're testifying on behalf of ConnectU |
| 09:45:19 | 17 | LLC? |
| 09:45:19 | 18 | A.  Yes. |
| 09:45:19 | 19 | Q.  Have you ever had your deposition taken |
| 09:45:21 | 20 | before? |
| 09:45:21 | 21 | A.  No. |
| 09:45:22 | 22 | Q.  I'm going to go over some ground rules with |
| 09:45:26 | 23 | you, and I'm just going to ask you to make |
| 09:45:29 | 24 | sure you understand them.  You may have gone |
| 09:45:31 | 25 | over them with your counsel before. |

7

| | | | |
|---|---|---|---|
| 01:16:07 | 1 | Q. | And would it be like match.com? |
| 01:16:10 | 2 | A. | I don't think we looked at match.  We looked |
| 01:16:14 | 3 | | at Yahoo Personals, that's one salient one |
| 01:16:18 | 4 | | that I can remember outside of Friendster. |
| 01:16:19 | 5 | Q. | And what about American Singles? |
| 01:16:22 | 6 | A. | I think that -- I logged onto American |
| 01:16:26 | 7 | | Singles probably in post-February 2004, I |
| 01:16:28 | 8 | | believe.  I'm not sure if I looked at it |
| 01:16:30 | 9 | | prior to -- during the time I met with Mr. |
| 01:16:32 | 10 | | Zuckerberg.  I don't recall. |
| 01:16:34 | 11 | Q. | So it isn't ConnectU's position that looking |
| 01:16:46 | 12 | | at other websites and as guidance on how to |
| 01:16:49 | 13 | | develop your website, the information on |
| 01:16:52 | 14 | | those other websites isn't anything that you |
| 01:16:55 | 15 | | would claim as a trade secret? |
| 01:16:57 | 16 | | MR. HORNICK:  Objection, calls for |
| 01:16:59 | 17 | | contention testimony, but you can answer. |
| 01:17:01 | 18 | A. | Again, those other websites are in the |
| 01:17:03 | 19 | | public domain, and they're -- you know, they |
| 01:17:06 | 20 | | are what they are.  They're there.  And I |
| 01:17:10 | 21 | | would not call a public website such as, you |
| 01:17:12 | 22 | | know, friendster.com a proprietary thing.  I |
| 01:17:16 | 23 | | am -- yeah. |
| 01:17:18 | 24 | Q. | And, in fact, in developing ConnectU, you |
| 01:17:20 | 25 | | assessed Thefacebook to develop your website |

147