| | | |
|---|---|---|
| 01:17:25 | 1 | with these features? |
| 01:17:25 | 2 | A.　We looked at Thefacebook, yes. |
| 01:17:28 | 3 | Q.　And you extracted course information from |
| 01:17:32 | 4 | ConnectU -- I mean, from Thefacebook? |
| 01:17:34 | 5 | MR. HORNICK:　Object to the form of |
| 01:17:35 | 6 | the question and assumes facts not in |
| 01:17:36 | 7 | evidence. |
| 01:17:36 | 8 | A.　Yeah, when collecting course information |
| 01:17:40 | 9 | there's basically two -- you know, it's |
| 01:17:43 | 10 | public course information that's posted by a |
| 01:17:45 | 11 | registrar from the school, and you can |
| 01:17:47 | 12 | either go to the registrar or you can go, |
| 01:17:49 | 13 | you know -- and Thefacebook had the courses. |
| 01:17:51 | 14 | So, yes, we did look at the courses which, |
| 01:17:55 | 15 | again, is public proprietary information, |
| 01:17:59 | 16 | and we collected that, yes. |
| 01:18:01 | 17 | Q.　How did you collect it? |
| 01:18:02 | 18 | A.　We just would like look at the file in a |
| 01:18:07 | 19 | text editor and just take the course file. |
| 01:18:10 | 20 | Q.　**Did you ever extract e-mails from** |
| 01:18:12 | 21 | **Thefacebook?** |
| 01:18:13 | 22 | A.　**We -- yes, we have extracted e-mails from** |
| 01:18:17 | 23 | **Thefacebook.** |
| 01:18:18 | 24 | Q.　**Isn't it true that you've extracted 2.9 to 3** |
| 01:18:21 | 25 | **million e-mails from Thefacebook because of** |

148

| | | |
|---|---|---|
| 01:18:24 | 1 | a security hole you found? |
| 01:18:25 | 2 | MR. HORNICK: Objection. It's a |
| 01:18:27 | 3 | misleading question, but you can answer it |
| 01:18:29 | 4 | if you can. |
| 01:18:30 | 5 | A. We have extracted e-mails basically just, |
| 01:18:38 | 6 | you know, following -- an e-mail has a -- at |
| 01:18:45 | 7 | that point they had a URL, and you could |
| 01:18:46 | 8 | follow that URL and it's completely |
| 01:18:49 | 9 | authorized -- it's not unauthorized access, |
| 01:18:52 | 10 | and you can follow that URL to find an |
| 01:18:55 | 11 | e-mail address, yes, you could. And we did. |
| 01:18:57 | 12 | Q. So did you find a way to extract those |
| 01:19:01 | 13 | e-mails without logging onto Thefacebook? |
| 01:19:06 | 14 | MR. HORNICK: Objection. I think |
| 01:19:07 | 15 | this is outside the scope. It's not |
| 01:19:09 | 16 | 30(b)(6) testimony. |
| 01:19:12 | 17 | A. See, again, I don't remember -- I'm not a |
| 01:19:15 | 18 | programmer, but it's my understanding that |
| 01:19:19 | 19 | with unauthorized -- excuse me, with |
| 01:19:21 | 20 | authorized -- without using unauthorized |
| 01:19:24 | 21 | access those e-mails were accessible. |
| 01:19:25 | 22 | Q. And ConnectU took them? |
| 01:19:28 | 23 | MR. HORNICK: Object to the form of |
| 01:19:29 | 24 | the question. |
| 01:19:29 | 25 | A. What do you mean by take? |

149

| | | | |
|---|---|---|---|
| 01:19:31 | 1 | Q. | Extracted the information? |
| 01:19:32 | 2 | A. | ConnectU followed an open URL, "open" being |
| 01:19:36 | 3 | | that it was accessible with not having to |
| 01:19:41 | 4 | | use unauthorized access, it was accessible, |
| 01:19:44 | 5 | | out in the open, and ConnectU followed those |
| 01:19:46 | 6 | | URLs and was able to collect e-mail |
| 01:19:50 | 7 | | addresses. |
| 01:19:50 | 8 | Q. | And who did that? |
| 01:19:51 | 9 | A. | Winston Williams. |
| 01:19:52 | 10 | Q. | Winston Williams did that? And when did he |
| 01:19:55 | 11 | | do that? |
| 01:19:56 | 12 | A. | I believe he did it in the spring of this |
| 01:19:58 | 13 | | year. |
| 01:19:58 | 14 | Q. | Were those e-mails ever used by ConnectU? |
| 01:20:01 | 15 | A. | I think we used some of them with the Social |
| 01:20:06 | 16 | | Butterfly software. |
| 01:20:06 | 17 | Q. | And how were they used? |
| 01:20:07 | 18 | A. | If a friend used Social Butterfly and wanted |
| 01:20:11 | 19 | | to invite their friends, then they could do |
| 01:20:14 | 20 | | that with Social Butterfly. And they -- |
| 01:20:16 | 21 | Q. | So when you -- once you had those e-mails, |
| 01:20:20 | 22 | | did you -- well, what did you do with them? |
| 01:20:22 | 23 | A. | We just held them in a holding bin, and if a |
| 01:20:29 | 24 | | user said, I would like to invite my friend, |
| 01:20:31 | 25 | | well, we would just invite their friends. |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855