| | | |
|---|---|---|
| 01:20:34 | 1 | ==And as I said, we only used a portion of== |
| 01:20:36 | 2 | ==them, because only a portion of the users== |
| 01:20:39 | 3 | ==invited their friends.== |
| 01:20:40 | 4 | Q. Did you ever send e-mails to people based |
| 01:20:42 | 5 | upon those e-mails, that e-mail database? |
| 01:20:47 | 6 | A. That's what I just said, that if a user -- |
| 01:20:51 | 7 | Q. Let me rephrase that. |
| 01:20:52 | 8 | A. Okay. |
| 01:20:53 | 9 | Q. Independent of a user request, did you ever |
| 01:20:55 | 10 | send an e-mail to people in that -- |
| 01:20:59 | 11 | A. With that bucket from the sort of open URL, |
| 01:21:04 | 12 | no, we did not send unsolicited e-mails to |
| 01:21:06 | 13 | those people. |
| 01:21:06 | 14 | Q. Has ConnectU obtained any revenue to date? |
| 01:21:10 | 15 | A. We have obtained some advertising revenue, |
| 01:21:13 | 16 | yeah. |
| 01:21:13 | 17 | Q. And how much revenue is that? |
| 01:21:17 | 18 | MR. HORNICK: I'll object that this |
| 01:21:18 | 19 | is outside the scope as well, but you can |
| 01:21:20 | 20 | answer it. It's not 30(b)(6) testimony. |
| 01:21:22 | 21 | A. I would say roughly no more than $1,000 of |
| 01:21:30 | 22 | revenue. |
| 01:21:30 | 23 | Q. Okay. |
| 01:21:30 | 24 | A. We haven't actively sought too much |
| 01:21:33 | 25 | advertising at this moment. |

151

| Time | # | | |
|---|---|---|---|
| 01:21:34 | 1 | Q. | How many users does it have? |
| 01:21:36 | 2 | A. | I believe we have 66,000 plus, thereabouts. |
| 01:21:40 | 3 | Q. | And does it -- does it have any university |
| 01:21:50 | 4 | | environments for California universities? |
| 01:21:54 | 5 | A. | Yeah, I believe we have California |
| 01:21:57 | 6 | | universities, I believe so. |
| 01:22:01 | 7 | Q. | Can you give me some examples? |
| 01:22:04 | 8 | A. | UC Berkeley, I think that. |
| 01:22:07 | 9 | | MR. CHATTERJEE: Let's mark this as |
| 01:22:08 | 10 | | Exhibit 5. I think we're on Exhibit 5. |
| 01:22:10 | 11 | | (Exhibit No. 5, Certificate of |
| 01:22:10 | 12 | | Registration, Bates Nos. C004842 - 4845, |
| 01:22:40 | 13 | | marked for identification.) |
| 01:22:40 | 14 | Q. | Mr. Winklevoss, what's been handed to you as |
| 01:22:42 | 15 | | Exhibit No. 5, do you know what this is? |
| 01:22:48 | 16 | A. | Looks like a copyright signover from Joseph |
| 01:22:57 | 17 | | Jackson to ConnectU and one from, I believe, |
| 01:23:05 | 18 | | yeah, looks like a copyright signover from |
| 01:23:08 | 19 | | Victor Gao, Sanjay, yeah. |
| 01:23:11 | 20 | Q. | What do you -- |
| 01:23:12 | 21 | | MR. HORNICK: I'll object that this |
| 01:23:14 | 22 | | is outside the scope. This is not 30(b)(6) |
| 01:23:17 | 23 | | testimony. |
| 01:23:18 | 24 | Q. | What do you mean, "signover"? |
| 01:23:20 | 25 | A. | Well, I would think that they wrote the code |

152

```
 1
 2
 3
 4
 5
 6
 7
 8
 9        I, CAMERON H. WINKLEVOSS, do hereby declare under
10   penalty of perjury that I have read the foregoing
11   transcript; that I have made any corrections as appear
12   noted, in ink, initialed by me, or attached hereto; that
13   my testimony as contained herein, as corrected, is true
14   and correct.
15        EXECUTED this _____ day of _____,
16   20____, at _____, _____.
                       (City)            (State)
17
18
19
20                        _____
21                             CAMERON H. WINKLEVOSS
22
23
24
25
```

402

Page 403

```
 1    In the United States District Court
 2    For the District of Massachusetts
 3        I, Jessica L. Williamson, Registered,
 4    Merit Reporter, Certified Realtime Reporter
 5    and Notary Public in and for the
 6    Commonwealth of Massachusetts, do hereby
 7    certify that CAMERON H. WINKLEVOSS, the
 8    witness whose deposition is hereinbefore set
 9    forth, was duly sworn by me and that such
10    deposition is a true record of the testimony
11    given by the witness.
12        I further certify that I am neither
13    related to or employed by any of the parties
14    in or counsel to this action, nor am I
15    financially interested in the outcome of
16    this action.
17        In witness whereof, I have hereunto set
18    my hand and seal this 11th day of August,
19    2005.
20
21    [signature: Jessica L. Williamson]
22    _____
23    Jessica L. Williamson, RMR, RPR, CRR
24    Notary Public, CSR No. 138795
25    My commission expires: 12/18/2009
```

G&M Court Reporters, Ltd.
617-338-0030