# EXHIBIT 18

```
Conversation with drttol at 2005-01-14 11:06:12 on David Gucwa (aim)
(11:06:12) dr ttol: hi
(11:06:24) David Gucwa: hi
(11:06:53) David Gucwa: I just noticed that the rss feed on stallscribbles wasn't up to date so I think something is wrong with the crontab, I'm looking into that now
(11:07:01) dr ttol: ok
(11:07:08) dr ttol: are you working starting now?
(11:07:26) David Gucwa: yeah
(11:07:36) dr ttol: i moved pi_isp.php to:
(11:07:37) dr ttol: http://www.i2hub.com/dgucwa/pi_isp/pi_isp.php
(11:07:54) dr ttol: i need a delete feature on the left side.  just a delete link.  it should delete the entire row
(11:08:16) David Gucwa: k
(11:08:30) David Gucwa: which task is higher priority
(11:10:12) dr ttol: delete feature
(11:10:17) David Gucwa: k
(11:13:29) dr ttol: im running out to get some breakfast.  fix both, and then start working on the ad software
(11:13:36) dr ttol: just for text ads
(11:14:49) David Gucwa: k
(11:15:28) dr ttol: we want the text ads to run per-day
(11:15:33) dr ttol: so you dont need to count impressions there
(11:15:57) dr ttol: but when advertisers submit their links, we want to be able to count the effectiveness of it
(11:16:17) dr ttol: so we need a redir.php?id=#######
(11:16:33) dr ttol: where redir.php looks up the id # and redirects to url
(11:16:42) dr ttol: and count goes up
(11:16:47) dr ttol: so we know how many people click on them on which day
(11:16:52) dr ttol: and which time etc
(11:16:58) David Gucwa: ok
(11:19:48) dr ttol: how much time do you think it would take to do the ad software
(11:20:19) dr ttol: and you may have to take a few small side stuff through it, like fixing a page or something similar to that for stallscribbles etc
(11:21:59) David Gucwa: creating a table for the ads and looking them up to display shouldn't take me more than an hour and a half
(11:22:18) David Gucwa: setting up a way for people to buy ad space will probably take a while longer
(11:22:22) dr ttol: ok
(12:40:40) David Gucwa: okay, if you go to http://www.stallscribbles.com/?mdu=random2
(12:40:53) David Gucwa: I added an advertisement link at the bottom of the right column
(12:43:04) David Gucwa: it fetches that from a database I created called advertisement, which stores the link text, the link url, the school tag that the ad is directed at, and the site that the advertisement should be shown on (because you mentioned this ad engine might get used by a bunch of web sites), and it tracks number of page loads and number of clicks
(12:54:25) David Gucwa: http://www.stallscribbles.com/ads/view.php
(12:54:49) dr ttol: hi
(12:55:37) David Gucwa: hi
(12:55:46) dr ttol: what does page mean
(12:56:35) David Gucwa: in case you want to only show the ads on one specific site
(12:56:46) dr ttol: right, but is there another table
```

GUCWA 0018

```
(12:57:00) dr ttol: like, if i put in "i2hub", how does it know to only show it on i2hub.com sites
(12:57:07) dr ttol: is there an identifier in the code somewhere
(12:57:12) dr ttol: that designates a page as being a "Stallscribbles" site
(12:57:16) dr ttol: or a "i2hub" site
(12:57:22) David Gucwa: it doesn't, yet
(12:57:28) dr ttol: okay
(12:57:31) dr ttol: loads = page loads?
(12:57:34) David Gucwa: yes
(12:57:38) dr ttol: hits = clicks?
(12:57:40) David Gucwa: yes
(12:57:45) dr ttol: schooltag?
(12:57:59) David Gucwa: you mentioned you wanted to be able to gear the ads toward a specific school
(12:58:06) dr ttol: right, why schooltag
(12:58:09) dr ttol: can we put in full name
(12:58:44) David Gucwa: why is that better
(12:58:52) dr ttol: there are many acronyms
(12:58:58) David Gucwa: alright
(12:59:00) dr ttol: UMASS UMASSD NCKU UCF
(12:59:19) dr ttol: students who buy shouldnt have to remember what each acronym means
(12:59:22) dr ttol: and we shouldnt either
(12:59:41) dr ttol: it shouldn't be a hard change, it's just a better way to navigate
(13:00:17) dr ttol: especially if students are buying ad space, they can target Northwestern University rather than NWESTERN or Purdue University rather than PU, which can be confused with Pennstate University or Princeton University
(13:00:54) David Gucwa: fair enough
(13:01:00) David Gucwa: I changed it
(13:01:06) dr ttol: cool
(13:01:27) dr ttol: looks great
(13:02:43) David Gucwa: for tracking clicks, you want to know when it was clicked
(13:02:47) David Gucwa: do you want to know anything else
(13:02:56) David Gucwa: like the IP of the person or whatever
(13:03:05) dr ttol: yes, as much info you can track
(13:03:20) David Gucwa: k
(13:03:31) dr ttol: time, country, page clicked from
(13:04:12) dr ttol: Warning: mysql_fetch_assoc(): supplied argument is not a valid MySQL result resource in /home/www_i2hub_com/web/dgucwa/pi_isp/pi_isp.php on line 52
(13:04:15) dr ttol: pi_isp
(13:04:31) David Gucwa: hm
(13:04:34) David Gucwa: did you try deleting something
(13:04:42) David Gucwa: I didn't actually test that because I didn't want to mess with the table
(13:05:05) dr ttol: yes i tried to delete something
(13:06:23) David Gucwa: ah it was something silly
(13:06:26) David Gucwa: should work now
(13:20:48) David Gucwa: okay it tracks all that stuff now
(13:20:53) David Gucwa: I'll set up a view page for it
(13:21:19) dr ttol: ok
(13:21:46) dr ttol: which sql db is it in
(13:22:23) David Gucwa: I made a new db for it called advertisements
(13:22:25) David Gucwa: http://www.stallscribbles.com/ads/viewClicks.php
(13:23:01) dr ttol: if i bought an ad
```

GUCWA 0019