```
(13:23:07) dr ttol: i want to know all the stats for that
(13:23:19) dr ttol: will adClick be able to handle that
(13:24:01) David Gucwa: all the information is there in the tables, I'd just need to set up a page that retrieves the relevant stuff and displays it
(13:24:13) dr ttol: okay, so this one table can handle every ad buyer's information
(13:24:21) dr ttol: and have different identifying marks
(13:24:27) dr ttol: i assume the id = identifier
(13:24:52) David Gucwa: yeah adClick's id matches up with the id of the ad
(13:24:55) dr ttol: ok
(13:25:02) dr ttol: can we make the id's longer
(13:25:06) David Gucwa: there's no information in there yet about the ad buyer
(13:25:08) dr ttol: non-sequential
(13:25:08) David Gucwa: sure
(13:25:12) dr ttol: similar to stallscribbles
(13:25:17) dr ttol: we dont want to give any information out to competitors
(13:25:22) dr ttol: about how many ads we've sold
(13:25:46) David Gucwa: makes sense
(13:25:55) David Gucwa: I just inserted the 1 in there manually actually
(13:26:28) dr ttol: ah ok
(13:26:52) dr ttol: a lot of changes im having you do will be for business reasons
(13:27:02) dr ttol: such as id #, schooltag to school name
(13:27:12) dr ttol: it makes the product marketable
(13:27:14) dr ttol: and sellable
(13:28:06) David Gucwa: It's fine. I tend to think of technical things before I think of business things.
(13:29:18) David Gucwa: so, now we need to set up a way for people to buy ads
(13:29:41) David Gucwa: I assume you'll want to keep track of the buyer's info as well
(13:29:48) David Gucwa: Do you want them to have a login/password or anything
(13:30:14) dr ttol: yes
(13:30:33) David Gucwa: what's the pay service you use
(13:30:38) dr ttol: we will actually tie them in to connectu's login service
(13:30:54) dr ttol: im not sure whats the best way to have you do that.  the code is rather complex
(13:31:31) dr ttol: can you build the other functionality
(13:31:42) dr ttol: and assume the account and password part
(13:31:49) dr ttol: like set it as a static login+password for now
(13:32:06) David Gucwa: yeah
(13:32:07) dr ttol: and when i figure out how to tie in the ad software
(13:32:09) dr ttol: with connectu
(13:32:11) dr ttol: we'll plug that in
(13:32:49) David Gucwa: does connectu handle the payment stuff
(13:33:25) dr ttol: yes, we have that code as well
(13:33:28) dr ttol: via jungalu.com
(13:33:30) dr ttol: another site we own
(13:33:41) dr ttol: jungalu.com is already integrated with connectu.com
(13:35:05) dr ttol: okay, can you code around those features
(13:35:16) David Gucwa: I'm still not clear on how I'm going to check for payments
(13:35:26) David Gucwa: or do I not even have to worry about that at all?
(13:35:34) dr ttol: i dont think you need to worry about all that
(13:35:42) dr ttol: we have that part already part of the login system
(13:35:56) dr ttol: lets assume payment went through
(13:36:20) David Gucwa: okay, so then I need some way of validating that they're logged in
```

GUCWA 0020

dockets.Justia.com

```
(13:36:58) dr ttol: right, so assume they're dgucwa@gmail.com and logged in
(13:37:04) David Gucwa: alright
(13:37:12) dr ttol: now they want to buy some space, and assume they just bought it for x amount of days
(13:37:26) dr ttol: etc, put static information with markers so you know to change it to dynamic
(13:38:29) David Gucwa: ok
(13:38:55) dr ttol: one part that you could work on is the page that will show the buyer statistics on their advertisement
(13:39:23) David Gucwa: so it doesn't seem like I'm really handling any forms or anything, I'm just getting a bunch of info from connectu on what kind of ad they want and I'm putting it into the database?
(13:39:34) David Gucwa: then also providing a way for them to check stats on their ads
(13:39:56) dr ttol: you will be handling forms, but you need information on how to handle the connectu logins
(13:40:06) dr ttol: and how to handle the payments etc
(13:40:31) dr ttol: and the team right now is in the middle of major situation with the code, so we have to wait on that
(13:40:41) dr ttol: so in the mean time, one part of the code that doesnt require all that
(13:40:46) David Gucwa: ok
(13:40:49) dr ttol: is the ad stats viewer
(13:56:04) dr ttol: the computers should be here in about 10 days
(13:56:07) dr ttol: to 13
(13:56:10) dr ttol: i bought 3 of them
(13:56:19) dr ttol: all identical, except mine, i have extra ram
(13:57:01) David Gucwa: heh, alright cool
(13:57:17) dr ttol: contact JTPickatime
(13:57:25) dr ttol: he is the head of one of our development houses
(13:57:38) dr ttol: tell him you need the API to CU's login system
(13:57:49) David Gucwa: sure
(13:58:16) David Gucwa: I'm not sure how to handle the formatting for this stats page. It seems like if I print out the time/IP/country for every click, it's going to be way too much information
(13:58:42) dr ttol: from now on, if you have any issues regarding CU's login and also payment stuff, talk to jtpickatime.  if there are any logic disputes, contact me ASAP.  i dont like surprises, i like to know asap
(13:58:59) dr ttol: well, give a top to bottom overview
(13:59:03) dr ttol: meaning give the broadest information first
(13:59:15) dr ttol: such as Total Hits
(13:59:20) dr ttol: Total Views
(14:00:01) dr ttol: how many days they have left in their ad campaign
(14:01:14) dr ttol: when is the most popular time for their ad by clicks (meaning do most of their clicks occur night, day, afternoon, etc)
(14:01:26) dr ttol: the IPs dont need to be shown
(14:01:28) dr ttol: country either
(14:02:11) David Gucwa: k
(14:41:28) David Gucwa: http://www.stallscribbles.com/ads/adStats.php
(15:00:00) dr ttol: you there
(15:00:13) David Gucwa: yes
(15:00:35) dr ttol: are you talking to jtpickatime
(15:00:37) dr ttol: on how to implement buy side
(15:00:52) David Gucwa: I IMed him earlier and he said he had to leave for a couple of hours
(15:01:06) David Gucwa: that was an hour agoo
(15:01:14) dr ttol: he's there now
```

```
(15:01:17) dr ttol: IM him
(15:01:30) David Gucwa: well, his exact message was "Sorry, I hope to have answers for you in a few hours."
(15:01:43) dr ttol: ok
(15:01:46) dr ttol: one sec
(15:03:25) dr ttol: do you have a thefacebook account
(15:03:41) David Gucwa: no
(15:03:54) dr ttol: can you set one up quickly
(15:04:09) dr ttol: or actually
(15:04:10) dr ttol: wait
(15:04:20) dr ttol: we have logins and passwords for you to use
(15:04:44) David Gucwa: alright what's the login
(15:10:51) dr ttol: zuzana@bu.edu
(15:10:56) dr ttol: 123
(15:11:06) dr ttol: are you in
(15:11:21) David Gucwa: no
(15:11:28) dr ttol: doesnt work?
(15:11:33) David Gucwa: this is at thefacebook.com ?
(15:11:37) dr ttol: sj391@columbia.edu
(15:11:39) dr ttol: east
(15:11:41) dr ttol: yes
(15:11:53) David Gucwa: ok that one worked
(15:12:07) dr ttol: dont change anything
(15:12:11) dr ttol: just click view profile
(15:12:32) David Gucwa: k i'm there
(15:12:58) dr ttol: notice the top
(15:12:59) dr ttol: it says
(15:13:01) dr ttol: http://columbia.thefacebook.com/profile.php?id=103753
(15:13:43) David Gucwa: yeah
(15:14:36) dr ttol: this one is better
(15:14:37) dr ttol: log out
(15:14:42) dr ttol: lbowman@wellesley.edu
(15:14:52) dr ttol: divya
(15:15:07) dr ttol: click on view profile
(15:15:19) David Gucwa: k
(15:15:26) dr ttol: look under information
(15:16:07) David Gucwa: heh, there's a connectu plug in there
(15:16:20) dr ttol: right
(15:16:24) dr ttol: anyways
(15:16:29) dr ttol: what we're looking for
(15:16:36) dr ttol: is an importer
(15:16:46) dr ttol: we want thefacebook parsed
(15:16:55) dr ttol: so we can put it in connectu
(15:16:59) David Gucwa: okay, so you can put in your id and it'll grab all the info from your facebook account
(15:17:16) dr ttol: yes
(15:17:26) dr ttol: well not id
(15:17:31) dr ttol: your facebook login and password
(15:17:35) dr ttol: and it will grab the info
(15:17:39) dr ttol: and put it in connectu
(15:18:06) dr ttol: the thing is
(15:18:10) David Gucwa: does thefacebook need the login/password to access this info?
(15:18:15) dr ttol: each account will have different fields parsed out
(15:18:19) dr ttol: yes
(15:18:24) dr ttol: you need to log into thefacebook
(15:18:58) David Gucwa: I don't think you do
```