```
(15:19:07)  dr ttol: so what you need to do
(15:19:08)  David Gucwa: http://wellesley.thefacebook.com/profile.php?id=2100327
(15:19:14)  dr ttol: is to play around
(15:19:21)  David Gucwa: like I can view that info but I didn't log in under that
name
(15:19:21)  dr ttol: with the different fields
(15:19:26)  dr ttol: so you have a list of all the fields you can parse
(15:19:35)  David Gucwa: or do you just need to be logged in at all to view any
of them?
(15:19:37)  dr ttol: it's prompting me to log in again
(15:19:42)  dr ttol: yes
(15:19:44)  David Gucwa: hm, okay
(15:19:45)  dr ttol: i think you need to do that
(15:23:52)  David Gucwa: I'm not sure how to get my script to log in at
thefacebook
(15:24:10)  dr ttol: java?
(15:25:50)  David Gucwa: how would that work
(15:26:34)  David Gucwa: I'm thinking it might be possible in php but I'm trying
to figure out how it would work
(15:26:36)  dr ttol: ok
(15:49:46)  dr ttol: any luck
(15:51:12)  David Gucwa: I can get a script to log in and get to the Home page
but then if I try to go to the profile URL it asks me to log in again
(15:52:23)  dr ttol: ok
(16:05:09)  David Gucwa: got it
(16:05:20)  dr ttol: got what?
(16:05:40)  David Gucwa: I am able to retrieve the profile page
(16:05:52)  David Gucwa: I might add that their site is not very secure.
(16:06:00)  dr ttol: what do you mean
(16:06:26)  David Gucwa: they have a POST form for logging in, but they don't use
$_POST[] to get those variables like login and password
(16:06:54)  David Gucwa: so you can send the login and password directly on the
URL like login.php?email=1bowman@wellesley.edu&pass=divya
(16:07:06)  dr ttol: ah
(16:07:16)  dr ttol: but can we do that server side
(16:07:22)  David Gucwa: definitely
(16:07:23)  dr ttol: so the user doesnt see that
(16:07:23)  dr ttol: ok
(16:07:41)  David Gucwa: Alright I'm all set on concept, it's just a matter of
doing it
(16:07:43)  dr ttol: now the next thing is for you to store all the possible
fields in their profile
(16:07:48)  dr ttol: so we can keep it as variables
(16:07:54)  dr ttol: and then later inject it into connectu
(16:08:02)  dr ttol: the thing is, you need to plan ahead
(16:08:06)  dr ttol: once thefacebook finds out
(16:08:12)  dr ttol: they will try to mangle things
(16:08:17)  dr ttol: to shut out your script
(16:08:25)  dr ttol: so you will have to play cut and mouse
(16:08:32)  dr ttol: modularize the login sequence
(16:08:37)  dr ttol: and the retrieval of fields
(16:08:37)  dr ttol: etc
(16:08:49)  David Gucwa: yeah, I'll make it easy to modify
(16:09:10)  dr ttol: *cat and mouse
(16:09:20)  David Gucwa: It doesn't seem like they really know what they're doing
though.
(16:09:28)  dr ttol: what do you mean
```

GUCWA 0023

Dockets.Justia.com

```
(16:09:51) David Gucwa: just that one lack of security I mentioned before
(16:10:01) David Gucwa: They don't seem to have security in mind
(16:10:23) dr ttol: ok
(16:10:36) David Gucwa: anyway I'll write the info grabbre
(16:10:39) David Gucwa: *grabber
(16:11:01) dr ttol: ok, but you understand that some students will fill out
more, some will fill out less, etc
(16:11:16) dr ttol: so you need to use that login i gave you, and add some
fields (delete it before you log out)
(16:11:22) dr ttol: so you have all the key fields to look for
(16:11:48) David Gucwa: okay
(16:14:17) David Gucwa: Do you want every field that they have? They are a lot
of them.
(16:14:46) dr ttol: well
(16:14:48) dr ttol: take a look at connectu
(16:14:51) dr ttol: www.connectu.com
(16:14:53) dr ttol: sign up for an account
(16:14:59) dr ttol: we want the relevant ones that we can use
(16:15:21) David Gucwa: I don't have a university email address to sign up
(16:16:24) David Gucwa: nevermind I don't need one
(16:17:23) David Gucwa: The email verification doesn't seem to do anything
(16:18:12) dr ttol: try regstering with dgucwa@gmail.com
(16:18:30) dr ttol: we just made it so you can register under umass
(16:19:46) David Gucwa: well, I can't register with that email now because I
used it up 5 minutes ago
(16:19:56) David Gucwa: and I can't seem to log in with it either
(16:21:45) dr ttol: one sec
(16:22:58) dr ttol: try now
(16:24:47) David Gucwa: this doesn't want to work
(16:25:28) dr ttol: wchang@student.umass.edu
(16:25:30) dr ttol: connectu
(16:26:05) David Gucwa: okay
(17:07:06) dr ttol: you there
(17:07:30) David Gucwa: yeah
(17:07:33) dr ttol: take a look at this
(17:07:35) dr ttol: www.i2hub.com/4.jpg
(17:07:50) dr ttol: and then:
(17:07:50) dr ttol: http://www.imarc.net/connecthi/comps/1.php
(17:07:52) dr ttol: which one is better
(17:08:11) David Gucwa: the 2nd one looks nicer
(17:08:30) David Gucwa: more colorful
(17:20:19) dr ttol: what are you working on?
(17:23:10) David Gucwa: grabbing info from thefacebook still
(17:23:16) David Gucwa: parsing it out
(17:33:01) dr ttol: dave
(17:33:17) dr ttol: in your gmail account you should have received a zip file
called jungalu.zip
(17:33:23) dr ttol: this is the source code for jungalu.com
(17:33:35) dr ttol: it includes code on how to interact with connectu's login
(17:33:41) dr ttol: and payment mechanisms
(17:33:50) David Gucwa: alright
(17:33:51) dr ttol: take what you need to do what you need to do to make the ad
software viable
(17:34:04) dr ttol: keep the code secret obviously
(17:40:46) David Gucwa: right
(17:41:11) dr ttol: hows the code coming
```

GUCWA 0024

(17:50:44) David Gucwa: decently. I've got a lot of stuff being parsed out correctly at the moment but it's trickier to parse out lists of things, like in Favorite Books and such
(17:51:17) dr ttol: okay
(18:28:31) David Gucwa: alright I've got a preliminary version of the parser
(18:28:34) David Gucwa: http://24.34.190.94/work/face/grab.php?login=lbowman@wellesley.edu&password=divya
(18:29:19) dr ttol: if i put any login and password there
(18:29:21) dr ttol: it'll work?
(18:32:14) dr ttol: still there?
(18:32:57) David Gucwa: right now it only works for wellesley accounts, I'm fixing that at the moment
(18:33:02) dr ttol: okay
(18:34:24) David Gucwa: now it should work for any
(18:35:29) dr ttol: nope
(18:35:31) dr ttol: doesnt work
(18:37:36) dr ttol: http://24.34.190.94/work/face/grab.php?login=rdegutis@student.umass.edu&password=ruth1783
(18:40:44) David Gucwa: ah, I see
(18:42:20) dr ttol: rl6@duke.edu
(18:42:23) dr ttol: nacho
(18:42:26) dr ttol: mjhall@fas.harvard.edu
(18:42:28) dr ttol: hallmark
(18:42:31) dr ttol: bolger@umich.edu
(18:42:35) dr ttol: bolger
(18:42:51) dr ttol: maria.rocha_oliveira@tufts.edu
(18:42:51) dr ttol: maria
(18:43:02) dr ttol: Christopher.librandi@yale.edu
(18:43:05) dr ttol: christoph
(18:43:08) dr ttol: jm245@cornell.edu
(18:43:10) dr ttol: fishapple
(18:43:21) dr ttol: you can use it
(18:43:25) dr ttol: use those to test
(18:43:30) dr ttol: to make sure it works on those schools
(18:44:27) David Gucwa: k
(18:45:00) dr ttol: now that you have remote access, can you do development work on the machine (create a test dir or whatever)
(18:46:37) David Gucwa: Things go quicker if I do it locally
(18:47:07) dr ttol: okay
(18:47:13) dr ttol: then we can do that
(18:47:14) David Gucwa: I had some problems yesterday with the i2hub server going down a couple times
(18:47:18) dr ttol: ok
(18:48:44) dr ttol: have you eaten yet?
(18:49:58) David Gucwa: no
(18:50:07) David Gucwa: I was going to make some food in a few minutes
(18:50:20) David Gucwa: as soon as I fix this
(18:51:09) dr ttol: ok
(18:51:14) dr ttol: are you going to be working tonight?
(18:51:42) dr ttol: my partners are wondering if you're able to do some work over the weekend to look at the main code for CU (which will be the center piece of everything we do)
(18:51:51) dr ttol: and do some light edits etc
(18:51:54) dr ttol: if you're not able to, that's fine too

GUCWA 0025