```
(18:52:28) David Gucwa: I'm going back home tomorrow morning, and I'll be back Sunday afternoon, sorry
(18:52:34) David Gucwa: I can do some work sunday evening
(18:53:02) dr ttol: okay, no worries
(18:53:06) dr ttol: what about later tonight?
(18:53:39) David Gucwa: I don't know, I'm kind of exhausted.
(18:53:44) dr ttol: okay
(18:53:49) dr ttol: then we can call it a day
(18:53:57) David Gucwa: alright
(18:54:02) dr ttol: when you're done with the fixes
(18:54:08) dr ttol: send off the daily report
(18:54:11) dr ttol: and that'll be that :)
(18:54:15) dr ttol: my cell phone is 978 869 3446 btw
(18:54:16) David Gucwa: alright, it should be done in 10 minutes or so
(18:54:21) David Gucwa: yeah I have that programmed into my cell
(18:54:40) David Gucwa: That's the number you emailed me last week right?
(18:54:43) dr ttol: yes
(18:54:44) David Gucwa: okay
(18:54:47) dr ttol: if theres any worries about anything
(18:54:54) dr ttol: like if you need feedback
(18:54:57) dr ttol: or need approval
(18:54:59) dr ttol: or stuck on something
(18:55:02) dr ttol: and im not responding on IM
(18:55:03) dr ttol: call me
(18:55:06) David Gucwa: will do
(18:55:14) dr ttol: ok, im running out to get something to eat
(18:57:48) David Gucwa: k, later
```

```
Conversation with drttol at 2005-01-21 10:57:43 on David Gucwa (aim)
(10:57:44) David Gucwa: hi
(10:57:59) David Gucwa: I got your email so I'll fix that right now
(10:58:12) dr ttol: ok
(11:26:25) David Gucwa: alright that's all set
(11:27:42) dr ttol: ok
(11:27:43) dr ttol: looks good
(11:29:11) dr ttol: ok
(11:29:12) dr ttol: next up
(11:29:19) dr ttol: ad software is on hold
(11:29:31) dr ttol: we need the importer software completed
(11:29:48) dr ttol: can you try to make it import from thefacebook to a connectu account
(11:29:53) dr ttol: so any new user can do it
(11:30:03) dr ttol: work with joel if you have to, we need this done asap before we release i2hub client
(11:31:00) David Gucwa: k
(11:31:11) dr ttol: the structure should be this
(11:31:29) dr ttol: the connectu side should be receiving a set amount of variables
(11:31:35) dr ttol: like $aboutme $books $interests or whatever
(11:31:52) dr ttol: that way, we just need a bunch of importers .php that supply those variables
(11:31:56) dr ttol: to the connectu script
(11:32:40) David Gucwa: alright
(11:32:55) dr ttol: so we have one importer script, thefacebook
(11:33:03) dr ttol: the connectu side script needs to be created
(11:33:08) dr ttol: then they both need to hook up to each other
(11:33:22) dr ttol: and then we need to create other importer scripts
(11:33:33) dr ttol: (we'll give you logins and passwords as well)
(11:33:49) dr ttol: ill stop by later tonight with your check by the way, i have to run to the office to receive packages
(11:34:19) David Gucwa: alright
(11:34:24) David Gucwa: around what time do you think?
(11:34:56) dr ttol: not sure, do you have a preference
(11:35:38) David Gucwa: the earlier the better
(11:35:52) dr ttol: ok
(11:36:00) dr ttol: i have to run, if you are stuck, give me a call
(11:36:21) David Gucwa: k
(11:36:22) David Gucwa: later
```

```
Conversation with drttol at 2005-01-24 11:45:54 on David Gucwa (aim)
(11:45:54) dr ttol: hi
(11:47:57) David Gucwa: hi
(11:48:21) dr ttol: are you working?
(11:48:34) David Gucwa: yeah
(11:48:39) dr ttol: what are youw orking on?
(11:48:49) David Gucwa: setting up the proxy part of the script
(11:48:59) dr ttol: you mean the gateway thingy
(11:49:01) David Gucwa: yeah
(11:49:13) dr ttol: to allow it to discern where to send the login info to etc
(11:49:27) David Gucwa: what do you mean
(11:49:38) dr ttol: we'll have a lot of shells
(11:49:54) dr ttol: we need the script to be able to efficiently route requests to those shells
(11:50:02) dr ttol: so that those shells execute the requests
(11:50:08) dr ttol: so it appears from different ips
(11:50:22) dr ttol: you're working on the router script essentially, right?
(11:50:51) David Gucwa: I was thinking of how I'm going to do this, and the best way I could come up with is to route all requests through the same shell, then as soon as that gets blocked, it immediately moves onto a different shell.
(11:51:02) David Gucwa: if we use all shells at the same time, they could conceivably just block them all at once
(11:51:46) dr ttol: ok, but
(11:51:54) dr ttol: we're talking about 3-10 different social networks
(11:52:03) dr ttol: 2 might block
(11:52:06) dr ttol: 8 might not
(11:53:16) David Gucwa: I'm setting up a separate list for each network. They'll all start out the same at the beginning but it will know which networks have blocked which shells.
(11:53:30) David Gucwa: Actually it would probably be better to start them off in different shells just to distribute the load
(11:53:44) David Gucwa: anyway, one particular network shouldn't be seeing more than one IP from us at a time
(11:55:30) dr ttol: andyou'll be able to catch when they block us?
(11:56:09) David Gucwa: if they firewall us out, then their server just won't respond and I catch that already
(11:56:23) dr ttol: ok, or they might feed us bad info
(11:56:25) David Gucwa: if they do something funny, like changing around the text on their page when it's our IP, then I'm going to have to make changes on the fly
(11:56:26) dr ttol: etc
(11:56:35) dr ttol: yeah, i was thinking
(11:56:40) dr ttol: we need a stable case
(11:56:46) dr ttol: like an i2hub account on each network
(11:56:50) dr ttol: that we test right now, save results
(11:56:56) dr ttol: and you have it check every 5 minutes on each network
(11:57:01) dr ttol: if the results change at any point
(11:57:06) dr ttol: it means they've changed their layout
(11:57:10) David Gucwa: that's a good idea
(11:57:11) dr ttol: or feeding us bad results
(11:57:18) dr ttol: and then the script can beep you
(11:57:54) dr ttol: depending ont he severity of the error
(11:58:01) dr ttol: whether they jus firewalled us and the fix is moving to the next IP
(11:58:07) dr ttol: or whether they changed the entire layout
(11:58:17) dr ttol: we need it working asap
(11:58:24) dr ttol: so a beeper should let you know
```

GUCWA 0056

```
(11:58:44) dr ttol: we'll also need to set up alerts so like if i2hub.com goes
down, or connectu.com, it'll beep you
(11:59:11) dr ttol: so each node will have a test case
(11:59:11) David Gucwa: how do you set that up, I've never heard of that
(11:59:17) dr ttol: well
(11:59:29) dr ttol: set it up so it grabs the front page of i2hub.com
(11:59:41) dr ttol: if it matches the first result
(11:59:47) dr ttol: the stable case
(11:59:51) dr ttol: then its alive
(11:59:57) dr ttol: if its not reachable
(12:00:01) dr ttol: or 404
(12:00:03) dr ttol: or whatever
(12:00:14) dr ttol: if it doesnt contain a certain key word in the htm
(12:00:15) dr ttol: html
(12:00:20) dr ttol: then you know its not the real front page
(12:00:27) dr ttol: and site is either down, hacked, unreachable, etc
(12:00:42) dr ttol: then you send an email to a special beeper email with a
short message
(12:00:46) dr ttol: and it'll show up on your beeper
(12:01:01) dr ttol: "i2web down"
(12:01:04) dr ttol: "cuweb down"
(12:01:08) dr ttol: etc
(12:01:28) David Gucwa: ah, it was the beeper part that I was unsure of
(12:01:34) dr ttol: ill get one as well
(12:01:51) dr ttol: but hopefully you're good enough that by the time i call
you, you would hve already left a message on my voice mail ;)
(12:02:41) dr ttol: im about 1.5 hours away right now from amherst, on a 56k
meeting.  i was in meetings in boston all weekend
(12:02:45) dr ttol: do me a favor
(12:02:51) David Gucwa: ok
(12:02:53) dr ttol: log into thefacebook with one of those accounts
(12:03:09) dr ttol: tell me if you're able to grab email addresses from the
friends listed on that account
(12:04:08) David Gucwa: Technically possible but I think it would take a long
time to do, because you'd have to descend into each of the separate profile
pages for each friend.
(12:04:52) dr ttol: this is what we want for that feature:
(12:05:00) David Gucwa: also that would mean a separate connection for each
friend, and they'd be logging our IP each time
(12:05:05) dr ttol: a checkbox on the importer page:
(12:05:35) dr ttol: [   ]  Automatically search ConnectU for my existing friends
and add them to my ConnectU account
(12:05:56) dr ttol: if checked, it will descend into the profiles and try to
match the emails with existing connectu members
(12:06:24) dr ttol: if there is no match, send out an invite email, and also add
the email to a master database (so we dont email the same email address twice)
(12:06:49) dr ttol: what we're creating essentially is a social network spider
(12:07:42) dr ttol: how difficult will this be
(12:07:48) David Gucwa: This one person I'm looking at has 91 friends on her
list. That's going to take at least 5 minutes to crawl
(12:08:00) dr ttol: really?  why
(12:09:02) David Gucwa: The problem is that it doesn't show your friend's email
addresses directly on your profile page, you have to go into each friend's
profile, and there's a couple seconds for each one you want to load.
(12:09:33) dr ttol: call me
(12:09:35) dr ttol: 774 230 3332
(12:09:38) dr ttol: is my number right now
```