```
(14:21:28) dr ttol: to the profiles
(14:22:05) dr ttol: the emails should be saved in a database
(14:22:14) David Gucwa: but the user doesn't need to wait for that, right? there's nothing in the crawled friends' profiles that the user needs for his own?
(14:22:14) dr ttol: so before the sendmail(), it checks to make sure the email isnt in the database
(14:22:31) dr ttol: because there will be common friends, and we only want one email
(14:22:40) dr ttol: right
(14:22:46) David Gucwa: ok
(14:22:50) dr ttol: well
(14:22:54) dr ttol: except the friend requests
(14:23:17) David Gucwa: okay but that means the friend already has a profile with connectu
(14:23:20) dr ttol: that part of the software needs to crawl through their friends list and check to see if they're already on connectu
(14:23:30) dr ttol: if they are, send a friend request through connectu software
(14:23:31) David Gucwa: so we don't need to crawl their facebook account
(14:23:46) dr ttol: if they're not, add email to database of emails sent, and then also do a sendmail()
(14:23:58) dr ttol: if email is already in database, bypass sendmail
(14:24:02) David Gucwa: as long as we store their facebook id on their connectu account, we can look them up on connectu without crawling their profile on thefacebook
(14:24:23) dr ttol: ok
(14:25:05) dr ttol: the point is, if im a user, i will import my facebook account, and i expect the software to look for my friends automatically and send requests out if they're on connectu, and send invite emails out if they're not
(14:25:38) David Gucwa: does the user get an option to send out invites or not
(14:26:10) dr ttol: no
(14:26:13) David Gucwa: good
(14:26:14) dr ttol: its part of the first checkbox
(14:26:28) dr ttol: if they want auto friends, auto invites is part of the functionality
(14:26:35) David Gucwa: that makes things a lot simpler
(14:26:57) dr ttol: but you still need to gather the email addresses from the profiles
(14:27:43) David Gucwa: right
(14:28:55) dr ttol: im just thikning that if we crawl through the entire facebook school by school now
(14:29:09) dr ttol: then we essentially dont need to hit their site during impotr time
(14:29:15) dr ttol: because we'll have all the info locally
(14:29:25) dr ttol: we can just verify their login info with facebook
(14:29:36) dr ttol: and if succesful, the user will claim ownership to a certain profile we stored locally
(14:29:47) dr ttol: and all the friend requests will be sent out
(14:29:52) dr ttol: (whether through connectu or via email)
(14:29:54) David Gucwa: I don't think it's feasible to crawl their entire site before ours goes live
(14:30:38) dr ttol: ok, but if you had a friend, Adam Wood
(14:30:41) dr ttol: and I had the same friend
(14:30:47) dr ttol: that means the importer will hit thefacebook twice
(14:30:50) dr ttol: same profile
(14:30:59) dr ttol: and if theres a third friend that also had Adam Wood listed
(14:31:00) David Gucwa: the importer will cache any profile it crawls through
```

```
(14:31:01) dr ttol: it hits it again
(14:31:09) dr ttol: okay
(14:31:13) dr ttol: so only one hit per profile
(14:31:15) dr ttol: right?
(14:31:16) David Gucwa: yes
(14:31:19) dr ttol: ok good
(14:31:25) David Gucwa: I just don't think we can expect to do them all in advance
(14:31:31) dr ttol: ok
(14:33:21) dr ttol: but it may be good to have, at some point, software that caches, or do you expect the importer to do all the caching we need
(14:34:28) David Gucwa: I was expecting to write the caching for just the importer
(14:34:48) David Gucwa: the info will be there for any other reasons we need it
(14:35:08) dr ttol: ok
(14:35:10) dr ttol: eta
(14:38:03) David Gucwa: for spidering/caching on import, the rest of the day probably
(14:40:03) dr ttol: ok, what about friends
(14:40:21) dr ttol: checking to see if friends are there, and triggering a friend request event
(14:40:36) dr ttol: and db of emails that we already sent invites to
(14:40:59) David Gucwa: do you know how easy or hard it is to add a friend to a connectu profile
(14:41:05) dr ttol: ask joel
(14:41:12) David Gucwa: It would be pretty easy to just pass some information to an existing script if one exists
(14:41:22) dr ttol: im not sure which is better
(14:41:25) dr ttol: to restrict one invite per email
(14:41:27) dr ttol: or no restriction
(14:41:41) dr ttol: "One of our members, David Gucwa, has just invited you to join him in ConnectU"
(14:41:50) dr ttol: "One of our members, Wayne Chang, has just invited you to join him in ConnectU"
(14:41:59) dr ttol: someone may get 20+ emails
(14:42:06) dr ttol: that might not be bad
(14:42:08) David Gucwa: that could get pretty obnoxious
(14:42:20) dr ttol: ok
(14:42:22) dr ttol: so one email per user?
(14:42:30) David Gucwa: well I don't know if obnoxious is what you want
(14:42:36) dr ttol: no
(14:42:39) David Gucwa: it would certainly be a good incentive to join connectu and make the invites stop
(14:42:39) dr ttol: we dont want to be evil
(14:42:41) David Gucwa: heh, okay
(14:42:58) David Gucwa: I can remember each email then
(14:43:03) dr ttol: ok
(14:43:26) dr ttol: where is your home town?
(14:43:38) David Gucwa: sandwich, on the cape
(14:44:17) dr ttol: ok
(14:44:41) dr ttol: there is going to be a cambridge office opening soon. i want amherst to be the better one
(14:45:46) David Gucwa: ok
(14:46:07) dr ttol: so everything will be finished tonight?
(14:46:45) David Gucwa: everything for the spidering part
(14:46:51) David Gucwa: I still have a bunch of other work to do
(14:46:59) David Gucwa: I have to make all the other importers
```

GUCWA 0062

```
(14:47:13) David Gucwa: speaking of which I need logins for the other sites we're importing from
(14:48:50) dr ttol: right
(14:49:06) dr ttol: ill get that to you, but we need to finish thefacebook importer first
(14:49:12) David Gucwa: ok
```

GUCWA 0063

```
Conversation with drttol at 2005-01-27 16:44:12 on David Gucwa (aim)
(16:44:12) dr ttol: status?
(16:44:23) David Gucwa: caching umich
(16:44:36) dr ttol: how fast?
(16:44:37) David Gucwa: I'm going to put the script on the server and see if it goes any faster
(16:44:43) David Gucwa: it's been going for like 10 minutes
(16:44:49) dr ttol: how many profiles
(16:45:11) dr ttol: tfb is run by a techie, so becareful
(16:45:25) David Gucwa: there are two steps, it retrieves all the id's first, then it gets the profile for each id
(16:45:30) David Gucwa: it's still on the first step, up to 6000 ids
(16:45:51) dr ttol: ok, does it get the pictures as well
(16:46:29) David Gucwa: it gets the urls of the pictures
(16:46:44) dr ttol: what about for the importer
(16:48:23) David Gucwa: same
(16:48:42) David Gucwa: it displays the pictures when you're choosing which one you want, but it doesn't store the picture anywhere locally yet
(16:49:02) dr ttol: when they pick the picture, does it store it locally
(16:49:05) dr ttol: to the cu database
(16:49:24) David Gucwa: no
(16:49:30) David Gucwa: I don't know where they're supposed to go
(16:49:37) dr ttol: ask joel
(16:50:04) David Gucwa: yeah that's something I'll need to take care of eventually
(16:50:13) David Gucwa: but I'm trying to get the crawler finished up for now
(16:50:27) dr ttol: ok
(17:27:05) dr ttol: status
(17:27:11) David Gucwa: importing 4 schools
(17:27:16) David Gucwa: it's taking a while
(17:27:17) dr ttol: all profiles?
(17:27:26) David Gucwa: I think it's actually going slower on the server
(17:27:28) David Gucwa: than on my computer
(17:27:35) David Gucwa: still just grabbing id's
(17:28:00) dr ttol: hm
(17:28:03) dr ttol: which server are you using
(17:28:19) David Gucwa: 69.44.59.182
(17:28:27) dr ttol: it could e that the schoools have more ids than you think
(17:28:40) dr ttol: so the crawler works?
(17:28:47) David Gucwa: yeah
(17:29:22) dr ttol: which universities
(17:29:24) dr ttol: do we have umass
(17:29:29) David Gucwa: no I don't have a umass login
(17:29:38) dr ttol: rdegutis@student.umass.edu
(17:29:40) dr ttol: ruth1783
(17:29:49) David Gucwa: I'm getting umich, cornell, yale and harvard
(17:30:06) dr ttol: ok
(17:30:07) dr ttol: get umass next
(17:30:40) David Gucwa: k
(17:31:00) dr ttol: we want to import the top i2hub schools first
(17:31:48) David Gucwa: ok
(17:31:54) David Gucwa: well I've used all the logins you gave me
(17:32:09) David Gucwa: so if you give me more logins I can start importing
(17:32:13) dr ttol: ok
(17:32:14) dr ttol: you mean
(17:32:17) David Gucwa: also I'm waiting for wellesley to start showing emails again
```

GUCWA 0075