```
Conversation with javanteal at 2005-01-28 15:02:51 on David Gucwa (aim)
(15:02:57) David Gucwa: I've got a question about CU
(15:03:04) Javanteal: ok
(15:03:08) Javanteal: go ahead
(15:03:10) David Gucwa: for the importer, I can grab the URL of the picture I want to import
(15:03:17) David Gucwa: where should I put the picture
(15:03:25) David Gucwa: is there a directory for all the profile pictures
(15:03:44) Javanteal: well, we have an upload folder
(15:03:58) David Gucwa: Is that their final destination?
(15:04:36) Javanteal: under upload is a few directories and in each of those directories are different versions of the file: small, med, large
(15:05:37) Javanteal: that's where they are stored. You can see the latest live data we have in c:\inetpub\connectu.com\upload\
(15:08:57) David Gucwa: ok
(15:09:17) David Gucwa: so should I create small/med/large versions of the picture and place them into the appropriate directories?
(15:09:56) Javanteal: Depends entirely on their usage
(15:10:33) Javanteal: you might decide to put the file in inetpub\i2hub.com\upload\pictures.
(15:10:50) David Gucwa: Their usage is that this is going to be the user's profile picture
(15:11:13) Javanteal: if cu will be using these pictures, then they'll need to be in or directory and our database.
(15:13:15) David Gucwa: Okay, which directory and which table in the db
(15:13:35) Javanteal: I'll have to look.
(15:18:38) Javanteal: it seems that someone has deleted all the profile pictures from the database.
(15:18:56) Javanteal: I'll ask around about it.
(15:19:11) Javanteal: The table is my_pictures
(15:19:37) David Gucwa: k
(15:20:39) Javanteal: sample source code can be found in cu_test/account/pictures.php
```

GUCWA 0117
Dockets.Justia.com

```
Conversation with javanteal at 2005-02-01 15:16:19 on David Gucwa (aim)
(15:17:35) David Gucwa: I have to keep track of facebook ID numbers for connectu
accounts that import. Do you think that I should make a new table that relates
connectu IDs to facebookIDs or should I add a facebook ID column to the user
table?
(15:18:25) Javanteal: tough call
(15:19:57) Javanteal: It's a one-to-one relationship, right? so I'd say add a
field to the user except that I don't think that adding the overhead would be
good.
(15:20:31) David Gucwa: Yeah, very few accounts are going to have that field
filled in
(15:20:41) Javanteal: oh ya?
(15:20:52) David Gucwa: well, maybe
(15:21:06) David Gucwa: No existing accounts are going to want to import their
facebook accounts
(15:21:18) David Gucwa: So only new ones will have it, and then only new
accounts that also import from facebook
(15:21:22) Javanteal: Oh, I see facebook.
(15:21:30) Javanteal: facebook is the competitor
(15:21:41) David Gucwa: yes
(15:22:32) Javanteal: ok. so their fbid is their account number
(15:22:40) Javanteal: for their old site
(15:23:00) David Gucwa: yes
(15:23:40) Javanteal: so why do we need to keep this data for long-term storage?
(15:24:20) David Gucwa: because when you want to import your friends from
facebook, we're using their facebook ID as identification
(15:24:46) Javanteal: strange, we can't indentify them by name?
(15:25:00) Javanteal: I guess that's not definitive
(15:25:15) David Gucwa: I think we decided that wasn't a good idea because it's
not unique and it could possibly be slightly different
(15:25:24) Javanteal: right
(15:26:35) David Gucwa: the best way to do it is by facebook ID
(15:26:39) David Gucwa: and it's not too difficult to store that
(15:27:00) Javanteal: right. it just requires some manual mysql coding.
(15:27:34) Javanteal: I can't decide between table or field.
(15:27:46) David Gucwa: I'm going to do a table then
(15:27:49) Javanteal: ok
```

GUCWA 0124

```
Conversation with jtpickatime at 2005-01-25 19:05:23 on David Gucwa (aim)
(19:05:23) JTpickAtime (John): you there?
(19:05:58) David Gucwa: yeah
(19:06:27) David Gucwa: what's up?
(19:06:38) JTpickAtime (John): are you using web3?
(19:06:45) David Gucwa: no
(19:07:01) JTpickAtime (John): oh, right you're gone now
(19:07:11) JTpickAtime (John): you were a few minutes ago, right?
(19:07:14) JTpickAtime (John): What do you do on it?
(19:07:20) David Gucwa: I was on pickatime
(19:07:34) David Gucwa: The CU importer script is on there
(19:07:37) JTpickAtime (John): ww3.pickatime.com = web3 = cu.pnwsoft.com = ch.pnwsoft.com = jt.pnwsoft.com
(19:07:41) David Gucwa: ok
(19:08:35) David Gucwa: i basically just make changes to the importer page
(19:08:50) JTpickAtime (John): what's the importer page?
(19:09:12) David Gucwa: it imports user profiles from thefacebook, friendster, etc into your CU account
(19:09:23) JTpickAtime (John): oh cool.
(19:09:41) JTpickAtime (John): Are you using subversion?
(19:09:45) David Gucwa: no
(19:10:09) JTpickAtime (John): is the importer a new thing that you'll be adding to the source?
(19:10:17) David Gucwa: Yeah, eventually
```

GUCWA 0134