# EXHIBIT 24

# WEBQUARRY.COM
ROCK SOLID WEB HOSTING

Home | Client Login | Site Map

DOMAINS | HOSTING | SERVICES | SUPPORT | CONTACTS

HOST WITH US!

### PURCHASE A NEW DOMAIN

HAVE A QUESTION?

$10/year com net org us uk info biz
$15/year cn tv $40/year cc
$25/year ca $19/year de

[ORDER NOW]

### MANAGE YOUR DOMAIN

Make changes to the registry records here. Change nameservers, address, email on file, etc.

[Log in NOW]

### RENEW YOUR DOMAIN

Renew your domain here. While you are at it, this is a great time to use the WHOIS Search on the right to verify your domain's records.

[RENEW NOW]

Name:
E-mail:
Recipient: Sales
Message:

- Office Mailing Address
  DPE Inc.
  PO Box 5403
  Concord, CA 94524

- Payment Remittance Payable to: DPE Inc.
  PO Box 5403
  Concord, CA 94524

- Phone (Sales / Support)
  925-229-5240
  866-506-3389 U.S. toll free

- Fax
  925-229-0429



6/12/2007

Hosting | Domains | Order Online | Services | Support | Contacts

Copyright DPE, Inc. 2006 | Privacy Policy | Terms Of Service



Contact Us

http://webquarry.com/contact.html