The Facebook, Inc. v. Connectu, LLC et al  
Case 5:07-cv-01389-RS   Document 92-27   Filed 06/25/2007   Page 1 of 3  
Doc. 92 Att. 26

# EXHIBIT 25

| Email | Name | Date | | | |
|---|---|---|---|---|---|
| fletchre@clarkson.edu | Tom | 2/16/2005 1:10 | 0 | 1/N | N |
| polimeam@clarkson.edu | Tom | 2/16/2005 1:10 | 0 | 1/N | N |
| polimeam@clarkson.edu | Tom | 2/16/2005 1:10 | 0 | 1/N | N |
| davisaj@clarkson.edu | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| doughem@clarkson.edu | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| tkindwall@yahoo.com | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| filiosem@clarkson.edu | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| prioreca@clarkson.edu | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| warnerjb@clarkson.edu | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| jonesj@clarkson.edu | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| whitehbr@clarkson.edu | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| falconaj@clarkson.edu | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| doughem@clarkson.edu | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| dark_angel3316@yahoo.com | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| gloskakk@clarkson.edu | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| dark_angel3316@yahoo.com | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| seeleyjt@clarkson.edu | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| wolfmd@clarkson.edu | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| swinchje@clarkson.edu | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| sweetstarlight86@msn.com | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| sweetstarlight86@msn.com | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| cmaylodm@clarkson.edu | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| cmaylodm@clarkson.edu | Tom | 2/16/2005 1:11 | 0 | 1/N | N |
| ckuang@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1/N | N |
| aconnell@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1/N | N |
| aniederm@math.ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1/N | N |
| aniederm@math.ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1/N | N |
| scunning@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1/N | N |
| rmosadeq@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1/N | N |
| krazo@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1/N | N |
| Georgepuga23@yahoo.com | Adam | 2/16/2005 1:11 | 0 | 1/N | N |
| nancy_girl86@yahoo.com | Adam | 2/16/2005 1:11 | 0 | 1/N | N |
| jbetanco@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1/N | N |
| mmclark@sdcc15.ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1/N | N |
| jmancill@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1/N | N |
| ahs_ko@yahoo.com | Adam | 2/16/2005 1:11 | 0 | 1/N | N |
| rferrell@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1/N | N |
| through_being_cool15@yahoo.com | Adam | 2/16/2005 1:11 | 0 | 1/N | N |

| Email | Name | Date | | | |
|---|---|---|---|---|---|
| filipinapig@hotmail.com | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| jdarnold@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| eschulze@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| through_being_cool15@yahoo.com | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| ahs_ko@yahoo.com | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| rpaz@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| aewillia@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| dln12@hotmail.com | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| superdrumr@yahoo.com | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| cablemning@yahoo.com | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| dln12@hotmail.com | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| bzachary@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| ljgray@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| suzieQ716@hotmail.com | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| jalcario@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| Jolligali@yahoo.com | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| aroe@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| centralparkacornz@yahoo.com | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| andiaz@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| steveb@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| bcarrike@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| tieDEEwhyDEE86@msn.com | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| ksamia@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| nickyjoe83@sbcglobal.net | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| nickyjoe83@sbcglobal.net | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| sbray@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| sastone@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| sbray@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1 | N |
| katherine.mun@pomona.edu | Nicole | 2/16/2005 1:11 | 0 | 1 | N |
| kms02001@pomona.edu | Nicole | 2/16/2005 1:11 | 0 | 1 | N |
| kw002001@pomona.edu | Nicole | 2/16/2005 1:11 | 0 | 1 | N |
| sdp02001@pomona.edu | Nicole | 2/16/2005 1:11 | 0 | 1 | N |
| catherine.john@pomona.edu | Nicole | 2/16/2005 1:11 | 0 | 1 | N |
| hbeckon@hotmail.com | Nicole | 2/16/2005 1:11 | 0 | 1 | N |
| robyn.meshulam@pomona.edu | Nicole | 2/16/2005 1:11 | 0 | 1 | N |
| tony@tonytiu.com | Nicole | 2/16/2005 1:11 | 0 | 1 | N |
| elizabeth.stiles@pomona.edu | Nicole | 2/16/2005 1:11 | 0 | 1 | N |
| wching@ucsd.edu | Adam | 2/16/2005 1:11 | 0 | 1 | N |