| Status | Date | Name | Email |
|---|---|---|---|
| W W 0 | 2/16/2005 1:11 | Nicole | lillian.may@pomona.edu |
| W W 0 | 2/16/2005 1:11 | Nicole | seth.kerstein@pomona.edu |
| W W 0 | 2/16/2005 1:11 | Nicole | elizabeth.stiles@pomona.edu |
| W W 0 | 2/16/2005 1:11 | Nicole | ambyrglow@gmail.com |
| W W 0 | 2/16/2005 1:11 | Nicole | habu2001@pomona.edu |
| W W 0 | 2/16/2005 1:11 | Adam | phyllis_tam@alum.pomona.edu |
| W W 0 | 2/16/2005 1:11 | Nicole | gdanus@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | Nicole | ljn02001@pomona.edu |
| W W 0 | 2/16/2005 1:11 | Adam | lillian.may@pomona.edu |
| W W 0 | 2/16/2005 1:11 | Nicole | valerie.stout@gmail.com |
| W W 0 | 2/16/2005 1:11 | Nicole | srodezrio@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | Nicole | davepedersen@gmail.com |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | ashley.vandell@pomona.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | kas02002@pomona.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | s1gonzal@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | mnimay@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | erosete@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | nessa888@yahoo.com |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | ensoto@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | dpreyes@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | htuason@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | mcnunez2@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | k4willia@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | dpreyes@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | t0vo@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | r1rodrig@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | ajio@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | jdgreen@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | htuason@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | patrickm@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | rockstar85_03@yahoo.com |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | jbaernco@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | k4willia@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | hcervan@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | arrandol@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | b1rodrig@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | rtorresi@ucsd.edu |
| W W 0 | 2/16/2005 1:11 | AdriÃ¡n | kferrer@ucsd.edu |

CUCA01382

Dockets.Justia.com

| Email | Name | Date | | | |
|---|---|---|---|---|---|
| jjp002@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| radioheadliner@netscape.net | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| jgaela@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| jsandova@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| rrtorresr@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| dalau@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| eli6buttercup@yahoo.com | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| jlharvey@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| ssantos@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| m2delgad@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| myemane@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| dccastan@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| cvillaro@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| mnetra@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| szamarri@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| nvega@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| r1rodrig@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| kferrer@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| alay@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| kissbblia@hotmail.com | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| waaazzzaaappp_03@hotmail.com | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| fcasilla@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| e4gonzal@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| vlgarcia@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| asemana@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| szamarri@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| j2ramire@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| artuvalca@ucsd.edu | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| waaazzzaaappp_03@hotmail.com | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| latinbadboy75@hotmail.com | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| yrnsb2003@hotmail.com | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| jgoger@ucsd.edu | Christopher | 2/16/2005 1:11 | 0 | 1 | N N |
| francoberrientos@hotmail.com | TimMurphy | 2/16/2005 1:11 | 0 | 1 | N N |
| cblacker@student.umass.edu | TimMurphy | 2/16/2005 1:11 | 0 | 1 | N N |
| ivancvhs@hotmail.com | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| shoota85@aol.com | TimMurphy | 2/16/2005 1:11 | 0 | 1 | N N |
| condoro63@hotmail.com | AdriÃ¡n | 2/16/2005 1:11 | 0 | 1 | N N |
| bellachiquita16@hotmail.com | TimMurphy | 2/16/2005 1:11 | 0 | 1 | N N |

CUCA01383