# EXHIBIT 27

Dockets.Justia.com



## Welcome to Pacific Northwest Software

Pacific Northwest Software develops high-impact web, desktop, and mobile applications for companies ranging from start-ups to the Fortune 500 enterprises. We can provide a virtual development team to handle all levels of your project, whether its on the web or for PCs.

Our unique approach to development ensures we meet the needs of our customers in the least amount of time. This allows us to provide the lowest cost while maintaining the highest quality. You don't have to trade-off what you want with what you can afford when you work with Pacific Northwest Software.

Contact us for a free consultation.

### Testimonial
"Pacific Northwest Software became part of a virtual team with us to create the site in record time and at a very low cost. They worked very closely with me from the start, during the phase where the site was conceived, and they understood the broad goals that we were trying to accomplish."
- Frank Maslowski, Lead Marketing Manager for Microsoft

**UNIQUECOMPANY** — With the company headquartered in Washington and satellite offices in Boston and Europe, we're

**UNIQUEAPPROACH** — Our hybrid model of developers in the US and abroad with local project management allows us to

**UNIQUEPEOPLE** — Our developers are not just code warriors -- they're also business oriented. They understand that

### Navigation
ABOUT US | OUR CLIENTS | TECHNOLOGIES | CASE STUDIES | PRESS RELEASES | CONTACT US

Would you like to see a prototype before your first bill?

### Working with Us
Our staff can discuss your needs with you and produce a free estimate.
Let us know your needs.

877.467.6976
info@pnwsoft.com

### Featured Product
**MARCS** - Management Assessment of Risks and Controls System is a powerful and flexible application for Sarbanes-Oxley compliance.
Read more...

### News / Events
**September 18, 2006** - Pacific Northwest Software Launches New Corporate Site for Nokian Tyres.
Read more...

operational 24 hours a day. By having an off-shore location, we can offer high quality development at lower costs.

bring a full suite of expertise to handle all aspects of project development.

the features they are implementing must have an impact on your bottom line.

Seattle · Boston · Europe

Copyright © 2005 Pacific Northwest Software. All Rights Reserved.

**Microsoft**
GOLD CERTIFIED
Partner