# EXHIBIT 28

Our executive leadership and advisory board combine extensive experience in online document management, software development, and healthcare.

## Management Team

**Mike Roggero, Chief Executive Officer**

Mr. Roggero, 43, has more than 20 years of management and operations experience with Fortune 100 companies and start-ups. Mr. Roggero was a Group Executive with Cahners (now Reed Business Information), a division of Reed Elsevier, where he managed the *"turn-around"* of a portfolio of international businesses. Also, while with Reed Business Information, Mr. Roggero served as COO for the eLogic, Inc. subsidiary, an application service provider of Web-based content management. Previously, Mr. Roggero served as the Chief Financial Officer and Executive Vice President of Operations for eMind, LLC and was responsible for the company's finance, business development, content production, corporate strategy, accounting, legal, and human resources operations. Mr. Roggero was part of the team that launched and took eMind from a business plan to a leading provider of eLearning solutions to financial services industry – eMind has been subsequently sold to the Kaplan subsidiary of The Washington Post Company.

Prior to joining e-Mind, Mr. Roggero served as an executive with The Walt Disney Company, where he played a key role in the development and launch of two highly successful businesses within the new media division, Disney Interactive. In addition, he spent three years with PepsiCo, serving as division finance manager for 300 Pizza Hut restaurants in the Western U.S.

Mr. Roggero holds a Master of Business Administration from The Wharton

Our People

School at the University of Pennsylvania and a Bachelor of Science in Business Administration from the University of Southern California.

**Tim Mayer, Founder and Chief Operating Officer**
Mr. Mayer, 51, has worked in the medical record request and release industry for over 25 years, having been directly involved in every aspect of the request process. Mr. Mayer has been a pioneer in the industry being the first to introduce barcode tracking of medical record processes. He has also successfully developed and sold internal tracking software to Kaiser Permanente. Mr. Mayer's detailed understanding of the industry, its players, and the complex nature of a fragmented process is a key competitive advantage. He also has an extensive network of business relationships and contacts in the industry that will facilitate the registration of Participants into the Portal.

**Steven Lehrhoff, Executive Vice President of Operations**
Mr. Lehrhoff, 43, has more than 17 years of finance and operations management experience in the health care industry. Prior positions included Acquisitions-Integration Manager for NovaCare, Inc., the largest rehabilitation services company in the U.S.; Director of Planning for the National Stroke Association; and Administrative Director of IPA (medical group) Operations for Harriman Jones Management Services, Inc., an affiliate of UniHealth and UniMed Management Company; In addition, Mr. Lehrhoff served as a senior executive with MIN, an internet-based financial services company.

Mr. Lehrhoff holds a Bachelor of Science in Business Administration from the University of Southern California, a Master of Business Administration with an emphasis in Finance and Strategic Management from the Peter F. Drucker School of Management at Claremont Graduate University, and a Master of Health Administration with an emphasis in Ambulatory Care and Long-term care from USC's School of Public Administration.

**Mike Hayner, Acting Vice President of Portal Development**
Mr. Hayner is an experienced software development engineer and manager and is an expert in web and database design. He has worked with cutting edge internet software technologies such as ASP.NET and SharePoint Portal Server 2003. He managed the development of several internal and external sites for Microsoft that utilize SharePoint Portal Server 2003, SharePoint Team Services, ASP.NET, C# Web Parts, SQL Server databases, ActiveX controls, and ISAPI filters and extensions. Most recently, Mr. Hayner directed the team that developed the Sarbanes Oxley 404 compliance application for Credit Suisse which is used by over 20,000 employees.

Mr. Hayner has a Bachelor of Science in Mechanical Engineering from Pennsylvania State University and a Masters of Science in Mechanical Engineering from the University of Washington.

## Board of Advisors

### Craig Lewis, Advisor

Mr. Lewis, 44, has worked for more than 20 years as a senior executive in marketing and business development. His experience includes significant work in strategic planning, direct consumer marketing, business-to-business sales, and long-term relationship management. He is considered an expert in "affinity" or "alliance" marketing. Mr. Lewis served as a senior executive with Accountants Overload and MBNA America Bank, N.A., where he developed and managed the relationship and marketing activities for several hundred partners. These partners included some of the largest affinity groups in the United States, including NASCAR, Stanford University, UCLA Alumni Association, Aircraft Owners and Pilots Association, and the San Francisco Giants.

Mr. Lewis has a Bachelor Degree in Economics from Georgetown University and a Master of Business Administration with an emphasis in Corporate Policy and Management from The Wharton School at the University of Pennsylvania.

### Jacques Francoeur, Advisor

Mr. Francoeur, 46, is an advisor to the Company with expertise in privacy, security, and compliance. He is a trusted e-Business thought leader and strategist for trusted electronic communities and trusted virtual organizations with expertise in data privacy, security, trusted e-Systems, electronic forensics, and risk and regulatory compliance management. Mr. Francoeur's career spans 20 years in many aspects of high technology, from materials and aerospace research to technology and intellectual property management and commercialization to Internet-based start-ups. Mr. Francoeur is a pioneer in the emerging fields of Trusted Electronic Enterprise Governance Management, Enterprise Accountability Management, electronic and digital signatures and Enterprise Digital Trust Management. Mr. Francoeur is an Instructor of International Trusted e-Business and Trusted e-Systems at the University of California at Berkeley Extension. He was KPMG's National Privacy Support Manager, responsible for establishing the U.S. arm of KPMG's Global Information Privacy Services. Mr. Francoeur was also founder and CEO of The Privacy Gateway, a Canadian company specializing in global privacy legislation compliance and building trust in the digital economy. As Director of Trust Practices at NetFront Communications, he was responsible for ensuring that the company's Online Trust Center and Certificate Authority operations met the industries best practices.

Mr. Francoeur holds a Bachelor of Science in Applied Science (Aerospace Engineering) from the University of Toronto, Canada, a Master's degree from the University of Toronto Institute for Aerospace Studies, and a Master of Business Administration from Concordia University in Montreal.

Our People

RecordsPortal

Home | Register | Contact Us | Terms and Conditions | Privacy Policy |

Copyright © 2006 RecordsPortal.com. All Rights Reserved