# EXHIBIT 29



HOME  REGISTRATIONS  TRANSFERS  RENEWALS  WEB HOSTING  EMAIL  FAQS  SUPPORT  WHOIS SEARCH  LO(

## Whois

**WhoIs Information For: recordsportal.com**

BEGIN WHOIS RECORD -------

```
Whois Server Version 1.3

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

   Domain Name: RECORDSPORTAL.COM
   Registrar: NETWORK SOLUTIONS, LLC.
   Whois Server: whois.networksolutions.com
   Referral URL: http://www.networksolutions.com
   Name Server: NS55.WORLDNIC.COM
   Name Server: NS56.WORLDNIC.COM
   Status: clientTransferProhibited
   Updated Date: 17-oct-2006
   Creation Date: 10-may-2003
   Expiration Date: 10-may-2012


>>> Last update of whois database: Sun, 10 Jun 2007 20:58:47 UTC <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability.  VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.
```

```
Whois Server: whois.networksolutions.com
NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes. The
Data in Network Solutions' WHOIS database is provided by Network Solutions for information
purposes only, and to assist persons in obtaining information about or related
to a domain name registration record. Network Solutions does not guarantee its accuracy.
By submitting a WHOIS query, you agree to abide by the following terms of use:
You agree that you may use this Data only for lawful purposes and that under no
circumstances will you use this Data to: (1) allow, enable, or otherwise support
the transmission of mass unsolicited, commercial advertising or solicitations
via e-mail, telephone, or facsimile; or (2) enable high volume, automated,
electronic processes that apply to Network Solutions (or its computer systems). The
compilation, repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of Network Solutions. You agree not to use
high-volume, automated, electronic processes to access or query the WHOIS
database. Network Solutions reserves the right to terminate your access to the WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this policy.
Network Solutions reserves the right to modify these terms at any time.

Get a FREE domain name registration, transfer, or renewal with any annual hosting package
- or just $8.95 with monthly packages.

http://www.networksolutions.com

Visit AboutUs.org for more information about RECORDSPORTAL.COM
<a href="http://www.aboutus.org/RECORDSPORTAL.COM">AboutUs: RECORDSPORTAL.COM </a>


Registrant:
APTL NETWORK, INC.
   1477 SANCHEZ ST
   SAN FRANCISCO, CA 94131-2051
   US

   Domain Name: RECORDSPORTAL.COM

   Administrative Contact, Technical Contact:
      Taves, John           john.taves@PNWSOFT.COM
      Pacific Northwest Software
      1514 223rd Place N.E.
      Sammamish, WA 98074
      US
      (425) 4442368 fax: 999 999 9999


   Record expires on 10-May-2012.
   Record created on 10-May-2003.
   Database last updated on 11-Jun-2007 00:38:12 EDT.

   Domain servers in listed order:

   NS55.WORLDNIC.COM          205.178.190.28
   NS56.WORLDNIC.COM          205.178.189.28


   END WHOIS RECORD ------
```

**Domain:**      [ Lookup ]

- For .ORG domain name whois information please visit: http://www.pir.org/whois_search/
- For .INFO domain name whois information please visit: http://www.afilias.info/whois_search/
- For .BIZ domain name whois information please visit: http://www.whois.biz
- For .US domain name whois information please visit: http://www.whois.us

Found the perfect name?  Register now!

The data contained in the WHOIS database, while believed by the company to be reliable, is provided "as is", with no guarantee or war
its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration
of this data for any other purpose, including but not limited to, allowing or making possible dissemination or collection of this data in par
for any purpose, such as the transmission of unsolicited advertising and solicitations, is expressly forbidden without the prior written pei
company. You may not use the data to allow, enable, or otherwise support any marketing activities, regardless of the medium used. Su
but are not limited to e-mail, telephone, facsimile, postal mail, SMS, and wireless alerts. In addition, you may not sell or redistribute the
submitting an inquiry, you agree to these terms of usage and limitations of warranty. Please limit your queries to 10 per minute and one

home | registrations | renewals | transfers | web hosting | email | faqs | whois search | support
©Copyright 2005 000Domains.com. All Rights Reserved.    PRIVACY POLICY | registration agreement