# EXHIBIT 31

Dockets.Justia.com



ABOUT US | OUR CLIENTS | TECHNOLOGIES | CASE STUDIES | PRESS RELEASES | CONTACT US

Working with Us

Our staff can discuss your needs with you and produce a free estimate.
Let us know your needs.

877.467.6976
info@pnwsoft.com

Featured Product

**MARCS** - Management Assessment of Risks and Controls System is a powerful and flexible application for Sarbanes-Oxley compliance.
Read more...

News / Events

**September 18, 2006** - Pacific Northwest Software Launches New Corporate Site for Nokian Tyres.
Read more...

Pacific Northwest Software Announces Corporate Contract with Examkrackers

January 6, 2006 < Press Releases < Home

FOR IMMEDIATE RELEASE

JANUARY 6, 2006 - Pacific Northwest Software, a leading innovator of software and web development, today announced that it is developing a new web presence for online test preparation site Examkrackers.

Pacific Northwest Software will be rebuilding the entire site utilizing open source technology, including PHP and MySQL.

ABOUT PACIFIC NORTHWEST SOFTWARE
Pacific Northwest Software is a leading software and web development firm based in Washington. The Company has created many products including Sarbanes-Oxley Act compliance software for large corporations, OCR systems for the United States Postal Service, web applications for Microsoft, desktop software for Mashboxx and i2hub, wireless applications for the Blackberry handheld devices, and many more. Pacific Northwest Software works with a wide variety of clients, ranging from the start-ups to the Fortune 500 enterprises.

ABOUT EXAMKRACKERS
Examkrackers provides preparation for standardized exams through books, audio CDs, CD roms, internet forums, and live classes. In the spring of 2004 Examkrackers began a nationwide expansion

adding courses in Illinois, Texas, and Colorado. Regular student enrollment reached 280 students for the regular spring course. Examkrackers added a CD rom component to its course and introduced the 16 MiniMCATs. Examkrackers was founded in 1997 by Jonathan Orsay and Jordan Zaretsky.

FOR FURTHER INFORMATION
Corporate Communications
Wayne Chang
(978) 869-3446
wchang@pnwsoft.com

# # #

Seattle · Boston · Europe

Copyright © 2005 Pacific Northwest Software. All Rights Reserved.

**Microsoft**
GOLD CERTIFIED
Partner