# EXHIBIT 32

Dockets.Justia.com



ABOUT US | OUR CLIENTS | TECHNOLOGIES | CASE STUDIES | PRESS RELEASES | CONTACT US

Working with Us

Our staff can discuss your needs with you and produce a free estimate.
Let us know your needs.

877.467.6976
info@pnwsoft.com

Featured Product

**MARCS** - Management Assessment of Risks and Controls System is a powerful and flexible application for Sarbanes-Oxley compliance.
Read more ...

News / Events

**September 18, 2006** - Pacific Northwest Software Launches New Corporate Site for Nokian Tyres.
Read more ...

March 14, 2006 < Press Releases < Home

Pacific Northwest Software Announces Web Development Contract with Know the Course

FOR IMMEDIATE RELEASE

MARCH 14, 2006 - Pacific Northwest Software, a leading innovator of software and web development, today announced that it is developing a new web presence for online real estimate site Know the Course.

Pacific Northwest Software will be rebuilding the entire site to feature AJAX features and navigation of real estate properties using Google Maps API.

ABOUT PACIFIC NORTHWEST SOFTWARE
Pacific Northwest Software is a leading software and web development firm based in Washington. The Company has created many products including Sarbanes-Oxley Act compliance software for large corporations, OCR systems for the United States Postal Service, web applications for Microsoft, desktop software for Mashboxx and i2hub, wireless applications for the Blackberry handheld devices, and many more. Pacific Northwest Software works with a wide variety of clients, ranging from the start-ups to the Fortune 500 enterprises.

ABOUT KNOW THE COURSE
Know the Course was started by Tina Morket. Know the Course aims to provide innovative marketing and resourcefulness in buying and selling homes.

Welcome to Pacific Northwest Software

**Microsoft**
GOLD CERTIFIED

FOR FURTHER INFORMATION
Corporate Communications
Wayne Chang
(978) 869-3446
wchang@pnwsoft.com

# # #

Seattle · Boston · Europe

Copyright © 2005 Pacific Northwest Software. All Rights Reserved.

http://www.pnwsoft.com/?page=pr/031406

6/16/2007