# EXHIBIT 33

Dockets.Justia.com



ABOUT US    OUR CLIENTS    TECHNOLOGIES    CASE STUDIES    PRESS RELEASES    CONTACT US

Working with Us

Our staff can discuss your needs with you and produce a free estimate.
Let us know your needs.

877.467.6976
info@pnwsoft.com

Featured Product

**MARCS** - Management Assessment of Risks and Controls System is a powerful and flexible application for Sarbanes-Oxley compliance.
Read more ...

News / Events

**September 18, 2006** - Pacific Northwest Software Launches New Corporate Site for Nokian Tyres.
Read more ...

Pacific Northwest Software Announces Development Contract City Ticket Exchange

August 10, 2006 < Press Releases < Home

FOR IMMEDIATE RELEASE

AUGUST 10, 2006 - Pacific Northwest Software, a leading innovator of software and web development, today announced that it is developing City Ticket Exchange's ticketing engine, web application, web site, market depth analysis aggregator, and other components.

City Ticket Exchange will rely on Pacific Northwest Software to deliver the enterprise-class site utilizing a team of developers and award-winning graphics designers.

Pacific Northwest Software will develop the application using open source technologies as well as AJAX methodologies, including Ruby on Rails and Flash.

ABOUT PACIFIC NORTHWEST SOFTWARE
Pacific Northwest Software is a leading software and web development firm based in Washington. The Company has created many products including Sarbanes-Oxley Act compliance software for large corporations, OCR systems for the United States Postal Service, web applications for Microsoft, desktop software for Mashboxx and i2hub, wireless applications for the Blackberry handheld devices, and many more. Pacific Northwest Software works with a wide variety of clients, ranging from the start-ups to the Fortune 500 enterprises.

Welcome to Pacific Northwest Software

**Microsoft**
GOLD CERTIFIED
Partner

ABOUT CITY TICKET EXCHANGE
City Ticket Exchange is based in Los Angeles with offices in Europe. Aiming to become a global leader in ticket exchanges, City Ticket Exchange will feature functionality not found in other online ticket portals.

FOR FURTHER INFORMATION
Corporate Communications
Wayne Chang
(978) 869-3446
wchang@pnwsoft.com

# # #

Seattle · Boston · Europe

Copyright © 2005 Pacific Northwest Software. All Rights Reserved.