1  G. HOPKINS GUY, III (State Bar No. 124811)
      hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
      nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
      mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
      tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
      ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA  94025
   Telephone:     650-614-7400
8  Facsimile:     650-614-7401

9  Attorneys for Plaintiffs
   FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiff,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>Defendants. | Case No.  5:07-CV-01389-RS<br><br>**PROOF OF SERVICE BY HAND DELIVERY** |

OHS West:260258486.1

- 1 -

PROOF OF SERVICE

dockets.Justia.com

**PROOF OF PERSONAL SERVICE**

I am more than eighteen years old and not a party to this action. My business address is CAREFUL COURIER, P.O. Box 51118, Palo Alto, CA 94303. On June 25, 2007, I served the following document(s):

1. Plaintiffs' Opposition to Pacific Northwest Software and Winston Williams' Motion to Dismiss for Lack of Personal Jurisdiction;

2. UNDER SEAL Exhibits 1, 2, 7, 9, 11, 12, 13, 14, 16, 17, 19, 21, and 26 To The Declaration of Monte Cooper In Support of Plaintiffs' Opposition to Pacific Northwest Software and Winston Williams' Motion to Dismiss for Lack of Personal Jurisdiction.

on the interested parties in this action by delivering true and correct copies thereof in sealed envelope(s) addressed as follows:

> **Scott Mosko, Esq.**
> **Lily Lim, Esq.**
> Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
> 3300 Hillview Avenue
> Palo Alto, California 94304-1203
> Telephone: (650) 849-6600
> **Facsimile: (650) 849-6666**

ATTORNEYS FOR DEFENDANTS CONNECTU INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, AND DAVID GUCWA

and leaving the documents with a clerk or other person in charge of the office.

Executed on June 25, 2007 at Finnegan, Henderson; Palo Alto, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature

JAMIL SATTI
Print Name

OHS West:260258486.1

- 1 -

PROOF OF SERVICE

1  **Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under
2  penalty of perjury that concurrence in the filing of the document has been obtained from its
3  signatory.

4  Dated: June 28, 2007                    Respectfully submitted,

                                            /s/ Monte M.F. Cooper /s/
                                            Monte M.F. Cooper