1   Scott R. Mosko (State Bar No. 106070)
    FINNEGAN, HENDERSON, FARABOW,
2     GARRETT & DUNNER, L.L.P.
    Stanford Research Park
3   3300 Hillview Avenue
    Palo Alto, California  94304
4   Telephone:     (650) 849-6600
    Facsimile:      (650) 849-6666
5

6   Attorneys for Defendants Pacific Northwest
    Software, Inc. and Winston Williams
7

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12

13  FACEBOOK, INC., and MARK ZUCKERBERG,        CASE NO. C 07-01389 RS

14                  Plaintiffs,                 **DECLARATION OF SCOTT R.
                                                MOSKO IN SUPPORT OF
15          v.                                  DEFENDANTS PACIFIC
                                                NORTHWEST SOFTWARE, INC.'S
16  CONNECTU LLC, (now know as CONNECTU,        AND WINSTON WILLIAMS'S REPLY
    INC.), CAMERON WINKLEVOSS, TYLER            TO PLAINTIFFS' OPPOSITION TO
17  WINKLEVOSS, DIVYA NARENDRA,                 DEFENDANTS' MOTION TO
    PACIFIC NORTHWEST SOFTWARE, INC.,           DISMISS FOR LACK OF PERSONAL
18  WINSTON WILLIAMS, WAYNE CHANG,              JURISDICTION**
    DAVID GUCWA, and DOES 1-25,
19                                              Date:      July 11, 2007
                    Defendants.                 Time:      9:30 a.m.
20                                              Dept.      4
                                                Judge:     Hon. Richard Seeborg
21

22

23

24

25

26

27

28

Doc. No.  465473                                    DECLARATION OF SCOTT R. MOSKO
                                                         CASE NO. 07 CV 01389 (RS)

1    I, Scott R. Mosko declare,

2    I am an attorney duly licensed to practice law in the state of California and am a member of

3  Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys of record for Defendant

4  ConnectU LLC.  If called to testify I would and could testify competently to the following matters.

5    1.    Attached hereto as Exhibit A are true and correct copies of certain pages of testimony

6  from the deposition of Winston Williams, taken in the pending action on June 19, 2007. (FILED

7  UNDER SEAL)

8    2.    Attached hereto as Exhibit B is a document entitled "Bylaws of TheFacebook, Inc.,"

9  which comprises of Bates stamped pages FACE002103 - FACE002126. Exhibit B was served by the

10  Defendants in response to a discovery request propounded in the Massachusetts action, Case No. 04-

11  11923DPW. (FILED UNDER SEAL)

12    3.    Attached hereto as Exhibit C is a true and correct copy of Facebook, Inc.'s Answer to

13  the First Amended Complaint in the District of Massachusetts action, filed October 28, 2004, Case

14  No. 04-11923DPW.

15    4.    Attached hereto as Exhibit D is a true and correct copy of Facebook, Inc.'s

16  Supplemental Responses to ConnectU, LLC's First Set of Interrogatories Nos. 9-14, 18 in the

17  District of Massachusetts action, served May 1, 2006, Case No. 04-11923DPW. (FILED UNDER

18  SEAL)

19    I declare under penalty of perjury under the laws of the United States that the foregoing is

20  true and correct and that this declaration was executed on the 6th day of July 2007.

21

22                                    /s/
                                    Scott R. Mosko
23

24

25

26

27

28

Doc. No.  465473                                        DECLARATION OF SCOTT R. MOSKO
                                    1                   CASE NO. 07 CV 01389 (RS)