…
The Facebook, Inc. v. Connectu, LLC et al     Doc. 102

Case 5:07-cv-01389-RS     Document 102     Filed 07/06/2007     Page 1 of 2

1 Scott R. Mosko (State Bar No. 106070)
FINNEGAN, HENDERSON, FARABOW,
2   GARRETT & DUNNER, L.L.P.
Stanford Research Park
3 3300 Hillview Avenue
Palo Alto, California 94304
4 Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666
5

6 Attorney for Defendants Pacific Northwest Software, Inc.
and Winston Williams
7

8

9

10                           UNITED STATES DISTRICT COURT

11                           NORTHERN DISTRICT OF CALIFORNIA

12                                    SAN JOSE DIVISION

| | |
|---|---|
| 13   FACEBOOK, INC., and MARK ZUCKERBERG, | CASE NO. C 07-01389 RS |
| 14                Plaintiffs, | **MANUAL FILING NOTIFICATION** |
| 15                 v. | **EXHIBIT B TO THE DECLARATION OF SCOTT R. MOSKO IN SUPPORT** |
| 16   CONNECTU LLC, (now known as CONNECTU, INC.), CAMERON WINKLEVOSS, TYLER | **OF DEFENDANTS PACIFIC NORTHWEST SOFTWARE, INC.'S** |
| 17   WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON | **AND WINSTON WILLIAMS'S REPLY TO PLAINTIFFS' OPPOSITION TO** |
| 18   WILLIAMS, WAYNE CHANG, DAVID GUCWA, and DOES 1-25, | **DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL** |
| 19 | **JURISDICTION** |
| 20                Defendants. | |
| 21 | Date:   July 11, 2007 |
| 22 | Time:   9:30 a.m.<br>Dept.:   4 |
| 23 | Judge: Hon. Richard Seeborg |

24

25

26

27

28

MANUAL FILING NOTIFICATION

Dockets.Justia.com

**MANUAL FILING NOTIFICATION**

REGARDING: Exhibit B to the Declaration of Scott R. Mosko in Support of Defendants Pacific Northwest Software, Inc.'s and Winston Williams's Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdicition.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason:

[_] Voluminous Document (PDF file size larger than the efiling system allows).

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: July 6, 2007          FINNEGAN, HENDERSON, FARABOW,
                                GARRETT & DUNNER, L.L.P.


                             By:_____/s/_____
                                 Scott R. Mosko
                                 Attorneys for Defendants
                                 Pacific Northwest Software, Inc., and Winston
                                 Williams