1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Telephone:    (650) 849-6600
   Facsimile:    (650) 849-6666
5

6  Attorney for Defendants Pacific Northwest Software, Inc.
   and Winston Williams
7

8

9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13  FACEBOOK, INC., and MARK ZUCKERBERG,         CASE NO. C 07-01389 RS

14                  Plaintiffs,                  **MANUAL FILING NOTIFICATION**

15          v.                                   **EXHIBIT D TO THE DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS PACIFIC NORTHWEST SOFTWARE, INC.'S AND WINSTON WILLIAMS'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

16  CONNECTU LLC, (now known as CONNECTU, INC.), CAMERON WINKLEVOSS, TYLER
17  WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON
18  WILLIAMS, WAYNE CHANG, DAVID GUCWA, and DOES 1-25,
19                  Defendants.
20

21                                               Date:  July 11, 2007
                                                 Time:  9:30 a.m.
22                                               Dept.: 4
                                                 Judge: Hon. Richard Seeborg
23

24

25

26

27

28

MANUAL FILING NOTIFICATION

Dockets.Justia.com

**MANUAL FILING NOTIFICATION**

REGARDING:  Exhibit D to the Declaration of Scott R. Mosko in Support of Defendants Pacific Northwest Software, Inc.'s and Winston Williams's Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdicition.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was not efiled for the following reason:

[_] Voluminous Document (PDF file size larger than the efiling system allows).

[_] Unable to Scan Documents

[_] Physical Object (description):  _____

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):  _____

Dated:  July 6, 2007                             FINNEGAN, HENDERSON, FARABOW,
                                                                GARRETT & DUNNER, L.L.P.


                                                       By:_____/s/_____
                                                               Scott R. Mosko
                                                               Attorneys for Defendants
                                                               Pacific Northwest Software, Inc., and Winston
                                                               Williams