Scott R. Mosko (State Bar No. 106070)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Defendant
Winston Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU LLC, (now known as CONNECTU INC.) CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA, AND DOES 1-125,<br><br>Defendants. | CASE NO. C 07-01389 RS<br><br>**SUPPLEMENTAL DECLARATION OF WINSTON WILLIAMS IN SUPPORT OF DEFENDANTS PACIFIC NORTHWEST SOFTWARE, INC.'S AND WINSTON WILLIAMS'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date: July 11, 2007<br>Time: 9:30 a.m.<br>Dept. 4<br>Judge: Hon. Richard Seeborg |

Doc. No. 465239

DECLARATION OF WINSTON WILLIAMS
CASE NO. C 07-01389 RS

I, WINSTON WILLIAMS, declare

1. I previously submitted a declaration in this case which was signed and filed on or about March 21, 2007;

2. As I stated in my deposition on June 19, 2007, prior to being named as a defendant in this lawsuit, I did not know the location of Facebook, Inc., or any entity owning or having an interest in the websites www.thefacebook.com or www.facebook.com;

3. I have never met Mark Zuckerberg, and do not know and have never known where he resides;

4. I have very limited means to support myself. I am not employed. Currently I sporadically assist others by writing computer programs. When I am retained for such jobs, it is usually for a limited time. In the recent past, nearly all of my clients have come from the greater Seattle, Washington area. My ability to attract work for myself is directly related to others in the Seattle area introducing me to potential clients, and my personally meeting with said clients. If I were forced to leave Seattle for longer than a few days, my ability to earn a living would be substantially impaired;

5. I do not have the funds to travel. I am not in a position to pay for an airplane ticket to go anywhere, including San Jose, California. I do not have the funds to pay for accommodations away from my apartment in Seattle, Washington. In light of my very limited financial means, I would be unable to attend trial in San Jose, California, if this case continues there.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the 2nd day of July, 2007 at Seattle, Washington.

_____
Winston Williams

Doc. No. 465239

DECLARATION OF WINSTON WILLIAMS
CASE NO. C 07-01389 RS