1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Telephone:     (650) 849-6600
   Facsimile:     (650) 849-6666
5

6  Attorneys for Defendant
   Pacific Northwest Software, Inc.
7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13  FACEBOOK, INC. and MARK ZUCKERBERG,        CASE NO.  C 07-01389 RS

             Plaintiffs,                       **SUPPLEMENTAL DECLARATION OF
14                                             JOHN TAVES IN SUPPORT OF
             v.                                DEFENDANTS PACIFIC
15                                             NORTHWEST SOFTWARE, INC.'S
    CONNECTU LLC, (now known as CONNECTU       AND WINSTON WILLIAMS'S REPLY
16  INC.) CAMERON WINKLEVOSS, TYLER            TO PLAINTIFFS' OPPOSITION TO
    WINKLEVOSS, DIVYA NARENDRA,                DEFENDANTS' MOTION TO DISMISS
17  PACIFIC NORTHWEST SOFTWARE, INC.,          FOR LACK OF PERSONAL
    WINSTON WILLIAMS, WAYNE CHANG, and         JURISDICTION**
18  DAVID GUCWA, AND DOES 1-25,

19           Defendants.                       Date:     July 11, 2007
                                               Time:     9:30 a.m.
20                                             Dept.     4
                                               Judge:    Hon. Richard Seeborg
21

22

23

24

25

26

27

28
                                                          DECLARATION OF JOHN TAVES
    Doc. No. 465367                                       CASE NO.  C 07-01389 RS

1    I, John Taves, declare,

2    1.    I am a principal in the Washington State entity known as Pacific Northwest Software,

3    Inc. ("PNS") If called as a witness in this matter I could and would testify competently as follows:

4    2.    I submitted a declaration on or about March 21, 2007 in this matter.

5    3.    PNS is informed that Facebook, Inc. alleges that its principal place of business is in

6    California.  PNS has never been told of this contention, and did not learn of it until it was served with

7    the First Amended Complaint.  Until served with the First Amended Complaint, PNS had no

8    knowledge of where Facebook Inc. was organized, or where its principal place of business was

9    located.  PNS has never met Plaintiff Mark Zukcerberg and has never been told nor has never learned

10   where Mr. Zuckerberg lives or resides.

11   4.    From the time PNS was organized in 1998 until the present, PNS has been a small

12   entity with 2 principals, each of whom reside in Washington state.  PNS has always been in the

13   business of writing software.  At no time has PNS concentrated its efforts on serving entities in

14   California.  By far, since we have been organized, the vast amount of the entities for whom we have

15   provided services are located in the Northwestern part of the United States.

16   5.    Although we have from time to time served entities whom we have learned had a

17   presence in California, such activities are more sporadic and attenuated.  I estimate that PNS has

18   generated approximately $8 million in revenues.  Since our inception, we have five, what I would

19   identify as major clients.  I am not aware that any of these major clients is located in California.

20   Regarding the work that PNS has done for its major clients, the individuals with whom PNS has dealt

21   were not located in California.

22   6.    In response to the First Set of Interrogatories Propounded to PNS, I identified 10 PNS

23   clients for whom our records disclose a California contact.  None of these entities identified in these

24   responses has provided what I would consider a significant portion of revenues to PNS.

25

26

27

28

Doc. No. 465367                                    1                        DECLARATION OF JOHN TAVES
                                                                            CASE NO.  C 07-01389 RS

1    7.    From time to time, PNS would retain independent contractors to perform limited

2  software writing services.  I have identified these individuals in response to the First Set of

3  Interrogatories Propounded to PNS.  Many of these California-based contractors have been what I

4  would term journey men contractors.  Other than one or two, they have only provided services for

5  PNS for a short time before pursuing other ventures.

6    I declare under the laws of the United States that the foregoing is true and correct and that this

7  declaration was executed on the fifth day of July 2006 at Seattle, Washington.

8

9    _____
          John Taves

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Doc. No. 465367                                    2                      DECLARATION OF JOHN TAVES
                                                                          CASE NO.  C 07-01389 RS