1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California  94304
4  Telephone:     (650) 849-6600
   Facsimile:     (650) 849-6666
5

6  Attorney for Defendants Pacific Northwest
   Software, Inc. and Winston Williams
7

8

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13  FACEBOOK, INC., and MARK ZUCKERBERG,    CASE NO.  C 07-01389 RS

14              Plaintiffs,                 **CERTIFICATE OF SERVICE**

15       v.                                 Date:   July 11, 2007
                                            Time:   9:30 a.m.
16  CONNECTU LLC, (now known as CONNECTU,   Dept.:  4
    INC.), CAMERON WINKLEVOSS, TYLER        Judge:  Hon. Richard Seeborg
17  WINKLEVOSS, DIVYA NARENDRA,
    PACIFIC NORTHWEST SOFTWARE, INC.,
18  WINSTON WILLIAMS, WAYNE CHANG,
    DAVID GUCWA, and DOES 1-25,
19
                Defendants.
20

21

22

23

24

25

26

27

28

                                                           CERTIFICATE OF SERVICE
                                                              Case No. C 07-01389 RS

Dockets.Justia.com

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to this action. My place of employment and business address is Finnegan, Henderson, Farabow, Garrett, & Dunner, L.L.P., 3300 Hillview Avenue, Palo Alto, California 94304.  On July 6, 2007, I caused a copy of the following documents to be served:

- **Exhibits A, B, and D to the Declaration of Scott R. Mosko in Support of Defendants' Reply**

to be served on all parties as follows:

| *Attorneys for Plaintiffs*<br>Monte Cooper, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone: 650.614.7400<br>Facsimile:  650.614.7401 | ☐ Via First Class Mail<br>☒ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |
|---|---|

I am readily familiar with my firm's practice for collection and processing correspondence sending documents via hand delivery in the ordinary course of business.  I sealed said envelope and placed it for hand delivery at our business offices on July 6, 2007, following ordinary business practice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on July 6, 2007, at Palo Alto, California.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Thuy B. Luu