1  G. HOPKINS GUY, III (State Bar No. 124811)
   hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
   tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
   ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
7  Menlo Park, CA 94025
Telephone:   650-614-7400
8  Facsimile:   650-614-7401

9  Attorneys for Plaintiffs
FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>            Plaintiffs,<br><br>   v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,<br><br>            Defendants. | Case No. 5:07-CV-01389-RS<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date:     July 11, 2007<br>Time:    9:30 A.M.<br>Judge:   Honorable Richard Seeborg |

OHS West:260266002.2

NOTICE OF SUPPLEMENTAL AUTHORITY
5:07-CV-01389-RS

**TO THE COURT AND EACH PARTY AND THE ATTORNEY OF RECORD FOR EACH PARTY**:

Plaintiffs Facebook, Inc. and Mark Zuckerberg lodge this Notice of Supplemental Authority in support of their Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, which is set for hearing before this Court on July 11, 2007. Attached hereto as Exhibit A is a copy of *Verizon v. Ralsky*, 203 F. Supp. 2d 601 (E.D. Va. 2002). Attached hereto as Exhibit B is a copy of *Gordon v. Virtumundo, Inc.*, 2006 U.S. Dist. LEXIS 34095 (W.D. Wash. 2006). These cases are relevant to the issues of personal jurisdiction with respect to activity occurring over the Internet.

Dated: July 10, 2007                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                        _____/s/ Theresa A. Sutton /s/_____
                                                Theresa A. Sutton
                                                Attorneys for Plaintiffs
                                        THE FACEBOOK, INC. and MARK
                                                  ZUCKERBERG

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 10, 2007.

Dated: July 10, 2007                    Respectfully submitted,

                                        /s/ Theresa A. Sutton /s/
                                        Theresa A. Sutton