1   G. HOPKINS GUY, III (State Bar No. 124811)
     hopguy@orrick.com
2   I. NEEL CHATTERJEE (State Bar No. 173985)
     nchatterjee@orrick.com
3   MONTE COOPER (State Bar No. 196746)
     mcooper@orrick.com
4   THERESA A. SUTTON (State Bar No. 211857)
     tsutton@orrick.com
5   YVONNE P. GREER (State Bar No. 214072)
     ygreer@orrick.com
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
7   Menlo Park, CA 94025
    Telephone: 650-614-7400
8   Facsimile: 650-614-7401

9   Attorneys for Plaintiffs
    FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>           Plaintiffs,<br><br>    v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>           Defendants. | Case No. 5:07-CV-01389-RS<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE CONNECTU LLC'S AFFIRMATIVE DEFENSES**<br><br>Date:     August 15, 2007<br>Time:    9:30 a.m.<br>Judge:   Honorable Richard Seeborg |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

        PLEASE TAKE NOTICE that on August 15, 2007 at 9:30 A.M. or soon thereafter as counsel may be heard by Magistrate Judge Richard Seeborg in Courtroom No. 4 of the above entitled Court, located at 280 South First Street, San Jose, California, Plaintiffs Facebook, Inc.

1  and Mark Zuckerberg will and hereby do move this Court to strike ConnectU LLC's Second,
2  Third, Fourth, Fifth, Seventh, Eighth, Ninth, Tenth and Thirteenth affirmative defenses pursuant
3  to Rule 12(f) of the Federal Rules of Civil Procedure.
4      Plaintiffs' request is based upon this Motion, the accompanying Memorandum of
5  Points and Authorities in Support of Plaintiffs' Motion to Strike ConnectU LLC's Affirmative
6  Defenses, the pleadings on file, any oral argument as may be presented in connection with the
7  hearing on this matter, and such other arguments and evidence as may properly come before the
8  Court.

Dated: July 10, 2007                                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                /s/ Theresa A. Sutton
                                                      Theresa A. Sutton
                                                      Attorneys for Plaintiff
                                             THE FACEBOOK, INC. and MARK ZUCKERBERG

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 10, 2007.

Dated: July 10, 2007.                    Respectfully submitted,

                                         /s/ Theresa A. Sutton
                                         Theresa A. Sutton