UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: FTR DATE: 7/11/07
COURTROOM DEPUTY: MARTHA PARKER BROWN
CASE #: C 07-01389RS

CASE TITLE: FACEBOOK VS. CONNECTU

**Appearances for Plaintiff(s)**         **Appearances for Defendant(s)**

  THERESA SUTTON                              SCOTT R. MOSKO

  NEEL CHATTERJEE                             VALERIE M. WAGNER, spec appearance

                                              for DFT GUCWA

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   {x} CMC     { X } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|---|---|---|---|---|
| { } | { X } | { } | 1. | TO DISMISS |
| { } | { } | { } | 2. | |
| { } | { } | { } | 3. | |
| { } | { } | { } | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED       [ ] DENIED       [ ] SUBMITTED       [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to       @       For

**ORDER TO BE PREPARED BY:**     [ ] PLTF;    [ ] DEFT;    [ ] COURT
Additional Comments: MOTION IS ARGUED BY COUNSEL. COURT WILL ISSUE WRITTEN ORDER. CMC TO BE RESCHEDULED. COUNSEL TO HAVE UNTIL 7/20 TO SUBMIT FURTHER DISCUSSION RE MOTION, IF THEY SO CHOOSE.

HOURS IN SETTLEMENT: Copies to: