| | |
|---|---|
| 1 | G. HOPKINS GUY, III (State Bar No. 124811) |
| | hopguy@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985) |
| | nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746) |
| | mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857) |
| | tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072) |
| | ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 7 | Menlo Park, CA  94025 |
| | Telephone:   650-614-7400 |
| 8 | Facsimile:   650-614-7401 |
| 9 | Attorneys for Plaintiffs |
| | FACEBOOK, INC. and MARK ZUCKERBERG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FACEBOOK, INC. and MARK ZUCKERBERG,

    Plaintiffs,

    v.

CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,

    Defendants.

Case No.  5:07-CV-01389-RS

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO SEAL EXHIBIT D TO MOSKO DECLARATION**

1  The Court finds that Exhibit D to the Declaration of Scott Mosko in Support of
2  Defendants' Reply Memorandum, filed July 6, 2007, has been designated pursuant to Protective
3  Order as Confidential and contains confidential and private financial information of third parties.
4  Good cause exists to grant Defendants' Administrative Request to file Exhibit D under seal, as set
5  forth in the Declaration of Theresa A. Sutton Pursuant to Civil Local Rule 79-5(d), filed on July
6  13, 2007.
7  It is HEREBY ORDERED that Exhibit D be filed under seal.

Dated: July ___, 2007

 The Honorable Richard Seeborg
 United States Magistrate Judge
 Northern District of California

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 13, 2007.

Dated: July 13, 2007                    Respectfully submitted,

                                        /s/ Theresa A. Sutton /s/
                                        Theresa A. Sutton