1  G. HOPKINS GUY, III (State Bar No. 124811)
   hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
   tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
   ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA  94025
   Telephone:    650-614-7400
8  Facsimile:    650-614-7401

9  Attorneys for Plaintiffs
   FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FACEBOOK, INC. and MARK ZUCKERBERG, | Case No.  5:07-CV-01389-RS |
|---|---|
| Plaintiffs, | **AFFIDAVIT OF SERVICE** |
| v. | Date: |
| CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25, | Time:<br>Judge:    Honorable Richard Seeborg |
| Defendants. | |

OHS West:260252262.1

AFFIDAVIT OF SERVICE
5:07-CV-01389-RS

Dockets.Justia.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

**DATE:** 06/26/2007

**Name of SERVER:** Robert Tirrell
**TITLE:** Constable

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: 11 Highridge Lane, Sandwich, MA 02563
Time of Service: 12:07 PM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $45.00 | $155.00 | $200.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06/26/2007

Signature of Server: *Robert Tirrell*

Humphries & Associates
Address of Server: Constable Service
8 Field Street
Amesbury, Massachusetts 01913
Tel: 978-388-5589

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

www.MassachusettsConstables.com