Scott R. Mosko (State Bar No. 106070)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666

Attorney for Defendant ConnectU, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU LLC, (now know as CONNECTU, INC.), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, DAVID GUCWA, and DOES 1-25,<br><br>Defendants. | CASE NO. C 07-01389 RS<br><br>**DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANT CONNECTU, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE CONNECTU, LLC'S AFFIRMATIVE DEFENSES**<br><br>Date:   August 15, 2007<br>Time:   9:30 a.m.<br>Dept.   4<br>Judge:  Hon. Richard Seeborg |

1

1    I, Scott R. Mosko declare,

2    I am an attorney duly licensed to practice law in the state of California and am a member of
3    Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys of record for Defendant
4    ConnectU, LLC. If called to testify I would and could testify competently to the following matters.

5    1.    Attached hereto as Exhibit A is a true and correct copy of the Answer of Defendant
6    ConnectU, LLC to Complaint in the Santa Clara County Superior Court action, filed June 12, 2006,
7    Case No. 105 CV 047381.

8    I declare under penalty of perjury under the laws of the United States that the foregoing is
9    true and correct and that this declaration was executed on the 25th day of July 2007.

            /s/
            Scott R. Mosko

2

Doc. No. 466397.1                    1                    DECLARATION OF SCOTT R. MOSKO
                                                          CASE NO. 07 CV 01389 (RS)