# EXHIBIT A

Dockets.Justia.com

1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2     GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California  94304
4  Telephone:     (650) 849-6600
   Facsimile:     (650) 849-6666
5

6  Attorneys for Defendant
   ConnectU LLC.
7

8

ENDORSED FILED

06 JUN 12 AM 8:00

KIRI TORRE
CHIEF EXEC. OFFICER/CLERK
SUPERIOR COURT OF CA.
COUNTY OF SANTA CLARA
BY_____ DEPUTY
D. Kontorovsky

COPY

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                     COUNTY OF SANTA CLARA

11

12  THEFACEBOOK, INC.                    CASE NO. 105 CV 047381

13              Plaintiff,               **ANSWER OF DEFENDANT
                                         CONNECTU LLC TO COMPLAINT**
14         v.

15  CONNECTU LLC, CAMERON WINKLEVOSS,
    TYLER WINKLEVOSS, HOWARD
16  WINKLEVOSS, DIVYA NARENDRA, AND
    DOES 1-25,
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

Doc. No. 443827

1    Comes now Defendant, CONNECTU LLC, hereinafter referred to as "this answering

2    Defendant," and answering the unverified Complaint of THEFACEBOOK, INC. on file herein,

3    admits, denies, and alleges as follows:

4        This answering Defendant denies each and every, all and singular, generally and specifically,

5    the allegations in said Complaint and each cause of action therein.

6        Further answering said Complaint, and each cause of action therein, this answering

7    Defendant denies that Plaintiff has sustained damage in any sum or sums, or otherwise, due to any

8    act or omission on the part of this answering Defendant.

9                              **AFFIRMATIVE DEFENSES**

10    AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID

11    COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

12        This Complaint, and each cause of action thereof, does not state facts sufficient to constitute

13    a cause of action against this answering Defendant.

14        AS AND FOR A SECOND SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO

15    SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

16        Plaintiff was at fault in and about the matters referred to in the Complaint and such fault on

17    the part of Plaintiff proximately caused and contributed to the damages complained of, if any there

18    were; and this answering Defendant further alleges that any fault not attributable to said Plaintiff was

19    a result of fault on the part of persons and/or entities other than this answering Defendant.

20        AS AND FOR A THIRD SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO

21    SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

22        Plaintiff has directed, ordered, approved, and ratified Defendant's conduct and Plaintiff is

23    therefore estopped from asserting any claim based thereon.

24        AS AND FOR A FOURTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO

25    SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

26        Plaintiff has failed and neglected to use reasonable care to minimize and mitigate the losses,

27    injury and damage complained of, if any there were.

28

1    AS AND FOR A FIFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO

2  SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

3    This Plaintiff is barred by virtue of Plaintiff's conduct in causing the damages alleged by

4  Plaintiff under the doctrine of unclean hands.

5    AS AND FOR A SIXTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO

6  SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

7    Plaintiff's Complaint, and each cause of action thereof, fails to state a cause of action as there

8  is no privity between the parties.

9    AS AND FOR A SEVENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO

10  SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

11    Plaintiff's damages, if any occurred, were caused and/or brought about by intervening and

12  superseding causes, and were not caused by ConnectU..

13    AS AND FOR AN EIGHTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO

14  SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

15    The causes of action, and each of them, are barred by the doctrine of in pari delicto.

16    AS AND FOR A NINTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO

17  SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

18    The causes of action, and each of them, are barred by the doctrine of waiver.

19    AS AND FOR A TENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO

20  SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

21    Plaintiff has no standing to sue as it was not the owner of the property alleged to have been

22  appropriated.

23    AS AND FOR AN ELEVENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

24  TO SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

25    Plaintiff has no standing to sue as Plaintiff had no interest in the thefacebook.com at the time

26  of the alleged wrongful acts.

27    ///

28

Doc. No. 443827                                    2        ANSWER OF DEFENDANT CONNECTU LLC TO COMPLAINT

1        AS AND FOR A TWELFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

2  TO SAID COMPLAINT, AND CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

3        Plaintiff is equitably estopped from asserting the claims set forth in its Complaint by reason

4  of its own acts and omissions.

5        WHEREFORE, said answering Defendant prays for judgment against Plaintiff, for costs of

6  suit incurred herein, for attorneys fees pursuant to Penal Code Section 502, and for such other and

7  further relief as to the Court may seem just under the premises.

8

9  Dated: June 12, 2006             FINNEGAN, HENDERSON, FARABOW,
                                    GARRETT & DUNNER, L.L.P.

10

11

12                     By:_____

13                        Scott R. Mosko
                          Attorneys for Defendant
                          ConnectU LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28