# EXHIBIT C

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


CONNECTU LLC
     Plaintiff,

       v.                        CIVIL ACTION
                                  NO. 04-11923-DPW

MARK ZUCKERBERG ET AL,
     Defendant,


## ORDER OF DISMISSAL

WOODLOCK, District Judge

     In accordance with this Court's electronic Order entered March 28, 2007, Adopting the Report and Recommendation issued on March 3, 2007 by Magistrate Judge Robert B. Collings, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


                             BY THE COURT,


                             /s/ Michelle Rynne

                             Deputy Clerk

DATED:  March 28, 2007