# EXHIBIT F

Dockets.Justia.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES AND THEFACEBOOK, INC.,<br><br>　　　　　　　　　　Defendants.<br><br>MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>　　　　　　　　　　Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>　　　　　　　　　　Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>　　　Additional defendants on counterclaims. | Case No.: 04-11923 DPW |

**ANSWER OF ALL DEFENDANTS TO
FIRST AMENDED COMPLAINT, COUNTERCLAIMS OF
MARK ZUCKERBERG AND THEFACEBOOK, INC., AND JURY DEMAND**

Defendants Mark Zuckerberg ("Zuckerberg"), Eduardo Saverin, Dustin

### SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff's First Amended Complaint is barred in whole or in part because the material claim by Plaintiff's alleged copyright is not copyrightable subject matter.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff never relied to its detriment on any alleged acts or omissions of any Defendant.

### NINETEENTH AFFIRMATIVE DEFENSE

To the extent that the Plaintiff relied on any alleged acts or omissions of any Defendant, such reliance was not reasonable.

### TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff's claims for equitable relief are barred because Plaintiff has an adequate remedy at law.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff's claim for violation of G.L. c. 93A is barred because the conduct complained of did not occur primarily or substantially within the Commonwealth.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiff's First Amended Complaint is barred in whole or in part because plaintiff lacks standing to assert the claims therein.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiff's First Amended Complaint is barred in whole or in part as to one or more of the individual defendants because the acts complained of were taken in their capacity as employees, agents, or servants of TheFacebook, Inc.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

Defendants hereby give notice that they intend to rely upon such other and further defenses as may become apparent during the proceedings in this case and reserve their right to do so.

D. That the Court award to Counterclaimants their costs of suit incurred herein, including their attorneys' fees, as well as interest ; and

E. That the Court award to Counterclaimants such other relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Defendants hereby demand a jury trial on all claims so triable as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

    Respectfully submitted,

    Defendants Mark Zuckerberg, Eduardo Saverin, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and TheFacebook, Inc.,

    By their attorneys,

    HOLLAND & KNIGHT LLP

    _/s/ Daniel K. Hampton_
    Gordon P. Katz (BBO No. 261080)
    Daniel K. Hampton (BBO No. 634195)
    10 St. James Avenue
    Boston, MA 02116
    (617) 523-2700

    and

    Robert B. Hawk (of counsel, seeking *pro hac vice* admission)
    Charles W. Burk (of counsel, seeking *pro hac vice* admission)
    HELLER EHRMAN WHITE & McAULIFFE LLP
    2775 Sand Hill Road
    Menlo Park, CA 94025-7019
    (650) 324-7165

DATED: November 18, 2004

# 2406738_v2