# EXHIBIT H

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES AND THEFACEBOOK, INC.,<br><br>                    Defendants. | Case No.: 04-11923 DPW |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>                    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC, CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>                    Counterdefendants. | |

**DEFENDANT AND COUNTERCLAIMANT THEFACEBOOK, INC.'S, FIRST REQUEST TO PLAINTIFF AND COUNTERDEFENDANT CONNECTU LLC FOR PRODUCTION OF DOCUMENTS AND THINGS**

TO CONNECTU LLC AND ITS ATTORNEYS OF RECORD:

THEFACEBOOK, INC., ("TheFacebook") hereby requests that the following documents and things be produced by Plaintiff and Counterdefendant ConnectU LLC ("ConnectU") pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and to

**Request for Production No. 8:**

All documents relating to any "business plans" (as that term is used in paragraph 12 of the Amended Complaint) for the ConnectU website, including but not limited to any actual business plans, all drafts thereof, and all notes, communications, and other documents relating to any business plan for the ConnectU website.

**Request for Production No. 9:**

All documents relating to advertising carried on or by the HarvardConnection website, including but not limited to all documents relating to communications with advertisers and prospective advertisers.

**Request for Production No. 10:**

All documents relating to advertising carried on or by the ConnectU website, including but not limited to all documents relating to communications with advertisers and prospective advertisers.

**Request for Production No. 11:**

All documents relating to agreements among the founders, developers, principals, partners, owners, or participants in the design or development of the HarvardConnection website, including but not limited to all written agreements, draft agreements, compensation agreements, including those relating to compensation of Zuckerberg, and communications relating to agreements.

**Request for Production No. 12:**

All documents relating to the conception, design, and development of the HarvardConnection website, including but not limited to notes, journals, notebooks, and diaries relating to the conception, design, and development of the HarvardConnection website.

**Request for Production No. 13:**

All documents relating to agreements among the founders, developers, principals, partners, owners, participants in the foundry, or participants in the design or development

of ConnectU or the ConnectU website, including but not limited to all written agreements, draft agreements, compensation agreements, and communications relating to agreements.

**Request for Production No. 14:**

All documents relating to the formation of ConnectU, including but not limited to all versions and drafts of LLC agreements or other related documents.

**Request for Production No. 15:**

All documents relating to the conception, design, and development of the ConnectU website, including but not limited to notes, journals, notebooks, and diaries relating to the conception, design, and development of the ConnectU website.

**Request for Production No. 16:**

All documents relating to communications involving Zuckerberg, including but not limited to communications relating to the development of the HarvardConnection website.

**Request for Production No. 17:**

All documents comprising or otherwise relating to the "trade secrets" referenced in paragraph 16 of the Amended Complaint that Plaintiff alleges were entrusted to Zuckerberg.

**Request for Production No. 18:**

All documents relating to "Plaintiff's business management information and procedures" referenced in paragraph 16 of the Amended Complaint, including but not limited to the business management information and procedures themselves, all drafts thereof, and all communications related thereto.

**Request for Production No. 19:**

All documents relating to ConnectU's sales revenues, profits, and assets, including but not limited to income statements, cash flow statements, balance sheets, ledgers, and sales journals.

**Request for Production No. 20:**

All documents relating to HarvardConnection sales revenues, profits, and assets, including but not limited to income statements, cash flow statements, balance sheets, ledgers, and sales journals.

**Request for Production No. 21:**

All documents relating to the relevant markets in which ConnectU competes, including but not limited to research and analyses identifying any such markets, ConnectU's share of any such markets, and the identity of ConnectU's competitors in any such markets.

**Request for Production No. 22:**

All documents relating to any analyses or views regarding similarities or comparisons between the ConnectU website and the thefacebook website.

**Request for Production No. 23:**

All documents relating to any analyses or views regarding similarities or comparisons between the HarvardConnection website and the thefacebook website.

**Request for Production No. 24:**

All documents relating to copyright registrations for the HarvardConnection website, including but not limited to documents relating to copyright deposit materials.

**Request for Production No. 25:**

All documents relating to copyright registrations for the ConnectU website, including but not limited to documents relating to copyright deposit materials.

**Request for Production No. 26:**

All documents relating to any communications to any media regarding HarvardConnection, ConnectU, TheFacebook, or this lawsuit, including but not limited to correspondence, news articles, video footage, audio recordings, and press releases.

ConnectU, and statements or materials posted on the ConnectU website at any time.

**Request for Production No. 28:**

All documents relating to i2hub or Wayne Chang, including but not limited to communications with i2hub or Wayne Chang, and documents relating to ConnectU's relationship with i2hub or Wayne Chang.

THEFACEBOOK, INC.
By its attorneys

*/s/ Daniel K. Hampton/*

Gordon P. Katz (BBO# 261080)
Daniel K. Hampton (BBO# 634195)
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
dan.hampton@hklaw.com
gordon.katz@hklaw.com

Robert P. Hawk
HELLER EHRMAN, LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7165

DATED: April 6, 2005

10

## CERTIFICATE OF SERVICE

I, Daniel K. Hampton, do hereby certify that I served a true copy of the within document by facsimile and U.S. First-Class Mail on this 6th day of April, 2005, on the following counsel of record:

John F. Hornick (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Jonathan M. Gelchinsky (BBO# 656282)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1600
Facsimile: (617) 452-1666
jon.gelchinsky@finnegan.com

_____
Daniel K. Hampton

# 2750341_v2

11