# EXHIBIT L

Dockets.Justia.com

1  G. HOPKINS GUY, III (STATE BAR NO. 124811)
   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
2  MONTE COOPER (STATE BAR NO. 196746)
   ROBERT D. NAGEL (STATE BAR NO. 211113)
3  JOSHUA H. WALKER (STATE BAR NO. 224940)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
4  1000 Marsh Road
   Menlo Park, CA 94025
5  Telephone:   650-614-7400
   Facsimile:   650-614-7401
6
   Attorneys for Plaintiff
7  FACEBOOK, INC.

FILED

2006 JAN -6 PM 3:49

KIRI TORRE
CHIEF EXEC. OFFICER/CLERK
SUPERIOR COURT OF CA
COUNTY OF SANTA CLARA

A. GALVAN

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                       COUNTY OF SANTA CLARA

10

11 | THEFACEBOOK, INC.,                         | CASE NO.  1:05-CV-047381
12 |                    Plaintiff,              | [PROPOSED] ORDER GRANTING
13 |         v.                                 | FACEBOOK, INC.'S *EX PARTE*
                                                  APPLICATION TO COMPEL LIMITED
14 |                                            | DEPOSITION ON THE SUBJECT OF
   | CONNECTU LLC, CAMERON                       | PERSONAL JURISDICTION
15 | WINKLEVOSS, TYLER WINKLEVOSS,
   | HOWARD WINKLEVOSS, DIVYA                    | Date:     January 6, 2006
16 | NARENDRA, AND DOES 1-25,                    | Time:     8:15 a.m.
                                                  Dept.:    14
17 |                    Defendants.             |
                                                  The Honorable Derek Woodhouse
18
19                                                Complaint Filed:     August 17, 2005
                                                  Motions to Quash Filed: Oct. 25, 2005
20                                                Amended Motion Filed:  November 14, 2005
                                                  Hearing for Motions to Quash: TBD

21

22

23

24

25

26

27

28

DOCSSV1:442091.1

PROPOSED ORDER GRANTING FACEBOOK'S MOTION TO COMPEL

1    GOOD CAUSE HAVING BEEN SHOWN THEREFOR, it is ordered that Defendant

2  ConnectU LLC submit to a deposition along with co-defendants Cameron

3  Winklevoss, Tyler Winklevoss, Howard Winklevoss and Divya Narendra in

4  conformity with the deposition notices served by Plaintiff on November 3,

5  2005, and this Court's oral ruling dated December 15, 2005.  However, the

6  deposition of ConnectU LLC shall be limited to topics 11, 12 and 13 set forth

7  in the November 3, 2005 Notice of Deposition of Defendant ConnectU LLC.

8    It is FURTHER ORDERED, that, as stated at the hearing held December 15,

9  2005 Defendants' Cross Motion for Protective Order is DENIED.  It is

10    FURTHER ORDERED that all depositions shall be limited to issues

11  directly relating to personal jurisdiction, though it shall not be a basis

12  for instructing the witness not to answer that the parties may differ on what

13  they perceive to be the relevance of the factual issues underlying questions

14  presented.  However, should objection be made during any deposition that a

15  particular question is not directly related to the issues of the individual

16  Defendants' personal jurisdiction, and any of the Defendants raise this

17  objection with the Court and the Court agrees it was not directly related to

18  personal jurisdiction issues, the Plaintiff shall be subject to substantial

19  monetary sanctions, and the response shall not be permitted to be used for

20  any purpose, including impeachment.  It is

21    FURTHER ORDERED that each such deposition shall comprise a three-hour

22  period, including two hours and forty-five minutes for testimony and one

23  fifteen minute break. It is

24    FURTHER ORDERED that Plaintiff Facebook shall be responsible for paying

25  the travel and lodging expenses of each individual Defendant.

Summary of Pleading - 1

1        IT IS SO ORDERED.

2

3   DATED:        January 6, 2006

4

5                                    _Derek Woorh_

6                                    Honorable Derek Woodhouse

7                                    Judge, Santa Clara Superior Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Summary of Pleading - 2