# EXHIBIT Q

1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  700 Hansen Way
   Palo Alto, California 94304
4  Telephone:   (650) 849-6600
   Facsimile:   (650) 849-6666
5

6  Attorneys for Defendants
   Connectu LLC, Cameron Winklevoss,
7  Tyler Winklevoss, Howard Winklevoss,
   and Divya Narendra
8

9

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                        COUNTY OF SANTA CLARA

12

13 | THE FACEBOOK, INC.                    | CASE NO. 105 CV 047381
14 |                    Plaintiff,         | **RESPONSE OF DEFENDANT DIVYA
   |                                       | NARENDRA TO FIRST SET OF
15 |         v.                            | REQUESTS FOR ADMISSION**
16 | CONNECTU LLC, CAMERON WINKLEVOSS,
   | TYLER WINKLEVOSS, HOWARD
17 | WINKLEVOSS, DIVYA NARENDRA, AND
   | DOES 1-25,
18 |
   |                    Defendants.
19

20

21

22

23

24

25

26

27

28

Doc. No. 430394                                    RESPONSE OF DEFENDANT DIVYA NARENDRA TO FIRST SET
                                                                  OF REQUESTS FOR ADMISSION

| | | |
|---|---|---|
| 1 | PROPOUNDING PARTY: | Plaintiff THEFACEBOOK, INC. |
| 2 | RESPONDING PARTY: | Defendant DIVYA NARENDRA |
| 3 | SET NO.: | ONE (1) |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

The above-named party hereby responds, pursuant to California Code of Civil Procedure Section 2033, to the requests for admission as follows:

### RESPONSE TO REQUESTS FOR ADMISSIONS

**RESPONSE TO REQUEST NO. 1:**

This Request is Denied.

**RESPONSE TO REQUEST NO. 2:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 2.

**RESPONSE TO REQUEST NO. 3:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 3.

**RESPONSE TO REQUEST NO. 4:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 4.

**RESPONSE TO REQUEST NO. 5:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 5.

**RESPONSE TO REQUEST NO. 6:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 6.

**RESPONSE TO REQUEST NO. 7:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 7.

**RESPONSE TO REQUEST NO. 8:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 8.

**RESPONSE TO REQUEST NO. 9:**

This Request is Denied.

**RESPONSE TO REQUEST NO. 10:**

This Request is Denied.

**RESPONSE TO REQUEST NO. 11:**

This Request is Denied.

**RESPONSE TO REQUEST NO. 12:**

This Request is Denied.

**RESPONSE TO REQUEST NO. 13:**

This Request is Denied.

**RESPONSE TO REQUEST NO. 14:**

This Request is Denied.

**RESPONSE TO REQUEST NO. 15:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 15.

**RESPONSE TO REQUEST NO. 16:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 16.

**RESPONSE TO REQUEST NO. 17:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 17.

**RESPONSE TO REQUEST NO. 18:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 18.

**RESPONSE TO REQUEST NO. 19:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 19.

**RESPONSE TO REQUEST NO. 20:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 20.

**RESPONSE TO REQUEST NO. 21:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 21.

**RESPONSE TO REQUEST NO. 22:**

This Request is Denied.

**RESPONSE TO REQUEST NO. 23:**

This Request is Denied.

**RESPONSE TO REQUEST NO. 24:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 24.

**RESPONSE TO REQUEST NO. 25:**

This Request is Denied.

///////////

## VERIFICATION

DIVYA NARENDRA, under penalty of perjury under the laws of the State of California, states as follows:

1. That he is one of the Defendants in the above-entitled action;
2. That he has read the foregoing RESPONSE OF DEFENDANT DIVYA NARENDRA TO FIRST SET OF REQUESTS FOR ADMISSIONS and knows the contents thereof, and that the same is true of his own knowledge, save and except as to the matters which are therein stated on his information or belief, and as to those matters, he believes it to be true.

Executed on the __31__ day of October, 2005, at __NY,NY_____.

_____
Divya Narendra

Doc. No. 430394

5

RESPONSE OF DEFENDANT DIVYA NARENDRA TO FIRST SET
OF REQUESTS FOR ADMISSION