# EXHIBIT W

Dockets.Justia.com

1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Telephone:    (650) 849-6600
   Facsimile:    (650) 849-6666
5

6  Attorneys for Defendants
   Connectu LLC, Cameron Winklevoss,
7  Tyler Winklevoss, Howard Winklevoss,
   and Divya Narendra
8

9

10                SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                        COUNTY OF SANTA CLARA

12

13  THE FACEBOOK, INC.                          CASE NO. 105 CV 047381

14            Plaintiff,                         **AMENDMENT TO SECOND
                                                 AMENDED RESPONSE OF
15        v.                                     DEFENDANT CONNECTU LLC TO
                                                 PLAINTIFF'S FIRST SET OF
16  CONNECTU LLC, CAMERON WINKLEVOSS,            SPECIAL INTERROGATORIES (1-23)**
    TYLER WINKLEVOSS, HOWARD
17  WINKLEVOSS, DIVYA NARENDRA, AND
    DOES 1-25,
18
              Defendants.
19

20

21

22

23

24

25

26

27

28

1  **PROPOUNDING PARTY:**        **Plaintiff THEFACEBOOK, INC.**

2  **RESPONDING PARTY:**        **Defendant CONNECTU**

3  **SET NO.:**                 **ONE (1)**

4

5        TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

6        The above-named party hereby responds, pursuant to California Code of Civil Procedure

7  Section 2030.210(a), to the first set of interrogatories as follows:

8                          **RESPONSES AND SPECIFIC OBJECTIONS**

9        14.    Because it cited to the Limited Liability Company Operating Agreement--bates

10  number C011285 - 011335, ConnectU interpreted this Interrogatory as calling for the identification

11  of its members from the time the Agreement was executed to the present.  ConnectU continues to

12  believe this Interrogatory is vague and ambiguous, compound and complex.  If Plaintiff was seeking

13  information regarding ConnectU's membership prior to the date this Agreement was executed,

14  ConnectU does not understand why Plaintiff cited this Agreement in the Interrogatory because this

15  Agreement was executed after ConnectU, LLC was created.  ConnectU was created on or about

16  April 6, 2004.  If this Interrogatory seeks information regarding ConnectU's membership from the

17  time it was created, ConnectU submits the following amendment to its second amended response to

18  this Interrogatory.  From April 6, 2004 to August 5, 2005, the Members of ConnectU were Cameron

19  Winklevoss and Tyler Winklevoss.  As of August 5, 2005 and through May 23, 2006, the Members

20  of ConnectU were Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, and Howard

21  Winklevoss.  See C011334-C011335.  Along with the asserted objections, ConnectU incorporates

22  the balance of its second amended response to this Interrogatory, to the extent this second amended

23  response is consistent with the above.

24        ///

25        ///

26        ///

27        ///

28        ///

AMENDMENT TO SECOND AMENDED RESPONSE OF
DEFENDANT CONNECTU LLC TO FIRST SET OF SPECIAL
INTERROGATORIES

**VERIFICATION**

1  
2   I, Cameron Winklevoss, declare under penalty of perjury under the laws of the state of  
3 California as follows.  
4   I was Co-founder of ConnectU, LLC. ConnectU LLC has now merged into ConnectU, Inc.  
5 As a former member of ConnectU LLC and as an officer of ConnectU, Inc., I make this verification  
6 for and on its behalf.  
7   I have read the foregoing Amendment to the Second Amended Response of Defendant  
8 ConnectU LLC to First Set of Special Interrogatories. The matters herein are true to the best of my  
9 knowledge except as to matters stated herein on information and belief, and as to those matters, I  
10 believe them to be true.  
11   Executed at Princeton, New Jersey, this 21st day of June, 2006.  
12  
13                                         Cameron Winklevoss  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

AMENDMENT TO SECOND AMENDED RESPONSE OF
DEFENDANT CONNECTU LLC TO FIRST SET OF SPECIAL
INTERROGATORIES

1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Telephone:   (650) 849-6600
   Facsimile:   (650) 849-6666
5

6  Attorneys for Defendant
   ConnectU LLC,
7

8

9         SUPERIOR COURT OF THE STATE OF CALIFORNIA

10             COUNTY OF SANTA CLARA

11

12  THEFACEBOOK, INC.           CASE NO. 105 CV 047381

13        Plaintiff,        **CERTIFICATE OF SERVICE**

14        v.

15  CONNECTU LLC, CAMERON WINKLEVOSS,
   TYLER WINKLEVOSS, HOWARD
16  WINKLEVOSS, DIVYA NARENDRA, AND
   DOES 1-25,
17
         Defendants.
18

19

20

21

22

23

24

25

26

27

28

Doc. No. 444424              CERTIFICATE OF SERVICE
                       CASE NO. 105 CV 04738

JUN-21-2006 WED 02:38 PM FINNEGAN HENDERSON          FAX NO. 650 849 6666          P. 06

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to this action.

My place of employment and business address is Finnegan, Henderson, Farabow, Garrett, & Dunner,

L.L.P., 3300 Hillview Avenue, Palo Alto, California 94304.  On June 21, 2006, 2006, I caused a

copy of the following documents to be served:

- **AMENDMENT TO SECOND AMENDED RESPONSE OF DEFENDANT CONNECTU LLC TO PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES (1-23)**

to be served on all parties as follows:

*Attorneys for Plaintiff*
Monte Cooper, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  650.614.7400
Facsimile:  650.614.7401

☐ Via First Class Mail
☐ Via Hand Delivery
☐ Via Overnight Courier
☒ Via Facsimile
☒ Via Email

I am readily familiar with my firm's practice for collection and processing of documents by

facsimile transmission and email.  A true and correct copy of the above document was faxed to the

listed facsimile number at our business offices and emailed on June 21, 2006 following ordinary

business practice.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct, that I am employed in the office of a member of the bar of this court at whose

direction the service was made, and that this declaration was executed on June 21, 2006, at Palo

Alto, California.

Rosanna Herrick