# EXHIBIT RR

1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  700 Hansen Way
   Palo Alto, California 94304
4  Telephone:  (650) 849-6600
   Facsimile:   (650) 849-6666
5

6  Attorneys for Defendants
   Connectu LLC, Cameron Winklevoss,
7  Tyler Winklevoss, Howard Winklevoss,
   and Divya Narendra
8

9

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                          COUNTY OF SANTA CLARA

12

| 13 | THE FACEBOOK, INC. | CASE NO. 105 CV 047381 |
|---|---|---|
| 14 | Plaintiff, | **RESPONSE OF DEFENDANT TYLER WINKLEVOSS TO FIRST SET OF REQUESTS FOR ADMISSION** |
| 15 | v. | |
| 16 | CONNECTU LLC, CAMERON WINKLEVOSS, TYLER WINKLEVOSS, HOWARD WINKLEVOSS, DIVYA NARENDRA, AND DOES 1-25, | |
| 17 | | |
| 18 | Defendants. | |

Doc. No. 430396

RESPONSE OF DEFENDANT TYLER WINKLEVOSS TO FIRST
SET OF REQUESTS FOR ADMISSION

| | | |
|---|---|---|
| 1 | PROPOUNDING PARTY: | Plaintiff THEFACEBOOK, INC. |
| 2 | RESPONDING PARTY: | Defendant TYLER WINKLEVOSS |
| 3 | SET NO.: | ONE (1) |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

The above-named party hereby responds, pursuant to California Code of Civil Procedure Section 2033, to the requests for admission as follows:

### RESPONSE TO REQUESTS FOR ADMISSIONS

**RESPONSE TO REQUEST NO. 1:**

This Request is Denied.

**RESPONSE TO REQUEST NO. 2:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 2.

**RESPONSE TO REQUEST NO. 3:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 3.

**RESPONSE TO REQUEST NO. 4:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 4.

**RESPONSE TO REQUEST NO. 5:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 5.

Doc. No. 430396                                           1                    RESPONSE OF DEFENDANT TYLER WINKLEVOSS TO FIRST
                                                                                            SET OF REQUESTS FOR ADMISSION

**RESPONSE TO REQUEST NO. 6:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 6.

**RESPONSE TO REQUEST NO. 7:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 7.

**RESPONSE TO REQUEST NO. 8:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 8.

**RESPONSE TO REQUEST NO. 9:**

This Request is Denied.

**RESPONSE TO REQUEST NO. 10:**

This Request is Denied.

**RESPONSE TO REQUEST NO. 11:**

This Request is Denied.

**RESPONSE TO REQUEST NO. 12:**

This Request is Denied.

**RESPONSE TO REQUEST NO. 13:**

This Request is Denied.

**RESPONSE TO REQUEST NO. 14:**

This Request is Denied.

**RESPONSE TO REQUEST NO. 15:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 15.

**RESPONSE TO REQUEST NO. 16:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 16.

**RESPONSE TO REQUEST NO. 17:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 17.

**RESPONSE TO REQUEST NO. 18:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 18.

**RESPONSE TO REQUEST NO. 19:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 19.

**RESPONSE TO REQUEST NO. 20:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 20.

**RESPONSE TO REQUEST NO. 21:**

Responding party admits visiting FACEBOOK's website but only in his capacity as a member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to Request No. 21.

**RESPONSE TO REQUEST NO. 22:**

This Request is Denied.

1. **RESPONSE TO REQUEST NO. 23:**
2.     This Request is Denied.
3. **RESPONSE TO REQUEST NO. 24:**
4.     Responding party admits visiting FACEBOOK's website but only in his capacity as a
5. member of ConnectU. Regarding the remainder of the Request, see ConnectU's Response to
6. Request No. 24.
7. **RESPONSE TO REQUEST NO. 25:**
8.     This Request is Denied.
9. ////////////////////

1
2      TYLER WINKLEVOSS, under penalty of perjury under the laws of the State of California,
3 states as follows:
4     1.    That he is one of the Defendants in the above-entitled action;
5     2.    That he has read the foregoing RESPONSE OF DEFENDANT TYLER
6 WINKLEVOSS TO FIRST SET OF REQUESTS FOR ADMISSIONS and knows the contents
7 thereof, and that the same is true of his own knowledge, save and except as to the matters which are
8 therein stated on his information or belief, and as to those matters, he believes it to be true.
9     Executed on the _30_ day of October, 2005, at _7:25 PM_.
10
11                          Tyler Winklevoss
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RESPONSE OF DEFENDANT TYLER WINKLEVOSS TO FIRST