The Facebook, Inc. v. Connectu, LLC et al
Case 5:07-cv-01389-RS   Document 127-41   Filed 08/22/2007   Page 1 of 6
Doc. 127 Att. 40

# EXHIBIT SS

Scott R. Mosko (State Bar No. 106070)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
Stanford Research Park
700 Hansen Way
Palo Alto, California 94304
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Defendants
Connectu LLC, Cameron Winklevoss,
Tyler Winklevoss, Howard Winklevoss,
and Divya Narendra

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| THE FACEBOOK, INC. <br><br> Plaintiff, <br><br> v. <br><br> CONNECTU LLC, CAMERON WINKLEVOSS, TYLER WINKLEVOSS, HOWARD WINKLEVOSS, DIVYA NARENDRA, AND DOES 1-25, <br><br> Defendants. | CASE NO. 105 CV 047381 <br><br> **RESPONSE OF DEFENDANT CONNECTU LLC TO FIRST SET OF REQUESTS FOR ADMISSION** |

| | |
|---|---|
| PROPOUNDING PARTY: | Plaintiff THEFACEBOOK, INC. |
| RESPONDING PARTY: | Defendant CONNECTU LLC |
| SET NO.: | ONE (1) |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

The above-named party hereby responds, pursuant to California Code of Civil Procedure Section 2033, to the requests for admission as follows:

### RESPONSE TO REQUESTS FOR ADMISSIONS

**RESPONSE TO REQUEST NO. 1:**

This Request is Denied.

**RESPONSE TO REQUEST NO. 2:**

ConnectU cannot admit or deny this request as it assumes an unestablished fact that the FACEBOOK listed email addresses on its website that had been "previously registered".

**RESPONSE TO REQUEST NO. 3:**

ConnectU admits that when it entered FACEBOOK's site, various colleges and universities were identified. ConnectU did not understand what was on FACEBOOK's site before it was visited. ConnectU has no recollection whether "the purpose" of visiting the FACEBOOK's site was to identify colleges and universities, and therefore cannot admit or deny this Request.

**RESPONSE TO REQUEST NO. 4:**

ConnectU objects to the phrase "visible website features" as vague and ambiguous. As such, ConnectU cannot admit or deny this Request. ConnectU admits visiting FACEBOOK's website, however, ConnectU did not understand what was on FACEBOOK's site before it was visited.

**RESPONSE TO REQUEST NO. 5:**

ConnectU objects to the phrase "functions permitted" as vague and ambiguous. As such, ConnectU cannot admit or deny this Request. ConnectU admits visiting various pages of FACEBOOK's website, and as a result acquiring a partial understanding of how FACEBOOK's site operated, however, ConnectU did not understand what was on FACEBOOK's site before it was visited. .

Doc. No. 430387                                1                    RESPONSE OF DEFENDANT CONNECTU LLC TO FIRST SET OF REQUESTS FOR ADMISSION

| | |
|---|---|
| 1 | **RESPONSE TO REQUEST NO. 6:** |
| 2 | This Request is Denied. |
| 3 | **RESPONSE TO REQUEST NO. 7:** |
| 4 | This Request is Admitted. |
| 5 | **RESPONSE TO REQUEST NO. 8:** |
| 6 | This Request is Denied |
| 7 | **RESPONSE TO REQUEST NO. 9:** |
| 8 | This Request is Denied |
| 9 | **RESPONSE TO REQUEST NO. 10:** |
| 10 | This Request is Denied |
| 11 | **RESPONSE TO REQUEST NO. 11:** |
| 12 | This Request is Denied |
| 13 | **RESPONSE TO REQUEST NO. 12:** |
| 14 | This Request is Denied. |
| 15 | **RESPONSE TO REQUEST NO. 13:** |
| 16 | This Request is Denied. |
| 17 | **RESPONSE TO REQUEST NO. 14:** |
| 18 | This Request is Denied |
| 19 | **RESPONSE TO REQUEST NO. 15:** |
| 20 | This Request is Denied |
| 21 | **RESPONSE TO REQUEST NO. 16:** |
| 22 | ConnectU cannot admit or deny this Request as its members who have visited the site have no independent recollection whether FACEBOOK included a section called "Terms of Use". |
| 24 | **RESPONSE TO REQUEST NO. 17:** |
| 25 | ConnectU cannot admit or deny this Request as its members who have visited the site have no independent recollection whether FACEBOOK included a section called "Terms of Use". |
| 27 | |
| 28 | |

1  **RESPONSE TO REQUEST NO. 18:**
2       This Request is Denied. While CONNECTU does not recall whether FACEBOOK included
3  a section called "Terms of Use", it never agreed to any conditions during any visit made to the site.
4  **RESPONSE TO REQUEST NO. 19:**
5       ConnectU cannot admit or deny this Request as its members who have visited the site have
6  no independent recollection whether FACEBOOK included a section called "Terms of Use".
7  **RESPONSE TO REQUEST NO. 20:**
8       ConnectU cannot admit or deny this Request as its members who have visited the site have
9  no independent recollection whether FACEBOOK included a section called "Terms of Use".
10 **RESPONSE TO REQUEST NO. 21:**
11      ConnectU cannot admit or deny this Request as its members who have visited the site have
12 no independent recollection whether FACEBOOK included a section called "Terms of Use".
13 **RESPONSE TO REQUEST NO. 22:**
14      This Request is Denied.
15 **RESPONSE TO REQUEST NO. 23:**
16      This Request is Denied.
17 **RESPONSE TO REQUEST NO. 24:**
18      This Request in Denied.
19 **RESPONSE TO REQUEST NO. 25:**
20      This Request is Denied.
21 /////////////////////////////////////////////
22
23
24
25
26
27
28

I, CAMERON WINKLEVOSS on behalf of CONNECTU LLC under penalty of perjury under the laws of the State of California, state as follows:

1. That I am an officer of ConnectU LLC.

2. That ConnectU LLC, is one of the defendants in the above-entitled action;

3. That I have read the foregoing RESPONSE OF DEFENDANT CONNECTU LLC TO FORM INTERROGATORIES, and to first set of Requests for Admissions, and know the contents thereof; and that I am informed and believe and thereon state that the matters stated therein are true.

Executed on the 30 day of October, 2005, at 7:25 PM.

_____
Cameron Winklevoss,

RESPONSE OF DEFENDANT CONNECTU LLC TO FORM