# EXHIBIT WW

Dockets.Justia.com

1  G. HOPKINS GUY, III (STATE BAR NO. 124811)
   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
2  MONTE COOPER (STATE BAR NO. 196746)
   JOSHUA H. WALKER (STATE BAR NO. 224940)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:     650-614-7400
5  Facsimile:      650-614-7401

6  Attorneys for Plaintiff
   THEFACEBOOK, INC.
7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      COUNTY OF SANTA CLARA

10

11  THEFACEBOOK, INC.,                  CASE NO.  1:05-CV-047381

12              Plaintiff,              **THE FACEBOOK, INC.'S FIRST SET
                                        OF REQUESTS FOR ADMISSION
13        v.                            DIRECTED TO DEFENDANT DIVYA
                                        NARENDRA (C.C.P. § 2033)**
14  CONNECTU LLC, CAMERON
    WINKLEVOSS, TYLER WINKLEVOSS,
15  HOWARD WINKLEVOSS, DIVYA
    NARENDRA, AND DOES 1-25,
16
                Defendants.
17

18

19

20       **PROPOUNDING PARTY**:  DIVYA NARENDRA

         **RESPONDING PARTY**:     CONNECTU LLC,
21
         **SET NO**:                ONE
22

23           YOU ARE HEREBY REQUESTED, pursuant to Code of Civil Procedure section

24  2033, to answer the following requests for admission separately and fully, in writing, and under

25  penalty of perjury, within thirty (30) days after service.

26                    **DEFINITIONS AND INSTRUCTIONS**

27       1.      "IDENTIFY," when used with respect to a natural person, means state the name,

28

1   current telephone number and current home or business address of the person(s).  If current

2   information is not available, please provide the last available information regarding the person(s).

3         2.     "IDENTIFY," when used with respect to any other person, means state the name,

4   place and date of incorporation or organization, principal place of business, and the identity of all

5   natural persons having knowledge of the matter with respect to which it is named in an answer to

6   an interrogatory.

7         3.     "PERSON", "PERSONS" mean both natural persons and legal entities, including,

8   without limitation corporations, companies, firms, partnerships, joint ventures, proprietorships,

9   associations, and governmental bodies or agencies.  Unless noted otherwise, references to any

10  person, entity or party herein include its, his, or her agents, attorneys, employees, employers,

11  officers, directors, or others acting on or purporting to act on behalf of said person, entity, or

12  party.

13        4.     "THEFACEBOOK" means, without limitation, TheFacebook, Inc. its past and

14  present parents, subsidiaries, affiliates, predecessors and successors, divisions, officers, directors,

15  trustees, employees, staff members, attorneys, representatives, consultants, agents and all persons

16  acting or purporting to act on its behalf.

17        5.     "YOU", "YOUR", and/or "CONNECTU," mean defendant DIVYA NARENDRA,

18  ConnectU LLC, its directors, officers, parents, subsidiaries, predecessors, successors, assigns,

19  agents, servants, employees, investigators, attorneys, and all other persons and entities

20  representing it or acting on its behalf, or purporting to act on its behalf, including Tyler

21  Winklevoss, Howard Winklevoss, Cameron Winklevoss, Pacific Northwest Software, and/or

22  Winston Williams.  It is acknowledged that the issue of whether HARVARD CONNECTION is a

23  predecessor in interest to CONNECTU may be disputed.  To the extent that an interrogatory

24  requests information on "CONNECTU" "YOU", "YOUR", YOU must respond with specific

25  information relating to ConnectU LLC first and all PERSONS listed above other than

26  HARVARDCONNECTION.  To the extent that YOU contend that any requested information

27  Relates to HARVARDCONNECTION directly (e.g., a contention that a trade secret belonged to

28  HARVARDCONNECTION) YOU must separately detail your response vis-à-vis

- 2 -

1  HARVARDCONNECTION.

2      6.    "HARVARDCONNECTION" means a project to develop a website for Harvard

3  University students and alumni, which made use of the term "HARVARDCONNECTION", and

4  any individual, group, or association conducting or proposing work to develop such website.

5      7.    If you object to any of the requests for admission herein on privilege grounds, state

6  the privilege claimed and describe the facts giving rise to the privilege claim in sufficient detail so

7  that the Court can adjudicate the validity of the claim.

8      8.    Each answer should be preceded by a reiteration of the full request for admission

9  to which it responds.

10                         **REQUESTS FOR ADMISSION**

11  **REQUEST FOR ADMISSION No. 1:**

12          Admit that YOU have an individual member ID account that is used to accessed

13  THEFACEBOOK's website.

14  **REQUEST FOR ADMISSION No. 2:**

15          Admit that YOU have accessed THEFACEBOOK website for the purpose of

16  acquiring email addresses previously registered with THEFACEBOOK.

17  **REQUEST FOR ADMISSION No. 3:**

18          Admit that YOU have accessed THEFACEBOOK website for the purpose of

19  identifying all colleges and universities that are included in the online directory maintained by

20  THEFACEBOOK.

21  **REQUEST FOR ADMISSION No. 4:**

22          Admit that YOU have accessed THEFACEBOOK website for the purpose of

23  identifying visible website features offered by THEFACEBOOK.

24  **REQUEST FOR ADMISSION No. 5:**

25          Admit that YOU have accessed THEFACEBOOK website for the purpose of

26  identifying what functions are permitted by THEFACEBOOK website software.

27  **REQUEST FOR ADMISSION No. 6:**

28          Admit that you have accessed THEFACEBOOK website by deliberately

- 3 -

1    circumventing what YOU knew were security features intended to limit access to

2    THEFACEBOOK website.

3    **REQUEST FOR ADMISSION No. 7:**

4            Admit that YOU accessed THEFACEBOOK's website using more than one

5    FACEBOOK individual member ID account.

6    **REQUEST FOR ADMISSION No. 8:**

7            Admit that you used the e-mail addresses of THEFACEBOOK members obtained

8    by accessing THEFACEBOOK website in order to solicit memberships to CONNECTU.

9    **REQUEST FOR ADMISSION No. 9:**

10           Admit that YOU distributed e-mails to members of THEFACEBOOK for the

11   purpose of soliciting them for the CONNECTU site.

12   **REQUEST FOR ADMISSION No. 10:**

13           Admit that YOU downloaded data from THEFACEBOOK's website that you

14   incorporated into CONNECTU's own website.

15   **REQUEST FOR ADMISSION No. 11:**

16           Admit that CONNECTU's website traffic increased as a result of the solicitations

17   YOU made to the email accounts YOU obtained from THEFACEBOOK's website.

18   **REQUEST FOR ADMISSION No. 12:**

19           Admit that YOU employed or retained Pacific Northwest Software for the purpose

20   of retrieving and/or gathering information from THEFACEBOOK's website.

21   **REQUEST FOR ADMISSION No. 13:**

22           Admit that YOU employed or retained Winston Williams for the purpose of

23   retrieving and/or gathering information from THEFACEBOOK's website.

24   **REQUEST FOR ADMISSION No. 14:**

25           Admit that revenue generated by CONNECTU increased after YOU used the

26   email addressed YOU obtained from THEFACEBOOK's website to solicit membership to

27   CONNECTU.

28   **REQUEST FOR ADMISSION No. 15:**

- 4 -

1          Admit that YOU accessed THEFACEBOOK's website, in order to identify

2    features that might improve CONNECTU's business.

3    **REQUEST FOR ADMISSION No. 16:**

4          Admit that at all times prior to June 27, 2005 when YOU accessed

5    THEFACEBOOK's website, it included a section called "Terms of Use."

6    **REQUEST FOR ADMISSION No. 17:**

7          Admit that at all times prior to June 27, 2005 when YOU accessed

8    THEFACEBOOK's website, the "Terms of Use" for THEFACEBOOK website stated "By using

9    the Facebook web site (the 'Web site') you signify that you have read, understand and agree to be

10   bound by these Terms of Use (this 'Agreement')."

11   **REQUEST FOR ADMISSION No. 18:**

12         Admit that at all times prior to June 27, 2005 when YOU accessed

13   THEFACEBOOK's website YOU agreed to be bound by THEFACEBOOK's "Terms of Use."

14   **REQUEST FOR ADMISSION No. 19:**

15         Admit that at all times prior to June 27, 2005 when YOU accessed

16   THEFACEBOOK's website, the "Terms of Use" for THEFACEBOOK website stated as follows:

17
18       The Web site is for the personal use of individual Members only
    and may not be used in connection with any commercial endeavors.
    Organizations, companies, and/or businesses may not become

19       Members and should not use the Service or the Web site for any
    purpose. Illegal and/or unauthorized uses of the Web site, including
    collecting email addresses or other contact information of members

20       by electronic or other means for the purpose of sending unsolicited
    email and unauthorized framing of or linking to the Web site will

21       be investigated, and appropriate legal action will be taken,
    including without limitation, civil, criminal, and injunctive redress.

22

23   **REQUEST FOR ADMISSION No. 20:**

24         Admit that at all times prior to June 27, 2005 when YOU accessed

25   THEFACEBOOK's website, the "Terms of Use" for THEFACEBOOK website stated as follows:

26       You may not engage in advertising to, or solicitation of, other
    Members to buy or sell any products or services through the

27       Service.  You may not transmit any chain letters or junk email to
    other members.  Although Thefacebook cannot monitor the conduct

28       of its members off the Web site, it is also a violation of these rules

- 5 -

1   to use any information obtained from the Service in order to harass,
    abuse, or harm another person, or in order to advertise to, solicit, or
2   sell to any member without their prior consent.

3   **REQUEST FOR ADMISSION No. 21:**

4           Admit that at all times prior to June 27, 2005 when YOU accessed

5   THEFACEBOOK's website, the "Terms of Use" for THEFACEBOOK website stated as follows:

6           Thefacebook owns and retains all proprietary rights in the Web site
        and the Service. The Web site contains the copyrighted material,
7       trademarks, and other proprietary information of Thefacebook, and
        its licensors. Except for that information which is in the public
8       domain or for which you have been given written permission, you
        may not copy, modify, publish, transmit, distribute, perform,
9       display, or sell any such proprietary information.

10  **REQUEST FOR ADMISSION No. 22:**

11          Admit that YOU use a data-import program called "Social Butterfly."

12  **REQUEST FOR ADMISSION No. 23:**

13          Admit that the Social Butterfly software shortens the registration process for users

14  who want to switch to CONNECTU from other social networking sites by allowing new users to

15  import profile information and friends lists from THEFACEBOOK.

16  **REQUEST FOR ADMISSION No. 24:**

17          Admit that YOU used the email accounts YOU obtained from THEFACEBOOK

18  website in conjunction with Social Butterfly.

19  **REQUEST FOR ADMISSION No. 25:**

20          Admit that when YOU used email accounts that YOU obtained from

21  THEFACEBOOK website to support Social Butterfly, YOU breached THEFACEBOOK's Terms

22  of Use.

23

24

25

26

27

28

- 6 -

1  DATED:  September 2℃, 2005

2

3                                      Monte Cooper
                                       Attorneys for Plaintiff
4                                      THEFACEBOOK, INC.

5

6  DOCSSV1:427541.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUESTS FOR ADMISSION: SET ONE
CASE NO. 1:05-CV-047381

G. HOPKINS GUY, III (STATE BAR NO. 124811)
I. NEEL CHATTERJEE (STATE BAR NO. 173985)
MONTE COOPER (STATE BAR NO. 196746)
JOSHUA H. WALKER (STATE BAR NO. 224940)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiff
THEFACEBOOK, INC.

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| THEFACEBOOK, INC., | CASE NO.  1:05-CV-047381 |
| Plaintiff, | **THE FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSION DIRECTED TO DEFENDANT CONNECTU LLC (C.C.P. § 2033)** |
| v. | |
| CONNECTU LLC, CAMERON WINKLEVOSS, TYLER WINKLEVOSS, HOWARD WINKLEVOSS, DIVYA NARENDRA, AND DOES 1-25, | |
| Defendants. | |

**PROPOUNDING PARTY**:  THEFACEBOOK, INC.

**RESPONDING PARTY**:  CONNECTU LLC,

**SET NO**:             ONE

YOU ARE HEREBY REQUESTED, pursuant to Code of Civil Procedure section 2033, to answer the following requests for admission separately and fully, in writing, and under penalty of perjury, within thirty (30) days after service.

## DEFINITIONS AND INSTRUCTIONS

1.    "IDENTIFY," when used with respect to a natural person, means state the name,

1   current telephone number and current home or business address of the person(s).  If current

2   information is not available, please provide the last available information regarding the person(s).

3       2.      "IDENTIFY," when used with respect to any other person, means state the name,

4   place and date of incorporation or organization, principal place of business, and the identity of all

5   natural persons having knowledge of the matter with respect to which it is named in an answer to

6   an interrogatory.

7       3.      "PERSON", "PERSONS" mean both natural persons and legal entities, including,

8   without limitation corporations, companies, firms, partnerships, joint ventures, proprietorships,

9   associations, and governmental bodies or agencies.  Unless noted otherwise, references to any

10  person, entity or party herein include its, his, or her agents, attorneys, employees, employers,

11  officers, directors, or others acting on or purporting to act on behalf of said person, entity, or

12  party.

13      4.      "THEFACEBOOK" means, without limitation, TheFacebook, Inc. its past and

14  present parents, subsidiaries, affiliates, predecessors and successors, divisions, officers, directors,

15  trustees, employees, staff members, attorneys, representatives, consultants, agents and all persons

16  acting or purporting to act on its behalf.

17      5.      "CONNECTU" "YOU", "YOUR", mean defendant ConnectU LLC, its directors,

18  officers, parents, subsidiaries, predecessors, successors, assigns, agents, servants, employees,

19  investigators, attorneys, and all other persons and entities representing it or acting on its behalf, or

20  purporting to act on its behalf, including Cameron Winklevoss, Tyler Winklevoss, Howard

21  Winklevoss, Divya Narendra, Pacific Northwest Software, and/or Winston Williams.  It is

22  acknowledged that the issue of whether HARVARD CONNECTION is a predecessor in interest

23  to CONNECTU may be disputed.  To the extent that an interrogatory requests information on

24  "CONNECTU" "YOU", "YOUR", YOU must respond with specific information relating to

25  ConnectU LLC first and all PERSONS listed above other than HARVARDCONNECTION.  To

26  the extent that YOU contend that any requested information Relates to

27  HARVARDCONNECTION directly (e.g., a contention that a trade secret belonged to

28  HARVARDCONNECTION) YOU must separately detail your response vis-à-vis

- 2 -

1    HARVARDCONNECTION.

2        6.    "HARVARDCONNECTION" means a project to develop a website for Harvard

3    University students and alumni, which made use of the term "HARVARDCONNECTION", and

4    any individual, group, or association conducting or proposing work to develop such website.

5        7.    If you object to any of the requests for admission herein on privilege grounds, state

6    the privilege claimed and describe the facts giving rise to the privilege claim in sufficient detail so

7    that the Court can adjudicate the validity of the claim.

8        8.    Each answer should be preceded by a reiteration of the full request for admission

9    to which it responds.

10                           **REQUESTS FOR ADMISSION**

11    **REQUEST FOR ADMISSION No. 1:**

12        Admit that YOU have an individual member ID account that is used to accessed

13    THEFACEBOOK's website.

14    **REQUEST FOR ADMISSION No. 2:**

15        Admit that YOU have accessed THEFACEBOOK website for the purpose of

16    acquiring email addresses previously registered with THEFACEBOOK.

17    **REQUEST FOR ADMISSION No. 3:**

18        Admit that YOU have accessed THEFACEBOOK website for the purpose of

19    identifying all colleges and universities that are included in the online directory maintained by

20    THEFACEBOOK.

21    **REQUEST FOR ADMISSION No. 4:**

22        Admit that YOU have accessed THEFACEBOOK website for the purpose of

23    identifying visible website features offered by THEFACEBOOK.

24    **REQUEST FOR ADMISSION No. 5:**

25        Admit that YOU have accessed THEFACEBOOK website for the purpose of

26    identifying what functions are permitted by THEFACEBOOK website software.

27    **REQUEST FOR ADMISSION No. 6:**

28        Admit that you have accessed THEFACEBOOK website by deliberately

- 3 -

1    circumventing what YOU knew were security features intended to limit access to

2    THEFACEBOOK website.

3    **REQUEST FOR ADMISSION No. 7:**

4           Admit that YOU accessed THEFACEBOOK's website using more than one

5    FACEBOOK individual member ID account.

6    **REQUEST FOR ADMISSION No. 8:**

7           Admit that you used the e-mail addresses of THEFACEBOOK members obtained

8    by accessing THEFACEBOOK website in order to solicit memberships to CONNECTU.

9    **REQUEST FOR ADMISSION No. 9:**

10          Admit that YOU distributed e-mails to members of THEFACEBOOK for the

11   purpose of soliciting them for the CONNECTU site.

12   **REQUEST FOR ADMISSION No. 10:**

13          Admit that YOU downloaded data from THEFACEBOOK's website that you

14   incorporated into CONNECTU's own website.

15   **REQUEST FOR ADMISSION No. 11:**

16          Admit that CONNECTU's website traffic increased as a result of the solicitations

17   YOU made to the email accounts YOU obtained from THEFACEBOOK's website.

18   **REQUEST FOR ADMISSION No. 12:**

19          Admit that YOU employed or retained Pacific Northwest Software for the purpose

20   of retrieving and/or gathering information from THEFACEBOOK's website.

21   **REQUEST FOR ADMISSION No. 13:**

22          Admit that YOU employed or retained Winston Williams for the purpose of

23   retrieving and/or gathering information from THEFACEBOOK's website.

24   **REQUEST FOR ADMISSION No. 14:**

25          Admit that revenue generated by CONNECTU increased after YOU used the

26   email addressed YOU obtained from THEFACEBOOK's website to solicit membership to

27   CONNECTU.

28   **REQUEST FOR ADMISSION No. 15:**

- 4 -

1    Admit that YOU accessed THEFACEBOOK's website, in order to identify

2    features that might improve CONNECTU's business.

3    **REQUEST FOR ADMISSION No. 16:**

4    Admit that at all times prior to June 27, 2005 when YOU accessed

5    THEFACEBOOK's website, it included a section called "Terms of Use."

6    **REQUEST FOR ADMISSION No. 17:**

7    Admit that at all times prior to June 27, 2005 when YOU accessed

8    THEFACEBOOK's website, the "Terms of Use" for THEFACEBOOK website stated "By using

9    the Facebook web site (the 'Web site') you signify that you have read, understand and agree to be

10    bound by these Terms of Use (this 'Agreement')."

11    **REQUEST FOR ADMISSION No. 18:**

12    Admit that at all times prior to June 27, 2005 when YOU accessed

13    THEFACEBOOK's website YOU agreed to be bound by THEFACEBOOK's "Terms of Use."

14    **REQUEST FOR ADMISSION No. 19:**

15    Admit that at all times prior to June 27, 2005 when YOU accessed

16    THEFACEBOOK's website, the "Terms of Use" for THEFACEBOOK website stated as follows:

17
18    The Web site is for the personal use of individual Members only
       and may not be used in connection with any commercial endeavors.
       Organizations, companies, and/or businesses may not become
19    Members and should not use the Service or the Web site for any
       purpose. Illegal and/or unauthorized uses of the Web site, including
       collecting email addresses or other contact information of members
20    by electronic or other means for the purpose of sending unsolicited
       email and unauthorized framing of or linking to the Web site will
21    be investigated, and appropriate legal action will be taken,
       including without limitation, civil, criminal, and injunctive redress.
22

23    **REQUEST FOR ADMISSION No. 20:**

24    Admit that at all times prior to June 27, 2005 when YOU accessed

25    THEFACEBOOK's website, the "Terms of Use" for THEFACEBOOK website stated as follows:

26    You may not engage in advertising to, or solicitation of, other
       Members to buy or sell any products or services through the
27    Service. You may not transmit any chain letters or junk email to
       other members. Although Thefacebook cannot monitor the conduct
28    of its members off the Web site, it is also a violation of these rules

- 5 -

1    to use any information obtained from the Service in order to harass,
     abuse, or harm another person, or in order to advertise to, solicit, or
2    sell to any member without their prior consent.

3    **REQUEST FOR ADMISSION No. 21:**

4          Admit that at all times prior to June 27, 2005 when YOU accessed

5    THEFACEBOOK's website, the "Terms of Use" for THEFACEBOOK website stated as follows:

6          Thefacebook owns and retains all proprietary rights in the Web site
          and the Service. The Web site contains the copyrighted material,
7         trademarks, and other proprietary information of Thefacebook, and
          its licensors. Except for that information which is in the public
8         domain or for which you have been given written permission, you
          may not copy, modify, publish, transmit, distribute, perform,
9         display, or sell any such proprietary information.

10   **REQUEST FOR ADMISSION No. 22:**

11         Admit that YOU use a data-import program called "Social Butterfly."

12   **REQUEST FOR ADMISSION No. 23:**

13         Admit that the Social Butterfly software shortens the registration process for users

14   who want to switch to CONNECTU from other social networking sites by allowing new users to

15   import profile information and friends lists from THEFACEBOOK.

16   **REQUEST FOR ADMISSION No. 24:**

17         Admit that YOU used the email accounts YOU obtained from THEFACEBOOK

18   website in conjunction with Social Butterfly.

19   **REQUEST FOR ADMISSION No. 25:**

20         Admit that when YOU used email accounts that YOU obtained from

21   THEFACEBOOK website to support Social Butterfly, YOU breached THEFACEBOOK's Terms

22   of Use.

23

24

25

26

27

28

- 6 -

1   DATED: September 26, 2005

2

3                                        Monte Cooper

4                                Attorneys for Plaintiff
                               THEFACEBOOK, INC.

5

6   DOCSSV1:427536.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 7 -

1   G. HOPKINS GUY, III (STATE BAR NO. 124811)
    I. NEEL CHATTERJEE (STATE BAR NO. 173985)
2   MONTE COOPER (STATE BAR NO. 196746)
    JOSHUA H. WALKER (STATE BAR NO. 224940)
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
4   Menlo Park, CA 94025
    Telephone:    650-614-7400
5   Facsimile:    650-614-7401

6   Attorneys for Plaintiff
    THEFACEBOOK, INC.

7

8               SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      COUNTY OF SANTA CLARA

10

11  THEFACEBOOK, INC.,                    CASE NO. 1:05-CV-047381

12              Plaintiff,                 **THE FACEBOOK, INC.'S FIRST SET
                                           OF REQUESTS FOR ADMISSION
13        v.                               DIRECTED TO DEFENDANT
                                           CAMERON WINKLEVOSS (C.C.P. §
14  CONNECTU LLC, CAMERON                  2033)**
    WINKLEVOSS, TYLER WINKLEVOSS,
15  HOWARD WINKLEVOSS, DIVYA
    NARENDRA, AND DOES 1-25,
16
                Defendants.
17

18

19

20      **PROPOUNDING PARTY**: CAMERON WINKLEVOSS

21      **RESPONDING PARTY**:    CONNECTU LLC,

22      **SET NO**:              ONE

23

24          YOU ARE HEREBY REQUESTED, pursuant to Code of Civil Procedure section

25  2033, to answer the following requests for admission separately and fully, in writing, and under

    penalty of perjury, within thirty (30) days after service.
26
                        **DEFINITIONS AND INSTRUCTIONS**
27
            1.      "IDENTIFY," when used with respect to a natural person, means state the name,
28

---
REQUESTS FOR ADMISSION: SET ONE

1  current telephone number and current home or business address of the person(s).  If current

2  information is not available, please provide the last available information regarding the person(s).

3          2.      "IDENTIFY," when used with respect to any other person, means state the name,

4  place and date of incorporation or organization, principal place of business, and the identity of all

5  natural persons having knowledge of the matter with respect to which it is named in an answer to

6  an interrogatory.

7          3.      "PERSON", "PERSONS" mean both natural persons and legal entities, including,

8  without limitation corporations, companies, firms, partnerships, joint ventures, proprietorships,

9  associations, and governmental bodies or agencies.  Unless noted otherwise, references to any

10 person, entity or party herein include its, his, or her agents, attorneys, employees, employers,

11 officers, directors, or others acting on or purporting to act on behalf of said person, entity, or

12 party.

13         4.      "THEFACEBOOK" means, without limitation, TheFacebook, Inc. its past and

14 present parents, subsidiaries, affiliates, predecessors and successors, divisions, officers, directors,

15 trustees, employees, staff members, attorneys, representatives, consultants, agents and all persons

16 acting or purporting to act on its behalf.

17         5.      "YOU", "YOUR", and/or "CONNECTU," mean defendant CAMERON

18 WINKLEVOSS,  ConnectU LLC, its directors, officers, parents, subsidiaries, predecessors,

19 successors, assigns, agents, servants, employees, investigators, attorneys, and all other persons

20 and entities representing it or acting on its behalf, or purporting to act on its behalf, including

21 Tyler Winklevoss, Howard Winklevoss, Divya Narendra, Pacific Northwest Software, and/or

22 Winston Williams.  It is acknowledged that the issue of whether HARVARD CONNECTION is a

23 predecessor in interest to CONNECTU may be disputed.  To the extent that an interrogatory

24 requests information on "CONNECTU" "YOU", "YOUR", YOU must respond with specific

25 information relating to ConnectU LLC first and all PERSONS listed above other than

26 HARVARDCONNECTION.  To the extent that YOU contend that any requested information

27 Relates to HARVARDCONNECTION directly (e.g., a contention that a trade secret belonged to

28 HARVARDCONNECTION) YOU must separately detail your response vis-à-vis

- 2 -

1  HARVARDCONNECTION.

2      6.      "HARVARDCONNECTION" means a project to develop a website for Harvard

3  University students and alumni, which made use of the term "HARVARDCONNECTION", and

4  any individual, group, or association conducting or proposing work to develop such website.

5      7.      If you object to any of the requests for admission herein on privilege grounds, state

6  the privilege claimed and describe the facts giving rise to the privilege claim in sufficient detail so

7  that the Court can adjudicate the validity of the claim.

8      8.      Each answer should be preceded by a reiteration of the full request for admission

9  to which it responds.

10                          **REQUESTS FOR ADMISSION**

11  **REQUEST FOR ADMISSION No. 1:**

12      Admit that YOU have an individual member ID account that is used to accessed

13  THEFACEBOOK's website.

14  **REQUEST FOR ADMISSION No. 2:**

15      Admit that YOU have accessed THEFACEBOOK website for the purpose of

16  acquiring email addresses previously registered with THEFACEBOOK.

17  **REQUEST FOR ADMISSION No. 3:**

18      Admit that YOU have accessed THEFACEBOOK website for the purpose of

19  identifying all colleges and universities that are included in the online directory maintained by

20  THEFACEBOOK.

21  **REQUEST FOR ADMISSION No. 4:**

22      Admit that YOU have accessed THEFACEBOOK website for the purpose of

23  identifying visible website features offered by THEFACEBOOK.

24  **REQUEST FOR ADMISSION No. 5:**

25      Admit that YOU have accessed THEFACEBOOK website for the purpose of

26  identifying what functions are permitted by THEFACEBOOK website software.

27  **REQUEST FOR ADMISSION No. 6:**

28      Admit that you have accessed THEFACEBOOK website by deliberately

- 3 -

1  circumventing what YOU knew were security features intended to limit access to

2  THEFACEBOOK website.

3  **REQUEST FOR ADMISSION No. 7:**

4          Admit that YOU accessed THEFACEBOOK's website using more than one

5  FACEBOOK individual member ID account.

6  **REQUEST FOR ADMISSION No. 8:**

7          Admit that you used the e-mail addresses of THEFACEBOOK members obtained

8  by accessing THEFACEBOOK website in order to solicit memberships to CONNECTU.

9  **REQUEST FOR ADMISSION No. 9:**

10          Admit that YOU distributed e-mails to members of THEFACEBOOK for the

11  purpose of soliciting them for the CONNECTU site.

12  **REQUEST FOR ADMISSION No. 10:**

13          Admit that YOU downloaded data from THEFACEBOOK's website that you

14  incorporated into CONNECTU's own website.

15  **REQUEST FOR ADMISSION No. 11:**

16          Admit that CONNECTU's website traffic increased as a result of the solicitations

17  YOU made to the email accounts YOU obtained from THEFACEBOOK's website.

18  **REQUEST FOR ADMISSION No. 12:**

19          Admit that YOU employed or retained Pacific Northwest Software for the purpose

20  of retrieving and/or gathering information from THEFACEBOOK's website.

21  **REQUEST FOR ADMISSION No. 13:**

22          Admit that YOU employed or retained Winston Williams for the purpose of

23  retrieving and/or gathering information from THEFACEBOOK's website.

24  **REQUEST FOR ADMISSION No. 14:**

25          Admit that revenue generated by CONNECTU increased after YOU used the

26  email addressed YOU obtained from THEFACEBOOK's website to solicit membership to

27  CONNECTU.

28  **REQUEST FOR ADMISSION No. 15:**

- 4 -

1   Admit that YOU accessed THEFACEBOOK's website, in order to identify

2   features that might improve CONNECTU's business.

3   **REQUEST FOR ADMISSION No. 16:**

4   Admit that at all times prior to June 27, 2005 when YOU accessed

5   THEFACEBOOK's website, it included a section called "Terms of Use."

6   **REQUEST FOR ADMISSION No. 17:**

7   Admit that at all times prior to June 27, 2005 when YOU accessed

8   THEFACEBOOK's website, the "Terms of Use" for THEFACEBOOK website stated "By using

9   the Facebook web site (the 'Web site') you signify that you have read, understand and agree to be

10  bound by these Terms of Use (this 'Agreement')."

11  **REQUEST FOR ADMISSION No. 18:**

12  Admit that at all times prior to June 27, 2005 when YOU accessed

13  THEFACEBOOK's website YOU agreed to be bound by THEFACEBOOK's "Terms of Use."

14  **REQUEST FOR ADMISSION No. 19:**

15  Admit that at all times prior to June 27, 2005 when YOU accessed

16  THEFACEBOOK's website, the "Terms of Use" for THEFACEBOOK website stated as follows:

17  The Web site is for the personal use of individual Members only
    and may not be used in connection with any commercial endeavors.
18  Organizations, companies, and/or businesses may not become
    Members and should not use the Service or the Web site for any
19  purpose. Illegal and/or unauthorized uses of the Web site, including
    collecting email addresses or other contact information of members
20  by electronic or other means for the purpose of sending unsolicited
    email and unauthorized framing of or linking to the Web site will
21  be investigated, and appropriate legal action will be taken,
    including without limitation, civil, criminal, and injunctive redress.
22

23  **REQUEST FOR ADMISSION No. 20:**

24  Admit that at all times prior to June 27, 2005 when YOU accessed

25  THEFACEBOOK's website, the "Terms of Use" for THEFACEBOOK website stated as follows:

26  You may not engage in advertising to, or solicitation of, other
    Members to buy or sell any products or services through the
27  Service. You may not transmit any chain letters or junk email to
    other members. Although Thefacebook cannot monitor the conduct
28  of its members off the Web site, it is also a violation of these rules

- 5 -

to use any information obtained from the Service in order to harass, abuse, or harm another person, or in order to advertise to, solicit, or sell to any member without their prior consent.

## REQUEST FOR ADMISSION No. 21:

Admit that at all times prior to June 27, 2005 when YOU accessed THEFACEBOOK's website, the "Terms of Use" for THEFACEBOOK website stated as follows:

Thefacebook owns and retains all proprietary rights in the Web site and the Service. The Web site contains the copyrighted material, trademarks, and other proprietary information of Thefacebook, and its licensors. Except for that information which is in the public domain or for which you have been given written permission, you may not copy, modify, publish, transmit, distribute, perform, display, or sell any such proprietary information.

## REQUEST FOR ADMISSION No. 22:

Admit that YOU use a data-import program called "Social Butterfly."

## REQUEST FOR ADMISSION No. 23:

Admit that the Social Butterfly software shortens the registration process for users who want to switch to CONNECTU from other social networking sites by allowing new users to import profile information and friends lists from THEFACEBOOK.

## REQUEST FOR ADMISSION No. 24:

Admit that YOU used the email accounts YOU obtained from THEFACEBOOK website in conjunction with Social Butterfly.

## REQUEST FOR ADMISSION No. 25:

Admit that when YOU used email accounts that YOU obtained from THEFACEBOOK website to support Social Butterfly, YOU breached THEFACEBOOK's Terms of Use.

- 6 -

1    DATED:  September ___, 2005

2

3                                                        _____
                                                              Monte Cooper
4                                                         Attorneys for Plaintiff
                                                         THEFACEBOOK, INC.
5

6    DOCSSV1:427540.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 7 -

1   G. HOPKINS GUY, III (STATE BAR NO. 124811)
    I. NEEL CHATTERJEE (STATE BAR NO. 173985)
2   MONTE COOPER (STATE BAR NO. 196746)
    JOSHUA H. WALKER (STATE BAR NO. 224940)
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
4   Menlo Park, CA 94025
    Telephone:    650-614-7400
5   Facsimile:    650-614-7401

6   Attorneys for Plaintiff
    THEFACEBOOK, INC.

7

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF SANTA CLARA

10

11  THEFACEBOOK, INC.,                    CASE NO.  1:05-CV-047381

12          Plaintiff,            **THE FACEBOOK, INC.'S FIRST SET
                                  OF REQUESTS FOR ADMISSION
13      v.                        DIRECTED TO DEFENDANT TYLER
                                  WINKLEVOSS (C.C.P. § 2033)**
14  CONNECTU LLC, CAMERON
    WINKLEVOSS, TYLER WINKLEVOSS,
15  HOWARD WINKLEVOSS, DIVYA
    NARENDRA, AND DOES 1-25,
16
            Defendants.
17

18

19
    **PROPOUNDING PARTY**: TYLER WINKLEVOSS
20
    **RESPONDING PARTY**:    CONNECTU LLC,
21
    **SET NO**:              ONE
22

23
         YOU ARE HEREBY REQUESTED, pursuant to Code of Civil Procedure section
24
    2033, to answer the following requests for admission separately and fully, in writing, and under
25
    penalty of perjury, within thirty (30) days after service.
26
                    **DEFINITIONS AND INSTRUCTIONS**
27
        1.      "IDENTIFY," when used with respect to a natural person, means state the name,
28

1  current telephone number and current home or business address of the person(s).  If current

2  information is not available, please provide the last available information regarding the person(s).

3      2.    "IDENTIFY," when used with respect to any other person, means state the name,

4  place and date of incorporation or organization, principal place of business, and the identity of all

5  natural persons having knowledge of the matter with respect to which it is named in an answer to

6  an interrogatory.

7      3.    "PERSON", "PERSONS" mean both natural persons and legal entities, including,

8  without limitation corporations, companies, firms, partnerships, joint ventures, proprietorships,

9  associations, and governmental bodies or agencies.  Unless noted otherwise, references to any

10  person, entity or party herein include its, his, or her agents, attorneys, employees, employers,

11  officers, directors, or others acting on or purporting to act on behalf of said person, entity, or

12  party.

13      4.    "THEFACEBOOK" means, without limitation, TheFacebook, Inc. its past and

14  present parents, subsidiaries, affiliates, predecessors and successors, divisions, officers, directors,

15  trustees, employees, staff members, attorneys, representatives, consultants, agents and all persons

16  acting or purporting to act on its behalf.

17      5.    "YOU", "YOUR", and/or "CONNECTU," mean defendant TYLER

18  WINKLEVOSS,  ConnectU LLC, its directors, officers, parents, subsidiaries, predecessors,

19  successors, assigns, agents, servants, employees, investigators, attorneys, and all other persons

20  and entities representing it or acting on its behalf, or purporting to act on its behalf, including

21  Cameron Winklevoss, Howard Winklevoss, Divya Narendra, Pacific Northwest Software, and/or

22  Winston Williams.  It is acknowledged that the issue of whether HARVARD CONNECTION is a

23  predecessor in interest to CONNECTU may be disputed.  To the extent that an interrogatory

24  requests information on "CONNECTU" "YOU", "YOUR", YOU must respond with specific

25  information relating to ConnectU LLC first and all PERSONS listed above other than

26  HARVARDCONNECTION.  To the extent that YOU contend that any requested information

27  Relates to HARVARDCONNECTION directly (e.g., a contention that a trade secret belonged to

28  HARVARDCONNECTION) YOU must separately detail your response vis-à-vis

- 2 -

1  HARVARDCONNECTION.

2      6.      "HARVARDCONNECTION" means a project to develop a website for Harvard

3  University students and alumni, which made use of the term "HARVARDCONNECTION", and

4  any individual, group, or association conducting or proposing work to develop such website.

5      7.      If you object to any of the requests for admission herein on privilege grounds, state

6  the privilege claimed and describe the facts giving rise to the privilege claim in sufficient detail so

7  that the Court can adjudicate the validity of the claim.

8      8.      Each answer should be preceded by a reiteration of the full request for admission

9  to which it responds.

10                          **REQUESTS FOR ADMISSION**

11  **REQUEST FOR ADMISSION No. 1:**

12      Admit that YOU have an individual member ID account that is used to accessed

13  THEFACEBOOK's website.

14  **REQUEST FOR ADMISSION No. 2:**

15      Admit that YOU have accessed THEFACEBOOK website for the purpose of

16  acquiring email addresses previously registered with THEFACEBOOK.

17  **REQUEST FOR ADMISSION No. 3:**

18      Admit that YOU have accessed THEFACEBOOK website for the purpose of

19  identifying all colleges and universities that are included in the online directory maintained by

20  THEFACEBOOK.

21  **REQUEST FOR ADMISSION No. 4:**

22      Admit that YOU have accessed THEFACEBOOK website for the purpose of

23  identifying visible website features offered by THEFACEBOOK.

24  **REQUEST FOR ADMISSION No. 5:**

25      Admit that YOU have accessed THEFACEBOOK website for the purpose of

26  identifying what functions are permitted by THEFACEBOOK website software.

27  **REQUEST FOR ADMISSION No. 6:**

28      Admit that you have accessed THEFACEBOOK website by deliberately

- 3 -

1  circumventing what YOU knew were security features intended to limit access to

2  THEFACEBOOK website.

3  **REQUEST FOR ADMISSION No. 7:**

4         Admit that YOU accessed THEFACEBOOK's website using more than one

5  FACEBOOK individual member ID account.

6  **REQUEST FOR ADMISSION No. 8:**

7         Admit that you used the e-mail addresses of THEFACEBOOK members obtained

8  by accessing THEFACEBOOK website in order to solicit memberships to CONNECTU.

9  **REQUEST FOR ADMISSION No. 9:**

10         Admit that YOU distributed e-mails to members of THEFACEBOOK for the

11  purpose of soliciting them for the CONNECTU site.

12  **REQUEST FOR ADMISSION No. 10:**

13         Admit that YOU downloaded data from THEFACEBOOK's website that you

14  incorporated into CONNECTU's own website.

15  **REQUEST FOR ADMISSION No. 11:**

16         Admit that CONNECTU's website traffic increased as a result of the solicitations

17  YOU made to the email accounts YOU obtained from THEFACEBOOK's website.

18  **REQUEST FOR ADMISSION No. 12:**

19         Admit that YOU employed or retained Pacific Northwest Software for the purpose

20  of retrieving and/or gathering information from THEFACEBOOK's website.

21  **REQUEST FOR ADMISSION No. 13:**

22         Admit that YOU employed or retained Winston Williams for the purpose of

23  retrieving and/or gathering information from THEFACEBOOK's website.

24  **REQUEST FOR ADMISSION No. 14:**

25         Admit that revenue generated by CONNECTU increased after YOU used the

26  email addressed YOU obtained from THEFACEBOOK's website to solicit membership to

27  CONNECTU.

28  **REQUEST FOR ADMISSION No. 15:**

- 4 -

1    Admit that YOU accessed THEFACEBOOK's website, in order to identify

2  features that might improve CONNECTU's business.

3  **REQUEST FOR ADMISSION No. 16:**

4    Admit that at all times prior to June 27, 2005 when YOU accessed

5  THEFACEBOOK's website, it included a section called "Terms of Use."

6  **REQUEST FOR ADMISSION No. 17:**

7    Admit that at all times prior to June 27, 2005 when YOU accessed

8  THEFACEBOOK's website, the "Terms of Use" for THEFACEBOOK website stated "By using

9  the Facebook web site (the 'Web site') you signify that you have read, understand and agree to be

10  bound by these Terms of Use (this 'Agreement')."

11  **REQUEST FOR ADMISSION No. 18:**

12    Admit that at all times prior to June 27, 2005 when YOU accessed

13  THEFACEBOOK's website YOU agreed to be bound by THEFACEBOOK's "Terms of Use."

14  **REQUEST FOR ADMISSION No. 19:**

15    Admit that at all times prior to June 27, 2005 when YOU accessed

16  THEFACEBOOK's website, the "Terms of Use" for THEFACEBOOK website stated as follows:

17
18
19
20
21
22

> The Web site is for the personal use of individual Members only
> and may not be used in connection with any commercial endeavors.
> Organizations, companies, and/or businesses may not become
> Members and should not use the Service or the Web site for any
> purpose. Illegal and/or unauthorized uses of the Web site, including
> collecting email addresses or other contact information of members
> by electronic or other means for the purpose of sending unsolicited
> email and unauthorized framing of or linking to the Web site will
> be investigated, and appropriate legal action will be taken,
> including without limitation, civil, criminal, and injunctive redress.

23  **REQUEST FOR ADMISSION No. 20:**

24    Admit that at all times prior to June 27, 2005 when YOU accessed

25  THEFACEBOOK's website, the "Terms of Use" for THEFACEBOOK website stated as follows:

26
27
28

> You may not engage in advertising to, or solicitation of, other
> Members to buy or sell any products or services through the
> Service.  You may not transmit any chain letters or junk email to
> other members.  Although Thefacebook cannot monitor the conduct
> of its members off the Web site, it is also a violation of these rules

- 5 -

1  to use any information obtained from the Service in order to harass,
   abuse, or harm another person, or in order to advertise to, solicit, or
2  sell to any member without their prior consent.

3  **REQUEST FOR ADMISSION No. 21:**

4        Admit that at all times prior to June 27, 2005 when YOU accessed

5  THEFACEBOOK's website, the "Terms of Use" for THEFACEBOOK website stated as follows:

6        Thefacebook owns and retains all proprietary rights in the Web site
       and the Service. The Web site contains the copyrighted material,
7       trademarks, and other proprietary information of Thefacebook, and
       its licensors.  Except for that information which is in the public
8       domain or for which you have been given written permission, you
       may not copy, modify, publish, transmit, distribute, perform,
9       display, or sell any such proprietary information.

10 **REQUEST FOR ADMISSION No. 22:**

11       Admit that YOU use a data-import program called "Social Butterfly."

12 **REQUEST FOR ADMISSION No. 23:**

13       Admit that the Social Butterfly software shortens the registration process for users

14 who want to switch to CONNECTU from other social networking sites by allowing new users to

15 import profile information and friends lists from THEFACEBOOK.

16 **REQUEST FOR ADMISSION No. 24:**

17       Admit that YOU used the email accounts YOU obtained from THEFACEBOOK

18 website in conjunction with Social Butterfly.

19 **REQUEST FOR ADMISSION No. 25:**

20       Admit that when YOU used email accounts that YOU obtained from

21 THEFACEBOOK website to support Social Butterfly, YOU breached THEFACEBOOK's Terms

22 of Use.

23

24

25

26

27

28

- 6 -

DATED:  September ~~26~~ 2005

_____

Monte Cooper
Attorneys for Plaintiff
THEFACEBOOK, INC.

DOCSSV1:427539.1

- 7 -