1  G. HOPKINS GUY, III (State Bar No. 124811)
     hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
     nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
     mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
     tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
     ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA  94025
   Telephone:    650-614-7400
8  Facsimile:    650-614-7401

9  Attorneys for Plaintiffs
   FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>Defendants. | Case No.  5:07-CV-01389-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EVIDENTIARY AND RELATED SANCTIONS, INCLUDING SANCTIONS PURSUANT TO 28 U.S.C. § 1927, AGAINST DEFENDANTS CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, AND THEIR COUNSEL**<br><br>Date:       September 26, 2007<br>Time:       9:30 a.m.<br>Judge:     Honorable Richard Seeborg |
|---|---|

OHS West:260290755.1
16069-4 M26/MH0

[PROPOSED] ORDER GRANTING
FACEBOOK'S MOTION FOR SANCTIONS
CASE NO. 5:07-CV-01389-RS

Dockets.Justia.com

1  Plaintiff's Motion for Evidentiary and Related Sanctions came on for hearing in
2  Courtroom 4, of this Court on September 26, 2007.  Having read the moving papers and
3  opposition, and having heard argument of counsel, the Court finds that the motion is GRANTED.
4      IT IS ORDERED.

Dated: _____ \_\_, 2007

   _____
   The Honorable Richard Seeborg
   United States Magistrate Judge
   Northern District of California