1    G. HOPKINS GUY, III (State Bar No. 124811)
       hopguy@orrick.com
2    I. NEEL CHATTERJEE (State Bar No. 173985)
       nchatterjee@orrick.com
3    MONTE COOPER (State Bar No. 196746)
       mcooper@orrick.com
4    THERESA A. SUTTON (State Bar No. 211857)
       tsutton@orrick.com
5    YVONNE P. GREER (State Bar No. 214072)
       ygreer@orrick.com
6    ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
7    Menlo Park, CA 94025
    Telephone: 650-614-7400
8    Facsimile: 650-614-7401

9    Attorneys for Plaintiffs
    FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>         Plaintiffs,<br><br>         v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>         Defendants. | Case No. 5:07-CV-01389-RS<br><br>**FACEBOOK'S ADMINISTRATIVE REQUEST PURSUANT TO LOCAL CIVIL RULE 79-5(B) & (D) TO FILE UNDER SEAL EXHIBITS J, U, BB, CC, DD AND EE, TO THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF FACEBOOK'S MOTION FOR SANCTIONS**<br><br>Date: September 26, 2007<br>Time: 9:30 a.m.<br>Judge: Honorable Richard Seeborg |
|---|---|

1   Pursuant to Civil L.R. 7-11 and 79-5 (b), Facebook respectfully submits this
2   administrative request asking the Court to file under seal Exhibits U, CC, DD and EE to the
3   Declaration of I. Neel Chatterjee filed in support of Facebook's Motion for Evidentiary and
4   Related Sanctions, Including Sanctions Pursuant to 28. U.S.C. § 1927, Against Defendants
5   ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, Divya Narendra and Their Counsel.
6   Pursuant to Civil L.R. 7-11 and 79-5(d), Facebook also respectfully submits this administrative
7   request asking the Court to file under seal Exhibits J and BB to the Declaration of
8   I. Neel Chatterjee filed in support of Facebook's Motion for Evidentiary and Related Sanctions,
9   Including Sanctions Pursuant to 28 U.S.C. § 1927, Against Defendants ConnectU, Inc., Cameron
10  Winklevoss, Tyler Winklevoss, Divya Narendra and Their Counsel.

11  The parties entered into, and the California Superior Court issued, a Stipulated Protective
12  Order on January 23, 2006, which prohibits either party from filing in the public record any
13  documents that have been designated as "Confidential" or "Highly Confidential" pursuant to the
14  Protective Order.

15  **Exhibit J** to the Declaration of I. Neel Chatterjee in Support of Facebook's Motion for
16  Sanctions is a copy of ConnectU, LLC's Operating Agreement and has been marked Confidential
17  by ConnectU pursuant to the Protective Order entered in this matter, and hence is subject to Local
18  Civil Rule 79-5(d).

19  **Exhibit U** to the Declaration of I. Neel Chatterjee in Support of Facebook's Motion for
20  Sanctions is a copy of supplemental briefing submitted by ConnectU in the Massachusetts
21  litigation. It has been marked Confidential by ConnectU pursuant to the Protective Order entered
22  in that matter as a result of citation to deposition testimony and other documentation produced by
23  Facebook and Mark Zuckerberg which is subject to that Protective Order. This exhibit should
24  continue to be sealed from public viewing pursuant to Local Civil Rule 79-5(b).

25  **Exhibit BB** to the Declaration of I. Neel Chatterjee in Support of Facebook's Motion for
26  Sanctions is a copy of ConnectU's responses to Facebook's First Set of Interrogatories, which it
27  served in the Massachusetts action. It has been marked Confidential by ConnectU pursuant to the
28  Protective Order entered in that matter, and hence is subject to Local Civil Rule 79-5(d).

1  **Exhibit CC** to the Declaration of I. Neel Chatterjee in Support of Facebook's Motion for Sanctions is a copy of the Motion to Compel the deposition of ConnectU, which Facebook filed in the Superior Court in this action. This motion contains references to confidential material. It was marked Confidential by Facebook pursuant to the Protective Order entered in this matter, and was filed under seal in the Superior Court. This exhibit should continue to be sealed from public viewing pursuant to Local Civil Rule 79-5(b).

**Exhibit DD** to the Declaration of I. Neel Chatterjee in Support of Facebook's Motion for Sanctions is a copy of the Motion to Compel responses by ConnectU to written discovery, which Facebook filed in the Superior Court in this action. This motion contains references to confidential material. It was marked Confidential by Facebook pursuant to the Protective Order entered in this matter, and was filed under seal in the Superior Court. This exhibit should continue to be sealed from public viewing pursuant to Local Civil Rule 79-5(b).

**Exhibit EE** to the Declaration of I. Neel Chatterjee in Support of Facebook's Motion for Sanctions is a copy of the Motion to Compel responses by ConnectU to written discovery, which Facebook filed in the Superior Court in this action. This motion contains references to confidential material. It was marked Confidential by Facebook pursuant to the Protective Order entered in this matter, and was filed under seal in the Superior Court. This exhibit should continue to be sealed from public viewing pursuant to Local Civil Rule 79-5(b).

Dated: August 22, 2007                    Orrick, Herrington & Sutcliffe LLP

/s/ I. Neel Chatterjee /s/
I. Neel Chatterjee
ATTORNEYS FOR PLAINTIFFS
FACEBOOK, INC. AND MARK ZUCKERBERG

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 22, 2007.

Dated: August 22, 2007.                    Respectfully submitted,

                                           /s/ I. Neel Chatterjee /s/
                                           I. Neel Chatterjee