1  G. HOPKINS GUY, III (State Bar No. 124811)
   hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
   tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
   ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA 94025
   Telephone:   650-614-7400
8  Facsimile:   650-614-7401

9  Attorneys for Plaintiffs
   FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,<br><br>Defendants. | Case No. 5:07-CV-01389-RS<br><br>**DECLARATION OF MONTE M. F. COOPER IN SUPPORT OF SEALING EXHIBITS U, CC, DD AND EE TO THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF FACEBOOK'S MOTION FOR SANCTIONS**<br><br>Date:   September 26, 2007<br>Time:   9:30 a.m.<br>Judge:  Honorable Richard Seeborg |

OHS West:260290548.1

COOPER DECL. ISO SEALING EXHIBITS B, J, U, BB, CC,
DD AND EE TO THE CHATTERJEE DECLARATION
5:07-CV-01389-RS

I, Monte Cooper, declare as follows:

1. I am Of Counsel at the law firm of Orrick, Herrington & Sutcliffe, counsel for Plaintiffs Facebook, Inc. and Mark Zuckerberg in this action, and a member of the Bars of the states of California and Colorado. I make this declaration in support of Facebook's Administrative Request Pursuant to Local Civil Rule 79(b) & (d) to File Under Seal Exhibits J, U, BB, CC, DD and EE to the Declaration of I. Neel Chatterjee in Support of Facebook's Motion for Sanctions. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein

2. **Exhibit U** is a copy of supplemental briefing submitted by ConnectU in the Massachusetts litigation. It has been marked Confidential by ConnectU pursuant to the Protective Order entered in that matter, in part because it refers to deposition testimony and materials produced by Facebook and Mark Zuckerberg that have been separately marked Confidential under the Protective Order. Good cause exists for sealing Exhibit B pursuant to Local Civil Rule 79-5(b).

3. **Exhibit CC** is a copy of Facebook's Motion to Compel the deposition of ConnectU, which Facebook filed in the Superior Court in this action. This motion contains references to confidential material. It was marked Confidential by Facebook pursuant to the Protective Order entered in this matter, and was filed under seal in the Superior Court. Good cause exists for sealing Exhibit CC pursuant to Local Civil Rule 79-5(b).

4. **Exhibit DD** is a copy of Facebook's Motion to Compel responses by ConnectU to written discovery, which Facebook filed in the Superior Court in this action. This motion contains references to confidential material. It was marked Confidential by Facebook pursuant to the Protective Order entered in this matter, and was filed under seal in the Superior Court. Good cause exists for sealing Exhibit DD pursuant to Local Civil Rule 79-5(b).

5. **Exhibit EE** is a copy of Facebook's Motion to Compel responses by ConnectU to written discovery, which Facebook filed in the Superior Court in this action. This motion contains references to confidential material. It was marked Confidential by Facebook pursuant to the Protective Order entered in this matter, and was filed under seal in the Superior Court. Good

1  cause exists for sealing Exhibit EE pursuant to Local Civil Rule 79-5(b).

2      I declare under penalty of perjury that the foregoing is true and correct to the best of my
3  knowledge.

4      Executed this 22nd day of August, 2007, at Menlo Park, California.

6                                             /s/ Monte M. F. Cooper /s/

11  **Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of
12  perjury that concurrence in the filing of the document has been obtained from its signatory.

13  Dated: August 22, 2007                Respectfully submitted,

                                         /s/ I. Neel Chatterjee /s/
                                              I. Neel Chatterjee

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 22, 2007.

Dated: August 22, 2007.                    Respectfully submitted,

                                                    /s/ I. Neel Chatterjee /s/
                                                      I. Neel Chatterjee