1   G. HOPKINS GUY, III (State Bar No. 124811)
        hopguy@orrick.com
2   I. NEEL CHATTERJEE (State Bar No. 173985)
        nchatterjee@orrick.com
3   MONTE COOPER (State Bar No. 196746)
        mcooper@orrick.com
4   THERESA A. SUTTON (State Bar No. 211857)
        tsutton@orrick.com
5   YVONNE P. GREER (State Bar No. 214072)
        ygreer@orrick.com
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
7   Menlo Park, CA  94025
    Telephone:    650-614-7400
8   Facsimile:    650-614-7401

9   Attorneys for Plaintiffs
    FACEBOOK, INC. and MARK ZUCKERBERG
10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14

15   FACEBOOK, INC. and MARK            Case No.  5:07-CV-01389-RS
     ZUCKERBERG,
16
                  Plaintiff,            **PROOF OF SERVICE BY HAND
17                                      DELIVERY**
          v.
18
     CONNECTU, INC. (formerly known as
19   CONNECTU, LLC), CAMERON
     WINKLEVOSS, TYLER WINKLEVOSS,
20   DIVYA NARENDRA, PACIFIC
     NORTHWEST SOFTWARE, INC.,
21   WINSTON WILLIAMS, WAYNE CHANG,
     and DAVID GUCWA AND DOES 1-25,
22
                  Defendants.
23

24

25

26

27

28

OHS West:260258486.2                    - 1 -

PROOF OF SERVICE

**PROOF OF HAND DELIVERY**

I am more than eighteen years old and not a party to this action. My business address is _CAREFUL COURIERS, Palo Alto_ . On August 22, 2007, I served the following document(s):

1.    **UNDER SEAL Exhibits J, U, BB, CC, DD, and EE To The Declaration of I. Neel Chatterjee In Support of Facebook's Motion for Sanctions.**

on the interested parties in this action by delivering true and correct copies thereof in sealed envelope(s) addressed as follows:

Scott Mosko, Esq.
Lily Lim, Esq.
**Finnegan, Henderson, Farabow,**
**Garrett & Dunner, LLP**
**3300 Hillview Avenue**
**Palo Alto, California 94304-1203**
**Telephone: (650) 849-6600**
Facsimile:   (650) 849-6666

**ATTORNEYS FOR DEFENDANTS**
**CONNECTU INC., CAMERON**
**WINKLEVOSS, TYLER WINKLEVOSS,**
**DIVYA NARENDRA, PACIFIC**
**NORTHWEST SOFTWARE, INC.,**
**WINSTON WILLIAMS, WAYNE CHANG**

Valerie M. Wagner, Esq.
**Dechert LLP**
**2440 W. El Camino Real, Suite 700**
**Mountain View, California  94040**
**Telephone: (650) 813-4800**
Facsimile:   (650) 813-4848

**ATTORNEYS FOR DEFENDANT DAVID**
**GUCWA**

and leaving the documents with a clerk or other person in charge of the office.

Executed on August 22, 2007 at _MENLO PARK_ , California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature

_____
Print Name    _SAMIR SATTI_