1  G. HOPKINS GUY, III (State Bar No. 124811)
      hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
      nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
      mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
      tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
      ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA  94025
   Telephone:    650-614-7400
8  Facsimile:    650-614-7401

9  Attorneys for Plaintiffs
   THE FACEBOOK, INC. and MARK ZUCKERBERG

10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

14

| | |
|---|---|
| 15  THE FACEBOOK, INC. and MARK ZUCKERBERG, | Case No.  5:07-CV-01389-RS |
| 16 | **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR RESPONSE TO SECOND AMENDED COMPLAINT AND CHANGING HEARING DATE** |
| 17         Plaintiffs, | |
| 18  v. | |
| 19  CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA, | |
| 20 | |
| 21 | |
| 22 | |
| 23         Defendants. | |

24       This Stipulation is entered into by and among plaintiffs Facebook, Inc., and

25  Mark E. Zuckerberg and defendants Pacific Northwest Software, Inc. ("PNS"), Winston

26  Williams, David Gucwa, Wayne Chang, Cameron Winklevoss, Tyler Winklevoss, and Divya

27  Narendra, through their respective attorneys of record.

28

OHS West:260292138.1

STIPULATION AND [PROPOSED] ORDER
5:07-CV-01389-RS

1        WHEREAS, on June 14, 2007, the Court issued an order in which it extended the deadline for all newly-named defendants (including those who prevailed on the motion to quash in state court) to respond to the second amended complaint until 20 days following the issuance of a written order on the then-pending motion of PNS and Williams defendants;

5        WHEREAS, on August 13, 2007, the Court issued an order denying PNS and Williams' Motion to Dismiss, making said defendants' responsive pleadings due on September 4, 2007;

8        WHEREAS, Plaintiffs agreed to extend the time in which Defendants are required to respond to the Second Amended Complaint;

10        WHEREAS, on August 22, 2007, Plaintiffs filed a motion for evidentiary and related sanctions, setting a hearing date for September 26, 2007.

12        IT IS HEREBY STIPULATED AND AGREED THAT Defendant David Gucwa's response to the Second Amended Complaint is due on September 7, 2007; and Defendants PNS, Williams, Chang, Winklevoss, and Narendra's response(s) to the Second Amended Complaint is/are due on September 5, 2007;

16        IT IS FURTHER STIPULATED AND AGREED THAT if Defendants move to dismiss the Second Amended Complaint they will notice a hearing on their motion for October 10, 2007;

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1    IT IS FURTHER STIPULATED AND AGREED THAT the hearing on Plaintiffs' Motion for Evidentiary and Related Sanctions, currently set for September 26, 2007 shall be reset for October 10, 2007. Opposition to said motion shall be filed on or before September 19, 2007. Reply to Opposition to said motion shall be filed on or before September 26, 2007.

Dated: August 24, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Theresa A. Sutton /s/
_____
Theresa A. Sutton
Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

Dated: August 24, 2007

DECHERT

/s/ Valerie M. Wagner
_____
Valerie M. Wagner
Attorneys for Defendant
DAVID GUCWA

Dated: August 24, 2007

FINNEGAN, HENDERSON, FARABOW, GARRETT, & DUNNER

/s/
_____
Scott Mosko
Attorneys for Defendants WILLIAMS, PNS, CHANG, WINKLEVOSS, and NARENDRA

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
Honorable Richard Seeborg
United States Magistrate Judge
Northern District of California