G. HOPKINS GUY, III (State Bar No. 124811)
   hopguy@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
   tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
   ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

*E-FILED 8/27/07*

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG, <br><br> Plaintiffs, <br><br> v. <br><br> CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA, <br><br> Defendants. | Case No. 5:07-CV-01389-RS <br><br> **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR RESPONSE TO SECOND AMENDED COMPLAINT AND CHANGING HEARING DATE** |

This Stipulation is entered into by and among plaintiffs Facebook, Inc., and

Mark E. Zuckerberg and defendants Pacific Northwest Software, Inc. ("PNS"), Winston

Williams, David Gucwa, Wayne Chang, Cameron Winklevoss, Tyler Winklevoss, and Divya

Narendra, through their respective attorneys of record.

OHS West:260292138.1

Dockets.Justia.com

1          WHEREAS, on June 14, 2007, the Court issued an order in which it extended the

2   deadline for all newly-named defendants (including those who prevailed on the motion to quash

3   in state court) to respond to the second amended complaint until 20 days following the issuance

4   of a written order on the then-pending motion of PNS and Williams defendants;

5          WHEREAS, on August 13, 2007, the Court issued an order denying PNS and

6   Williams' Motion to Dismiss, making said defendants' responsive pleadings due on September 4,

7   2007;

8          WHEREAS, Plaintiffs agreed to extend the time in which Defendants are required

9   to respond to the Second Amended Complaint;

10         WHEREAS, on August 22, 2007, Plaintiffs filed a motion for evidentiary and

11  related sanctions, setting a hearing date for September 26, 2007.

12         IT IS HEREBY STIPULATED AND AGREED THAT Defendant David Gucwa's

13  response to the Second Amended Complaint is due on September 7, 2007; and Defendants PNS,

14  Williams, Chang, Winklevoss, and Narendra's response(s) to the Second Amended Complaint

15  is/are due on September 5, 2007;

16         IT IS FURTHER STIPULATED AND AGREED THAT if Defendants move to

17  dismiss the Second Amended Complaint they will notice a hearing on their motion for October

18  10, 2007;

19         ///

20         ///

21         ///

22         ///

23         ///

24         ///

25         ///

26         ///

27         ///

28         ///

1      IT IS FURTHER STIPULATED AND AGREED THAT the hearing on Plaintiffs'

2   Motion for Evidentiary and Related Sanctions, currently set for September 26, 2007 shall be reset

3   for October 10, 2007.  Opposition to said motion shall be filed on or before September 19, 2007.

4   Reply to Opposition to said motion shall be filed on or before September 26, 2007.

5

6   Dated: August 24, 2007                    ORRICK, HERRINGTON & SUTCLIFFE LLP

7

8                                                         /s/ Theresa A. Sutton /s/
                                              _____
9                                                          Theresa A. Sutton
                                                         Attorneys for Plaintiffs
10                                               THE FACEBOOK, INC. and MARK
                                                            ZUCKERBERG
11

12  Dated: August 24, 2007                    DECHERT

13

14                                                        /s/ Valerie M. Wagner
                                              _____
                                                         Valerie M. Wagner
15                                                     Attorneys for Defendant
                                                          DAVID GUCWA
16

17  Dated: August 24, 2007                    FINNEGAN, HENDERSON, FARABOW,
                                              GARRETT, & DUNNER
18

19

20                                                              /s/
                                              _____
                                                            Scott Mosko
21                                               Attorneys for Defendants WILLIAMS, PNS,
                                               CHANG, WINKLEVOSS, and NARENDRA
22

23                                            **ORDER**

24  IT IS SO ORDERED.
            8/27/07
25  Dated: _____       _____
                                               Honorable Richard Seeborg
26                                            United States Magistrate Judge
                                              Northern District of California
27

28