**United States District Court**
For the Northern District of California

*E-FILED 8/27/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FACEBOOK, INC.,

    Plaintiff,

    v.

CONNECTU LLC, et al.,

    Defendants.

NO. C 07-01389 (RS)

**ORDER RE SEALING MOTIONS**

As the parties are aware, numerous sealing motions have been filed in this action in connection with the various other motions that have been brought. Civil Local Rule 79-5 requires a party seeking to file its own confidential material to provide a declaration supporting the confidentiality designation and a proposed order. Where a party seeks to file under seal material designated as confidential by another party, the burden is on the other party to file a supporting declaration and proposed order. The rules, unfortunately, do not set out a procedure to be followed where a party seeks to file a document containing some materials designated by one side, and some designated by the other, as appears to have been the case in many of the sealing motions in this matter.

The Court understands the burdens that are imposed by Rule 79-5 on the parties, and appreciates the parties' efforts to comply. In view of the number of sealing motions filed herein, the Court requests further assistance from the parties as follows: Within 20 days of the date of this order, the parties are requested to submit a single joint proposed order that disposes of all sealing

1

motions that are pending as of the date of this order. The proposed order should, (1) identify each sealing motion by docket number, (2) identify the declaration or declarations that support the sealing requested by each motion, (3) identify specifically all documents and exhibits to be sealed, and (4) identify specifically any documents or exhibits as to which the designating party withdraws the confidentiality designation and which may be filed as part of the public record.

To the extent that a designating party has not previously filed declarations supporting the requested sealing, it shall do so sufficiently in advance of the time the proposed order is filed to permit citation of the docket numbers. The parties shall refile any documents, portions thereof, or exhibits thereto as to which a confidentiality designation has been withdrawn. The proposed joint order should be e-filed, but a copy should also be emailed in Word or Word Perfect format to the proposed orders email address for these chambers. The Court thanks the parties for their assistance.

IT IS SO ORDERED.

Dated: August 27, 2007

                                        RICHARD SEEBORG
                                        United States Magistrate Judge

ORDER RE RULE 6-3 MOTION
C 07-01389 (RS)

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

I. Neel Chatterjee    nchatterjee@orrick.com, kmudurian@orrick.com

Monte M.F. Cooper    mcooper@orrick.com, adalton@orrick.com, shart@orrick.com

Chester Wren-Ming Day    cday@orrick.com, descamilla@orrick.com, mgirroir@orrick.com

George Hopkins Guy , III    hopguy@orrick.com, adalton@orrick.com, msagmit@orrick.com

Scott Richard Mosko    scott.mosko@finnegan.com, karen.reimer@finnegan.com, lissette.vazquez@finnegan.com, randal.holderfield@finnegan.com, rosanna.herrick@finnegan.com

Theresa Ann Sutton    tsutton@orrick.com, aako-nai@orrick.com, ygreer@orrick.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 8/27/07**                                    **Chambers of Judge Richard Seeborg**

**By:**    **/s/ BAK**

ORDER RE RULE 6-3 MOTION
C 07-01389 (RS)

3