Scott R. Mosko (State Bar No. 106070)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

Attorney for Defendants Cameron
Winklevoss, Tyler Winklevoss, and
Divya Narendra

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.<br><br>Plaintiff,<br><br>v.<br><br>CONNECTU LLC (now known as ConnectU, Inc.), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND DOES 1-25,<br><br>Defendants. | CASE NO. C 07-01389 RS<br><br>**DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS CAMERON WINKLEVOSS, TYLER WINKLEVOSS AND DIVYA NARENDRA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2), OR IN THE ALTERNATIVE MOTION TO STRIKE MOVING DEFENDANTS' NAMES FROM THE SECOND AMENDED COMPLAINT**<br><br>Date:    October 10, 2007<br>Time:    9:30 a.m.<br>Dept.:   4<br>Judge:   Hon. Richard Seeborg |

Doc. No. 469055

DEC. OF S. MOSKO ISO DEFENDANTS' MOTION
TO DISMISS MOTION TO STRIKE
CASE NO. C 07-01389 RS

## DECLARATION OF SCOTT R. MOSKO

I, Scott R. Mosko declare,

1. I am an attorney duly licensed to practice law in the state of California and before the Northern District of California. I am a member of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys of record for Defendants Cameron Winklevoss, Tyler Winklevoss and Divya Narendra. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. Attached hereto as Exhibit I is a true and correct copy of the Honorable William J. Elfving's Order on Defendants Cameron Winklevoss, Tyler Winklevoss, Howard Winklevoss and Divya Narendra Motion to Quash Service of Summons and Complaint for lack of Personal Jurisdiction entered on June 1, 2006 in the Superior Court for the County of Santa Clara action, Case No. 1:05-CV-047381.

3. Attached hereto as Exhibit II is a true and correct copy of Facebook, Inc.'s First Amended Complaint, as filed on February 23, 2007 in the Superior Court for the County of Santa Clara action, Case No. 1:05-CV-047381.

4. Attached hereto as Group Exhibit III are true and correct copies of the first pages of the transcripts of the depositions of Cameron Winklevoss, Tyler Winklevoss and Divya Narendra, all taken on January 16, 2006 in the Superior Court for the County of Santa Clara action, Case No. 1:05-CV-047381.

5. Attached hereto as Exhibit IV is a true and correct copy of the Declaration of Scott R. Mosko in Support of Defendants ConnectU LLC, Cameron Winklevoss, Tyler Winklevoss, Howard Winklevoss, and Divya Narendra's Opposition to Plaintiff's Motion to Compel Limited Depositions on the Subject of Personal Jurisdiction and Motion for Protective Order, as filed on December 5, 2005 in the Superior Court for the County of Santa Clara action, Case No. 1:05-CV-047381.

6. Attached hereto as Group Exhibit V are true and correct copies of the following documents as filed in the Superior Court for the County of Santa Clara action, Case No. 1:05-CV-047381:

V-1. Notice of Hearing on Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction, as filed April 28, 2006;

V-2. Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction, as filed April 28, 2006;

V-3. Declaration of Scott R. Mosko in Support of Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction with attached exhibits 1 through 4, as filed April 28, 2006;

V-4. Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction, as filed May 11, 2006 (**Filed Under Seal**);

V-5. Declaration of Robert D. Nagel in Support of Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction with attached exhibits V-5-A through V-5-S (**Exhibits V-5-A through V-5-D, V-5-H through V-5-J, and V-5-M through V-5-R Filed Under Seal**), as filed May 11, 2006 ;

V-6. [Proposed] Order Denying Motion to Quash Complaint and Summons for Lack of Personal Jurisdiction;

V-7. Defendants' Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction, as filed May 24, 2006 (with subsequent corrected page citations)(**Filed Under Seal**);

V-8. Supplemental Declaration of Scott R. Mosko in Support of Defendants' Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction with attached exhibits V-8-A through V-8-H (**Exhibits V-8-B, V-8-E, V-8-G, and V-8-H Filed Under Seal**), as filed May 24, 2006;

V-9. Supplemental Declaration of Cameron Winklevoss in Support of Defendants' Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction, as filed May 24, 2006;

1          V.10. Supplemental Declaration of Tyler Winklevoss in Support of Defendants'
2  Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal
3  Jurisdiction, as filed May 24, 2006;

4          V-11. Supplemental Declaration of Howard Winklevoss in Support of Defendants'
5  Reply to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal
6  Jurisdiction, as filed May 24, 2006;

7          V-12. Supplemental Declaration of Divya Narendra in Support of Defendants' Reply
8  to Opposition to Motion to Quash Service of Complaint and Summons for Lack of Personal
9  Jurisdiction, as filed May 24, 2006; and

10         V-13. [Proposed] Order Granting Defendants' Motion to Quash Complaint and
11 Summons for Lack of Personal Jurisdiction.

12     I declare under penalty of perjury under the laws of the United States that the foregoing is
13 true and correct, and that this declaration was executed on the 5th day of September, 2007, in Palo
14 Alto, California.

                                           /s/
                              Scott R. Mosko
                              Attorney for Defendants Cameron
                              Winklevoss, Tyler Winklevoss, and
                              Divya Narendra