# EXHIBIT III

                                                                    1

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA


THEFACEBOOK, INC.,

       Plaintiff,

  -against-         Case No. 1:05-CV-047381

CONNECTU LLC, CAMERON WINKLEVOSS, TYLER
WINKLEVOSS, HOWARD WINKLEVOSS, DIVYA
NARENDRA and DOES 1-25,

      Defendants.

---

      Confidential (outside counsel eyes only) videotaped deposition of CAMERON WINKLEVOSS pursuant to Order, held at the offices of Orrick Herrington & Sutcliffe, 666 Fifth Avenue, New York, New York, on Monday, January 16, 2006, commencing at 4:25 p.m., before Thomas DelVecchio, James W. Johnson, Registered Professional Reporter and a Notary Public of the State of New York.


JOB NO. 43017C

1

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

THEFACEBOOK, INC.,

        Plaintiff,

  -against-        Case No. 1:05-CV-047381

CONNECTU LLC, CAMERON WINKLEVOSS, TYLER
WINKLEVOSS, HOWARD WINKLEVOSS, DIVYA
NARENDRA and DOES 1-25,

        Defendants.

---

Confidential (outside counsel eyes only) videotaped deposition of TYLER WINKLEVOSS pursuant to Order, held at the offices of Orrick Herrington & Sutcliffe, 666 Fifth Avenue, New York, New York, on Monday, January 16, 2006, commencing at 8:20 p.m., before Thomas DelVecchio, James W. Johnson, Registered Professional Reporter and a Notary Public of the State of New York.

JOB NO. 43017E



1

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

THEFACEBOOK, INC.,

        Plaintiff,

  -against-        Case No. 1:05-CV-047381

CONNECTU LLC, CAMERON WINKLEVOSS, TYLER
WINKLEVOSS, HOWARD WINKLEVOSS, DIVYA
NARENDRA and DOES 1-25,

        Defendants.

---

        Confidential (outside counsel eyes only) videotaped deposition of DIVYA NARENDRA, pursuant to Order, held at the offices of Orrick Herrington & Sutcliffe, 666 Fifth Avenue, New York, New York, on Monday, January 16, 2006, commencing at 6:40 p.m., before Thomas DelVecchio, James W. Johnson, Registered Professional Reporter and a Notary Public of the State of New York.

JOB NO. 43017D