The Facebook, Inc. v. Connectu, LLC et al
Case 5:07-cv-01389-RS    Document 137-6    Filed 09/05/2007    Page 1 of 8
Doc. 137 Att. 5

# EXHIBIT V-1

```
1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   3300 Hillview Avenue
3  Palo Alto, California 94304
   Telephone:  (650) 849-6600
4  Facsimile:  (650) 849-6666

5  Attorneys for Defendants
   Cameron Winklevoss, Tyler
6  Winklevoss, Howard Winklevoss,
   and Divya Narendra
```

COPY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| THE FACEBOOK, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONNECTU LLC, CAMERON WINKLEVOSS, TYLER WINKLEVOSS, HOWARD WINKLEVOSS, DIVYA NARENDRA, AND DOES 1-25,<br><br>　　　　　Defendants. | CASE NO. 105 CV 047381<br><br>~~AMENDED~~ NOTICE OF HEARING ON DEFENDANTS' ~~AMENDED~~ MOTION TO QUASH SERVICE OF COMPLAINT AND SUMMONS FOR LACK OF PERSONAL JURISDICTION<br><br>Date:   June 1, 2006<br>Time:  9:00 a.m.<br>Dept.  2<br>Judge: William J. Elfving |

Doc. No. 441223

AMENDED NOTICE OF HEARING ON DEFENDANTS' MOTION
TO QUASH SERVICE OF COMPLAINT AND SUMMONS FOR
LACK OF PERSONAL JURISDICTION

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2      Please take notice that a hearing on Defendants' Amended Motion to Quash Service of
3  Complaint and Summons for Lack of Personal Jurisdiction will be held on the 1st day of June 2006,
4  at 9:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 2 of the above entitled
5  Court, located at 191 North First Street, San Jose, California 95113.

6      On or about November 10, 2005, Defendants filed their Amended Motion to Quash.
7  Thereafter Defendants' counsel suffered a death in his family necessitating the continuance of this
8  motion. In a conference call among counsel and this Court, the parties and the Court agreed that the
9  parties should conduct certain discovery and then reschedule the motion for hearing on any Tuesday
10 or Thursday. With the discovery completed, the parties have agreed and have lodged a stipulation
11 providing that the hearing on this Motion may occur on June 1, 2006. A copy of this endorsed
12 stipulation is attached as Exhibit 1. (Defendants note the stipulation that Plaintiff drafted schedules
13 the hearing for 3:00 p.m. Believing this to be an error by Plaintiff, Defendants have noticed this
14 hearing consistent with this Court's typical law and motion schedule, i.e. 9:00 a.m.)

15     This Motion is based on the grounds that this Court does not have personal jurisdiction over
16 Defendants Cameron Winklevoss, Howard Winklevoss, Tyler Winklevoss or Divya Narendra
17 ("Individual Defendants"). Further Plaintiff has not and cannot provide any evidence sufficient to
18 show that this Court could exercise either general jurisdiction or special jurisdiction over these
19 Individual Defendants.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

28

Doc. No. 441223

1

AMENDED NOTICE OF HEARING ON DEFENDANTS' MOTION
TO QUASH SERVICE OF COMPLAINT AND SUMMONS FOR
LACK OF PERSONAL JURISDICTION

1    This motion will also be based upon the amended motion to quash, the memorandum of
2 points and authorities filed in support thereof, the declarations of the Individual Defendants and
3 exhibits attached thereto, the papers, pleadings and records on file herein and upon such other
4 evidence, oral and documentary, as may be presented at the hearing of this matter.

6 Dated: April 28, 2006                    FINNEGAN, HENDERSON, FARABOW,
                                           GARRETT & DUNNER, L.L.P.

9                                          By: /s/ Scott R. Mosko
                                           Scott R. Mosko
10                                         Attorneys for Defendants
                                           Cameron Winklevoss, Tyler Winklevoss,
11                                         Howard Winklevoss, and Divya Narendra

Doc. No. 441223

2

AMENDED NOTICE OF HEARING ON DEFENDANTS' MOTION
TO QUASH SERVICE OF COMPLAINT AND SUMMONS FOR
LACK OF PERSONAL JURISDICTION

EX. 1

04/27/2006 16:06 FAX 408295 5                                     ☒002
04/26/2006 16:33 FAX                    ORRICK                    ☒002/004

1  G. HOPKINS GUY, III (STATE BAR NO. 124811)
   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
2  MONTE COOPER (STATE BAR NO. 196746)
   ROBERT D. NAGEL (STATE BAR NO. 211113)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA 94025
   Telephone:  650-614-7400
5  Facsimile:  650-614-7401

6  Attorneys for Plaintiff
   THEFACEBOOK, INC.

ENDORSED
2006 APR 27 PM 5:00
SUPERIOR COURT OF CA.
CO. OF SANTA CLARA
BY _____ JUDITH GABUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| THEFACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> CONNECTU LLC, CAMERON WINKLEVOSS, TYLER WINKLEVOSS, HOWARD WINKLEVOSS, DIVYA NARENDRA, AND DOES 1-25, <br><br> Defendants. | CASE NO. 1:05-CV-047381 <br><br> **STIPULATION TO SCHEDULE HEARING ON MOTION TO QUASH AND DEMURRER; TO RESCHEDULE CASE MANAGEMENT CONFERENCE; TO FILE LONGER MEMORANDUM; [PROPOSED] ORDER** <br><br> Judge: Hon. William J. Elfving |

DOCSSV1\453695.1
16069-4

1     WHEREAS, Cameron Winklevoss, Tyler Winklevoss, Howard Winklevoss, and Divya
2 Narendra (collectively "Individual Defendants") have filed a Motion to Quash and Defendants
3 ConnectU LLC, Cameron Winklevoss, Tyler Winklevoss, Howard Winklevoss, and Divya
4 Narendra (collectively "Defendants") Defendants have filed a Demurrer, both of which are
5 pending;
6     WHEREAS, the parties have agreed to re-schedule the deposition of Mark Zuckerberg for
7 April 25, 2006, in which the parties may gather information regarding the Motion to Quash and
8 Demurrer;
9     WHEREAS, good cause exists for the parties to brief the Motion to Quash and Demurrer
10 (to be followed by the hearing thereon) after Mark Zuckerberg is deposed on April 25, 2006;
11     WHEREAS, the parties have agreed that Plaintiff shall file its oppositions to the Motion to
12 Quash and Demurrer on or before May 11, 2006 – fourteen court days before the proposed
13 hearing date;
14     WHEREAS, the parties have agreed that Defendants shall file any replies in support of the
15 Motion to Quash and Demurrer on or before May 24, 2006 – five court days before the proposed
16 hearing date;
17     WHEREAS, the parties have agreed to increase the page limits for the oppositions and
18 replies by five pages each to 20 pages for the oppositions and 15 pages for the replies;
19     WHEREAS, the hearing on the Demurrer and Motion to Quash is currently not on
20 calendar;
21     WHEREAS, the Case Management Conference in the above-identified action is currently
22 scheduled for May 16, 2006;
23     WHEREAS, for the convenience of the parties, good cause exists to hold the Case
24 Management Conference on the same day as the hearing on Demurrer and Motion to Quash;
25     NOW THEREFORE, the parties, through their respective counsel of record, subject to the
26 approval of the Court, hereby stipulate, agree, and jointly apply to the Court for an Order to
27 schedule the hearing on the Motion to Quash and Demurrer for 3:00 p.m. on June 1, 2006 to be
28 followed that same day by the Case Management Conference; to allow Plaintiff to submit

DOCSSV1:453695.1
16069-4

- 2 -

1  oppositions to the Motion to Quash and Demurrer on or before May 11, 2006; to allow
2  Defendants to submit any replies to the Motion to Quash and Demurrer by May 24, 2006; and to
3  extend the page limits for the oppositions and replies by five pages each to 20 pages for the
4  oppositions and 15 pages for the replies.

6  Dated: April 25, 2006                FINNEGAN, HENDERSON FARABOW,
                                        GARRETT & DUNNER, LLP

                                        _____
                                        Scott R. Mosko

                                        Attorneys for Defendants ConnectU LLC,
                                        Cameron Winklevoss, Tyler Winklevoss,
                                        Howard Winklevoss, and Divya Narendra

11  Dated: April 25, 2006               ORRICK, HERRINGTON & SUTCLIFFE
                                        LLP

                                        _____
                                        Robert D. Nagel
                                        Attorneys for Plaintiff TheFacebook, Inc.

### [PROPOSED] ORDER

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that a hearing for the Motion to Quash and Demurrer and the Case Management Conference be scheduled for June 1, 2006; Plaintiff shall submit oppositions to the Motion to Quash and Demurrer on or before May 11, 2006; Defendants shall submit any replies to the Motion to Quash and Demurrer by May 24, 2006; and the pages limits for the oppositions and replies shall be increased to 20 and 15 pages each, respectively.

IT IS SO ORDERED.

Date: April ___, 2006                   _____
                                        Hon. William J. Elfving

DOCSSV1:453695.1
16069-4                                 - 3 -