# EXHIBIT V-3

Dockets.Justia.com

1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   3300 Hillview Avenue
3  Palo Alto, California  94304
   Telephone:    (650) 849-6600
4  Facsimile:    (650) 849-6666

5

6  Attorneys for Defendants
   Cameron Winklevoss, Tyler
7  Winklevoss, Howard Winklevoss,
   and Divya Narendra

8

**(ENDORSED)**
**F I L E D**

APR 2 8 2006

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _____
                        M. Huerta
                    DEPUTY

COPY

9                   SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                              COUNTY OF SANTA CLARA

11

12

13  THE FACEBOOK, INC.                          CASE NO. 105 CV 047381

14              Plaintiff,                      **DECLARATION OF SCOTT R.**
                                                **MOSKO IN SUPPORT OF**
15         v.                                   **DEFENDANTS' ~~AMENDED~~ MOTION**
                                                **TO QUASH SERVICE OF**
16  CONNECTU LLC, CAMERON WINKLEVOSS,           **COMPLAINT AND SUMMONS FOR**
    TYLER WINKLEVOSS, HOWARD                    **LACK OF PERSONAL**
17  WINKLEVOSS, DIVYA NARENDRA, AND             **JURISDICTION**
    DOES 1-25,

18              Defendants.                     Date:      June 1, 2006
                                                Time:      9:00 a.m.
19                                              Dept.      2
                                                Judge:     William J. Elfving
20

21

22

23

24

25

26

27

28  Doc. No. 441229                             DECLARATION OF SCOTT R. MOSKO

1    I Scott R. Mosko declare,

2        1.      I am an attorney duly licensed to practice law in the state of California and am a

3    member of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys of record for Cameron

4    Winklevoss, Howard Winklevoss, Tyler Winklevoss, and Divya Narendra.  If called to testify I

5    would and could testify competently to the following matters.

6        2.      Attached as Exhibit 1 hereto is a true and correct copy of Defendant Cameron

7    Winklevoss's declaration, signed October 25, 2005.

8        3.      Attached as Exhibit 2 hereto is a true and correct copy of Defendant Howard

9    Winklevoss's declaration, signed October 25, 2005.

10       4.      Attached as Exhibit 3 hereto is a true and correct copy of Defendant Tyler

11   Winklevoss's declaration, signed October 25, 2005.

12       5.      Attached as Exhibit 4 hereto is a true and correct copy of Defendant Divya

13   Narendra's declaration, signed October 25, 2005.

14       I declare under penalty of perjury under the laws of the state of California that the foregoing

15   is true and correct and that this declaration was executed on the 28th day of April 2006.

16

17                                              _____
                                                        Scott R. Mosko
18

19

20

21

22

23

24

25

26

27

28

Doc. No. 441229                                    1

# EXHIBIT 1

1   Scott R. Mosko (State Bar No. 106070)
    FINNEGAN, HENDERSON, FARABOW,
2     GARRETT & DUNNER, L.L.P.
    Stanford Research Park
3   700 Hansen Way
    Palo Alto, California 94304
4   Telephone:    (650) 849-6600
    Facsimile:    (650) 849-6666
5

6   Attorneys for Defendants
    Cameron Winklevoss, Tyler
7   Winklevoss, Howard Winklevoss,
    and Divya Narendra
8

9

ENDORSED

2005 OCT 25 P 3: 53

M. Huerta

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                        COUNTY OF SANTA CLARA

12

13  THE FACEBOOK, INC.                    CASE NO. 105 CV 047381

14              Plaintiff,                **DEFENDANT CAMERON
                                          WINKLEVOSS'S DECLARATION IN
15        v.                              SUPPORT OF MOTION TO QUASH
                                          SERVICE OF COMPLAINT AND
16  CONNECTU LLC, CAMERON WINKLEVOSS,     SUMMONS FOR LACK OF
    TYLER WINKLEVOSS, HOWARD              PERSONAL JURISDICTION**
17  WINKLEVOSS, DIVYA NARENDRA, AND
    DOES 1-25,                            Date:   November 17, 2005
18                                        Time:   9:00 a.m.
                Defendants.               Dept.   2
19                                        Judge:  William J. Elfving

20

21

22

23

24

25

26

27

28

                                    1

I, CAMERON WINKLEVOSS, declare

1. I am a resident and citizen of the state of Connecticut;

2. My domicile is Greenwich, Connecticut;

3. I received a copy of the summons and Complaint in this case in Connecticut;

4. I do not maintain a registered agent for service in California;

5. I do not own, lease, possess or maintain any real or personal property in California, and have not owned, leased, possessed or maintained any real or personal property in California;

6. I do not own, lease or maintain an office, residence or place of business in California, and I have not owned, leased or maintained an office, residence or place of business in California;

7. I have never had an authorized agent or representative in California;

8. I do not and have not paid taxes of any kind in the state of California;

9. I do not maintain any bank or savings and loan accounts in California and have not maintained any bank or savings and loan accounts in California;

10. I have never performed any service or sold any goods in California;

11. I have not and do not derive substantial revenue from goods used or consumed in California or services rendered in California;

12. I do not engage in a business and have not engaged in business in the state of California;

13. The last time I was in California was in or about 1999. The purpose of this visit was solely for pleasure;

14. I have never recruited employees in California;

15. I have never signed any contracts in California;

16. I do not presently nor have I ever maintained a telephone listing in California;

17. I have never entered into a contract or other relationship with Plaintiff;

18. Attached as Exhibit A is what I am informed and believe is a copy of some of the organizational documents of Defendant ConnectU. I am informed and believe ConnectU is a limited liability company organized under the laws of Delaware. I am a member and a manager of ConnectU LLC;

Declaration of Cameron Winklevoss

1    19.    In my individual capacity, I have never taken any data from TheFaceBook's website,

2  as alleged for example in Paragraph 19 of the Plaintiff's complaint in this case.

3       I declare under penalty of perjury under the laws of the state of California that the foregoing

4  is true and correct and that this declaration was executed on the 25th day of October, 2005 at

5  Greenwich, Connecticut.

6

7                                    _____

8                                    Cameron Winklevoss

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

EXHIBIT A

# REDACTED

.3

# Delaware

*The First State*

PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "CONNECTU, LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE SIXTH DAY OF APRIL, A.D. 2004, AT 4:10 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY.

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

3786819   8100H
050008335

AUTHENTICATION: 3598280

DATE: 01-05-05

C004563



# REDACTED

State of Delaware
Secretary of State
Division of Corporations
Delivered 05:15 PM 04/06/2004
FILED 04:10 PM 04/06/2004
SRV 040253305 - 3786819 FILE

CERTIFICATE OF FORMATION
OF
LIMITED LIABILITY COMPANY

FIRST.    The name of the limited liability company is CONNECTU, LLC

SECOND.    The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400 in the City of Wilmington.   The name of its Registered Agent at such address is THE COMPANY CORPORATION.

IN WITNESS WHEREOF, the undersigned have executed this Certificate of Formation of CONNECTU, LLC this 6th day of April 2004.

NAME: _____
Angela Norton
Authorized Person

C004564

# EXHIBIT 2

1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2     GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  700 Hansen Way
   Palo Alto, California  94304
4  Telephone:     (650) 849-6600
   Facsimile:     (650) 849-6666
5
6  Attorneys for Defendants
   Cameron Winklevoss, Tyler
7  Winklevoss, Howard Winklevoss,
   and Divya Narendra
8

ENDORSED

2005 OCT 25 P 3: 52

*[illegible stamp]*
COUNTY OF SANTA CLARA, CALIFORNIA

M. Huerta

9
                SUPERIOR COURT OF THE STATE OF CALIFORNIA
10
                        COUNTY OF SANTA CLARA       COPY
11
12
13  THE FACEBOOK, INC.                     CASE NO. 105 CV 047381
14              Plaintiff,                  **DEFENDANT HOWARD
                                            WINKLEVOSS'S  DECLARATION IN
15       v.                                 SUPPORT OF MOTION TO QUASH
                                            SERVICE OF COMPLAINT AND
16  CONNECTU LLC, CAMERON WINKLEVOSS,       SUMMONS FOR LACK OF
    TYLER WINKLEVOSS, HOWARD                PERSONAL JURISDICTION**
17  WINKLEVOSS, DIVYA NARENDRA, AND
    DOES 1-25,                              Date:    November 17, 2005
18                                          Time:    9:00 a.m.
                Defendants.                 Dept.    2
19                                          Judge:   William J. Elfving
20
21
22
23
24
25
26
27
28

I, HOWARD WINKLEVOSS, declare

1.  I am a resident and citizen of the state of Connecticut;

2.  My domicile is Greenwich, Connecticut;

3.  I received a copy of the summons and Complaint in Connecticut;

4.  I do not maintain a registered agent for service in California;

5.  I do not own, lease, possess or maintain any real or personal property in California, and have not owned, leased, possessed or maintained any real or personal property in California for the past 20 years;

6.  I do not own, lease or maintain an office, residence or place of business in California, and I have not owned, leased or maintained an office, residence or place of business in California for the past 20 years;

7.  I have never had an authorized agent or representative in California;

8.  I do not and have not paid taxes of any kind in the state of California for the past 20 years;

9.  I do not maintain any bank or savings and loan accounts in California and have not maintained any bank or savings and loan accounts in California for the past 20 years;

10.  I have not performed any services or sold any goods in California;

11.  I have not and do not derive substantial revenue from goods used or consumed in California or services rendered in California;

12.  I do not engage in a business and have not engaged in business in the state of California;

13.  The last time I was in California was in 1999 for a personal vacation;

14.  I have never recruited employees in California;

15.  I have never signed any contracts in California;

16.  I do not presently nor have I ever maintained a telephone listing in California during the past 20 years;

17.  I have never entered into a contract or other relationship with Plaintiff;

18.    I am informed and believe ConnectU is a limited liability corporation organized under the laws of Delaware.  I am a member of ConnectU LLC;

19.    I have never removed any data from TheFaceBook's website, as alleged for example in Paragraph 19 of the Plaintiff's complaint in this case.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the ___ day of October, 2005 at Greenwich, Connecticut.


_____
Howard Winklevoss

3                                    Declaration of Howard Winklevoss



18.    I am informed and believe ConnectU is a limited liability company organized under the laws of Delaware.  I am a member of ConnectU LLC;

19.    I have never taken any data from TheFaceBook's website, as alleged for example in Paragraph 19 of the Plaintiff's complaint in this case.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the ___ day of October, 2005 at Greenwich, Connecticut.

_____
Howard Winklevoss

3                        Declaration of Howard Winklevoss

# EXHIBIT 3

1    Scott R. Mosko (State Bar No. 106070)
     FINNEGAN, HENDERSON, FARABOW,
2     GARRETT & DUNNER, L.L.P.
     Stanford Research Park
3    700 Hansen Way
     Palo Alto, California 94304
4    Telephone:   (650) 849-6600
     Facsimile:    (650) 849-6666
5

6    Attorneys for Defendants
     Cameron Winklevoss, Tyler
7    Winklevoss, Howard Winklevoss,
     and Divya Narendra

8

9

ENDORSED

2005 OCT 25 P 3: 53

KIRI DELI E, OFFICIAL CLEIK OF THE SUPERIOR COURT
COUNTY OF SANTA CLARA, CALIFORNIA
BY_____
M. Huema

10          SUPERIOR COURT OF THE STATE OF CALIFORNIA

11             COUNTY OF SANTA CLARA

12

13    THE FACEBOOK, INC.

14          Plaintiff,

15       v.

16    CONNECTU LLC, CAMERON WINKLEVOSS,
     TYLER WINKLEVOSS, HOWARD
17    WINKLEVOSS, DIVYA NARENDRA, AND
     DOES 1-25,

18          Defendants.

19

20

CASE NO. 105 CV 047381

**DEFENDANT TYLER WINKLEVOSS'S DECLARATION IN SUPPORT OF MOTION TO QUASH SERVICE OF COMPLAINT AND SUMMONS FOR LACK OF PERSONAL JURISDICTION**

Date:      November 17, 2005
Time:      9:00 a.m.
Dept.      2
Judge:     William J. Elfving

21

22

23

24

25

26

27

28

I, TYLER WINKLEVOSS, declare

1.     I am a resident and citizen of the state of Connecticut;

2.     My domicile is Greenwich, Connecticut;

3.     I received a copy of the summons and Complaint in Connecticut;

4.     I do not maintain a registered agent for service in California;

5.     I do not own, lease, possess or maintain any real or personal property in California, and have not owned, leased, possessed or maintained any real or personal property in California;

6.     I do not own, lease or maintain an office, residence or place of business in California, and I have not owned, leased or maintained an office, residence or place of business in California;

7.     I have never had an authorized agent or representative in California;

8.     I do not and have not paid taxes of any kind in the state of California;

9.     I do not maintain any bank or savings and loan accounts in California and have not maintained any bank or savings and loan accounts in California;

10.     I have never performed any service or sold any goods in California;

11.     I have not and do not derive substantial revenue from goods used or consumed in California or services rendered in California;

12.     I do not engage in a business and have not engaged in business in the state of California;

13.     The last time I was in California was 1999;

14.     I have never recruited employees in California;

15.     I have never signed any contracts in California;

16.     I do not presently nor have I ever maintained a telephone listing in California;

17.     I have never entered into a contract or other relationship with Plaintiff;

18.     I am informed and believe ConnectU is a limited liability company organized under the laws of Delaware. I am a member and a manager of ConnectU LLC;

19.     In my individual capacity, I have never taken any data from TheFaceBook's website, as alleged for example in Paragraph 19 of the Plaintiff's complaint in this case.

Declaration of Tyler Winklevoss

1    I declare under penalty of perjury under the laws of the state of California that the foregoing

2  is true and correct and that this declaration was executed on the 6th day of October, 2005 at

3  Greenwich, Connecticut.

4

5                                          _____

                                                          Tyler Winklevoss
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Tyler Winklevoss

1    I declare under penalty of perjury under the laws of the state of California that the foregoing

2    is true and correct and that this declaration was executed on the 6th day of October, 2005 at

3    Greenwich, Connecticut.

4

5                                   _Tyler Winklevoss_
                                          Tyler Winklevoss
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                   2                        Declaration of Tyler Winklevoss

# EXHIBIT 4

1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  700 Hansen Way
   Palo Alto, California  94304
4  Telephone:     (650) 849-6600
   Facsimile:     (650) 849-6666
5

6  Attorneys for Defendants
   Cameron Winklevoss, Tyler
7  Winklevoss, Howard Winklevoss,
   and Divya Narendra
8

9

ENDORSED

2005 OCT 25 P 3: 53

M. Huerta

10            SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                      COUNTY OF SANTA CLARA

12

13  THE FACEBOOK, INC.                    CASE NO. 105 CV 047381

14            Plaintiff,                  **DEFENDANT DIVYA NARENDRA'S**
                                          **DECLARATION IN SUPPORT OF**
15         v.                             **MOTION TO QUASH SERVICE OF**
                                          **COMPLAINT AND SUMMONS FOR**
16  CONNECTU LLC, CAMERON WINKLEVOSS,     **LACK OF PERSONAL**
    TYLER WINKLEVOSS, HOWARD              **JURISDICTION**
17  WINKLEVOSS, DIVYA NARENDRA, AND
    DOES 1-25,                            Date:    November 17, 2005
18                                        Time:    9:00 a.m.
              Defendants.                 Dept.    2
19                                        Judge:   William J. Elfving

20

21

22

23

24

25

26

27

28

Declaration of Divya Narendra




I, DIVYA NARENDRA, declare

1.  I am a resident and citizen of the state of New York;

2.  My domicile is New York;

3.  I received a copy of the summons and Complaint in New York;

4.  I do not maintain a registered agent for service in California;

5.  I do not own, lease, possess or maintain any real or personal property in California, and have not owned, leased, possessed or maintained any real or personal property in California;

6.  I do not own, lease or maintain an office, residence or place of business in California, and I have not owned, leased or maintained an office, residence or place of business in California;

7.  I have never had an authorized agent or representative in California;

8.  I do not and have not paid taxes of any kind in the state of California;

9.  I do not maintain any bank or savings and loan accounts in California and have not maintained any bank or savings and loan accounts in California;

10. I have never performed any service or sold any goods in California;

11. I have not and do not derive substantial revenue from goods used or consumed in California or services rendered in California;

12. I do not engage in a business and have not engaged in business in the state of California;

13. The last time I was in California was 2003, for a family wedding;

14. I have never recruited employees in California;

15. I have never signed any contracts in California;

16. I do not presently nor have I ever maintained a telephone listing in California;

17. I have never entered into a contract or other relationship with Plaintiff;

18. I am informed and believe ConnectU is a limited liability company organized under the laws of Delaware. I am a member of ConnectU LLC;

19. In my individual capacity, I have never taken any data from TheFaceBook's website, as alleged for example in Paragraph 19 of the Plaintiff's complaint in this case.

1

Declaration of Divya Narendra



1    I declare under penalty of perjury under the laws of the state of California that the foregoing

2   is true and correct and that this declaration was executed on the ___ day of October, 2005 at New

3   York, New York.

4

5                                              _____

6                                                       Divya Narendra

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



OCT-25-2005 TUE 10:00 AM FINNEGAN HENDERSON          FAX NO. 6508496666          P. 02



1    I declare under penalty of perjury under the laws of the state of California that the foregoing

2    is true and correct and that this declaration was executed on the ___ day of October, 2005 at New

3    York, New York.

4

5                                              Divya Narendra
                                               _____
6                                              Divya Narendra

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2                                              Declaration of Divya Narendra