# EXHIBIT V-5

COPY

1  G. HOPKINS GUY, III (State Bar No. 124811)
   I. NEEL CHATTERJEE (State Bar No. 173985)
2  MONTE COOPER (State Bar No. 196746)
   ROBERT D. NAGEL (State Bar No. 211113)
3  THERESA A. SUTTON (State Bar No. 211857)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
4  1000 Marsh Road
   Menlo Park, CA  94025
5  Telephone:    650-614-7400
   Facsimile:    650-614-7401
6
   Attorneys for Plaintiff
7  THEFACEBOOK, INC.

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                       COUNTY OF SANTA CLARA

10

11 THEFACEBOOK, INC.,                  |  CASE NO. 1:05-CV-047381
12         Plaintiff,                  |  DECLARATION OF ROBERT D.
                                        NAGEL IN SUPPORT OF
13     v.                                 FACEBOOK, INC.'S OPPOSITION TO
                                          DEFENDANTS' MOTION TO QUASH
14 CONNECTU LLC, CAMERON                  SERVICE OF COMPLAINT AND
   WINKLEVOSS, TYLER WINKLEVOSS,          SUMMONS FOR LACK OF
15 HOWARD WINKLEVOSS, DIVYA               PERSONAL JURISDICTION
   NARENDRA, AND DOES 1-25,
16                                        Date:   June 1, 2006
17         Defendants.                    Time:   9:00 A.M.
                                          Dept:   2
18                                        Judge:  William J. Elfving

19

20

21

22

23

24

25

26

27

28

US_WEST:260016219.1

1    I, Robert D. Nagel, declare:

2    1.    I am a member of the State Bar of California and an associate with Orrick,
Herrington & Sutcliffe LLP, attorneys of record for Plaintiff Facebook, Inc. in this action. I make this declaration based upon my personal knowledge and, if called as a witness in this action, could and would testify competently as to the matters set forth herein.

2.    Attached hereto as **Exhibit A** is a true and correct copy of relevant excerpts from the Deposition Transcript of ConnectU LLC, dated August 9, 2005. **[CONDITIONALLY LODGED WITH THE COURT]**

3.    Attached hereto as **Exhibit B** is a true and correct copy of an email string between Defendants Cameron and Howard Winklevoss, dated May 3, 2002, and Bates numbered C003865 through C003869. **[CONDITIONALLY LODGED WITH THE COURT]**

4.    Attached hereto as **Exhibit C** is a true and correct copy of relevant excerpts from the Highly Confidential Deposition Transcript of Divya Narendra, dated January 16, 2006. **[CONDITIONALLY LODGED WITH THE COURT]**

5.    Attached hereto as **Exhibit D** is a true and correct copy of an email, marked Confidential, from Cameron Winklevoss to Marc M. Pierrat, dated May 4, 2004 and Bates numbers C003990 through C003991. **[CONDITIONALLY LODGED WITH THE COURT]**

6.    Attached hereto as **Exhibit E** is a true and correct copy of Amended Response of Defendant Cameron Winklevoss to Form Interrogatories, dated March 31, 2006.

7.    Attached hereto as **Exhibit F** is a true and correct copy of Amended Response of Defendant Tyler Winklevoss to Form Interrogatories, dated March 31, 2006.

8.    Attached hereto as **Exhibit G** is a true and correct copy of Amended Response of Defendant Divya Narendra to Form Interrogatories, dated March 31, 2006.

9.    Attached hereto as **Exhibit H** is a true and correct copy of relevant excerpts from the Highly Confidential Deposition Transcript of Tyler Winklevoss, dated January 16, 2006. **[CONDITIONALLY LODGED WITH THE COURT]**

10.    Attached hereto as **Exhibit I** is a true and correct copy of an email, marked

1  Confidential, from Wayne Chang to Cameron Winklevoss (and others), dated February 17, 2005
2  and Bates numbered C008673. **[CONDITIONALLY LODGED WITH THE COURT]**

3  　　　　11.　Attached hereto as **Exhibit J** is a true and correct copy of relevant excerpts
4  from the Highly Confidential Deposition Transcript of Cameron Winklevoss, dated August 9,
5  2005. **[CONDITIONALLY LODGED WITH THE COURT]**

6  　　　　12.　Attached hereto as **Exhibit K** is a true and correct copy of pages printed
7  from www.winklevoss.com.

8  　　　　13.　Attached hereto as **Exhibit L** is a true and correct copy of a printout from
9  the website of the California Secretary of State showing Winklevoss, LLC's registration, and its
10 agent for service of process, in California.

11 　　　　14.　Attached hereto as **Exhibit M** is a true and correct copy of an email,
12 marked Confidential, from Marc M. Pierrat to Cameron Winklevoss and Divya Narendra, dated
13 June 21, 2004 and Bates numbered C007697. **[CONDITIONALLY LODGED WITH THE**
14 **COURT]**

15 　　　　15.　Attached hereto as **Exhibit N** is a true and correct copy of an email,
16 marked Confidential, from Marc M. Pierrat to Cameron Winklevoss, dated August 16, 2004 and
17 Bates numbered C007602. **[CONDITIONALLY LODGED WITH THE COURT]**

18 　　　　16.　Attached hereto as **Exhibit O** is a true and correct copy of a string of
19 emails, marked Confidential, between Cameron Winklevoss and Howard Winklevoss, dated May
20 3, 2004 and Bates numbered C003865 through C003869. **[CONDITIONALLY LODGED**
21 **WITH THE COURT]**

22 　　　　17.　Attached hereto as **Exhibit P** is a true and correct copy of a string of
23 emails, marked Confidential, from Winston Williams to Cameron and Tyler Winklevoss (and
24 others), dated February 19, 2005, and Bates numbered C008963. **[CONDITIONALLY**
25 **LODGED WITH THE COURT]**

26 　　　　18.　Attached hereto as **Exhibit Q** is a true and correct copy of relevant
27 excerpts from the Highly Confidential Deposition Transcript of Mark Zuckerberg, dated April 25,
28 2006. **[CONDITIONALLY LODGED WITH THE COURT]**

19. Attached hereto as **Exhibit R** is a true and correct copy of relevant excerpts from the Highly Confidential Deposition Transcript of ConnectU LLC, dated January 16, 2006. **[CONDITIONALLY LODGED WITH THE COURT]**

20. Attached hereto as **Exhibit S** is a true and correct copy of TheFacebook's Terms of use and privacy Policy.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Menlo Park, California on May 11, 2006.

_____
Robert D. Nagel