# EXHIBIT V-5-K

| THE WINKLEVOSS GROUP | THE COMPANY | OUR SERVICES |

## The Company



**WINKLEVOSS CONSULTANTS**
**W**

**In this Section**

About Us
What Sets Us Apart
News and Press
Where We Are Located
Career Opportunities

Contact Us

### About Us —

*For more than fifteen years, we have successfully met the demands of a client base that includes Fortune 100 corporations, top-tier investment managers, nationally ranked colleges and universities and, and leading money center banks.*

In 1987, Wharton professor and noted author, Dr. Howard Winklevoss, founded Winklevoss Consultants to guide clients through the complexities and inefficiencies of employee benefit fu[nding] solutions. With a staff of academic colleagues, investment experts and actuarial scientists, the [firm] succeeded in serving over 40 clients in the successful completion of more than 75 transaction[s]. Today, we service over $7 billion in assets for many of the world's leading corporations and fin[ancial] institutions. Our solutions do not follow predetermined formulas or casebook parameters. Ever[y client] receives a uniquely tailored solution that evolves from a highly interactive, consultative approa[ch]. There is one constant—a dedication to delivering strategic asset growth solutions in an indepe[ndent,] objective and transparent manner.

## Our Professional Staff

### Howard Winklevoss
Chairman of the Board

Howard taught actuarial science and insurance at The Wharton School, University of Pennsylvania, for twelve years. Authored four books, the most recent being the 1993 Editi[on of] Pension Mathematics: With Numerical Illustrations. He was financial consultant to over 10[0] corporations during ten years as President of Winklevoss & Associates and four years as S[enior] Vice President of Johnson & Higgins. He formed Winklevoss Consultants in 1987 to guide [clients] through the complexities and inefficiencies of employee benefit funding solutions.

Howard is a member of the American Academy of Actuaries, received his Ph.D. from Univ[ersity of] Oregon; an Honorary M.S. from University of Pennsylvania; his M.S. and M.B.A. from Calif[ornia] State University and his B.A. from Grove City College.

### Brett Long
President and CEO

Brett joined the Winklevoss Consultants in 2003 with over twenty years of experience in marketing, structuring and the development of new products in the financial services indus[try]. Prior to joining the firm, Brett was President and Chief Operating Officer of SMBC Leasing [&] Finance, Inc. ("SMBC-LF") the US leasing and structured products subsidiary of Sumitomo [Mitsui] Banking Corporation, which he joined as a start-up and where he was employed for over t[en] years. Brett was recruited to join SMBC-LF from Citibank where he was a Vice President i[n] emerging markets bond and leasing groups during six years of employment. Brett has also [held] the role of Treasurer of one of the country's largest non-bank Small Business Investment Companies ("SBIC's"), a program affiliated with the Small Business Administration. In addi[tion,] Brett has held commercial and corporate lending positions with Connecticut National Bank [and] Manufacturer's Hanover Trust, where he completed the bank's credit training program.

Brett received his B.S. in Economics from Babson College (with honors) and has complete coursework at New York University.

### Michael Vasile
Executive Vice President and Chief Operating Officer

Mike joined Winklevoss Consultants in 1999. Prior to joining the firm, he spent six years wi William M. Mercer, where he provided actuarial valuations and group benefits consulting.

Mike received his B.A. with Distinction in Mathematics from Hofstra University.

### Rodney Vessels
General Counsel

Rod joined Winklevoss Consultants in 2001. Prior to joining the firm, he had a securities pr at LeBoeuf, Lamb, Greene & MacRae, LLC. He has served as an officer and in-house cou several major financial institutions, including Merrill Lynch, Allmerica-Financial, and The Ha

Rod received his B.A. in Speech-Communications from the University of Minnesota, summ laude, his J.D. from Brigham Young University, cum laude and is admitted to practice law i Connecticut.

### Mark Rakov
Senior Vice President

Mark is Senior Vice President and Senior Managing Director of Winklevoss Consultants. Ir capacity, Mark is responsible for the Philanthropic Services division and is a co-developer · DMI Account Program. His professional background includes over 20 years in banking and financial services, having held various corporate finance and management positions at Ch: Manhattan Bank and The HSBC Bank in New York and Hong Kong. Prior to joining the firn was a Director at PricewaterhouseCoopers LLC where he helped develop and launch the f Finance and Treasury Group practice. He has also worked with nonprofit organizations at National Executive Service Corps, a consulting firm serving charities in the New York metr area.

Mark received his B.A. degree from Skidmore College and also studied at the London Sch Economics.

### Verna Holder
Vice President

Verna joined Winklevoss Consultants in 2000 with extensive experience in the life insuranc industry both with London Life International Reinsurance Corporation and most recently as Assistant Vice-President with Life of Barbados.

Verna is a Fellow of the Society of Actuaries. She received her Masters of Mathematics in Actuarial Science from the University of Waterloo and her Bachelor of Science in Mathema from the University of the West Indies.

### Chris Giannakopoulos
Vice President



Chris joined Winklevoss Consultants in 1997 and provides programming and support for th investment services areas.

Chris is an Associate of the Society of Actuaries as well as a CFA charterholder.
Chris received his B.S. in Actuarial Science with a minor in Economics from the University Calgary.

### Barbara Sisko
Secretary

Barbara joined Winklevoss Consultants in 1998. Barbara is the Corproate Secretary and w closely with Rod Vessels.

Barbara received a B.A. in Business Administration from Sacred Heart University.

### Tasha Void
Assistant Vice President

Tasha joined Winklevoss Consultants in 2002. Prior to joining the firm she was an Account Supervisor with CDC Investment Management.

Tasha received her B.S. in Business Administration with a concentration in Accounting anc Management from the University of North Carolina at Pembroke.

### David Love
Assistant Vice President

David joined Winklevoss Consultants in 2000. Prior to joining the firm he was employed by Lynch.

David received his Bachelor of Commerce from University of Calgary.

### Peter Brot
Consultant

Peter joined Winklevoss Consultants in 2003 and provides administration and support for t investment services area.

Peter received his B.A. in Mathematics from the University of Hartford.

Winklevoss Consultants - 500 West Putnam Avenue, Greenwich Connecticut, 06830
(203) 861-5560                                              Site Map  |  Terms and Conditions





**Winklevoss Consultants, Inc** | **Winklevoss, LLC** | **Winklevoss Technologies, LLC**

Search

**Company**
   WinTech Home
   About Us
▶ Contact Us
   Career Opportunities
   Directions
   News
**Products**
   ProVal
   ProVal PS
   ProAdmin Suite
      ProAdmin
      ProAdmin Server
      *pensionASAP*
   Request For Information
**Client Area**
   ProVal Updates
   ProAdmin Updates
   ProVal PS Administrator Login
   Technical Support
   ProVal Training
   Users Group Meetings
   Ancillary Consulting
   Links

○ Printer View

## Contact Us

* **Telephone**
  - Technical Support:      (203) 861-5540
  - WinTech main number:    (203) 861-5530
  - WinTech Fax:            (203) 861-5531
  - WinTech Sales:          (203) 861-5514  *Note: ask to speak with Joe Gilbert*

* **Email**
  - Sales:    sales@winklevoss.com
  - Support:  support@winklevoss.com

* **Technical Support**
  - Online Request:   Technical support request ⇨

**Winklevoss Technologies, LLC**
500 West Putnam Ave., Greenwich, CT 06830
ProVal Support: (203) 861-5540  |  WinTech Main Number: (203) 861-5530  |  WinTech Fax: (203) 861-5531
Terms of Use
© Copyright 1996-2005 Winklevoss Technologies, LLC

Winklevoss Consultants, Inc | Winklevoss, LLC | Winklevoss Technologies, LLC

Search

**Company**
- WinTech Home
- About Us
- Contact Us
- Career Opportunities
- ▶ Directions
- News

**Products**
- ProVal
- ProVal PS
- ProAdmin Suite
  - ProAdmin
  - ProAdmin Server
  - *pensionASAP*
- Request For Information

**Client Area**
- ProVal Updates
- ProAdmin Updates
- ProVal PS Administrator Login
- Technical Support
- ProVal Training
- Users Group Meetings
- Ancillary Consulting
- Links

# Directions

- **Enlarge this Map**
- Select one of the icons for driving directions to Winklevoss Technologies, LLC or **choose from the list below:**



- **Driving directions to Winklevoss Technologies, LLC from:**



1.) I-95 North
2.) I-95 South
3.) The Merrit Parkway
4.) Hutchinson River Parkway
5.) I-287
6.) Westchester County Airport
7.) LaGuardia Airport
8.) John F. Kennedy (JFK) Airport
9.) Newark Airport

○ Hotel Accomodations
○ Metro-North Railroad - Take the **New Haven** line to the **Greenwich** station.
  ○ Greenwich Commuter Connection - From the **Greenwich** train station, take the W and get off at **Putnam / Valley** (3rd stop). * Please Note: The shuttle is only avail during rush hour; taxi cabs are available for off hours.

○ Printer View

**Winklevoss Technologies, LLC**
500 West Putnam Ave., Greenwich, CT 06830
ProVal Support: (203) 861-5540  |  WinTech Main Number: (203) 861-5530  |  WinTech Fax: (203) 861-5531
Terms of Use
© Copyright 1996-2005 Winklevoss Technologies, LLC





*Winklevoss Consultants*

Accelerating asset growth through innovative, objective, and transparent investment solutions.

*Winklevoss Technologies*

WinTech provides cutting edge technology for valuing, projecting, analyzing and administering pension plans, retiree life and medical plans.





# The Winklevoss Group

500 West Putnam Ave. Greenwich, CT 06830
Tel: (203) 661-0275, Fax: (203) 661-0659

© Copyright 1996-2004 Winklevoss Consultants, Inc.

About Us - Winklevoss Technologies, LLC

# WinTech

Winklevoss Consultants, Inc | Winklevoss, LLC | Winklevoss Technologies, LLC

Search

**Company**
- WinTech Home
- ▶ About Us
- Contact Us
- Career Opportunities
- Directions
- News

**Products**
- ProVal
- ProVal PS
- ProAdmin Suite
- ProAdmin
- ProAdmin Server
- pensionASAP

**Client Area**
- Request For Information
- ProVal Updates
- ProAdmin Updates
- ProVal PS Administrator
- Login
- Technical Support
- ProVal Training
- Users Group Meetings
- Ancillary Consulting
- Links

## About Us

Winklevoss Technologies, LLC has been developing software for both actuaries and plan sponsors for over twenty-five years.

Delivery of Actuarial Services in the 21st Century – Actuarial software for employee benefit plans, generally speaking, has not kept pace with the rapid advances in computer technology during the 1990s. ProVal, developed by WinTech, changes all of that by providing cutting edge technology for running valuations, deterministic projections, and stochastic projections for both pension plans and retiree life and medical plans.

### The WinTech staff includes:

 

**Howard E. Winklevoss**, Ph.D., University of Oregon; Honorary M.S., University of Pennsylvania; M.S. and M.B.A., California State University; B.A., Grove City College; Member of the American Academy of Actuaries; Enrolled Actuary. Taught actuarial science at Wharton for 12 years. Authored four books, including the 1993 Edition of *Pension Mathematics: With Numerical Illustrations*.

**James R. Spaide**, B.S. in Mathematics, Bloomsburg University. Has over 25 years of experience designing and managing large retirement plan software systems.

**Debbie L. Benner**, FSA, CFA; B.S., summa cum laude, Wharton School, University of Pennsylvania; Member of the American Academy of Actuaries; Enrolled Actuary. Has over 15 years of consulting and systems development experience for both pension and retiree medical plans.

**Mark A. Tillman**, ASA; B.A. in Mathematics, Cornell University; Member of the American Academy of Actuaries.

**About the Founder**

The firm's founder, Dr. Howard Winklevoss, developed his first pension forecasting system while he was a professor of actuarial science at the Wharton School of the University of Pennsylvania from 1969 to 1981. He was a pioneer in the development of tools that would allow plan sponsors to actually apply the theory to their own retirement plans.

Dr. Winklevoss is the author of a textbook for actuaries – *Pension Mathematics with Numerical Illustrations,*

published by the Pension Research Council and the University of Pennsylvania Press, copyright 1977 (first edition) and 1993 (second edition).

 **Joe Gilbert**, has 25 years of sales and marketing experience in both the large corporate and entrepreneurial areas.

 **Hank Freeman**, Fellow of the Conference of Consulting Actuaries, Member of American Academy of Actuaries and Enrolled Actuary. Over 15 years of experience consulting to large plan sponsors on the design and financing of their pension programs.

 **Steven R. Strake**, ASA; M.A. in Mathematics, Temple University; B.S. in Mathematics, Drexel University; Member of the American Academy of Actuaries.

 **Iris H. Kazin**, FSA; M.A. in Mathematics, University of Wisconsin; B.S. in Mathematics, Brooklyn College, summa cum laude; Member of the American Academy of Actuaries; Enrolled Actuary.

 **Joe Fenton**, MBA, University of New Haven; BA Iona College. Served as senior sales and marketing executive with Bearing Point, GE Capital and D&B.

 **Jing-cheng Liu**, ASA; Ph.D. in Physics, City University of New York; M.S. in Physics, University of California at Davis; B.S. in Physics, National Taiwan University; Member of the American Academy of Actuaries; Enrolled Actuary.

 **Carol L. Thomas**, B.S. in Mathematics, Fairfield University.

About Us - Winklevoss Technologies, LLC


**Kimberly Cardone**, B.A. in Management Information Systems, Iona College.


**Elissa Tauber**, FSA; B.A. in mathematics, University of Pennsylvania, cum laude; Enrolled Actuary.

**William Martin**, B.S. in Economics & Finance, University of Hartford. Has over 25 years experience in Defined Benefit and Retiree Healthcare consulting.

**Martin Krone**, B.S. in Mathematics, State University College of NY. Has over 20 years of experience designing, supporting and managing actuarial software systems.


**Robert Berk**, ASA; B.A. in Mathematics, Rutgers University; Member of the American Academy of Actuaries.


**Joe Marant**, ASA; B.S. in Mathematics, Drexel University. Has over 20 years of experience in developing actuarial software systems.


**Steve Comkowycz**, M.S. in Secondary Education and B.S. in Mathematics, Southern Connecticut State University. Has



About Us - Winklevoss Technologies, LLC

well over 15 years actuarial consulting and systems development experience for defined benefit pension plans.



Noel Kanlong, B.A. in Mathematics, Smith College.



Peter Rutkowski, B.A. in Actuarial Science, University of Hartford. Has over 10 years experience in Defined Benefit Pension Plan consulting.



Pallav Ray, M.S. in Information Systems, Drexel University; B.S. in Mathematics (with honors), University of Delhi, India.



Xiaoling Zhang, Ph. D. in statistics, University of Western Ontario; B.S. in Applied Mathematics, Beijing Institute of Technology. Has over two years of pension consulting experience.



Scott Slora, B.S. in Finance, Wharton School of the University of Pennsylvania; Enrolled Actuary. Has 9 years experience in pension and post-retirement benefits consulting.



Rod Vessels, J.D., cum laude, J. Reuben Clark Law School, Brigham Young University; B.A., summa cum laude, University of Minnesota; member, Connecticut Bar; 17 years legal experience in financial services; author, legal articles on insurance and securities topics.



Marla Antonelli,

About Us - Winklevoss Technologies, LLC

o  <u>Printer View</u>



**Winklevoss Technologies, LLC**
500 West Putnam Ave., Greenwich, CT 06830
ProVal Support: (203) 861-5540  |  WinTech Main Number: (203) 861-5530  |  WinTech Fax: (203) 861-5531
<u>Terms of Use</u>
© Copyright 1996-2005 Winklevoss Technologies, LLC