# EXHIBIT V-5-L

# California Business Portal
## Secretary of State BRUCE McPHERSON

DISCLAIMER: The information displayed here is current as of Jan 6, 2006 and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

| LP/LLC | | |
|---|---|---|
| WINKLEVOSS, LLC | | |
| Number: 200434810218 | Date Filed: 11/9/2004 | Status: active |
| Jurisdiction: DELAWARE | | |
| Address | | |
| 500 WEST PUTNAM AVENUE | | |
| FAIRFIELD, CT 06830 | | |
| Agent for Service of Process | | |
| C T CORPORATION SYSTEM (C0168406) | | |

Fees and instructions for requesting certification of limited partnership and/or limited liability company records are included on the LP/LLC Records Order Form.

Blank fields indicate the information is not contained in the computer file.

If the agent for service of process is a corporation, the address of the agent must be requested in writing. Fees and instructions for requesting this information are included on the Corporate Records Order Form.