# EXHIBIT V-6

Dockets.Justia.com



1  G. HOPKINS GUY, III (State Bar No. 124811)
   I. NEEL CHATTERJEE (State Bar No. 173985)
2  MONTE COOPER (State Bar No. 196746)
   ROBERT D. NAGEL (State Bar No. 211113)
3  THERESA A. SUTTON (State Bar No. 211857)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
4  1000 Marsh Road
   Menlo Park, CA  94025
5  Telephone:    650-614-7400
   Facsimile:    650-614-7401
6
   Attorneys for Plaintiff
7  FACEBOOK, INC.

8

                SUPERIOR COURT OF THE STATE OF CALIFORNIA
9
                          COUNTY OF SANTA CLARA
10

11
   THE FACEBOOK, INC.,                          CASE NO.  1 05 CV 047381
12
                       Plaintiff,               **[PROPOSED] ORDER DENYING
13                                              MOTION TO QUASH SERVICE OF
          v.                                    COMPLAINT AND SUMMONS FOR
14                                              LACK OF PERSONAL
   CONNECTU LLC, CAMERON                        JURISDICTION**
15 WINKLEVOSS, CAMERON
   WINKLEVOSS, TYLER WINKLEVOSS,
   HOWARD WINKLEVOSS, DIVYA                     Date:     June 1, 2006
16 NARENDRA, AND DOES 1-25,                     Time:     9:00 A.M.
                                                Dept:     2
17                     Defendants.              Judge:    Honorable William J. Elfving

18

19

20

21

22

23

24

25

26

27

28

US_WEST:260017370.1

1         On June 1, 2006, the parties appeared for a hearing on Defendants' Motion to

2    Quash Service of Complaint and Summons for Lack of Personal Jurisdiction.  After consideration

3    of the papers on file and the arguments of counsel, and good cause appearing therefore,

4    Defendants' Motion is hereby **DENIED**.

5    Dated: June __, 2006

6

7    _____

8                     Honorable William J. Elfving
              Judge of the Superior Court of California
                   County of Santa Clara

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28