# EXHIBIT V-10

Dockets.Justia.com

1   Scott R. Mosko (State Bar No. 106070)
    FINNEGAN, HENDERSON, FARABOW,
2     GARRETT & DUNNER, L.L.P.
    Stanford Research Park
3   3300 Hillview Avenue
    Palo Alto, California  94304
4   Telephone:    (650) 849-6600
    Facsimile:     (650) 849-6666
5

6   Attorneys for Defendants
    Cameron Winklevoss, Tyler
7   Winklevoss, Howard Winklevoss,
    and Divya Narendra

ENDORSED

2006 MAY 24  PM 5: 11

SUPERIOR COURT OF CA
CO. OF ... CLARA
L. HA
BY_____ DEPUTY



8

9                 SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                          COUNTY OF SANTA CLARA

11

12   THE FACEBOOK, INC.                           CASE NO. 105 CV 047381

13              Plaintiff,                        **SUPPLEMENTAL DECLARATION OF
                                                  TYLER WINKLEVOSS IN SUPPORT OF
14       v.                                       DEFENDANTS' REPLY TO
                                                  OPPOSITION TO MOTION TO QUASH
     CONNECTU LLC, CAMERON WINKLEVOSS,            SERVICE OF COMPLAINT AND
15   TYLER WINKLEVOSS, HOWARD                     SUMMONS FOR LACK OF PERSONAL
     WINKLEVOSS, DIVYA NARENDRA, AND              JURISDICTION**
16   DOES 1-25,

17              Defendants.                       Date:      June 1, 2006
                                                  Time:      9:00 a.m.
18                                                Dept.      2
                                                  Judge:     William J. Elfving
19

20

21

22

23

24

25

26

27

28

Doc. No. 442369                             SUPPLEMENTAL DECLARATION OF TYLER WINKLEVOSS IN
                                             SUPPORT OF DEFENDANTS' REPLY TO OPPOSITION

I, Tyler Winklevoss, declare:

1.    During the late spring and early summer of 2004, I accessed thefacebook.com website on various occasions. I used the access information, i.e. the email account and passwords either voluntarily provided to me by various friends and acquaintances who were already registered users of thefacebook.com, or provided to me by Cameron Winklevoss. Each of these people who provided to me their access information authorized me to logon to thefacebook.com. Cameron Winklevoss told me each of the people who provided him their access information knew he might be sharing this with me.

2.    After logging onto thefacebook.com, I was able to see the email addresses of other Facebook users. These email addresses were directly visible. There were no security features or other hindrances that I had to avoid in order to see these email addresses. I personally downloaded onto my computer some of these email addresses that I found on thefacebook.com. Substantially most if not all of these downloads occurred prior to the end of July, 2004.

3.    Each time I met with Mark Zuckerberg, it was at or near the Harvard campus in Cambridge Massachusetts. To the extent I received email communication from Mark Zuckerberg, it was from his email account provided by Harvard University while we were both students at Harvard.

4.    During the spring and early summer of 2004 when I downloaded email addresses from the facebook.com I did not understand that Mark Zuckerberg was in California. During this time I did not know that Mark Zuckerberg might create a corporation from which thefacebook.com site would be run. During this time, I did not know that any such corporation would be located in California.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the 22nd day of May, 2006.

_Tyler Winklevoss_

SUPPLEMENTAL DECLARATION OF TYLER WINKLEVOSS IN
SUPPORT OF DEFENDANTS' REPLY TO OPPOSITION