# EXHIBIT V-11

| | |
|---|---|
| 1 | Scott R. Mosko (State Bar No. 106070) |
|   | FINNEGAN, HENDERSON, FARABOW, |
| 2 | GARRETT & DUNNER, L.L.P. |
|   | Stanford Research Park |
| 3 | 3300 Hillview Avenue |
|   | Palo Alto, California 94304 |
| 4 | Telephone: (650) 849-6600 |
|   | Facsimile: (650) 849-6666 |

ENDORSED
2006 MAY 24 PM 5: 11
SUPERIOR COURT OF CA
CO. OF SANTA CLARA
BY_____ L. HA_____

Attorneys for Defendants
Cameron Winklevoss, Tyler Winklevoss, Howard Winklevoss, and Divya Narendra



SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| THE FACEBOOK, INC. | CASE NO. 105 CV 047381 |
| Plaintiff, | SUPPLEMENTAL DECLARATION OF HOWARD WINKLEVOSS IN SUPPORT OF DEFENDANTS' REPLY TO OPPOSITION TO MOTION TO QUASH SERVICE OF COMPLAINT AND SUMMONS FOR LACK OF PERSONAL JURISDICTION |
| v. | |
| CONNECTU LLC, CAMERON WINKLEVOSS, TYLER WINKLEVOSS, HOWARD WINKLEVOSS, DIVYA NARENDRA, AND DOES 1-25, | |
| Defendants. | Date: June 1, 2006 |
| | Time: 9:00 a.m. |
| | Dept. 2 |
| | Judge: William J. Elfving |

Doc. No. 442368

SUPPLEMENTAL DECLARATION OF HOWARD WINKLEVOSS
IN SUPPORT OF DEFENDANTS' REPLY TO OPPOSITION

1  I, Howard Winklevoss declare,

2  1. As stated in my previous declaration in support of Defendants' Motion to Quash Service of the Complaint, I have never accessed thefacebook.com.

2. I have never authorized or advised anyone to access thefacebook.com. I have never directed or authorized anyone to download any information that might be found on thefacebook.com.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the 19 day of May, 2006.

_____
Howard Winklevoss

Doc. No. 442368

SUPPLEMENTAL DECLARATION OF HOWARD WINKLEVOSS
IN SUPPORT OF DEFENDANTS' REPLY TO OPPOSITION