# EXHIBIT V-13

Scott R. Mosko (State Bar No. 106070)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Defendants
Cameron Winklevoss, Tyler Winklevoss
Divya Narendra and Howard Winklevoss

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| THE FACEBOOK, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>CONNECTU LLC, CAMERON WINKLEVOSS, TYLER WINKLEVOSS, HOWARD WINKLEVOSS, DIVYA NARENDRA, AND DOES 1-25,<br><br>          Defendants. | CASE NO. 105 CV 047381<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT**<br><br>Date:    June 1, 2006<br>Time:    9:00 a.m.<br>Dept.    2<br>Judge:   William J. Elfving |

**ORDER**

Defendants Cameron Winklevoss, Tyler Winklevoss, Divya Narendra and Howard Winklevoss's Motion to Quash Service of the Summons and Complaint came on for hearing on June 1, 2006. Scott R. Mosko appeared on behalf of Cameron Winklevoss, Tyler Winklevoss, Divya Narendra and Howard Winklevoss. Monte M.F. Cooper appeared on behalf of Plaintiff. Upon review of the moving, opposing and reply papers, and upon hearing oral argument the matter was submitted. The Court makes its Order as follows:

IT IS HEREBY ORDERED that service of the summons and complaint is quashed as to Individual Defendants Cameron Winklevoss, Tyler Winklevoss, Divya Narendra and Howard Winklevoss. This Court cannot assert personal jurisdiction over any of these individual defendants.

DATED:

_____
William J. Elfving,
Judge of the Superior Court