1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Telephone:    (650) 849-6600
   Facsimile:     (650) 849-6666
5

6  Attorney for Defendants Cameron
   Winklevoss, Tyler Winklevoss, and
7  Divya Narendra

8

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13  FACEBOOK, INC., and MARK ZUCKERBERG,        CASE NO.  C 07-01389 RS

14                Plaintiffs,                   **DEFENDANTS' ADMINISTRATIVE
                                                MOTION TO FILE UNDER SEAL
15        v.                                    EXHIBITS V-4, V-5-A, THROUGH V-5-
                                                D, V-5-H THROUGH V-5-J, V-5-M
16  CONNECTU LLC, (now known as CONNECTU        THROUGH V-5-R, V-7, V-8-B, V-8-E,
    INC.) CAMERON WINKLEVOSS, TYLER             V-8-G AND V-8-H TO DECLARATION
17  WINKLEVOSS, DIVYA NARENDRA,                 OF SCOTT R. MOSKO IN SUPPORT
    PACIFIC NORTHWEST SOFTWARE, INC.,           OF DEFENDANTS CAMERON
18  WINSTON WILLIAMS, WAYNE CHANG, and          WINKLEVOSS, TYLER
    DAVID GUCWA,                                WINKLEVOSS AND DIVYA
19                                              NARENDRA'S MOTION TO DISMISS
                  Defendants.                   FOR LACK OF PERSONAL
20                                              JURISDICTION PURSUANT TO FED.
                                                R. CIV. P. 12(b)(2), OR IN THE
21                                              ALTERNATIVE MOTION TO STRIKE
                                                MOVING DEFENDANTS' NAMES
22                                              FROM THE SECOND AMENDED
                                                COMPLAINT**
23
                                                **[PROPOSED] ORDER**
24
                                                Date:   October 10, 2007
25                                              Time:   9:30 a.m.
                                                Dept.:  4
26                                              Judge:  Hon. Richard Seeborg

27

28

## ADMINISTRATIVE MOTION FOR FILING UNDER SEAL

**1.    Papers Submitted For Filing Under Seal in Their Entireties**

Pursuant to Civil Local Rules 7-11 and 79-5(b), Defendants respectfully hereby request leave of Court to file under seal in their entireties the following documents being lodged with the Clerk:

- **EXHIBITS V-4, V-5-A, THROUGH V-5-D, V-5-H THROUGH V-5-J, V-5-M THROUGH V-5-R, V-7, V-8-B, V-8-E, V-8-G AND V-8-H TO THE DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS CAMERON WINKLEVOSS, TYLER WINKLEVOSS AND DIVYA NARENDRA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2), OR IN THE ALTERNATIVE MOTION TO STRIKE MOVING DEFENDANTS' NAMES FROM THE SECOND AMENDED COMPLAINT**

Exhibit V-4 is a copy of Facebook, Inc.'s Opposition to Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction, as filed May 11, 2006 that Plaintiff designated "Confidential" in the Superior Court for the County of Santa Clara action, Case No. 1:05-CV-047381 matter.

Exhibit V-5-A consists of excerpts from the transcript of the August 9, 2005 deposition of Cameron H. Winklevoss taken in the United States District Court for the District of Massachusetts, case no. 04-1923 (DPW) and designated "Confidential" under protective order in the action in the Superior Court for the County of Santa Clara, Case No. 1:05-CV-047381.

Exhibit V-5-B is a May 3, 2004 e-mail chain between Howard Winklevoss and Cameron Winklevoss marked "Confidential" under the protective order in the Superior Court for the County of Santa Clara action, Case No. 1:05-CV-047381.

Exhibit V-5-C consists of excerpts from the transcript of the January 16, 2006 deposition of Divya Narendra taken in the Superior Court for the County of Santa Clara action, Case No. 1:05-CV-047381 and designated "Confidential" under protective order in that matter.

Exhibit V-5-D is a May 4, 2004 e-mail chain between Cameron Winklevoss and  Marc M. Pierrat marked "Confidential" under the protective order in the Superior Court for the County of Santa Clara action, Case No. 1:05-CV-047381.

Exhibit V-5-H consists of excerpts from the transcript of the January 16, 2006 deposition of Tyler Winklevoss taken in the Superior Court for the County of Santa Clara action, Case No. 1:05-CV-047381 and designated "Confidential" under protective order in that matter.

1    Exhibit V-5-I is a February 17, 2005 e-mail chain between Wayne Chang and David M. Shirley

2    and others marked "Highly Confidential" or "Confidential" under the protective order in the Superior

3    Court for the County of Santa Clara action, Case No. 1:05-CV-047381.

4    Exhibit V-5-J consists of excerpts from the transcript of the January 16, 2006 deposition of

5    Cameron Winklevoss taken in the Superior Court for the County of Santa Clara action, Case No. 1:05-

6    CV-047381 and designated "Confidential" under protective order in that matter.

7    Exhibit V-5-M is a June 21, 2004 e-mail from Marc M. Pierrat to Cameron Winklevoss and

8    Divya Narendra marked "Confidential" under the protective order in the Superior Court for the County

9    of Santa Clara action, Case No. 1:05-CV-047381.

10    Exhibit V-5-N is a August 16, 2004 e-mail from Cameron Winklevoss to Marc M. Pierrat

11    marked "Confidential" under the protective order in the Superior Court for the County of Santa Clara

12    action, Case No. 1:05-CV-047381.

13    Exhibit V-5-O is a May 3, 2004 e-mail chain between Howard Winklevoss and Cameron

14    Winklevoss marked "Confidential" under the protective order in the Superior Court for the County of

15    Santa Clara action, Case No. 1:05-CV-047381.

16    Exhibit V-5-P is a February 19, 2005 e-mail chain between Winston Williams and Wayne

17    Chang marked "Confidential" under the protective order in the Superior Court for the County of Santa

18    Clara action, Case No. 1:05-CV-047381.

19    Exhibit V-5-Q consists of excerpts from the transcript of the April 25, 2006 deposition of Mark

20    Zuckerberg taken in the Superior Court for the County of Santa Clara action, Case No. 1:05-CV-

21    047381 and designated "Confidential" under protective order in that matter.

22    Exhibit V-5-R consists of excerpts from the transcript of the January 16, 2006 deposition of

23    Cameron Winklevoss taken in the Superior Court for the County of Santa Clara action, Case No. 1:05-

24    CV-047381 and designated "Confidential" under protective order in that matter.

25    Exhibit V-7 is a Defendants' Reply to Opposition to Motion to Quash Service of Complaint

26    and Summons for Lack of Personal Jurisdiction, as filed May 24, 2006 (with subsequent corrected

27    page citations) in the Superior Court for the County of Santa Clara action, Case No. 1:05-CV-047381

28    that Defendants designated "Highly Confidential."

1       Exhibit V-8-B is a copy of Facebook's Bylaw s which Defendants have designated as

2 "Confidential" in the Superior Court for the County of Santa Clara action, Case No. 1:05-CV-047381.

3       Exhibit V-8-E is a January 11, 2004 e-mail that Plaintiff designated as "Confidential" in the

4 Superior Court for the County of Santa Clara action, Case No. 1:05-CV-047381.

5       Exhibit V-8-G is a Master Service Agreement that Plaintiff designated as "Confidential" in the

6 Superior Court for the County of Santa Clara action, Case No. 1:05-CV-047381.

7       Exhibit V-8-H is a consists of excerpts from the transcript of the April 25, 2006 deposition of

8 Mark Zuckerberg taken in the Superior Court for the County of Santa Clara action, Case No. 1:05-CV-

9 047381 and designated "Confidential" under protective order in that matter.

10       As required by Civil Local Rule 79-5(b), Defendants are lodging with the Clerk copies of the

11 documents which have been designated "Highly Confidential" and "Confidential" (for filing under

12 seal).

13     ///

14     ///

15     ///

16     ///

17     ///

18     ///

19     ///

20     ///

21     ///

22     ///

23     ///

24     ///

25     ///

26     ///

27     ///

28     ///

**SUPPORTING DECLARATION OF SCOTT R. MOSKO**

I, Scott R. Mosko, declare as follows:

1.      I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and a partner of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., attorneys of record for Defendants Cameron Winklevoss, Tyler Winklevoss and Divya Narendra.  The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2.      The representations made above in this Administrative Motion are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 5th day of September, 2007, at Palo Alto, California.

By:_____/s/_____
                Scott R. Mosko

**[PROPOSED] ORDER**

Upon good cause shown, **IT IS HEREBY ORDERED** that the following documents shall be received and filed under seal in their entireties by the Clerk:

Exhibits V-4, V-5-A through V-5-D, V-5-H through v-5-J, and V-5-M through V-5-R, V-7, V-8-B, V-8-E, V-8-G, and V-8-H to the Declaration of Scott R. Mosko in Support of Defendants Cameron Winklevoss, Tyler Winklevoss and Divya Narendra's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2), or in the Alternative, Motion to Strike Moving Defendants' Names from the Second Amended Complaint.

Dated: _____, 2007

_____
United States Magistrate Judge

DEFENDANTS' ADMINISTRATIVE MOTION AND [PROPOSED]
ORDER TO FILE DOCUMENTS UNDER SEAL
Case No. 5:07-CV-01389-RS