| | |
|---|---|
| 1 | Scott R. Mosko (State Bar No. 106070) |
| 2 | FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P. |
| 3 | Stanford Research Park<br>3300 Hillview Avenue |
| 4 | Palo Alto, California  94304<br>Telephone:     (650) 849-6600 |
| 5 | Facsimile:      (650) 849-6666 |
| 6 | Attorney for Defendants Cameron |
| 7 | Winklevoss, Tyler Winklevoss, and<br>Divya Narendra |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., and MARK ZUCKERBERG,<br><br>                                Plaintiffs,<br><br>    v.<br><br>CONNECTU LLC, (now known as CONNECTU INC.) CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,<br><br>                                Defendants. | CASE NO.  C 07-01389 RS<br><br>**MANUAL FILING NOTIFICATION**<br><br>**EXHIBITS V-4, V-5-A THROUGH V-5-D, V-5-H THROUGH V-5-J, V-5-M THROUGH V-5-R, V-7, V-8-B, V-8-E, V-8-G, AND V-8-H TO DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS CAMERON WINKLEVOSS, TYLER WINKLEVOSS AND DIVYA NARENDRA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2), OR IN THE ALTERNATIVE MOTION TO STRIKE MOVING DEFENDANTS' NAMES FROM THE SECOND AMENDED COMPLAINT**<br><br>Date:    October 10, 2007<br>Time:   9:30 a.m.<br>Dept.:   4<br>Judge:  Hon. Richard Seeborg |

Doc. No. 469065

MANUAL FILING NOTIFICATION

## MANUAL FILING NOTIFICATION

REGARDING: Exhibits V-4, V-5-A through V-5-D, V-5-H through V-5-J, V-5-M through V-5-R, V-7, V-8-B, V-8-E, V-8-G, and V-8-H to the Declaration of Scott R. Mosko in Support of Defendants Cameron Winklevoss, Tyler Winklevoss and Divya Narendra's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2), or in the Alternative, Motion to Strike Moving Defendants' Names from the Second Amended Complaint.

These filings are in paper or physical form only, and are being maintained in the case file in the Clerk's office. If you are a participant in this case, these filings will be served in hard-copy shortly. For information on retrieving these filings directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). These filings were not efiled for the following reason:

[_] Voluminous Document (PDF file size larger than the efiling system allows).

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Items Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: September 5, 2007                FINNEGAN, HENDERSON, FARABOW,
                                        GARRETT & DUNNER, L.L.P.


                                        By:_____/s/_____
                                           Scott R. Mosko
                                           Attorneys for Defendants Cameron Winklevoss,
                                           Tyler Winklevoss and Divya Narendra

1

Doc. No. 469065                                                MANUAL FILING NOTIFICATION