1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Telephone:   (650) 849-6600
   Facsimile:    (650) 849-6666
5

6  Attorney for Defendants Cameron
   Winklevoss, Tyler Winklevoss, and
7  Divya Narendra

8

9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13 FACEBOOK, INC., and MARK ZUCKERBERG,     CASE NO. C 07-01389 RS

14          Plaintiffs,                       **CERTIFICATE OF SERVICE**

15           v.                                Date:    October 10, 2007
                                            Time:    9:30 a.m.
16 CONNECTU LLC, (now known as CONNECTU    Dept.:   4
   INC.) CAMERON WINKLEVOSS, TYLER          Judge:  Hon. Richard Seeborg
17 WINKLEVOSS, DIVYA NARENDRA,
   PACIFIC NORTHWEST SOFTWARE, INC.,
18 WINSTON WILLIAMS, WAYNE CHANG, and
   DAVID GUCWA,
19
            Defendants.
20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to this action. My place of employment and business address is Finnegan, Henderson, Farabow, Garrett, & Dunner, L.L.P., 3300 Hillview Avenue, Palo Alto, California 94304. On September 5, 2007, I caused a copy of the following documents to be served:

**EXHIBITS V-4, V-5-A THROUGH V-5-D, V-5-H THROUGH V-5-J, V-5-M THROUGH V-5-R, V-7, V-8-B, V-8-E, V-8-G, AND V-8-H TO DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS CAMERON WINKLEVOSS, TYLER WINKLEVOSS AND DIVYA NARENDRA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2), OR IN THE ALTERNATIVE MOTION TO STRIKE MOVING DEFENDANTS' NAMES FROM THE SECOND AMENDED COMPLAINT**

to be served on all parties as follows:

| *Attorneys for Plaintiffs* | |
|---|---|
| Monte Cooper, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650.614.7400<br>Facsimile: 650.614.7401 | ☐ Via First Class Mail<br>☒ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

I am readily familiar with my firm's practice for collection and processing correspondence sending documents via hand delivery in the ordinary course of business. I sealed said envelope and placed it for hand delivery at our business offices on September 5, 2007, following ordinary business practice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 5, 2007, at Palo Alto, California.

/s/
Randal J. Holderfield