1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California  94304
4  Telephone:    (650) 849-6600
   Facsimile:    (650) 849-6666
5

6  Attorney for Defendants Cameron
   Winklevoss, Tyler Winklevoss, and
7  Divya Narendra

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13  FACEBOOK, INC., and MARK ZUCKERBERG,    CASE NO.  C 07-01389 RS

14            Plaintiffs,                   **CORRECTED
                                            CERTIFICATE OF SERVICE**
15       v.
                                            Date:   October 10, 2007
16  CONNECTU LLC, (now known as CONNECTU    Time:   9:30 a.m.
    INC.) CAMERON WINKLEVOSS, TYLER         Dept.:  4
17  WINKLEVOSS, DIVYA NARENDRA,              Judge:  Hon. Richard Seeborg
    PACIFIC NORTHWEST SOFTWARE, INC.,
18  WINSTON WILLIAMS, WAYNE CHANG, and
    DAVID GUCWA,
19
              Defendants.
20

1 **CERTIFICATE OF SERVICE**

2  I am a citizen of the United States, over the age of 18 years, and not a party to this action.

3 My place of employment and business address is Finnegan, Henderson, Farabow, Garrett, & Dunner,

4 L.L.P., 3300 Hillview Avenue, Palo Alto, California 94304. On September 6, 2007, I caused a copy

5 of the following documents to be served:

6 **EXHIBITS V-4, V-5-A THROUGH V-5-D, V-5-H THROUGH V-5-J, V-5-M THROUGH V-5-R, V-7, V-8-B, V-8-E, V-8-G, AND V-8-H TO DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS CAMERON WINKLEVOSS, TYLER WINKLEVOSS AND DIVYA NARENDRA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2), OR IN THE ALTERNATIVE MOTION TO STRIKE MOVING DEFENDANTS' NAMES FROM THE SECOND AMENDED COMPLAINT**

10  to be served on all parties as follows:

11 *Attorneys for Plaintiffs*
Monte Cooper, Esq.
12 ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
13 Menlo Park, CA 94025
Telephone: 650.614.7400
14 Facsimile: 650.614.7401

☐ Via First Class Mail
☒ Via Hand Delivery
☐ Via Overnight Courier
☐ Via Facsimile

15  I am readily familiar with my firm's practice for collection and processing correspondence

16 sending documents via hand delivery in the ordinary course of business. I sealed said envelope and

17 personally hand delivered it on September 6, 2007, following ordinary business practice.

18  I declare under penalty of perjury under the laws of the United States that the foregoing is

19
20 true and correct. Executed on September 7, 2007, at Palo Alto, California.

21                                      /s/
22                                      Randal J. Holderfield