Valerie M. Wagner (SBN: 173146)
valerie.wagner@dechert.com
**DECHERT LLP**
2440 El Camino Real, Suite 700
Mountain View, CA  94040-1499
Telephone:    +1 650 813 4800
Facsimile:    +1 650 813 4848

Attorneys for Defendant
DAVID GUCWA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., and MARK ZUCKERBERG, <br><br> Plaintiff, <br><br> v. <br><br> CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25, <br><br> Defendants. | Case No.  C 07-01389-RS <br><br> **NOTICE OF APPEARANCE** |

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

NOTICE OF APPEARANCE; CASE NO: C 07-01389-RS

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Valerie M. Wagner, of the law offices of Dechert LLP,

3  hereby files this Notice of Appearance in the above-referenced action as counsel for Defendant

4  DAVID GUCWA in this matter, and requests that copies of all briefs, motions, orders,

5  correspondence and other papers be electronically served on the undersigned at

6  valerie.wagner@dechert.com.

Dated: September 7, 2007                    **DECHERT LLP**

By:/s/Valerie M. Wagner
      Valerie M. Wagner

      Attorneys for Defendant
      DAVID GUCWA