1   G. HOPKINS GUY, III (State Bar No. 124811)
      hopguy@orrick.com
2   I. NEEL CHATTERJEE (State Bar No. 173985)
      nchatterjee@orrick.com
3   MONTE COOPER (State Bar No. 196746)
      mcooper@orrick.com
4   THERESA A. SUTTON (State Bar No. 211857)
      tsutton@orrick.com
5   YVONNE P. GREER (State Bar No. 214072)
      ygreer@orrick.com
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
7   Menlo Park, CA  94025
    Telephone:     650-614-7400
8   Facsimile:     650-614-7401

9   Attorneys for Plaintiffs
    FACEBOOK, INC. and MARK ZUCKERBERG
10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14

15  FACEBOOK, INC. and MARK            Case No.  5:07-CV-01389-RS
    ZUCKERBERG,
16                                     **DECLARATION OF THERESA A.
                  Plaintiffs,          SUTTON PURSUANT TO CIVIL
17                                     LOCAL RULE 79-5(D) IN SUPPORT
          v.                           OF SEALING EXHIBITS V-8-E, V-8-
18                                     G, V-8-H, AND V-4; AND
    CONNECTU, INC. (formerly known as  WITHDRAWING THE
19  CONNECTU, LLC), CAMERON            CONFIDENTIAL DESIGNATIONS
    WINKLEVOSS, TYLER WINKLEVOSS,      TO EXHIBITS V-5-Q AND V-8-B TO
20  DIVYA NARENDRA, PACIFIC            THE DECLARATION OF SCOTT
    NORTHWEST SOFTWARE, INC.,          MOSKO IN SUPPORT OF
21  WINSTON WILLIAMS, WAYNE CHANG,     DEFENDANTS' MOTION TO
    and DAVID GUCWA,                   DISMISS**
22
                  Defendants.          Date:      October 10, 2007
23                                     Time:      9:30 A.M.
                                       Judge:     Honorable Richard Seeborg
24

25

26

27

28

OHS West:260299118.1

SUTTON DECL. PURSUANT TO CIVIL L.R. 79-5
5:07-CV-01389-RS

Dockets.Justia.com

1        I, Theresa A. Sutton, declare as follows:

2        1.        I am an associate with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel

3   to Plaintiffs Facebook, Inc. and Mark Zuckerberg.  I am licensed to practice law in the State of

4   California.  I have personal knowledge of the facts and circumstances set forth in this Declaration.

5   If called as a witness, I could and would testify competently to the matters set forth herein.  I

6   make this Declaration pursuant to Civil L.R. 79-5(d).

7        2.        On September 5, 2007, Defendants Cameron Winklevoss, Tyler Winklevoss, and

8   Divya Narendra lodged exhibits with the Court pending this Court's ruling on Defendants'

9   Administrative Request to Seal those documents (Dkt. No. 138).  Good cause exists for sealing

10  Exhibits V-8-E, V-8-G, V-8-H, and V-4 to the Declaration of Scott Mosko in Support of

11  Defendants' Memorandum.

12       3.        **Exhibit V-8-E** is a document related to the registration of the Facebook.com

13  domain registration.  The document contains Mark Zuckerberg's parents' home address and

14  phone number.  Because of the substantial public attention this case has drawn, Mr. Zuckerberg is

15  concerned that the release of his family's home address and phone number will invite third parties

16  to contact his family, imposing an unnecessary and avoidable burden on them.

17       4.        **Exhibit V-8-G** is a copy of an Agreement between Facebook and a third party,

18  Equinix.  The Agreement was marked confidential by the third party.  It is not Facebook's

19  information to make publicly available.

20       5.        **Exhibit V-8-H** is a copy of excerpts from the deposition of Mark Zuckerberg.  The

21  testimony includes confidential and commercially sensitive financial information (in the form of a

22  valuation placed on the company) related to Facebook, Inc.

23       6.        Defendants also lodged **Exhibit V-4**.  This document, Facebook's Opposition to

24  Defendants' Motion to Quash, contains information ConnectU designated as Confidential and

25  was filed under seal by the Superior Court of California before this action was removed to this

26  Court.

27       7.        Defendants also lodged as sealable **Exhibits V-5-Q** and **V-8-B**.  Facebook is

28  withdrawing its "Confidential" designation on these documents.  **Exhibits V-5-Q** and **V-8-B** need

1    not be placed under seal.

2          I declare under penalty of perjury that the foregoing is true and correct to the best

3    of my knowledge.

4          Executed this 7th day of September, 2007, at Menlo Park, California.

5

6                                                        /s/ Theresa A. Sutton /s/

7                                                        Theresa A. Sutton

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that this document(s) filed through the ECF system will be sent

3
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non registered participants on September 7,

4
2007.

5     Dated: September 7, 2007.                    Respectfully submitted,

6                                                    /s/ Theresa A. Sutton /s/
                                                     Theresa A. Sutton

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28