1  G. HOPKINS GUY, III (State Bar No. 124811)
    hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
    nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
    mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
    tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
    ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA  94025
   Telephone:   650-614-7400
8  Facsimile:   650-614-7401

9  Attorneys for Plaintiffs
   FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG, <br><br> Plaintiffs, <br><br> v. <br><br> CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA, <br><br> Defendants. | Case No.  5:07-CV-01389-RS <br><br> **NOTICE OF RE-FILING EXHIBIT 2 TO DOCKET NO. 92** <br><br> Date:  July 11, 2007 <br> Time:  9:30 A.M. <br> Judge:  Honorable Richard Seeborg |

OHS West:260299335.1

NOTICE OF REFILING EX. 2 TO DOCKET NO. 92
5:07-CV-01389-RS

1  PLEASE TAKE NOTICE THAT:

2  On June 25, 2007, Facebook lodged Exhibit 2 to the Declaration of Monte M.F. Cooper in Support of Plaintiffs' Opposition to PNS and Williams' Motion to Dismiss (Dkt. 92) pending the Court's decision on Facebook's Motion to Seal Pursuant to Civil Local Rule 79-5(d) (Dkt. 93).

On September 7, 2007, Facebook withdrew its "Confidential" designation of this Exhibit 2 and is hereby refiling the same. Dkt. 148.  A true and correct copy of Exhibit 2 to Mr. Cooper's Declaration (Dkt. 92) is attached hereto.

Dated: September 7, 2007                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                             /s/ Theresa A. Sutton /s/
                                             Theresa A. Sutton
                                             Attorneys for Plaintiffs
                                             THE FACEBOOK, INC. and MARK
                                             ZUCKERBERG

OHS West:260299335.1                         NOTICE OF REFILING EX. 2 TO DOCKET NO. 92
                                             5:07-CV-01389-RS

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 7, 2007.

Dated: September 7, 2007.                    Respectfully submitted,

                                                    /s/ Theresa A. Sutton /s/
                                                       Theresa A. Sutton