1  G. HOPKINS GUY, III (State Bar No. 124811)
      hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
      nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
      mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
      tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
      ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA  94025
   Telephone:    650-614-7400
8  Facsimile:    650-614-7401

9  Attorneys for Plaintiffs
   THE FACEBOOK, INC. and MARK
10 ZUCKERBERG

Scott R. Mosko (State Bar No. 106070)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Attorney for Defendants CONNECTU, INC.,
PACIFIC NORTHWEST SOFTWARE, INC.
WINSTON WILLIAMS AND WAYNE
CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,<br><br>Defendants. | Case No.  5:07-CV-01389-RS<br><br>**JOINT PROPOSED ORDER RE SEALING MOTIONS** |

Pursuant to the Court's August 27, 2007, Order Re Sealing Motions, the parties submit the following summary of motions brought pursuant to Civil Local Rule 79-5(d), which are currently pending.

| Sealing Motion by Docket No. | (Dkt. No.) Declaration(s) Supporting Each Motion | (Dkt. No.) Exhibits to Be Sealed | (Dkt. No.) Withdrawn Request(s) For Sealing |
|---|---|---|---|
| 36 | | | (44) Ex. A |
| 93 | (94) Decl. of Michael W. Trinh pursuant to Civ.L.R. 79-5(d) | (91) Unredacted version of Plaintiffs' Opposition to Defendants Pacific Northwest Software and Winston Williams' Motion to Dismiss for Lack of Jurisdiction<br><br>(92) Ex. 1 | (148) Ex. 2 |
| | (151) Decl. of Scott R. Mosko pursuant to Civ.L.R. 7-11 & 79-5(c) | (92) Exs. 7, 9, 11, 12, 13, 14, 16, 17, 19, 21 and 26 | |
| 104 | (104) Decl. of Scott R. Mosko pursuant to Civ.L.R. 7-11 & 79-5(b) | (100) Ex. A | |
| | (114) Decl. of Theresa Sutton pursuant to Civ.L.R. 79-5(d) | (100) Ex. D | (114) Ex. B |
| 129 | (130) Decl. of Monte Cooper pursuant to Civ.L.R. 79-5(d) | (127) Exs. CC, DD, EE | |
| | (152) Decl. of Scott R. Mosko pursuant to Civ.L.R. 7-11 & 79-5(c) | (127) Exs. J, U and BB | |
| 138 | (138) Decl. of Scott R. Mosko pursuant to Civ.L.R. 7-11 & 79-5(b) | (137) Exs. V-4, V-5-A, through V-5-D, V-5-H through V-5-J, V-5-M through V-5-P, V-5-R, V-7, V-8-E, V-8-G and V-8-H | |
| | (147) Decl. of Theresa Sutton pursuant to Civ.L.R. 79-5(d) | (137) Exs. V-8-E, V-8-G, V-8-H | (147) Exs. V-5-Q and V-8-B |

Upon good cause shown, **IT IS HEREBY ORDERED** that the following documents shall be filed under seal in their entireties by the Clerk:

1. Unredacted version of Plaintiffs' Opposition to Defendants Pacific Northwest Software and Winston Williams' Motion to Dismiss for Lack of Jurisdiction (Dkt. No. 91).

2. **Exhibits 1, 7, 9, 11, 12, 13, 14, 16, 17, 19, 21, and 26** to the Declaration Of Monte M.F. Cooper In Support Of Plaintiff's Opposition To Pacific Northwest Software And Winston Williams' Motion To Dismiss For Lack Of Personal Jurisdiction (Dkt. No. 92);

3. **Exhibits A and D** to Declaration of Scott Mosko in Support of Defendants Pacific Northwest Software, Inc.'s and Winston Williams's Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 100);

4. **Exhibits J, U, BB, CC, DD and EE** to the Declaration of I. Neel Chatterjee in Support of Facebook's Motion for Sanctions (Dkt. No. 127).

5. **Exhibits V-4, V-5-A through V-5-D, V-5-H through V-5-J, V-5-M through V-5-P, V-5-R, V-7, V-8-E, V-8-G and V-8-H** to the Declaration of Scott R. Mosko in Support of Defendants Cameron Winklevoss, Tyler Winklevoss and Divya Narendra's Motion to Dismiss (Dkt. No. 137).

Dated: September ___, 2007

_____
Honorable Richard Seeborg
United States Magistrate Judge
Northern District of California

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 14, 2007.

Dated: September 14, 2007.                    Respectfully submitted,

                                              /s/ Theresa A. Sutton /s/
                                              Theresa A. Sutton