UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Seward,

          Plaintiff,

  v.

San Francisco Bay Area Rapid Transit District et al,

          Defendant.

Case Number: CV02-02536 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 9, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter P. Edrington
Timothy P. Murphy
Edrington Schirmer & Murphy
2300 Contra Costa Boulevard
Suite 450
Pleasant Hill, CA 94523

Dated: December 9, 2003

                                            Richard W. Wieking, Clerk
                                            By: Cora G. Delfin, Deputy Clerk