SEDGWICK, DETERT, MORAN & ARNOLD LLP
WARREN KRAUSS Bar No. 49568
JAMES YUANXIN LI Bar No. 135128
NEERAJ BALI Bar No. 221497
One Embarcadero Center, 16th Floor
San Francisco, California 94111-3628
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

ROPERS, MAJESKI, KOHN & BENTLEY
ROBERT P. ANDRIS Bar No. 130290
LAEL BELOATE Bar No. 215416
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendants
Animatics Corporation and
James V. Hawkins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUICKSILVER CONTROLS, INC., a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ANIMATICS CORPORATION, a California Corporation, JAMES V. HAWKINS, individually and as Senior Vice President of Animatics Corporation.,<br><br>    Defendants. | CASE NO. 03 3384 WHA<br><br>**NOTICE OF APPEARANCE OF JAMES YUANXIN LI** |

    Please take notice that James Yuanxin Li of Sedgwick, Detert, Moran & Arnold is now associated in this case. This notice is being filed as a means to having Mr. Li entered onto the

Court's electronic service list.

Dated: December 18, 2003

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
James Yuanxin Li
Attorneys for Defendants
Animatics Corporation and
James V. Hawkins