| | |
|---|---|
| 1 | GUIDO SAVERI (22349) |
| | R. ALEXANDER SAVERI (173102) |
| 2 | LISA SAVERI (112043) |
| | SAVERI & SAVERI, INC. |
| 3 | 111 Pine Street, Suite 1700 |
| | San Francisco, California 94111-5619 |
| 4 | Telephone (415) 217-6810 |
| 5 | |
| 6 | [Additional Counsel Appear on Signature Page] |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | | |
|---|---|---|
| 12 | FATEMAH AZIZIAN, *et al.*, | CIVIL NO. 3:03 CV-03359 SBA |
| 13 | Plaintiffs, | **CLASS ACTION** |
| 14 | v. | NOTICE OF ENTRY OF ORDER RE NOTICE OF PUBLICATION |
| 15 | FEDERATED DEPARTMENT STORES, INC.; *et al.*, | |
| 16 | | |
| 17 | Defendants. | Hon. Saundra Brown Armstrong |

NOTICE OF ENTRY OF ORDER RE NOTICE OF PUBLICATION;
CIVIL NO. 3:03 CV-03359 SBA

1    PLEASE TAKE NOTICE THAT the Honorable Saundra Brown Armstrong
2 issued the attached Notice of Entry of Order re Notice Publication.
3 Dated: December 18, 2003.                    Respectfully submitted,
4
5                                         By: *R. Alexander Saveri* (signature)
                                              GUIDO SAVERI (22349)
6                                             R. ALEXANDER SAVERI (173102)
                                              LISA SAVERI (112043)
7                                             SAVERI & SAVERI, INC.
                                              111 Pine Street, Suite 1700
8                                             San Francisco, California  94111-5619
                                              Telephone: (415) 217-6810
9
10                                            FRANCIS O. SCARPULLA (41059)
                                              LAW OFFICES OF FRANCIS O. SCARPULLA
                                              44 Montgomery Street, Suite 3400
11                                            San Francisco, CA 94111
                                              Telephone: (415) 788-7210
12
                                              WILLIAM BERNSTEIN (65200)
13                                            MICHELE C. JACKSON (90807)
                                              LIEFF, CABRASER, HEIMANN & BERNSTEIN
14                                            Embarcadero Center West
                                              275 Battery Street, 30th Floor
15                                            San Francisco, CA 94111
                                              Telephone: (415) 956-1000
16
                                              JOSEF D. COOPER (53015)
17                                            TRACY R. KIRKHAM (69913)
                                              COOPER & KIRKHAM, P.C.
18                                            655 Montgomery, 17th Floor
                                              San Francisco, CA 94111
19                                            Telephone: (415) 788-3030

20                                            JOSEPH M. ALIOTO (42680)
                                              THERESA MOORE (99978)
21                                            ANGELINA GRACE (206899)
                                              THE ALIOTO LAW FIRM
22                                            555 California, 31st Floor
                                              San Francisco, CA 94104
23                                            Telephone: (415) 434-8900

24                                            DANIEL J. MOGIN (95624)
                                              THE MOGIN LAW FIRM, P.C.
25                                            110 Juniper Street
                                              San Diego, CA 92101-1502
26                                            Telephone: (619) 687-6611

27
28

| | |
|---|---|
| 1 | J. GARRETT KENDRICK (61698) |
| 2 | KENDRICK & NUTLEY |
|   | 468 North Camden Drive, Suite 200 |
| 3 | Beverly Hills, CA 90210 |
|   | Telephone: (310)858-5571 |
| 4 | TERRY GROSS (103878) |
|   | GROSS & BELSKY |
| 5 | 180 Montgomery Street, Suite 2200 |
|   | San Francisco, CA 94111 |
| 6 | Telephone: (415) 544-0200 |

J. GARRETT KENDRICK (61698)
KENDRICK & NUTLEY
468 North Camden Drive, Suite 200
Beverly Hills, CA 90210
Telephone: (310)858-5571

TERRY GROSS (103878)
GROSS & BELSKY
180 Montgomery Street, Suite 2200
San Francisco, CA 94111
Telephone: (415) 544-0200

W. TIMOTHY NEEDHAM (95642)
JANSSEN, MALLOY, NEEDHAM,
MORRISON & KOSHKIN
730 Fifth Street, Post Office Drawer 1288
Eureka, CA 95502
Telephone: (707) 445-2071

GRETCHEN M. NELSON (112566)
LAW OFFICES OF GRETCHEN M. NELSON
707 Wilshire Boulevard, Suite 5000
Los Angeles, CA 90017
Telephone: (213) 622-6469

ROBERT DISKINT
CRITCHLOW & DISKINT
938 B Street
San Rafael, CA 94901
Telephone: (415) 721-7900

MICHAEL J., FLANNERY
THE DAVID DANIS LAW FIRM, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700

JOHN H. BOONE
THE LAW OFFICES OF JOHN H. BOONE
555 California, 31st Floor
San Francisco, CA 94104
Telephone: (415) 434-1133

SUSAN TAYLOR
MILBERG, WEISS, BERSHAD,
HYNES & LERACH, L.L.P.
600 West Broadway
1800 One America Plaza
San Diego, CA 92101-3356
Telephone :(619) 231 - 1058

```
 1  CRAIG C. CORBITT (83250)
    ZELLE, HOFMANN, VOELBEL
 2  MASON & GETTE, LLP
    44 Montgomery Street, Suite 3400
 3  San Francisco, CA 94104
    Telephone: (415) 693-0700
 4
    JOHN L. BURRIS (69888)
 5  LAW OFFICES OF JOHN L. BURRIS
    7677 Oakport, Suite 1120
 6  Oakland, CA 94612
    Telephone: (510) 839-5200
 7
    FREDERICK P. FURTH
 8  MICHAEL LEHMANN
    THE FURTH FIRM201
 9  Sansome Street, Suite 1000
    San Francisco, CA 94104
10  Telephone: (415) 433-2070

11  ALAN R. PLUTZIK (77785)
    BRAMSON, PLUTZIK, MAHLER &
12  BIRKHAEUSER, LLP
    2125 Oak Grove Road, Suite 120
13  Walnut Creek, CA 94598
    Telephone: (925) 945-0200
14
    JOHN W. ALLURED (84770)
15  LAW OFFICES OF JOHN W. ALLURED
    One Maritime Plaza, Suite 1040
16  San Francisco, California 94111
    Telephone: (415) 675-2960
17
    Attorneys for Plaintiffs
18

19
    COSMETICS.121.WPD
20

21

22

23

24

25

26

27

28
```

1  GUIDO SAVERI (22349)
   R. ALEXANDER SAVERI (173102)
2  LISA SAVERI (112043)
   SAVERI & SAVERI, INC.
3  111 Pine Street, Suite 1700
   San Francisco, CA 94111
4  Telephone: (415) 217-6810
   Facsimile: (415) 217-6813
5
   Chair, Committee of Plaintiffs' Counsel
6
   Additional Counsel on Signature Page
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
   Fatemah Azizian, *et al.*,              )   **CIVIL NO. 3:03 CV-03359 SBA**
11                                         )
              Plaintiffs,                  )   STIPULATION AND ORDER RE NOTICE
12                                         )   PUBLICATION
         v.                                )
13   Federated Department Stores, Inc., *et al.*, )
                                           )
14           Defendants.                   )
                                           )
15

16       WHEREAS, on November 21, 2003, this Court entered the Order Conditionally

17  Certifying Settlement Class; Granting Motion for Preliminary Approval of Class Action

18  Settlement, and Scheduling Hearing on Final Settlement Approval; and

19       WHEREAS, that order provided for publication of the Notice in newspapers and

20  periodicals listed in Exhibit G to the Settlement Agreement; and

21       WHEREAS, one of the publications listed on Exhibit G, "Redbook," has declined to

22  publish the court-approved notice; and

23       WHEREAS, another publication, "Woman's Day," which has substantially the same

24  circulation as "Redbook," has agreed to publish the Notice;

25       NOW THEREFORE, it is hereby stipulated by and between the parties hereto, through

26  their respective counsel of record, that the Order Conditionally Certifying Settlement Class;

27

28              STIPULATION AND ORDER RE NOTICE PUBLICATION              Page 1

Granting Motion for Preliminary Approval of Class Action Settlement, and Scheduling Hearing on Final Settlement Approval is hereby amended to substitute "Woman's Day" for "Redbook" in which the Notice shall be published.

Dated: December 16, 2003

Guido Saveri, Esq.
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111

William Bernstein, Esq.
LIEFF, CABRASER, HEIMANN
    & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111

Josef D. Cooper, Esq.
COOPER & KIRKHAM, P.C.
655 Montgomery Street, 17th Floor
San Francisco, CA 94111

Joseph M. Alioto, Esq.
THE LAW FIRM OF JOSEPH M. ALIOTO
555 California Street, 31st Floor
San Francisco, CA 94104

LAW OFFICES OF FRANCIS O. SCARPULLA

By: /s/ Francis O. Scarpulla
    Francis O. Scarpulla, Esq.

44 Montgomery Street, Suite 3400
San Francisco, CA 94104

On Behalf of All Plaintiffs

For Boucheron (USA) Ltd.:

Peter J. Venaglia, Esq.
DORNBUSH MENSCH MANDELSTAM
    & SCHAEFFER, LLP
747 Third Avenue
New York, NY 10017

Bruce H. Jackson, Esq.
BAKER & MCKENZIE
Two Embarcadero Center, Suite 2400
San Francisco, CA 94111

| | | |
|---|---|---|
| 1 | For Defendant Chanel, Inc.: | Penelope A. Preovolos, Esq. |
| 2 | | Terri Garland, Esq.<br>MORRISON & FOERSTER, LLP<br>425 Market Street |
| 3 | | San Francisco, CA 94105 |
| 4 | For Christian Dior Perfumes, Inc.,<br>Guerlain, Inc. & Givenchy Corporation: | Holly A. House, Esq. |
| 5 | | BINGHAM McCUTCHEN<br>Three Embarcadero Center |
| 6 | | San Francisco, CA 94111 |
| 7 | For Defendant Clarins U.S.A., Inc.: | Charles V. Berwanger, Esq. |
| 8 | | GORDON & REES<br>101 West Broadway, Suite 1600<br>San Diego, CA 92101 |
| 9 | | |
| 10 | | James T. Fousekis, Esq.<br>STEINHART & FALCONER, LLP |
| 11 | | 333 Market Street, Suite 3200<br>San Francisco, CA 94105-2133 |
| 12 | | Robert P. Oppenheim, Esq. |
| 13 | | COBLENCE & WARNER<br>415 Madison Avenue<br>New York, NY 10017 |
| 14 | | |
| 15 | For Defendant Conopco, Inc.: | Joel Sanders, Esq.<br>GIBSON, DUNN & CRUTCHER LLP |
| 16 | | One Montgomery Street<br>Telesis Tower, 26th Floor<br>San Francisco, CA 94104-4505 |
| 17 | | |
| 18 | For Defendant Dillard's, Inc.: | Elizabeth A. Bousquette, Esq.<br>Robert J. Dwyer, Esq. |
| 19 | | BRYAN CAVE, LLP<br>245 Park Avenue |
| 20 | | New York, NY 10167-0034 |
| 21 | | E. Perry Johnson, Esq.<br>BRYAN CAVE, LLP |
| 22 | | One Metropolitan Square<br>211 North Broadway, Suite 3600 |
| 23 | | St. Louis, MO 63102-2750 |
| 24 | | Anita F. Stork, Esq.<br>COOLEY GODWARD, LLP |
| 25 | | One Maritime Plaza, 20th Floor<br>San Francisco, CA 94111-3580 |
| 26 | | |
| 27 | | |
| 28 | STIPULATION AND ORDER RE NOTICE PUBLICATION | Page 3 |

| | | |
|---|---|---|
| 1 | For Defendant Federated Department Stores, Inc.: | Phillip A. Proger, Esq. |
| 2 | | JONES, DAY, REAVIS & POGUE 51 Louisiana Avenue, NW |
| 3 | | Washington, DC 20001-2113 |
| 4 | | Jeffrey A. LeVee, Esq. JONES, DAY, REAVIS & POGUE |
| 5 | | 555 W. 5th Street, Suite 4600 Los Angeles, CA 90013-1025 |
| 6 | For Defendant Gottschalks, Inc.: | Wynne S. Carvill, Esq. |
| 7 | | Doug Leeds, Esq. THELEN REID & PRIEST LLP |
| 8 | | 101 Second Street, Suite 1800 San Francisco, CA 94105-3601 |
| 9 | For Defendant L'Oréal U.S.A., Inc.: | Bruce Colbath, Esq. |
| 10 | | WEIL GOTSHAL & MANGES, LLP 767 Fifth Avenue |
| 11 | | New York, NY 10153 |
| 12 | | Jeffrey G. Knowles, Esq. Coblentz Patch Duffy & Bass, LLP |
| 13 | | One Ferry Building, Suite 200 San Francisco, CA 94111 |
| 14 | For Defendant The May Department Stores Company: | |
| 15 | | Ronald J. Dolan, Esq. Betty T. Tierney, Esq. |
| 16 | | MAY COMPANY 611 Olive Street |
| 17 | | St. Louis, MO 63101 |
| 18 | | James L. McGinnis, Esq. SHEPPARD, MULLIN, RICHTER |
| 19 | | & HAMPTON LLP Four Embarcadero Center, 17th Floor |
| 20 | | San Francisco, CA 94111-4106 |
| 21 | For Defendant The Neiman Marcus Group, Inc.: | |
| 22 | | J. Thomas Rosch, Esq. Eric S. Whitaker, Esq. |
| 23 | | LATHAM & WATKINS 505 Montgomery Street, Suite 1900 |
| | | San Francisco, CA 94111-2562 |
| 24 | For Defendant Saks & Co., Inc.: | Peter H. Goldsmith, Esq. |
| 25 | | Ariela Freed, Esq. LEGAL STRATEGIES GROUP |
| 26 | | 5905 Christie Avenue Emeryville, CA 94608-1925 |
| 27 | | |
| 28 | STIPULATION AND ORDER RE NOTICE PUBLICATION | Page 4 |

|    |                                      |                                                                                                                                     |
|----|--------------------------------------|-------------------------------------------------------------------------------------------------------------------------------------|
| 1  |                                      | Elizabeth Runyan Geise, Esq.                                                                                                        |
|    |                                      | SHEA & GARDNER                                                                                                                      |
| 2  |                                      | 1800 Massachusetts Avenue, N.W., 6th Floor                                                                                          |
|    |                                      | Washington, D.C. 20036-1872                                                                                                         |
| 3  |                                      |                                                                                                                                     |
|    | For Defendant Target Corporation:    | Samuel R. Miller, Esq.                                                                                                              |
| 4  |                                      | M. Kay Martin, Esq.                                                                                                                 |
|    |                                      | FOLGER LEVIN & KAHN, LLP                                                                                                            |
| 5  |                                      | Embarcadero Center West                                                                                                             |
|    |                                      | 275 Battery Street, 23rd Floor                                                                                                      |
| 6  |                                      | San Francisco, CA 94111                                                                                                             |
| 7  | For Defendant Nordstrom, Inc.        | Gary L. Halling, Esq.                                                                                                               |
|    |                                      | Thomas D. Nevins, Esq.                                                                                                              |
| 8  |                                      | SHEPPARD, MULLIN, RICHTER                                                                                                           |
|    |                                      | & HAMPTON LLP                                                                                                                       |
| 9  |                                      | Four Embarcadero Center, 17th Floor                                                                                                 |
|    |                                      | San Francisco, CA 94111-4106                                                                                                        |
| 10 |                                      |                                                                                                                                     |
|    |                                      | Larry Gangnes, Esq.                                                                                                                 |
| 11 |                                      | Nancy W. Anderson, Esq.                                                                                                             |
|    |                                      | LANE, POWELL, SPEARS & LUBERSKY                                                                                                     |
| 12 |                                      | 1420 Fifth Avenue, Suite 4100                                                                                                       |
|    |                                      | Seattle, Washington 98101-2338                                                                                                      |
| 13 |                                      |                                                                                                                                     |
|    | For The Estée Lauder Companies, Inc.:| Fredric W. Yerman, Esq.                                                                                                             |
| 14 |                                      | David S. Copeland, Esq.                                                                                                             |
|    |                                      | KAYE SCHOLER LLP                                                                                                                    |
| 15 |                                      | 425 Park Avenue                                                                                                                     |
|    |                                      | New York, NY 10022                                                                                                                  |
| 16 |                                      |                                                                                                                                     |
|    |                                      | Aton Arbisser, Esq.                                                                                                                 |
| 17 |                                      | KAYE SCHOLER LLP                                                                                                                    |
|    |                                      | 1999 Avenue of the Stars, Suite 1600                                                                                                |
| 18 |                                      | Los Angeles, CA 90067                                                                                                               |
| 19 |                                      | Michael Bien, Esq.                                                                                                                  |
|    |                                      | ROSEN BIEN & ASARO, LLP                                                                                                             |
| 20 |                                      | 155 Montgomery Street, Suite 800                                                                                                    |
|    |                                      | San Francisco, CA 94104                                                                                                             |
| 21 |                                      |                                                                                                                                     |
| 22 |                                      |                                                                                                                                     |
|    | Dated: December 16, 2003             | By /s/ Michael W. Bien                                                                                                              |
| 23 |                                      | Michael Bien                                                                                                                        |
| 24 |                                      | 155 Montgomery Street, Suite 800                                                                                                    |
|    |                                      | San Francisco, CA 94104                                                                                                             |
| 25 |                                      |                                                                                                                                     |
|    |                                      | For The Estée Lauder Companies, Inc. and                                                                                            |
| 26 |                                      | On Behalf of All Defendants                                                                                                         |
| 27 |                                      |                                                                                                                                     |
| 28 | STIPULATION AND ORDER RE NOTICE PUBLICATION |                                                                                                                              Page 5 |

## ORDER

It is so ordered this 17th day of December, 2003.

          /s/ Saundra Brown Armstrong
The Honorable Saundra Brown Armstrong
United States District Court Judge
United States District Court for the
Northern District of California

# PROOF OF SERVICE

I, John Webb, am over the age of 18 years and not a party to the above-entitled case. I am employed in the County of San Francisco; my business address is 111 Pine Street, Suite 1700, San Francisco, California 94111-5630.

On December 18, 2003, I served a true and correct copy of the following document(s):

**NOTICE OF ENTRY OF ORDER RE NOTICE OF PUBLICATION**

by depositing a copy of the described document in the United States mail in San Francisco, California, in a sealed envelope, with postage fully prepaid, addressed as follows:

| | |
|---|---|
| Francis O. Scarpulla, Esq.<br>LAW OFFICES OF FRANCIS O. SCARPULLA<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94111 | J. Garrett Kendrick, Esq.<br>KENDRICK & NUTLEY<br>468 N. Camden Drive, Suite 200<br>Beverly Hills, CA 90210 |
| Craig C. Corbitt<br>ZELLE, HOFMANN, VOELBEL & GETTE, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104 | Susan Taylor, Esq.<br>MILBERG, WEISS, BERSHAD, HYNES & LERACH<br>600 West Broadway<br>1800 One America Plaza<br>San Diego, CA 92101-3356 |
| Jospeh M. Alioto, Esq.<br>Theresa D. Moore, Esq.<br>THE ALIOTO LAW FIRM<br>555 California Street, 31ts Floor<br>San Francisco, CA 94104 | John L. Burris, Esq.<br>Miles Washington, Esq.<br>LAW OFFICES OF JOHN L. BURRIS<br>7677 Oakport, Suite 1120<br>Oakland, CA 94621 |
| Josef D. Cooper, Esq.<br>COOPER & KIRKHAM<br>655 Montgomery Street, 17th Floor<br>San Francisco, CA 94111 | Terry Gross, Esq.<br>LAW OFFICES OF TERRY GROSS<br>180 Montgomery Street, Suite 2200<br>San Francisco, CA 94104 |
| Daniel J. Mogin, Esq.<br>THE MOGIN LAW FIRM<br>110 Juniper Street<br>San Diego, CA 92101-1502 | Alan R. Plutzik, Esq.<br>BRAMSON PLUTZIK MAHLER & BIRKHAEUSER LLP<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598 |
| W. Timothy Needham, Esq.<br>JANSSEN, MALLOY, NEEDHAM,<br>  MORRISON & KOSHKIN<br>730 Fifth Street, P.O. Box 1288<br>Eureka, CA 95502 | John Allured, Esq.<br>LAW OFFICES OF JOHN ALLURED<br>The Alcoa Building<br>One Maritime Plaza, Suite 1040<br>San Francisco, CA 94111 |

| | | |
|---|---|---|
| 1 | Robert Diskint, Esq.<br>CRITCHLOW & DISKINT<br>938 B Street<br>San Rafeal, CA 94901 | Wendy S. White, Esq.<br>Elizabeth Runyan Geise, Esq.<br>SHEA & GARDNER<br>1800 Massachusetts Ave., NW, 6th Floor<br>Washington, D.C. 20036-1872 |
| 4 | William Bernstein, Esq.<br>Michelle Jackson, Esq.<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111 | Peter H. Goldsmith, Esq.<br>LEGAL STRATEGIES GROUP<br>5905 Christie Avenue<br>Emeryville, CA 94608-1925 |
| 7 | Ms. Gretchen M. Nelson, Esq.<br>LAW OFFICES OF GRETCHEN M. NELSON<br>707 Wilshire Boulevard, Suite 5000<br>Los Angeles, CA 90017 | J. Thomas Rosch, Esq.<br>Eric S. Whitaker, Esq.<br>LATHAM & WATKINS<br>505 Montgomery Street, Suite 1900<br>San Francisco, CA 94111-2562 |
| 10 | Jeffrey A. LeVee, Esq.<br>JONES, DAY, REAVIS & POGUE<br>555 West 5th Street, Suite 4600<br>Los Angeles, CA 90013 | Michael J. Flannery, Esq.<br>THE DAVID DANIS LAW FIRM, LLC<br>8235 Forsyth Blvd., Suite 1100<br>St. Louis, MO 63105 |
| 13 | Phil A. Proger, Esq.<br>JONES, DAY, REAVIS & POGUE<br>51 Louisiana Ave., N.W.<br>Washington, DC 20001-2113 | Aton Arbisser, Esq.<br>KAYE, SCHOLER, FIERMAN, ET AL.<br>1999 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067 |
| 15 | Robert A. Weikert, Esq.<br>Marlene J. Williams, Esq.<br>Thelen, Reid & Priest<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3601 | Michael Bien, Esq.<br>ROSEN, BIEN & ASARO<br>155 Montgomery St., 8th Floor<br>San Francisco, CA 94104 |
| 18 | Ron Dolan, Esq.<br>MAY COMPANY<br>611 Olive Street<br>St. Louis, MO 63101 | Elizabeth A. Bousquette, Esq.<br>Robert J. Dwyer, Esq.<br>BRYAN CAVE<br>245 Park Avenue<br>New York, NY 10167-0034 |
| 21 | D. Wayne Gittinger, Esq.<br>Larry Gangnes, Esq.<br>Chris L'Orange, Esq.<br>LANE, POWELL, SPEARS & LUBERSKY<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101-2338 | E. Perry Johnson, Esq.<br>Bruce L. Ishimatsu, Esq.<br>BRYAN CAVE<br>One Metropolitan Square<br>211 N. Broadway<br>St. Louis, MO 63102 |
| 25 | Gary Halling, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 | Charles V. Berwanger, Esq.<br>GORDON & REES<br>101 West Broadway, Suite 1600<br>San Diego, CA 92101 |

| | | |
|---|---|---|
| 1 | John H. Boone, Esq.<br>LAW OFFICES OF JOHN H. BOONE<br>555 California Street, Suite 3160<br>San Francisco, CA 94104 | Jeffrey G. Knowles, Esq.<br>COBLENTZ, PATCH, DUFFY & BASS, LLP<br>One Ferry Building, Suite 200<br>San Francisco, CA 94111 |
| 4 | Bruce A. Colbath, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Samuel R. Miller, Esq.<br>FOLGER, LEVIN, & KAHN LLP<br>275 Battery St., 23rd Floor<br>San Francisco, CA 94111 |
| 7 | James T. Fousekis, Esq.<br>STEINHART & FALCONER<br>333 Market Street, Suite 3200<br>San Francisco, CA 94105-3339 | Joel S. Sanders, Esq.<br>GIBSON, DUNN & CRUTCHER, LLP<br>One Montgomery Street<br>Telesis Tower, 26th Floor<br>San Francisco, CA 94104 |
| 9 | Bruce H. Jackson, Esq.<br>BAKER & MCKENZIE<br>Two Embarcadero Center, Suite 2400<br>San Francisco, CA 94111 | Anita F. Stork, Esq.<br>COOLEY GODWARD LLP<br>One Maritime Plaza, 20th Floor<br>San Francisco, CA 94111-3580 |
| 12 | Frederick P. Furth, Esq.<br>Michael P. Lehmann, Esq.<br>THE FURTH FIRM<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104 | Robert P. Oppenheim, Esq.<br>COBLENCE & WARRNER<br>415 Madison Avenue<br>New York, NY 10017 |
| 15 | James McGinnis, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 | Peter Venaglia, Esq.<br>DORNBUSH, MENSCH, ET AL.<br>747 Third Avenue, 11th Floor<br>New York, NY 10017 |
| 18 | Terri Garland, Esq.<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | Frederic A. Yerman, Esq.<br>KAYE, SCHOLER LLP<br>425 Park Avenue, 12th Floor<br>New York, NY 1002 |
| 20 | Holly House, Esq.<br>Donn P. Pickett, Esq.<br>BINGHAM MCCUTCHEN LLP<br>Three Embarcadero Center, Suite 1800<br>San Francisco, CA 94111-4067 | |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of December, 2003.

pos.wpd

_____
John Webb

PROOF OF SERVICE
CIVIL NO. 3:03 CV-03359 SBA          3