1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JAMES A. CODA (SBN 1012669 (WI))
   Assistant United States Attorney
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Tel: (415) 436-6967

5  THOMAS L. SANSONETTI
   Assistant Attorney General
6  JEAN WILLIAMS, Chief
   LISA RUSSELL, Assistant Chief
7  COBY HOWELL, Trial Attorney (WY No. 6-3589)
   Environment and Natural Resources Division
8  Wildlife & Marine Resources Section
   United States Department of Justice
9  Ben Franklin Station, P.O. Box 7369
   Washington, DC 20044-7369
10 Tel: (202) 305-0201
   Fax: (202) 305-0275
11
12 Attorneys for Federal Defendants

13                       UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
14                            SAN FRANCISCO DIVISION
15

16 CENTER FOR BIOLOGICAL DIVERSITY,
   et al.,                                      Civil No. 03-5126-JL
17
18         Plaintiffs,
                                                **DECLINATION TO PROCEED BEFORE
19      vs.                                     A MAGISTRATE JUDGE AND
                                                REQUEST FOR REASSIGNMENT TO A
20 GALE NORTON, Secretary of the                UNITED SATES DISTRICT JUDGE**
   Department of the Interior, et al.,
21
         Defendants.
22

23         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

24         The undersigned party in the above-captioned civil matter hereby declines to consent to

25 the assignment of this case to a United States Magistrate Judge for trial and disposition and

26 hereby requests the reassignment of this case to a United States District Judge.

27
28
   DECLINATION TO PROCEED
   CIVIL NO.03-5126

| | |
|---|---|
| Dated: February 4, 2004. | KEVIN V. RYAN<br>United States Attorney<br>JAMES A. CODA (SBN 1012669 (WI))<br>Assistant United States Attorney |
| | THOMAS L. SANSONETTI<br>Assistant Attorney General<br>Environment and Natural Resources Division<br>JEAN E. WILLIAMS, Chief<br>LISA RUSSELL, Assistant Chief<br>Wildlife and Marine Resources Section |
| | _____/s/_____<br>COBY HOWELL, Trial Attorney (WY No. 6-3589)<br>Wildlife & Marine Resources Section |
| Of Counsel:<br>Karen Koch<br>Office of the Solicitor<br>Sacramento, CA | Environment & Natural Resource Division<br>Ben Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369<br>(202) 305-0202/(202) 305-0275 (fax)<br><br>Attorneys for Federal Defendants |

DECLINATION TO PROCEED
CIVIL NO.03-5126

−2−

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the <u>Declination to Proceed Before a Magistrate Judge</u> was served, this 3rd day of February, 2004, via email through the Court's ECF electronic filing system and first class mail on the following counsel of record:

Geoff Hickcox
Kenna & Hickcox, P.C.
679 E. 2nd Ave., Suite 11B
Durango, CO 81301

Michael Graf
227 Behrens St.
El Cerrito, CA 94530

_____/s/_____

Coby Howell