***E-FILED 12/21/07***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FACEBOOK, INC.,

        Plaintiff,

  v.

CONNECTU LLC, et al.,

        Defendants.

                                /

NO. C 07-01389 (RS)

**ORDER DENYING MOTION FOR ORDER SHORTENING TIME TO HEAR WITHDRAWAL MOTION**

        Counsel for defendant Winston Williams moves to shorten the time for briefing and hearing its motion to withdraw as his counsel. As a basis for hearing the motion on an expedited schedule, counsel asserts that it has lost all contact with Williams and therefore cannot assist him in responding to certain pending discovery requests or in providing the further responses the Court recently ordered him to provide.[1]

        No obvious purpose would be served by hearing the motion to withdraw on shortened time.

---

[1] Although that order nominally was directed at *both* Williams and Pacific Northwest Software ("PNS"), it was premised on the likelihood that further responsive information could be recovered from the computers of PNS, and not on any showing that Williams necessarily *personally* possessed additional responsive information, apart from whatever assistance he could provide PNS in searching its computers.

1

Whether or not counsel has withdrawn by any particular date, *Williams'* personal obligation to provide timely discovery responses and to comply with court orders will still exist. Accordingly, the motion for an order shortening time is denied. Pending a ruling on the motion to withdraw, counsel shall continue to make reasonable periodic efforts to contact Williams and to procure his cooperation in fulfilling his obligations in this litigation.

IT IS SO ORDERED.

Dated: December 21, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

C 07-01389 (RS)

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

I. Neel Chatterjee  nchatterjee@orrick.com, kmudurian@orrick.com

Monte M.F. Cooper  mcooper@orrick.com, adalton@orrick.com, shart@orrick.com

Chester Wren-Ming Day  cday@orrick.com, descamilla@orrick.com, mgirroir@orrick.com

Yvonne Penas Greer  ygreer@orrick.com, atatagiba@orrick.com, sstillman@orrick.com

George Hopkins Guy , III  hopguy@orrick.com, adalton@orrick.com, msagmit@orrick.com

Scott Richard Mosko  scott.mosko@finnegan.com, karen.reimer@finnegan.com, lissette.vazquez@finnegan.com, randal.holderfield@finnegan.com, rosanna.herrick@finnegan.com

Theresa Ann Sutton  tsutton@orrick.com, aako-nai@orrick.com, ygreer@orrick.com

Valerie Margo Wagner  valerie.wagner@dechert.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 12/21/07**  **Richard W. Wieking, Clerk**

**By:** **Chambers**

C 07-01389 (RS)

3