# EXHIBIT 25

[iMarc] Personal Mail

**Subject:** [iMarc] Personal Mail
**From:** seluraved@gmail.com
**Date:** Tue, 6 Jul 2004 14:20:11 -0400 (EDT)
**To:** dave@imarc.net

From: Deva Mishra seluraved@gmail.com

Hi Dave,

Sorry if you got a similar message. I dont know if my others went through.

I am working with Divya on ConnectU stuff. I just had a small problem. What I'm working on now is getting emails of thefacebook.com. My problem is that I can't navigate to the pages that I want through java since there is a login page. I dont really know how the session works. Do you know how to login to a php page keep your session info and then navigate to another page using the URL and HTTPurlConnection clients. I tried this to no avail:

```
URL url = new URL("http://www.thefacebook.com/login.php");
        HttpURLConnection connection = (HttpURLConnection)
url.openConnection();
        connection.setRequestMethod("POST");
        connection.setDoOutput(true);
        PrintWriter out = new
PrintWriter(connection.getOutputStream());
        // encode the message
        String email = "email=" +
URLEncoder.encode("drm25@cornell.edu", "UTF-8") +
        String pass = "pass="+URLEncoder.encode("*******",
"UTF-8");
        // send the encoded message
        out.println(email+"&"+pass);
        out.close();
        BufferedReader in = new BufferedReader(
        new InputStreamReader(connection.getInputStream()));
        String line;
        while ((line = in.readLine()) != null) {
             System.out.println(line);
        }
        in.close();
```

If you have any suggestions it would be super helpful. Thanks again.

Deva

[iMarc] Personal Mail

9/12/06 5:46 PM
2 of 2

iMarc000659