| | | | |
|---|---|---|---|
| 10:10:18 | 1 | A. | It's actually -- let's think about that for |
| 0:10:21 | 2 | | a second. |
| 10:10:22 | 3 | | MR. HORNICK: Objection to the |
| 10:10:22 | 4 | | extent that it calls for a legal conclusion, |
| 10:10:24 | 5 | | but you can try to answer. |
| 10:10:25 | 6 | A. | Yeah, well, Wayne Chang put the majority of |
| 10:10:34 | 7 | | time and effort into it, and we actually |
| 10:10:36 | 8 | | haven't discussed the ownership of that. He |
| 10:10:39 | 9 | | has all the code, I believe. We have not |
| 10:10:42 | 10 | | really discussed ownership of the project, |
| 10:10:44 | 11 | | so I can't say right now. |
| 10:10:47 | 12 | Q. | Is there a dispute between -- |
| 10:10:49 | 13 | A. | No, it's just -- |
| 0:10:50 | 14 | Q. | -- ConnectU -- I'm sorry, let me finish the |
| 10:10:53 | 15 | | question. Let's try -- |
| 10:10:53 | 16 | A. | Sorry. |
| 10:10:54 | 17 | Q. | -- not to speak -- |
| 10:10:54 | 18 | A. | Yeah. |
| 10:10:55 | 19 | Q. | -- over each other. Mr. Hornick and I |
| 10:10:58 | 20 | | haven't done a very good job in not speaking |
| 10:11:00 | 21 | | over each other, and I'm going to try and do |
| 10:11:01 | 22 | | better on that, but also, if you and I don't |
| 10:11:02 | 23 | | speak over each other -- |
| 10:11:02 | 24 | A. | Sure. |
| 10:11:03 | 25 | Q. | -- it'll make for a clearer record. |

| | | | |
|---|---|---|---|
| 01:16:07 | 1 | Q. | And would it be like match.com? |
| 01:16:10 | 2 | A. | I don't think we looked at match. We looked |
| 01:16:14 | 3 | | at Yahoo Personals, that's one salient one |
| 01:16:18 | 4 | | that I can remember outside of Friendster. |
| 01:16:19 | 5 | Q. | And what about American Singles? |
| 01:16:22 | 6 | A. | I think that -- I logged onto American |
| 01:16:26 | 7 | | Singles probably in post-February 2004, I |
| 01:16:28 | 8 | | believe. I'm not sure if I looked at it |
| 01:16:30 | 9 | | prior to -- during the time I met with Mr. |
| 01:16:32 | 10 | | Zuckerberg. I don't recall. |
| 01:16:34 | 11 | Q. | So it isn't ConnectU's position that looking |
| 01:16:46 | 12 | | at other websites and as guidance on how to |
| 01:16:49 | 13 | | develop your website, the information on |
| 01:16:52 | 14 | | those other websites isn't anything that you |
| 01:16:55 | 15 | | would claim as a trade secret? |
| 01:16:57 | 16 | | MR. HORNICK: Objection, calls for |
| 01:16:59 | 17 | | contention testimony, but you can answer. |
| 01:17:01 | 18 | A. | Again, those other websites are in the |
| 01:17:03 | 19 | | public domain, and they're -- you know, they |
| 01:17:06 | 20 | | are what they are. They're there. And I |
| 01:17:10 | 21 | | would not call a public website such as, you |
| 01:17:12 | 22 | | know, friendster.com a proprietary thing. I |
| 01:17:16 | 23 | | am -- yeah. |
| 01:17:18 | 24 | Q. | And, in fact, in developing ConnectU, you |
| 01:17:20 | 25 | | assessed Thefacebook to develop your website |

| | | | |
|---|---|---|---|
| 01:17:25 | 1 | | with these features? |
| 1:17:25 | 2 | A. | We looked at Thefacebook, yes. |
| 01:17:28 | 3 | Q. | And you extracted course information from |
| 01:17:32 | 4 | | ConnectU -- I mean, from Thefacebook? |
| 01:17:34 | 5 | | MR. HORNICK: Object to the form of |
| 01:17:35 | 6 | | the question and assumes facts not in |
| 01:17:36 | 7 | | evidence. |
| 01:17:36 | 8 | A. | Yeah, when collecting course information |
| 01:17:40 | 9 | | there's basically two -- you know, it's |
| 01:17:43 | 10 | | public course information that's posted by a |
| 01:17:45 | 11 | | registrar from the school, and you can |
| 01:17:47 | 12 | | either go to the registrar or you can go, |
| 01:17:49 | 13 | | you know -- and Thefacebook had the courses. |
| 1:17:51 | 14 | | So, yes, we did look at the courses which, |
| 01:17:55 | 15 | | again, is public proprietary information, |
| 01:17:59 | 16 | | and we collected that, yes. |
| 01:18:01 | 17 | Q. | How did you collect it? |
| 01:18:02 | 18 | A. | We just would like look at the file in a |
| 01:18:07 | 19 | | text editor and just take the course file. |
| 01:18:10 | 20 | Q. | Did you ever extract e-mails from |
| 01:18:12 | 21 | | Thefacebook? |
| 01:18:13 | 22 | A. | We -- yes, we have extracted e-mails from |
| 01:18:17 | 23 | | Thefacebook. |
| 01:18:18 | 24 | Q. | Isn't it true that you've extracted 2.9 to 3 |
| 01:18:21 | 25 | | million e-mails from Thefacebook because of |

```
01:18:24   1         a security hole you found?
01:18:25   2                 MR. HORNICK: Objection. It's a
01:18:27   3         misleading question, but you can answer it
01:18:29   4         if you can.
01:18:30   5    A.   We have extracted e-mails basically just,
01:18:38   6         you know, following -- an e-mail has a -- at
01:18:45   7         that point they had a URL, and you could
01:18:46   8         follow that URL and it's completely
01:18:49   9         authorized -- it's not unauthorized access,
01:18:52  10         and you can follow that URL to find an
01:18:55  11         e-mail address, yes, you could. And we did.
01:18:57  12    Q.   So did you find a way to extract those
01:19:01  13         e-mails without logging onto Thefacebook?
01:19:06  14                 MR. HORNICK: Objection. I think
01:19:07  15         this is outside the scope. It's not
01:19:09  16         30(b)(6) testimony.
01:19:12  17    A.   See, again, I don't remember -- I'm not a
01:19:15  18         programmer, but it's my understanding that
01:19:19  19         with unauthorized -- excuse me, with
01:19:21  20         authorized -- without using unauthorized
01:19:24  21         access those e-mails were accessible.
01:19:25  22    Q.   And ConnectU took them?
01:19:28  23                 MR. HORNICK: Object to the form of
01:19:29  24         the question.
01:19:29  25    A.   What do you mean by take?
```

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855