| | | | |
|---|---|---|---|
| 01:19:31 | 1 | Q. | Extracted the information? |
| 01:19:32 | 2 | A. | ConnectU followed an open URL, "open" being |
| 01:19:36 | 3 | | that it was accessible with not having to |
| 01:19:41 | 4 | | use unauthorized access, it was accessible, |
| 01:19:44 | 5 | | out in the open, and ConnectU followed those |
| 01:19:46 | 6 | | URLs and was able to collect e-mail |
| 01:19:50 | 7 | | addresses. |
| 01:19:50 | 8 | Q. | And who did that? |
| 01:19:51 | 9 | A. | Winston Williams. |
| 01:19:52 | 10 | Q. | Winston Williams did that? And when did he |
| 01:19:55 | 11 | | do that? |
| 01:19:56 | 12 | A. | I believe he did it in the spring of this |
| 01:19:58 | 13 | | year. |
| 01:19:58 | 14 | Q. | Were those e-mails ever used by ConnectU? |
| 01:20:01 | 15 | A. | I think we used some of them with the Social |
| 01:20:06 | 16 | | Butterfly software. |
| 01:20:06 | 17 | Q. | And how were they used? |
| 01:20:07 | 18 | A. | If a friend used Social Butterfly and wanted |
| 01:20:11 | 19 | | to invite their friends, then they could do |
| 01:20:14 | 20 | | that with Social Butterfly. And they -- |
| 01:20:16 | 21 | Q. | So when you -- once you had those e-mails, |
| 01:20:20 | 22 | | did you -- well, what did you do with them? |
| 01:20:22 | 23 | A. | We just held them in a holding bin, and if a |
| 01:20:29 | 24 | | user said, I would like to invite my friend, |
| 01:20:31 | 25 | | well, we would just invite their friends. |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

| Time | # | | |
|---|---|---|---|
| 01:20:34 | 1 | | And as I said, we only used a portion of |
| 01:20:36 | 2 | | them, because only a portion of the users |
| 01:20:39 | 3 | | invited their friends. |
| 01:20:40 | 4 | Q. | Did you ever send e-mails to people based |
| 01:20:42 | 5 | | upon those e-mails, that e-mail database? |
| 01:20:47 | 6 | A. | That's what I just said, that if a user -- |
| 01:20:51 | 7 | Q. | Let me rephrase that. |
| 01:20:52 | 8 | A. | Okay. |
| 01:20:53 | 9 | Q. | Independent of a user request, did you ever |
| 01:20:55 | 10 | | send an e-mail to people in that -- |
| 01:20:59 | 11 | A. | With that bucket from the sort of open URL, |
| 01:21:04 | 12 | | no, we did not send unsolicited e-mails to |
| 01:21:06 | 13 | | those people. |
| 01:21:06 | 14 | Q. | Has ConnectU obtained any revenue to date? |
| 01:21:10 | 15 | A. | We have obtained some advertising revenue, |
| 01:21:13 | 16 | | yeah. |
| 01:21:13 | 17 | Q. | And how much revenue is that? |
| 01:21:17 | 18 | | MR. HORNICK: I'll object that this |
| 01:21:18 | 19 | | is outside the scope as well, but you can |
| 01:21:20 | 20 | | answer it. It's not 30(b)(6) testimony. |
| 01:21:22 | 21 | A. | I would say roughly no more than $1,000 of |
| 01:21:30 | 22 | | revenue. |
| 01:21:30 | 23 | Q. | Okay. |
| 01:21:30 | 24 | A. | We haven't actively sought too much |
| 01:21:33 | 25 | | advertising at this moment. |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

| | | | |
|---|---|---|---|
| 01:21:34 | 1 | Q. | How many users does it have? |
| 01:21:36 | 2 | A. | I believe we have 66,000 plus, thereabouts. |
| 01:21:40 | 3 | Q. | And does it -- does it have any university |
| 01:21:50 | 4 | | environments for California universities? |
| 01:21:54 | 5 | A. | Yeah, I believe we have California |
| 01:21:57 | 6 | | universities, I believe so. |
| 01:22:01 | 7 | Q. | Can you give me some examples? |
| 01:22:04 | 8 | A. | UC Berkeley, I think that. |
| 01:22:07 | 9 | | MR. CHATTERJEE: Let's mark this as |
| 01:22:08 | 10 | | Exhibit 5. I think we're on Exhibit 5. |
| 01:22:10 | 11 | | (Exhibit No. 5, Certificate of |
| 01:22:10 | 12 | | Registration, Bates Nos. C004842 - 4845, |
| 01:22:40 | 13 | | marked for identification.) |
| 01:22:40 | 14 | Q. | Mr. Winklevoss, what's been handed to you as |
| 01:22:42 | 15 | | Exhibit No. 5, do you know what this is? |
| 01:22:48 | 16 | A. | Looks like a copyright signover from Joseph |
| 01:22:57 | 17 | | Jackson to ConnectU and one from, I believe, |
| 01:23:05 | 18 | | yeah, looks like a copyright signover from |
| 01:23:08 | 19 | | Victor Gao, Sanjay, yeah. |
| 01:23:11 | 20 | Q. | What do you -- |
| 01:23:12 | 21 | | MR. HORNICK: I'll object that this |
| 01:23:14 | 22 | | is outside the scope. This is not 30(b)(6) |
| 01:23:17 | 23 | | testimony. |
| 01:23:18 | 24 | Q. | What do you mean, "signover"? |
| 01:23:20 | 25 | A. | Well, I would think that they wrote the code |

1
2
3
4
5
6
7
8
9   I, CAMERON H. WINKLEVOSS, do hereby declare under
10  penalty of perjury that I have read the foregoing
11  transcript; that I have made any corrections as appear
12  noted, in ink, initialed by me, or attached hereto; that
13  my testimony as contained herein, as corrected, is true
14  and correct.
15       EXECUTED this __12__ day of __September__,
16  20_05_, at __Quogue_____, __NY__.
                    (City)              (State)
17
18
19
20          _____
            CAMERON H. WINKLEVOSS
21
22
23
24
25

```
1    In the United States District Court
2    For the District of Massachusetts
3        I, Jessica L. Williamson, Registered,
4    Merit Reporter, Certified Realtime Reporter
5    and Notary Public in and for the
6    Commonwealth of Massachusetts, do hereby
7    certify that CAMERON H. WINKLEVOSS, the
8    witness whose deposition is hereinbefore set
9    forth, was duly sworn by me and that such
10   deposition is a true record of the testimony
11   given by the witness.
12       I further certify that I am neither
13   related to or employed by any of the parties
14   in or counsel to this action, nor am I
15   financially interested in the outcome of
16   this action.
17       In witness whereof, I have hereunto set
18   my hand and seal this 11th day of August,
19   2005.
20
21           [signature: Jessica L. Williamson]
22   _____
23       Jessica L. Williamson, RMR, RPR, CRR
24       Notary Public, CSR No. 138795
25       My commission expires: 12/18/2009
```