G. HOPKINS GUY, III (State Bar No. 124811)
hopguy@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,<br><br>Defendants. | Case No. 5:07-CV-01389-RS<br><br>**MANUAL FILING NOTIFICATION**<br><br>**EXHIBIT 50, 51, 52, 53, 54 AND 55 TO THE DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE DEFENDANTS' LIABILITY PURSUANT TO CALIFORNIA PENAL CODE SECTION 502(C) AND 15 U.S.C. § 7704(A)(1) AND 15 U.S.C. § 7704(B)(1)** |

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | Regarding: |
| 3 | (1) **EXHIBIT 50, 51, 52, 53, 54 AND 55 TO THE DECLARATION OF MONTE** |
| 4 | **M.F. COOPER IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY** |
| 5 | **JUDGMENT RE DEFENDANTS' LIABILITY PURSUANT TO CALIFORNIA PENAL** |
| 6 | **CODE SECTION 502(C) AND 15 U.S.C. § 7704(A)(1) AND 15 U.S.C. § 7704(B)(1).** |
| 7 | (2) This filing is in paper or physical form only, and is being maintained in the case |
| 8 | file in the Clerk's office. |
| 9 | If you are a participant in this case, this filing will be served in hard-copy shortly. |
| 10 | For information on retrieving this filing directly from the court, please see the court's main |
| 11 | web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). |
| 12 | This filing was not efiled for the following reason(s): |
| 13 | [_] Voluminous Document (PDF file size larger than the efiling system allows) |
| 14 | [_] Unable to Scan Documents |
| 15 | [_] Physical Object (description): _____ |
| 16 | [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media |
| 17 | **[X] Confidential - Items Under Seal.** |
| 18 | [_] Conformance with the Judicial Conference Privacy Policy (General Order 53). |
| 19 | [_] Other (description): _____ |
| 20 | |
| 21 | Dated: January 7, 2008        ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 22 | |
| 23 |                                             /s/ Theresa A. Sutton /s/ |
| 24 |                                             Theresa A. Sutton |
|    |                                             Attorneys for Plaintiffs |
| 25 |                                             THE FACEBOOK, INC. and |
|    |                                             MARK ZUCKERBERG |
| 26 | |
| 27 | |
| 28 | |

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 7, 2008.

Dated: January 7, 2008.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Theresa A. Sutton /s/
　　　　　　　　　　　　　　　　　　　　　　Theresa A. Sutton