# EXHIBIT 66

Dockets.Justia.com

1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California 94304
   Telephone:    (650) 849-6600
5  Facsimile:    (650) 849-6666

6  Attorneys for Defendant
   Pacific Northwest Software, Inc.

7

8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 FACEBOOK, INC. and MARK              CASE NO. C 07-01389 RS
   ZUCKERBERG,
13                                      **DECLARATION OF JOHN TAVES ON**
                 Plaintiffs,            **BEHALF OF PACIFIC NORTHWEST**
14                                      **SOFTWARE, INC. IN RESPONSE TO**
           v.                           **COURT ORDER DATED DECEMBER**
15                                      **12, 2007**
   CONNECTU LLC, (now known as CONNECTU
16 INC.) ET AL.,
                 Defendants.
17

18

19

20

21

22

23

24

25

26

27

28
   Doc. No.

I, JOHN TAVES, declare

1.    I am the President of Pacific Northwest Software, Inc. ("PNS"). I have a bachelor of science degree in electrical engineering.

2.    The computer records currently in PNS's possession do not contain information that will allow me, on behalf of PNS to further respond to Interrogatory Nos. 3 and 4.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the 21st day of December 2007 at Seattle, Washington.

John Taves

Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Attorneys for Defendant
Pacific Northwest Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., and MARK ZUCKERMAN, | CASE NO. 5:07-CV-01389-RS |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| CONNECTU LLC, (now known as CONNECTU INC.), ET AL., | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to this action. My place of employment and business address is Finnegan, Henderson, Farabow, Garrett, & Dunner, L.L.P., 3300 Hillview Avenue, Palo Alto, California 94304. On January 2, 2008, I caused a copy of the following document to be served:

- **DECLARATION OF WINSTON WILLIAMS ON BEHALF OF PACIFIC NORTHWEST SOFTWARE, INC. IN RESPONSE TO COURT ORDER DATED DECEMBER 12, 2007**

- **DECLARATION OF JOHN TAVES ON BEHALF OF PACIFIC NORTHWEST SOFTWARE, INC. IN RESPONSE TO COURT ORDER DATED DECEMBER 12, 2007**

on all parties as follows:

| *Attorneys for Plaintiff* | |
|---|---|
| Theresa Sutton, Esq. | ☒ Via First Class Mail |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ☐ Via Hand Delivery |
| 1000 Marsh Road | ☐ Via Overnight Courier |
| Menlo Park, CA  94025 | ☐ Via Facsimile |
| Telephone:  650.614.7400 | ☐ Via Email |
| Facsimile:  650.614.7401 | |

I am readily familiar with my firm's practice for collection, processing correspondence, and sending documents via the United States Postal Service in the ordinary course of business. I sent said document on January 2, 2008 consistent with ordinary business practice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 2, 2008, at Palo Alto, California.

Lisssette Vazquez