| | |
|---|---|
| 1 | G. HOPKINS GUY, III (State Bar No. 124811)<br>   hopguy@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985)<br>   nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746)<br>   mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857)<br>   tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072)<br>   ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 7 | Menlo Park, CA  94025<br>Telephone:    650-614-7400 |
| 8 | Facsimile:    650-614-7401 |

Attorneys for Plaintiffs
FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FACEBOOK, INC. and MARK ZUCKERBERG,

   Plaintiffs,

   v.

CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,

   Defendants.

Case No.  5:07-CV-01389-RS

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PORTIONS OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT RE DEFENDANTS' LIABILITY PURSUANT TO CALIFORNIA PENAL CODE SECTION 502(C) AND 15 U.S.C. § 7704(A)(1) AND 15 U.S.C. § 7704(B)(1); THE DECLARATION OF CHRIS SHIFLETT IN SUPPORT THEREOF INCLUDING THE ATTACHED EXHIBITS 1-3; AND EXHIBITS 1, 2, AND 4 TO THE DECLARATION OF MONTE M.F. COOPER IN SUPPORT THEREOF**

Date:        February 13, 2008
Time:        9:30 A.M.
Judge:       Honorable Richard Seeborg

OHS West:260364077.1

The matter before the Court is Defendants' Administrative Request Pursuant to Local Civil Rule 79-5(b) to File Under Seal portions of Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment Re Defendants' Liability Pursuant to California Penal Code Section 502(c) and 15 U.S.C. § 7704(A)(1) and 15 U.S.C. § 7704(B)(1); the Declaration of Chris Shiflett in Support of Plaintiffs' Motion for Partial Summary Judgment; Exhibits 1-3 attached to the Declaration of Chris Shiflett; and Exhibits 1, 2 and 4 of the Declaration of Monte M.F. Cooper in support thereof.

IT IS SO ORDERED.

Dated: _____ \_\_\_, 2008

_____
Honorable Richard Seeborg
United States Magistrate Judge
Northern District of California