G. HOPKINS GUY, III (State Bar No. 124811)
   hopguy@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
   tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
   ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,<br><br>    Defendants. | Case No.  5:07-CV-01389-RS<br><br>**PROOF OF SERVICE VIA HAND DELIVERY** |

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My Address is; Pacific Research & Retrieval, P.O. Box 461, San Jose, California 95103. On January 7, 2008, I served the within document(s):

1. [CONFIDENTIAL-UNDER SEAL] PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE DEFENDANTS' LIABILITY PURSUANT TO CALIFORNIA PENAL CODE SECTION 502(C) AND 15 U.S.C. § 7704(A)(1) AND 15 U.S.C. § 7704(B)(1);

2. [CONFIDENTIAL-UNDER SEAL] DECLARATION OF CHRIS SHIFLETT IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE DEFENDANTS' LIABILITY PURSUANT TO CALIFORNIA PENAL CODE SECTION 502(C) AND 15 U.S.C. § 7704(A)(1) AND 15 U.S.C. § 7704(B)(1);

3. [CONFIDENTIAL-UNDER SEAL] EXHIBITS TO THE DECLARATION OF MONTE M.F. COOPER IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE DEFENDANTS' LIABILITY PURSUANT TO CALIFORNIA PENAL CODE SECTION 502(C) AND 15 U.S.C. § 7704(A)(1) AND 15 U.S.C. § 7704(B)(1).

|   | |
|---|---|
|   | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on November 21, 2007. |
|   | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
| X | By causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below. |

| | |
|---|---|
| Scott Mosko, Esq.<br>Lily Lim, Esq.<br>**Finnegan, Henderson, Farabow,**<br>**Garrett & Dunner, LLP**<br>**3300 Hillview Avenue**<br>**Palo Alto, California 94304-1203**<br>**Telephone: (650) 849-6600**<br>Facsimile: (650) 849-6666<br><br>ATTORNEYS FOR DEFENDANTS CONNECTU INC., PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG | Valerie M. Wagner, Esq.<br>**Dechert LLP**<br>**2440 W. El Camino Real, Suite 700**<br>**Mountain View, California 94040**<br>**Telephone: (650) 813-4800**<br>Facsimile: (650) 813-4848<br><br>ATTORNEYS FOR DEFENDANT DAVID GUCWA |

OHS West:260342201.1

PROOF OF SERVICE
5:07-CV-01389-RS

1 | Executed on January 7, 2008 at Menlo Park, California. I declare under penalty of perjury
2 | under the laws of the State of California that the foregoing is true and correct.

JOHN BRENNAN
Print Name

*[signature]*
Signature