# EXHIBIT G



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025-1015

tel +1-650-614-7400
fax +1-650-614-7401
WWW.ORRICK.COM

November 1, 2007

Yvonne Greer
(650) 614-7698
ygreer@orrick.com

**VIA EMAIL AND U.S. MAIL**

Scott R. Mosko
Finnegan Henderson Farabow, et al.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203

Re: <u>Facebook v. ConnectU, et al.</u>

Dear Mr. Mosko:

This letter is in response to yours of October 25, 2007 regarding Plaintiffs' responses to Defendants Requests for Production of Documents. As I previously informed you in my email of October 4, the October 12 deadline by which ALL responsive documents be produced was unrealistic; that Plaintiffs were in the process of investigating what documents are responsive and available for production; and that it intends to produce responsive documents pursuant to its discovery obligations as well as its written objections. I note that Facebook has previously produced documents responsive to several of the requests at issue and provide you with the bates ranges for ease of reference: FACE002220 - 2233; FACE00386, FACE000394, FACE000414 - 426, FACE001851 - 1854, FACE001858 - 1864, FACE002332 - 2333, FACE002338, FACE002492 - 2493, FACE000124, FACE000383 - 385, FACE00387 - 393, FACE00395 - 412, FACE001171 - 1174, FACE001177, FACE001182, FACE001202, FACE001213, FACE001845, FACE001847, and FACE001865 - 1881.

Facebook and Mr. Zuckerberg will continue their investigation and, barring any unforeseen circumstances, expect to produce additional responsive documents, if any, on a rolling basis beginning two weeks from today.



RECEIVED
NOV 0 5 2007
FINNEGAN, HENDERSON, FARABOW,
GARRETT AND DUNNER, LLP
PALO ALTO OFFICE

OHS West:260330955.1



# O
# ORRICK

Scott Mosko
November 1, 2007
Page 2

As I also mentioned, as soon as practicable after Facebook has completed its investigation and production, it will provide a privilege log. I note, however, that despite our many requests that ConnectU do the same, we have not received a privilege log or even the courtesy of a response to our requests. Please produce a privilege log as required under the Rules.

Very truly yours,

Yvonne Greer

YG/alt