# EXHIBIT H

Dockets.Justia.com



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025-1015

*tel* +1-650-614-7400
*fax* +1-650-614-7401

WWW.ORRICK.COM

November 5, 2007

Yvonne Greer
(650) 614-7698
ygreer@orrick.com

*VIA EMAIL AND US MAIL*

Scott R. Mosko
Finnegan Henderson Farabow, et al.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203

Re:     Facebook v. ConnectU, et al.

Dear Scott:

As a follow up to my letter to you of November 1, 2007, in addition to the bates ranges provided, you will also find documents responsive to ConnectU's Requests for Production of Documents to Mark Zuckerberg and Facebook at the following bates ranges already produced in this action:

FBCA000041-43; FBCA000045-54; FBCA000055-58; FBCA000418-21; FBCA000427-32; FBCA000433-40; FBCA000463-64; FBCA000465-66; FBCA000467-68; FBCA000469-70; FBCA000471-72; FBCA000355-56; FBCA000657; FBCA000659-60; FBCA000661-62; FBCA000663; FBCA000670-71; FBCA001031-33; FBCA001203; FBCA001207; FBCA001208; FBCA001245; FBCA001255; FBCA001299-300; FBCA001301-02; FBCA002093-96; FBCA002097-99; FBCA002108; FBCA002110-11; FBCA004685; FBCA009138; FBCA009140; FBCA009695; FBCA009700; FBCA011849-50; FBCA012051; FBCA012052; FBCA028926-30; FBCA031112; FBCA 033330-31; FBCA229919; FBCA033343; FBCA033346-47; FBCA034886-87; FBCA034916; FBCA034919; FBCA042731; FBCA042768; and FBCA042775.

Also, as previously stated, Plaintiffs are continuing their investigation and will produce responsive documents, if any, on a rolling basis.

Very truly yours,

Yvonne Greer

YG/alt