# EXHIBIT J

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**FACEBOOK DEFENDANTS' SUPPLEMENTAL RESPONSE TO COURT'S
SEPTEMBER 13, 2007 ORDER RE LOCATION OF RELEVANT CODE**

OHS West:260337407.3

Facebook Defendants submit this Supplemental Response to the Court's September 13, 2007, Order On Remaining Disputed Discovery Items Outlined In The Corrected Amended Joint Report, Etc. (#94) (the "Order"). This Response sets forth updated information related to the discovery and production of code currently known to the Facebook Defendants.

On November 7, 2007, Facebook Defendants learned of the existence of www.thefacebook.com files, including source code, resident on a server run by a third party to this litigation. On November 13, 2007, the Facebook Defendants produced to Plaintiffs, at FBMA00059471, these additional www.thefacebook.com files. These files appear to be a pre-launch version of the website www.thefacebook.com, including source code, and are stamped with various dates in late-January 2004.

Dated: November 16, 2007

Respectfully submitted,

/s/ Theresa A. Sutton /s/
G. Hopkins Guy, III (admitted *pro hac vice*)
I. Neel Chatterjee (admitted *pro hac vice*)
Monte Cooper (admitted *pro hac vice*)
Theresa A. Sutton (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   (650) 614-7400
Facsimile:   (650) 614-7401

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:   (617) 526-9600
Facsimile:   (617) 526-9899

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 16, 2007.

Dated:  November 16, 2007.                    Respectfully submitted,

_____
/s/ Theresa A. Sutton /s/
Theresa A. Sutton

-3-
Supplemental Response re Location of Relevant Code