# EXHIBIT L



November 28, 2007

Theresa A. Sutton
(650) 614-7307
tsutton@orrick.com

**VIA ELECTRONIC MAIL AND U.S. MAIL**

Scott R. Mosko
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203

Re: *Facebook and Zuckerberg v. ConnectU, et al*, Case No. 5:07-cv-01389

Dear Scott:

I am writing in response to your letter to Yvonne Greer, dated November 26, 2007. Plaintiffs expect to produce approximately 1500 documents this week. We had hoped to produce them earlier, but due to processing complexities (along the intervening holiday), we were unable to do so. We do not believe that this will complete Facebook's or Mr. Zuckerberg's production in response to ConnectU's document requests. Rather, we are continuing our efforts to locate all responsive documents.

In addition to the documents Plaintiffs already produced and will produce, other damages-related documents are solely within Defendants' possession, custody or control. As you know, Plaintiffs are entitled to statutory damages based on the number of unsolicited emails sent by Defendants. To date, Defendants have failed to produce the data that would enable Facebook to calculate its damages based on the number of emails they sent. In fact, this data is a subject of the motion to compel pending before Judge Seeborg.

Despite your suggestions, Plaintiffs have not refused to confirm that their production is complete or produce documents. To the contrary, Ms. Greer sent you two communications this month indicating that we are continuing our investigation and will produce documents as we process them. She also indicated that several responsive documents already have been produced. As soon as Plaintiffs believe their production is complete, we will notify you.

Best regards,

Theresa A. Sutton