# EXHIBIT M



November 30, 2007

Yvonne Greer
(650) 614-7698
ygreer@orrick.com

**VIA MESSENGER**

Scott Mosko, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203

Valerie M. Wagner, Esq.
Dechert LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499

Re: *Facebook v. ConnectU*, et al.

Dear Mr. Mosko and Ms. Wagner:

Please find enclosed one (1) CD-Rom containing documents Bates labeled FBCA045965 – FBCA051062. These documents are being produced in response to ConnectU's First Request for the Production of Documents to Mr. Zuckerberg and Second Set to Facebook. These documents have been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" and should be treated as such pursuant to the stipulated protective order in place for this action.

As indicated in prior correspondence, Plaintiffs' investigation is ongoing. They will continue to produce responsive documents, if any, on a rolling basis. We will notify you when Facebook and Mr. Zuckerberg are reasonably certain their production is complete in response to the aforementioned document requests.

Best regards,

Yvonne P. Greer

Enclosure

RECEIVED
NOV 3 0 2007
FINNEGAN, HENDERSON, FARABOW,
GARRETT AND DUNNER, LLP
PALO ALTO OFFICE

OHS West:260346106.1