The Facebook, Inc. v. Connectu, LLC et al — Doc. 260 Att. 14

# EXHIBIT N

Dockets.Justia.com

**Holderfield, Randal**

From: Mosko, Scott
Sent: Saturday, December 15, 2007 8:47 AM
To: Holderfield, Randal
Cc: Herrick, Rosanna
Subject: FW: Case Management Conference

---

From: Sutton, Theresa A. [mailto:tsutton@orrick.com]
Sent: Fri 12/14/2007 4:36 PM
To: Mosko, Scott
Cc: Greer, Yvonne; Stillman, Stacey; Cooper, Monte; Dalton, Amy
Subject: RE: Case Management Conference

Scott-

We will call you at 8:00 a.m. on December 24. Please let me know if you will be in your office or if we should reach you on a different number.

As we have noted several times, Facebook cannot confirm that its production is complete, because it is not complete. As we also have told you several times, we will notify you when we are reasonably certain it is complete. I am not sure we will have anything to add on this topic during our meet and confer, but we will be happy to discuss it with you.

Theresa


ORRICK

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*

---

From: Mosko, Scott [mailto:scott.mosko@finnegan.com]
Sent: Friday, December 14, 2007 3:33 PM
To: Sutton, Theresa A.
Subject: RE: Case Management Conference

Theresa,

I am available to confer with you, but not until December 24th, in the morning. During the conference, please be prepared to discuss Facebook's refusal to confirm whether its production of documents to Defendants' most recent set of requests has been completed, and if not, when that production will be complete.

Scott R. Mosko
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
PH: 650-849-6672
FAX: 650-849-6666
EMAIL: scott.mosko@finnegan.com

---

From: Sutton, Theresa A. [mailto:tsutton@orrick.com]
Sent: Friday, December 14, 2007 7:00 AM
To: Mosko, Scott
Cc: Cooper, Monte; Stillman, Stacey; Greer, Yvonne; Dalton, Amy
Subject: RE: Case Management Conference

Scott-

Please provide me with specific dates and times within the next week when you are available to meet and confer regarding Mr. Chang's responses to Plaintiffs' document requests as well as the recent responses by Defendants to Plaintiffs' interrogatories. Both sets of responses are inadequate, and neither complies with the Federal Rules.

Theresa


ORRICK

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*

650.614.7401 (Fax)
tsutton@orrick.com
www.orrick.com

---

**From:** Mosko, Scott [mailto:scott.mosko@finnegan.com]
**Sent:** Monday, December 10, 2007 10:56 AM
**To:** Sutton, Theresa A.; Wagner, Valerie
**Subject:** RE: Case Management Conference

Theresa,

I just found out that my son is having surgery tomorrow morning. I will not be able to address your questions until the issues concerning my son are resolved, which includes your request to meet and confer regarding Mr. Chang's recent discovery responses.

Scott R. Mosko
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
PH: 650-849-6672
FAX: 650-849-6666
EMAIL: scott.mosko@finnegan.com

---

**From:** Sutton, Theresa A. [mailto:tsutton@orrick.com]
**Sent:** Friday, December 07, 2007 5:00 PM
**To:** Wagner, Valerie; Mosko, Scott
**Cc:** Greer, Yvonne; Cooper, Monte; Dalton, Amy; Trinh, Michael
**Subject:** RE: Case Management Conference

Thank you, Valerie.

Please provide us with dates that you are available for a CMC, so that Plaintiffs may ask the Court to set one. Scott, please also send me your availability. If we are unable, by Tuesday, December 11, 2007, to find a mutually convenient date before January 3, 2008, Plaintiffs will file an administrative request asking the Court to set a conference at its earliest convenience.

Theresa

---

**From:** Wagner, Valerie [mailto:valerie.wagner@dechert.com]
**Sent:** Thursday, December 06, 2007 4:07 PM
**To:** Sutton, Theresa A.; Mosko, Scott
**Cc:** Greer, Yvonne; Cooper, Monte; Dalton, Amy; Trinh, Michael
**Subject:** RE: Case Management Conference

Theresa:

I am not available the morning of December 14.

Valerie

---

**From:** Sutton, Theresa A. [mailto:tsutton@orrick.com]
**Sent:** Thursday, December 06, 2007 1:43 PM
**To:** Mosko, Scott; Wagner, Valerie
**Cc:** Greer, Yvonne; Cooper, Monte; Dalton, Amy; Trinh, Michael
**Subject:** Case Management Conference

Scott and Valerie-

Now that all of the motions to dismiss have been decided and the parties are settled, we would like to ask the Court to set a CMC. Will you join in a stipulation to set a CMC on Friday, December 14, 2007, after the hearing on Facebook's Motion to Compel?

Theresa



ORRICK

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*

---

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated

1/10/2008

otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

===========================================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION. For more information about Orrick, please visit http://www.orrick.com/

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the in

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.