# EXHIBIT O

# Holderfield, Randal

**From:** Mosko, Scott
**Sent:** Monday, December 24, 2007 10:58 AM
**To:** 'Sutton, Theresa A.'
**Subject:** Meet and Confer of December 24

Dear Theresa,

Thanks for participating in a very useful conference regarding the questions we had on the discovery Plaintiffs had propounded. Regarding the Defendants' further responses and/or production of responsive documents (subject to the objections), my clients have begun the process of collecting documents. Given the time of the year, and the enormous number of document requests, I am unable to tell you exactly when they will be in a position to further respond or produce documents. I note however, that Plaintiffs took quite a long period of time to produce documents to Defenedants' most recent document requests, and for some reason Plaintiffs are still unable to tell us that their document production is complete. I believe it took over 3 months before we actually saw a single "new" document. These document requests were propounded about 4 months ago. (Further I believe it took Facebook close to one year to make its initial production to Defendants, after Defendants' First Document Request was propounded). Despite Plaintiffs' surprising inability to confirm the completion of document production within a reasonable time, I will encourage my clients to complete their search even faster than than the 4 months (and counting) it has taken Plaintiffs regarding the current document request.

I look forward to receiving your summary of our discussion today.

Best wishes for a happy new year.

Scott R. Mosko
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
PH: 650-849-6672
FAX: 650-849-6666
EMAIL: scott.mosko@finnegan.com