# EXHIBIT P



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

January 8, 2008

Theresa Sutton
(650) 614-7307
Tsutton@orrick.com

**VIA FEDERAL EXPRESS**

Scott Mosko, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203

Re: *Facebook v. ConnectU*, et al.

Dear Scott:

Please find enclosed Facebook's supplemental document production labeled Bates range FBCA051063-51222. These documents have been designated as "Highly Confidential – Attorneys' Eyes Only" and should be treated as such pursuant to the stipulated protective order in place for this action.

We believe this supplementation completes Plaintiffs' production in response to ConnectU's Second Request for the Production of Documents, served August 24, 2007. Because Plaintiffs are still reviewing documents responsive to requests served in the Massachusetts action, Plaintiffs reserve their right to supplement their production in this matter, if their review uncovers additional materials.

We also have identified additional responsive documents, which already have been produced. They can be found at TFB002253-2295, TFB002296-2338, TFB002339-2340, TFB002341-2342, TFB002343, TFB001020-1487, TFB001488-2114, TFB002116-2129.

Best regards,

Theresa A. Sutton

cc: Valerie Wagner, Esq.

RECEIVED
JAN 0 9 2008
FINNEGAN, HENDERSON, FARABOW,
GARRETT AND DUNNER, LLP
PALO ALTO OFFICE