# EXHIBIT 1

## Mosko, Scott

**From:** Mosko, Scott
**Sent:** Thursday, January 10, 2008 5:58 AM
**To:** Sutton, Theresa A.
**Subject:** Regarding Plaintiffs' Summary Judgment Motion

Theresa,

Defendants request that Plaintiffs take their motion for summary judgment off calendar, allowing Defendants a reasonable time to complete the necessary discovery enabling them to effectively oppose this motion. Unless we hear from you today, January 10th, by noon, pacific standard time, we will assume Plaintiffs refuse our request, and we will approach the court on an expedited basis for relief.

Thank you.

Scott Mosko