# EXHIBIT B



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

Amy Dalton
(650) 614-7418
adalton@orrick.com

June 27, 2006

*VIA FEDERAL EXPRESS*

John F. Hornick, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue N.W.
Washington, DC 20001

Re: *ConnectU LLC v. Zuckerberg et al.*, Civil Action No. 1:04-cv-11923 (DPW)

Dear Mr. Hornick:

Please find enclosed Facebook Defendants' supplemental production of one external hard drive Bates labeled TFB007670 and one CD ROM Bates labeled TFB007671. The hard drive includes additional source code recovered from Guidance Software, Inc., which has not been previously produced. Please refer to the table below that lists each device number (*e.g.*, 371-02) corresponding to each folder contained on the hard drive. This production has been designated as "CONFIDENTIAL" and should be treated as such pursuant to the stipulated protective order in place in this action.

| Folder | Device(s) |
|--------|-----------|
| 77 | 371-02 & 03 |
| 64 | 371-04 |
| 70 | 371-05 |
| 79 | 371-06 |
| 51 | 371-07 |
| 65 | 371-09 |
| 66 | 371-10 |
| 80 | 371-11 |

Very truly yours,

Amy Dalton
Paralegal

cc: Robert B. Hawk, Esq. (via e-mail w/o enclosure)
    Steve M. Bauer, Esq. (via e-mail w/o enclosure)
    Jeremy Oczek, Esq. (via e-mail w/o enclosure)

US_WEST:260029693.1





TFB007671
Source Code
Produced 6/27/06

Connectu LLC v.
Zuckerberg et al.
Case No.
1:04 CV 11923

ORRICK

CONFIDENTIAL