| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | G. HOPKINS GUY, III (State Bar No. 124811)<br>  hopguy@orrick.com<br>I. NEEL CHATTERJEE (State Bar No. 173985)<br>  nchatterjee@orrick.com<br>MONTE COOPER (State Bar No. 196746)<br>  mcooper@orrick.com<br>THERESA A. SUTTON (State Bar No. 211857)<br>  tsutton@orrick.com<br>YVONNE P. GREER (State Bar No. 214072)<br>  ygreer@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650-614-7400<br>Facsimile: 650-614-7401<br><br>Attorneys for Plaintiffs<br>THE FACEBOOK, INC. and MARK ZUCKERBERG | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>            Plaintiffs,<br><br>    v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,<br><br>            Defendants. | Case No. 5:07-CV-01389-RS<br><br>**NOTICE OF APPEARANCE FOR SEAN A. LINCOLN** |

OHS West:260368125.1

NOTICE OF APPEARANCE
5:07-CV-01389-RS

1   PLEASE TAKE NOTICE that Sean A. Lincoln of Orrick, Herrington & Sutcliffe
2   LLP hereby appears in this action as counsel for the above-captioned Plaintiffs, The Facebook,
3   Inc. and Mark Zuckerberg. Copies of all briefs, motions, orders, correspondence, and other
4   papers filed with the Court may be electronically served on Sean A. Lincoln pursuant to Local
5   Rule 5-5(b), at the below-listed electronic mail addresses.

7   Dated: January 14, 2008          ORRICK, HERRINGTON & SUTCLIFFE LLP

9                                         /s/ Sean A. Lincoln /s/
                                     ─────────────────────────────
10                                        Sean A. Lincoln

11                                   The Orrick Building
                                     405 Howard Street
12                                   San Francisco, CA 94105-2669
                                     TEL: (415) 773-5700
13                                   FAX: (415) 773-5759

14                                   salincoln@orrick.com

15                                   Attorneys for Plaintiffs THE FACEBOOK, INC.
                                     and MARK ZUCKERBERG

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 14, 2008.

Dated: January 14, 2008.                    Respectfully submitted,

                                            /s/ Sean A. Lincoln /s/
                                            Sean A. Lincoln