UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time: 49 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __FTR__          DATE: __1/16/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
CASE #: __C 077-01389RS__

CASE TITLE: __FACEBOOK__ VS. __CONNECTU__

**Appearances for Plaintiff(s)**                **Appearances for Defendant(s)**

__SEAN A. LINCOLN__                             __SCOTT MOSKO__

__MONTE M.F. COOPER__                           __VALERIE M. WAGNER for GUCWA__

__THERESA A. SUTTON__

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} CMC   { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|---|---|---|---|---|
| { } | { } | { } | 1. | |
| { } | { } | { } | 2. | |
| { } | { } | { } | 3. | |
| { } | { } | { } | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED      [ ] DENIED      [ ] SUBMITTED      [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**  { } Cont'd to:             @             For

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments:

__CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER__

HOURS IN SETTLEMENT: _____      Copies to: _____