G. HOPKINS GUY, III (State Bar No. 124811)
hopguy@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,<br><br>Defendants. | Case No. 5:07-CV-01389-RS<br><br>**NOTICE OF FILING OF CORRECTED SECOND AMENDED COMPLAINT** |

| | |
|---|---|
| 1 | During the Case Management Conference held on January 16, 2008, the Court granted |
| 2 | Plaintiffs permission to file a corrected Second Amended Complaint, as described in the |
| 3 | January 9, 2008 Case Management Statement. Doc. No. 263. The Court requested that Plaintiffs |
| 4 | circulate a version of the corrected Second Amended Complaint to ensure that counsel for |
| 5 | Defendants had no objections to the corrected content. The Court further indicated that |
| 6 | Defendants would not need to file any responsive pleading. |
| 7 | On January 19, 2008, Plaintiffs provided a redlined version of the Corrected Second |
| 8 | Amended Complaint indicating that they would file the pleading on Tuesday, January 22, 2008. |
| 9 | At that time, Plaintiffs asked that counsel for Defendants confirm they agreed to said filing |
| 10 | without objection. Attached hereto is a true and correct copy of this January 19, 2008, email. To |
| 11 | date, Plaintiffs have received no response or comment regarding the proposed changes. Thus, |
| 12 | Plaintiffs hereby file the Corrected Second Amended Complaint as discussed at the Case |
| 13 | Management Conference. |

Dated: January 22, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Theresa A. Sutton /s/
Theresa A. Sutton
Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 22, 2008.

Dated: January 22, 2008.                Respectfully submitted,

                                        /s/ Theresa A. Sutton /s/
                                        Theresa A. Sutton

## Sutton, Theresa A.

| | |
|---|---|
| **From:** | Sutton, Theresa A. |
| **Sent:** | Saturday, January 19, 2008 7:19 AM |
| **To:** | 'Mosko, Scott'; 'Wagner, Valerie'; 'Webster, Jason' |
| **Cc:** | Stillman, Stacey; Lincoln, Sean; Dalton, Amy |
| **Subject:** | Redlined Second Amended Complaint.pdf - Adobe Acrobat Standard |
| **Attachments:** | Redline _Corrected_ vs Second Amended Complaint.pdf |

Scott, Jason and Valerie-

I've attached a redlined version of the Corrected Amended Complaint. We expect to file this Tuesday. As discussed at the CMC, we (and the Court) do not believe that a further answer would be needed. Please let us know that you agree.

Theresa

_____

# O
**O R R I C K**

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*