1    SEAN A. LINCOLN (State Bar No. 136387)
       salincoln@orrick.com
2    I. NEEL CHATTERJEE (State Bar No. 173985)
       nchatterjee@orrick.com
3    MONTE COOPER (State Bar No. 196746)
       mcooper@orrick.com
4    THERESA A. SUTTON (State Bar No. 211857)
       tsutton@orrick.com
5    YVONNE P. GREER (State Bar No. 214072)
       ygreer@orrick.com
6    ORRICK, HERRINGTON & SUTCLIFFE LLP
       1000 Marsh Road
7    Menlo Park, CA 94025
       Telephone: 650-614-7400
8    Facsimile: 650-614-7401

9    Attorneys for Plaintiffs
       THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>         Plaintiffs,<br><br>     v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,<br><br>         Defendants. | Case No. 5:07-CV-01389-RS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE BY DEFENDANTS PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS WITH ORDER GRANTING MOTION TO COMPEL SUPPLEMENTAL INTERROGATORY RESPONSES**<br><br>Date: January 27, 2008<br>Time: 9:30 A.M.<br>Judge: Honorable Richard Seeborg |

The Court, having considered the Notice of Motion, Motion and Memorandum of Points and Authorities in Support of Facebook, Inc.'s ("Facebook's") Motion To Compel Compliance By Defendants Pacific Northwest Software And Winston Williams With Order Granting Motion To Compel Supplemental Interrogatory Responses, the Declarations of Chris Shiflett and Monte M.F. Cooper in support thereof, exhibits submitted therewith, and the records on file in this action, hereby orders as follows:

IT IS HEREBY ORDERED that Facebook's Motion is GRANTED.

IT IS FURTHER ORDERED that:

(1) Pacific Northwest Software, Inc. ("PNS") and Winston Williams ("Williams") shall within fourteen (14) days of this Order supplement their prior responses to Interrogatories Nos. 3 and 4 and provide full, complete answers to each; and

(2) [PNS and Williams shall provide all memory devices in their possession, custody or control from 2004 to present to Facebook's expert for imaging and analysis for information responsive to Interrogatory Nos. 3 and 4. The parties shall within seven (7) days of this Order submit a proposed protocol for the imaging and analysis, with a joint statement concerning only those elements of the proposed protocol about which the parties cannot reach agreement]; or

(3) [The Court enters the following factual finding: PNS and Williams, jointly and individually, caused three ConnectU invitation e-mails to be sent to each of three million e-mail addresses obtained by PNS and Williams from the Facebook website.]

IT IS SO ORDERED.

Dated: _____      _____
Honorable Richard Seeborg
United States Magistrate Judge