| | |
|---|---|
| 1 | SEAN A. LINCOLN (State Bar No. 136387)<br>    salincoln@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985)<br>    nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746)<br>    mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857)<br>    tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072)<br>    ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 7 | Menlo Park, CA  94025<br>Telephone:     650-614-7400 |
| 8 | Facsimile:      650-614-7401 |
| 9 | Attorneys for Plaintiffs<br>THE FACEBOOK, INC. and MARK ZUCKERBERG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>                    Plaintiffs,<br><br>        v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,<br><br>                    Defendants. | Case No.  5:07-CV-01389-RS<br><br>**DECLARATION OF MONTE M. F. COOPER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE BY DEFENDANTS PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS WITH ORDER GRANTING MOTION TO COMPEL SUPPLEMENTAL INTERROGATORY RESPONSES**<br><br>Date:    February 27, 2008<br>Time:   9:30 A.M.<br>Judge:  Honorable Richard Seeborg |

I, Monte Cooper, declare as follows:

1. I am Of Counsel at the law firm of Orrick, Herrington & Sutcliffe, counsel for The Facebook, Inc., and Mark Zuckerberg. I am an active member in good standing of the Bar of the States of California and Colorado. I make this declaration in support of Plaintiffs' Motion to Compel Compliance by Defendants Pacific Northwest Software and Winston Williams With Order Granting Motion to Compel Supplemental Interrogatory Responses. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of documents Bates labled GUCWA 0022, GUCWA 0025, GUCWA 0032-33, GUCWA 0057-58 and GUCWA 0075-77.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Third Amended Response of Defendant Cameron Winklevoss to Plaintiff's First Set of Special Interrogatories (1-23), dated April 3, 2006.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the January 29, 2007 Deposition of Pacific Northwest Software. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY UNDER SEAL]**

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the June 12, 2007 deposition of Pacific Northwest Software. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY UNDER SEAL]**

6. Attached hereto as **Exhibit 5** is a true and correct copy of documents Bates labeled CUCA02976-77. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY UNDER SEAL]**

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the January 16, 2006 deposition of ConnectU. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY UNDER SEAL]**

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the August 9, 2005, deposition of ConnectU, taken in the related action ConnectU, LLC v. Zuckerberg et al, Civil Action No. 1:04-cv-11923, United States District Court, District of

| | |
|---|---|
| 1 | Massachusetts. |
| 2 | 9. Attached hereto as **Exhibit 8** is a true and correct copy of the Second Amended |
| 3 | Response of Defendant ConnectU LLC to Form Interrogatories, dated April 3, 2006. |
| 4 | 10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the June |
| 5 | 19, 2007 deposition of Winston Williams. **[CONFIDENTIAL DOCUMENT SUBMITTED** |
| 6 | **SEPARATELY UNDER SEAL]** |
| 7 | 11. Attached hereto as **Exhibit 10** is a true and correct copy of documents Bates |
| 8 | labeled iMarc001529-31. |
| 9 | 12. Attached hereto as **Exhibit 11** is a true and correct copy of a documents Bates |
| 10 | labeled PNS0320945. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY** |
| 11 | **UNDER SEAL]** |
| 12 | 13. Attached hereto as **Exhibit 12** is a true and correct copy of documents Bates |
| 13 | labeled PNS0002119. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY** |
| 14 | **UNDER SEAL]** |
| 15 | 14. Attached hereto as **Exhibit 13** is a true and correct copy of documents Bates |
| 16 | labeled PNS01766 - 77. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY** |
| 17 | **UNDER SEAL]** |
| 18 | 15. On January 9, 2008, Plaintiffs sent a letter to counsel for Defendants, Scott Mosko, |
| 19 | detailing the deficiencies in Mr. Williams' and Pacific Northwest Software's supplemental |
| 20 | declarations. Mr. Mosko asked that any discussion regarding the declarations occur after the |
| 21 | Case Management Conference, which was scheduled for January 16, 2008. Plaintiffs indicated |
| 22 | the urgency of this motion and asked repeatedly that Mr. Mosko make himself available earlier. |
| 23 | Mr. Mosko twice offered to call us after his other meetings to meet and confer on the following |
| 24 | Monday, January 14, 2008. We agreed to be available, but Mr. Mosko did not call. During the |
| 25 | Case Management Conference, the Court instructed counsel to meet and confer on a variety of |
| 26 | issues. During that time, I raised the issues that preceded the Motion to Compel. Mr. Mosko |
| 27 | agreed to further investigate the deficiencies in the defendants' declarations. On January 18, |
| 28 | 2008, I sent Mr. Mosko an email providing summarizing the meet and confer and providing |

| | |
|---|---|
| 1 | further details demonstrating that the declarations do not comply with the Court's December 12, |
| 2 | 2007, Order.  I asked Mr. Mosko to provide supplemental declarations by January 22, 2008. |
| 3 | Mr. Mosko responded that "once he has further information, he will be in touch."  Mr. Mosko did |
| 4 | not agree to provide supplemental declarations. |
| 5 |     I declare under penalty of perjury that the foregoing is true and correct.  Executed this |
| 6 | 23rd day of January 2008, in Menlo Park, CA. |

/s/ Monte M. F. Cooper /s/
Monte M.F. Cooper

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 23, 2008.

Dated: January 23, 2008.                        Respectfully submitted,

                                                           /s/ Monte M.F. Cooper /s/
                                                                Monte M.F. Cooper

OHS West:260372035.1
16069-4

COOPER DECL. ISO OF MOTION TO COMPEL COMPLIANCE
5:07-CV-01389-RS