# EXHIBIT 1

```
(15:01:17) dr ttol: IM him
(15:01:30) David Gucwa: well, his exact message was "Sorry, I hope to have answers for you in a few hours."
(15:01:43) dr ttol: ok
(15:01:46) dr ttol: one sec
(15:03:25) dr ttol: do you have a thefacebook account
(15:03:41) David Gucwa: no
(15:03:54) dr ttol: can you set one up quickly
(15:04:09) dr ttol: or actually
(15:04:10) dr ttol: wait
(15:04:20) dr ttol: we have logins and passwords for you to use
(15:04:44) David Gucwa: alright what's the login
(15:10:51) dr ttol: zuzana@bu.edu
(15:10:56) dr ttol: 123
(15:11:06) dr ttol: are you in
(15:11:21) David Gucwa: no
(15:11:28) dr ttol: doesnt work?
(15:11:33) David Gucwa: this is at thefacebook.com ?
(15:11:37) dr ttol: sj391@columbia.edu
(15:11:39) dr ttol: east
(15:11:41) dr ttol: yes
(15:11:53) David Gucwa: ok that one worked
(15:12:07) dr ttol: dont change anything
(15:12:11) dr ttol: just click view profile
(15:12:32) David Gucwa: k i'm there
(15:12:58) dr ttol: notice the top
(15:12:59) dr ttol: it says
(15:13:01) dr ttol: http://columbia.thefacebook.com/profile.php?id=103753
(15:13:43) David Gucwa: yeah
(15:14:36) dr ttol: this one is better
(15:14:37) dr ttol: log out
(15:14:42) dr ttol: lbowman@wellesley.edu
(15:14:52) dr ttol: divya
(15:15:07) dr ttol: click on view profile
(15:15:19) David Gucwa: k
(15:15:26) dr ttol: look under information
(15:16:07) David Gucwa: heh, there's a connectu plug in there
(15:16:20) dr ttol: right
(15:16:24) dr ttol: anyways
(15:16:29) dr ttol: what we're looking for
(15:16:36) dr ttol: is an importer
(15:16:46) dr ttol: we want thefacebook parsed
(15:16:55) dr ttol: so we can put it in connectu
(15:16:59) David Gucwa: okay, so you can put in your id and it'll grab all the info from your facebook account
(15:17:16) dr ttol: yes
(15:17:26) dr ttol: well not id
(15:17:31) dr ttol: your facebook login and password
(15:17:35) dr ttol: and it will grab the info
(15:17:39) dr ttol: and put it in connectu
(15:18:06) dr ttol: the thing is
(15:18:10) David Gucwa: does thefacebook need the login/password to access this info?
(15:18:15) dr ttol: each account will have different fields parsed out
(15:18:19) dr ttol: yes
(15:18:24) dr ttol: you need to log into thefacebook
(15:18:58) David Gucwa: I don't think you do
```

**GUCWA 0022**

(17:50:44) David Gucwa: decently. I've got a lot of stuff being parsed out correctly at the moment but it's trickier to parse out lists of things, like in Favorite Books and such
(17:51:17) dr ttol: okay
(18:28:31) David Gucwa: alright I've got a preliminary version of the parser
(18:28:34) David Gucwa: http://24.34.190.94/work/face/grab.php?login=lbowman@wellesley.edu&password=divya
(18:29:19) dr ttol: if i put any login and password there
(18:29:21) dr ttol: it'll work?
(18:32:14) dr ttol: still there?
(18:32:57) David Gucwa: right now it only works for wellesley accounts, I'm fixing that at the moment
(18:33:02) dr ttol: okay
(18:34:24) David Gucwa: now it should work for any
(18:35:29) dr ttol: nope
(18:35:31) dr ttol: doesnt work
(18:37:36) dr ttol: http://24.34.190.94/work/face/grab.php?login=rdegutis@student.umass.edu&password=ruth1783
(18:40:44) David Gucwa: ah, I see
(18:42:20) dr ttol: rl6@duke.edu
(18:42:23) dr ttol: nacho
(18:42:26) dr ttol: mjhall@fas.harvard.edu
(18:42:28) dr ttol: hallmark
(18:42:31) dr ttol: bolger@umich.edu
(18:42:35) dr ttol: bolger
(18:42:51) dr ttol: maria.rocha_oliveira@tufts.edu
(18:42:51) dr ttol: maria
(18:43:02) dr ttol: Christopher.librandi@yale.edu
(18:43:05) dr ttol: christoph
(18:43:08) dr ttol: jm245@cornell.edu
(18:43:10) dr ttol: fishapple
(18:43:21) dr ttol: you can use it
(18:43:25) dr ttol: use those to test
(18:43:30) dr ttol: to make sure it works on those schools
(18:44:27) David Gucwa: k
(18:45:00) dr ttol: now that you have remote access, can you do development work on the machine (create a test dir or whatever)
(18:46:37) David Gucwa: Things go quicker if I do it locally
(18:47:07) dr ttol: okay
(18:47:13) dr ttol: then we can do that
(18:47:14) David Gucwa: I had some problems yesterday with the i2hub server going down a couple times
(18:47:18) dr ttol: ok
(18:48:44) dr ttol: have you eaten yet?
(18:49:58) David Gucwa: no
(18:50:07) David Gucwa: I was going to make some food in a few minutes
(18:50:20) David Gucwa: as soon as I fix this
(18:51:09) dr ttol: ok
(18:51:14) dr ttol: are you going to be working tonight?
(18:51:42) dr ttol: my partners are wondering if you're able to do some work over the weekend to look at the main code for CU (which will be the center piece of everything we do)
(18:51:51) dr ttol: and do some light edits etc
(18:51:54) dr ttol: if you're not able to, that's fine too

```
Conversation with drttol at 2005-01-18 11:56:02 on David Gucwa (aim)
(11:56:02) dr ttol: hi
(11:56:05) David Gucwa: hi
(11:56:16) dr ttol: so many fires
(11:56:20) dr ttol: whats the situation
(11:56:43) David Gucwa: i'm hooking my form up with connectu at the moment
(11:57:11) David Gucwa: the jungalu code is pretty straightforward, but it requires a library called mcrypt that you don't seem to have on the i2hub server
(11:57:16) David Gucwa: so I'm looking for a package for that
(11:57:36) dr ttol: can we assume that the connectu part is done, and just pretend each user is something like test@test.com
(11:57:42) David Gucwa: sure
(11:57:59) dr ttol: okay, so the rest of the product can be built
(11:58:12) dr ttol: and the login/registration stuff
(11:58:18) dr ttol: can be done later
(11:59:04) David Gucwa: okay
(11:59:13) David Gucwa: did you get the email I sent last night
(11:59:16) dr ttol: yes
(11:59:24) David Gucwa: I had a question about how this page should be stylized
(11:59:46) dr ttol: it'll be different depending on their entry point
(12:00:01) dr ttol: if they clicked on it from i2hub, it'll by stylized with i2hub
(12:00:14) dr ttol: if they clicked on it from stallscribbles, it'll be stylized in that
(12:00:18) dr ttol: same with connectu
(12:00:23) dr ttol: so header/footer format
(12:00:48) David Gucwa: k
(12:18:30) David Gucwa: these text ads can link to a URL, but is the URL optional or mandatory?
(12:18:47) David Gucwa: like could someone just have an ad that was "Selling a bike, call 555-5555 for info" with no link
(12:18:53) dr ttol: then optional
(12:18:58) David Gucwa: k
(12:24:54) dr ttol: mcrypt comes with apache/php
(12:25:01) dr ttol: it is some option that needs to be turned on
(12:25:36) David Gucwa: ah okay
(12:25:46) David Gucwa: i'll look into that later when I do the connectu stuff then
(12:26:00) dr ttol: ok
(13:12:25) dr ttol: are you generating all these test transactions?
(13:15:16) David Gucwa: oh, yes
(13:15:24) dr ttol: ok
(13:15:32) David Gucwa: yeah I forgot it's going through authorize.net each time
(13:15:36) David Gucwa: are you getting emails about it or something?
(13:15:40) dr ttol: yes, no big deal
(13:15:43) dr ttol: do whatever you need
(13:15:46) David Gucwa: k
(13:22:37) David Gucwa: alright I've got something you can test out
(13:22:38) David Gucwa: http://www.stallscribbles.com/?mdu=textad
(13:23:19) David Gucwa: my part of that is kept in an entirely separate folder so it could be included by any site, not just stallscribbles
(13:23:35) David Gucwa: you can go through with a test transaction, and then it adds entries to the database
(13:23:50) David Gucwa: which you can check here http://www.stallscribbles.com/ads/adStats.php
(13:23:54) dr ttol: do you still have thefacebook logins
(13:24:05) David Gucwa: yeah
```

```
(13:24:13) dr ttol: log in using one of them
(13:24:23) dr ttol: on the left side is Facebook Announcements
(13:24:41) dr ttol: can you take a look at their system and see if any of their processes is more efficient than our ad software
(13:24:49) David Gucwa: sure
(13:24:54) dr ttol: and change ours to be like that, as well as improve upon their interface etc
(13:27:57) David Gucwa: ah, they allow for more than one school to show your ad at
(13:28:03) David Gucwa: that is definitely something I want to use
(13:28:52) dr ttol: yes, we want to charge $x per school
(13:28:58) dr ttol: not $x for all schools
(13:29:22) David Gucwa: I figured they'd just be trading off more schools for less viewing time per school
(13:29:35) dr ttol: nope
(13:29:40) dr ttol: 1 calendar day per school per $x
(13:29:44) David Gucwa: k
(13:29:58) dr ttol: the school shouldnt be drop down, it should be checkbox
(13:30:04) dr ttol: or whatever is the most efficient
(13:30:12) dr ttol: and then a total should be there somewhere
(13:30:16) dr ttol: or an Update total or something
(13:30:18) dr ttol: (think Dell)
(13:30:29) dr ttol: the dell computers came today btw
(13:30:55) David Gucwa: cool
```

```
(11:58:44) dr ttol: we'll also need to set up alerts so like if i2hub.com goes
down, or connectu.com, it'll beep you
(11:59:11) dr ttol: so each node will have a test case
(11:59:11) David Gucwa: how do you set that up, I've never heard of that
(11:59:17) dr ttol: well
(11:59:29) dr ttol: set it up so it grabs the front page of i2hub.com
(11:59:41) dr ttol: if it matches the first result
(11:59:47) dr ttol: the stable case
(11:59:51) dr ttol: then its alive
(11:59:57) dr ttol: if its not reachable
(12:00:01) dr ttol: or 404
(12:00:03) dr ttol: or whatever
(12:00:14) dr ttol: if it doesnt contain a certain key word in the htm
(12:00:15) dr ttol: html
(12:00:20) dr ttol: then you know its not the real front page
(12:00:27) dr ttol: and site is either down, hacked, unreachable, etc
(12:00:42) dr ttol: then you send an email to a special beeper email with a
short message
(12:00:46) dr ttol: and it'll show up on your beeper
(12:01:01) dr ttol: "i2web down"
(12:01:04) dr ttol: "cuweb down"
(12:01:08) dr ttol: etc
(12:01:28) David Gucwa: ah, it was the beeper part that I was unsure of
(12:01:34) dr ttol: ill get one as well
(12:01:51) dr ttol: but hopefully you're good enough that by the time i call
you, you would hve already left a message on my voice mail ;)
(12:02:41) dr ttol: im about 1.5 hours away right now from amherst, on a 56k
meeting.  i was in meetings in boston all weekend
(12:02:45) dr ttol: do me a favor
(12:02:51) David Gucwa: ok
(12:02:53) dr ttol: log into thefacebook with one of those accounts
(12:03:09) dr ttol: tell me if you're able to grab email addresses from the
friends listed on that account
(12:04:08) David Gucwa: Technically possible but I think it would take a long
time to do, because you'd have to descend into each of the separate profile
pages for each friend.
(12:04:52) dr ttol: this is what we want for that feature:
(12:05:00) David Gucwa: also that would mean a separate connection for each
friend, and they'd be logging our IP each time
(12:05:05) dr ttol: a checkbox on the importer page:
(12:05:35) dr ttol: [   ]  Automatically search ConnectU for my existing friends
and add them to my ConnectU account
(12:05:56) dr ttol: if checked, it will descend into the profiles and try to
match the emails with existing connectu members
(12:06:24) dr ttol: if there is no match, send out an invite email, and also add
the email to a master database (so we dont email the same email address twice)
(12:06:49) dr ttol: what we're creating essentially is a social network spider
(12:07:42) dr ttol: how difficult will this be
(12:07:48) David Gucwa: This one person I'm looking at has 91 friends on her
list. That's going to take at least 5 minutes to crawl
(12:08:00) dr ttol: really?  why
(12:09:02) David Gucwa: The problem is that it doesn't show your friend's email
addresses directly on your profile page, you have to go into each friend's
profile, and there's a couple seconds for each one you want to load.
(12:09:33) dr ttol: call me
(12:09:35) dr ttol: 774 230 3332
(12:09:38) dr ttol: is my number right now
```