# SHIFLETT EXHIBIT 6

# EXHIBIT 3

1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:    (650) 849-6600
5  Facsimile:    (650) 849-6666

6  Attorneys for Defendant
   Winston Williams
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | FACEBOOK, INC. and MARK           | CASE NO.  C 07-01389 RS
   | ZUCKERBERG,
13 |
   |           Plaintiffs,             | **DECLARATION OF WINSTON**
14 |                                   | **WILLIAMS**
   |      v.
15 |
   | CONNECTU LLC, (now known as CONNECTU
16 | INC.) CAMERON WINKLEVOSS, TYLER
   | WINKLEVOSS, DIVYA NARENDRA,
17 | PACIFIC NORTHWEST SOFTWARE, INC.,
   | WINSTON WILLIAMS, WAYNE CHANG, and
18 | DAVID GUCWA,
   |
19 |           Defendants.

20

21

22

23

24

25

26

27

28

Doc. No. 472938                                   DECLARATION OF WINSTON WILLIAMS
                                                  CASE NO.  C 07-01389 RS

I, WINSTON WILLIAMS, declare as follows:

1. I am a resident and citizen of the state of Washington;

2. My domicile is Seattle, Washington;

3. I am informed and believe that John Taves, principal at Pacific Northwest Software, Inc. ("PNS") forwarded to counsel certain files found on the following servers: 207.244.158.164, 207.244.158.165 and 207.244.158.34.

4. Recently, I participated in an analysis of several of these files identified above, to determine whether the information in these files could be used in responding to Interrogatory Nos. 3 or 4, which I previously answered.

5. I have reviewed my responses to Interrogatory Nos. 3 and 4. The files referred to in Paragraph 3 of this declaration are not helpful in responding to these interrogatories.

6. I am not aware of any other information created at PNS or otherwise, that would provide further information than what was provided in my responses to Interrogatory Nos. 3 or 4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed on the 7th day of November 2007.

*[signature]*
Winston Williams