# SHIFLETT EXHIBIT 9

| | |
|---|---|
| 1 | Scott R. Mosko (State Bar No. 106070) <br> scott.mosko@finnegan.com |
| 2 | FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, L.L.P. |
| 3 | Stanford Research Park <br> 3300 Hillview Avenue |
| 4 | Palo Alto, California 94304 <br> Telephone: (650) 849-6600 |
| 5 | Facsimile: (650) 849-6666 |
| 6 | Attorneys for Defendant <br> Pacific Northwest Software, Inc. |
| 7 | |
| 8 | |
| 9 | UNITED STATES DISTRICT COURT |
| 10 | NORTHERN DISTRICT OF CALIFORNIA |
| 11 | |
| 12 | FACEBOOK, INC. and MARK ZUCKERBERG, |
| 13 | |
| 14 | Plaintiffs, |
| 15 | v. |
| 16 | CONNECTU LLC, (now known as CONNECTU INC.) ET AL., |
| 17 | Defendants. |

CASE NO. C 07-01389 RS

**DECLARATION OF JOHN TAVES ON BEHALF OF PACIFIC NORTHWEST SOFTWARE, INC. IN RESPONSE TO COURT ORDER DATED DECEMBER 12, 2007**

Doc. No.

DECLARATION OF JOHN TAVES
CASE NO. C 07-01389 RS

| | |
|---|---|
| 1 | I, JOHN TAVES, declare |
| 2 | 1. I am the President of Pacific Northwest Software, Inc. ("PNS"). I have a bachelor of |
| 3 | science degree in electrical engineering. |
| 4 | 2. The computer records currently in PNS's possession do not contain information that |
| 5 | will allow me, on behalf of PNS to further respond to Interrogatory Nos. 3 and 4. |
| 6 | I declare under penalty of perjury under the laws of the United States that the foregoing is |
| 7 | true and correct and that this declaration was executed on the 21st day of December 2007 at Seattle, |
| 8 | Washington. |

_____
John Taves

| | |
|---|---|
| 1 | Scott R. Mosko (State Bar No. 106070) |
| | scott.mosko@finnegan.com |
| 2 | FINNEGAN, HENDERSON, FARABOW, |
| | GARRETT & DUNNER, L.L.P. |
| 3 | Stanford Research Park |
| | 3300 Hillview Avenue |
| 4 | Palo Alto, California 94304 |
| | Telephone: (650) 849-6600 |
| 5 | Facsimile: (650) 849-6666 |
| 6 | |
| 7 | Attorneys for Defendant |
| | Pacific Northwest Software, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., and MARK ZUCKERMAN, | CASE NO. 5:07-CV-01389-RS |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| CONNECTU LLC, (now known as CONNECTU INC.), ET AL., | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to this action. My place of employment and business address is Finnegan, Henderson, Farabow, Garrett, & Dunner, L.L.P., 3300 Hillview Avenue, Palo Alto, California 94304. On January 2, 2008, I caused a copy of the following document to be served:

- **DECLARATION OF WINSTON WILLIAMS ON BEHALF OF PACIFIC NORTHWEST SOFTWARE, INC. IN RESPONSE TO COURT ORDER DATED DECEMBER 12, 2007**

- **DECLARATION OF JOHN TAVES ON BEHALF OF PACIFIC NORTHWEST SOFTWARE, INC. IN RESPONSE TO COURT ORDER DATED DECEMBER 12, 2007**

on all parties as follows:

| *Attorneys for Plaintiff* | |
|---|---|
| Theresa Sutton, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650.614.7400<br>Facsimile: 650.614.7401 | ☒ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile<br>☐ Via Email |

I am readily familiar with my firm's practice for collection, processing correspondence, and sending documents via the United States Postal Service in the ordinary course of business. I sent said document on January 2, 2008 consistent with ordinary business practice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 2, 2008, at Palo Alto, California.

*/s/ Lisssette Vazquez*
Lisssette Vazquez