# SHIFLETT EXHIBIT 10

| | |
|---|---|
| 1 | Scott R. Mosko (State Bar No. 106070) |
| | scott.mosko@finnegan.com |
| 2 | FINNEGAN, HENDERSON, FARABOW, |
| | GARRETT & DUNNER, L.L.P. |
| 3 | Stanford Research Park |
| | 3300 Hillview Avenue |
| 4 | Palo Alto, California 94304 |
| | Telephone: (650) 849-6600 |
| 5 | Facsimile: (650) 849-6666 |
| 6 | Attorneys for Defendant |
| | Winston Williams |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG, | CASE NO. C 07-01389 RS |
| Plaintiffs, | **DECLARATION OF WINSTON WILLIAMS IN RESPONSE TO COURT ORDER DATED DECEMBER 12, 2007** |
| v. | |
| CONNECTU LLC, (now known as CONNECTU INC.) ET AL., | |
| Defendants. | |

| | |
|---|---|
| 1 | I, WINSTON WILLIAMS, declare |
| 2 | 1. I have been informed that the Court has issued an Order requiring me to provide |
| 3 | further responses in Interrogatory Nos. 3 and 4. As I stated in my prior declaration, prior to the |
| 4 | issuance of this recent Court Order, I had reviewed documents and files for the purposes of |
| 5 | responding to these interrogatories. I have been informed that Plaintiffs identified additional |
| 6 | documents, files, IP addresses and websites which they believe suggest that this new evidence will |
| 7 | enable me to provide further answers to these interrogatories. My recent review includes both the |
| 8 | new evidence that Plaintiffs have cited in support of their motion to compel, other files and |
| 9 | documents available from Pacific Northwest Software, Inc.("PNS"), and documents provided by |
| 10 | David Gucwa. In the following paragraphs of this declaration I will explain the efforts I undertook |
| 11 | to comply with this Court's recent order. |
| 12 | 2. I have reviewed all of the URL's and IP addresses referenced in the briefs filed in |
| 13 | support of Plaintiff's Motion to Compel. |
| 14 | 3. I have reviewed the URL's http//:dp.pickatime.com:900/svn/Connect, |
| 15 | db.pickatime.com, http://dg.cu.pnwsoft.com/import, |
| 16 | http://db.pickatime.com:900/svn/Connect/connect, hop.pickatime.com, web.connectu.com, |
| 17 | http://dev.connectu/importer, http://cupnwsoft.com/importer, unix15.dmbhosting.com, |
| 18 | www.i2hub/dgucwa/face, www.connectu.com/importer. |
| 19 | 4. I have reviewed the IP addresses 216.127.32.54:900, 216.127.32.54, 216.127.32.54, |
| 20 | 216.127.32.228, 216.127.32.228, 192.168.0.135, 207.114.225.164, 66.96.217.229, 67.131.250.102, |
| 21 | 67.18.33.226, 69.56.226.102. |
| 22 | 5. I am informed that in response to a subpoena, PNS produced documents related to its |
| 23 | work for ConnectU, LLC. I have reviewed many of these documents, including correspondence that |
| 24 | included me. |
| 25 | 6. I am also informed that David Gucwa produced documents in responses to a |
| 26 | subpoena issued by Plaintiffs. I have reviewed many of these documents, including correspondence |

1 | that involved me. None of these documents would enable me to supplement my responses to
2 | Interrogatory Nos. 3 & 4.
3 |     7. I have a working knowledge of the contents of the PNS servers that were utilized
4 | during the course of the activities PNS was retained to provide for ConnectU. I was primarily
5 | responsible for the work PNS performed for ConnectU. I understand that I have been allowed to
6 | access to the PNS servers, and any other data currently available at PNS for the purposes of
7 | responding to Interrogatory Nos. 3 & 4. I don not believe such access would allow me to further
8 | respond to these interrogatories.
9 |     8. I am confident that I have reviewed all available information that exists that would
10 | provide me or anyone else with the ability to further respond to Interrogatory Nos. 3 & 4.
11 |     9. None of the documents, files, IP addresses, URLs described above, or other
12 | information about which I am aware will permit me to provide further responses to Interrogatory
13 | Nos. 3 or 4. The documents cited by Plaintiffs only suggest that certain IP addresses or URLs were
14 | used in the course of the ConnectU activities. Despite the contents of these documents, I cannot say
15 | under oath that the information found in these documents provides me with the ability to further
16 | respond to these interrogatories. In my initial responses to these interrogatories, I was able to
17 | identify the few IP addresses that I knew were used to download data from www.thefacebook.com.
18 | Weblogs for example would confirm which sources were used in connection with the ConnectU
19 | activities, including email communications. Weblog activity however was not maintained on the
20 | servers.
21 | I declare under penalty of perjury under the laws of the United States that the foregoing is
22 | true and correct and that this declaration was executed on the 2nd day of January 2008 at Ft. Myers,
23 | Florida.
24 |
25 |                                                  Winston Williams
26 |
27 | Doc. No.                                    2                                    DECLARATION OF JOHN TAVES
CASE NO. C 07-01389 RS