# SHIFLETT EXHIBIT 11

```
(17:32:19) dr ttol: you've imported all the ones i gave you
(17:32:33) David Gucwa: yes
(17:32:37) David Gucwa: in the process of, at least
(17:32:41) dr ttol: ok
(17:32:43) dr ttol: yee@bu.edu
(17:32:45) dr ttol: ab1036
(17:34:00) David Gucwa: ok I started that one
(17:34:22) dr ttol: check to make sure the logins are valid
(17:34:23) dr ttol: im not sure
(17:34:35) dr ttol: barroseu@bc.edu
(17:34:39) dr ttol: eutychius
(17:34:50) dr ttol: beelzebub@brown.edu
(17:34:53) dr ttol: asdfgh
(17:36:50) dr ttol: hoganc@alum.mit.edu
(17:36:52) dr ttol: csfb
(17:36:58) dr ttol: porcella@princeton.edu
(17:36:58) dr ttol: angelo
(17:37:31) dr ttol: carlsson@stanford.edu
(17:37:35) dr ttol: fake_pwd
(17:37:46) dr ttol: maria.rocha_oliveira@tufts.edu
(17:37:47) dr ttol: maria
(17:37:54) dr ttol: Stinab8@ucla.edu
(17:37:55) dr ttol: divya
(17:38:15) dr ttol: Sen4@georgetown.edu
(17:38:20) dr ttol: sexyrena
(17:38:34) dr ttol: rl6@duke.edu
(17:38:35) dr ttol: nacho
(17:38:38) dr ttol: some may not work
(17:41:04) David Gucwa: k
(17:44:45) David Gucwa: yeah 3 or 4 didn't work
(17:44:47) David Gucwa: I started the rest
(17:45:05) dr ttol: which ones didnt
(17:46:39) David Gucwa: rl6@duke.edu Sen4@georgetown.edu porcella@princeton.edu hoganc@alum.mit.edu
(17:47:59) David Gucwa: it's got 46,000 id's so far and still going
(17:48:08) David Gucwa: in total from all of them
(17:48:48) dr ttol: we need the profiles
(17:48:52) dr ttol: not just ids
(17:49:45) David Gucwa: I know
(17:50:10) dr ttol: singer.d@neu.edu
(17:50:12) dr ttol: 1211
(17:50:39) dr ttol: mj405@nyu.edu
(17:50:41) dr ttol: rajubros
(17:52:09) dr ttol: how many proiles?
(17:52:21) David Gucwa: none yet, I'll start that
(17:52:39) dr ttol: ok
(17:55:33) dr ttol: let me know when we hit 100 profiles
(17:56:54) David Gucwa: we've probably hit that by now
(17:57:19) dr ttol: we're prob setting up huge alarms at thefacebook
(17:57:30) dr ttol: how can we go faster
(17:58:22) dr ttol: procella@princeton.edu
(17:58:23) dr ttol: frankmaria
(17:58:56) David Gucwa: I'm not sure we can go any faster
(17:59:14) dr ttol: what if we had the scripts running from other computers at te same time
(17:59:32) David Gucwa: do we have the proxies available yet
(17:59:36) dr ttol: yes
```

```
(17:59:54) dr ttol: unix15.dmbhosting.com
(17:59:58) dr ttol: i2hub / Importer123
(18:00:05) dr ttol: 66.96.217.229
(18:00:13) dr ttol: i2hub / TX6ADGXIAHR
(18:00:19) dr ttol: 67.131.250.102
(18:00:23) dr ttol: i2hub / 4it2AXqi
(18:00:28) dr ttol: 67.18.33.226
(18:00:29) David Gucwa: do these have ssh access
(18:00:33) David Gucwa: I can't seem to get into the first one
(18:00:34) dr ttol: i2hubtes / Importer123
(18:00:41) dr ttol: 69.56.226.102
(18:00:44) dr ttol: i2hub / importer12
(18:00:51) dr ttol: i dont know about ssh
(18:00:52) dr ttol: some may
(18:00:53) dr ttol: some may not
(18:00:55) dr ttol: all have ftp
(18:01:04) David Gucwa: hm
(18:01:09) David Gucwa: ok
(18:07:07) David Gucwa: procella@princeton.edu doesn't work
(18:10:29) dr ttol: porcella
(18:10:32) dr ttol: cameron typo'd
(18:10:37) David Gucwa: ok
(18:12:32) dr ttol:  cmg25@georgetown.edu
(18:12:35) dr ttol: top59gun
(18:16:47) dr ttol: how many profiles so far?
(18:19:07) David Gucwa: 5300
(18:19:27) dr ttol: what schools?
(18:20:00) dr ttol: or is that combined
(18:20:46) David Gucwa: it was all from one school, but I'm checking them now and the emails aren't there
(18:20:55) David Gucwa: they must have just gotten turned off
(18:21:04) dr ttol: fuck
(18:21:30) dr ttol: what school
(18:21:52) David Gucwa: umich
(18:22:16) dr ttol: they just got turned off?
(18:23:25) David Gucwa: wait not umich
(18:23:36) David Gucwa: yale
(18:23:58) David Gucwa: maybe they were never turned on, I'm not sure I checked
(18:24:01) David Gucwa: I thought I did though
(18:24:02) dr ttol: ok
(18:24:13) dr ttol: try the ones with emails
(18:24:16) dr ttol: not the ones without
(18:25:22) David Gucwa: ok I'm going to try bu
(18:25:26) David Gucwa: I just made sure the emails are showing
(18:25:26) dr ttol: ok
(18:26:25) dr ttol: see how many we can get
(18:26:37) dr ttol: did you try the other shells
(18:27:16) David Gucwa: yeah I've got one importing from princeton
(18:27:22) David Gucwa: most of them didn't have ssh open
(18:27:30) dr ttol: you need ssh?
(18:27:35) dr ttol: you said ftp is ok
(18:28:13) David Gucwa: yeah ftp will work
(18:28:19) David Gucwa: I just need to modify some things
(18:28:31) David Gucwa: ssh is just easier
(18:35:36) dr ttol: status
(18:35:38) dr ttol: on bu caching
(18:37:00) dr ttol: do the pton and gtown emails first
```

GUCWA 0077

```
Conversation with drttol at 2005-02-20 09:08:31 on David Gucwa (aim)
(09:08:42) David Gucwa: I got your page
(09:09:34) dr ttol: hi
(09:09:45) dr ttol: i tried looking everywhere for your pager email
(09:09:48) dr ttol: where is it in the code?
(09:09:55) David Gucwa: in one of the dbs
(09:10:00) dr ttol: damn it
(09:10:09) dr ttol: i was going through the entire code
(09:10:17) David Gucwa: what's wrong with the importer?
(09:10:22) dr ttol: check this
(09:10:30) dr ttol:
http://www.i2hub.com/dgucwa/face/grabFacebook.php?username=rdegutis@student.umas
s.edu&password=i2hub123
(09:11:11) dr ttol: ERROR:Thefacebook:Couldn't fetch user ID from main page.
(09:13:00) David Gucwa: it's taking a long time
(09:13:08) dr ttol: yes
(09:15:41) dr ttol: how come b.i2hub.com is never used?  (or is it and we just
dont know)
(09:16:12) David Gucwa: it should be used some of the time
(09:16:17) David Gucwa: I added it to the proxy list
(09:16:43) dr ttol: ok
(09:17:01) dr ttol: try importing via www.connectu.com/importer
(09:17:02) dr ttol: doesnt work
(09:17:16) David Gucwa: right
(09:17:24) dr ttol: do you think facebook changed their layout
(09:17:37) dr ttol: and are now catching IPs that are trying to do old layout
(09:17:39) dr ttol: and blocking them
(09:18:08) David Gucwa: I think the problem is the proxies
(09:18:57) David Gucwa: I'm trying to load connectu.com through the proxy fetch
script and that won't load either
(09:19:11) David Gucwa: possibly we sent them so much traffic that they blocked
us
(09:19:48) dr ttol: maybe
(09:20:04) dr ttol: add a.i2hub.com:8888 to the list
(09:20:17) dr ttol: but your proxychecker
(09:20:19) dr ttol: should catch that right?
(09:20:59) David Gucwa: it should
(09:21:05) dr ttol: alright, switch of tactic
(09:21:48) dr ttol: take a look at
(09:21:54) dr ttol: http://www.i2hub.com/checkproxies.com/proxycheck.php
(09:21:56) dr ttol: source:
(09:21:57) dr ttol: http://www.i2hub.com/checkproxies.com/proxycheck.phps
(09:22:20) dr ttol: use that proxychecker instead
(09:24:21) dr ttol: (modify that code to do what the old one was suppose to do)
(09:28:00) dr ttol: another issue: why does importer/facebook on status say
green?  i assume thats why you didnt get beeped
(09:28:10) dr ttol: (and CW and WW didn't see it)
(09:28:23) David Gucwa: that's a good question
(09:35:01) dr ttol: status?
(09:36:12) David Gucwa: comparing output of your checker to output of my checker
(09:36:40) dr ttol: ok, do we know if your facebook parser needs to be updated?
(09:36:46) dr ttol: or if this is solely a proxy issue
(09:37:08) David Gucwa: I don't know about the facebook format yet
(09:37:12) dr ttol: ok
(09:37:18) David Gucwa: I suspect that isn't the problem
(09:38:27) dr ttol: ok
(09:51:36) David Gucwa: hm
```