| | |
|---|---|
| e. robert (bob) wallach (SBN 29078)<br>Lawyer-Counselor<br>Law Offices of e. robert (bob) wallach, P.C.<br>P. O. Box 2670<br>San Francisco, CA 94126-2670<br>155 Jackson Street, No. 602<br>San Francisco, CA 94111<br>Telephone: (415) 989-6445<br>Facsimile: (415) 989-3802<br><br>Alan L. Barry<br>Noelle J. Quinn<br>Bell, Boyd & Lloyd LLC<br>Three First National Plaza<br>70 West Madison, Suite 3300<br>Chicago, IL 60610<br>(312) 372-1121<br>(*Pro hac vice*)<br><br>Gregory S. Cavallo (SBN 173270)<br>Shopoff & Cavallo LLP<br>353 Sacramento Street, Suite 1040<br>San Francisco, CA 94111<br>(415) 984-1975<br><br>*Attorneys for Plaintiffs Sharper Image*<br>*Corporation and Zenion Industries, Inc.* | E. Joseph Dean<br>Stoel Rives LLP<br>900 SW Fifth Avenue, Suite 2600<br>Portland, OR 97204<br>(*Pro hac vice*)<br><br>Marc T. Rasich (SBN 174683)<br>Stoel Rives LLP<br>201 S. Main Street, Suite 1100<br>Salt Lake City, UT 84111<br>Telephone: 801-328-3131<br>Facsimile: 801-578-6999<br><br>Christopher J. Carr (SBN 184076)<br>Stoel Rives LLP<br>111 Sutter Street, Suite 700<br>San Francisco, CA 94104<br>Telephone: 415-617-8925<br>Facsimile: 415-676-3000<br><br>*Attorneys for Defendant Indoor Purification*<br>*Systems, Inc.* |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation, and ZENION INDUSTRIES, INC., a California corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>NEOTEC, INC., a Nevada corporation, and INDOOR PURIFICATION SYSTEMS, INC., a Utah corporation,<br><br>      Defendants. | **Case No. 03-4426 CW**<br><br>**STIPULATED CASE MANAGEMENT ORDER** |

591792/D/1 4/15/2004 7:18 PM

Pursuant to the Court's Order dated April 1, 2004, Sharper Image Corporation and Zenion Industries, Inc. (collectively "Sharper Image") and Indoor Purification Systems, Inc. ("IPS") hereby submit the following Stipulated Case Management Order.

The parties are in agreement as to the following Patent Local Rules Deadlines:

**Patent Local Rules Deadlines:**

| | |
|---|---|
| Preliminary Infringement Contentions | April 16, 2004 |
| Preliminary Invalidity Contentions | June 1, 2004 |
| Exchange Proposed Disputed Claim Terms | June 15, 2004 |
| Exchange Proposed Claim Constructions | July 6, 2004 |
| Joint Claim Construction and Prehearing Statement | August 2, 2004 |
| Claim Construction Discovery Closes | September 1, 2004 |
| Sharper Image's Claim Construction Brief | September 16, 2004 |
| Defendants' Response Claim Construction Brief | September 30, 2004 |
| Sharper Image Reply Brief | October 7, 2004 |
| Claim Construction Hearing | October 22, 2004 |
| Final Infringement Contentions | 15 days post Claim Construction Ruling |
| Final Invalidity Contentions | 30 days post Claim Construction Ruling |

**Discovery Deadlines:**

Because they cannot agree as to appropriate discovery deadlines, Sharper Image and IPS are presenting separate proposals:

**Sharper Image's Proposal:**

In March 2004, the parties filed a Joint Case Management Statement with proposed discovery deadlines. Since that time, Sharper Image has filed a Motion for Leave to file an Amended Complaint. Sharper Image's proposed Amended Complaint includes one additional party and <u>three</u> additional patents (none of which were in suit at the time of the JCMS's filing). In addition, since that time, the Court has related this case to two other patent infringement lawsuits pending in this Court. In light of the foregoing, Sharper Image believes the proposed schedule previously presented in the parties Joint Case Management Statement ("JCMS") is impractical and

unmanageable. For example, Sharper Image cannot agree to a fact discovery deadline that coincides with either of the other related cases (wherein the fact discovery period is closing in January and February 2005). Further, the schedule presented in the previously submitted JCMS does not allow for enough time in between the dispositive motion deadline and the final pretrial conference.

Moreover, because of the highly seasonal nature of Sharper Image's business, it is extremely burdensome for Sharper Image to schedule a trial during the retail holiday shopping season (October through December).

Accordingly, Sharper Image propose the following amended schedule:

| | |
|---|---|
| Deadline for serving Rule 26(a) Disclosures | April 23, 2004 |
| Fact Discovery Closes | April 29, 2005 |
| Expert Witness Reports | May 20, 2005 |
| Rebuttal Expert Reports | June 17, 2005 |
| Completion of Expert Discovery | August 5, 2005 |
| Dispositive Motion Filing Deadline | September 23, 2005 |
| Final Pretrial Conference | February 17, 2006 |
| Trial Begins | February 27, 2006 |

**IPS's Proposal:**

Defendant Indoor Purification Systems believes that the dates the parties stipulated to just four weeks ago in the Joint Case Management Statement filed on March 19, 2004 should be used. Plaintiffs joined in that stipulation with full knowledge that they were going to seek to amend the complaint (plaintiffs so stated in the Joint Case Management Statement – *see* ¶ 8 on p. 4), so the amendment that the plaintiffs have recently sought leave to make does not constitute changed circumstances, does not relieve plaintiffs from the stipulation they made, and does not justify stretching this case out nine additional months. Further, two patents Sharper Image is "adding" were already being asserted in this very case against co-defendant Neotec, Inc., so those patents do not justify a 9-month extension of this case. Lastly, Sharper Image's desire to have its cases not come to trial "during the retail holiday season" does not justify moving the trial date it agreed to from May

2005 to February 2006. The dates Sharper Image stipulated to, which will lead to the much more prompt disposition of this case, were as follows:

| | |
|---|---|
| Deadline for serving Rule 26(a) Disclosures | April 23, 2004 |
| Fact Discovery Closes | 60 days after Claim Construction Order |
| Expert Witness Reports | 90 days after Claim Construction Order |
| Rebuttal Expert Reports | 120 days after Claim Construction Order |
| Completion of Expert Discovery | 150 days after Claim Construction Order |
| Dispositive Motion Filing Deadline | February 11, 2005 |
| Final Pretrial Conference | May 9, 2005 |
| Trial Begins | May 23, 2005 |

| | |
|---|---|
| Dated: April 15, 2004 | Dated: April 15, 2004 |
| SHARPER IMAGE CORPORATION and ZENION INDUSTRIES, INC. | INDOOR PURIFICATION SYSTEMS, INC. |

/s/ Noelle J. Quinn (electronically filed)*

/s/ _____

e. robert (bob) wallach (SBN 29078)
Lawyer-Counselor
Law Offices of e. robert (bob) wallach, P.C.

Alan L. Barry
Amy G. O'Toole
Noelle J. Quinn
Bell, Boyd & Lloyd LLC
(*pro hac vice*)

Jeffrey W. Shopoff (SBN 46278)
Gregory S. Cavallo (SBN 173270)
Shopoff & Cavallo LLP

*Attorneys for Plaintiff Sharper Image Corporation and Zenion Industries, Inc.*

E. Joseph Dean
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
(*Pro hac vice*)

Marc T. Rasich (SBN 174683)
Stoel Rives LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: 801-328-3131
Facsimile: 801-578-6999

Christopher J. Carr (SBN 184076)
Stoel Rives LLP
111 Sutter Street, Suite 700
San Francisco, CA 94104
Telephone: 415-617-8925
Facsimile: 415-676-3000

*Attorneys for Defendant Indoor Purification Systems, Inc.*

\*Pursuant to General Order No. 45, Section X, by signing above counsel for Plaintiff hereby attests it maintains a file copy of this stipulation bearing Defendant's counsel's signature.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation, and ZENION INDUSTRIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NEOTEC, INC., a Nevada corporation, and INDOOR PURIFICATION SYSTEMS, INC., a Utah corporation,<br><br>Defendants. | **Case No. 03-4426 CW**<br><br>**[PROPOSED] CASE MANAGEMENT ORDER** |

This matter came to be heard on the parties stipulated and separate proposed Case Management Orders. The Court has considered the parties' proposals, and **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the parties shall adhere to the following Patent Local Rules schedule:

| | |
|---|---|
| Preliminary Infringement Contentions | April 16, 2004 |
| Preliminary Invalidity Contentions | June 1, 2004 |
| Exchange Proposed Disputed Claim Terms | June 15, 2004 |
| Exchange Proposed Claim Constructions | July 6, 2004 |
| Joint Claim Construction and Prehearing Statement | August 2, 2004 |
| Claim Construction Discovery Closes | September 1, 2004 |
| Sharper Image's Claim Construction Brief | September 16, 2004 |
| Defendants' Response Claim Construction Brief | September 30, 2004 |
| Sharper Image Reply Brief | October 7, 2004 |
| Claim Construction Hearing | October 22, 2004 |
| Final Infringement Contentions | 15 days post Claim Construction Ruling |
| Final Invalidity Contentions | 30 days post Claim Construction Ruling |

| | |
|---|---|
| 1 | As to the parties' different proposals respecting discovery deadlines and an appropriate trial |
| 2 | date **IT IS HEREBY ORDERED THAT** the parties shall adhere to the following schedule: |

| | |
|---|---|
| Deadline for serving Rule 26(a) Disclosures | April 23, 2004 |
| Fact Discovery Closes | _____ |
| Expert Witness Reports | _____ |
| Rebuttal Expert Reports | _____ |
| Completion of Expert Discovery | _____ |
| Dispositive Motion Filing Deadline | _____ |
| Final Pretrial Conference | _____ |
| Trial Begins | _____ |

Dated:_____        _____
                                                                U.S. District Judge Claudia Wilken

591792/D/1 4/15/2004 7:18 PM