| | |
|---|---|
| 1 | GEORGE HAYS (State Bar No. 119904)<br>Attorney at Law |
| 2 | 236 West Portal Avenue, #110<br>San Francisco, CA 94127 |
| 3 | Tel: (415) 566-5414, Fax: (415) 731-1609 |
| 4 | CHRISTOPHER SPROUL (State Bar No. 126398)<br>DANIELLE FUGERE (State Bar No. 160873) |
| 5 | RACHEL E. SHAPIRO (State Bar No. 211398)<br>Environmental Advocates |
| 6 | 1004 O'Reilly Avenue<br>San Francisco, California 94129 |
| 7 | Tel: (415) 561-2222, Fax: (415) 561-2223 |
| 8 | LINDA KROP (State Bar No. 118773)<br>Environmental Defense Center |
| 9 | 906 Garden Street<br>Santa Barbara, CA 93101 |
| 10 | Tel: (805) 963-1622, Fax: (805) 962-3152 |
| 11 | Attorneys for Plaintiffs<br>OUR CHILDREN'S EARTH FOUNDATION, |
| 12 | SANTA BARBARA CHANNELKEEPER, and GET OIL OUT |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION, SANTA BARBARA CHANNELKEEPER, and GET OIL OUT,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL LEAVITT, as Administrator of the United States Environmental Protection Agency; and WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,<br><br>        Defendants. | Case No. C-04-0294 SI<br><br>NOTICE OF PLAINTIFFS' MOTION TO CHANGE TIME<br><br>ADMINISTRATIVE PROCEDURE ACT CASE |

1  Pursuant to Local Rule 6-3, OUR CHILDREN'S EARTH FOUNDATION, SANTA
2  BARBARA CHANNELKEEPER, and GET OIL OUT (collectively, "Plaintiffs") provide notice
3  Plaintiffs are moving this Court to grant a Motion To Change Time that would take Defendants'
4  Motion for Judgment on the Pleadings and Western States Petroleum Association's Motion to
5  Intervene off-calendar.

Respectfully submitted,

Dated:  April 15, 2004          /s/Christopher Sproul
                                Attorney for Plaintiffs
                                Our Children's Earth Foundation, Santa Barbara
                                Channelkeeper, and Get Oil Out

NOTICE OF PLAINTIFFS' MOTION TO CHANGE TIME