1  GEORGE HAYS (State Bar No. 119904)
   Attorney at Law
2  236 West Portal Avenue, #110
   San Francisco, CA 94127
3  Tel: (415) 566-5414, Fax: (415) 731-1609

4  CHRISTOPHER SPROUL (State Bar No. 126398)
   DANIELLE FUGERE (State Bar No. 160873)
5  RACHEL E. SHAPIRO (State Bar No. 211398)
   Environmental Advocates
6  1004 O'Reilly Avenue
   San Francisco, California 94129
7  Tel: (415) 561-2222, Fax: (415) 561-2223

8  LINDA KROP (State Bar No. 118773)
   Environmental Defense Center
9  906 Garden Street
   Santa Barbara, CA 93101
10 Tel: (805) 963-1622, Fax: (805) 962-3152

11 Attorneys for Plaintiffs
   OUR CHILDREN'S EARTH FOUNDATION,
12 SANTA BARBARA CHANNELKEEPER, and GET OIL OUT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION, SANTA BARBARA CHANNELKEEPER, and GET OIL OUT,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL LEAVITT, as Administrator of the United States Environmental Protection Agency; and WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,<br><br>　　　　Defendants. | Case No. C-04-0294 SI<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHANGE TIME<br><br>ADMINISTRATIVE PROCEDURE ACT CASE |

After considering the moving papers, supporting declarations, all pleadings and papers on file in this action, and for good cause appearing;

**IT IS HEREBY ORDERED:**

Defendants' and WSPA's Motions are taken off this Court's calendar until further notice.

**IT IS SO ORDERED.**

DATED: _____ 2004      _____
                                           Honorable Susan Illston
                                           United States District Judge

Respectfully submitted,

Dated: April 15, 2004           /s/Christopher Sproul
                                Attorney for Plaintiffs
                                Our Children's Earth Foundation, Santa Barbara
                                Channelkeeper, and Get Oil Out