| | |
|---|---|
| 1 | SEAN A. LINCOLN ((State Bar No. 136387)<br>   salincoln@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985)<br>   nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746)<br>   mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857)<br>   tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072)<br>   ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 7 | Menlo Park, CA  94025<br>Telephone:     650-614-7400 |
| 8 | Facsimile:     650-614-7401 |
| 9 | Attorneys for Plaintiffs<br>FACEBOOK, INC. and MARK ZUCKERBERG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>        Plaintiffs,<br><br>   v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>        Defendants. | Case No. 5:07-CV-01389-RS<br><br>**PROOF OF SERVICE** |

OHS West:260209230.2

DECLARATION OF SERVICE
CASE NO. 5:07-CV-01389-RS

| | | |
|---|---|---|
| 1 | | I am a resident of the State of California and over the age of eighteen years, and not a |
| 2 | | party to the within action. On January 23, 2008, I served the within document(s): |

1. [CONFIDENTIAL - FILED UNDER SEAL] PLAINTIFFS' MOTION TO COMPEL COMPLIANCE BY DEFENDANTS PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS WITH ORDER GRANTING MOTION TO COMPEL SUPPLEMENTAL INTERROGATORY RESPONSES

2. [CONFIDENTIAL - FILED UNDER SEAL] DECLARATION OF CHRIS SHIFLETT IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE BY DEFENDANTS PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS WITH ORDER GRANTING MOTION TO COMPEL SUPPLEMENTAL INTERROGATORY RESPONSES

3. [CONFIDENTIAL - FILED UNDER SEAL] EXHIBITS 3-6, 9 AND 11-13 TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE BY DEFENDANTS PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS WITH ORDER GRANTING MOTION TO COMPEL SUPPLEMENTAL INTERROGATORY RESPONSES

| | |
|---|---|
| ☐ | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on January 23, 2008. |
| ☐ | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on January 23, 2008. |
| ☐ | By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☒ | By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

| | |
|---|---|
| Scott Mosko, Esq.<br>Jason Webster, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>3300 Hillview Avenue<br>Palo Alto, California 94304-1203<br>Telephone: 650.849.6600<br>Facsimile: 650.849.6666<br><br>ATTORNEYS FOR DEFENDANTS CONNECTU, CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND WAYNE CHANG | Valerie M. Wagner<br>Dechert LLP<br>2440 W. El Camino Real<br>Suite 700<br>Mountain View, CA 94040-1499<br>Tel: 650.813.4800<br>Fax: 650.813.4848<br><br>ATTORNEYS FOR DEFENDANT DAVID GUCWA |

1         I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service this same day in the ordinary course of business.

        Executed on January 23, 2008, at Menlo Park, California. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Sivan Christ*