SEAN A. LINCOLN (State Bar No. 136387)
 salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
 nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
 mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
 tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
 ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiffs
FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,<br><br>Defendants. | Case No. 5:07-CV-01389-RS<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST FOR ORDER REQUIRING DEFENDANTS TO PROVIDE DATES FOR DEPOSITION** |

OHS West:260268292.1

[PROPOSED] ORDER
5:07-CV-01389-RS

| | |
|---|---|
| 1 | The Court, having considered Plaintiffs' Administrative Request Pursuant to Civil Local Rule 7-11 for Order Requiring Defendants to Provide Dates for Deposition, the supporting Declaration of Theresa Sutton, the papers filed in support of said motion and any papers filed in response by defendants, the record of this case, good cause appearing, hereby orders as follows: |

The Court, having considered Plaintiffs' Administrative Request Pursuant to Civil Local Rule 7-11 for Order Requiring Defendants to Provide Dates for Deposition, the supporting Declaration of Theresa Sutton, the papers filed in support of said motion and any papers filed in response by defendants, the record of this case, good cause appearing, hereby orders as follows:

IT IS HEREBY ORDERED that Defendants must immediately provide dates for depositions of Wayne Chang, Winston Williams, Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, ConnectU, and Pacific Northwest Software to occur within 45 days of this order.

IT IS FURTHER ORDERED that Defendants shall respond within a reasonable amount of time to future requests for deposition dates.

Dated: _____

                                                          The Honorable Richard Seeborg
United States Magistrate Judge
Northern District of California

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 30, 2008.

Dated: January 30, 2008    Respectfully submitted,

                                   /s/ Theresa A. Sutton /s/
                                   Theresa A. Sutton