SEAN A. LINCOLN (State Bar No. 136387)
  salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
  mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
  tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
  ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,<br><br>    Defendants. | Case No. 5:07-CV-01389-RS<br><br>**DECLARATION OF THERESA A. SUTTON IN SUPPORT OF ADMINISTRATIVE REQUEST FOR ORDER REQUIRING DEFENDANTS TO PROVIDE DATES FOR DEPOSITION** |

OHS West:260376967.1

ADMIN REQUEST FOR DEPOSITION DATES
5:07-CV-01389-RS

I, Theresa A. Sutton, declare as follows:

1. I am an associate at the law firm of Orrick, Herrington & Sutcliffe, counsel for Plaintiffs Facebook, Inc. and Mark Zuckerberg in this action, and a member of the Bar of the state of California. I make this declaration in support of Plaintiffs' Administrative Request for Order Requiring Defendants to Provide Dates for Deposition. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. On January 8, 2008, Plaintiffs Facebook, Inc. and Mark Zuckerberg served five notices of deposition. The proposed depositions were to occur during the month of February, and included defendants Williams and Chang, as well as ConnectU's principals Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra.

3. On January 13, 2008, counsel for Defendants, Scott Mosko, indicated that the chosen dates are inconvenient to the witnesses and requested that the parties meet and confer to schedule dates.

4. Since January 13, 2008, Plaintiffs have made no fewer than five requests for dates pursuant to Local Civil Rule 30-1, including raising the issue at the January 16, 2008 Case Management Conference. Specifically, we asked Mr. Mosko for dates as follows:

- On January 8, 2008, Plaintiffs served a deposition notice for each of Wayne Chang, Winston Williams, Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra;
- On January 14, 2008, Facebook sent an email to Defendants asking for dates for these witnesses, plus ConnectU and PNS 30(b)(6) witnesses;
- On January 17, 2008, Facebook sent an email to Defendants asking for dates for these depositions;
- On January 23, 2008, Facebook spoke by phone to Defendants' counsel and asked for dates for these depositions;
- On January 25, 2008, Facebook sent an email to Defendants asking to meet and confer regarding scheduling the depositions; and
- On January 30, 2008, Facebook sent a letter reiterating the concerns it identified on January 25, 2008.

A true and correct copy of these communications (with the exception of the phone call) are

OHS West:260376967.1

ADMIN REQUEST FOR DEPOSITION DATES
5:07-CV-01389-RS

1 attached hereto as **Exhibits A** (deposition notices)**, B** (January 14, 23, and 25 email), and **C** (January 30 letter).

5. With the exception of a non-responsive answer during the live telephone conference on January 23, 2008, the only response Plaintiffs have received from Defendants was an email in response to Plaintiffs' January 30 letter in which Mr. Mosko suggested it would take him at least another week to provide dates. A true and correct copy of this email is attached hereto as **Exhibit D**.

6. On January 17, 2008, Mr. Mosko sent me an email asking for availability of a Facebook 30(b)(6) witness. Today I sent Mr. Mosko three dates on which the deposition can occur. Since Mr. Mosko's request, I asked him to provide more specificity regarding the proposed topics, as he did not serve a Notice of Deposition but instead wrote in his email that the "general topics of inquiry will be the operation of Facebook's servers and internet connections from the time its website launched to the present." Mr. Mosko has refused to provide the notice or more specificity, contending instead that he "cannot be any more specific at this time." A true and correct copy of these communications is attached hereto as **Exhibit E**.

I declare the foregoing is true and correct to the best of my knowledge. Executed this 30th day of January 2008, at Menlo Park, California.

/s/ Theresa A. Sutton /s/
Theresa A. Sutton
Attorneys for Plaintiffs

OHS West:260376967.1     - 2 -     ADMIN REQUEST FOR DEPOSITION DATES
5:07-CV-01389-RS

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |
| 3 | I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 30, 2008. |
| 4 | |

Dated: January 30, 2008                    Respectfully submitted,

                                                   /s/ Theresa A. Sutton /s/
                                                       Theresa A. Sutton