# Exhibit A

OHS West:260138169.1

Dockets.Justia.com

G. HOPKINS GUY, III (State Bar No. 124811)
  hopguy@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
  mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
  tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
  ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiffs
FACEBOOK, INC. and MARK ZUCKERBERG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>             Plaintiffs,<br><br>    v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,<br><br>             Defendants. | Case No. 5:07-CV-01389-RS<br><br>**NOTICE OF DEPOSITION OF WINSTON WILLIAMS** |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 30, Plaintiffs Facebook, Inc. and Mark Zuckerberg, will take, by oral examination, the deposition of Winston Williams, which will commence on February 26, 2008, at 9:00 A.M., at the law offices of Orrick, Herrington & Sutcliffe LLP, 719 Second Avenue, Suite 900, Seattle, Washington 98104-7097.

The testimony of Mr. Williams will be recorded by video, as well as stenographic means including the instant visual display of testimony. The deposition will be taken before an officer authorized by law to administer oaths.

Dated: January 9, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Theresa A. Sutton
Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK
ZUCKERBERG

1   G. HOPKINS GUY, III (State Bar No. 124811)
        hopguy@orrick.com
2   I. NEEL CHATTERJEE (State Bar No. 173985)
        nchatterjee@orrick.com
3   MONTE COOPER (State Bar No. 196746)
        mcooper@orrick.com
4   THERESA A. SUTTON (State Bar No. 211857)
        tsutton@orrick.com
5   YVONNE P. GREER (State Bar No. 214072)
        ygreer@orrick.com
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
7   Menlo Park, CA  94025
    Telephone:    650-614-7400
8   Facsimile:    650-614-7401

9   Attorneys for Plaintiffs
    FACEBOOK, INC. and MARK ZUCKERBERG
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14

| 15  FACEBOOK, INC. and MARK ZUCKERBERG, | Case No.  5:07-CV-01389-RS |
|---|---|
| 16              Plaintiffs, | **NOTICE OF DEPOSITION OF TYLER WINKLEVOSS** |
| 17        v. | |
| 18  CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA, | |
| 21              Defendants. | |

1    TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 30,

3    Plaintiffs Facebook, Inc. and Mark Zuckerberg, will take, by oral examination, the deposition of

4    Tyler Winklevoss, which will commence on February 19, 2008, at 9:00 A.M., at the law offices of

5    Proskauer Rose, One International Plaza 14th floor, Boston, Massachusetts, 617.526.9600.

6        The testimony of Mr. Winklevoss will be recorded by video, as well as stenographic

7    means including the instant visual display of testimony.  The deposition will be taken before an

8    officer authorized by law to administer oaths.

9
     Dated: January 9, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP
10

11

12                                                 Theresa A. Sutton
                                                  Attorneys for Plaintiffs
13                                         THE FACEBOOK, INC. and MARK
                                                     ZUCKERBERG
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   G. HOPKINS GUY, III (State Bar No. 124811)
        hopguy@orrick.com
2   I. NEEL CHATTERJEE (State Bar No. 173985)
        nchatterjee@orrick.com
3   MONTE COOPER (State Bar No. 196746)
        mcooper@orrick.com
4   THERESA A. SUTTON (State Bar No. 211857)
        tsutton@orrick.com
5   YVONNE P. GREER (State Bar No. 214072)
        ygreer@orrick.com
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
7   Menlo Park, CA 94025
    Telephone:    650-614-7400
8   Facsimile:    650-614-7401

9   Attorneys for Plaintiffs
    FACEBOOK, INC. and MARK ZUCKERBERG

10

11                      UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14

15  FACEBOOK, INC. and MARK                 Case No. 5:07-CV-01389-RS
    ZUCKERBERG,
16                                          **NOTICE OF DEPOSITION OF
                    Plaintiffs,             DIVYA NARENDRA**
17
         v.
18
    CONNECTU, INC. (formerly known as
19  CONNECTU, LLC), PACIFIC
    NORTHWEST SOFTWARE, INC.,
20  WINSTON WILLIAMS, WAYNE CHANG,
    and DAVID GUCWA,
21
                    Defendants.
22

23

24

25

26

27

28

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 30, Plaintiffs Facebook, Inc. and Mark Zuckerberg, will take, by oral examination, the deposition of Divya Narendra, which will commence on February 7, 2008, at 9:00 A.M., at the law offices of Proskauer Rose, One International Plaza 14th floor, Boston, Massachusetts, 617.526.9600.

The testimony of Mr. Narendra will be recorded by video, as well as stenographic means including the instant visual display of testimony. The deposition will be taken before an officer authorized by law to administer oaths.

Dated: January 9, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

Theresa A. Sutton
Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK
ZUCKERBERG

1  G. HOPKINS GUY, III (State Bar No. 124811)
       hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
       nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
       mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
       tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
       ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA  94025
   Telephone:    650-614-7400
8  Facsimile:    650-614-7401

9  Attorneys for Plaintiffs
   FACEBOOK, INC. and MARK ZUCKERBERG

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14

15  FACEBOOK, INC. and MARK              Case No.  5:07-CV-01389-RS
    ZUCKERBERG,
16                                       **NOTICE OF DEPOSITION OF**
                    Plaintiffs,          **WAYNE CHANG**
17
             v.
18
    CONNECTU, INC. (formerly known as
19  CONNECTU, LLC), PACIFIC
    NORTHWEST SOFTWARE, INC.,
20  WINSTON WILLIAMS, WAYNE CHANG,
    and DAVID GUCWA,
21
                    Defendants.
22

23

24

25

26

27

28

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 30, Plaintiffs Facebook, Inc. and Mark Zuckerberg, will take, by oral examination, the deposition of Wayne Chang, which will commence on February 6, 2008, at 9:00 A.M., at the law offices of Proskauer Rose, One International Plaza 14th floor, Boston, Massachusetts, 617.526.9600.

The testimony of Mr. Chang will be recorded by video, as well as stenographic means including the instant visual display of testimony. The deposition will be taken before an officer authorized by law to administer oaths.

Dated: January 9, 2008   ORRICK, HERRINGTON & SUTCLIFFE LLP

Theresa A. Sutton
Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK
ZUCKERBERG

1  G. HOPKINS GUY, III (State Bar No. 124811)
       hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
       nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
       mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
       tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
       ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA 94025
   Telephone:    650-614-7400
8  Facsimile:    650-614-7401

9  Attorneys for Plaintiffs
   FACEBOOK, INC. and MARK ZUCKERBERG
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                   SAN JOSE DIVISION

14

15  FACEBOOK, INC. and MARK            Case No.  5:07-CV-01389-RS
    ZUCKERBERG,
16                                     **NOTICE OF DEPOSITION OF**
                   Plaintiffs,         **CAMERON WINKLEVOSS**
17
         v.
18
    CONNECTU, INC. (formerly known as
19  CONNECTU, LLC), PACIFIC
    NORTHWEST SOFTWARE, INC.,
20  WINSTON WILLIAMS, WAYNE CHANG,
    and DAVID GUCWA,
21
                   Defendants.
22

23

24

25

26

27

28

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 30, Plaintiffs Facebook, Inc. and Mark Zuckerberg, will take, by oral examination, the deposition of Cameron Winklevoss, which will commence on February 18, 2008, at 9:00 A.M., at the law offices of Proskauer Rose, One International Plaza 14th floor, Boston, Massachusetts, 617.526.9600.

The testimony of Mr. Winklevoss will be recorded by video, as well as stenographic means including the instant visual display of testimony. The deposition will be taken before an officer authorized by law to administer oaths.

Dated: January 9, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

Theresa A. Sutton
Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK
ZUCKERBERG

1   G. HOPKINS GUY, III (State Bar No. 124811)
        hopguy@orrick.com
2   I. NEEL CHATTERJEE (State Bar No. 173985)
        nchatterjee@orrick.com
3   MONTE COOPER (State Bar No. 196746)
        mcooper@orrick.com
4   THERESA A. SUTTON (State Bar No. 211857)
        tsutton@orrick.com
5   YVONNE P. GREER (State Bar No. 214072)
        ygreer@orrick.com
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
7   Menlo Park, CA  94025
    Telephone:     650-614-7400
8   Facsimile:     650-614-7401

9   Attorneys for Plaintiffs
    FACEBOOK, INC. and MARK ZUCKERBERG

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14

15  FACEBOOK, INC. and MARK              Case No.  5:07-CV-01389-RS
    ZUCKERBERG,
16
                 Plaintiffs,
17                                        **DECLARATION OF SERVICE**
            v.
18
    CONNECTU, INC. (formerly known as
19  CONNECTU, LLC), CAMERON
    WINKLEVOSS, TYLER WINKLEVOSS,
20  DIVYA NARENDRA, PACIFIC
    NORTHWEST SOFTWARE, INC.,
21  WINSTON WILLIAMS, WAYNE CHANG,
    and DAVID GUCWA AND DOES 1-25,
22
                 Defendants.
23

24

25

26

27

28

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On January 9, 2008, I served the within document(s):

**1. NOTICE OF DEPOSITION OF DAVID GUCWA**

**2. NOTICE OF DEPOSITION OF WAYNE CHANG**

**3. NOTICE OF DEPOSITION OF DIVYA NARENDRA**

**4. NOTICE OF DEPOSITION OF TYLER WINKLEVOSS**

**5. NOTICE OF DEPOSITION OF CAMERON WINKLEVOSS**

**6. NOTICE OF DEPOSITION OF WINSTON WILLIAMS**

| | |
|---|---|
| ☒ | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on January 9, 2008. |
| ☒ | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on January 9, 2008. |
| ☐ | By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

| | |
|---|---|
| Scott Mosko, Esq.<br>Jason Webster, Esq.<br>Finnegan, Henderson, Farabow, Garrett &<br>Dunner, LLP<br>3300 Hillview Avenue<br>Palo Alto, California 94304-1203<br>Telephone: 650.849.6600<br>Facsimile: 650.849.6666 | Valerie M. Wagner<br>Dechert LLP<br>2440 W. El Camino Real<br>Suite 700<br>Mountain View, CA 94040-1499<br>Tel: 650.813.4800<br>Fax: 650.813.4848 |

**ATTORNEYS FOR DEFENDANT DAVID GUCWA**

**ATTORNEYS FOR DEFENDANTS CONNECTU, CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND WAYNE CHANG**

I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service this same day in the ordinary course of business.

1   Executed on January 9, 2008, at Menlo Park, California.  I declare under penalty of

2   perjury that the foregoing is true and correct.

3

4                                                                    Abby Ako Nai

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28