# Exhibit E

OHS West:260138169.1

## Sutton, Theresa A.

| | |
|---|---|
| **From:** | Mosko, Scott [scott.mosko@finnegan.com] |
| **Sent:** | Wednesday, January 23, 2008 11:50 AM |
| **To:** | Sutton, Theresa A. |
| **Subject:** | RE: Request for deposition dates and times |

Theresa,

We disagree that you cannot identify the appropriate witnesses based on the topics I have provided below. It appears you are refusing to make your witnesses available, and we will advise the Court accordingly.

Scott R. Mosko
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
PH: 650-849-6672
FAX: 650-849-6666
EMAIL: scott.mosko@finnegan.com

---

**From:** Sutton, Theresa A. [mailto:tsutton@orrick.com]
**Sent:** Wednesday, January 23, 2008 11:43 AM
**To:** Mosko, Scott
**Cc:** Cooper, Monte; Dalton, Amy
**Subject:** RE: Request for deposition dates and times

Scott-

I can't give you dates without first being able to identify the specific topics. Facebook has a number of employees and, depending on the topics, one person may be more appropriate than another. You'll need to serve a notice with topics, so if you can just provide those to me, I can get you dates.

Theresa

_____



**O R R I C K**

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*

**From:** Mosko, Scott [mailto:scott.mosko@finnegan.com]
**Sent:** Wednesday, January 23, 2008 11:24 AM
**To:** Sutton, Theresa A.
**Subject:** RE: Request for deposition dates and times

Theresa,

I cannot be any more specific at this time, other than what I have indicated.  When are your witnesses available?

Scott R. Mosko
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California  94304-1203
PH: 650-849-6672
FAX: 650-849-6666
EMAIL: scott.mosko@finnegan.com

**From:** Sutton, Theresa A. [mailto:tsutton@orrick.com]
**Sent:** Wednesday, January 23, 2008 11:17 AM
**To:** Mosko, Scott
**Cc:** Cooper, Monte; Dalton, Amy
**Subject:** RE: Request for deposition dates and times

Scott-

Please provide me more specific information regarding the 30(b)(6) topics so that Facebook can determine the most approrpriate witness(es).

Theresa

_____



**O R R I C K**

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*

**From:** Mosko, Scott [mailto:scott.mosko@finnegan.com]
**Sent:** Thursday, January 17, 2008 5:12 PM
**To:** Sutton, Theresa A.
**Cc:** Wagner, Valerie
**Subject:** Request for deposition dates and times

Theresa,

Defendant ConnectU seeks to notice a Rule 30(b)(6) deposition of Facebook. Please provide us with dates and times you and Facebook are available. The general topics of inquiry will be the operation of Facebook's servers, and its internet connections from the time its website launched to the present. Please get back to me at your earliest opportunity.

Thank you


Scott R. Mosko
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
PH: 650-849-6672
FAX: 650-849-6666
EMAIL: scott.mosko@finnegan.com

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.


==============================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

==============================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.