# EXHIBIT A

<a>
</a>
<a>
</a>

# Holderfield, Randal

**From:** Mosko, Scott
**Sent:** Wednesday, January 30, 2008 3:09 PM
**To:** 'Sutton, Theresa A.'
**Subject:** RE: Letter re Open Issues

Theresa,

Sending a letter at 3:00 and demanding a response in 2 hours is unreasonable. There is no reason that the five topics mentioned in your letter cannot be addressed after Wednesday, when Defendants' two oppositions will be filed. Further discovery responses and deposition dates are in the works. We talked about those further responses on the day of the CMC. We will serve a notice of deposition shortly, and we will provide you with dates for your requested depositions as soon as we have them finalized.

Scott R. Mosko
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
PH: 650-849-6672
FAX: 650-849-6666
EMAIL: scott.mosko@finnegan.com

---

**From:** Sutton, Theresa A. [mailto:tsutton@orrick.com]
**Sent:** Wednesday, January 30, 2008 3:01 PM
**To:** Mosko, Scott; Webster, Jason
**Cc:** Cooper, Monte; Dalton, Amy; Tsutsui, Hiroko
**Subject:** Letter re Open Issues

Scott and Jason-

Please see the attached letter.

Theresa

---



**ORRICK**

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*

================================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

================================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com