Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Defendants
Pacific Northwest Software, Inc, and
Winston Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU LLC, (now known as CONNECTU, INC.), ET AL.,<br><br>Defendants. | CASE NO. C 07-01389 RS<br><br>**DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO COMPEL COMPLIANCE BY DEFENDANTS PACIFIC NORTHWEST SOFTWARE, INC. AND WINSTON WILLIAMS WITH ORDER GRANTING MOTION TO COMPEL SUPPLEMENTAL INTERROGATORY RESPONSES**<br><br>Date: February 27, 2008<br>Time: 9:30 a.m.<br>Courtroom: 4<br>Judge: Honorable Richard Seeborg |

1       I, Scott R. Mosko declare,

2       1.    I am an attorney duly licensed to practice law in the state of California and before the Northern District of California. I am a member of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys of record for Defendants ConnectU, Winston Williams and Pacific Northwest Software, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. Attached as Exhibit A is a true and correct copy of this Court's order dated December 12, 2007.

3. Attached as Exhibit B is a true and correct copy of Defendant Pacific Northwest Software, Inc.'s Declaration served on January 2, 2008.

4. Attached as Exhibit C is a true and correct copy of Defendant Winston Williams' Declaration served on January 2, 2008.

5. Attached as Exhibit D is a true and correct copy of excerpts from the June 19, 2007 Deposition of Winston Williams.

6. Attached as Exhibit E is a true and correct copy of Defendant Winston Williams' Declaration filed on November 7, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on the 6th day of February 2008, in Palo Alto, California.

                                                /s/
                                          Scott R. Mosko