# EXHIBIT B

Dockets.Justia.com

| | |
|---|---|
| 1 | Scott R. Mosko (State Bar No. 106070) |
| | scott.mosko@finnegan.com |
| 2 | FINNEGAN, HENDERSON, FARABOW, |
| | GARRETT & DUNNER, L.L.P. |
| 3 | Stanford Research Park |
| | 3300 Hillview Avenue |
| 4 | Palo Alto, California 94304 |
| | Telephone: (650) 849-6600 |
| 5 | Facsimile: (650) 849-6666 |
| 6 | Attorneys for Defendant |
| | Pacific Northwest Software, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG, | CASE NO. C 07-01389 RS |
| Plaintiffs, | **DECLARATION OF JOHN TAVES ON BEHALF OF PACIFIC NORTHWEST SOFTWARE, INC. IN RESPONSE TO COURT ORDER DATED DECEMBER 12, 2007** |
| v. | |
| CONNECTU LLC, (now known as CONNECTU INC.) ET AL., | |
| Defendants. | |

1    I, JOHN TAVES, declare

2    1.    I am the President of Pacific Northwest Software, Inc. ("PNS"). I have a bachelor of science degree in electrical engineering.

2.    The computer records currently in PNS's possession do not contain information that will allow me, on behalf of PNS to further respond to Interrogatory Nos. 3 and 4.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the 21st day of December 2007 at Seattle, Washington.

*/s/ John Taves*
John Taves