# EXHIBIT C

Dockets.Justia.com

1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California 94304
   Telephone:    (650) 849-6600
5  Facsimile:    (650) 849-6666

6  Attorneys for Defendant
   Winston Williams

7

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12  FACEBOOK, INC. and MARK          CASE NO.  C 07-01389 RS
    ZUCKERBERG,
13                                   DECLARATION OF WINSTON
                  Plaintiffs,        WILLIAMS IN RESPONSE TO
14                                   COURT ORDER DATED DECEMBER
           v.                        12, 2007
15
    CONNECTU LLC, (now known as CONNECTU
16  INC.) ET AL.,
                  Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

Doc. No.

1    I, WINSTON WILLIAMS, declare

2    1.    I have been informed that the Court has issued an Order requiring me to provide

3    further responses in Interrogatory Nos. 3 and 4.  As I stated in my prior declaration, prior to the

4    issuance of this recent Court Order, I had reviewed documents and files for the purposes of

5    responding to these interrogatories.  I have been informed that Plaintiffs identified additional

6    documents, files, IP addresses and websites which they believe suggest that this new evidence will

7    enable me to provide further answers to these interrogatories.  My recent review includes both the

8    new evidence that Plaintiffs have cited in support of their motion to compel, other files and

9    documents available from Pacific Northwest Software, Inc.("PNS"), and documents provided by

10   David Gucwa.  In the following paragraphs of this declaration I will explain the efforts I undertook

11   to comply with this Court's recent order.

12   2.    I have reviewed all of the URL's and IP addresses referenced in the briefs filed in

13   support of Plaintiff's Motion to Compel.

14   3.    I have reviewed the URL's http//:dp.pickatime.com:900/svn/Connect,

15   db.pickatime.com, http://dg.cu.pnwsoft.com/import,

16   http://db.pickatime.com:900/svn/Connect/connect, hop.pickatime.com, web.connectu.com,

17   http://dev.connectu/importer, http://cupnwsoft.com/importer, unix15.dmbhosting.com,

18   www.i2hub/dgucwa/face, www.connectu.com/importer.

19   4.    I have reviewed the IP addresses 216.127.32.54:900, 216.127.32.54, 216.127.32.54,

20   216.127.32.228, 216.127.32.228, 192.168.0.135, 207.114.225.164, 66.96.217.229, 67.131.250.102,

21   67.18.33.226, 69.56.226.102.

22   5.    I am informed that in response to a subpoena, PNS produced documents related to its

23   work for ConnectU, LLC.  I have reviewed many of these documents, including correspondence that

24   included me.

25   6.    I am also informed that David Gucwa produced documents in responses to a

26   subpoena issued by Plaintiffs.  I have reviewed many of these documents, including correspondence

27

28

1  that involved me. None of these documents would enable me to supplement my responses to
2  Interrogatory Nos. 3 & 4.

3       7.    I have a working knowledge of the contents of the PNS servers that were utilized
4  during the course of the activities PNS was retained to provide for ConnectU. I was primarily
5  responsible for the work PNS performed for ConnectU. I understand that I have been allowed to
6  access to the PNS servers, and any other data currently available at PNS for the purposes of
7  responding to Interrogatory Nos. 3 & 4. I don not believe such access would allow me to further
8  respond to these interrogatories.

9       8.    I am confident that I have reviewed all available information that exists that would
10  provide me or anyone else with the ability to further respond to Interrogatory Nos. 3 & 4.

11       9.    None of the documents, files, IP addresses, URLs described above, or other
12  information about which I am aware will permit me to provide further responses to Interrogatory
13  Nos. 3 or 4. The documents cited by Plaintiffs only suggest that certain IP addresses or URLs were
14  used in the course of the ConnectU activities. Despite the contents of these documents, I cannot say
15  under oath that the information found in these documents provides me with the ability to further
16  respond to these interrogatories. In my initial responses to these interrogatories, I was able to
17  identify the few IP addresses that I knew were used to download data from www.thefacebook.com.
18  Weblogs for example would confirm which sources were used in connection with the ConnectU
19  activities, including email communications. Weblog activity however was not maintained on the
20  servers.

21       I declare under penalty of perjury under the laws of the United States that the foregoing is
22  true and correct and that this declaration was executed on the 2nd day of January 2008 at Ft. Myers,
23  Florida.

24
25                                  Winston Williams
26
27