# EXHIBIT D

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FACEBOOK, INC., and MARK
ZUCKERBERG,

    Plaintiff,

vs.

CONNECTU, INC., (formerly known
as CONNECTU, LLC), CAMERON
WINKLEVOSS, TYLER WINKLEVOSS,
DIVYA NARENDRA, PACIFIC NORTHWEST
SOFTWARE, INC., WINSTON WILLIAMS,
WAYNE CHANG, and DAVID GUCWA
and DOES 1-25,

    Defendants.
                              /

Case No.
5:07-CV-01389-RS

---oOo---

\*\*\*\*\* HIGHLY CONFIDENTIAL \*\*\*\*\*

VIDEOTAPED DEPOSITION OF WINSTON WILLIAMS

Tuesday, June 19, 2007

---oOo---

SHEILA CHASE & ASSOCIATES
REPORTING FOR:
LiveNote World Service
221 Main Street, Suite 1250
San Francisco, California 94105
Phone: (415) 321-2300
Fax: (415) 321-2301

Reported by:
RACHEL FERRIER, CSR
CSR No. 6948

1   Q   All right. Those are the only three IP
2   addresses you have ever accessed thefacebook.com
3   Website from?
4   A   No.
5   Q   All right. What other IP addresses have
6   you accessed it from?
7   A   Various. Many, many IP addresses that I
8   don't have any log or recollection of.
9   Q   Okay. And were any of those addresses
10  addresses associated with friends' computers?
11  A   Probably.
12  Q   All right. Would that be Joel Voss?
13  A   I believe I have access to the site using
14  his machine, yes.
15  Q   All right. Any other friends you can think
16  of that you used?
17  A   My brother.
18  Q   Okay. And that's Colin Williams?
19  A   Yes.
20  Q   And does he reside in Washington now?
21  A   Yes.
22  Q   All right. Anybody else?
23  A   I can't recall.
24  Q   All right. Did you ever use any computer
25  that was provided to you by Cameron Winklevoss to