# EXHIBIT E

Dockets.Justia.com

1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:   (650) 849-6600
5  Facsimile:   (650) 849-6666

6  Attorneys for Defendant
   Winston Williams

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 FACEBOOK, INC. and MARK          CASE NO.  C 07-01389 RS
   ZUCKERBERG,
13
              Plaintiffs,           **DECLARATION OF WINSTON**
14                                  **WILLIAMS**
              v.
15
   CONNECTU LLC, (now known as CONNECTU
16 INC.) CAMERON WINKLEVOSS, TYLER
   WINKLEVOSS, DIVYA NARENDRA,
17 PACIFIC NORTHWEST SOFTWARE, INC.,
   WINSTON WILLIAMS, WAYNE CHANG, and
18 DAVID GUCWA,

19            Defendants.

20

21

22

23

24

25

26

27

28

Doc. No. 472938

1     I, WINSTON WILLIAMS, declare as follows:

2     1.    I am a resident and citizen of the state of Washington;

3     2.    My domicile is Seattle, Washington;

4     3.    I am informed and believe that John Taves, principal at Pacific Northwest Software,

5 Inc. ("PNS") forwarded to counsel certain files found on the following servers: 207.244.158.164,

6 207.244.158.165 and 207.244.158.34.

7     4.    Recently, I participated in an analysis of several of these files identified above, to

8 determine whether the information in these files could be used in responding to Interrogatory Nos. 3

9 or 4, which I previously answered.

10     5.    I have reviewed my responses to Interrogatory Nos. 3 and 4. The files referred to in

11 Paragraph 3 of this declaration are not helpful in responding to these interrogatories.

12     6.    I am not aware of any other information created at PNS or otherwise, that would

13 provide further information than what was provided in my responses to Interrogatory Nos. 3 or 4.

14     I declare under penalty of perjury under the laws of the United States of America that the

15 foregoing is true and correct. This declaration is executed on the 7th day of November 2007.

16

17                   Winston Williams

18

19

20

21

22

23

24

25

26

27

28

Doc. No. 472938

1

DECLARATION OF WINSTON WILLIAMS
CASE NO. C 07-01389 RS