Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Attorneys for Defendants
ConnectU LLC, Pacific Northwest
Software, Inc., Winston Williams and
Wayne Chang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FACEBOOK, INC., and MARK ZUCKERBERG, | CASE NO. C 07-01389 RS |
|---|---|
| Plaintiffs, | **DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND WAYNE CHANG'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| CONNECTU LLC, (now known as CONNECTU, INC.), ET AL., | |
| Defendants. | |

Doc. No.

DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR
PARTIAL SUMMARY JUDGMENT
Case No. 07 CV 01389 (RS)

# DECLARATION OF SCOTT R. MOSKO

I, Scott R. Mosko declare,

1. I am an attorney duly licensed to practice law in the state of California and before the Northern District of California. I am a member of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys of record for Defendants ConnectU, Winston Williams and Pacific Northwest Software, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. Attached as Exhibit A is a true and correct copy of excerpts of the transcript of the deposition of Plaintiff Mark Zuckerberg taken on April 25, 2006 in the Santa Clara County Superior Court action, Case No. 15-CV-047381.

3. Attached as Exhibit B is a true and correct copy of e-mail correspondence from January, 2008 regarding Plaintiffs' 56(f) motion between counsel for Plaintiffs, Theresa Sutton, and counsel for Defendants, Scott R. Mosko.

4. Attached as Exhibit C is a true and correct copy of excerpts of the transcript of the deposition of Cameron Winklevoss taken on January 16, 2006 in the Santa Clara County Superior Court action, Case No. 15-CV-047381.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on the 6th day of February 2008, in Palo Alto, California.

_____/s/_____
Scott R. Mosko

Doc. No. 478719

1

DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 07 CV 01389 (RS))