# EXHIBIT A



**EXHIBIT A**

**G. HUNTER JONES**

Office: (301) 765-9506
Cell: (240) 355-5060

## Consulting Background

Price Waterhouse, LLP: 27 years in the firm's information technology consulting practice, 18 years as a partner of the firm. My last assignment was partner in charge of technology consulting for the Law Firm Services Group. Prior to that, for six years, I was a partner in the Office of Government services, serving as technical lead consultant on numerous Federal, State, and foreign projects.

The last eighteen years have been spent entirely in working with law firms, providing litigation consulting and systems development work for law office automation. The great majority of this work has been for law firms in the U.S. top 100. Litigation-related activities have included analysis of the products and services of contractors in project-failure disputes, examination of software for resolution of infringement claims, and analysis of technical compliance questions. Other cases have required large-volume data analysis for information-intensive commercial litigation, and the development of databases to support tracking, review, and production of documents during discovery. Discovery-related work has included both assistance in preparing for production and analysis of materials received from opposing parties. Systems consulting has generally included applications design and development, network planning and implementation, and the effective delivery of technology support to the practicing attorneys to support the objectives of the practice.

Forensic consulting experience includes the preparation of reports and expert testimony in matters regarding systems design and acquisition, computer-related contract disputes, computer forensics, and computer systems management. In some cases, I managed or executed a process to collect data produced by the parties into multi-user databases to provide for searching, summarizing, and analyzing data as needed. This was especially valuable in two cases where litigants had produced (as 'business records') data in proprietary formats from their operational systems. Such data was crucial to counsel's pursuit of the case, but it was essentially useless until it was reorganized by the processes I developed. Computer forensics involves the examination of computers or disk drives for evidence of actions taken, messages sent or received, and document files that may be present.

More broadly, my systems development and consulting experience includes a wide variety of corporate, professional and governmental clients on engagements involving analysis and development of automated systems strategies, requirements definition, design and implementation of automated systems, as well as review and improvement of technology programs. I have also frequently consulted with clients in the negotiation of contracts with systems suppliers.

Although not currently holding an active security clearance, I have previously held Top Secret and beyond clearances through my work with the Army Strategy & Analysis Group, the Army Security Agency, and the Central Intelligence Agency.

## Current Practice

Independent consultant: Continuing my systems development and advisory services for law firms, I am currently active in litigation consulting, legal systems integration and implementation, forensic examinations, and custom software development. Most software work is currently in Perl, Visual Basic, and SQL Server 2000, with extensive experience also in C and $C^{++}$.

## Education

B.S. in Industrial Management from MIT.

## Certification

Certified in Computer Forensics (EnCase Certified Examiner)

## Professional and Business Experience

Consulting assignments in recent years have most frequently been in the following areas (with representative engagements described):

**Expert Testimony and Litigation Consulting** – In a 2003-2004 case, Jeff Parmet and I provided technical assistance to counsel in an 8-figure lawsuit arising from a client-consultant dispute. Issues included percentage of completion, soundness of consultant's work, client's proper execution of their responsibilities, quality of the business model and systems designs delivered, and distribution of responsibility between design consultants and software development company. Because client and consultant people worked together on various teams, there were some questions as to who had authored or revised certain documents and when, and we provided forensic examination assistance, which turned up important evidence as to the origins of certain key decisions. During discovery, we conducted searches of electronic evidence produced, and assisted in interpretation. We prepared interrogation guides for deposition of opposing parties and their experts, and assistance in interpretation of deposition testimony. (Soon after that, the case was settled, with undisclosed terms.)

In six cases, I have assisted counsel in matters involving claims of software infringement, either under copyright law, theft of trade secrets, or unauthorized software use by former employees. These issues have involved software in C for Unix, C++ for Windows, Java, Visual Basic, VBA, and SQL Server. One case involved Web-based software in PHP, Perl, and HTML. Two cases have settled, with acknowledgement of infringement, and four others are still ongoing.

In a federal procurement bid protest, I was engaged by counsel for the U.S. Air Force to assist in defense of a vendor selection made by the Air Force, in a multi-year computer acquisition contract. My role was as a consultant to counsel on technical issues in the dispute and as a witness at the administrative hearing which heard the protest.

For the Special Litigation Division (Office of the Solicitor), U.S. Department of Labor, I provided consultation to a 12-attorney team in a civil suit brought by the Department in U.S.

District Court against several individuals and corporations. At issue were questions of systems quality, valuation of software, adequacy of systems for intended purposes, suitability of user guides and training materials, and project management methods for systems development projects. This work included extensive review of case materials (documents, system documentation, and programs), consulting to attorneys in preparation and conduct of depositions, advice on the development of briefs, consultation during the conduct of the trial (which ran for more than a month), and over four days of expert testimony at deposition and trial.

In the same case, defendants produced tapes of tens of thousands of archived insurance claim processing records. Extensive analysis was required to determine quality of processing and consistency of adjudication, and to search for unlikely frequency of occurrence of specific claim types. To meet this requirement, I built a versatile database from the produced data and developed techniques and queries for the required studies.

In a State procurement case involving the selection of a software and services vendor for a contract well over $100 million, I provided a technical analysis between the offers of two close competitors. The project requirements involved web services to the public as well as network-based online services for hundreds of State and contractor employees. The systems were based on PowerBuilder and Java development tools, and the comparison hinged primarily on a competition between established client/server models and the newer N-tier object-oriented development approach.

For a product liability case, I was engaged by counsel for a medical equipment manufacturer to support the analysis of service reports and customer feedback which was stored in a variety of database systems distributed around the world. I developed a central litigation database which integrated the data from the various systems and provided for quick and easy searches and tabulations by attorneys and paralegals. As the defense approach developed from research in this database, I developed flexible reporting tools so that the attorneys could build reports as needed to illustrate their points or refute the opposition's.

**Computer Forensics** – In a civil suit alleging unauthorized entry into a company's network, access to company records, deletion of data in company systems, and interference by defendants in company's recruiting efforts, I examined the workplace and home computers of defendants, and activity logs from company's network server, and detected and reported evidence supporting all those allegations.

In assistance to defense counsel in a criminal matter, I reviewed forensics work carried out by a Federal law enforcement unit and examined the subject disk drive independently. My report shows shortcomings in the government's investigation and provides explanations as to how the evidence the agency reported as simple fact could, in fact, have been the result of another set of events.

In another case, defense counsel engaged me to review the forensics work of an opposing expert, to see if there might be exculpatory material on the subject disk drives. From the report itself, I could see that numerous relevant facts were not reported, and the presentation

was substantially biased. I examined the relevant material on the disk drives, and prepared a report which assisted defense counsel in putting the facts into perspective, particularly during cross-examination of the opposing expert.

**Law Firm Systems Development** – For two Top-100 US firms, I developed firmwide (multi-office) integrated Online Intake Systems, incorporating New Matter opening (into Records and Time & Billing Systems), Conflict Checking, and New Business reporting. In both cases, New Matter opening times were reduced by two to three days, even though Records Dept. staff levels were reduced.

For one of these firms, mergers were under consideration in early 1999 and again in mid-2000. As part of that analysis, I was asked to build rapidly a system to pull together all referenced names from both firms and process them through this Conflict System, to provide reports of all actual and potential hits, to support attorney cross-checking of every possible deal-impairing relationship.

After merger agreements were reached, in each case I was given sole responsibility for obtaining the complete data collection from the smaller firms (Time & Billing, Receivables, Client and Matter Records, and Conflict System), and to build the necessary programs to merge them into the surviving systems. This was accomplished in the budgeted time, and worked out quite smoothly.

In five cases, I have assisted counsel in matters involving claims of software infringement, either under copyright law, theft of trade secrets, or unauthorized software use by former employees. These issues have involved software in C for Unix, C++ for Windows, Visual Basic, VBA, and SQL Server. One case involved Web-based software in PHP, Perl, and HTML. Two cases have settled, with acknowledgement of infringement, and three others are still ongoing.

**Systems Planning and Design** – I designed and consulted in the installation of an over-1000-node network in a 12-office major firm (over 450 attorneys). Also designed and managed the programming and implementation of custom systems for conflict checking, document management, technology usage chargeout, work product libraries, firmwide automated system backup (including automatic backups for users' fixed disks), and centralized software updates and administration throughout the national network.

For a 440-attorney firm, I developed the first automated Conflict of Interest System based on the ALAS (liability insurance) guidelines. This system incorporates client and matter intake functions, passing along data to the firm's client accounting system if the conflict check is cleared (as well as maintaining a data base for future conflict checking), and retains information on declined prospective clients and matters, along with reasons and with related parties involved in the declined representation.

**Office Automation Strategy** – For several large multi-office law firms, I directed the development of office automation strategy, requirements analysis, and design of local and wide area networks for integrated word processing, document management and financial

systems. I managed the design, specification, and procurement of a national network of over 1,100 workstations for a top-20 firm (over 550 attorneys). This network includes a Windows user interface at all PCs, wide-area linking of all domestic offices, extensive document control facilities, integration of accounting and practice management systems, and integrated database servers for litigation support.

I directed a project to reorganize and rectify the systems problems of a large law firm that was experiencing major difficulties with recently installed systems. This project included identification of problem areas, negotiation with the systems vendor to identify corrective actions to be taken, monitoring results, recruiting an MIS Director, and establishing policies and procedures for systems operations.

**Technical Training** – I have taught seminars in database management systems, equipment and software selection, operating systems, PC equipment, operating systems, OS file structures, and programming, and the use of many software products. For several years, I ran a popular and successful workshop in technical and professional writing for Price Waterhouse consultants, and developed a technical writing handbook that was distributed firmwide to consulting staff members.

## Professional Speaking Engagements

Guest speaker at seminars and meetings of:

AMERICAN BAR ASSOCIATION
AMERICAN MANAGEMENT ASSOCIATION
BANK ADMINISTRATION INSTITUTE
DATA PROCESSING MANAGEMENT ASSOCIATION
EXECUTIVE ENTERPRISES, INC.
FINANCIAL EXECUTIVES INSTITUTE
LEGAL TECHNOLOGY CONFERENCE  (in four consecutive years)
NATIONAL ASSOCIATION OF ACCOUNTANTS
NATIONAL RETAIL MERCHANTS ASSOCIATION
NEW YORK RECORDS MANAGERS' LEAGUE
OHIO STATE SOCIETY OF CPAS
OPERATIONS RESEARCH SOCIETY OF AMERICA
RECORDS MANAGERS' GUILD (NEW YORK CITY LAW FIRMS)
SOCIETY FOR MANAGEMENT INFORMATION SYSTEMS

## Publications

Co-author of book: *Management Controls for Data Processing*, published by IBM.

Published articles:

> *Networking: It Works at Large Firms*, NATIONAL LAW JOURNAL
> *Leaking Financial Systems–Some Horror Stories*, TODAY'S EXECUTIVE
> *DP Error and Fraud–And What You Can Do About It*, PRICE WATERHOUSE REVIEW
> *Managing the Data Processing Manager*, PRICE WATERHOUSE REVIEW

In addition, various speeches, articles and comments have been reprinted or excerpted in:

| | |
|---|---|
| BANKING | BUCKS COUNTY COURIER-TIMES |
| THE CALIFORNIA LAWYER | CHAIN STORE AGE |
| THE CHICAGO LAWYER | THE CHRISTIAN SCIENCE MONITOR |
| COMPUTER SYSTEMS NEWS | CPA PERSONNEL REPORT |
| DAILY JOURNAL OF COMMERCE | DATA PROCESSING DIGEST |
| EXECUTIVE REVIEW | JOURNAL OF ACCOUNTANCY |
| LOS ANGELES LAWYER | MANAGEMENT REVIEW |
| NATIONAL HOME CENTER NEWS | |