1 Scott R. Mosko (State Bar No. 106070)
  FINNEGAN, HENDERSON, FARABOW,
2   GARRETT & DUNNER, L.L.P.
  Stanford Research Park
3 3300 Hillview Avenue
  Palo Alto, California 94304
4 Telephone: (650) 849-6600
  Facsimile: (650) 849-6666

Attorney for Defendants
ConnectU LLC, Pacific Northwest
Software, Inc., Winston Williams, and
Wayne Chang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., and MARK ZUCKERBERG,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CONNECTU LLC, (now known as CONNECTU INC.), ET AL.<br><br>　　　　　　Defendants. | CASE NO. C 07-01389 RS<br><br>**MANUAL FILING NOTIFICATION**<br><br>**SEALED DECLARATION OF G. HUNTER JONES IN SUPPORT OF DEFENDANTS CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND WAYNE CHANG'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　　February 27, 2008<br>Time:　　　9:30 a.m.<br>Courtroom:　4<br>Judge:　　　Honorable Richard Seeborg |

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | REGARDING: Declaration of G. Hunter Jones in Support of Defendants Connectu LLC, Pacific Northwest Software, Inc., Winston Williams, and Wayne Chang's Opposition to Plaintiffs' Motion for Partial Summary Judgment. |

# MANUAL FILING NOTIFICATION

REGARDING: Declaration of G. Hunter Jones in Support of Defendants Connectu LLC, Pacific Northwest Software, Inc., Winston Williams, and Wayne Chang's Opposition to Plaintiffs' Motion for Partial Summary Judgment.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, these filings will be served in hard-copy shortly. For information on retrieving these filings directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). These filings were not efiled for the following reason:

[_] Voluminous Document (PDF file size larger than the efiling system allows).

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Items Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: February 6, 2008   FINNEGAN, HENDERSON, FARABOW,
　　　　　　　　　　　　　　GARRETT & DUNNER, L.L.P.
　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　Scott R. Mosko
　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　ConnectU LLC, Pacific Northwest
　　　　　　　　　　　　　　　　Software, Inc., Winston Williams, and
　　　　　　　　　　　　　　　　Wayne Chang