1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California 94304
4  Telephone:    (650) 849-6600
   Facsimile:    (650) 849-6666
5

6  Attorney for Defendants
   ConnectU LLC, Pacific Northwest
7  Software, Inc., Winston Williams, and
   Wayne Chang
8

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13 FACEBOOK, INC., and MARK                CASE NO.  C 07-01389 RS
   ZUCKERBERG,
14                                         **MANUAL FILING NOTIFICATION**
                   Plaintiffs,
15                                         **SEALED EXHIBIT B TO**
           v.                              **DECLARATION OF G. HUNTER**
16                                         **JONES IN SUPPORT OF**
   CONNECTU LLC, (now known as CONNECTU    **DEFENDANTS CONNECTU LLC,**
17 INC.), ET AL.                           **PACIFIC NORTHWEST SOFTWARE,**
                                           **INC., WINSTON WILLIAMS, AND**
18                 Defendants.             **WAYNE CHANG'S OPPOSITION TO**
                                           **PLAINTIFFS' MOTION FOR**
19                                         **PARTIAL SUMMARY JUDGMENT**

20
                                           Date:      February 27, 2008
21                                         Time:      9:30 a.m.
                                           Courtroom: 4
22                                         Judge:     Honorable Richard Seeborg

23

24

25

26

27  478730_1.DOC                           MANUAL FILING NOTIFICATION
                                           Case No. 5:07-CV-01389-R
28

## MANUAL FILING NOTIFICATION

REGARDING:   Exhibit B to Declaration of G. Hunter Jones in Support of Defendants Connectu LLC, Pacific Northwest Software, Inc., Winston Williams, and Wayne Chang's Opposition to Plaintiffs' Motion for Partial Summary Judgment.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, these filings will be served in hard-copy shortly. For information on retrieving these filings directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).  These filings were not efiled for the following reason:

[_] Voluminous Document (PDF file size larger than the efiling system allows).

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Items Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated:  February 6, 2008                    FINNEGAN, HENDERSON, FARABOW,
                                                          GARRETT & DUNNER, L.L.P.
                                             By:_____/s/_____
                                                     Scott R. Mosko
                                                     Attorney for Defendants
                                                     ConnectU LLC, Pacific Northwest
                                                     Software, Inc., Winston Williams, and
                                                     Wayne Chang