| | |
|---|---|
| 1 | Scott R. Mosko (State Bar No. 106070) |
| | FINNEGAN, HENDERSON, FARABOW, |
| 2 |   GARRETT & DUNNER, L.L.P. |
| | Stanford Research Park |
| 3 | 3300 Hillview Avenue |
| | Palo Alto, California 94304 |
| 4 | Telephone: (650) 849-6600 |
| | Facsimile: (650) 849-6666 |
| 5 | |
| 6 | Attorney for Defendants |
| | ConnectU LLC, Pacific Northwest |
| 7 | Software, Inc., Winston Williams, and |
| | Wayne Chang |

Rendering as plain document:

Scott R. Mosko (State Bar No. 106070)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorney for Defendants
ConnectU LLC, Pacific Northwest
Software, Inc., Winston Williams, and
Wayne Chang

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., and MARK ZUCKERBERG,<br><br>             Plaintiffs,<br><br>v.<br><br>CONNECTU LLC, (now known as CONNECTU INC.), ET AL.<br><br>             Defendants. | CASE NO. C 07-01389 RS<br><br>**MANUAL FILING NOTIFICATION**<br><br>**SEALED EXHIBIT A TO DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS CONNECTU, INC., PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND WAYNE CHANG'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 27, 2008<br>Time: 9:30 a.m.<br>Courtroom: 4<br>Judge: Honorable Richard Seeborg |

# MANUAL FILING NOTIFICATION

REGARDING: Exhibit A to Declaration of Scott R. Mosko in Support of Defendants Connectu, Inc., Pacific Northwest Software, Inc., Winston Williams, and Wayne Chang's Opposition to Plaintiffs' Motion for Partial Summary Judgment.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, these filings will be served in hard-copy shortly. For information on retrieving these filings directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). These filings were not efiled for the following reason:

[_] Voluminous Document (PDF file size larger than the efiling system allows).

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Items Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: February 6, 2008         FINNEGAN, HENDERSON, FARABOW,
                                 GARRETT & DUNNER, L.L.P.
                                By:_____/s/_____
                                    Scott R. Mosko
                                    Attorney for Defendants
                                    ConnectU LLC, Pacific Northwest
                                    Software, Inc., Winston Williams, and
                                    Wayne Chang