1   Scott R. Mosko (State Bar No. 106070)
    FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
    Stanford Research Park
3   3300 Hillview Avenue
    Palo Alto, California 94304
4   Telephone:    (650) 849-6600
    Facsimile:    (650) 849-6666
5

6   Attorney for Defendants
    ConnectU LLC, Pacific Northwest
7   Software, Inc., Winston Williams, and
    Wayne Chang
8

9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13  FACEBOOK, INC., and MARK              CASE NO.  C 07-01389 RS
    ZUCKERBERG,
14                                        **MANUAL FILING NOTIFICATION**
                     Plaintiffs,
15                                        **SEALED EXHIBIT C TO
                 v.                       DECLARATION OF SCOTT R.
16                                        MOSKO IN SUPPORT OF
    CONNECTU LLC, (now known as CONNECTU  DEFENDANTS CONNECTU, INC.,
17  INC.), ET AL.                         PACIFIC NORTHWEST SOFTWARE,
                                          INC., WINSTON WILLIAMS, AND
18                   Defendants.          WAYNE CHANG'S OPPOSITION TO
                                          PLAINTIFFS' MOTION FOR
19                                        PARTIAL SUMMARY JUDGMENT**

20
                                          Date:       February 27, 2008
21                                        Time:       9:30 a.m.
                                          Courtroom:  4
22                                        Judge:      Honorable Richard Seeborg

23

24

25

26

27  478720_1.DOC                          MANUAL FILING NOTIFICATION
                                          Case No. 5:07-CV-01389-R
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MANUAL FILING NOTIFICATION**

REGARDING:  Exhibit C to Declaration of Scott R. Mosko in Support of Defendants Connectu, Inc.,

Pacific Northwest Software, Inc., Winston Williams, and Wayne Chang's Opposition to Plaintiffs'

Motion for Partial Summary Judgment.

This filing is in paper or physical form only, and is being maintained in the case file in the

Clerk's office.  If you are a participant in this case, these filings will be served in hard-copy shortly.

For information on retrieving these filings directly from the court, please see the court's main web site

at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).  These filings were not

efiled for the following reason:

[_] Voluminous Document (PDF file size larger than the efiling system allows).

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Items Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated:  February 6, 2008                    FINNEGAN, HENDERSON, FARABOW,
                                             GARRETT & DUNNER, L.L.P.
                                             By:_____/s/_____
                                                 Scott R. Mosko
                                                 Attorney for Defendants
                                                 ConnectU LLC, Pacific Northwest
                                                 Software, Inc., Winston Williams, and
                                                 Wayne Chang