1 | Scott R. Mosko (State Bar No. 106070)
FINNEGAN, HENDERSON, FARABOW,
2 |  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3 | 3300 Hillview Avenue
Palo Alto, California 94304
4 | Telephone: (650) 849-6600
Facsimile: (650) 849-6666

6 | Attorney for Defendants
ConnectU LLC, Pacific Northwest
7 | Software, Inc., Winston Williams, and
Wayne Chang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., and MARK ZUCKERBERG,<br><br>               Plaintiffs,<br><br>    v.<br><br>CONNECTU LLC, (now known as CONNECTU INC.), ET AL.<br><br>               Defendants. | CASE NO. C 07-01389 RS<br><br>**MANUAL FILING NOTIFICATION**<br><br>**SEALED DECLARATION OF WINSTON WILLIAMS IN SUPPORT OF DEFENDANTS CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND WAYNE CHANG'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 27, 2008<br>Time: 9:30 a.m.<br>Courtroom: 4<br>Judge: Honorable Richard Seeborg |

# MANUAL FILING NOTIFICATION

REGARDING: Declaration of Winston Williams in Support of Defendants Connectu LLC, Pacific Northwest Software, Inc., Winston Williams, and Wayne Chang's Opposition to Plaintiffs' Motion for Partial Summary Judgment.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, these filings will be served in hard-copy shortly. For information on retrieving these filings directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). These filings were not efiled for the following reason:

[_] Voluminous Document (PDF file size larger than the efiling system allows).

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Items Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: February 6, 2008  
                FINNEGAN, HENDERSON, FARABOW,
                 GARRETT & DUNNER, L.L.P.
                By: /s/
                   Scott R. Mosko
                   Attorney for Defendants
                   ConnectU LLC, Pacific Northwest
                   Software, Inc., Winston Williams, and
                   Wayne Chang