Scott R. Mosko (State Bar No. 106070)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666

Attorney for Defendants
ConnectU LLC, Pacific Northwest
Software, Inc., Winston Williams, and
Wayne Chang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., and MARK ZUCKERBERG,<br><br>                    Plaintiffs,<br><br>        v.<br><br>CONNECTU LLC, (now known as CONNECTU INC.), ET AL.<br><br>                    Defendants. | CASE NO. C 07-01389 RS<br><br>**MANUAL FILING NOTIFICATION**<br><br>**SEALED HIGHLIGHTED AND UNREDACTED VERSION OF DEFENDANTS' CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND WAYNE CHANG'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:        February 27, 2008<br>Time:        9:30 a.m.<br>Courtroom: 4<br>Judge:       Honorable Richard Seeborg |

# MANUAL FILING NOTIFICATION

REGARDING: Sealed Highlighted and Unredacted Version of Defendants' Connectu LLC, Pacific Northwest Software, Inc., Winston Williams, and Wayne Chang's Opposition to Plaintiffs' Motion for Partial Summary Judgment.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, these filings will be served in hard-copy shortly. For information on retrieving these filings directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). These filings were not efiled for the following reason:

[_] Voluminous Document (PDF file size larger than the efiling system allows).

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Items Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: February 6, 2008

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
By: _____/s/_____
 Scott R. Mosko
 Attorney for Defendants
 ConnectU LLC, Pacific Northwest
 Software, Inc., Winston Williams, and
 Wayne Chang