Scott R. Mosko (State Bar No. 106070)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

Attorney for Defendants
ConnectU LLC, Pacific Northwest
Software, Inc., Winston Williams, and
Wayne Chang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU LLC, (now known as CONNECTU INC.), ET AL.<br><br>Defendants. | CASE NO. C 07-01389 RS<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: February 27, 2008<br>Time: 9:30 a.m.<br>Courtroom: 4<br>Judge: Honorable Richard Seeborg |

478735_1.DOC

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to this action. My place of employment and business address is Finnegan, Henderson, Farabow, Garrett, & Dunner, L.L.P., 3300 Hillview Avenue, Palo Alto, California 94304. On February 6, 2008, I caused a copy of the following documents to be served:

**HIGHLIGHTED AND UNREDACTED VERSION OF DEFENDANTS CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE, INC, WINSTON WILLIAMS, AND WAYNE CHANG'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT;**

**DECLARATION OF WINSTON WILLIAMS IN SUPPORT OF DEFENDANTS CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND WAYNE CHANG'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT;**

**DECLARATION OF G. HUNTER JONES IN SUPPORT OF DEFENDANTS CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND WAYNE CHANG'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT;**

**EXHIBIT B TO DECLARATION OF G. HUNTER JONES IN SUPPORT OF DEFENDANTS CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND WAYNE CHANG'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT;**

**EXHIBIT A TO DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS CONNECTU, INC., PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND WAYNE CHANG'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT;**

**EXHIBIT C TO DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS CONNECTU, INC., PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND WAYNE CHANG'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

to be served on all parties as follows:

| *Attorneys for Plaintiffs* | |
|---|---|
| Monte Cooper, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650.614.7400<br>Facsimile: 650.614.7401 | ☐ Via First Class Mail<br>☒ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

I am readily familiar with my firm's practice for collection and processing correspondence sending documents via hand delivery in the ordinary course of business. I sealed said envelope and

1

CERTIFICATE OF SERVICE
Case No. C 07-01389 RSI

| | |
|---|---|
| 1 | placed it for hand delivery at our business offices on February 6, 2008, following ordinary business |
| 2 | practice. |
| 3 |     I declare under penalty of perjury under the laws of the United States that the foregoing is |
| 4 | true and correct. Executed on February 6, 2008, at Palo Alto, California. |

*[signature]*
Randal J. Holderfield