| | |
|---|---|
| 1 | G. HOPKINS GUY, III (State Bar No. 124811)<br>    hopguy@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985)<br>    nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746)<br>    mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857)<br>    tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072)<br>    ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 7 | Menlo Park, CA  94025<br>Telephone:    650-614-7400 |
| 8 | Facsimile:    650-614-7401 |
| 9 | Attorneys for Plaintiffs<br>FACEBOOK, INC. and MARK ZUCKERBERG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>                     Plaintiffs,<br><br>         v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>                     Defendants. | Case No.  5:07-CV-01389-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL EXHIBIT A TO THE DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS' CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND WAYNE CHANG'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:        February 13, 2008<br>Time:       9:30 A.M.<br>Judge:      Honorable Richard Seeborg |

OHS West:260385438.1

[PROPOSED] ORDER GRANTING ADMIN REQUEST TO FILE
EXHIBIT A UNDER SEAL
CASE NO. 5:07-CV-01389-RS

1  The matter before the Court is Defendants' Administrative Request (Doc. No 302)
2  Pursuant to Local Civil Rule 79-5(b) to File Under Seal Exhibit A to the Declaration of Scott
3  Mosko in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment
4  Re Defendants' Liability Pursuant to California Penal Code Section 502(c) and 15 U.S.C. §
5  7704(A)(1) and 15 U.S.C. § 7704(B)(1).

The Court has considered said Administrative Request, and finding good cause, hereby GRANTS Defendants' Administrative Request Pursuant to Local Civil Rule 79-5(b) to File Under Seal Exhibit A to the Declaration of Scott R. Mosko in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment.

IT IS SO ORDERED.

Dated: _____ ___, 2008

_____
Honorable Richard Seeborg
United States Magistrate Judge
Northern District of California

OHS West:260385438.1         -1-         [PROPOSED] ORDER GRANTING ADMIN REQUEST TO FILE EXHIBIT A UNDER SEAL
CASE NO. 5:07-CV-01389-RS