G. HOPKINS GUY, III (State Bar No. 124811)
  hopguy@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
  mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
  tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
  ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiffs
FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>　　　　Defendants. | Case No. 5:07-CV-01389-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL EXHIBIT B TO THE DECLARATION OF G. HUNTER JONES IN SUPPORT OF DEFENDANTS' CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND WAYNE CHANG'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　February 13, 2008<br>Time:　　9:30 A.M.<br>Judge:　　Honorable Richard Seeborg |

| | |
|---|---|
| 1 | The matter before the Court is Defendants' Administrative Request (Doc. No 302) |
| 2 | Pursuant to Local Civil Rule 79-5(b) to File Under Seal Exhibit B to the Declaration of |
| 3 | G. Hunter Jones in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary |
| 4 | Judgment Re Defendants' Liability Pursuant to California Penal Code Section 502(c) and 15 |
| 5 | U.S.C. § 7704(A)(1) and 15 U.S.C. § 7704(B)(1). |
| 6 | The Court has considered said Administrative Request, and finding good cause, hereby |
| 7 | GRANTS Defendants' Administrative Request Pursuant to Local Civil Rule 79-5(b) to File |
| 8 | Under Seal Exhibit B to the Declaration of G. Hunter Jones in Support of Defendants' Opposition |
| 9 | to Plaintiffs' Motion for Partial Summary Judgment. |
| 10 | IT IS SO ORDERED. |
| 12 | Dated: _____ \_\_\_, 2008 |

_____
Honorable Richard Seeborg
United States Magistrate Judge
Northern District of California