SEAN A. LINCOLN (State Bar No. 136387)
    salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
    nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
    mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
    tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
    ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG, <br><br> Plaintiffs, <br><br> v. <br><br> CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA, <br><br> Defendants. | Case No. 5:07-CV-01389-RS <br><br> **DECLARATION OF TINA NAICKER IN SUPPORT OF PLAINTIFFS' RESPONSES TO DEFENDANTS' OBJECTIONS TO EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date:        February 27, 2008 <br> Time:        9:30 A.M. <br> Judge:      Honorable Richard Seeborg |

OHS West:260385761.1

Dockets.Justia.com

I, Tina Naicker, declare as follows:

1.      I am an associate at the law firm of Orrick, Herrington & Sutcliffe, counsel for Plaintiffs Facebook, Inc. and Mark Zuckerberg in this action, and a member of the Bar of the state of California.  I make this declaration in support of Plaintiffs' Responses to Defendants' Objections to Exhibits Submitted in Support of Plaintiffs' Motion for Partial Summary Judgment. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2.      Attached hereto as **Exhibit A** is a true and correct copy of Defendant and Counterclaimant TheFacebook, Inc.'s First Request to Plaintiff and Counterdefendant ConnectU LLC for Production of Documents and Things, served in a related action ConnectU v. Facebook Civil Action No. 1:04-cv-13923 (DPW) on April 6, 2005.

3.      Attached hereto as **Exhibit B** is a true and correct copy of Facebook's Second Set of Requests for Production of Documents to ConnectU, served on October 24, 2006.

4.      Attached hereto as **Exhibit C** is a true and correct copy of a Notice of Subpoena to iMarc, served in a related action ConnectU v. Facebook Civil Action No. 1:04-cv-13923 (DPW) on September 5, 2006.

5.      Attached hereto as **Exhibit D** is a true and correct copy of a Subpoena Duces Tecum for Documents and Videotape Deposition served on Defendants Pacific Northwest Software, Inc. December 29, 2006.

6.      Attached hereto as **Exhibit E** is a true and correct copy of a Subpoena Duces Tecum served on Defendant David Gucwa on February 22, 2007.

7.      Attached hereto as **Exhibit F** is a true and correct copy of Plaintiff and Counterclaim Defendants' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a), served in a related action ConnectU v. Facebook Civil Action No. 1:04-cv-13923 (DPW) on April 7, 2005.

8.      Attached hereto as **Exhibit G** is a true and correct copy of Section 1.01 from the 2006 Restatement (Third) of Agency by the American Law Institute.

I declare the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of February, 2008, at Menlo Park, California.

/s/ Tina Naicker /s/

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 13, 2008.

Dated:  February 13, 2008.                    Respectfully submitted,

/s/ Yvonne Greer /s/
Yvonne Greer