# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>    Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>    Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>    Additional Counterdefendants. | |

**NOTICE OF SUBPOENA TO IMARC**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Rule 45 of the Federal Rules of Civil Procedure, the Facebook Defendants will request that iMarc produce the documents identified in Attachment A to the attached subpoena *duces tecum* for inspection and copying on September 15, 2006, at Proskauer Rose, LLP, One International Plaza, 14th Floor, Boston, Massachusetts 02110-2600. A true and correct copy of the subpoena is attached.

Dated: September 1, 2006

Theresa A. Sutton (*Admitted Pro Hac Vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone: (617) 526-9600
Facsimile: (617) 526-9899

Attorneys for Mark Zuckerberg,
Dustin Moskovitz, Andrew McCollum,
Christopher Hughes, and Facebook, Inc.

-2-
NOTICE OF SUBPOENA TO IMARC
US_WEST:260083552.1

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

CONNECTU LLC

V.

FACEBOOK, INC., ET AL

SUBPOENA IN A CIVIL CASE

Case Number:[1] 1:04-CV-11923

TO: iMarc
14 Inn Street
Newburyport, MA 01950

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
SEE ATTACHMENT A

| PLACE  Proskauer Rose, LLP  One International Plaza, 14th Floor, Boston, Massachusetts 02110-2600 | DATE AND TIME  September 15, 2006, 9:00 a.m |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  [signature] | DATE  9-1-06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Theresa A. Sutton, Counsel for Mark Zuckerberg, Dustin Moskovitz, Christopher Hughes, Andrew McCollum and Facebook, Inc.
Orrick, Herrington & Sutcliffe LLP        (Tel: 650.614.7400)
1000 Marsh Road, Menlo Park, CA 94025-1021

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

American LegalNet, Inc.
www.USCourtForms.com

# Attachment A

1. All communications, dated on or before August 5, 2005, that refer to Divya Narendra (including as a recipient of any such communication) and that summarize, describe, refer or relate to ConnectU or HarvardConnection.

2. All communications, dated on or before August 5, 2005, between Marc Pierrat, on your behalf or otherwise, and Cameron, Tyler and/or Howard Winklevoss.

3. All communications, dated on or before August 5, 2005, that summarize, describe or refer to the formation and membership of ConnectU LLC or Harvard Connection.

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

THERESA A. SUTTON (SBN 211857)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1021
Telephone: 650-614-7400

ATTORNEY(S) FOR: MARK ZUCKERBERG, et al.

UNITED STATES DISTRICT COURT

MASSACHUSETTS

| CONNECTU LLC | CASE NUMBER |
|---|---|
| Plaintiff, | 1:04-CV-11923 |
| V. | |
| FACEBOOK, INC., et al. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUBPOENA IN A CIVIL CASE; NOTICE OF SUBPOENA TO IMARC

in the within action by personally delivering true copies thereof to the person served as follows:

    Served       : IMARC

    By serving   : Nick Grant, Authorized Agent

    Address      : (Business)
                    14 Inn Street
                    Newburyport, MA 01950

    Date of Service : September 5, 2006

    Time of Service : 2:13 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: September 6, 2006

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered
Number

198630

Signature:_____

DOMINIC RIVERS