# EXHIBIT E

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                  SUPERIOR COURT DEPARTMENT
                                              OF THE TRIAL COURT

---------------------------------------------------x
FACEBOOK, INC.                          )
                                        )
                    Plaintiffs,         )
                                        )
         v.                             )     Civil Action No.
                                        )
CONNECTU LLC,                           )
                                        )
                    Defendant.          )
---------------------------------------------------x

## Subpoena *Duces Tecum*

TO:   David Gucwa
      11 Highridge Lane
      Sandwich MA 02563-2222

Mr. Gucwa:

YOU ARE HEREBY COMMANDED in the name of the Commonwealth of Massachusetts, pursuant to the provisions of Rule 45 of the Massachusetts Rules of Civil Procedure, to appear and testify before a Notary Public of the Commonwealth or some other person authorized by law to take this deposition and hear testimony, at the offices of Proskauer Rose LLP, One International Place, Boston, Massachusetts 02110-2600, 617.526.9651 on Wednesday, March 21, 2007 at 9:00 A.M. and testify as to your knowledge, at the taking of the deposition in the above-entitled action. Your testimony will be recorded by video, as well as stenographic means including the instant visual display of testimony.

YOU ARE HEREBY FURTHER COMMANDED to produce on March 12, 2007, at the address listed above, the documents identified in Attachment A to this subpoena for inspection and copying.

Hereof fail not as you will answer to your default under the penalties in the law made and provided.

Respectfully submitted,

FACEBOOK, INC.
By its attorneys,

*Martha Wilson-Byrne*
Martha Wilson-Byrne (BBO# 666888)
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110
Phone: (617) 526-9881
Fax: (617) 526-9899

February 21, 2007

**Attachment A**

1. All communications between you and ConnectU, Howard Winklevoss, Winklevoss Consultants, Maria Antonelli, RowAmerica LLC, Cameron Winklevoss, Tyler Winklevoss or Divya Narendra regarding Facebook or its website.

2. All communications between you and ConnectU, Howard Winklevoss, Winklevoss Consultants, Maria Antonelli, RowAmerica LLC, Cameron Winklevoss, Tyler Winklevoss or Divya Narendra regarding ConnectU or its website.

3. All communications between you and ConnectU, Howard Winklevoss, Winklevoss Consultants, Maria Antonelli, RowAmerica LLC, Cameron Winklevoss, Tyler Winklevoss or Divya Narendra regarding Mark Zuckerberg or the work he performed for HarvardConnection, Cameron Winklevoss, Tyler Winklevoss, and/or Divya Narendra.

4. All communications between you and ConnectU, Howard Winklevoss, Winklevoss Consultants, Maria Antonelli, RowAmerica LLC, Cameron Winklevoss, Tyler Winklevoss or Divya Narendra regarding HarvardConnection or the harvardconnect.com website.

5. All communications between you and Pacific Northwest Software or any of its employees, including Winston Williams, John Taves, Alex Novikov, Alex Shkuropat, or anyone with an email address styled as _____@pnwsoft.com or _____@pickatime.com, regarding ConnectU.

6. All communications between you and iMarc or any of its employees, including Marc Pierrat, Nils Menton, Dave Tufts, Fred LeBlanc, Nick Grant, or anyone with an email address styled as _____@imarc.net.

7. All communications regarding any work you performed for ConnectU, including any development work you performed on "Social Butterfly," "importer," "Facebook Importer," or "crawler."

8. A copy of all versions of computer code (including, without limitation, source code, object code and scripts) you wrote for i2Hub, Wayne Chang, ConnectU, or Pacific Northwest Software that was designed to extract information from any website, including thefacebook.com or facebook.com.

9. A copy of all versions of computer code related to importer.i2hub.com.

10. All communications related to importer.i2hub.com.

11. All documents related to any account you created to access any Facebook website, including thefacebook.com and facebook.com.

12. A copy of your most current resume.

Suffolk Superior Court  Civil Action No. 2007-00766
Suffolk County
------------------------------- X

Thefacebook, Inc.,

        Vs.

Connectu LLC,

## Proof of Service of Process

    I hereby certify and return that on February 22, 2007, I served a copy of a Subpoena Duces Tecum, an Order For Taking Depositions and a witness fee in the amount of $19.00 by leaving said copies of said items at the last and usual place of abode of David Gucwa located at 11 Highridge Lane, Sandwich, MA. 02563.

Dated: February 23, 2007

                                  James J. Murray
                                  Process Server

Subscribed and sworn to before me, Jill M. LeBlanc, this 23rd day of February 2007.

                                Notary Public

JILL M. LeBLANC
Notary Public
Commonwealth of Massachusetts
My Commission Expires
July 21, 2011