# EXHIBIT G


**(Publication page references are not available for this document.)**

**Restatement of the Law -- Agency**
**Restatement (Third) of Agency**
**Current through April 2006**

Copyright © 2006 by the American Law Institute

**Chapter 1. Introductory Matters**
**Topic 1. Definitions And Terminology**

§ 1.01 Agency Defined

Link to Case Citations

**Agency is the fiduciary relationship that arises when one person (a "principal") manifests assent to another person (an "agent") that the agent shall act on the principal's behalf and subject to the principal's control, and the agent manifests assent or otherwise consents so to act.**

Case Citations

REST 3d AGEN § 1.01
END OF DOCUMENT