# EXHIBIT G

Dockets.Justia.com

1   SEAN A. LINCOLN (State Bar No. 136387)
        salincoln@orrick.com
2   I. NEEL CHATTERJEE (State Bar No. 173985)
        nchatterjee@orrick.com
3   MONTE COOPER (State Bar No. 196746)
        mcooper@orrick.com
4   THERESA A. SUTTON (State Bar No. 211857)
        tsutton@orrick.com
5   YVONNE P. GREER (State Bar No. 214072)
        ygreer@orrick.com
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
7   Menlo Park, CA  94025
    Telephone:    650-614-7400
8   Facsimile:    650-614-7401

9   Attorneys for Plaintiffs
    THE FACEBOOK, INC. and MARK ZUCKERBERG

10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14

15  THE FACEBOOK, INC. and MARK           Case No.  5:07-CV-01389-RS
    ZUCKERBERG,
16                                         **MANUAL FILING NOTIFICATION**
                     Plaintiffs,
17                                         **EXHIBITS A, E-H TO**
         v.                                **DECLARATION OF THERESA**
18                                         **SUTTON IN SUPPORT OF**
    CONNECTU, INC. (formerly known as      **PLAINTIFFS' REPLY IN SUPPORT**
19  CONNECTU, LLC), PACIFIC                **OF MOTION FOR PARTIAL**
    NORTHWEST SOFTWARE, INC.,              **SUMMARY JUDGMENT RE**
20  WINSTON WILLIAMS, WAYNE CHANG,         **DEFENDANTS' LIABILITY**
    and DAVID GUCWA,                       **PURSUANT TO CALIFORNIA**
21                                         **PENAL CODE SECTION 502(C) AND**
                     Defendants.           **15 U.S.C. § 7704(A)(1) AND 15 U.S.C. §**
22                                         **7704(B)(1)**

23                                         Date:    February 27, 2008
                                           Time:    9:30 A.M.
24                                         Judge:   Honorable Richard Seeborg

25

26

27

28

Regarding:

**(1)    EXHIBITS A, E-H TO DECLARATION OF THERESA SUTTON IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT RE DEFENDANTS' LIABILITY PURSUANT TO CALIFORNIA PENAL CODE SECTION 502(C) AND 15 U.S.C. § 7704(A)(1) AND 15 U.S.C. § 7704(B)(1)**

(2)    This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Confidential - Item Under Seal.**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: February 13, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                            /s/ Theresa A. Sutton /s/
                                    _____
                                            Theresa A. Sutton
                                            Attorneys for Plaintiffs
                                            THE FACEBOOK, INC. and
                                            MARK ZUCKERBERG

## CERTIFICATE OF SERVICE

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 13, 2008.

Dated: February 13, 2008.           Respectfully submitted,

                              /s/ Theresa A. Sutton /s/
                                Theresa A. Sutton