SEAN A. LINCOLN (State Bar No. 136387)
    salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
    nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
    mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
    tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
    ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,<br><br>Defendants. | Case No. 5:07-CV-01389-RS<br><br>**DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL COMPLIANCE BY DEFENDANTS PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS WITH ORDER GRANTING MOTION TO COMPEL SUPPLEMENTAL INTERROGATORY RESPONSES**<br><br>Date:   February 27, 2008<br>Time:  9:30 A.M.<br>Judge: Honorable Richard Seeborg |

I, I. Neel Chatterjee, declare as follows:

1. I am a partner at the law firm of Orrick, Herrington & Sutcliffe, counsel for The Facebook, Inc., and Mark Zuckerberg. I am an active member in good standing of the Bar of the State of California. I make this declaration in support of Plaintiffs' Reply In Support Of Motion To Compel Compliance By Defendants Pacific Northwest Software And Winston Williams With Order Granting Motion To Compel Supplemental Interrogatory Responses ("Plaintiffs' Motion"). I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a document produced by Wayne Chang bearing production numbers CHANG–0001376–0001378. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY UNDER SEAL]**

3. Attached hereto as **Exhibit 2** is a true and correct copy of a document produced by Wayne Chang bearing production numbers CHANG–0001389–0001390. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY UNDER SEAL]**

4. Attached hereto as **Exhibit 3** is a true and correct copy of a document produced by Wayne Chang bearing production number CHANG–000091. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY UNDER SEAL]**

5. Attached hereto as **Exhibit 4** is a true and correct copy of a screen shot of www.amazon.com/exec/obidos/ASIN/B0001LKYKE/103-8067691-1611035 taken on September 22, 2005.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by Pacific Northwest Software bearing production numbers PNS001133–001136. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY UNDER SEAL]**

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Memorandum in Support of Plaintiff's Motion to Compel the Production of Mirror Images of Defendants' Hard Drives and Other Electronic Memory Devices and Documents Created After May 21, 2004, filed July 28, 2005 in *ConnectU LLC v. Zuckerberg et al.*, Civil Action No. 1:04-cv-11923 (DPW) (D.Mass.) [Dkt. 38].

8. Attached hereto as **Exhibit 7** is a true and correct copy of a document produced by Wayne Chang bearing production number CHANG–000143. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY UNDER SEAL]**

9. Attached hereto as **Exhibit 8** is a true and correct copy of Facebook's First Set of Requests for Production of Documents to Pacific Northwest Software (Requests Nos. 1-96) (without attachments), served on November 21, 2007. To my knowledge, Pacific Northwest Software has not produced the device images, databases or other records requested in both Plaintiff's Motion and Exhibit 8.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Facebook's First Set of Requests for Production of Documents to Winston Williams (Requests Nos. 1-99) (without attachments), served on November 21, 2007. To my knowledge, Winston Williams has not produced the device images, databases or other records requested in both Plaintiff's Motion and Exhibit 9.

11. On August 9, 2005, I took the deposition of Cameron Winklevoss in the related action styled *ConnectU LLC v. Zuckerberg et al.*, Civil Action No. 1:04-cv-11923 (DPW) (D.Mass.). At the deposition, Mr. Winklevoss was represented by John Hornick of Finnegan Henderson Farabow Garrett & Dunner LLP. At that time (and presently), the Finnegan Henderson firm represented ConnectU, Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra in the Massachusetts action. My questioning of Mr. Winklevoss included questions concerning efforts to access the Facebook website, take data from the Facebook website and the use of the Social Butterfly tool. Mr. Hornick stated that, from my questioning, it appeared that Facebook was going to seek to amend the cross-complaint in the Massachusetts action to assert additional causes of action. Mr. Hornick then asked whether I would agree to allow both parties to amend. I responded that we would not stipulate in the way he proposed, but I was willing to consider any amendments he proposed as well as an explanation as to his reasons why an amendment would be proper.

12. This action was filed on August 17, 2005. In this action, the Finnegan Henderson firm represents defendants ConnectU, Winston Williams, Pacific Northwest Software and Wayne

Chang, as well as former defendants Cameron Winklevoss, Tyler Winklevoss and Divya Narendra.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of February 2008, in Menlo Park, CA.

                                        /s/ I. Neel Chatterjee /s/
                                              I. Neel Chatterjee

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 13, 2008.

Dated: February 13, 2008.                Respectfully submitted,

                                         /s/ I. Neel Chatterjee /s/
                                         I. Neel Chatterjee

OHS West:260385235.2

CHATTERJEE DECL. ISO OF MOTION TO COMPEL
COMPLIANCE
5:07-CV-01389-RS