1    SEAN A. LINCOLN (State Bar No. 136387)
        salincoln@orrick.com
2    I. NEEL CHATTERJEE (State Bar No. 173985)
        nchatterjee@orrick.com
3    MONTE COOPER (State Bar No. 196746)
        mcooper@orrick.com
4    THERESA A. SUTTON (State Bar No. 211857)
        tsutton@orrick.com
5    YVONNE P. GREER (State Bar No. 214072)
        ygreer@orrick.com
6    ORRICK, HERRINGTON & SUTCLIFFE LLP
     1000 Marsh Road
7    Menlo Park, CA  94025
     Telephone:    650-614-7400
8    Facsimile:    650-614-7401

9    Attorneys for Plaintiffs
     THE FACEBOOK, INC. and MARK ZUCKERBERG

10

11                        UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                             SAN JOSE DIVISION

14

15   THE FACEBOOK, INC. and MARK          Case No.  5:07-CV-01389-RS
     ZUCKERBERG,
16                                         **MANUAL FILING NOTIFICATION**
                    Plaintiffs,
17                                         **EXHIBITS 1-3, 5, 7 TO**
           v.
18                                         **DECLARATION OF I. NEEL
     CONNECTU, INC. (formerly known as     CHATTERJEE IN SUPPORT OF
19   CONNECTU, LLC), PACIFIC               REPLY IN SUPPORT OF MOTION
     NORTHWEST SOFTWARE, INC.,             TO COMPEL COMPLIANCE BY
20   WINSTON WILLIAMS, WAYNE CHANG,        DEFENDANTS PACIFIC
     and DAVID GUCWA,                      NORTHWEST SOFTWARE AND
21                                         WINSTON WILLIAMS WITH
                    Defendants.            ORDER GRANTING MOTION TO
22                                         COMPEL SUPPLEMENTAL
                                           INTERROGATORY RESPONSES**
23
                                           Date:    February 27, 2008
24                                         Time:    9:30 A.M.
                                           Judge:   Honorable Richard Seeborg
25

26

27

28

OHS West:260385620.1

# MANUAL FILING NOTIFICATION

Regarding:

**(1)    EXHIBITS 1-3, 5, 7 TO DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL COMPLIANCE BY DEFENDANTS PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS WITH ORDER GRANTING MOTION TO COMPEL SUPPLEMENTAL INTERROGATORY RESPONSES**

(2)    This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Confidential - Item Under Seal.**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: February 13, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                   _____/s/ I. Neel Chatterjee /s/_____
                                   I. Neel Chatterjee
                                   Attorneys for Plaintiffs
                                   THE FACEBOOK, INC. and
                                   MARK ZUCKERBERG

1

## CERTIFICATE OF SERVICE

2

      I hereby certify that this document(s) filed through the ECF system will be sent

3

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 13,

4

2008.

5

Dated: February 13, 2008.           Respectfully submitted,

6

                             /s/ I. Neel Chatterjee /s/

7

                               I. Neel Chatterjee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28