# EXHIBIT 4

 Your Store | See All 32 Product Categories | Your Account | Cart | Wish List | Help | 

Search All Products    Web Search 



Powered by A9.com

**Thefacebook** [Go to site now]

thefacebook.com



**MORE ABOUT THIS SITE**

**Alexa** web information presented by Alexa delivered by Amazon.com

An online directory that connects people through social networks at colleges. FAQ, news coverage, schools covered, and terms of use.

**Average Traffic Rank:** 177
**Average Customer Review:** ★★★★☆
Based on 8 reviews. Write a review.

**Explore this site**

overview

traffic detail

sites linking in

customer reviews

**Share your thoughts**

write a review

e-mail a friend about this site

**Traffic Rank & More!**

Take Alexa with you while you surf, for access to reviews and ratings for every site on the web.

▸ **Get the Free Alexa Toolbar!**

 Rank: 2,376

**People who visit this page also visit:**

- *Campus Circle* www.campuscircle.net - Site info
- *Campus Chat* www.campuschat.net - Site info
- *Campus Bulletin Board* www.campusbb.com - Site info
- *Calstudents* www.calstudents.com - Site info
- *Experiences Of University Life*
  www.broadcaster.org.uk/section1/university.htm - Site info
- *How to Survive as a Graduate Student* www-2.cs.cmu.edu/afs/cs/user/bnoble/Web/survival/survpage.htm... - Site info
- *Slc Archives* web.library.uiuc.edu/ahx/slc - Site info
- *College-Cram* college-cram.com - Site info
- *Friendster* www.friendster.com - Site info

**Site Stats for thefacebook.com:**

- **Average Traffic Rank:** 177
- **Other sites that link to this site:** 26
- **Speed:** Fast (70th percentile)
- **Online Since:** January 11, 2004
- **ASIN:** B0001LKYKE

**Contact Info for thefacebook.com:**

**TheFacebook, Inc.**
471 Emerson St
Palo Alto, CA 94301

US
+1 650 853 1300
domain@thefacebook.com

**Favorite Magazines!**



**Explore our new Magazine**

**Subscriptions store.**

## All Customer Reviews
Average Customer Review: ★★★☆☆
**Write an online review** and share your thoughts with other customers.

0 of 1 people found the following review helpful:

★☆☆☆☆ **less than adequate...**, July 24, 2005
Reviewer: **Roupen Mouradian** (Los Angeles, CA) - See all my reviews
REAL NAME™

The best way to describe facebook is myspace with less features and interactivity. Though fun for the first month or so, you soon run out of things to do and adding new friends seems difficult. The site author does not put enough effort into encouraging finding new people through the site. Nor is there much motivation for a user to keep using the site after graduating college. My opinion, stick with myspace ;)

Was this review helpful to you? (yes) (no)   (Report this)


★★★★★ **One Million users can't be wrong**, April 15, 2005
Reviewer: **Reid Olson** (Winona, MN) - See all my reviews
REAL NAME™

This is in my opinon the best site on the internet. Every other friend site will clutter the page with a bunch of crap you don't need. This is simple easy and dosen't have a bunch of confusing features. It's the simplicity that makes it so addictive.

Was this review helpful to you? (yes) (no)   (Report this)


1 of 4 people found the following review helpful:

★☆☆☆☆ **RIP OFF!**, April 12, 2005
Reviewer: **Winston Williams** (Seattle, WA) - See all my reviews
REAL NAME™

This site is a complete rip-off of ConnectU. I can't believe that they haven't been shut down yet. The guy was actually working for ConnectU and stole the source code. Don't use this site!

Was this review helpful to you? (yes) (no)   (Report this)


2 of 2 people found the following review helpful:

★★★★☆ **Mesmerizing but fragile.**, January 4, 2005
Reviewer: **Henry Hattemer "DeepestBore"** (Seattle, WA USA) - See all my reviews



Register with your university email address and the collegiate population is yours for browsing. Pictures and personal data for seemingly everyone at your school, plus access to the same information for students at other schools - what more could you ask of a site with the name thefacebook.com?

Ask your peers to "be your friend," and, if they accept, they join your network. The site even offers to show you a visualization of your network - a map of your friendships.

Unfortunately, as with all social networking sites, the same gizmo that allows them to rise in popularity so rapidly can just as quickly lead them to irrelevancy.

Thefacebook.com is battling that with a steady stream of new features.

Was this review helpful to you?  (yes) (no)   (Report this)

> **See all 8 customer reviews...**

## This site is in the following category:

- Reference/Education/Colleges and Universities/College Life

- **I am familiar with this website and I want to review it.**
- E-mail a friend about this site.
- Correct errors or omissions in the Contact Information.

**Where's My Stuff?**
• Track your recent orders.
• View or change your orders in Your Account.

**Shipping & Returns**
• See our shipping rates & policies.
• Return an item (here's our Returns Policy).

**Need Help?**
• New customer? Click here to learn about searching, browsing, and shopping at Amazon.com.
• Forgot your password? Click here.
• Redeem or buy a gift certificate.
• Visit our Help department.

Search  All Products    for  

**Turn your past purchases into $$$**
**Learn more about selling at Amazon.com today!**

Top of Page

Amazon.com Home | Directory of All Stores

Our International Sites: Canada | United Kingdom | Germany | Japan | France | China

Contact Us | Help | Shopping Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Releases | Careers

Conditions of Use | Privacy Notice © 1995-2005, Amazon.com, Inc. or its affiliates