# EXHIBIT 8

Dockets.Justia.com

1  G. HOPKINS GUY, III (State Bar No. 124811)
       hopguy@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
       nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
       mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
       tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
       ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA  94025
   Telephone:    650-614-7400
8  Facsimile:    650-614-7401

9  Attorneys for Plaintiffs
   THE FACEBOOK, INC. and MARK ZUCKERBERG
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                   SAN JOSE DIVISION

14

15  THE FACEBOOK, INC. and MARK            Case No.  5:07-CV-01389-RS
    ZUCKERBERG,
16                                         **FACEBOOK'S FIRST SET OF**
                  Plaintiffs,              **REQUESTS FOR PRODUCTION OF**
17                                         **DOCUMENTS TO PACIFIC**
           v.                              **NORTHWEST SOFTWARE**
18
    CONNECTU, INC. (formerly known as      **(REQUEST NOS. 1-96)**
19  CONNECTU, LLC), CAMERON
    WINKLEVOSS, TYLER WINKLEVOSS,
20  DIVYA NARENDRA, PACIFIC
    NORTHWEST SOFTWARE, INC.,
21  WINSTON WILLIAMS, WAYNE CHANG,
    and DAVID GUCWA,
22
                  Defendants.
23

24

25

26

27

28

YOU ARE HEREBY REQUESTED, pursuant to Rule 34 of the Federal Rules of Civil Procedure, to respond to the following requests for production separately and fully, in writing, and under penalty of perjury, within thirty (30) days after service.

## DEFINITIONS

A.  "FACEBOOK" means, without limitation, TheFacebook, Inc., its past and present parents, subsidiaries, affiliates, predecessors, divisions, officers, directors, trustees, employees, staff members, agents, counsel, representatives, consultants, and ALL persons acting or purporting to act on its behalf.

B.  "CONNECTU" means defendant ConnectU LLC, ConnectU, Inc., Harvard Connection, and their directors, officers, parents, subsidiaries, predecessors, successors, assigns, agents, servants, employees, investigators, attorneys, AND ALL other persons AND entities representing them, acting on their behalf, or purporting to act on their behalf, including Howard Winklevoss, Cameron Winklevoss, Tyler Winklevoss, Divya Narendra AND Maria Antonelli.

C.  "YOU" means defendant Pacific Northwest Software, Inc., and its directors, officers, parents, subsidiaries, predecessors, successors, assigns, agents, servants, employees, investigators, attorneys, AND ALL other persons AND entities representing it, acting on its behalf, or purporting to act on its behalf.

D.  The term "DOCUMENT" means the original and each non-identical copy of ANY written, printed, typed, recorded, computerized, electronic, taped, graphic, or other matter, in whatever form, whether in final or draft, including but not limited to, ALL materials that constitute "writings" or "recordings" or "photographs" within the broadest meaning of the term "Writing" as defined in California Code of Evidence sections 250, 255, and 260, AND ALL materials that constitute "documents" within the broadest meaning of Rule 34 of the Federal Rules of Civil Procedure. DOCUMENT includes, without limitation, printed matter, electronic mail, materials stored on computer hard drives, diskettes, tapes, ANY other computer media, recorded voice mail messages and ANY other information stored magnetically, optically or electronically.

E.  "COMMUNICATION" means ANY contact, oral or documentary, formal or

informal, at ANY place or under ANY circumstances whatsoever whereby information of ANY nature is transmitted or transferred, including, without limitation, ANY note, memorandum or other record thereof, or a single person seeing or hearing ANY information by ANY means.

F.      "COMPUTER CODE" means scripts, programs, or other code that YOU developed or in any way participated or assisted in the development thereof, in any computer language (such as "PHP" or "Perl"), used to access thefacebook.com, facebook.com, or any other FACEBOOK server or send email to FACEBOOK users.

G.      "LAWSUITS" means the following actions:  *ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss and Divya Narendra v. Facebook, Inc., Mark Zuckerberg, Eduardo Saverin, Dustin Moskovitz, Andrew McCollum, and Facebook LLC* (District of Massachusetts Case No. 1:07-CV-10593-DPW); *ConnectU LLC v. Mark Zuckerberg, Eduardo Saverin, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and TheFacebook.com a/k/a TheFacebook* (District of Massachusetts Case No. 1:04-CV-11923 (DPW)); and *Facebook, Inc. and Mark Zuckerberg v. ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, Pacific Northwest Software, Winston Williams, Wayne Chang, and David Gucwa* (Northern District of California Case No. 5:07-CV-01389-RS); *ConnectU LLC v. Mark Zuckerberg, Eduardo Saverin, Dustin Moskovitz, Andrew McCollum, Christopher Hughes, and TheFacebook.com a/k/a TheFacebook* (First Circuit Court of Appeals Case No. 07-1796)

## INSTRUCTIONS

A.      In responding to the following requests, you are required to provide ALL DOCUMENTS that are available to YOU or within YOUR control, including DOCUMENTS in the possession of YOUR attorneys, investigators, employees, agents, representatives, and guardians or any other person acting on YOUR behalf, and not merely DOCUMENTS from YOUR own personal files.

B.      If YOU object to any of the requests, YOU must state the grounds for any objection(s).  If YOU object to only part of a request, YOU must state the objection and the grounds for any objection(s) and respond to the remainder of the request.

C.      If YOU object to the production of any document on the grounds that it is

protected from disclosure by the attorney-client privilege, work-product doctrine, or any other

privilege, YOU are requested to identify each document for which the privilege is claimed and

give ALL information required by applicable case law, including but not limited to the following:

      a.     the name of the writer, sender, or initiator of each copy of the document;

      b.     the name of the recipient, addressee, or party to whom any copy of the document was sent;

      c.     the date of each copy of the document, if any, or an estimate of its date;

      d.     a statement of the basis for the claim of privilege; and

      e.     description of the document sufficient for the Court to rule on the applicability and appropriateness of the claimed privilege.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

    All DOCUMENTS or COMMUNICATIONS concerning or RELATED TO FACEBOOK.

**REQUEST FOR PRODUCTION NO. 2:**

    All DOCUMENTS or COMMUNICATIONS concerning or RELATED TO CONNECTU.

**REQUEST FOR PRODUCTION NO. 3:**

    All versions of COMPUTER CODE YOU wrote, programmed or helped develop for use by CONNECTU, Cameron Winklevoss, Tyler Winklevoss, or Divya Narendra between February 4, 2003 and the present.

**REQUEST FOR PRODUCTION NO. 4:**

    All DOCUMENTS or COMMUNICATIONS concerning or RELATED TO Wayne Chang.

**REQUEST FOR PRODUCTION NO. 5:**

    All DOCUMENTS or COMMUNICATIONS concerning or RELATED TO David Gucwa.

**REQUEST FOR PRODUCTION NO. 6**:

All DOCUMENTS or COMMUNICATIONS concerning or RELATED TO Cameron Winklevoss.

**REQUEST FOR PRODUCTION NO. 7**:

All DOCUMENTS or COMMUNICATIONS concerning or RELATED TO Tyler Winklevoss.

**REQUEST FOR PRODUCTION NO. 8**:

All DOCUMENTS or COMMUNICATIONS concerning or RELATED TO Divya Narendra.

**REQUEST FOR PRODUCTION NO. 9**:

All DOCUMENTS or COMMUNICATIONS concerning or RELATED TO the software program called "Social Butterfly."

**REQUEST FOR PRODUCTION NO. 10**:

All DOCUMENTS or COMMUNICATIONS concerning or RELATED TO the software program called "Importer."

**REQUEST FOR PRODUCTION NO. 11**:

All DOCUMENTS concerning or RELATED TO iMarc LLC, Marc Pierrat, Nils Menton, Dave Tufts, Fred LeBlanc, and/or Nick Grant.

**REQUEST FOR PRODUCTION NO. 12**:

All DOCUMENTS concerning or RELATED TO Mark Zuckerberg.

**REQUEST FOR PRODUCTION NO. 13**:

All DOCUMENTS or COMMUNICATIONS concerning or RELATED TO Howard Winklevoss, Winklevoss Consultants, Inc., Winklevoss Technologies, RowAmerica LLC, and/or Maria Antonelli.

**REQUEST FOR PRODUCTION NO. 14**:

All DOCUMENTS or COMMUNICATIONS concerning or RELATED TO Eduardo Saverin, Dustin Moskovitz, Andrew McCollum, and/or Christopher Hughes.

**REQUEST FOR PRODUCTION NO. 15**:

A copy of all executable versions of COMPUTER CODE YOU developed or helped develop for CONNECTU.

**REQUEST FOR PRODUCTION NO. 16**:

All DOCUMENTS that summarize, describe, refer to, or reflect the work performed by Winston Williams as identified in PNS0571149-PNS0571134 and PNS01759-PNS01777.

**REQUEST FOR PRODUCTION NO. 17**:

All COMMUNICATIONS to YOU informing YOU of YOUR obligation to preserve all DOCUMENTS and WORK PRODUCT related to CONNECTU between September 2005 and February 2007.

**REQUEST FOR PRODUCTION NO. 18**:

DOCUMENTS sufficient to show that any computer or electronic device containing any work described in PNS0571149-PNS0571134 and PNS01766-PNS01777 was imaged, copied or otherwise preserved.

**REQUEST FOR PRODUCTION NO. 19**:

A copy of all engagement letters that evidence the representation of YOU in any lawsuit involving or RELATED TO CONNECTU, Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, Wayne Chang, David Gucwa, i2hub, Howard Winklevoss, Winklevoss Consultants, pickatime.com, FACEBOOK, and/or Mark Zuckerberg.

**REQUEST FOR PRODUCTION NO. 20**:

All DOCUMENTS that summarize, describe or refer to the LAWSUITS.

**REQUEST FOR PRODUCTION NO. 21**:

A copy of all DOCUMENTS and things YOU collected, copied, saved, or otherwise preserved in response to the September 26, 2006, subpoena issued to YOU by the Western District of Washington in the District of Massachusetts action entitled *ConnectU LLC v. Mark Zuckerberg, et al.* (case number 1:04-CV-11923 (DPW)).

**REQUEST FOR PRODUCTION NO. 22**:

All DOCUMENTS or COMMUNICATIONS concerning or RELATED TO i2hub and/or i2hub LLC.

**REQUEST FOR PRODUCTION NO. 23**:

All DOCUMENTS YOU recently located, identified, retrieved, analyzed or reviewed for purposes of potentially supplementing YOUR responses to Facebook's interrogatories 3 and 4, as described in YOUR Opposition to Plaintiffs' Motion to Compel (Docket No. 220) including, without limitation, files discovered on servers 207.244.158.164, 207.244.158.165, and 207.244.158.34.

**REQUEST FOR PRODUCTION NO. 24**:

All DOCUMENTS that summarize, describe, refer to, or constitute efforts or instructions either to YOU and/or by YOU, to preserve DOCUMENTS in response to the December 28, 2006, subpoena issued to YOU by the Superior Court of Washington in the present action, in response to your knowledge of the filing or imminence of one or more LAWSUITS, and/or for any other reason.

**REQUEST FOR PRODUCTION NO. 25**:

All DOCUMENTS that summarize, describe, refer to, contain, or RELATE TO any proxy server, or list of proxy servers, used in connection with COMPUTER CODE or other work YOU performed for CONNECTU, including (but not limited to) proxy servers associated with the following IP addresses: 66.96.217.229, 67.131.250.102, and/or 67.18.33.226.

**REQUEST FOR PRODUCTION NO. 26**:

All DOCUMENTS that summarize, describe, refer to, constitute, or RELATE TO any database in which YOU stored email addresses, profile information, log-in credentials, or other information retrieved from any FACEBOOK website, computer or server.

**REQUEST FOR PRODUCTION NO. 27**:

All DOCUMENTS that summarize, describe, refer to, constitute, or RELATE TO emails sent by or on behalf of YOU, pickatime.com, CONNECTU, or iMarc LLC concerning CONNECTU.

**REQUEST FOR PRODUCTION NO. 28**:

All DOCUMENTS that summarize, describe, refer to, constitute, or RELATE TO any proposal, business plan, work specification or other plan for work YOU were to perform for CONNECTU, whether the work was actually performed or not.

**REQUEST FOR PRODUCTION NO. 29**:

All COMMUNICATIONS between YOU, CONNECTU, Winston Williams, pickatime.com, Wayne Chang, iMarc LLC, Ruth Ann Degutis, and/or David Gucwa regarding or RELATING TO FACEBOOK, its website, or the servers it used or accessed.

**REQUEST FOR PRODUCTION NO. 30**:

All COMMUNICATIONS between YOU, CONNECTU, Winston Williams, pickatime.com, Wayne Chang, iMarc LLC, Ruth Ann Degutis, and/or David Gucwa regarding or RELATING TO CONNECTU, its website, or the servers it used or accessed.

**REQUEST FOR PRODUCTION NO. 31**:

All COMMUNICATIONS between YOU, CONNECTU, Winston Williams, pickatime.com, Wayne Chang, iMarc LLC, Ruth Ann Degutis, and/or David Gucwa regarding or RELATING TO any website operated by or for Pacific Northwest Software, or the servers it used or accessed, including (but not limited to) and servers with the URLS www.pnwsoft.com or www.pickatime.com.

**REQUEST FOR PRODUCTION NO. 32**:

All COMMUNICATIONS between YOU and CONNECTU, Winston Williams, Howard Winklevoss, Winklevoss Consultants, Winklevoss, Inc., Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, Wayne Chang, Mike Hayner, John Taves, Joel Voss and/or David Gucwa regarding FACEBOOK, its server(s), or FACEBOOK'S website(s).

**REQUEST FOR PRODUCTION NO. 33**:

All COMMUNICATIONS between YOU and CONNECTU, Winston Williams, Howard Winklevoss, Winklevoss Consultants, Winklevoss, Inc., Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, Wayne Chang, Joel Voss, Mike Hayner, John Taves, and/or David Gucwa regarding CONNECTU or its website(s).

**REQUEST FOR PRODUCTION NO. 34**:

All COMMUNICATIONS between YOU and CONNECTU, Winston Williams, Howard Winklevoss, Winklevoss Consultants, Winklevoss, Inc., Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, Wayne Chang, Joel Voss, Mike Hayner, John Taves, and/or David Gucwa regarding Mark Zuckerberg or the work he performed for HARVARDCONNECTION, CONNECTU, Cameron Winklevoss, Tyler Winklevoss, and/or Divya Narendra.

**REQUEST FOR PRODUCTION NO. 35**:

All COMMUNICATIONS between YOU and CONNECTU, Howard Winklevoss, Winklevoss Consultants, Winklevoss, Inc., Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, Wayne Chang, David Gucwa, Winston Williams, and/or Joel Voss regarding HARVARDCONNECTION or the harvardconnection.com website.

**REQUEST FOR PRODUCTION NO. 36**:

All COMMUNICATIONS between YOU and  Winston Williams, or any of YOUR employees and consultants, including Wayne Chang, John Taves, Joel Voss, Mike Hayner, Alex Novikov, Alex Shkuropat, "PICKATIME\mrprimate," "PICKATIME\mhayner," "PICKATIME\jvoss," "PICKATIME\jt," and/or "PICKATIME\ashkuropat," or anyone with an email address styled as "_____@pnwsoft.com "or "_____@pickatime.com", regarding CONNECTU and/ or its website(s).

**REQUEST FOR PRODUCTION NO. 37**:

All COMMUNICATIONS between YOU and iMarc or any of its employees, including Marc Pierrat, Nils Menton, Dave Tufts, Fred LeBlanc, Nick Grant, or anyone with an email address styled as "_____@imarc.net."

**REQUEST FOR PRODUCTION NO. 38**:

All DOCUMENTS regarding the work performed by Pick-a-Time for YOU.

**REQUEST FOR PRODUCTION NO. 39**:

All DOCUMENTS regarding services, including hosting services, provided to YOU by Pick-A-Time.

**REQUEST FOR PRODUCTION NO. 40**:

All COMMUNICATIONS regarding any work YOU performed for CONNECTU, pickatime.com, Howard Winklevoss, Winklevoss Consultants, Winklevoss Inc., Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, Wayne Chang, David Gucwa, i2hub, and/or Joel Voss, including any development work YOU performed on computer programs variously titled "Social Butterfly," "importer," "Facebook Importer," "grabFacebook.php," "grabFacebook2.php," "social network spider" or "crawler."

**REQUEST FOR PRODUCTION NO. 41**:

A copy of all versions of COMPUTER CODE (including, without limitation, source code, object code and scripts) YOU wrote for, or for which YOU were paid by, i2Hub, pickatime.com, CONNECTU, Howard Winklevoss, Winklevoss Consultants, Winklevoss, Inc., Maria Antonelli, RowAmerica LLC, Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, Wayne Chang, David Gucwa, i2hub, and/or Joel Voss that was designed to extract information from any website, including thefacebook.com or facebook.com, friendster.com, myspace.com, and/or hi5.com.

**REQUEST FOR PRODUCTION NO. 42**:

A copy, including an executable copy, of all versions of COMPUTER CODE RELATED TO the script, attached hereto, contained at PNS0002119.

**REQUEST FOR PRODUCTION NO. 43**:

All documents related to any account YOU created to access any Facebook website, including thefacebook.com and facebook.com.

**REQUEST FOR PRODUCTION NO. 44**:

All COMMUNICATIONS RELATED TO the script, attached hereto, contained at PNS0002119, including all COMMUNICATIONS concerning the reasons for developing the script, and any results obtained from running such script.

**REQUEST FOR PRODUCTION NO. 45**:

All documents related to each of the affirmative defenses YOU assert in YOUR answer to the Second Amended Complaint.

**REQUEST FOR PRODUCTION NO. 46**:

All COMMUNICATIONS concerning or RELATED TO CONNECTU, FACEBOOK, or Mark Zuckerberg with any purported programmer or author of source code for programs hosted by CONNECTU, Harvard Connection and/or www.connectu.com, including (but not limited to) all COMMUNICATIONS with Winston Williams, Victor Gao, Sanjay Mavinkurve, Joseph Jackson, Wayne Chang, David Gucwa, iMarc LLC, Marc Pierrat, Nils Menton, Dave Tufts, Fred LeBlanc, Nick Grant, John Taves, Joel Voss, Mike Hayner, Alex Novikov, Alex Shkuropat, "PICKATIME\mrprimate," "PICKATIME\mhayner," "PICKATIME\jvoss," "PICKATIME\jt," and/or "PICKATIME\ashkuropat."

**REQUEST FOR PRODUCTION NO. 47**:

All COMMUNICATIONS concerning any work designed to integrate the program known as "i2hub" with CONNECTU.

**REQUEST FOR PRODUCTION NO. 48**:

All COMMUNICATIONS in Instant Messaging format concerning CONNECTU, Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, Howard Winklevoss, Winston Williams, David Gucwa, Winklevoss Consultants, RowAmerica LLC, and/or Maria Antonelli.

**REQUEST FOR PRODUCTION NO. 49**:

All COMMUNICATIONS using Instant Messaging format, including (but not limited to) all COMMUNICATIONS using the AOL Instant Messanger ("AIM") "user name "jtpickatime," concerning CONNECTU, PACIFIC NORTHWEST SOFTWARE, Winston Williams, Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, Howard Winklevoss, Wayne Chang, David Gucwa, Winklevoss Consultants, RowAmerica LLC, i2hub, and/or Maria Antonelli.

**REQUEST FOR PRODUCTION NO. 50**:

All COMMUNICATIONS in Instant Messaging format, including (but not limited to) all COMMUNICATIONS using the AOL Instant Messanger ("AIM") "user name "jtpickatime," concerning FACEBOOK, Mark Zuckerberg, Christopher Hughes, Dustin Moskovitz, Eduardo Saverin, and/or Andrew McCollum.

1    **REQUEST FOR PRODUCTION NO. 51**:

2        All COMMUNICATIONS with i2hub or Ruth Ann Degutis concerning FACEBOOK

3    and/or CONNECTU.

4    **REQUEST FOR PRODUCTION NO. 52**:

5        All COMMUNICATIONS and DOCUMENTS that refer to the source (i.e., the name of

6    the person who provided the information to YOU) and identity (i.e., the name of the person who

7    created the log-in name and password provided to YOU) for all log-ins and passwords YOU,

8    CONNECTU, Winston Williams, www.pickatime.com, i2hub or anyone on YOUR behalf used

9    to access the FACEBOOK website, including (but not limited to) all of the following logins

10    and/or passwords: (a) zuzana@bu.edu & password "123"; (b) sj391@columbia.edu & password

11    "east"; (c) lbowman@wellesley.edu & password "Divya"; (d) rdegutis@student.umass.edu &

12    password "ruth1783"; (e) r16@duke.edu & password "nacho"; (f) mjhall@fas.harvard.edu &

13    password "hallmark"; (g) bolger@umich.edu & password "bolger"; (h)

14    maria.rocha_oliviera@tufts.edu & password "maria"; (i) Christopher.librandi@yale.edu &

15    password "christoph"; (j) jm245@cornell.edu & password "fishapple"; (k) yee@bu.edu and

16    password "ab1036"; (l) barroseu@bc.edu & password "eutychius"; (m) Beelzebub@brown.edu

17    & password "asdfgh"; (n) hoganc@alum.mit.edu & password "csfb"; (o)

18    porcella@princeton.edu & password "angelo"; (p) carlsson@stanford.edu & password

19    "fake_pwd"; (q) Stinab8@ucla.edu & password "divya"; (r) sen4@georgetown.edu & password

20    "sexyrena"; (s)singer.d@neu.edu & password "1211"; (t) mj405@nyu.edu & password

21    "rajubros"; (u) porcella@princeton.edu & password "frankmaria"; (v) cmg25@georgetown.edu

22    & password "top59gun"; (w) sk1281@columbia.edu & password "khalid1" and (x)

23    jhn2102@columbia.edu & password "onitsuka."

24    **REQUEST FOR PRODUCTION NO. 53**:

25        All COMMUNICATIONS concerning the development of all computer databases (or

26    specific database schemas, tables, modules, procedures, scripts or sub-routines) that YOU,

27    Winston Williams, www.pickatime.com, CONNECTU, iMarc LLC or i2hub developed or in any

28    way participated or assisted in the development thereof, in any computer language (such as

"PHP," "html," "SQL" or "Perl"), which computer databases (or specific database schemas, tables, modules, procedures, scripts or sub-routines) were used to store communications with FACEBOOK users or to store information downloaded or received from thefacebook.com, facebook.com, or any other FACEBOOK server. Such computer databases, schemas, tables, modules, procedures, scripts or sub-routines include, but are not limited to, any computer programs associated with the names "profile importer," "profile grabber," "importer," "Facebook importer," "crawler," "grabFacebook.php," "grabFacebook2.php," "importer.i2hub.com," "import system" and/or "Social Butterfly."

**REQUEST FOR PRODUCTION NO. 54:**

All COMMUNICATIONS or DOCUMENTS reflecting any computer database(s) (or specific database schema(s), table(s), module(s), procedure(s), script(s) or sub-routine(s)) used to send email to FACEBOOK USERS on behalf of CONNECTU, www.pickatime.com, iMarc LLC, and/or i2hub. Such computer databases, schemas, tables, modules, procedures, scripts or sub-routines include, but are not limited to, any computer programs associated with the names "profile importer," "profile grabber," "importer," "Facebook importer," "crawler," "grabFacebook.php," "grabFacebook2.php," "importer.i2hub.com," "import system" and/or "Social Butterfly."

**REQUEST FOR PRODUCTION NO. 55:**

All COMMUNICATIONS or DOCUMENTS associated with, concerning, reflecting, or RELATED TO the following uniform resource locators: (a) http://dev.connectu.com/importer; (b) http://www.connectu.com/importer; (c) http://cu.pnwsoft.com/import; (d) www3.pickatime.com; (e) cu.pnwsoft.com; (f) ch.pnwsoft.com; (g) www.pnwsoft.com; (h) jtpnwsoft.com; (i) db.pickatime.com; (j) hop.pickatime.com; (k) http://www.i2hub.com/dgucwa/face; (l) www.i2hubdgucwa/face; (m) unix15.dmbhosting.com; (n) webconnectu.com; and/or (o) wwpnwsoft.com.

**REQUEST FOR PRODUCTION NO. 56:**

All DOCUMENTS sufficient to IDENTIFY electronic communication accounts from which YOU performed work for CONNECTU. "Electronic communication accounts" means

accounts used to facilitate electronic communications, including: email addresses (e.g.,

jtpnws@pick_a_time.com, john.taves@pnwsoft.com, etc.); instant messaging accounts offered

by sites such as America On-Line, Yahoo! and ConnectU (e.g., "jtpickatime" on AOL Instant

Messenger ("AIM"), etc.); registered user account names and passwords for Internet-based

services, bulletin boards, chatrooms, blogs, e-mail, and world-wide-websites that permit person-

to-person electronic communication (e.g., login identifier lbowman@wellesley.edu and password

"Divya" for access to social networks like www.facebook.com, www.friendster.com,

www.hi5.com, www.myspace.com, and www.connectu.com); and/or computer IP addresses for

computers through which electronic communications were performed on behalf of CONNECTU

(e.g., personal IP address 24.22.165.112, PNS server 207.244.158.164, etc.). YOUR response

should specifically IDENTIFY the relevant screen name, email address, domain name, login

identifier, account name, password, and/or IP address by date of use.

**REQUEST FOR PRODUCTION NO. 57**:

     All COMMUNICATIONS or DOCUMENTS concerning or RELATED TO the use of

any server, including proxy server, to access FACEBOOK's server(s) or website(s), including

(but not limited to) copies of ALL COMMUNICATIONS concerning or RELATED TO the use

of any computer possessing or assigned the following IP addresses: 24.22.165.112;

24.34.190.94; 69.13.181.29; 192.168.0.35; 199.98.29.103; 128.227.95.113; 207.244.158.164;

207.114.225.164; 207.244.158.165; 207.244.158.34; 216.127.32.54; and/or 216.127.32.228.

**REQUEST FOR PRODUCTION NO. 58**:

     All COMMUNICATIONS or DOCUMENTS associated with, concerning, or RELATED

TO any database schema or tables maintained for or on behalf of CONNECTU, including (but not

limited to) the database schema or table hosted at any of the following IP addresses and called

"connectu": 24.22.165.112; 24.34.190.94; 69.13.181.29; 192.168.0.35; 199.98.29.103;

128.227.95.113; 207.244.158.164; 207.114.225.164; 207.244.158.165; 207.244.158.34;

216.127.32.54; and/or 216.127.32.228.

**REQUEST FOR PRODUCTION NO. 59**:

     All COMMUNICATIONS or DOCUMENTS concerning or RELATED TO the sending

1    of emails or solicitations to join CONNECTU to any user of FACEBOOK from computers

2    possessing or assigned the following IP addresses: 24.22.165.112; 24.34.190.94; 69.13.181.29;

3    192.168.0.35; 199.98.29.103; 128.227.95.113; 207.244.158.164; 207.114.225.164;

4    207.244.158.165; 207.244.158.34; 216.127.32.54; and/or 216.127.32.228.

5    **REQUEST FOR PRODUCTION NO. 60**:

6    All COMMUNICATIONS or DOCUMENTS associated with, concerning or RELATED

7    TO the database and COMPUTER CODE stored in a "Subversion" version control system

8    available at the following uniform resource locators: http://db.pickatime.com:900/svn/Connect,

9    http://db.pickatime.com:900/svn/connect/ConnectU, and/or http://cu.pnwsoft.com.

10    **REQUEST FOR PRODUCTION NO. 61**:

11    All COMMUNICATIONS or DOCUMENTS associated with development of any

12    COMPUTER CODE associated with, concerning, or RELATED to CONNECTU and/or

13    FACEBOOK, in which the author is identified by the name "PICKATIME\mrprimate,"

14    "PICKATIME\mhayner," "PICKATIME\jvoss," "PICKATIME\jt," and/or

15    "PICKATIME\ashkuropat."

16    **REQUEST FOR PRODUCTION NO. 62**:`

17    All COMMUNICATIONS or DOCUMENTS available in the mysql database

18    "i2hub.com" associated with, concerning or RELATED TO CONNECTU, FACEBOOK, Mark

19    Zuckerberg, Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, Howard Winklevoss,

20    David Gucwa, www.pickatime.com, Victor Gao, Sanjay Mavinkurve, Joseph Jackson, Winston

21    Williams, iMarc LLC, Marc Pierrat, Nils Menton, Dave Tufts, Fred LeBlanc, Nick Grant, John

22    Taves, Joel Voss, Alex Novikov, Alex Shkuropat, "PICKATIME\mrprimate,"

23    "PICKATIME\mhayner," "PICKATIME\jvoss," "PICKATIME\jt," and/or

24    "PICKATIME\ashkuropat."

25    **REQUEST FOR PRODUCTION NO. 63**:

26    All COMMUNICATIONS or DOCUMENTS concerning any complaints from users of

27    the FACEBOOK website concerning the receipt of emails, SPAM, solicitations, or invitations to

28    join the CONNECTU website.

**REQUEST FOR PRODUCTION NO. 64**:

All COMMUNICATIONS or DOCUMENTS that summarize, describe, refer to or constitute any complaints from users of any website, college, business, or social network concerning the receipt of emails, SPAM, solicitations, or invitations to join the CONNECTU website, including complaints from (but not limited to) users of the websites www.myspace.com, www.friendster.com, or www.hi5.com.

**REQUEST FOR PRODUCTION NO. 65**:

All COMMUNICATIONS or DOCUMENTS, including all COMPUTER CODE, concerning or RELATED TO the "ConnectU Profile Importer" referenced on the attached "Social Butterfly" document with the Bates-number PNS02096.

**REQUEST FOR PRODUCTION NO. 66**:

All COMMUNICATIONS or DOCUMENTS, including all COMPUTER CODE, concerning or RELATED TO the "Profile Grabber" referenced on the attached "Social Butterfly" document with the Bates-number PNS02096.

**REQUEST FOR PRODUCTION NO. 67**:

All COMMUNICATIONS or DOCUMENTS, including all COMPUTER CODE, concerning or RELATED TO the "Prox(ies)" referenced on the attached "Social Butterfly" document with the Bates-number PNS02096.

**REQUEST FOR PRODUCTION NO. 68**:

All COMMUNICATIONS or DOCUMENTS, including all COMPUTER CODE, concerning or RELATED TO the "Crawler" referenced on the attached "Social Butterfly" document with the bates-number PNS02096.

**REQUEST FOR PRODUCTION NO. 69**:

All COMMUNICATIONS or DOCUMENTS, including all COMPUTER CODE, concerning or RELATED TO the "Friends List" referenced on the attached "Social Butterfly" document with the Bates-number PNS02096

**REQUEST FOR PRODUCTION NO. 70**:

All COMMUNICATIONS or DOCUMENTS, including all COMPUTER CODE,

concerning or RELATED TO the "Cache" referenced on the attached "Social Butterfly" document with the Bates-number PNS02096.

**REQUEST FOR PRODUCTION NO. 71**:

All COMMUNICATIONS or DOCUMENTS, including all COMPUTER CODE, concerning or RELATED TO the "Email Queue" referenced on the attached "Social Butterfly" document with the Bates-number PNS02096.

**REQUEST FOR PRODUCTION NO. 72**:

All COMMUNICATIONS or DOCUMENTS, including all COMPUTER CODE, concerning or RELATED TO the "Friend Request" referenced on the attached "Social Butterfly" document with the Bates-number PNS02096.

**REQUEST FOR PRODUCTION NO. 73**:

All COMMUNICATIONS or DOCUMENTS, including all COMPUTER CODE, concerning or RELATED TO all statements and statistics contained in YOUR attached May 10, 2005 email (CUCA02972).

**REQUEST FOR PRODUCTION NO. 74**:

All COMMUNICATIONS or DOCUMENTS, including all COMPUTER CODE, concerning or RELATED TO how the statistics contained in the attached May 10, 2005 email (CUCA02972) were calculated.

**REQUEST FOR PRODUCTION NO. 75**:

All COMMUNICATIONS or DOCUMENTS, including all COMPUTER CODE, concerning or RELATED TO the sources of all information contained in the attached May 10, 2005 email (CUCA02972), including all database information used to generate the information.

**REQUEST FOR PRODUCTION NO. 76**:

All DOCUMENTS, contracts, insurance policies, indemnity agreements, or similar agreements associated with YOUR work on behalf of CONNECTU, www.pickatime.com, i2hub, Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, Howard Winklevoss, Wayne Chang, David Gucwa, Winklevoss Consultants, and/or RowAmerica LLC, to the extent YOU contend such DOCUMENT, contract, insurance policy, indemnity agreement, or similar agreement

obligates CONNECTU, www.pickatime.com, i2hub, Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, Howard Winklevoss, Wayne Chang, David Gucwa, Winklevoss Consultants, and/or RowAmerica LLC to pay all or part of any portions of damages, costs, or attorneys fees in any of the LAWSUITS.

**REQUEST FOR PRODUCTION NO. 77**:

All DOCUMENTS reflecting the value of any services YOU rendered on behalf of any of CONNECTU, www.pickatime.com, i2hub, Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, Howard Winklevoss, Wayne Chang, David Gucwa, Winklevoss Consultants, and/or RowAmerica LLC.

**REQUEST FOR PRODUCTION NO. 78**:

All DOCUMENTS reflecting any agreement or contract for YOU to perform services on behalf of any of CONNECTU, www.pickatime.com, i2hub, Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, Howard Winklevoss, David Gucwa, Winklevoss Consultants, and/or RowAmerica LLC.

**REQUEST FOR PRODUCTION NO. 79**:

All DOCUMENTS reflecting the dates and number of invitations sent by CONNECTU to users of FACEBOOK to join the CONNECTU website.

**REQUEST FOR PRODUCTION NO. 80**:

All DOCUMENTS reflecting any actual or attempted transfer, migration or integration of databases or COMPUTER CODE available at Pacific Northwest Software, iMarc, www.pickatime.com, stallscribbles.com, and/or i2hub.com with or to any server or computer maintained for or on behalf of CONNECTU.

**REQUEST FOR PRODUCTION NO. 81**:

All DOCUMENTS or COMMUNICATIONS concerning this litigation to the extent such DOCUMENTS or COMMUNICATIONS do not evidence communications between YOU and YOUR litigation counsel after they began to represent YOU.

**REQUEST FOR PRODUCTION NO. 82**:

All DOCUMENTS reflecting any investment, or proposed investment, by YOU in

1   CONNECTU.

2   **REQUEST FOR PRODUCTION NO. 83**:

3        All DOCUMENTS reflecting any investment, or proposed investment, in CONNECTU by

4   PERSONS other than YOU.

5   **REQUEST FOR PRODUCTION NO. 84**:

6        All DOCUMENTS reflecting any effort(s) or attempt(s) by YOU to promote or market the

7   CONNECTU website.

8   **REQUEST FOR PRODUCTION NO. 85**:

9        All DOCUMENTS reflecting any effort(s) or attempt(s) by CONNECTU, Cameron

10   Winklevoss, Tyler Winklevoss, Divya Narendra, Howard Winklevoss, Winklevoss Consultants,

11   RowAmerica LLC, Victor Gao, Sanjay Mavinkurve, Joseph Jackson, David Gucwa, Joel Voss,

12   John Taves, Wayne Chang, Winston Williams, and/or iMarc to promote or market the

13   CONNECTU website.

14   **REQUEST FOR PRODUCTION NO. 86**:

15        All DOCUMENTS reflecting any effort(s) or attempt(s) by YOU or www.pickatime.com

16   to promote or market the CONNECTU website.

17   **REQUEST FOR PRODUCTION NO. 87**:

18        All DOCUMENTS reflecting the date(s) of operation and execution of any computer

19   program, source code or script designed to obtain for CONNECTU email addresses, profile

20   information, course information, images, or other data from the FACEBOOK website(s).

21   **REQUEST FOR PRODUCTION NO. 88**:

22        All DOCUMENTS reflecting, associated with, or RELATING TO any of YOUR

23   responses to Interrogatories in this action.

24   **REQUEST FOR PRODUCTION NO. 89**:

25        All DOCUMENTS reflecting, associated with, or RELATING TO the dates of operation

26   of the programs known as "Social Butterfly," "importer," "Facebook Importer,"

27   "grabFacebook.php," "grabFacebook2.php, "social network spider" or "crawler."

28

**REQUEST FOR PRODUCTION NO. 90**:

All DOCUMENTS reflecting, associated with, or RELATED TO the deletion or overwriting by YOU, CONNECTU, Winston Williams, www.pickatime, David Gucwa, Wayne Chang, Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, and/or Howard Winkleovss, of any information (including database information) concerning the identities of FACEBOOK users whose email addresses or profile information originally was obtained as a result of the operation of the programs known as "Social Butterfly," "importer," "Facebook Importer," "grabFacebook.php," "grabFacebook2.php, "social network spider" or "crawler."

**REQUEST FOR PRODUCTION NO. 91**:

An electronic image of the entire computer hard drive(s) or other computer memory devices controlled and used by YOU or any of YOUR agents, employees, assignees or consultants (including, but not limited to, John Taves, Wayne Chang, David Gucwa, Joel Voss, and Winston Williams), to the extent that computer was used to communicate regarding or reflects the creation or development of COMPUTER CODE, or any software reflecting the creation, development and operation of the ConnectU website, the Social Butterfly program, or the Facebook Importer program.

**REQUEST FOR PRODUCTION NO. 92**:

All DOCUMENTS reflecting, associated with or RELATED TO instructions by CONNECTU, Winston Williams, www.pickatime, David Gucwa, Wayne Chang, Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, and/or Howard Winkleovss to cease operation of the programs known as "Social Butterfly," "importer," "Facebook Importer," "grabFacebook.php," "grabFacebook2.php, "social network spider" or "crawler."

**REQUEST FOR PRODUCTION NO. 93**:

All DOCUMENTS reflecting, associated with or RELATED TO any FACEBOOK ID table created to store the identities of Facebook users whose profile or other information were imported by YOU, CONNECTU, Winston Williams, www.pickatime, David Gucwa, Wayne Chang, Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, and/or Howard Winkleovss.

**REQUEST FOR PRODUCTION NO. 94**:

All DOCUMENTS reflecting, associated with or RELATED TO any table called or referred to as "facebook_id table" by YOU, CONNECTU, Winston Williams, www.pickatime, David Gucwa, Wayne Chang, Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, and/or Howard Winkleovss.

**REQUEST FOR PRODUCTION NO. 95**:

One executable copy of each version of COMPUTER CODE developed by YOU, CONNECTU, Winston Williams, Howard Winklevoss, Winklevoss Consultants, Winklevoss, Inc., Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, Wayne Chang, Joel Voss, Mike Hayner, John Taves, and/or David Gucwa, which COMPUTER CODE contains the programs known as "Social Butterfly," "importer," "Facebook Importer," "grabFacebook.php," "grabFacebook2.php, "social network spider" or "crawler."

**REQUEST FOR PRODUCTION NO. 96**:

DOCUMENTS sufficient to identify any web hosting company or data center through which YOU, Pick-a-Time, CONNECTU, or i2Hub stored COMPUTER CODE.


Dated: November 21, 2007                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                            _____
                                                    Theresa A. Sutton
                                                 Attorneys for Plaintiffs
                                            THE FACEBOOK, INC. and MARK
                                                     ZUCKERBERG

1    G. HOPKINS GUY, III (State Bar No. 124811)
      hopguy@orrick.com
2    I. NEEL CHATTERJEE (State Bar No. 173985)
      nchatterjee@orrick.com
3    MONTE COOPER (State Bar No. 196746)
      mcooper@orrick.com
4    THERESA A. SUTTON (State Bar No. 211857)
      tsutton@orrick.com
5    YVONNE P. GREER (State Bar No. 214072)
      ygreer@orrick.com
6    ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
7    Menlo Park, CA  94025
    Telephone:    650-614-7400
8    Facsimile:    650-614-7401

9    Attorneys for Plaintiffs
    THE FACEBOOK, INC. and MARK ZUCKERBERG

10

11                UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                   SAN JOSE DIVISION

14

| | |
|---|---|
| 15  THE FACEBOOK, INC. and MARK ZUCKERBERG, | Case No. 5:07-CV-01389-RS |
| 16 | **PROOF OF SERVICE VIA U.S. MAIL** |
| 17           Plaintiffs, | |
|       v. | |
| 18 | |
| 19  CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, | |
| 20  DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., | |
| 21  WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA, | |
| 22 | |
| 23          Defendants. | |

24

25

26

27

28

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action.  On November 21, 2007, I served the within document(s):

  **1.**  **FACEBOOK'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PACIFIC NORTHWEST SOFTWARE;**

  **2.**  **FACEBOOK'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO WINSTON WILLIAMS.**

| | |
|---|---|
| | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:30 p.m. on November 21, 2007. |
| **X** | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on November 21, 2007. |
| | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
| | By causing personal delivery by [COURIER SERVICE NAME HERE] of the document(s) listed above to the person(s) at the address(es) set forth below.  **NOTE: REQUIRES EXECUTED POS FROM COURIER SERVICE** |

Scott Mosko, Esq.
Lily Lim, Esq.
**Finnegan, Henderson, Farabow, Garrett & Dunner, LLP**
**3300 Hillview Avenue**
**Palo Alto, California 94304-1203**
**Telephone: (650) 849-6600**
Facsimile:   (650) 849-6666

**ATTORNEYS FOR DEFENDANTS CONNECTU INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG**

Valerie M. Wagner, Esq.
**Dechert LLP**
**2440 W. El Camino Real, Suite 700**
**Mountain View, California  94040**
**Telephone: (650) 813-4800**
Facsimile:   (650) 813-4848

**ATTORNEYS FOR DEFENDANT DAVID GUCWA**

I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service this same day in the ordinary course of business.

Executed on November 21, 2007 at Menlo Park, California.  I declare under penalty of

1  perjury under the laws of the State of California that the foregoing is true and correct.

Theresa A. Sutton

OHS West:260342201.1

PROOF OF SERVICE
C-07-1197 MHP