G. HOPKINS GUY, III (State Bar No. 124811)
hopguy@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiffs
FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>Defendants. | Case No. 5:07-CV-01389-RS<br><br>**PLAINTIFFS' MOTION TO SEAL EXHIBITS A AND E-H TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF ITS REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT RE DEFENDANTS' LIABILITY PURSUANT TO PENAL CODE SECTION 502(C), 15 U.S.C. § 7704(A)(1) & 15 U.S.C. § 7704(B)(1) AND EXHIBITS 1-3, 5 AND 7 TO THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL COMPLIANCE BY PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS WITH ORDER GRANTING MOTION TO COMPEL SUPPLEMENTAL INTERROGATORY RESPONSES**<br><br>Date: February 27, 2008<br>Time: 9:30 A.M.<br>Judge: Honorable Richard Seeborg |

Pursuant to Civil L.R. 7-11 and 79-5 (b) and (d), Plaintiffs respectfully submit this motion asking the Court to file under seal Exhibits A and E-H to the Declaration of Theresa A. Sutton in support of Plaintiffs' Reply in Support of Motion For Partial Summary Judgment Regarding Defendants' Liability Pursuant to California Penal Code Section 502(C) and 15 U.S.C. § 7704(a)(1) and 15 U.S.C. § 7704(b)(1) ("Declaration of Theresa A. Sutton) and Exhibits 1-3, 5 and 7 to the Declaration of I. Neel Chatterjee in support of Plaintiffs' Reply In Support Of Motion To Compel Compliance By Defendants Pacific Northwest Software And Winston Williams With Order Granting Motion To Compel Supplemental Interrogatory Responses ("Declaration of I. Neel Chatterjee").

The parties entered into, and the California Superior Court issued, a Stipulated Protective Order on January 23, 2006[1], which prohibits either party from filing in the public record any documents that have been designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order.

**DECLARATION OF THERESA A. SUTTON IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

**Exhibit A** to the Declaration of Theresa A. Sutton is true and correct copy of relevant excerpts from the deposition of Mark Zuckerberg, taken on April 25, 2006. The deposition testimony contained in these excerpts is confidential and has been marked "Highly Confidential-Attorneys Eyes Only" by Facebook pursuant to the Protective Order entered in this matter, and hence is subject to Local Civil Rule 79-5(b).

**Exhibit E** to the Declaration of Theresa A. Sutton is a true and correct copy of an instant message conversation between Mark Zuckerberg and Adam Goldberg, dated August 9, 2004. This document was produced to Defendants in this action in response to a Rule 34 Request for Production of Documents and is Bates numbered FBCA051217. It has been marked "Confidential" by Facebook pursuant to the Protective Order entered in this matter, and hence is subject to Local Civil Rule 79-5(b).

---

[1] The parties are in the process of drafting a new Stipulated Protective Order pursuant to this Court's instructions at the January 16, 2008 Case Management Conference.

1         **Exhibit F** to the Declaration of Theresa A. Sutton is a true and correct copy of an instant message conversation between Mark Zuckerberg and Fallick, dated August 6, 2004. This document was produced to Defendants in this action in response to a Rule 34 Request for Production of Documents and is Bates numbered FBCA051222. It has been marked "Confidential" by Facebook pursuant to the Protective Order entered in this matter, and hence is subject to Local Civil Rule 79-5(b).

        **Exhibit G** to the Declaration of Theresa A. Sutton is a true and correct copy of an email string between Mark Zuckerberg and Scott Sassa, dated February 19, 2005. This document was produced to Defendants in this action in response to a Rule 34 Request for Production of Documents and is Bates numbered FBCA001268 It has been marked "Confidential" by Facebook pursuant to the Protective Order entered in this matter, and hence is subject to Local Civil Rule 79-5(b).

        **Exhibit H** to the Declaration of Theresa A. Sutton is a true and correct copy of an email string between Facebook and a user, Alexander Lee, dated February 20, 2005. This document was produced to Defendants in the Massachusetts action in response to a Rule 34 Request for Production of Documents and is Bates numbered FBMA0095515. It has been marked "Confidential" by Facebook pursuant to the Protective Order entered in this matter, and hence is subject to Local Civil Rule 79-5(b).

**DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL COMPLIANCE BY DEFENDANTS PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS**

        **Exhibit 1** to the Declaration of I. Neel Chatterjee is a true and correct copy of an email communication from Cameron Winklevoss to Wayne Chang, dated February 13, 2005. This document was produced to Plaintiffs by Wayne Chang in this action in response to a Rule 34 Request for Production of Documents and is Bates numbered CHANG-0001376-1378. It has been marked "Confidential" by Chang pursuant to the Protective Order entered in this matter, and hence is subject to Local Civil Rule 79-5(d). Facebook takes no position regarding the propriety of the confidentiality designation of this document.

1       **Exhibit 2** to the Declaration of I. Neel Chatterjee is a true and correct copy of an email communication from Dave Tufts of IMarc to Cameron Winklevoss, dated February 13, 2005. This document was produced to Plaintiffs by Wayne Chang in this action in response to a Rule 34 Request for Production of Documents and is Bates numbered CHANG-0001389-1390. It has been marked Confidential by Chang pursuant to the Protective Order entered in this matter, and hence is subject to Local Civil Rule 79-5(d). Facebook takes no position regarding the propriety of the confidentiality designation of this document.

      **Exhibit 3** to the Declaration of I. Neel Chatterjee is true and correct copy of an email communication from Cameron Winklevoss to Wayne Chang (drttol@gmail.com), dated January 11, 2005. This document was produced to Plaintiffs by Wayne Chang in this action in response to a Rule 34 Request for Production of Documents and is Bates numbered CHANG-0000931. It has been marked "Confidential" by Chang pursuant to the Protective Order entered in this matter, and hence is subject to Local Civil Rule 79-5(d). Facebook takes no position regarding the propriety of the confidentiality designation of this document.

      **Exhibit 5** to the Declaration of I. Neel Chatterjee is a true and correct copy of an email communication from Mike Hayner to Wayne Chang and John Taves, dated October 11, 2005. This document was produced to Plaintiffs by Pacific Northwest Software in this action in response to a Rule 34 Request for Production of Documents and is Bates numbered PNS01133-01136. It has been marked "Confidential" by Pacific Northwest Software pursuant to the Protective Order entered in this matter, and hence is subject to Local Civil Rule 79-5(d). Facebook takes no position regarding the propriety of the confidentiality designation of this document.

      **Exhibit 7** to the Declaration of I. Neel Chatterjee is a true and correct copy of an email communication from Cameron Winklevoss to Wayne Chang (drttol@gmail.com and Winston Williams (mrprimate@pnwsoft.com), dated February 15, 2005. This document was produced to Plaintiffs by Wayne Chang in this action in response to a Rule 34 Request for Production of Documents and is Bates numbered CHANG-0001403. It has been marked "Confidential" by Chang pursuant to the Protective Order entered in this matter, and hence is subject to Local Civil

1 | Rule 79-5(d). Facebook takes no position regarding the propriety of the confidentiality
2 | designation of this document.
3 |
4 | Dated: February 13, 2008      Orrick, Herrington & Sutcliffe LLP
5 |
6 |                                 /s/ Yvonne P. Greer /s/
                                    ───────────────────────────
                                    Yvonne P. Greer
                                    Attorneys for Plaintiffs
7 |                              FACEBOOK, INC. AND MARK ZUCKERBERG

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January___, 2008.

Dated: February 13, 2008.   Respectfully submitted,

/s/ Yvonne P. Greer /s/
Yvonne P. Greer