| | |
|---|---|
| G. HOPKINS GUY, III (State Bar No. 124811)<br>   hopguy@orrick.com<br>I. NEEL CHATTERJEE (State Bar No. 173985)<br>   nchatterjee@orrick.com<br>MONTE COOPER (State Bar No. 196746)<br>   mcooper@orrick.com<br>THERESA A. SUTTON (State Bar No. 211857)<br>   tsutton@orrick.com<br>YVONNE P. GREER (State Bar No. 214072)<br>   ygreer@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650-614-7400<br>Facsimile: 650-614-7401<br><br>Attorneys for Plaintiffs<br>FACEBOOK, INC. and MARK ZUCKERBERG | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>    Defendants. | Case No. 5:07-CV-01389-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBITS A AND E-H TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DEFENDANTS' LIABILITY PURSUANT TO CALIFORNIA PENAL CODE SECTION 502(C) AND 15 U.S.C. § 7704(A)(1) AND 15 U.S.C. § 7704(B)(1)**<br><br>Date: February 27, 2008<br>Time: 9:30 A.M.<br>Judge: Honorable Richard Seeborg |

1   The matter before the Court is Defendants' Administrative Request Pursuant to Local
2   Civil Rule 79-5(b) to File Under Seal Exhibits A And E-H To The Declaration Of Theresa A.
3   Sutton In Support Of Plaintiffs' Reply In Support Of Motion For Partial Summary Judgment
4   Regarding Defendants' Liability Pursuant To California Penal Code Section 502(C) And 15
5   U.S.C. § 7704(A)(1) And 15 U.S.C. § 7704(B)(1).
6       The Court has considered said Administrative Request, and finding good cause, hereby
7   GRANTS Plaintiffs' Administrative Request Pursuant to Local Civil Rule 79-5(b) to File Under
8   Seal Exhibits A And E-H To The Declaration Of Theresa A. Sutton In Support Of Plaintiffs'
9   Reply In Support Of Motion For Partial Summary Judgment Regarding Defendants' Liability
10  Pursuant To California Penal Code Section 502(C) And 15 U.S.C. § 7704(A)(1) And 15 U.S.C. §
11  7704(B)(1).
12      IT IS SO ORDERED.

Dated: _____ ___, 2008

_____
Honorable Richard Seeborg
United States Magistrate Judge
Northern District of California