1 SEAN A. LINCOLN (State Bar No. 136387)
    salincoln@orrick.com
2 I. NEEL CHATTERJEE (State Bar No. 173985)
    nchatterjee@orrick.com
3 MONTE COOPER (State Bar No. 196746)
    mcooper@orrick.com
4 THERESA A. SUTTON (State Bar No. 211857)
    tsutton@orrick.com
5 YVONNE P. GREER (State Bar No. 214072)
    ygreer@orrick.com
6 ORRICK, HERRINGTON & SUTCLIFFE LLP
  1000 Marsh Road
7 Menlo Park, CA 94025
  Telephone:   650-614-7400
8 Facsimile:   650-614-7401

9 Attorneys for Plaintiffs
  THE FACEBOOK, INC. and MARK ZUCKERBERG

FILED
FEB 13 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,<br><br>Defendants. | Case No. 5:07-CV-01389-RS<br><br>**MANUAL FILING NOTIFICATION**<br><br>**EXHIBITS 1-3, 5, 7 TO**<br><br>**DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL COMPLIANCE BY DEFENDANTS PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS WITH ORDER GRANTING MOTION TO COMPEL SUPPLEMENTAL INTERROGATORY RESPONSES**<br><br>Date:  February 27, 2008<br>Time:  9:30 A.M.<br>Judge: Honorable Richard Seeborg |

OHS West:260385620.1

MANUAL FILING NOTIFICATION
5:07-CV-01389-RS

# MANUAL FILING NOTIFICATION

Regarding:

(1) **EXHIBITS 1-3, 5, 7 TO DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL COMPLIANCE BY DEFENDANTS PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS WITH ORDER GRANTING MOTION TO COMPEL SUPPLEMENTAL INTERROGATORY RESPONSES**

(2) This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Confidential - Item Under Seal.**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: February 13, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                            /s/ I. Neel Chatterjee /s/
                                            _____
                                            I. Neel Chatterjee
                                            Attorneys for Plaintiffs
                                            THE FACEBOOK, INC. and
                                            MARK ZUCKERBERG

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 13, 2008. |
| 3 | |
| 4 | |
| 5 | Dated: February 13, 2008.  Respectfully submitted, |
| 6 | /s/ I. Neel Chatterjee /s/<br>I. Neel Chatterjee |