| | |
|---|---|
| 1 | SEAN A. LINCOLN (State Bar No. 136387)<br>    salincoln@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985)<br>    nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746)<br>    mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857)<br>    tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072)<br>    ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 7 | Menlo Park, CA  94025<br>Telephone:    650-614-7400 |
| 8 | Facsimile:     650-614-7401 |

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>                Plaintiffs,<br><br>        v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA,<br><br>                Defendants. | Case No.  5:07-CV-01389-RS<br><br>**ERRATA RE REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT RE DEFENDANTS' LIABILITY PURSUANT TO CALIFORNIA PENAL CODE SECTION 502(C) AND 15 U.S.C. § 7704(A)(1) AND 15 U.S.C. § 7704(B)(1) AND THE DECLARATION OF THERESA A. SUTTON FILED IN SUPPORT THEREOF**<br><br>Date:    February 27, 2008<br>Time:   9:30 A.M.<br>Judge:  Honorable Richard Seeborg |

OHS West:260386466.1

ERRATA
5:07-CV-01389-RS

TO THE COURT, DEFENDANTS AND ATTORNEYS OF RECORD:

It has come to the attention of counsel for Plaintiffs Facebook, Inc. and Mark Zuckerberg, that the Reply in Support of Motion for Partial Summary Judgment Re Defendants' Liability Pursuant to California Penal Code Section 502(c) and 15 U.S.C. § 7704(a)(1) and 15 U.S.C. § 7704(b)(1), Docket No. 310; as well as the Declaration of Theresa A. Sutton filed in support thereof, Docket No. 311, contain typographical errors. Plaintiffs respectfully submit this errata to correct these errors:

| Page:Line | Current Text in Reply Brief | Corrected Text in Reply Brief |
|---|---|---|
| 10:15 | *Inc. v. The Globe.com, Inc.*, 2007 WL 1686966, *3 **(C.D. Cal.)**. As this Court already ruled, "the | *Inc. v. The Globe.com, Inc.*, 2007 WL 1686966, *3 **(C.D. Cal. 2007)**. As this Court already ruled, "the |
| 10:25 | www.**facebook**.com." *Id.* at *4; Sutton Decl. Ex. D. Like the messages sent on MySpace, | www.**myspace**.com." *Id.* at *4; Sutton Decl. Ex. D. Like the messages sent on MySpace, |
| 11:21 | Supp. 2d 1293, 1305 **(2007)** (where court found plaintiff, having "incurred substantial costs in | Supp. 2d 1293, 1305 **(C.D. Cal. 2007)** (where court found plaintiff, having "incurred substantial costs in |

| Page:Line | Current Text in Declaration | Corrected Text in Declaration |
|---|---|---|
| 2:3 | **Plaintiffs** in this action in response to a Rule 34 Request for Production of Documents and is | **Defendants** in this action in response to a Rule 34 Request for Production of Documents and is |

A corrected version of the Reply and Declaration is attached hereto as Exhibits A and B, respectively.

Dated: February 14, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP


/s/ Theresa A. Sutton /s/
Theresa A. Sutton
Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

OHS West:260386466.1

ERRATA
5:07-CV-01389-RS

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 14, 2008.

Dated: February 14, 2008.                    Respectfully submitted,

                                                    /s/ Theresa A. Sutton /s/
                                                    Theresa A. Sutton