1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California  94304
4  Telephone:    (650) 849-6600
   Facsimile:    (650) 849-6666
5

6  Attorneys for Defendants
   ConnectU LLC, Pacific Northwest
7  Software, Inc., Winston Williams, and
   Wayne Chang
8

9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

| 13 | FACEBOOK, INC. and MARK ZUCKERBERG, | CASE NO. C 07-01389 RS |
|---|---|---|
| 14 | | **DEFENDANTS CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE,** |
| 15 | Plaintiffs, | **INC., WINSTON WILLIAMS, AND WAYNE CHANG'S NOTICE OF** |
| 16 | v. | **WITHDRAWAL OF PLEADINGS AT DOCKET NOS. 300 AND 301 AND** |
| 17 | CONNECTU LLC (now known as CONNECTU INC.), ET AL., | **SUBSTITUTION OF PLEADINGS** |
| 18 | Defendants. | Date:        February 27, 2008 |
| 19 | | Time:        9:30 a.m. Courtroom:  4 |
| 20 | | Judge:       Honorable Richard Seeborg |

21

22

23

24

25

26

27

28

1       Defendants ConnectU LLC, Pacific Northwest Software, Inc., Winston Williams, and Wayne

2 Chang hereby withdraw the pleading filed at Docket No. 300 and in its place file the accompanying

3 pleading, entitled DECLARATION OF WINSTON WILLIAMS (REVISED) IN SUPPORT OF

4 DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

5       In addition, Defendants also withdraw the Pleading filed at Docket No. 301 and in its place

6 file the accompanying pleading, entitled DEFENDANTS CONNECTU LLC, PACIFIC

7 NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS (REVISED) OPPOSITION TO

8 PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT.

9       Plaintiffs have agreed to this simultaneous withdrawal and filing of these pleadings.

10 Dated: February 14, 2008               FINNEGAN, HENDERSON, FARABOW,
                                      GARRETT & DUNNER, L.L.P.

11

12

13                                By:_____/s/_____

14                                    Scott R. Mosko
                                   Attorneys for Defendants ConnectU LLC,
                                   Pacific Northwest Software, Inc., Winston

15                                    Williams, and Wayne Chang

16

17

18

19

20

21

22

23

24

25

26

27

28