| | |
|---|---|
| 1 | Scott R. Mosko (State Bar No. 106070)<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone:   (650) 849-6600<br>Facsimile:    (650) 849-6666 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Attorney for Defendants<br>ConnectU LLC, Pacific Northwest<br>Software, Inc., Winston Williams, and<br>Wayne Chang |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., and MARK ZUCKERBERG,<br><br>                Plaintiffs,<br><br>     v.<br><br>CONNECTU LLC, (now known as CONNECTU INC.), ET AL.<br><br>                Defendants. | CASE NO. C 07-01389 RS<br><br>**MANUAL FILING NOTIFICATION**<br><br>**SEALED HIGHLIGHTED AND UNREDACTED VERSION OF DEFENDANTS CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND WAYNE CHANG'S (REVISED) OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:       February 27, 2008<br>Time:      9:30 a.m.<br>Courtroom: 4<br>Judge:     Honorable Richard Seeborg |

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | REGARDING: Sealed Highlighted and Unredacted Version of Defendants' Connectu LLC, Pacific |
| 3 | Northwest Software, Inc., Winston Williams, and Wayne Chang's (Revised) Opposition to Plaintiffs' |
| 4 | Motion for Partial Summary Judgment. |
| 5 |      This filing is in paper or physical form only, and is being maintained in the case file in the |
| 6 | Clerk's office. If you are a participant in this case, these filings will be served in hard-copy shortly. |
| 7 | For information on retrieving these filings directly from the court, please see the court's main web site |
| 8 | at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). These filings were not |
| 9 | efiled for the following reason: |
| 10 | [_] Voluminous Document (PDF file size larger than the efiling system allows). |
| 11 | [_] Unable to Scan Documents |
| 12 | |
| 13 | [_] Physical Object (description): _____ |
| 14 | [ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media |
| 15 | [X] Items Under Seal |
| 16 | [_] Conformance with the Judicial Conference Privacy Policy (General Order 53). |
| 17 | |
| 18 | [_] Other (description): _____ |
| 19 | Dated: February 14, 2008          FINNEGAN, HENDERSON, FARABOW, |
| 20 |                                     GARRETT & DUNNER, L.L.P. |
| |                                     By: _____/s/_____ |
| 21 |                                         Scott R. Mosko |
| |                                         Attorney for Defendants |
| 22 |                                         ConnectU LLC, Pacific Northwest |
| |                                         Software, Inc., Winston Williams, and |
| 23 |                                         Wayne Chang |