| | |
|---|---|
| 1 | Scott R. Mosko (State Bar No. 106070)<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666 |
| 6 | Attorney for Defendants<br>ConnectU LLC, Pacific Northwest<br>Software, Inc., Winston Williams, and<br>Wayne Chang |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., and MARK ZUCKERBERG,<br><br>            Plaintiffs,<br><br>      v.<br><br>CONNECTU LLC, (now known as CONNECTU INC.), ET AL.<br><br>            Defendants. | CASE NO. C 07-01389 RS<br><br>**MANUAL FILING NOTIFICATION**<br><br>**SEALED DECLARATION OF WINSTON WILLIAMS (REVISED) IN SUPPORT OF DEFENDANTS CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND WAYNE CHANG'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:      February 27, 2008<br>Time:      9:30 a.m.<br>Courtroom: 4<br>Judge:     Honorable Richard Seeborg |

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | REGARDING: Declaration of Winston Williams (Revised) in Support of Defendants Connectu LLC, |
| 3 | Pacific Northwest Software, Inc., Winston Williams, and Wayne Chang's Opposition to Plaintiffs' |
| 4 | Motion for Partial Summary Judgment. |
| 5 | This filing is in paper or physical form only, and is being maintained in the case file in the |
| 6 | Clerk's office. If you are a participant in this case, these filings will be served in hard-copy shortly. |
| 7 | For information on retrieving these filings directly from the court, please see the court's main web site |
| 8 | at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). These filings were not |
| 9 | efiled for the following reason: |
| 10 | [_] Voluminous Document (PDF file size larger than the efiling system allows). |
| 11 | [_] Unable to Scan Documents |
| 12 | |
| 13 | [_] Physical Object (description): _____ |
| 14 | [ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media |
| 15 | [X] Items Under Seal |
| 16 | [_] Conformance with the Judicial Conference Privacy Policy (General Order 53). |
| 17 | |
| 18 | [_] Other (description): _____ |
| 19 | Dated: February 14, 2008         FINNEGAN, HENDERSON, FARABOW, |
| 20 |                                                    GARRETT & DUNNER, L.L.P. |
|    |                                                    By:_____/s/_____ |
|    |                                                    Scott R. Mosko |
| 21 |                                                    Attorney for Defendants |
|    |                                                    ConnectU LLC, Pacific Northwest |
| 22 |                                                    Software, Inc., Winston Williams, and |
|    |                                                    Wayne Chang |

479367_1.DOC

MANUAL FILING NOTIFICATION
Case No. 5:07-CV-01389-RS