| | |
|---|---|
| 1 | Scott R. Mosko (State Bar No. 106070)<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666 |
| 6 | Attorney for Defendants<br>ConnectU LLC, Pacific Northwest<br>Software, Inc., Winston Williams, and<br>Wayne Chang |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU LLC, (now known as CONNECTU INC.), ET AL.<br><br>Defendants. | CASE NO. C 07-01389 RS<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: February 27, 2008<br>Time: 9:30 a.m.<br>Courtroom: 4<br>Judge: Honorable Richard Seeborg |

| | |
|---|---|
| 1 | # CERTIFICATE OF SERVICE |
| 2 | I am a citizen of the United States, over the age of 18 years, and not a party to this action. |
| 3 | My place of employment and business address is Finnegan, Henderson, Farabow, Garrett, & Dunner, |
| 4 | L.L.P., 3300 Hillview Avenue, Palo Alto, California 94304. On February 14, 2008, I caused a copy |
| 5 | of the following documents to be served: |

SEALED HIGHLIGHTED AND UNREDACTED VERSION OF DEFENDANTS CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE, INC, WINSTON WILLIAMS, AND WAYNE CHANG'S (REVISED) OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT;

SEALED DECLARATION OF WINSTON WILLIAMS (REVISED) IN SUPPORT OF DEFENDANTS CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND WAYNE CHANG'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT;

to be served on all parties as follows:

| **Attorneys for Plaintiffs**<br>Monte Cooper, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650.614.7400<br>Facsimile: 650.614.7401 | ☐ Via First Class Mail<br>☒ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |
|---|---|

I am readily familiar with my firm's practice for collection and processing correspondence sending documents via hand delivery in the ordinary course of business. I sealed said envelope and placed it for hand delivery at our business offices on February 14, 2008, following ordinary business practice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 14, 2008, at Palo Alto, California.

_____
Randal J. Holderfield