SEAN A. LINCOLN (State Bar No. 136387)
    salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
    nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
    mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
    tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
    ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiffs
FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG AND DOES 1-25,<br><br>Defendants. | Case No. 5:07-CV-01389-RS<br><br>**DECLARATION OF YVONNE GREER SUBMITTING SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. 251]AND MOTION TO COMPEL COMPLIANCE BY PACIFIC NORTHWEST SOFTWARE AND WINSTON WILLIAMS [DOC. 271]**<br><br>Date:    February 27, 2008<br>Time:   9:30 A.M.<br>Judge:  Hon. Richard Seeborg |

OHS West:260390570.1
16069-4 YG2/S98

GREER DECL. ISO MSJ [DOC. 251] AND
MOTION TO COMPEL [DOC. 271]
5:07-CV-01389-RS

Dockets.Justia.com

I, Yvonne P. Greer, declare as follows:

1. I am an associate at the law firm of Orrick, Herrington & Sutcliffe, counsel for Plaintiffs Facebook, Inc. and Mark Zuckerberg in this action, and a member of the Bar of the State of California. I make this declaration in support of Plaintiffs' Motion For Partial Summary Judgment Re Defendants' Liability Pursuant To California Penal Code Section 502(C) And 15 U.S.C. § 7704(A)(1) And 15 U.S.C. § 7704(B)(1) [Doc. 251] ("MSJ") and Motion To Compel Compliance By Defendants Pacific Northwest Software And Winston Williams With Order Granting Motion To Compel Supplemental Interrogatory Responses [Doc. 271] ("Motion to Compel Compliance"). I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. Pacific Northwest Software ("PNS") purportedly sent supplemental documents in response to Plaintiffs document requests on the day replies were due in support of Plaintiffs' MSJ and Motion To Compel Compliance. Attached hereto as **Exhibit A** is a true and correct copy of correspondence received from PNS with its supplemental production of documents, dated February 13, 2008. Plaintiffs did not receive PNS' supplemental document production until February 18, 2008, five days after briefing on the pending motions was completed.

3. The following documents were contained in PNS' supplemental production and provide further support to Plaintiffs' MSJ and Motion To Compel.

4. Attached hereto as **Exhibit B** is a true and correct copy of a document bearing production numbers PNS0600661-663. This document was produced by PNS to Plaintiffs in this action in response to a Rule 34 Request for Production of Documents. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY UNDER SEAL].**

5. Attached hereto as **Exhibit C** is a true and correct copy of a document bearing production numbers PNS0598676-678. This document was produced by PNS to Plaintiffs in this action in response to a Rule 34 Request for Production of Documents. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY UNDER SEAL].**

6. Attached hereto as **Exhibit D** is a true and correct copy of a document bearing production numbers PNS0602084-2086. This document was produced by PNS to Plaintiffs in

this action in response to a Rule 34 Request for Production of Documents. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY UNDER SEAL].**

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge. Executed this 22nd of February, 2008, at Menlo Park, California.

/s/ Yvonne P. Greer /s/<br>
Yvonne P. Greer

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 22, 2008.

Dated: February 22, 2008            Respectfully submitted,

                                              /s/ Yvonne P. Greer /s/
                                                  Yvonne P. Greer