# EXHIBIT A



Stanford Research Park ▪ 3300 Hillview Avenue ▪ Palo Alto, CA 94304-1203 ▪ 650.849.6600 ▪ Fax 650.849.6666
www.finnegan.com

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

SCOTT R. MOSKO
(650) 849-6672
Scott.Mosko@finnegan.com

February 13, 2008

**RECEIVED**
**FEB 1 8 2008**
**OH & S**

Theresa Sutton, Esq.
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

TheFacebook, Inc., et al. v. ConnectU, LLC, et al.
Case No. 5:07-cv-01389-RS - U.S. District Court for the N.D. of California

Dear Ms. Sutton,

Please find enclosed a disk containing Pacific Northwest Software, Inc.'s document production Bates numbered PNS0596273 through PNS0626532. This production has been designated "Confidential" and should be treated as such pursuant to the stipulated protective order in this matter.

Defendants will continue their investigation and, barring any unforeseen circumstances, expect to produce additional responsive documents pursuant to their discovery obligations as well as their written objections on a rolling basis.

Very truly yours,

Scott R. Mosko

Doc. No. 478373