| | |
|---|---|
| 1 | SEAN A. LINCOLN (State Bar No. 136387)<br>   salincoln@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985)<br>   nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746)<br>   mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857)<br>   tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072)<br>   ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 7 | Menlo Park, CA 94025<br>Telephone: 650-614-7400 |
| 8 | Facsimile: 650-614-7401 |
| 9 | Attorneys for Plaintiffs<br>THE FACEBOOK, INC. and MARK ZUCKERBERG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>                Plaintiffs,<br><br>    v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, AND DOES 1-25,<br><br>                Defendants. | Case No. 5:07-CV-01389-RS<br><br>**MANUAL FILING NOTIFICATION**<br><br>**EXHIBIT B TO THE DECLARATION OF YVONNE GREER SUBMITTING SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. 251] AND MOTION TO COMPEL COMPLIANCE BY PACIFIC NORTHWEST SOFTWARE [DOC. 271]**<br><br>Date: February 27, 2008<br>Time: 9:30 A.M.<br>Judge: Honorable Richard Seeborg |

OHS West:260390751.1

MANUAL FILING NOTIFICATION
5:07-CV-01389-RS

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | Regarding: |
| 3 | **(1)  EXHIBIT B TO THE DECLARATION OF YVONNE GREER** |
| 4 | **SUBMITTING SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFFS'** |
| 5 | **MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. 251]AND MOTION TO** |
| 6 | **COMPEL COMPLIANCE BY PACIFIC NORTHWEST SOFTWARE [DOC. 271].** |
| 7 | (2)   This filing is in paper or physical form only, and is being maintained in the case |
| 8 | file in the Clerk's office. |
| 9 | If you are a participant in this case, this filing will be served in hard-copy shortly. |
| 10 | For information on retrieving this filing directly from the court, please see the court's main |
| 11 | web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). |
| 12 | This filing was not efiled for the following reason(s): |
| 13 | [_] Voluminous Document (PDF file size larger than the efiling system allows) |
| 14 | [_] Unable to Scan Documents |
| 15 | [_] Physical Object (description): _____ |
| 16 | [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media |
| 17 | **[X] Confidential - Item Under Seal.** |
| 18 | [_] Conformance with the Judicial Conference Privacy Policy (General Order 53). |
| 19 | [_] Other (description): _____ |
| 20 | Dated: February 22, 2008              ORRICK, HERRINGTON & SUTCLIFFE LLP |

                                            /s/ Yvonne P. Greer /s/
                                        _____
                                                Yvonne P. Greer
                                              Attorneys for Plaintiffs
                                           THE FACEBOOK, INC. and
                                              MARK ZUCKERBERG

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 13, 2008.

Dated: February 22, 2008.                    Respectfully submitted,

                                    /s/ Yvonne P. Greer /s/
                                    Yvonne P. Greer