SEAN A. LINCOLN (State Bar No. 136387)
　salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
　nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
　mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
　tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
　ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:　650-614-7400
Facsimile:　650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, AND DOES 1-25,<br><br>　　　　　Defendants. | Case No. 5:07-CV-01389-RS<br><br>**MANUAL FILING NOTIFICATION**<br><br>**EXHIBIT C TO THE DECLARATION OF YVONNE GREER SUBMITTING SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. 251]AND MOTION TO COMPEL COMPLIANCE BY PACIFIC NORTHWEST SOFTWARE [DOC. 271]**<br><br>Date:　February 27, 2008<br>Time:　9:30 A.M.<br>Judge:　Honorable Richard Seeborg |

OHS West:260390751.2

MANUAL FILING NOTIFICATION
5:07-CV-01389-RS

1 **MANUAL FILING NOTIFICATION**

2     Regarding:

3     **(1)    EXHIBIT C TO THE DECLARATION OF YVONNE GREER**

4 **SUBMITTING SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFFS'**

5 **MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. 251]AND MOTION TO**

6 **COMPEL COMPLIANCE BY PACIFIC NORTHWEST SOFTWARE [DOC. 271].**

7     (2)    This filing is in paper or physical form only, and is being maintained in the case

8 file in the Clerk's office.

9     If you are a participant in this case, this filing will be served in hard-copy shortly.

10     For information on retrieving this filing directly from the court, please see the court's main

11 web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

12     This filing was not efiled for the following reason(s):

13     [_] Voluminous Document (PDF file size larger than the efiling system allows)

14     [_] Unable to Scan Documents

15     [_] Physical Object (description): _____

16     [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

17     **[X] Confidential - Item Under Seal.**

18     [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

19     [_] Other (description): _____

20 Dated: February 22, 2008        ORRICK, HERRINGTON & SUTCLIFFE LLP

22                                         /s/ Yvonne P. Greer /s/
23                                            Yvonne P. Greer
                                           Attorneys for Plaintiffs
24                                          THE FACEBOOK, INC. and
                                           MARK ZUCKERBERG

25

26

27

28

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 13, 2008.

Dated: February 22, 2008.           Respectfully submitted,

                                              /s/ Yvonne P. Greer /s/
                                                  Yvonne P. Greer