SEAN A. LINCOLN (State Bar No. 136387)
  salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
  mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
  tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
  ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiffs
FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>  Plaintiffs,<br><br>  v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>  Defendants. | Case No.  5:07-CV-01389-RS<br><br>**PLAINTIFFS' MOTION TO SEAL (I) PLAINTIFFS' CONFIDENTIAL MOTION; (II) DECLARATION OF THERESA A. SUTTON AND EXHIBITS IN SUPPORT THEREOF; (III) DECLARATION OF GREG ROUSSEL AND EXHIBITS IN SUPPORT THEREOF; AND (IV) DECLARATION OF MARK HOWITSON**<br><br>Date:    May 28, 2008<br>Time:    9:30 A.M.<br>Judge:   Honorable Richard Seeborg |

1 | Pursuant to Civil L.R. 7-11 and 79-5 (d), Plaintiffs respectfully submit this motion asking the Court to file under seal Plaintiffs' Confidential Motion, the Declaration of Theresa A. Sutton and exhibits in support thereof, the Declaration of Greg Roussel and exhibits in support thereof, and the Declaration of Mark Howitson.

The parties entered into, and the California Superior Court issued, a Stipulated Protective Order on January 23, 2006, which prohibits either party from filing in the public record any documents that have been designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order.

Plaintiffs' Confidential Motion, and all declarations and exhibits filed in support thereof, have been designated as highly confidential by the parties. In light of the high profile nature of this case, and the parties' desire to keep the details of this Confidential Motion private, Plaintiffs request that this Motion and its supporting papers remain sealed. The exhibits, which are discussed in the motion, contain commercially sensitive information that, if released to the general public, could adversely affect the parties to this litigation.

Dated: April 23, 2008

Orrick, Herrington & Sutcliffe LLP

/s/ Theresa A. Sutton /s/
Theresa A. Sutton
Attorneys for Plaintiffs
FACEBOOK, INC. AND MARK ZUCKERBERG

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 23, 2008.

Dated: April 23, 2008.                     Respectfully submitted,

                                           /s/ Theresa A. Sutton /s/
                                           Theresa A. Sutton

OHS West:260426350.1
16069-4