SEAN A. LINCOLN (State Bar No. 136387)
  salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
  mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
  tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
  ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiffs
FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>            Plaintiffs,<br><br>    v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG, ,<br><br>            Defendants. | Case No.  5:07-CV-01389-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL (I) PLAINTIFFS' CONFIDENTIAL MOTION; (II) DECLARATION OF THERESA A. SUTTON AND EXHIBITS IN SUPPORT THEREOF; (III) DECLARATION OF GREG ROUSSEL AND EXHIBITS IN SUPPORT THEREOF; AND (IV) DECLARATION OF MARK HOWITSON**<br><br>Date:     May 28, 2008<br>Time:    9:30 A.M.<br>Judge:   Honorable Richard Seeborg |

1   The matter before the Court is Defendants' Administrative Request Pursuant to Local
2   Civil Rule 79-5(b) to File Under Seal Plaintiffs' Confidential Motion, the Declaration of Theresa
3   A. Sutton and exhibits in support thereof, the Declaration of Greg Roussel and exhibits in support
4   thereof, and the Declaration of Mark Howitson.
5       The Court has considered said Administrative Request, and finding good cause, hereby
6   GRANTS Plaintiffs' Administrative Request Pursuant to Local Civil Rule 79-5(b) to File Under
7   Seal Plaintiffs' Confidential Motion, the Declaration of Theresa A. Sutton and exhibits in support
8   thereof, the Declaration of Greg Roussel and exhibits in support thereof, and the Declaration of
9   Mark Howitson.
10      IT IS SO ORDERED.

Dated: _____ \_\_\_, 2008

_____
Honorable Richard Seeborg
United States Magistrate Judge
Northern District of California

OHS West:260426650.1
16069-4

- 1 -

[Proposed] Order Granting plaintiffs'
motion to seal
Case No. 5:07-CV-01389-RS