The Facebook, Inc. v. Connectu, LLC et al Doc. 335

SEAN A. LINCOLN (State Bar No. 136387)
salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THE FACEBOOK, INC. and MARK ZUCKERBERG,

Plaintiffs,

v.

CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS and WAYNE CHANG

Defendants.

Case No. 5:07-CV-01389-RS

**PROOF OF SERVICE**

**VIA FEDERAL EXPRESS AND/OR HAND DELIVERY***



Dockets.Justia.com

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On April 23, 2008, I served the within document(s):

1. **FACEBOOK, INC. AND MARK ZUCKERBERG'S CONFIDENTIAL MOTION WITH [PROPOSED] ORDER GRANTING CONFIDENTIAL MOTION;**
2. **DECLARATION OF GREG ROUSSEL IN SUPPORT OF FACEBOOK, INC. AND MARK ZUCKERBERG'S CONFIDENTIAL MOTION (EXHIBITS ATTACHED);**
3. **DECLARATION OF MARK HOWITSON IN SUPPORT OF FACEBOOK, INC. AND MARK ZUCKERBERG'S CONFIDENTIAL MOTION;**
4. **DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK, INC. AND MARK ZUCKERBERG'S CONFIDENTIAL MOTION (EXHIBITS ATTACHED).**

| | |
|---|---|
| | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:30 p.m. on April 23, 2008. |
| | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on August 9, 2007. |
| **X** | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
| **X** | By causing personal delivery by Careful Courier of the document(s) listed above to the person(s) at the address(es) set forth below. |

**ATTORNEYS FOR DEFENDANTS CONNECTU INC., NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS AND WAYNE CHANG**

**Scott Mosko, Esq.**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666
***Hand Delivery**

**David Azar, Esq.**
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S Figueroa Street, 10th Floor
Los Angeles CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

**Richard I. Werder, Jr., Esq.**
**Peter Calamari, Esq.**
**Adam Wolfson, Esq.**
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

**ATTORNEYS FOR EDUARDO SAVERIN**

**Robert B. Hawk, Esq.**
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

**Daniel K. Hampton, Esq.**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 573-2700
Facsimile: (617) 523-6850

I am readily familiar with my firm's practice for collection and processing correspondence for delivery via Federal Express, to wit, that correspondence be deposited with the Federal Express Courier this same day in the ordinary course of business.

Executed on April 23, 2008 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Karen N. Mudurian

From: Origin ID: HGTA (650)614-7400
Stephanie Hart
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

FedEx Express

E

Ship Date: 23APR08
ActWgt: 3 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

SHIP TO: (212)849-7000 BILL SENDER

Richard I. Werder, Jr.
Quinn Emanuel Urquhart et al.
51 Madison Ave
Fl 22
New York, NY 100101603

Ref # 0016069-000004/010113
Invoice #
PO #
Dept #

RELEASE#: 3785346



TRK# 0201 7984 2684 9491

THU - 24APR A1
STANDARD OVERNIGHT

XA NBPA

10010
NY-US
EWR

FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Stephanie Hart
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



Ship Date: 23APR08
ActWgt: 3 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

SHIP TO: (213)443-3000 BILL SENDER
David Azar, Esq.
Quinn Emanuel Urquhart et al.
865 S Figueroa St
Fl 10
Los Angeles, CA 900172543

Ref # 0016069-000004/010113
Invoice #
PO #
Dept #

RELEASE#: 3785346



TRK# 0201 7989 2678 3086

THU - 24APR A1
STANDARD OVERNIGHT

WZ EMTA

90017
CA-US
LAX



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Stephanie Hart
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



Ship Date: 23APR08
ActWgt: 3 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

SHIP TO: (650)324-7000 BILL SENDER
Robert B. Hawk, Esq.
Heller Ehrman LLP
275 Middlefield Rd

Menlo Park, CA 940253592

Ref # 0016069-000004/010113
Invoice #
PO #
Dept #

RELEASE#: 3785346



TRK# 0201 7989 2678 5067

THU - 24APR A2
STANDARD OVERNIGHT

WA HGTA

94025
CA-US
SFO



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Stephanie Hart
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

FedEx. Express

E

CLS120707/21/24

Ship Date: 23APR08
ActWgt: 3 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code



Ref # 0016069-000004/010113
Invoice #
PO #
Dept #

RELEASE#: 3785346

SHIP TO: (617)573-2700 BILL SENDER

**Daniel K. Hampton, Esq.**
**Holland & Knight LLP**
**10 Saint James Ave**
**Ste 1200**
**Boston, MA 021163889**



TRK# 0201 7904 9967 9828

**THU - 24APR A1**
**STANDARD OVERNIGHT**

**XH GBRA**

02116
**MA-US**
**BOS**



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.