STEVEN C. HOLTZMAN (CA BAR NO. 144177)
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: sholtzman@bsfllp.com

Attorneys for Defendant
CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC., et al.,<br><br>Defendants. | Case No. C 07-01389 RS<br><br>**NOTICE OF APPEARANCE FOR STEVEN C. HOLTZMAN** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Steven C. Holtzman, of the law firm BOIES SCHILLER & FLEXNER LLP, hereby enters an appearance on behalf of Defendant CONNECTU, INC. in the above-captioned matter, and requests that copies of all briefs, motions, orders, correspondence, and other papers be electronically served on the undersigned at sholtzman@bsfllp.com.

| | |
|---|---|
| 1 | Dated: April 23, 2008 |

Dated: April 23, 2008     Respectfully Submitted,

By:        */s/ Steven C. Holtzman*
Steven C. Holtzman (CA Bar No. 144177)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: sholtzman@bsfllp.com