QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Bruce E. Van Dalsem (Bar No. 124128)
brucevandalsem@quinnemanuel.com
Randall T. Garteiser (Bar No. 231821)
randygarteiser@quinnemanuel.com
David E. Azar (Bar No. 218319)
davidazar@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

[Additional attorneys listed on signature page]

Former Attorneys for ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra

FILED

2008 APR 24   1:32

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ORIGINAL

FACEBOOK, INC. and MARK ZUCKERBERG,

    Plaintiffs,

vs.

CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,

    Defendants.

CASE NO. 5:07-CV-01389-RS

**NOTICE OF ATTORNEYS' LIEN**

Judge: Honorable Richard Seeborg

Date: April 24, 2008

TO ALL PARTIES AND TO THEIR COUNSEL, AND TO ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:

PLEASE TAKE NOTICE THAT the undersigned law firm, Quinn Emanuel Urquhart Oliver & Hedges, LLP ("QEUO&H"), was formerly counsel of record for defendants ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss and Divya Narendra ("ConnectU Parties") in *ConnectU, Inc., et al. v. Facebook, Inc., et al.*, 07-CV-10593 (DPW) (D. Mass.) (the

61120/2482286.2

Case No. 5:07-CV-01389-RS
NOTICE OF ATTORNEYS' LIEN

"Massachusetts Action"), an action related to this case in that, among other things, discovery in this action and the Massachusetts Action was coordinated and effectively consolidated. QEUO&H has provided legal services to the ConnectU Parties in connection with this action.

PLEASE TAKE FURTHER NOTICE THAT by virtue of a written attorneys' lien, QEUO&H has and claims a lien over the claims and causes of action of, and any judgment, settlement or other recovery paid to, the ConnectU Parties or any of them, or their successors or assigns, in connection with this action for the purpose of securing payment of attorneys' fees, costs and expenses to QEUO&H on account of its representation of the ConnectU Parties.

PLEASE TAKE FURTHER NOTICE THAT payment of any amount to the ConnectU Parties in consideration of their claims in this action without giving effect to, or making provision for, the lien of QEUO&H shall create liability for intentional interference with the undersigned counsel's economic and contractual rights. *See Levin v. Gulf Ins. Group*, 69 Cal.App.4th 1282, 1287-88 (1999).

DATED: April 24, 2008

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Randall Garteiser
Bruce E. Van Dalsem
Randall T. Garteiser
David E. Azar

Of Counsel:

Peter Calamari
petercalamari@quinnemanuel.com
Richard I. Werder, Jr.
rickwerder@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010-160

Former Attorneys for ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra

## PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action; my business address is: Quinn Emanuel Urquhart Oliver & Hedges, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065.

On April 24, 2008, I served the foregoing document described as **NOTICE OF ATTORNEYS' LIEN** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL** – I deposited such envelope in the mail at Redwood Shores, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Redwood Shores, California in the ordinary course of business. I am aware that on motion of the party served, services is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on <u>April 24, 2008</u> at Redwood Shores, California.

(STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

<u>Rachel Aripez</u>　　　　　　　　　　　_____
Type or Print Name　　　　　　　　　　Signature

-3-

Case No. 5:07-CV-01389-RS
NOTICE OF ATTORNEYS' LIEN

## PROOF OF SERVICE LIST

1
2   I. Neel Chatterjee, Esq.
    Orrick, Herrington & Sutcliffe LLP
3   1000 Marsh Road
    Menlo Park, CA 94025-1015
4   United States
    (650) 614-7400
5   (650) 614-7401 (fax)

6   Robert Hawk, Esq.
    Heller Ehrman LLP
7   275 Middlefield Road
    Menlo Park, CA 94025-3506
8   (650) 324-7000
    (650) 324-0638 (fax)
9
    David Barrett, Esq.
10  Boies, Schiller & Flexner LLP, 7th Floor
    575 Lexington Avenue
11  New York, NY 10022
    (212) 446-2300
12  (212) 446-2350 (fax)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1120/2482286.2

-4-

Case No. 5:07-CV-01389-RS
NOTICE OF ATTORNEYS' LIEN