*E-FILED*
April 25, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FACEBOOK, INC., et al. | No. C 07-01389 RS |
| Plaintiffs, | |
| v. | **ORDER OF RECUSAL** |
| CONNECTU, INC., et al., | |
| Defendants. | |

I hereby recuse myself from hearing or determining any matters as Presiding Judge in the above-entitled action. The Clerk of Court shall randomly reassign this case.

IT IS SO ORDERED.

Dated: April 25, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

I. Neel Chatterjee   nchatterjee@orrick.com, kmudurian@orrick.com

Monte M.F. Cooper   mcooper@orrick.com, adalton@orrick.com, shart@orrick.com

Chester Wren-Ming Day   cday@orrick.com, descamilla@orrick.com, mgirroir@orrick.com

Yvonne Penas Greer   ygreer@orrick.com, atatagiba@orrick.com, sstillman@orrick.com

George Hopkins Guy , III   hopguy@orrick.com, adalton@orrick.com, msagmit@orrick.com

Steven Christopher Holtzman   sholtzman@bsfllp.com

Sean Alan Lincoln , Esq   slincoln@Orrick.com

Scott Richard Mosko   scott.mosko@finnegan.com, doreen.loffredo@finnegan.com, georgia.merner-becker@finnegan.com, john.snow@finnegan.com, randal.holderfield@finnegan.com

Theresa Ann Sutton   tsutton@orrick.com, aako-nai@orrick.com, ygreer@orrick.com

Valerie Margo Wagner   valerie.wagner@dechert.com

Dated: April 25, 2008

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg