QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Bruce E. Van Dalsem (Bar No. 124128)
  brucevandalsem@quinnemanuel.com
  Randall T. Garteiser (Bar No. 231821)
  randygarteiser@quinnemanuel.com
  David E. Azar (Bar No. 218319)
  davidazar@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

[Additional attorneys listed on signature page]

Former Attorneys for ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>vs.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>Defendants. | CASE NO. 5:07-CV-01389-RS<br><br>**PROOF OF SERVICE**<br><br>Judge: Honorable Richard Seeborg<br><br>Date:   April 24, 2008 |

61120/2483316.1

Case No. 5:07-CV-01389-RS
PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action; my business address is: Quinn Emanuel Urquhart Oliver & Hedges, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065.

On April 24, 2008, I served the foregoing document described as **NOTICE OF ATTORNEYS' LIEN** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

**BY MAIL** – I deposited such envelope in the mail at Redwood Shores, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Redwood Shores, California in the ordinary course of business. I am aware that on motion of the party served, services is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 24, 2008 at Redwood Shores, California.

(STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Rachel Aripez
Type or Print Name                                  Signature

-2-                                   Case No. 5:07-CV-01389-RS

PROOF OF SERVICE