UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THE FACEBOOK, INC., et al., | ) | Case No.: C-07-01389 PVT |
| Plaintiffs, | ) | **ORDER OF RECUSAL** |
| v. | ) | |
| CONNECTU, INC., et al., | ) | |
| Defendant. | ) | |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of Court shall randomly reassign this case.

IT IS SO ORDERED.

Dated: *April 25, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge