**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

| Richard W. Wieking | General Court Number |
|---|---|
| Clerk | 408.535.5364 |

### April 25, 2008

**CASE NUMBER: CV 07-01389 RS**
**CASE TITLE: THE FACEBOOK, INC.-v-CONNECTU, LLC, ET AL**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case reassigned to the **Honorable Patricia V. Trumbull** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PVT** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 04/25/08

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 04/25/08 tsh |

CASE SYSTEMS ADMINISTRATOR:
| | |
|---|---|
| Copies to: All Counsel | Transferor CSA |