**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC., | NO. C 07-01389 |
| Plaintiff(s), | **ORDER OF REASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| CONNECTU, LLC, ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Clerk of the Court will now randomly reassign this case to the next available United States Magistrate Judge because both parties have consented to jurisdiction by a United States Magistrate Judge.

YOU ARE FURTHER NOTIFIED THAT any deadlines and hearings previously set before Judge James Ware have been VACATED and should be renoticed before the assigned Magistrate Judge.

Dated: April 28, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

I. Neel Chatterjee nchatterjee@orrick.com,kmudurian@orrick.com

Monte M.F. Cooper mcooper@orrick.com,shart@orrick.com,adalton@orrick.com

Chester Wren-Ming Day cday@orrick.com,mgirroir@orrick.com,descamilla@orrick.com

Yvonne Penas Greer ygreer@orrick.com,atatagiba@orrick.com,sstillman@orrick.com

George Hopkins Guy , III hopguy@orrick.com,msagmit@orrick.com,adalton@orrick.com

Steven Christopher Holtzman sholtzman@bsfllp.com,jchavez@bsfllp.com,jmallari@bsfllp.com

Sean Alan Lincoln , Esq slincoln@Orrick.com

Scott Richard Mosko scott.mosko@finnegan.com,john.snow@finnegan.com,georgia.merner-becker@finnegan.com,randal.holderfield@finnegan.com,doreen.loffredo@finnegan.com

Theresa Ann Sutton tsutton@orrick.com,aako-nai@orrick.com,ygreer@orrick.com

Valerie Margo Wagner valerie.wagner@dechert.com

**Dated: April 28, 2008**          **Richard W. Wieking, Clerk**

**By:** *Elizabeth C Garcia*
**Elizabeth Garcia**
**Courtroom Deputy**