The Facebook, Inc. v. Connectu, LLC et al                                                                    Doc. 344

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC., | NO. C 07-01389 JW |
| Plaintiff(s), | **ORDER VACATING REASSIGNMENT ORDER TO A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| CONNECTU, LLC, ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court *sua sponte* VACATES the previous order of reassignment to the next available magistrate Judge. The Court sets a Case Management Conference for **June 23, 2008 at 10:00 AM** in Courtroom 8, 4th Floor, San Jose before Hon. James Ware. The parties are to file a joint case management statement by **June 13, 2008**. Any other previously set deadlines and hearings before Judge Ware remain as scheduled.

Dated: April 29, 2008

JAMES WARE
United States District Judge

Dockets.Justia.com

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

I. Neel Chatterjee nchatterjee@orrick.com,kmudurian@orrick.com

Monte M.F. Cooper mcooper@orrick.com,shart@orrick.com,adalton@orrick.com

Chester Wren-Ming Day cday@orrick.com,mgirroir@orrick.com,descamilla@orrick.com

Yvonne Penas Greer ygreer@orrick.com,atatagiba@orrick.com,sstillman@orrick.com

George Hopkins Guy , III hopguy@orrick.com,msagmit@orrick.com,adalton@orrick.com

Steven Christopher Holtzman sholtzman@bsfllp.com,jchavez@bsfllp.com,jmallari@bsfllp.com

Sean Alan Lincoln , Esq slincoln@Orrick.com

Scott Richard Mosko scott.mosko@finnegan.com,john.snow@finnegan.com,georgia.merner-becker@finnegan.com,randal.holderfield@finnegan.com,doreen.loffredo@finnegan.com

Theresa Ann Sutton tsutton@orrick.com,aako-nai@orrick.com,ygreer@orrick.com

Valerie Margo Wagner valerie.wagner@dechert.com

**Dated: April 29, 2008**    **Richard W. Wieking, Clerk**

**By:** *Elizabeth C Garcia*
     **Elizabeth Garcia**
     **Courtroom Deputy**

United States District Court
For the Northern District of California