| | |
|---|---|
| 1 | SEAN A. LINCOLN (State Bar No. 136387)<br>   salincoln@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985)<br>   nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746)<br>   mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857)<br>   tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072)<br>   ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 7 | Menlo Park, CA 94025<br>Telephone: 650-614-7400 |
| 8 | Facsimile: 650-614-7401 |
| 9 | Attorneys for Plaintiffs<br>THE FACEBOOK, INC. and MARK ZUCKERBERG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>            Plaintiffs,<br><br>    v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>            Defendants. | Case No. 5:07-CV-01389-JW<br><br>**FACEBOOK, INC. AND MARK ZUCKERBERG'S AMENDED NOTICE OF CONFIDENTIAL MOTION**<br><br>Date: June 2, 2008<br>Time: 9:00 A.M.<br>Judge: Honorable James Ware |

# NOTICE OF MOTION

TO DEFENDANTS CONNECTU, PACIFIC NORTHWEST SOFTWARE, WAYNE CHANG and WINSTON WILLIAMS

PLEASE TAKE NOTICE that on June 2, 2008, at 9:00 A.M., or as soon thereafter as it may be heard, in Courtroom 8 of this Court, before the Honorable James Ware, Plaintiffs Facebook, Inc., and Mark Zuckerberg will and hereby do move for an order re their Confidential Motion. Doc. No. 329.

April 29, 2008                                              ORRICK, HERRINGTON & SUTCLIFFE LLP


                                                                    /s/ Theresa A. Sutton /s/
                                                                    Theresa A. Sutton
                                                                    Attorneys for Plaintiffs
                                                             Facebook, Inc. and Mark Zuckerberg

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 29, 2008.

Dated: April 29, 2008    Respectfully submitted,

/s/ Theresa A. Sutton /s/
Theresa A. Sutton