UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FACEBOOK, INC., | No. C 07-01389 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE CONTINUING MOTION HEARING |
| CONNECTU, LLC, ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Plaintiffs' RENOTICE of its "CONFIDENTIAL MOTION" before Judge James Ware previously noticed for June 2, 2008 at 9:00 AM has been reset to **June 23, 2008 at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are reminded of the previously rescheduled Case Management Conference is also set for **June 23, 2008 at 10:00 AM..** The parties are reminded that future filings regarding leave to file documents under seal are to follow the Civil Local Rules.

Dated: April 30, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy