RECEIVED
2008 MAY -5 PM 3:02
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. SJ

FILED
MAY 0 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THE FACEBOOK, INC. et al.

Plaintiffs,

v.

CONNECTU, INC., et al.,

Defendants.

Case No. C 07-01389 JW

[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

cc: J. Shaw

---

[Proposed] Order Granting Application for Admission of Attorney *Pro Hac Vice*
Case No.: C 07-01389 JW

| | |
|---|---|
| 1 | Jonathan M. Shaw, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is 5301 Wisconsin Avenue, NW, 8th Floor, Washington, D.C. 20015, (202) 237-2727, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant CONNECTU, INC., |

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 7, 2008        By: _____
                             The Honorable James Ware