RECEIVED
2008 MAY -5 PM 3: 06
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

FILED
MAY 0 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC., et al.,<br><br>Defendants. | Case No. C 07-01389 JW<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

cc: D. Barnett

[Proposed] Order Granting Application for Admission of Attorney *Pro Hac Vice*
Case No.: C 07-01389 JW

David A. Barrett, an active member in good standing of the bar of the State of New York, whose business address and telephone number is 575 Lexington Avenue, 7th Floor, New York, NY 10022, (212) 446-2300, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant CONNECTU, INC.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 7, 2008          By: _____
                                 The Honorable James Ware

1

[Proposed] Order Granting Application for Admission of Attorney *Pro Hac Vice*
Case No.: C 07-01389 JW

# ATTACHMENT

I am an active member in good standing in the following State and Federal courts:

State of New York: February 10, 1975

United States Court of Appeals for the Second Circuit: July 25, 1975

United States Court of Appeals for the Ninth Circuit: January 7, 2004

United States Supreme Court: November 26, 1979

United States District Court for the Southern District of New York: July 17, 1975

United States District Court for the Eastern District of New York: November 18, 1987

United States District Court for the Northern District of New York: June 16, 1992