| | |
|---|---|
| 1 | SEAN A. LINCOLN (State Bar No. 136387) |
| | salincoln@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985) |
| | nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746) |
| | mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857) |
| | tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072) |
| | ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 7 | Menlo Park, CA 94025 |
| | Telephone: 650-614-7400 |
| 8 | Facsimile: 650-614-7401 |
| 9 | Attorneys for Plaintiffs |
| | THE FACEBOOK, INC. and MARK ZUCKERBERG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG, | Case No. 5:07-CV-01389-JW |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | **VIA FEDERAL EXPRESS AND/OR HAND DELIVERY*** |
| CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS and WAYNE CHANG | |
| Defendants. | |

OHS West:260436218.1

PROOF OF SERVICE
5:07-CV-01389-JW

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On May 9, 2008, I served the within document(s):

1. ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11; [PROPOSED] ORDER GRANTING ADMIN REQUEST [FILED UNDER SEAL]; AND

2. DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11, AND EXHIBITS ATTACHED THERETO; [FILED UNDER SEAL]

|   | |
|---|---|
|   | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:30 p.m. on May 9, 2008. |
|   | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on May 9, 2008. |
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
|   | By causing personal delivery by Careful Courier of the document(s) listed above to the person(s) at the address(es) set forth below. |

**Scott Mosko, Esq.**
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

ATTORNEYS FOR DEFENDANTS
CONNECTU INC., PACIFIC
NORTHWEST SOFTWARE, INC.,
WINSTON WILLIAMS, WAYNE CHANG

**Steven C. Holtzman, Esq.**
Boies Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

ATTORNEY FOR DEFENDANT
CONNECTU

OHS West:260436218.1

PROOF OF SERVICE
5:07-CV-01389-JW

| | |
|---|---|
| **John F. Hornick, Esq,** <br> **Meredith H. Schoenfeld, Esq.** <br> **Margaret A. Esquenet, Esq.** <br> **Daniel P. Kaufman, Esq.** <br> Finnegan, Henderson, Farabow, Garrett & Dunner, LLP <br> 901 New York Ave. <br> Washington, D.C. 20001 <br> Telephone: (202) 408-4000 <br> Facsimile: (202) 408-4400 <br> **Attorneys For** <br> **ConnectU Inc., Cameron Winklevoss, Tyler Winklevoss, Divya Narendra** | **Daniel P. Tighe** <br> **Scott McConchie** <br> Griesinger, Tighe & Maffei, LLP <br> 176 Federal St. <br> Boston, MA 02110 <br><br> ATTORNEY FOR CONNECTU |
| **Robert B. Hawk, Esq.** <br> Heller Ehrman, LLP <br> 275 Middlefield Road <br> Menlo Park, CA 94025 <br> Telephone: (650) 324-7000 <br> Facsimile: (650) 324-0638 <br><br> ATTORNEY FOR EDUARDO SAVERIN | **Daniel K. Hampton, Esq.** <br> Holland & Knight, LLP <br> 10 St. James Avenue <br> Boston, MA 02116 <br> Telephone: (617) 573-2700 <br> Facsimile: (617) 523-6850 <br><br> ATTORNEY FOR EDUARDO SAVERIN |

I am readily familiar with my firm's practice for collection and processing correspondence for delivery via Federal Express, to wit, that correspondence be deposited with the Federal Express Courier this same day in the ordinary course of business.

Executed on May 9, 2008 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Abby Ako-Nai

From:　Origin ID: HGTA　(650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS 120707/21/24

SHIP TO: (617)542-9900　　　　　　BILL SENDER
**Daniel P. Tighe/ Scott McConchie
Griesinger, Tighe & Maffei LLP
176 Federal St**

**Boston, MA 021102214**

Ship Date: 09MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code

Ref #　0016069-002001/006399
Invoice #
PO #
Dept #

TRK# 0201　7984 3875 8306

MON - 12MAY　　A1
**STANDARD OVERNIGHT**
DSR

02110
MA-US
BOS

**XH LWMA**



- - - - - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible - - - - - -

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



FedEx Express

Ship Date: 09MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code

Ref # 0016069-002001/006399
Invoice #
PO #
Dept #

SHIP TO: (202)408-4000    BILL SENDER
**John Hornick/ Meredith Schoenfeld
Finnegan, Henderson, Farabow, et al
901 New York Ave NW**

**Washington, DC 200014432**

TRK# 0201  7984 3876 4676

MON - 12MAY    A1
**STANDARD OVERNIGHT**
DSR

20001
DC-US
IAD

**XC TSGA**

FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS120707/21/24

SHIP TO: (617)523-2700     BILL SENDER
**Daniel K. Hampton/ Gordon P. Katz**
**Holland & Knight, LLP**
**10 Saint James Ave**
**Fl 11**
**Boston, MA 021163813**

Ship Date: 09MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref # 0016069-002001/006399
Invoice #
PO #
Dept #

TRK# 7984 3876 5970
0201

MON - 12MAY    A1
**STANDARD OVERNIGHT**
DSR

02116
MA-US
BOS



**XH GBRA**

- - - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



Ship Date: 09MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

SHIP TO: (650)324-7169    BILL SENDER

**Robert B. Hawk/ Bhanu Sadasivan
Heller Ehrman LLP
275 Middlefield Rd**

**Menlo Park, CA 940253592**

Ref # 0016069-000004/006399
Invoice #
PO #
Dept #



TRK# 7984 3876 7208
0201

MON - 12MAY    A2
**STANDARD OVERNIGHT**
DSR

94025
CA-US
SFO

**WA HGTA**

-- FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



Ship Date: 09MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref # 0016069-000004/006399
Invoice #
PO #
Dept #

SHIP TO: (650)849-6600        BILL SENDER
**Scott Mosko**
**Finnegan, Henderson, Farabow, et al**
**3300 Hillview Ave**

**Palo Alto, CA 943041203**





TRK# 7910 6386 3141
0201

MON - 12MAY    A2
STANDARD OVERNIGHT
DSR

94304
CA-US
SFO

**WA PAOA**

- - - - - - - - - - - - **FOLD on this line and place in shipping pouch with bar code and delivery address visible** - - - - - - - - - - - -

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

FedEx Express

Ship Date: 09MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

SHIP TO: (510)874-1000    BILL SENDER
Steven Holtzman
Boies Schiller & Flexner LLP
1999 Harrison St
Ste 900
Oakland, CA 946123578

Ref # 0016069-000004/006399
Invoice #
PO #
Dept #

TRK# 7900 1164 2545
0201

MON - 12MAY    A1
STANDARD OVERNIGHT
DSR

94612
CA-US
OAK

WA OAKA

**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.