1  STEVEN C. HOLTZMAN (CA BAR NO. 144177)
      sholtzman@bsfllp.com
2  BOIES SCHILLER & FLEXNER LLP
   1999 Harrison Street, Suite 900
3  Oakland, CA 94612
   Telephone: (510) 874-1000
4  Facsimile: (510) 874-1460

5  D. MICHAEL UNDERHILL (*pro hac vice*)
      munderhill@bsfllp.com
6  BOIES SCHILLER & FLEXNER LLP
   5301 Wisconsin Avenue NW
7  Washington, D.C. 20015
   Telephone: (202) 237-2727
8  Facsimile: (202) 237-6131

9  Attorneys for Defendant
   CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**[PROPOSED] ORDER GRANTING CONNECTU'S ADMINISTRATIVE MOTION TO SEAL:**<br><br>**(1) CONNECTU'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11;**<br><br>**(2) DECLARATION OF EVAN A. PARKE AND EXHIBITS IN SUPPORT THEREOF; AND**<br><br>**(3) [PROPOSED] ORDER ON ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11** |

1 | The matter before the Court is ConnectU's Administrative Motion to Seal
2 | (i) ConnectU's Opposition To Plaintiffs' Administrative Request Pursuant to Civil L.R.
3 | 7-11; (ii) Declaration of Evan A. Parke and exhibits in Support Thereof; and (iii)
4 | Proposed Order Granting Administrative Request Pursuant To Civil L.R. 7-11.

The Court has considered said motion and, finding good cause, hereby GRANTS ConnectU's Motion to Seal (i) ConnectU's Opposition To Plaintiffs' Administrative Request Pursuant to Civil L.R. 7-11; (ii) Declaration of Evan A. Parke and exhibits in Support Thereof; and (iii) Proposed Order Granting Administrative Request Pursuant To Civil L.R. 7-11.

IT IS SO ORDERED

Dated: _____, 2008

_____
Honorable James Ware
United States District Judge
Northern District of California