| | |
|---|---|
| 1 | SEAN A. LINCOLN (State Bar No. 136387) |
| | salincoln@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985) |
| | nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746) |
| | mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857) |
| | tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072) |
| | ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 7 | Menlo Park, CA 94025 |
| | Telephone: 650-614-7400 |
| 8 | Facsimile: 650-614-7401 |
| 9 | Attorneys for Plaintiffs |
| | FACEBOOK, INC. and MARK ZUCKERBERG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG, | Case No. 5:07-CV-01389-JW |
| Plaintiffs, | **PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL:** |
| v. | **(1) ADMINISTRATIVE REQUEST FOR LEAVE TO FILE REPLY TO, AND MOTION TO STRIKE PORTIONS OF, CONNECTU, INC'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11;** |
| CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG, | |
| Defendants. | **(2) [PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST FOR LEAVE TO FILE PURSUANT TO CIVIL L.R. 7-11;** |
| | **(3) DECLARATION OF YVONNE P. GREER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST FOR LEAVE TO FILE PURSUANT TO CIVIL L.R. 7-11** |

PLAINTIFFS' MOTION TO SEAL
CASE NO. 5:07-CV-01389-JW

1 | Pursuant to Civil L.R. 7-11 and 79-5(d), Plaintiffs respectfully submit this administrative motion asking the Court to file under seal (1) Administrative Request for Leave to File Reply to, and Motion to Strike Portions of, ConnectU, Inc's Opposition to Plaintiffs' Administrative Request Pursuant to Civil L.R. 7-11; (2) [Proposed] Order Granting Administrative Request for Leave to File Pursuant to Civil L.R. 7-11; and (3) Declaration of Yvonne P. Greer in Support of Plaintiffs' Administrative Request for Leave to file Pursuant to Civil L.R. 7-11.

The parties entered into, and the California Superior Court issued, a Stipulated Protective Order on January 23, 2006, which prohibits either party from filing in the public record any documents that have been designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order.

Plaintiffs' Administrative Request for Leave to File Reply to, and Motion to Strike Portions of, ConnectU, Inc's Opposition to Plaintiffs' Administrative Request Pursuant to Civil L.R. 7-11, and all documents filed in support thereof, contain confidential information that is subject to the protection in the protective order. In light of the high profile nature of this case, and the parties' desire to keep the details of these documents private, Plaintiffs request that their Administrative Request and its supporting papers remain sealed. The subject matter discussed in these papers includes commercially sensitive and confidential information that, if released to the general public, will adversely affect the parties to this litigation.

Dated: May 16, 2008

Orrick, Herrington & Sutcliffe LLP

/s/ Theresa A. Sutton /s/
Theresa A. Sutton
Attorneys for Plaintiffs
FACEBOOK, INC. AND MARK ZUCKERBERG

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 16, 2008.

Dated: May 16, 2008.　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Theresa A. Sutton /s/
　　　　　　　　　　　　　　　　　　　　Theresa A. Sutton

OHS West:260440401.1

- 2 -