SEAN A. LINCOLN (State Bar No. 136387)
  salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
  mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
  tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
  ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>              Plaintiffs,<br><br>     v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS and WAYNE CHANG<br><br>              Defendants. | Case No. 5:07-CV-01389-JW<br><br>**PROOF OF SERVICE**<br><br>**VIA FEDERAL EXPRESS AND/OR HAND DELIVERY*** |

OHS West:260436218.1

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On May 16, 2008, I served the within document(s):

1. **ADMINISTRATIVE REQUEST FOR LEAVE TO FILE REPLY TO, AND MOTION TO STRIKE PORTIONS OF, CONNECTU'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 [FILED UNDER SEAL]**

2. **[PROPOSED] ORDER GRANTING ADMIN REQUEST FOR LEAVE TO FILE REPLY TO, AND MOTION TO STRIKE PORTIONS OF, CONNECTU'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 [FILED UNDER SEAL]**

3. **DECLARATION OF YVONNE P. GREER, AND EXHIBITS, IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST FOR LEAVE TO FILE PURSUANT TO CIVIL L.R. 7-11 [FILED UNDER SEAL]**

|   | |
|---|---|
|   | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:30 p.m. on May 16, 2008. |
|   | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on May 16, 2008. |
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
|   | By causing personal delivery by Careful Courier of the document(s) listed above to the person(s) at the address(es) set forth below. |

Scott Mosko, Esq.
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

**ATTORNEYS FOR DEFENDANTS CONNECTU INC., PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG**

Steven C. Holtzman, Esq.
Boies Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

**ATTORNEY FOR DEFENDANT CONNECTU**

OHS West:260436218.1

PROOF OF SERVICE
5:07-CV-01389-JW

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | **John F. Hornick, Esq,**<br>**Meredith H. Schoenfeld, Esq.**<br>**Margaret A. Esquenet, Esq.**<br>**Daniel P. Kaufman, Esq.**<br>Finnegan, Henderson, Farabow, Garrett &<br>Dunner, LLP<br>901 New York Ave.<br>Washington, D.C. 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br>**Attorneys For**<br>**ConnectU Inc., Cameron**<br>**Winklevoss, Tyler Winklevoss,**<br>**Divya Narendra** |

**John F. Hornick, Esq,**
**Meredith H. Schoenfeld, Esq.**
**Margaret A. Esquenet, Esq.**
**Daniel P. Kaufman, Esq.**
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
901 New York Ave.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
**Attorneys For**
**ConnectU Inc., Cameron Winklevoss, Tyler Winklevoss, Divya Narendra**

**Daniel P. Tighe**
**Scott McConchie**
Griesinger, Tighe & Maffei, LLP
176 Federal St.
Boston, MA 02110

ATTORNEY FOR CONNECTU

**Robert B. Hawk, Esq.**
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

ATTORNEY FOR EDUARDO SAVERIN

**Daniel K. Hampton, Esq.**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 573-2700
Facsimile: (617) 523-6850

ATTORNEY FOR EDUARDO SAVERIN

I am readily familiar with my firm's practice for collection and processing correspondence for delivery via Federal Express, to wit, that correspondence be deposited with the Federal Express Courier this same day in the ordinary course of business.

Executed on May 16, 2008 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Abby Ako Nai /s/
Abby Ako-Nai

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 16, 2008.

Dated: May 16, 2008.   Respectfully submitted,

/s/ Abby Ako Nai /s/
Abby Ako Nai

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS120707/21/24

SHIP TO: (617)542-9900     BILL SENDER

**Daniel P. Tighe/ Scott McConchie
Griesinger, Tighe & Maffei LLP
176 Federal St**

**Boston, MA 021102214**



Ship Date: 16MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code

Ref #    0016069-002001/006399
Invoice #
PO #
Dept #

TRK# 0201   7905 0863 1512

MON - 19MAY    A1
**STANDARD OVERNIGHT**
DSR

02110
MA-US

**XH LWMA**

BOS



---

FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS120707/21/24

SHIP TO: (202)408-4000     BILL SENDER
**John Hornick/ Meredith Schoenfeld
Finnegan, Henderson, Farabow, et al
901 New York Ave NW**

**Washington, DC 200014432**

Ship Date: 16MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code

Ref #    0016069-002001/006399
Invoice #
PO #
Dept #

TRK# 0201  7910 6892 3598

MON - 19MAY    A1
**STANDARD OVERNIGHT**
DSR

20001
DC-US
IAD

**XC TSGA**

**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

CLS 120787/21/24

SHIP TO: (617)523-2700    BILL SENDER
**Daniel K. Hampton/ Gordon P. Katz**
**Holland & Knight, LLP**
**10 Saint James Ave**
**Fl 11**
**Boston, MA 021163813**

Ship Date: 16MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref # 0016069-002001/006399
Invoice #
PO #
Dept #

TRK# 7910 6892 4425
0201

MON - 19MAY    A1
**STANDARD OVERNIGHT**
DSR

02116
MA-US
BOS

**XH GBRA**



— FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.




From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

CLS120707/21/24

SHIP TO: (650)324-7169          BILL SENDER
**Robert B. Hawk/ Bhanu Sadasivan**
**Heller Ehrman LLP**
**275 Middlefield Rd**

**Menlo Park, CA 940253592**

Ship Date: 16MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code

Ref #     0016069-000004/006399
Invoice #
PO #
Dept #

TRK# 7900 1667 7563   MON - 19MAY   A2
0201                  STANDARD OVERNIGHT
                      DSR

**WA HGTA**           94025
                      CA-US
                      SFO

FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS120707/21/24

SHIP TO: (650)849-6600        BILL SENDER
**Scott Mosko**
**Finnegan, Henderson, Farabow, et al**
**3300 Hillview Ave**

**Palo Alto, CA 943041203**

Ship Date: 16MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code

Ref #   0016069-000004/006399
Invoice #
PO #
Dept #

TRK# 7900 1667 8607
0201

MON - 19MAY        A2
**STANDARD OVERNIGHT**
DSR

94304
CA-US
SFO

**WA PAOA**

---

**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

FedEx Express

E

CLS120707/21/24

SHIP TO: (510)874-1000    BILL SENDER
**Steven Holtzman**
**Boies Schiller & Flexner LLP**
**1999 Harrison St**
**Ste 900**
**Oakland, CA 946123578**

Ship Date: 16MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code

Ref # 0016069-000004/006399
Invoice #
PO #
Dept #

TRK# 7905 0864 0815
0201

MON - 19MAY    A1
STANDARD OVERNIGHT
DSR

94612
CA-US
OAK

# WA OAKA



- - - - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.