| | |
|---|---|
| 1 | TYLER BAKER (CSB NO. 65109)<br>FENWICK & WEST LLP |
| 2 | Silicon Valley Center<br>801 California Street |
| 3 | Mountain View, CA  94041<br>Telephone:     (650) 988-8500 |
| 4 | Facsimile:      (650) 938-5200<br>tbaker@fenwick.com |
| 5 | |
| 6 | KALAMA M. LUI-KWAN (CSB NO. 242121)<br>FENWICK & WEST LLP |
| 7 | 555 California Street, 12th Floor<br>San Francisco, CA  94104 |
| 8 | Telephone:     (415) 875-2300<br>Facsimile:      (415) 281-1350 |
| 9 | klui-kwan@fenwick.com |
| 10 | Attorneys for Non-Parties Fenwick & West LLP<br>and R. Gregory Roussel |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>ADMINISTRATIVE MOTION BY NON-PARTIES R. GREGORY  ROUSSEL AND FENWICK & WEST LLP TO SEAL:<br><br>(1) NOTICE OF MOTION AND MOTION TO QUASH AND FOR PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES<br><br>(2) DECLARATION OF KALAMA M. LUI-KWAN IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER<br><br>(3) [PROPOSED] ORDER GRANTING MOTION TO QUASH AND FOR PROTECTIVE ORDER<br><br>(4) MISCELLANEOUS ADMINISTRATIVE REQUEST BY R. GREGORY ROUSSEL TO CHANGE TIME OF DEPOSITION PURSUANT TO CIVIL LOCAL RULE 7-11<br><br>(5) DECLARATION OF KALAMA M. LUI-KWAN IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST BY R. GREGORY ROUSSEL TO CHANGE TIME OF DEPOSITION PURSUANT TO CIVIL LOCAL RULE 7-11<br><br>(6) [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST BY R. GREGORY ROUSSEL TO CHANGE TIME OF DEPOSITION |

Pursuant to Civil L.R. 7-11 and 79-5(d), non-parties R. Gregory Roussel and Fenwick & West LLP (together, "Fenwick") respectfully submit this administrative motion asking the Court to file under seal: (1) Notice Of Motion And Motion To Quash And For Protective Order; Memorandum Of Points And Authorities; (2) Declaration Of Kalama M. Lui-Kwan In Support Of Motion To Quash And For Protective Order; (3) [Proposed] Order Granting Motion To Quash And For Protective Order; (4) Miscellaneous Administrative Request By R. Gregory Roussel To Change Time Of Deposition Pursuant To Civil Local Rule 7-11; (5) Declaration Of Kalama M. Lui-Kwan In Support Of Miscellaneous Administrative Request By R. Gregory Roussel To Change Time Of Deposition Pursuant To Civil Local Rule 7-11; And (6) [Proposed] Order Granting Miscellaneous Administrative Request By R. Gregory Roussel To Change Time Of Deposition ("Non-Party Filings").

The parties in this action entered into, and the California Superior Court issued, a Stipulated Protective Order on January 23, 2006, which prohibits either party from filing in the public record any documents that have been designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order. Although Fenwick is not a party to this action, it has represented plaintiff Facebook, Inc. ("Facebook") in connection with certain matters related to Facebook's settlement of this action.

The Non-Party Filings contain confidential information that is subject to the protection in the protective order. In light of the high profile nature of this case, and the parties' desire to keep the details of these documents private, Fenwick requests that this Administrative Request and its supporting papers remain sealed. The subject matter discussed in these papers includes commercially sensitive and confidential information that, if released to the general public, will adversely affect the parties to this litigation.

Dated: May 19, 2008

FENWICK & WEST LLP

By: ____/s/ Tyler Baker____

Tyler Baker
Attorneys for Non-Parties Fenwick
& West LLP and R. Gregory Roussel

26246/00400/DOCS/1913103.1