TYLER BAKER (CSB NO. 65109)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
tbaker@fenwick.com

KALAMA M. LUI-KWAN (CSB NO. 242121)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
klui-kwan@fenwick.com

Attorneys for Non-Parties Fenwick
& West LLP and R. Gregory Roussel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**MANUAL FILING NOTIFICATION REGARDING SEALED MOTION TO QUASH AND FOR PROTECTIVE ORDER; [PROPOSED] ORDER** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Regarding: **Manual Filing Notification Regarding SEALED MOTION TO QUASH AND FOR PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES; [PROPOSED] ORDER**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Items Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description):

Dated: May 19, 2008                     Respectfully Submitted,

                                        FENWICK & WEST LLP


                                        By:      /s/ Tyler Baker

                                             Tyler Baker
                                             Attorneys for Non-Party
                                             R. Gregory Roussel

26246/00400/SF/5230251.1

MANUAL FILING NOTIFICATION RE SEALED MOTION TO QUASH AND FOR PROTECTIVE ORDER; [PROP] ORDER         -1-         CASE NO. 5:07-CV-01389-JW