1  TYLER BAKER (CSB NO. 65109)
   FENWICK & WEST LLP
2  Silicon Valley Center
   801 California Street
3  Mountain View, CA  94041
   Telephone:    (650) 988-8500
4  Facsimile:     (650) 938-5200
   tbaker@fenwick.com
5
   KALAMA M. LUI-KWAN (CSB NO. 242121)
6  FENWICK & WEST LLP
   555 California Street, 12th Floor
7  San Francisco, CA  94104
   Telephone:    (415) 875-2300
8  Facsimile:     (415) 281-1350
   klui-kwan@fenwick.com
9

10 Attorneys for Non-Parties Fenwick
   & West LLP and R. Gregory Roussel
11
                      UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                           SAN JOSE DIVISION
14

15

16 THE FACEBOOK, INC. and MARK
   ZUCKERBERG
17                                         Case No. 5:07-CV-01389-JW
          Plaintiffs,
18                                         **MANUAL FILING NOTIFICATION**
       v.                                  **REGARDING SEALED DECLARATION**
19                                         **OF KALAMA M. LUI-KWAN IN**
   CONNECTU, INC. (formerly known as       **SUPPORT OF MOTION TO QUASH**
20 CONNECTU, LLC), PACIFIC                  **AND FOR PROTECTIVE ORDER**
   NORTHWEST SOFTWARE, INC.,
21 WINSTON WILLIAMS, and WAYNE
   CHANG,
22            Defendants.

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS  AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION RE SEALED                    CASE NO. 5:07-CV-01389-JW
LUI-KWAN DECL ISO MOTION TO QUASH AND
FOR PROTECTIVE ORDER

Regarding: **Manual Filing Notification Regarding SEALED DECLARATION OF KALAMA LUI-KWAN IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Items Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description):

Dated: May 19, 2008                     Respectfully Submitted,

                                        FENWICK & WEST LLP


                                        By: _____/s/ Tyler Baker_____

                                            Tyler Baker
                                            Attorneys for Non-Party
                                            R. Gregory Roussel

26246/00400/SF/5230251.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO