| | |
|---|---|
| 1 | TYLER BAKER (CSB NO. 65109)<br>FENWICK & WEST LLP |
| 2 | Silicon Valley Center<br>801 California Street |
| 3 | Mountain View, CA 94041<br>Telephone: (650) 988-8500 |
| 4 | Facsimile: (650) 938-5200<br>tbaker@fenwick.com |
| 5 | |
| 6 | KALAMA M. LUI-KWAN (CSB NO. 242121)<br>FENWICK & WEST LLP |
| 7 | 555 California Street, 12th Floor<br>San Francisco, CA 94104 |
| 8 | Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350 |
| 9 | klui-kwan@fenwick.com |

Attorneys for Non-Parties Fenwick & West LLP and R. Gregory Roussel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>             Plaintiffs,<br><br>    v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>             Defendants. | Case No. 5:07-CV-01389-JW<br><br>**MANUAL FILING NOTIFICATION REGARDING SEALED ADMINISTRATIVE REQUEST BY R. GREGORY ROUSSEL TO CHANGE TIME OF DEPOSITION PURSUANT TO CIVIL LOCAL RULE 7-11; [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | Regarding: **Manual Filing Notification Regarding SEALED ADMINISTRATIVE** |
| 2 | **REQUEST BY R. GREGORY ROUSSEL TO CHANGE TIME OF** |
| 3 | **DEPOSITION PURSUANT TO CIVIL LOCAL RULE 7-11** |
| 4 | This filing is in paper or physical form only, and is being maintained in the case file in the |
| 5 | Clerk's office. |
| 6 | If you are a participant on this case, this filing will be served in hard-copy shortly. |
| 7 | For information on retrieving this filing directly from the court, please see the court's |
| 8 | main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). |
| 9 | This filing was not efiled for the following reason(s): |
| 10 | ___ Voluminous Document (PDF file size larger than efiling system allowances) |
| 11 | ___ Unable to Scan Documents |
| 12 | ___ Physical Object (description): _____ |
| 13 | ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media |
| 14 | _X_ Items Under Seal |
| 15 | ___ Conformance with the Judicial Conference Privacy Policy (General Order 53). |
| 16 | ___ Other (description): |

Dated: May 19, 2008

Respectfully Submitted,

FENWICK & WEST LLP

By: _____/s/ Tyler Baker_____

Tyler Baker
Attorneys for Non-Party
R. Gregory Roussel

26246/00400/SF/5230251.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION RE SEALED
REQUEST TO CHANGE TIME OF DEPOSITION;
[PROP] ORDER
-1-
CASE NO. 5:07-CV-01389-JW