| | |
|---|---|
| 1 | TYLER BAKER (CSB NO. 65109)<br>FENWICK & WEST LLP |
| 2 | Silicon Valley Center<br>801 California Street |
| 3 | Mountain View, CA 94041<br>Telephone:  (650) 988-8500 |
| 4 | Facsimile:   (650) 938-5200<br>tbaker@fenwick.com |
| 5 | |
| 6 | KALAMA M. LUI-KWAN (CSB NO. 242121)<br>FENWICK & WEST LLP |
| 7 | 555 California Street, 12th Floor<br>San Francisco, CA 94104 |
| 8 | Telephone:  (415) 875-2300<br>Facsimile:   (415) 281-1350 |
| 9 | klui-kwan@fenwick.com |
| 10 | Attorneys for Non-Parties Fenwick |
| 11 | & West LLP and R. Gregory Roussel |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THE FACEBOOK, INC. and MARK ZUCKERBERG

  Plaintiffs,

  v.

CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,

  Defendants.

Case No. 5:07-CV-01389-JW

**MANUAL FILING NOTIFICATION REGARDING SEALED DECLARATION OF KALAMA M. LUI-KWAN IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST BY R. GREGORY ROUSSEL TO CHANGE TIME OF DEPOSITION PURSUANT TO CIVIL LOCAL RULE 7-11**

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION RE SEALED LUI-KWAN DECL ISO REQUEST TO CHANGE TIME OF DEPOSITION

CASE NO. 5:07-CV-01389-JW

| | |
|---|---|
| 1 | Regarding: **Manual Filing Notification Regarding SEALED DECLARATION OF** |
| 2 | **KALAMA LUI-KWAN IN SUPPORT OF ADMINISTRATIVE REQUEST** |
| 3 | **BY R. GREGORY ROUSSEL TO CHANGE TIME OF DEPOSITION** |
| 4 | **PURSUANT TO CIVIL LOCAL RULE 7-11** |

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Items Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description):

Dated: May 19, 2008          Respectfully Submitted,

FENWICK & WEST LLP

By: _____/s/ Tyler Baker_____

Tyler Baker
Attorneys for Non-Party
R. Gregory Roussel

26246/00400/SF/5230251.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO