1 TYLER BAKER (CSB NO. 65109)
FENWICK & WEST LLP
2 Silicon Valley Center
801 California Street
3 Mountain View, CA 94041
Telephone: (650) 988-8500
4 Facsimile: (650) 938-5200
tbaker@fenwick.com

5

6 KALAMA M. LUI-KWAN (CSB NO. 242121)
FENWICK & WEST LLP
555 California Street, 12th Floor
7 San Francisco, CA 94104
Telephone: (415) 875-2300
8 Facsimile: (415) 281-1350
klui-kwan@fenwick.com

9

10 Attorneys for Non-Parties Fenwick
& West LLP and R. Gregory Roussel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THE FACEBOOK, INC. and MARK ZUCKERBERG

Plaintiffs,

v.

CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,

Defendants.

Case No. 5:07-CV-01389-JW

**PROOF OF SERVICE**

| | |
|---|---|
| 1 | The undersigned declares as follows: |
| 2 | I am a citizen of the United States and employed in Santa Clara County, State of |
| 3 | California. I am over the age of eighteen years and not a party to the within-entitled action. My |
| 4 | business address is Fenwick & West LLP, 555 California Street, San Francisco, California 94104. |
| 5 | On the date set forth below, I served a copy of the following document(s): |

**NOTICE OF MOTION AND MOTION TO QUASH AND FOR PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES (DOCUMENT SUBMITTED UNDER SEAL)**

**DECLARATION OF KALAMA M. LUI-KWAN IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER (DOCUMENT SUBMITTED UNDER SEAL)**

**[PROPOSED] ORDER GRANTING MOTION TO QUASH AND FOR PROTECTIVE ORDER (DOCUMENT SUBMITTED UNDER SEAL)**

**MISCELLANEOUS ADMINISTRATIVE REQUEST BY R. GREGORY ROUSSEL TO CHANGE TIME OF DEPOSITION PURSUANT TO CIVIL LOCAL RULE 7-11 (DOCUMENT SUBMITTED UNDER SEAL)**

**DECLARATION OF KALAMA M. LUI-KWAN IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST BY R. GREGORY ROUSSEL TO CHANGE TIME OF DEPOSITION PURSUANT TO CIVIL LOCAL RULE 7-11 (DOCUMENT SUBMITTED UNDER SEAL)**

**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST BY R. GREGORY ROUSSEL TO CHANGE TIME OF DEPOSITION PURSUANT TO CIVIL LOCAL RULE 7-11 (DOCUMENT SUBMITTED UNDER SEAL)**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

| | |
|---|---|
| Theresa A. Sutton, Esq. | Stephen C. Holtzman, Esq. |
| Orrick, Herrington & Sutcliffe LLP | D. Michael Underhill, Esq. |
| 1000 Marsh Road | Boies, Schiller & Flexner LLP |
| Menlo Park, CA 94025 | 1999 Harrison Street, Suite 900 |
| Telephone: 650.614.7400 | Oakland, Ca 94612 |
| Facsimile: 650.614.7401 | Telephone: 510.874.1000 |
| tsutton@orrick.com | Facsimile: 510.874.1460 |
| | sholtzman@bsfllp.com |
| | munderhill@bsfllp.com |

☒ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: May 19, 2008

_____
Carol B. Galvin

26246/00400/SF/5230226.1