STEVEN C. HOLTZMAN (CA BAR NO. 144177)
  sholtzman@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

D. MICHAEL UNDERHILL (*pro hac vice*)
  munderhill@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Attorneys for Defendant
CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**DECLARATION OF STEVEN C. HOLTZMAN IN SUPPORT OF CONNECTU'S ADMINISTRATIVE MOTION TO SEAL**<br><br>**(1) CONNECTU, INC.'S OPPOSITION TO FACEBOOK'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE REPLY TO, AND MOTION TO STRIKE PORTIONS OF, CONNECTU'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11; AND**<br><br>**(2) [PROPOSED] ORDER DENYING PLAINTIFFS' ADMIN REQUEST FOR LEAVE TO FILE REPLY TO, AND MOTION TO STRIKE PORTIONS OF, CONNECTU'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11.** |

I, Steven C. Holtzman, declare as follows:

1. I am a partner with the law firm of Boies, Schiller & Flexner LLP, counsel to ConnectU, Inc. I am licensed to practice law in the State of California and have entered my appearance in this case. I have personal knowledge of the facts and circumstances set forth in this Declaration. I make this Declaration pursuant to Civil L.R. 7-11 and 79-5(b).

2. Good cause exists for sealing (1) ConnectU's Opposition To Facebook's Administrative Request For Leave To File Reply To, And Motion To Strike Portions Of, ConnectU's Opposition To Plaintiffs' Administrative Request Pursuant To Civil L.R. 7-11; and (2) [Proposed] Order Denying Plaintiffs' Admin Request For Leave To File Reply To, And Motion To Strike Portions Of, ConnectU's Opposition To Plaintiffs' Administrative Request Pursuant To Civil L.R. 7-11. Plaintiffs have taken the position that their Administrative Request and all papers filed in support thereof contain confidential information that is subject to the protection in the Stipulated Protective Order dated January 23, 2006. The materials requested to be sealed in this motion contain the same or related information that Plaintiffs contend is covered by that Protective Order and/or are alleged by Plaintiff to implicate confidentiality provisions found in a purported agreement that is the subject of dispute between the parties.[1]

3. This Administrative Motion is being made pursuant to Civil L.R. 79-5, which requires a Court order to seal documents and does not permit sealing by stipulation.

///

///

///

---

[1] By filing this declaration, ConnectU does not waive any arguments or rights as to (i) the admissibility or inadmissibility of evidence surrounding the purported agreement, (ii) the confidentiality or non-confidentiality of information relating to the purported agreement, or (iii) the enforceability or unenforceability of the purported agreement.

| | |
|---|---|
| 1 | I declare under penalty of perjury that the foregoing is true and correct to the best |
| 2 | of my knowledge. Executed this 20th day of May, 2008. |
| 3 | |
| 4 | /s/ *Steven C. Holtzman* |
| 5 | Steven C. Holtzman |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 20, 2008. |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Dated: May 20, 2008 |
| 8 | /s/ *Steven C. Holtzman* |
| 9 | Steven C. Holtzman |