STEVEN C. HOLTZMAN (CA BAR NO. 144177)
  sholtzman@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

D. MICHAEL UNDERHILL (*pro hac vice*)
  munderhill@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Attorneys for Defendant
CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**[PROPOSED] ORDER GRANTING CONNECTU'S ADMINISTRATIVE MOTION TO SEAL:**<br><br>**(1) CONNECTU, INC.'S OPPOSITION TO FACEBOOK'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE REPLY TO, AND MOTION TO STRIKE PORTIONS OF, CONNECTU'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11; AND**<br><br>**(2) [PROPOSED] ORDER DENYING PLAINTIFFS' ADMIN REQUEST FOR LEAVE TO FILE REPLY TO, AND MOTION TO STRIKE PORTIONS OF, CONNECTU'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11.** |

| | |
|---|---|
| 1 | The matter before the Court is ConnectU's Administrative Motion to Seal |
| 2 | (1) ConnectU's Opposition To Facebook's Administrative Request For Leave To File |
| 3 | Reply To, And Motion To Strike Portions Of, ConnectU's Opposition To Plaintiffs' |
| 4 | Administrative Request Pursuant To Civil L.R. 7-11; and (2) [Proposed] Order Denying |
| 5 | Plaintiffs' Admin Request For Leave To File Reply To, And Motion To Strike Portions |
| 6 | Of, ConnectU's Opposition To Plaintiffs' Administrative Request Pursuant To Civil L.R. |
| 7 | 7-11. |
| 8 | The Court has considered said motion and, finding good cause, hereby GRANTS |
| 9 | ConnectU's Motion to Seal (1) ConnectU's Opposition To Facebook's Administrative |
| 10 | Request For Leave To File Reply To, And Motion To Strike Portions Of, ConnectU's |
| 11 | Opposition To Plaintiffs' Administrative Request Pursuant To Civil L.R. 7-11; and (2) |
| 12 | [Proposed] Order Denying Plaintiffs' Admin Request For Leave To File Reply To, And |
| 13 | Motion To Strike Portions Of, ConnectU's Opposition To Plaintiffs' Administrative |
| 14 | Request Pursuant To Civil L.R. 7-11. |
| 15 | IT IS SO ORDERED |

Dated: _____, 2008

_____
Honorable James Ware
United States District Judge
Northern District of California

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 20, 2008.

Dated: May 20, 2008

                                                              */s/ Steven C. Holtzman*
                                                           Steven C. Holtzman