1   SEAN A. LINCOLN (State Bar No. 136387)
        salincoln@orrick.com
2   I. NEEL CHATTERJEE (State Bar No. 173985)
        nchatterjee@orrick.com
3   MONTE COOPER (State Bar No. 196746)
        mcooper@orrick.com
4   THERESA A. SUTTON (State Bar No. 211857)
        tsutton@orrick.com
5   YVONNE P. GREER (State Bar No. 214072)
        ygreer@orrick.com
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
7   Menlo Park, CA  94025
    Telephone:    650-614-7400
8   Facsimile:    650-614-7401

9   Attorneys for Plaintiffs
    FACEBOOK, INC. and MARK ZUCKERBERG

10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14

15

16   FACEBOOK, INC. and MARK              Case No.  5:07-CV-01389-JW
     ZUCKERBERG,
                                          **PLAINTIFFS' ADMINISTRATIVE**
17              Plaintiffs,               **MOTION TO SEAL:**

18        v.                              **FACEBOOK, INC. AND MARK**
                                          **ZUCKERBERG'S OPPOSITION TO**
19   CONNECTU, INC. (formerly known as    **CONNECTU, INC.'S MOTION**
     CONNECTU, LLC), PACIFIC              **PURSUANT TO CIVIL L.R. 6-3 TO**
20   NORTHWEST SOFTWARE, INC.,            **SHORTEN TIME FOR MOTION**
     WINSTON WILLIAMS, and WAYNE          **FOR EXPEDITED DISCOVERY FOR**
21   CHANG,                               **EVIDENTIARY HEARING**

22              Defendants.

23

24

25

26

27

28

                                          PLAINTIFFS' MOTION TO SEAL
                                          CASE NO. 5:07-CV-01389-JW

Dockets.Justia.com

1    Pursuant to Civil L.R. 7-11 and 79-5(d), Plaintiffs respectfully submit this administrative

2    motion asking the Court to file under seal Facebook, Inc. and Mark Zuckerberg's Opposition to

3    ConnectU, Inc.'s Motion Pursuant To Civil L.R. 6-3 to Shorten Time for Motion for Expedited

4    Discovery for Evidentiary Hearing.

5        The parties entered into, and the California Superior Court issued, a Stipulated Protective

6    Order on January 23, 2006, which prohibits either party from filing in the public record any

7    documents that have been designated as "Confidential" or "Highly Confidential" pursuant to the

8    Protective Order.

9        Plaintiffs' Opposition to ConnectU, Inc.'s Motion Pursuant To Civil L.R. 6-3 to Shorten

10   Time for Motion for Expedited Discovery for Evidentiary Hearing, contain confidential

11   information that is subject to the protection in the protective order.  In light of the high profile

12   nature of this case, and the parties' desire to keep the details of these documents private, Plaintiffs

13   request that their Administrative Request and its supporting papers remain sealed.  The subject

14   matter discussed in these papers includes commercially sensitive and confidential information

15   that, if released to the general public, will adversely affect the parties to this litigation.

16

17   Dated: May 22, 2008                              Orrick, Herrington & Sutcliffe LLP

18
                                                      /s/ Theresa A. Sutton /s/
19                                                    Theresa A. Sutton
                                                      Attorneys for Plaintiffs
20                                                    FACEBOOK, INC. AND MARK ZUCKERBERG

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 22, 2008.

Dated: May 22, 2008.                    Respectfully submitted,

                                        /s/ Theresa A. Sutton /s/
                                        Theresa A. Sutton

OHS West:260444056.1