SEAN A. LINCOLN (State Bar No. 136387)
  salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
  mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
  tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
  ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>        Plaintiffs,<br><br>    v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS and WAYNE CHANG<br><br>        Defendants. | Case No. 5:07-CV-01389-JW<br><br>**PROOF OF SERVICE**<br><br>**VIA MAIL, FEDERAL EXPRESS, OR HAND DELIVERY\*** |

OHS West:260436218.1

PROOF OF SERVICE
5:07-CV-01389-JW

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On May 22, 2008, I served the within document(s):

1. **FACEBOOK, INC. AND MARK ZUCKERBERG'S OPPOSITION TO CONNECTU, INC.'S MOTION PURSUANT TO CIVIL L.R. 6-3 TO SHORTEN TIME FOR MOTION FOR EXPEDITED DISCOVERY FOR EVIDENTIARY HEARING [FILED UNDER SEAL]**

|   | |
|---|---|
|   | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:30 p.m. on May 22, 2008. |
|   | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on May 22, 2008. |
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
|   | By causing personal delivery by Careful Courier of the document(s) listed above to the person(s) at the address(es) set forth below. |

Scott Mosko, Esq.
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

**ATTORNEYS FOR DEFENDANTS CONNECTU INC., PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG**

Steven C. Holtzman, Esq.
Boies Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

**ATTORNEY FOR DEFENDANT CONNECTU**

| | |
|---|---|
| John F. Hornick, Esq,<br>Meredith H. Schoenfeld, Esq.<br>Margaret A. Esquenet, Esq.<br>Daniel P. Kaufman, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>901 New York Ave.<br>Washington, D.C. 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br>**Attorneys For**<br>**ConnectU Inc., Cameron Winklevoss, Tyler Winklevoss, Divya Narendra** | Daniel P. Tighe<br>Scott McConchie<br>Griesinger, Tighe & Maffei, LLP<br>176 Federal St.<br>Boston, MA 02110<br><br>ATTORNEY FOR CONNECTU |
| Robert B. Hawk, Esq.<br>Heller Ehrman, LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025<br>Telephone: (650) 324-7000<br>Facsimile: (650) 324-0638<br><br>ATTORNEY FOR EDUARDO SAVERIN | Daniel K. Hampton, Esq.<br>Holland & Knight, LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>Telephone: (617) 573-2700<br>Facsimile: (617) 523-6850<br><br>ATTORNEY FOR EDUARDO SAVERIN |

I am readily familiar with my firm's practice for collection and processing correspondence for delivery via Federal Express, to wit, that correspondence be deposited with the Federal Express Courier this same day in the ordinary course of business.

Executed on May 22, 2008 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Abby Ako Nai /s/
Abby Ako-Nai

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



Ship Date: 22MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

SHIP TO: (510)874-1000    BILL SENDER
**Steven Holtzman**
**Boies Schiller & Flexner LLP**
**1999 Harrison St**
**Ste 900**
**Oakland, CA 946123578**

Ref # 0016069-000004/006399
Invoice #
PO #
Dept #

TRK# 7910 7271 0893
0201

FRI - 23MAY  A1
**STANDARD OVERNIGHT**
DSR

94612
CA-US
OAK



**WA OAKA**

**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php

5/22/2008

From:　Origin ID: HGTA　(650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

**Menlo Park, CA 94025**



SHIP TO: (650)849-6600　　　BILL SENDER

**Scott Mosko
Finnegan, Henderson, Farabow, et al
3300 Hillview Ave**

**Palo Alto, CA 943041203**

Ship Date: 22MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code

Ref #　0016069-000004/006399
Invoice #
PO #
Dept #



TRK# 7910 7270 9753
0201

FRI - 23MAY　　A2
**STANDARD OVERNIGHT**
DSR

94304
CA-US
SFO

**WA PAOA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

FedEx Express

E

CLS128787/21/24

SHIP TO: (650)324-7169   BILL SENDER
**Robert B. Hawk/ Bhanu Sadasivan**
**Heller Ehrman LLP**
**275 Middlefield Rd**

**Menlo Park, CA 940253592**

Ship Date: 22MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code

Ref # 0016069-000004/006399
Invoice #
PO #
Dept #

TRK# 7989 4756 7564
0201

FRI - 23MAY   A2
STANDARD OVERNIGHT
DSR

94025
CA-US
SFO

**WA HGTA**

FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php

5/22/2008

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

Ship Date: 22MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code

SHIP TO: (617)523-2700    BILL SENDER
**Daniel K. Hampton/ Gordon P. Katz**
**Holland & Knight, LLP**
**10 Saint James Ave**
**Fl 11**
**Boston, MA 021163813**

Ref # 0016069-002001/006399
Invoice #
PO #
Dept #

TRK# 7984 4756 9210
0201

FRI - 23MAY    A1
**STANDARD OVERNIGHT**
DSR

02116
MA-US
BOS



**XH GBRA**

**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025





Ship Date: 22MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

SHIP TO: (202)408-4000    BILL SENDER
**John Hornick/ Meredith Schoenfeld
Finnegan, Henderson, Farabow, et al
901 New York Ave NW**

**Washington, DC 200014432**

Delivery Address Bar Code



Ref # 0016069-002001/006399
Invoice #
PO #
Dept #

TRK# 7900 2044 9332    FRI - 23MAY    A1
0201                    STANDARD OVERNIGHT
                        DSR

**XC TSGA**             20001
                        DC-US
                        IAD



- - - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



Ship Date: 22MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code



Ref # 0016069-002001/006399
Invoice #
PO #
Dept #

SHIP TO: (617)542-9900　　　BILL SENDER
**Daniel P. Tighe/ Scott McConchie
Griesinger, Tighe & Maffei LLP
176 Federal St**

**Boston, MA 021102214**



TRK# 7984 4756 6564
0201

FRI - 23MAY　　A1
**STANDARD OVERNIGHT**
DSR

02110
MA-US
BOS

**XH LWMA**



------ FOLD on this line and place in shipping pouch with **bar code and delivery address** visible ------

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.