| | |
|---|---|
| 1<br>2<br>3<br>4 | STEVEN C. HOLTZMAN (CA BAR NO. 144177)<br>  sholtzman@bsfllp.com<br>BOIES SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 |
| 5<br>6<br>7<br>8 | D. MICHAEL UNDERHILL (*pro hac vice*)<br>  munderhill@bsfllp.com<br>BOIES SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue NW<br>Washington, D.C. 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 |
| 9 | Attorneys for Defendant<br>CONNECTU, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**[PROPOSED] ORDER GRANTING CONNECTU'S ADMINISTRATIVE MOTION TO SEAL:**<br><br>**(1) ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 TO RESCHEDULE HEARING ON FACEBOOK AND MARK ZUCKERBERG'S MOTION TO ENFORCE ALLEGED SETTLEMENT AGREEMENT;**<br><br>**(2) DECLARATION OF STEVEN C. HOLTZMAN IN SUPPORT THEREOF;**<br><br>**(3) [PROPOSED] ORDER GRANTING CONNECTU'S ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 TO RESCHEDULE HEARING ON FACEBOOK AND MARK ZUCKERBERG'S MOTION TO ENFORCE ALLEGED SETTLEMENT AGREEMENT; AND**<br><br>**(4) CONNECTU, INC.'s REPLY IN SUPPORT OF MOTION TO SHORTEN TIME FOR MOTION** |

Dockets.Justia.com

**FOR EXPEDITED DISCOVERY AND EVIDENTIARY HEARING**

The matter before the Court is ConnectU's Administrative Motion to Seal (1) Administrative Request Pursuant To Civil L.R. 7-11 To Reschedule Hearing On Facebook And Mark Zuckerberg's Motion To Enforce Alleged Settlement Agreement; (2) Declaration Of Steven C. Holtzman In Support Of Connectu's Administrative Request Pursuant To Civil L.R. 7-11 To Reschedule Hearing On Facebook And Mark Zuckerberg's Motion To Enforce Alleged Settlement Agreement; (3) [Proposed] Order Granting Connectu's Administrative Request Pursuant To Civil L.R. 7-11 To Reschedule Hearing On Facebook And Mark Zuckerberg's Motion To Enforce Alleged Settlement Agreement; and (4) Connectu, Inc.'s Reply In Support Of Motion To Shorten Time For Motion For Expedited Discovery And Evidentiary Hearing.

The Court has considered said motion and, finding good cause, hereby GRANTS ConnectU's Motion to Seal (1) Administrative Request Pursuant To Civil L.R. 7-11 To Reschedule Hearing On Facebook And Mark Zuckerberg's Motion To Enforce Alleged Settlement Agreement; (2) Declaration Of Steven C. Holtzman In Support Of Connectu's Administrative Request Pursuant To Civil L.R. 7-11 To Reschedule Hearing On Facebook And Mark Zuckerberg's Motion To Enforce Alleged Settlement Agreement; (3) [Proposed] Order Granting Connectu's Administrative Request Pursuant To Civil L.R. 7-11 To Reschedule Hearing On Facebook And Mark Zuckerberg's Motion To Enforce Alleged Settlement Agreement; and (4) Connectu, Inc.'s Reply In Support Of Motion To Shorten Time For Motion For Expedited Discovery And Evidentiary Hearing.

IT IS SO ORDERED

Dated: _____, 2008

_____
Honorable James Ware
United States District Judge
Northern District of California

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 23, 2008.

Dated: May 23, 2008

/s/ *Steven C. Holtzman*
Steven C. Holtzman