| | |
|---|---|
| STEVEN C. HOLTZMAN (CA BAR NO. 144177)<br>  sholtzman@bsfllp.com<br>BOIES SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br><br>D. MICHAEL UNDERHILL (*pro hac vice*)<br>  munderhill@bsfllp.com<br>BOIES SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue NW<br>Washington, D.C. 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br><br>Attorneys for Defendant<br>CONNECTU, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>              Plaintiffs,<br><br>      v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>              Defendants. | Case No. 5:07-CV-01389-JW<br><br>**MANUAL FILING NOTIFICATION**<br><br>(1) ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 TO RESCHEDULE HEARING ON FACEBOOK AND MARK ZUCKERBERG'S MOTION TO ENFORCE ALLEGED SETTLEMENT AGREEMENT;<br><br>(2) DECLARATION OF STEVEN C. HOLTZMAN IN SUPPORT THEREOF;<br><br>(3) PROPOSED] ORDER GRANTING CONNECTU'S ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 TO RESCHEDULE HEARING ON FACEBOOK AND MARK ZUCKERBERG'S MOTION TO ENFORCE ALLEGED SETTLEMENT AGREEMENT; AND<br><br>(4) CONNECTU, INC.'s REPLY IN SUPPORT OF MOTION TO SHORTEN TIME FOR MOTION FOR EXPEDITED |

MANUAL FILING NOTIFICATION
5:07-CV-01389-JW

Dockets.Justia.com

| | DISCOVERY AND EVIDENTIARY HEARING |
|---|---|

# MANUAL FILING NOTIFICATION

Regarding:

(1) ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 TO RESCHEDULE HEARING ON FACEBOOK AND MARK ZUCKERBERG'S MOTION TO ENFORCE ALLEGED SETTLEMENT AGREEMENT; DECLARATION OF STEVEN C. HOLTZMAN IN SUPPORT THEREOF; [PROPOSED] ORDER GRANTING CONNECTU'S ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 TO RESCHEDULE HEARING ON FACEBOOK AND MARK ZUCKERBERG'S MOTION TO ENFORCE ALLEGED SETTLEMENT AGREEMENT; AND CONNECTU, INC.'s REPLY IN SUPPORT OF MOTION TO SHORTEN TIME FOR MOTION FOR EXPEDITED DISCOVERY AND EVIDENTIARY HEARING.

(2) This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main Web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reasons:

[_] Voluminous Document (PDF file size larger than efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] **Confidential – Item Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53)

[_] Other (description): _____

///

///

///

///

///

///

| | |
|---|---|
| 1 | Dated: May 23, 2008 |
| 2 | /s/ *Steven C. Holtzman* |
| 3 | Steven C. Holtzman |
| 4 | STEVEN C. HOLTZMAN (CA BAR NO. 144177)<br>BOIES SCHILLER & FLEXNER LLP |
| 5 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 |
| 6 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 |
| 7 | Email: sholtzman@bsfllp.com |
| 8 | D. MICHAEL UNDERHILL (*pro hac vice*)<br>munderhill@bsfllp.com |
| 9 | BOIES SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue NW |
| 10 | Washington, D.C. 20015<br>Telephone: (202) 237-2727 |
| 11 | Facsimile: (202) 237-6131 |
| 12 | Attorneys for Defendant<br>CONNECTU, INC. |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 23, 2008. |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Dated: May 23, 2008 |
| 8 | _/s/ Steven C. Holtzman_ |
| 9 | Steven C. Holtzman |