IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Facebook, Inc., et al., | NO. C 07-01389 JW |
|     Plaintiffs, | **ORDER RE: PENDING MOTIONS TO SEAL** |
| v. | |
| Connectu, Inc., et al., | |
|     Defendants. | |

Before the Court are over fifteen pending motions to seal.[1] Upon review, the Court orders the parties to meet and confer and file a Joint Proposed Order Re: Motions to Seal that disposes of all sealing motions that are pending as of the date of the Joint Proposed Order is filed. The Joint Proposed Order shall:

(1) Identify each sealing motion by docket number and caption;

(2) Identify the declaration or declarations that support the sealing requested by each motion;

(3) Identify specifically all documents and exhibits to be sealed;

---

[1] The Court identifies no fewer than fifteen pending motions to seal. (See Docket Item Nos. 246, 250, 255, 274, 302, 313, 321, 328, 329, 333, 355, 357, 360, 366, 368, 371, 376, 383, 390, 393.)

(4) Identify specifically any documents or exhibits as to which the designating party withdraws its confidentiality designation and which may be filed as part of the public record; and

(5) Identify whether the motion to seal is opposed, and if so, the docket item number of the opposition.

To the extent that a designating party has not previously filed declarations supporting the requested sealing pursuant to Civ. L.R. 79-5, it shall do so sufficiently in advance of the time the proposed order is filed to permit citation of the docket numbers. The parties shall refile any documents, or exhibits as to which a confidentiality designation has been withdrawn.

The parties shall file their Joint Proposed Order Re: Motions to Seal on or before **June 9, 2008**.

Dated: May 27, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Chester Wren-Ming Day cday@orrick.com
D. Michael Underhill MUnderhill@BSFLLP.com
David A. Barrett dbarrett@bsfllp.com
Evan A. Parke eparke@bsfllp.com
George Hopkins Guy hopguy@orrick.com
I. Neel Chatterjee nchatterjee@orrick.com
Jonathan M. Shaw jshaw@bsfllp.com
Monte M.F. Cooper mcooper@orrick.com
Scott Richard Mosko scott.mosko@finnegan.com
Sean Alan Lincoln slincoln@Orrick.com
Steven Christopher Holtzman sholtzman@bsfllp.com
Theresa Ann Sutton tsutton@orrick.com
Tyler Alexander Baker Tbaker@fenwick.com
Valerie Margo Wagner valerie.wagner@dechert.com
Yvonne Penas Greer ygreer@orrick.com

**Dated: May 27, 2008**            **Richard W. Wieking, Clerk**

                                                   **By:  /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**