| | |
|---|---|
| 1 | SEAN A. LINCOLN (State Bar No. 136387) |
| | salincoln@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985) |
| | nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746) |
| | mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857) |
| | tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072) |
| | ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 7 | Menlo Park, CA 94025 |
| | Telephone: 650-614-7400 |
| 8 | Facsimile: 650-614-7401 |
| 9 | Attorneys for Plaintiffs |
| | THE FACEBOOK, INC. and MARK ZUCKERBERG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG, <br><br> Plaintiffs, <br><br> v. <br><br> CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA, <br><br> Defendants. | Case No. 5:07-CV-01389-RS <br><br> **MANUAL FILING NOTIFICATION** <br><br> 1. **PLAINTIFFS' OPPOSITION TO CONNECTU'S [MAY 23, 2008] ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11** <br> 2. **[PROPOSED] ORDER DENYING CONNECTU'S [MAY 23, 2008] ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11** <br> 3. **DECLARATION OF THERESA SUTTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CONNECTU'S [MAY 23, 2008] ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11** |

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | Regarding: |
| 3 | **(1)** **PLAINTIFFS' OPPOSITION TO CONNECTU'S [MAY 23, 2008] ADMINISTRATIVE** |
| 4 | **REQUEST PURSUANT TO CIVIL L.R. 7-11; [PROPOSED] ORDER DENYING CONNECTU'S [MAY** |
| 5 | **23, 2008] ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11; DECLARATION OF** |
| 6 | **THERESA SUTTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CONNECTU'S [MAY 23, 2008]** |
| 7 | **ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11** |
| 8 | (2) This filing is in paper or physical form only, and is being maintained in the case |
| 9 | file in the Clerk's office. |
| 10 | If you are a participant in this case, this filing will be served in hard-copy shortly. |
| 11 | For information on retrieving this filing directly from the court, please see the court's main |
| 12 | web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). |
| 13 | This filing was not efiled for the following reason(s): |
| 14 | [_] Voluminous Document (PDF file size larger than the efiling system allows) |
| 15 | [_] Unable to Scan Documents |
| 16 | [_] Physical Object (description): _____ |
| 17 | [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media |
| 18 | **[X] Confidential - Item Under Seal.** |
| 19 | [_] Conformance with the Judicial Conference Privacy Policy (General Order 53). |
| 20 | [_] Other (description): _____ |
| 21 | |
| 22 | Dated: May 29, 2008   ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 23 | |
| 24 | /s/ Theresa A. Sutton /s/ |
| 25 | Theresa A. Sutton<br>Attorneys for Plaintiffs |
| 26 | THE FACEBOOK, INC. and<br>MARK ZUCKERBERG |
| 27 | |
| 28 | |

- 1 -

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 29, 2008.

Dated: May 29, 2008.                Respectfully submitted,

                                          /s/ Theresa A. Sutton /s/
                                                  Theresa A. Sutton

OHS West:260447333.1