| | |
|---|---|
| 1 | SEAN A. LINCOLN (State Bar No. 136387) |
|   |    salincoln@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985) |
|   |    nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746) |
|   |    mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857) |
|   |    tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072) |
|   |    ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 7 | Menlo Park, CA 94025 |
|   | Telephone: 650-614-7400 |
| 8 | Facsimile: 650-614-7401 |
| 9 | Attorneys for Plaintiffs |
|   | THE FACEBOOK, INC. and MARK ZUCKERBERG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG, | Case No. 5:07-CV-01389-JW |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | **VIA MAIL, FEDERAL EXPRESS, OR HAND DELIVERY*** |
| CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS and WAYNE CHANG | |
| Defendants. | |

OHS West:260435244.1

PROOF OF SERVICE
5:07-CV-01389-JW

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On May 29, 2008, I served the within document(s):

1. PLAINTIFFS' OPPOSITION TO CONNECTU'S [MAY 23, 2008] ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 [FILED UNDER SEAL]

2. [PROPOSED] ORDER DENYING CONNECTU'S [MAY 23, 2008] ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 [FILED UNDER SEAL]

3. DECLARATION OF THERESA SUTTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CONNECTU'S [MAY 23, 2008] ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 [FILED UNDER SEAL]

|   | |
|---|---|
|   | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:30 p.m. on May 29, 2008. |
|   | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on May 29, 2008. |
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
| X | By causing personal delivery by Careful Courier of the document(s) listed above to the person(s) at the address(es) set forth below. |

Scott Mosko, Esq.*
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

ATTORNEYS FOR DEFENDANTS
CONNECTU INC., PACIFIC
NORTHWEST SOFTWARE, INC.,
WINSTON WILLIAMS, WAYNE CHANG

Steven C. Holtzman, Esq.*
Boies Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

ATTORNEY FOR DEFENDANT
CONNECTU

OHS West:260435244.1

PROOF OF SERVICE
5:07-CV-01389-JW

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | **John F. Hornick, Esq,**<br>**Meredith H. Schoenfeld, Esq.**<br>**Margaret A. Esquenet, Esq.**<br>**Daniel P. Kaufman, Esq.**<br>Finnegan, Henderson, Farabow, Garrett &<br>Dunner, LLP<br>901 New York Ave.<br>Washington, D.C. 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br>**Attorneys For**<br>**ConnectU Inc., Cameron**<br>**Winklevoss, Tyler Winklevoss,**<br>**Divya Narendra** | **Daniel P. Tighe**<br>**Scott McConchie**<br>Griesinger, Tighe & Maffei, LLP<br>176 Federal St.<br>Boston, MA 02110<br><br>ATTORNEY FOR CONNECTU |
| 10<br>11<br>12<br>13 | **Robert B. Hawk, Esq.**<br>Heller Ehrman, LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025<br>Telephone: (650) 324-7000<br>Facsimile: (650) 324-0638 | **Daniel K. Hampton, Esq.**<br>Holland & Knight, LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>Telephone: (617) 573-2700<br>Facsimile: (617) 523-6850 |
| 14 | ATTORNEY FOR EDUARDO SAVERIN | ATTORNEY FOR EDUARDO SAVERIN |

I am readily familiar with my firm's practice for collection and processing correspondence for delivery via Federal Express, to wit, that correspondence be deposited with the Federal Express Courier this same day in the ordinary course of business.

Executed on May 29, 2008 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Abby Ako-Nai*
Abby Ako-Nai

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): ORRICK, HERRINGTON & SUTCLIFFE LLP YVONNE P. GREER, ESQ. (SBN 214072) 1000 Marsh Road Menlo Park, CA 94025 | TELEPHONE NO.: (650) 614-7400 FACSIMILE NO.: (650) 614-7401 | FOR COURT USE ONLY |
|---|---|---|
| Attorneys for Plaintiffs THE FACEBOOK, INC. and MARK ZUCKERBERG | | |
| Insert name of court, judicial district or branch court, if any: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION | | |
| THE FACEBOOK, INC. and MARK ZUCKERBERG v. CONNECTU, INC. (formerly known as CONNECTU, LLC), et al. | | CASE NUMBER: 5:07-CV-01389-JW |

## DECLARATION OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

PLAINTIFFS' OPPOSITION TO CONNECTU'S [MAY 23, 2008] ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 [FILED UNDER SEAL];

[PROPOSED] ORDER DENYING CONNECTU'S [MAY 23, 2008] ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 [FILED UNDER SEAL];

DECLARATION OF THERESA SUTTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CONNECTU'S [MAY 23, 2008] ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 [FILED UNDER SEAL]

ON: STEVEN C. HOLTZMAN, ESQ.

AT: BOIES SCHILLER & FLEXNER, LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING:
Cindy Jay, Receptionist
ON: May 29, 2008
AT: 5:07 PM

MANNER OF SERVICE:
Delivery to Law Office: Service was made by delivery to the attorney's office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. [CCP 1011 (a)]

Jamil Satti
Careful Attorney Service
681 Harrison Street
San Francisco, CA 94107
(415) 864-8014

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Declaration of Service is true and correct and that this declaration was executed on 05/30/2008.

Signature: _Jamil Satti_
Jamil Satti

DECLARATION OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>YVONNE P. GREER, ESQ. (SBN 214072)<br>1000 Marsh Road<br>Menlo Park, CA 94025 | (650) 614-7400<br>FACSIMILE NO.:<br>(650) 614-7401 | |

Attorneys for Plaintiffs THE FACEBOOK, INC. and MARK ZUCKERBERG

Insert name of court, judicial district or branch court, if any:

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

THE FACEBOOK, INC. and MARK ZUCKERBERG
v.
CONNECTU, INC. (formerly known as CONNECTU, LLC), et al.

CASE NUMBER: 5:07-CV-01389-JW

## DECLARATION OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

PLAINTIFFS' OPPOSITION TO CONNECTU'S [MAY 23, 2008] ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 [FILED UNDER SEAL];

[PROPOSED] ORDER DENYING CONNECTU'S [MAY 23, 2008] ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 [FILED UNDER SEAL];

DECLARATION OF THERESA SUTTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CONNECTU'S [MAY 23,2008] ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 [FILED UNDER SEAL]

ON: SCOTT MOSKO, ESQ.

AT: FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING:

Rashonda Gill, Receptionist
ON: May 29, 2008
AT: 4:29 PM

MANNER OF SERVICE:

Delivery to Law Office: Service was made by delivery to the attorney's office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. [CCP 1011 (a)]

Minh Tran
Careful Attorney Service
681 Harrison Street
San Francisco, CA 94107
(415) 864-8014

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Declaration of Service is true and correct and that this declaration was executed on 05/30/2008.

Signature: _____
Minh Tran

## DECLARATION OF SERVICE

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

Ship Date: 29MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

SHIP TO: (650)324-7169     BILL SENDER

**Robert B. Hawk/ Bhanu Sadasivan**
**Heller Ehrman LLP**
**275 Middlefield Rd**

**Menlo Park, CA 940253592**



Ref # 0016069-000004/006399
Invoice #
PO #
Dept #

TRK# 7910 7625 9576
0201

FRI - 30MAY     A2
STANDARD OVERNIGHT
DSR

94025
CA-US
SFO

**WA HGTA**



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From:   Origin ID: HGTA   (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

CLS 120707/21/24

Ship Date: 29MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

SHIP TO: (617)523-2700          BILL SENDER
**Daniel K. Hampton/ Gordon P. Katz**
**Holland & Knight, LLP**
**10 Saint James Ave**
**Fl 11**
**Boston, MA 021163813**

Ref #      0016069-002001/006399
Invoice #
PO #
Dept #

TRK#  7910 7625 8146
0201

FRI - 30MAY          A1
**STANDARD OVERNIGHT**
DSR

02116
MA-US
BOS

**XH GBRA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**FOLD** on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

CLS 128707/21/24

SHIP TO: (617)542-9900    BILL SENDER
**Daniel P. Tighe/ Scott McConchie**
**Griesinger, Tighe & Maffei LLP**
**176 Federal St**

**Boston, MA 021102214**

Ship Date: 29MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref # 0016069-002001/006399
Invoice #
PO #
Dept #

TRK# 7989 5108 6731
0201

FRI - 30MAY    A1
STANDARD OVERNIGHT
DSR

02110
MA-US
BOS



XH LWMA

FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS120707/21/24

SHIP TO: (202)408-4000          BILL SENDER
**John Hornick/ Meredith Schoenfeld
Finnegan, Henderson, Farabow, et al
901 New York Ave NW**

**Washington, DC 200014432**

Ship Date: 29MAY08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref # 0016069-002001/006399
Invoice #
PO #
Dept #

TRK# 7900 2395 3408    FRI - 30MAY    A1
0201                   STANDARD OVERNIGHT
                       DSR

                       20001
**XC TSGA**            DC-US
                       IAD

- - - - - - - - - - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible - - - - - - - - - -

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.