STEVEN C. HOLTZMAN (CA BAR NO. 144177)
　sholtzman@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

D. MICHAEL UNDERHILL (*pro hac vice*)
　munderhill@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Attorneys for Defendant
CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>　　　　Defendants. | Case No. 5:07-CV-01389-JW<br><br>**[PROPOSED] ORDER GRANTING CONNECTU'S ADMINISTRATIVE MOTION TO SEAL:**<br><br>**(1) CONNECTU, INC.'S OPPOSITION TO FACEBOOK, INC. AND MARK ZUCKERBERG'S CONFIDENTIAL MOTION TO ENFORCE SETTLEMENT AGREEMENT;**<br>**(2) SECOND DECLARATION OF EVAN A. PARKE;**<br>**(3) SUPPLEMENTAL DECLARATION OF ROBERT T. CLARKSON;**<br>**(4) DECLARATION OF ROBERT T. CLARKSON;**<br>**(5) DECLARATION OF CAMERON WINKLEVOSS;**<br>**(6) CORRECTED DECLARATION OF DONNA HITSCHERICH; AND**<br>**(7) [PROPOSED] ORDER DENYING THE CONFIDENTIAL MOTION BY THE FACEBOOK, INC. AND MARK ZUCKERBERG TO ENFORCE A PURPORTED SETTLEMENT AGREEMENT** |

The matter before the Court is ConnectU's Administrative Motion to Seal (1) ConnectU, Inc.'s Opposition To Facebook, Inc. And Mark Zuckerberg's Confidential Motion To Enforce Settlement Agreement; (2) Second Declaration Of Evan A. Parke In Support Thereof; (3) Supplemental Declaration Of Robert T. Clarkson In Support Thereof; (4) Declaration Of Robert T. Clarkson In Support Thereof; (5) Declaration Of Cameron Winklevoss In Support Thereof; (6) Corrected Declaration Of Donna Hitscherich In Support Thereof; And (7) [Proposed] Order Denying The Confidential Motion By The Facebook, Inc. And Mark Zuckerberg To Enforce A Purported Settlement Agreement.

The Court has considered said motion and, finding good cause, hereby GRANTS ConnectU's Motion to Seal (1) ConnectU, Inc.'s Opposition To Facebook, Inc. And Mark Zuckerberg's Confidential Motion To Enforce Settlement Agreement; (2) Second Declaration Of Evan A. Parke In Support Thereof; (3) Supplemental Declaration Of Robert T. Clarkson In Support Thereof; (4) Declaration Of Robert T. Clarkson In Support Thereof; (5) Declaration Of Cameron Winklevoss In Support Thereof; (6) Corrected Declaration Of Donna Hitscherich In Support Thereof; And (7) [Proposed] Order Denying The Confidential Motion By The Facebook, Inc. And Mark Zuckerberg To Enforce A Purported Settlement Agreement.

IT IS SO ORDERED.

Dated: _____, 2008

Honorable James Ware
United States District Judge
Northern District of California

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 2, 2008.

Dated: June 2, 2008

                                                       /s/ *Steven C. Holtzman*
                                                     Steven C. Holtzman