1    STEVEN C. HOLTZMAN (CA BAR NO. 144177)
       sholtzman@bsfllp.com
2    BOIES SCHILLER & FLEXNER LLP
     1999 Harrison Street, Suite 900
3    Oakland, CA 94612
     Telephone: (510) 874-1000
4    Facsimile: (510) 874-1460

5    D. MICHAEL UNDERHILL (*pro hac vice*)
       munderhill@bsfllp.com
6    BOIES SCHILLER & FLEXNER LLP
     5301 Wisconsin Avenue NW
7    Washington, D.C. 20015
     Telephone: (202) 237-2727
8    Facsimile: (202) 237-6131

9    Attorneys for Defendant
     CONNECTU, INC.

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

13   THE FACEBOOK, INC. and MARK          Case No. 5:07-CV-01389-JW
14   ZUCKERBERG,
                                          **[PROPOSED] ORDER GRANTING**
15                    Plaintiffs,          **CONNECTU'S ADMINISTRATIVE**
                                          **MOTION TO SEAL:**
16         v.
                                          **(1) CONNECTU, INC.'S OPPOSITION**
17   CONNECTU, INC. (formerly known as    **TO MOTION TO QUASH;**
     CONNECTU, LLC), PACIFIC NORTHWEST    **(2) SECOND DECLARATION OF**
18   SOFTWARE, INC., WINSTON WILLIAMS,    **EVAN A. PARKE IN SUPPORT**
     and WAYNE CHANG,                     **THEREOF;**
19                                        **(3) SUPPLEMENTAL**
                      Defendants.          **DECLARATION OF ROBERT T.**
20                                        **CLARKSON IN SUPPORT**
                                          **THEREOF;**
21                                        **(4) DECLARATION OF ROBERT T.**
                                          **CLARKSON IN SUPPORT**
22                                        **THEREOF;**
                                          **(5) DECLARATION OF CAMERON**
23                                        **WINKLEVOSS IN SUPPORT**
                                          **THEREOF;**
24                                        **(6) CORRECTED DECLARATION**
                                          **OF DONNA HITSCHERICH IN**
25                                        **SUPPORT THEREOF; AND**
                                          **(7) [PROPOSED] ORDER DENYING**
26                                        **THE MOTION TO QUASH AND FOR A**
                                          **PROTECTIVE ORDER FILED BY**
27                                        **FENWICK & WEST LLP AND**
                                          **GREGORY ROUSSEL**
28

                                          [PROPOSED] ORDER
                                          5:07-CV-01389-JW

Dockets.Justia.com

The matter before the Court is ConnectU's Administrative Motion to Seal (1) ConnectU, Inc.'s Opposition To Motion To Quash; (2) Second Declaration Of Evan A. Parke In Support Thereof; (3) Supplemental Declaration Of Robert T. Clarkson In Support Thereof; (4) Declaration Of Robert T. Clarkson In Support Thereof; (5) Declaration Of Cameron Winklevoss In Support Thereof; (6) Corrected Declaration Of Donna Hitscherich In Support Thereof; And (7) [Proposed] Order Denying The Motion To Quash And For A Protective Order Filed By Fenwick & West LLP And Gregory Roussel.

The Court has considered said motion and, finding good cause, hereby GRANTS ConnectU's Motion to Seal (1) ConnectU, Inc.'s Opposition To Motion To Quash; (2) Second Declaration Of Evan A. Parke In Support Thereof; (3) Supplemental Declaration Of Robert T. Clarkson In Support Thereof; (4) Declaration Of Robert T. Clarkson In Support Thereof; (5) Declaration Of Cameron Winklevoss In Support Thereof; (6) Corrected Declaration Of Donna Hitscherich In Support Thereof; And (7) [Proposed] Order Denying The Motion To Quash And For A Protective Order Filed By Fenwick & West LLP And Gregory Roussel.

IT IS SO ORDERED.

Dated: _____, 2008

_____
Honorable James Ware
United States District Judge
Northern District of California

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 2, 2008.

Dated:  June 2, 2008

                    /s/ *Steven C. Holtzman*
Steven C. Holtzman