SEAN A. LINCOLN (State Bar No. 136387)
  salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
  mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
  tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
  ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>              Plaintiffs,<br><br>     v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>              Defendants. | Case No.  5:07-CV-01389-JW<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO FILE A JOINT PROPOSED ORDER RE SEALING** |

This Stipulation is entered into by and among Plaintiffs Facebook, Inc., and Mark E. Zuckerberg and Defendant ConnectU, Inc., through its respective attorneys of record.

WHEREAS, on May 27, 2008, the Court issued an order requesting that the parties submit, by June 9, a Joint Proposed Order regarding "all sealing motions that are pending as of the date of the Jointed Proposed Order is filed";

WHEREAS, Plaintiffs Facebook, Inc. and Mark E. Zuckerberg will be filing their Reply Memorandum and supporting documents in support of their Confidential Motion (Docket No. 329) under seal today;

WHEREAS, the parties believe that an extension of time to file the Joint Proposed Order, until tomorrow, June 10, is necessary in order to include Plaintiffs' June 9 filing;

IT IS HEREBY STIPULATED AND AGREED THAT the parties' Joint Proposed Order Re: Sealing is due on June 10, 2008.

Dated: June 9, 2008     ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Theresa A. Sutton
Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

Dated: June 9, 2008     BOIES SCHILLER & FLEXNER LLP

/s/
Evan Parke
Attorneys for Defendant
CONNECTU, INC.

**ORDER**

IT IS SO ORDERED.

Dated: _____

Honorable James Ware
United States District Judge
Northern District of California