TYLER BAKER (CSB NO. 65109)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
tbaker@fenwick.com

KALAMA M. LUI-KWAN (CSB NO. 242121)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
klui-kwan@fenwick.com

Attorneys for Non-Parties Fenwick
& West LLP and R. Gregory Roussel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THE FACEBOOK, INC. and MARK ZUCKERBERG

Plaintiffs,

v.

CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,

Defendants.

Case No. 5:07-CV-01389-JW

**MANUAL FILING NOTIFICATION REGARDING SEALED REPLY IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER**

| | |
|---|---|
| 1 | Regarding: **Manual Filing Notification Regarding SEALED REPLY IN SUPPORT** |
| 2 | **OF MOTION TO QUASH AND FOR PROTECTIVE ORDER** |

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

__ Voluminous Document (PDF file size larger than efiling system allowances)

__ Unable to Scan Documents

__ Physical Object (description): _____

__ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Items Under Seal

__ Conformance with the Judicial Conference Privacy Policy (General Order 53).

__ Other (description):

Dated: June 9, 2008

Respectfully Submitted,

FENWICK & WEST LLP

By: /s/ Kalama M. Lui-Kwan

Kalama M. Lui-Kwan
Attorneys for Non-Parties
Fenwick & West LLP and
R. Gregory Roussel