| | |
|---|---|
| 1 | TYLER BAKER (CSB NO. 65109) |
| | FENWICK & WEST LLP |
| 2 | Silicon Valley Center |
| | 801 California Street |
| 3 | Mountain View, CA 94041 |
| | Telephone: (650) 988-8500 |
| 4 | Facsimile: (650) 938-5200 |
| | tbaker@fenwick.com |

KALAMA M. LUI-KWAN (CSB NO. 242121)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
klui-kwan@fenwick.com

Attorneys for Non-Parties Fenwick
& West LLP and R. Gregory Roussel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG | |
| Plaintiffs, | Case No. 5:07-CV-01389-JW |
| v. | **MANUAL FILING NOTIFICATION REGARDING SEALED CORRECTED DECLARATION OF KALAMA M. LUI-KWAN IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER** |
| CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG, | |
| Defendants. | |

MANUAL FILING NOTIFICATION RE SEALED CORRECTED LUI-KWAN DECL ISO MOTION TO QUASH AND FOR PROTECTIVE ORDER     CASE NO. 5:07-CV-01389-JW

Dockets.Justia.com

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| 1 | Regarding: **Manual Filing Notification Regarding SEALED CORRECTED** |
| 2 | **DECLARATION OF KALAMA M. LUI-KWAN IN SUPPORT OF** |
| 3 | **MOTION TO QUASH AND FOR PROTECTIVE ORDER** |

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Items Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description):

Dated: June 9, 2008                    Respectfully Submitted,

                                       FENWICK & WEST LLP

                                       By:    /s/ Kalama M. Lui-Kwan

                                       Kalama M. Lui-Kwan
                                       Attorneys for Non-Parties
                                       Fenwick & West LLP and
                                       R. Gregory Roussel