1    TYLER BAKER (CSB NO. 65109)
     FENWICK & WEST LLP
2    Silicon Valley Center
     801 California Street
3    Mountain View, CA 94041
     Telephone:     (650) 988-8500
4    Facsimile:     (650) 938-5200
     tbaker@fenwick.com
5
     KALAMA M. LUI-KWAN (CSB NO. 242121)
6    FENWICK & WEST LLP
     555 California Street, 12th Floor
7    San Francisco, CA 94104
     Telephone:     (415) 875-2300
8    Facsimile:     (415) 281-1350
     klui-kwan@fenwick.com
9

10   Attorneys for Non-Parties Fenwick
     & West LLP and R. Gregory Roussel
11
                       UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                            SAN JOSE DIVISION
14

15
     THE FACEBOOK, INC. and MARK
16   ZUCKERBERG
                                              Case No. 5:07-CV-01389-JW
17               Plaintiffs,
                                              **PROOF OF SERVICE**
18         v.

19   CONNECTU, INC. (formerly known as
     CONNECTU, LLC), PACIFIC
20   NORTHWEST SOFTWARE, INC.,
     WINSTON WILLIAMS, and WAYNE
21   CHANG,

22               Defendants.

23

24

25

26

27

28

PROOF OF SERVICE                                      CASE NO. 5:07-CV-01389-JW

*Side text:* FENWICK & WEST LLP / ATTORNEYS AT LAW / SAN FRANCISCO

Dockets.Justia.com

1    The undersigned declares as follows:

2        I am a citizen of the United States and employed in Santa Clara County, State of

3   California. I am over the age of eighteen years and not a party to the within-entitled action. My

4   business address is Fenwick & West LLP, 555 California Street, San Francisco, California 94104.

5   On the date set forth below, I served a copy of the following document(s):

6        **REPLY IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE**
         **ORDER (DOCUMENT SUBMITTED UNDER SEAL)**

7

8        **CORRECTED DECLARATION OF KALAMA M. LUI-KWAN**
         **IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER**
         **(DOCUMENT SUBMITTED UNDER SEAL)**

9

10  on the interested parties in the subject action by placing a true copy thereof as indicated below,

11  addressed as follows:

12      Theresa A. Sutton, Esq.                    Stephen C. Holtzman, Esq.
        Orrick, Herrington & Sutcliffe LLP         D. Michael Underhill, Esq.
13      1000 Marsh Road                            Boies, Schiller & Flexner LLP
        Menlo Park, CA 94025                       1999 Harrison Street, Suite 900
14      Telephone: 650.614.7400                    Oakland, Ca 94612
        Facsimile: 650.614.7401                    Telephone: 510.874.1000
15      tsutton@orrick.com                         Facsimile: 510.874.1460
                                                   sholtzman@bsfllp.com
16                                                 munderhill@bsfllp.com

17

18  [X]  **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for
         collection and mailing following our ordinary business practices. I am readily familiar
19       with our ordinary business practices for collecting and processing mail for the United
         States Postal Service, and mail that I place for collection and processing is regularly
20       deposited with the United States Postal Service that same day with postage prepaid.

21  [X]  **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the
         addressee(s) at the e-mail address(es) listed above.
22

23

24      I declare under penalty of perjury under the laws of the State of California and the United

25  States that the above is true and correct.

26

27  Date: June 9, 2008                    _____
                                          Carol B. Galvin
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO