| | |
|---|---|
| 1 | SEAN A. LINCOLN (State Bar No. 136387) |
| | salincoln@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985) |
| | nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746) |
| | mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857) |
| | tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072) |
| | ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 7 | Menlo Park, CA 94025 |
| | Telephone: 650-614-7400 |
| 8 | Facsimile: 650-614-7401 |
| 9 | Attorneys for Plaintiffs |
| | THE FACEBOOK, INC. and MARK ZUCKERBERG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG, | Case No. 5:07-CV-01389-RS |
| Plaintiffs, | **MANUAL FILING NOTIFICATION** |
| v. | **DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF CONFIDENTIAL MOTION** |
| CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA, | |
| Defendants. | |

MANUAL FILING NOTIFICATION
5:07-CV-01389-RS

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | Regarding: |
| 3 | (1) **DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF** |
| 4 | **PLAINTIFFS' REPLY IN SUPPORT OF CONFIDENTIAL MOTION** |
| 5 | (2) This filing is in paper or physical form only, and is being maintained in the case |
| 6 | file in the Clerk's office. |
| 7 | If you are a participant in this case, this filing will be served in hard-copy shortly. |
| 8 | For information on retrieving this filing directly from the court, please see the court's main |
| 9 | web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). |
| 10 | This filing was not efiled for the following reason(s): |
| 11 | [_] Voluminous Document (PDF file size larger than the efiling system allows) |
| 12 | [_] Unable to Scan Documents |
| 13 | [_] Physical Object (description): _____ |
| 14 | [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media |
| 15 | **[X] Confidential - Item Under Seal.** |
| 16 | [_] Conformance with the Judicial Conference Privacy Policy (General Order 53). |
| 17 | [_] Other (description): _____ |
| 18 | |
| 19 | Dated: June 9, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 20 | |
| 21 | /s/ Theresa A. Sutton /s/ |
| 22 | Theresa A. Sutton |
| 23 | Attorneys for Plaintiffs THE FACEBOOK, INC. and MARK ZUCKERBERG |

- 1 -

MANUAL FILING NOTIFICATION
5:07-CV-01389-RS

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 9, 2008.

Dated: June 9, 2008.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Theresa A. Sutton /s/
　　　　　　　　　　　　　　　　　　　　　　　Theresa A. Sutton

OHS West:260453184.1