| | |
|---|---|
| 1 | TYLER BAKER (CSB NO. 65109)<br>FENWICK & WEST LLP |
| 2 | Silicon Valley Center<br>801 California Street |
| 3 | Mountain View, CA 94041<br>Telephone:   (650) 988-8500 |
| 4 | Facsimile:    (650) 938-5200<br>tbaker@fenwick.com |
| 5 | |
| 6 | KALAMA M. LUI-KWAN (CSB NO. 242121)<br>FENWICK & WEST LLP |
| 7 | 555 California Street, 12th Floor<br>San Francisco, CA 94104 |
| 8 | Telephone:   (415) 875-2300<br>Facsimile:    (415) 281-1350 |
| 9 | klui-kwan@fenwick.com |
| 10 | Attorneys for Non-Parties Fenwick & West LLP<br>and R. Gregory Roussel |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG<br><br>             Plaintiffs,<br><br>    v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>             Defendants. | Case No. 5:07-CV-01389-JW<br><br>**ADMINISTRATIVE MOTION BY NON-PARTIES R. GREGORY ROUSSEL AND FENWICK & WEST LLP TO SEAL:**<br><br>**(1) REPLY IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER;**<br><br>**(2) CORRECTED DECLARATION OF KALAMA M. LUI-KWAN IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | |
|---|---|---|
| 1 | Pursuant to Civil L.R. 7-11 and 79-5(d), non-parties R. Gregory Roussel and Fenwick & | |
| 2 | West LLP (together, "Fenwick") respectfully submit this administrative motion asking the Court | |
| 3 | to file under seal: (1) Reply in Support of Motion to Quash and for Protective Order; and (2) | |
| 4 | Corrected Declaration of Kalama M. Lui-Kwan in Support of Motion to Quash ("Reply Papers"). | |

Pursuant to Civil L.R. 7-11 and 79-5(d), non-parties R. Gregory Roussel and Fenwick & West LLP (together, "Fenwick") respectfully submit this administrative motion asking the Court to file under seal: (1) Reply in Support of Motion to Quash and for Protective Order; and (2) Corrected Declaration of Kalama M. Lui-Kwan in Support of Motion to Quash ("Reply Papers").

The parties in this action entered into, and the California Superior Court issued, a Stipulated Protective Order on January 23, 2006, which prohibits either party from filing in the public record any documents that have been designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order. Although Fenwick is not a party to this action, it has represented Facebook, Inc. ("Facebook") in connection with certain matters related to Facebook's settlement of this action.

The Reply Papers contain confidential information that is subject to the protection in the protective order. In light of the high-profile nature of this case, and the parties' desire to keep the details of these documents private, Fenwick requests that the Reply Papers remain sealed. The subject matter discussed in these papers includes commercially sensitive and confidential information that, if released to the general public, will adversely affect the parties to this litigation.

Dated: June 9, 2008	FENWICK & WEST LLP

By:      /s/ Kalama M. Lui-Kwan

Kalama M. Lui-Kwan
Attorneys for Non-Parties Fenwick
& West LLP and R. Gregory Roussel

26246/00400/DOCS/1922114.1

MOTION TO SEAL	CASE NO. 5:07-CV-01389-JW