SEAN A. LINCOLN (State Bar No. 136387)
  salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
  mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
  tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
  ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiffs
FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL:**<br><br>**(1) PLAINTIFFS' REPLY IN SUPPORT OF CONFIDENTIAL MOTION;**<br><br>**(2) DECLARATION OF I. NEEL CHATTERJEE AND EXHIBITS IN SUPPORT THEREOF;**<br><br>**(3) DECLARATION OF ATULYA SARIN, PH.D. AND EXHIBITS IN SUPPORT THEREOF;**<br><br>**(4) DECLARATION OF TED WANG IN SUPPORT THEREOF;**<br><br>**(5) PLAINTIFFS' OBJECTIONS TO AND MOTION TO STRIKE EVIDENCE SUBMITTED IN CONNECTU'S OPPOSITION TO PLAINTIFFS' CONFIDENTIAL MOTION.** |

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 7-11 and 79-5(d), Plaintiffs respectfully submit this administrative |
| 2 | motion asking the Court to file under seal (1) Plaintiffs' Reply in Support of Confidential Motion; |
| 3 | (2) Declaration of I. Neel Chatterjee and Exhibits in Support Thereof; (3) Declaration of Atulya |
| 4 | Sarin, PhD. and Exhibits in Support Thereof; and (4) Declaration of Ted Wang in Support |
| 5 | Thereof; and (5) Plaintiffs' Objections to and Motion to Strike Evidence Submitted in |
| 6 | ConnectU's Opposition to Plaintiffs' Confidential Motion. |

Pursuant to Civil L.R. 7-11 and 79-5(d), Plaintiffs respectfully submit this administrative motion asking the Court to file under seal (1) Plaintiffs' Reply in Support of Confidential Motion; (2) Declaration of I. Neel Chatterjee and Exhibits in Support Thereof; (3) Declaration of Atulya Sarin, PhD. and Exhibits in Support Thereof; and (4) Declaration of Ted Wang in Support Thereof; and (5) Plaintiffs' Objections to and Motion to Strike Evidence Submitted in ConnectU's Opposition to Plaintiffs' Confidential Motion.

The parties entered into, and the California Superior Court issued, a Stipulated Protective Order on January 23, 2006, which prohibits either party from filing in the public record any documents that have been designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order.

Plaintiffs' Reply in Support of Confidential Motion, all documents filed in support thereof, and Plaintiffs' Objections to and Motion to Strike Evidence Submitted in ConnectU's Opposition to Plaintiffs' Confidential Motion, contain confidential information that is subject to the protection in the protective order. In light of the high profile nature of this case, and the parties' desire to keep the details of this Administrative Request private, Plaintiffs request that their Reply in Support of Confidential Motion, all documents filed in support thereof, and Plaintiffs' Objections to and Motion to Strike Evidence Submitted in ConnectU's Opposition to Plaintiffs' Confidential Motion remain sealed. The subject matter discussed in these papers includes commercially sensitive and confidential information that, if released to the general public, will adversely affect the parties to this litigation.

Dated: June 9, 2008

Orrick, Herrington & Sutcliffe LLP

/s/ Theresa A. Sutton /s/
Theresa A. Sutton
Attorneys for Plaintiffs
FACEBOOK, INC. AND MARK ZUCKERBERG

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 9, 2008.

Dated: June 9, 2008.                          Respectfully submitted,

                                      /s/ Theresa A. Sutton /s/
                                         Theresa A. Sutton

OHS West:260452463.1
16069-4 A3D/HTT