| | |
|---|---|
| SEAN A. LINCOLN (State Bar No. 136387)<br>   salincoln@orrick.com<br>I. NEEL CHATTERJEE (State Bar No. 173985)<br>   nchatterjee@orrick.com<br>MONTE COOPER (State Bar No. 196746)<br>   mcooper@orrick.com<br>THERESA A. SUTTON (State Bar No. 211857)<br>   tsutton@orrick.com<br>YVONNE P. GREER (State Bar No. 214072)<br>   ygreer@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650-614-7400<br>Facsimile: 650-614-7401<br><br>Attorneys for Plaintiffs<br>FACEBOOK, INC. and MARK ZUCKERBERG | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>    Defendants. | Case No. 5:07-CV-01389-JW<br><br>**DECLARATION OF THERESA A. SUTTON PURSUANT TO CIVIL LOCAL RULE 7-11 AND 79-5(B) IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**<br><br>**(1) PLAINTIFFS' REPLY IN SUPPORT OF CONFIDENTIAL MOTION;**<br><br>**(2) DECLARATION OF I. NEEL CHATTERJEE AND EXHIBITS IN SUPPORT THEREOF;**<br><br>**(3) DECLARATION OF ATULYA SARIN, PH.D. AND EXHIBITS IN SUPPORT THEREOF;**<br><br>**(4) DECLARATION OF TED WANG IN SUPPORT THEREOF;**<br><br>**(5) PLAINTIFFS' OBJECTIONS TO AND MOTION TO STRIKE EVIDENCE SUBMITTED IN CONNECTU'S OPPOSITION TO PLAINTIFFS' CONFIDENTIAL MOTION.** |

1. I, Theresa A. Sutton, declare as follows:

1. I am an associate with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel to Plaintiffs Facebook, Inc. and Mark Zuckerberg. I am licensed to practice law in the State of California. I have personal knowledge of the facts and circumstances set forth in this Declaration. If called as a witness, I could and would testify competently to the matters set forth herein. I make this Declaration pursuant to Civil L.R. 7-11 and 79-5(b).

2. Good cause exists for sealing (1) Plaintiffs' Reply in Support of Confidential Motion; (2) Declaration of I. Neel Chatterjee and Exhibits in Support Thereof; (3) Declaration of Atulya Sarin, PhD. and Exhibits in Support Thereof; (4) Declaration of Ted Wang in Support Thereof; and (5) Plaintiffs' Objections to and Motion to Strike Evidence Submitted in ConnectU's Opposition to Plaintiffs' Confidential Motion.

3. Plaintiffs' Reply in Support of Confidential Motion, all documents filed in support thereof, and Plaintiffs' Objections to and Motion to Strike Evidence Submitted in ConnectU's Opposition to Plaintiffs' Confidential Motion, contain confidential information that is subject to the protection in the Stipulated Protective Order dated January 23, 2006. In light of the high profile nature of this case, and the parties' desire to keep the details of these documents private, Plaintiffs request that this Reply in Support of Confidential Motion, all documents filed in support thereof, and Plaintiffs' Objections to and Motion to Strike Evidence Submitted in ConnectU's Opposition to Plaintiffs' Confidential Motion remain sealed. The subject matter discussed in these papers contains commercially sensitive and confidential information that, if released to the general public, will adversely affect the parties to this litigation.

4. This Administrative Motion is being made pursuant to Civil L.R. 79-5, which requires a Court order to seal documents and does not permit sealing by stipulation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 9th day of June, 2008, at Menlo Park, California.

/s/ Theresa A. Sutton /s/
Theresa A. Sutton

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 9, 2008.

Dated: June 9, 2008.                    Respectfully submitted,

/s/ Theresa A. Sutton /s/
Theresa A. Sutton