STEVEN C. HOLTZMAN (CA BAR NO. 144177)
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: sholtzman@bsfllp.com

Attorneys for Defendant
CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE FACEBOOK, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC., et al.,<br><br>Defendants. | Case No. C 07-01389 JW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
|---|---|

Pursuant to Civil Local Rule 11-3, Sean F. O'Shea, an active member in good standing of the bars of the States of New York and Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant CONNECTU, INC. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Steven C. Holtzman, (CA Bar No. 144177)
> BOIES SCHILLER & FLEXNER LLP
> 1999 Harrison Street, Suite 900
> Oakland, CA 94612
> Telephone: (510) 874-1000
> Facsimile: (510) 874-1460
> Email: sholtzman@bsfllp.com

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| 1 | Dated: June 11, 2008 | O'SHEA PARTNERS LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Sean F. O'Shea<br>O'Shea Partners LLP |
| 6 | | 90 Park Avenue, 20th Floor<br>New York, NY 10016 |
| 7 | | Telephone: (212) 682-4426<br>Facsimile: (212) 682-4437<br>Email: soshea@osheapartners.com |

# ATTACHMENT

I am an active member in good standing in the following State and Federal courts:

State of New York, State of Illinois; the United States District Courts for the Southern and Eastern Districts of New York and the Northern District of Illinois; and the United States Court of Appeals for the Second and Seventh Circuits.