UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC., et al.,<br><br>Defendants. | Case No. C 07-01389 JW<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

| | |
|---|---|
| 1 | Sean F. O'Shea, an active member in good standing of the bars of the States of |
| 2 | |
| 3 | New York and Illinois whose business address and telephone number is O'Shea Partners |
| 4 | LLP, 90 Park Avenue, 20th Floor, New York, NY 10016, (212) 682-4426, having |
| 5 | applied in the above-entitled action for admission to practice in the Northern District of |
| 6 | California on a *pro hac vice* basis, representing Defendant CONNECTU, INC., |
| 7 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms |

Sean F. O'Shea, an active member in good standing of the bars of the States of New York and Illinois whose business address and telephone number is O'Shea Partners LLP, 90 Park Avenue, 20th Floor, New York, NY 10016, (212) 682-4426, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant CONNECTU, INC.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ___June 13___, 2008          By: _____/s/ James Ware_____
                                          The Honorable James Ware