SEAN A. LINCOLN (State Bar No. 136387)
  salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
  mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
  tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
  ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS and WAYNE CHANG<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**PROOF OF SERVICE**<br><br>**VIA HAND DELIVERY** |

OHS West:260427013.2

PROOF OF SERVICE
5:07-CV-01389-JW

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On April 24, 2008, I served the within document(s):

1. **FACEBOOK, INC. AND MARK ZUCKERBERG'S CONFIDENTIAL MOTION WITH [PROPOSED] ORDER GRANTING CONFIDENTIAL MOTION;**
2. **DECLARATION OF GREG ROUSSEL IN SUPPORT OF FACEBOOK, INC. AND MARK ZUCKERBERG'S CONFIDENTIAL MOTION (EXHIBITS ATTACHED);**
3. **DECLARATION OF MARK HOWITSON IN SUPPORT OF FACEBOOK, INC. AND MARK ZUCKERBERG'S CONFIDENTIAL MOTION;**
4. **DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK, INC. AND MARK ZUCKERBERG'S CONFIDENTIAL MOTION (EXHIBITS ATTACHED).**

|   |   |
|---|---|
|   | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:30 p.m. on May 1, 2008. |
|   | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on _____, 2008. |
|   | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
| X | By causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below. |

ATTORNEYS FOR DEFENDANTS CONNECTU INC.
Steven C. Holtzman, Esq.
Mike Underhill, Esq.
BOIES SCHILLER & FLEXNER, LLP
1999 Harrison Street, Suite 900
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

I am readily familiar with my firm's practice for collection and processing correspondence for delivery via hand delivery, to wit, that correspondence be deposited with the above listed individual this same day in the ordinary course of business.

Executed on April 24, 2008 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Theresa A. Sutton

OHS West:260427013.2

PROOF OF SERVICE
5:07-CV-01389-RS