1  SEAN A. LINCOLN (State Bar No. 136387)
      salincoln@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
      nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
      mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
      tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
      ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA 94025
   Telephone:    650-614-7400
8  Facsimile:    650-614-7401

9  Attorneys for Plaintiffs
   THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS and WAYNE CHANG<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**PROOF OF SERVICE**<br><br>**VIA MAIL, FEDERAL EXPRESS, OR HAND DELIVERY*** |

OHS West:260453189.1

PROOF OF SERVICE
5:07-CV-01389-JW

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am a resident of the State of California and over the age of eighteen years, and not a |
| 3 | party to the within action. On June 9, 2008, I served the within document(s): |
| 4 | 1.    **PLAINTIFFS' REPLY IN SUPPORT OF CONFIDENTIAL MOTION;** |
| 5 | 2.    **DECLARATION OF I. NEEL CHATTERJEE AND EXHIBITS IN SUPPORT THEREOF;** |
| 6 | |
| 7 | 3.    **DECLARATION OF ATULYA SARIN, PH.D. AND EXHIBITS IN SUPPORT THEREOF;** |
| 8 | 4.    **DECLARATION OF TED WANG IN SUPPORT THEREOF;** |
| 9 | 5.    **PLAINTIFFS' OBJECTIONS TO AND MOTION TO STRIKE EVIDENCE SUBMITTED IN CONNECTU'S OPPOSITION TO PLAINTIFFS' CONFIDENTIAL MOTION [FILED UNDER SEAL]** |

| | |
|---|---|
| | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:30 p.m. on June 9, 2008. |
| | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on June 9, 2008. |
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
| X | By causing personal delivery by Careful Courier of the document(s) listed above to the person(s) at the address(es) set forth below. |

Scott Mosko, Esq.*
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

**ATTORNEYS FOR DEFENDANTS
CONNECTU INC., PACIFIC
NORTHWEST SOFTWARE, INC.,
WINSTON WILLIAMS, WAYNE CHANG**

Steven C. Holtzman, Esq.*
Boies Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

**ATTORNEY FOR DEFENDANT
CONNECTU**

| | |
|---|---|
| John F. Hornick, Esq,<br>Meredith H. Schoenfeld, Esq.<br>Margaret A. Esquenet, Esq.<br>Daniel P. Kaufman, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>901 New York Ave.<br>Washington, D.C. 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br>Attorneys For<br>ConnectU Inc., Cameron Winklevoss, Tyler Winklevoss, Divya Narendra | Daniel P. Tighe<br>Scott McConchie<br>Griesinger, Tighe & Maffei, LLP<br>176 Federal St.<br>Boston, MA 02110<br><br>ATTORNEY FOR CONNECTU |
| Robert B. Hawk, Esq.<br>Heller Ehrman, LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025<br>Telephone: (650) 324-7000<br>Facsimile: (650) 324-0638<br><br>ATTORNEY FOR EDUARDO SAVERIN | Daniel K. Hampton, Esq.<br>Holland & Knight, LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>Telephone: (617) 573-2700<br>Facsimile: (617) 523-6850<br><br>ATTORNEY FOR EDUARDO SAVERIN |

I am readily familiar with my firm's practice for collection and processing correspondence for delivery via Federal Express, to wit, that correspondence be deposited with the Federal Express Courier this same day in the ordinary course of business.

Executed on June 9, 2008 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*[signature]*
Abby Ako-Nai

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): ORRICK, HERRINGTON & SUTCLIFFE LLP<br>YVONNE P. GREER, ESQ. (SBN 214072)<br>1000 Marsh Road<br>Menlo Park, CA 94025 | TELEPHONE NO.: (650) 614-7400<br>FACSIMILE NO.: (650) 614-7401 | FOR COURT USE ONLY |
|---|---|---|
| Attorneys for Plaintiffs THE FACEBOOK, INC. and MARK ZUCKERBERG | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| THE FACEBOOK, INC. and MARK ZUCKERBERG<br>v.<br>CONNECTU, INC. (formerly known as CONNECTU, LLC), et al. | CASE NUMBER:<br>5:07-CV-01389-JW |
|---|---|

## DECLARATION OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

PLAINTIFFS' REPLY IN SUPPORT OF CONFIDENTIAL MOTION;

DECLARATION OF I. NEEL CHATTERJEE AND EXHIBITS IN SUPPORT THEREOF;

DECLARATION OF ATULYA SARIN, PH.D. AND EXHIBITS IN SUPPORT THEREOF;

DECLARATION OF TED WANG IN SUPPORT THEREOF;

PLAINTIFFS' OBJECTIONS TO AND MOTION TO AND MOTION TO STRIKE EVIDENCE SUBMITTED IN CONNECTU'S OPPOSITION TO PLAINTIFFS' CONFIDENTIAL MOTION [FILED UNDER SEAL]

ON: STEVEN C. HOLTZMAN, ESQ.

AT: BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING:

Danga Plummer, Receptionist
ON: June 9, 2008

AT: 5:52 PM

MANNER OF SERVICE:

Delivery to Law Office: Service was made by delivery to the attorney's office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. [CCP 1011 (a)]

Jamil Satti
Careful Attorney Service
681 Harrison Street
San Francisco, CA 94107
(415) 864-8014

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Declaration of Service is true and correct and that this declaration was executed on 06/10/2008.

Signature: *Jamil Satti*
**Jamil Satti**

DECLARATION OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): ORRICK, HERRINGTON & SUTCLIFFE LLP YVONNE P. GREER, ESQ. (SBN 214072) 1000 Marsh Road Menlo Park, CA 94025 | TELEPHONE NO.: (650) 614-7400 FACSIMILE NO.: (650) 614-7401 | FOR COURT USE ONLY |
|---|---|---|
| Attorneys for Plaintiffs THE FACEBOOK, INC. and MARK ZUCKERBERG | | |
| Insert name of court, judicial district or branch court, if any: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION | | |
| THE FACEBOOK, INC. and MARK ZUCKERBERG v. CONNECTU, INC. (formerly known as CONNECTU, LLC), et al. | | CASE NUMBER: 5:07-CV-01389-JW |

## DECLARATION OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

PLAINTIFFS' REPLY IN SUPPORT OF CONFIDENTIAL MOTION;

DECLARATION OF I. NEEL CHATTERJEE AND EXHIBITS IN SUPPORT THEREOF;

DECLARATION OF ATULYA SARIN, PH.D. AND EXHIBITS IN SUPPORT THEREOF;

DECLARATION OF TED WANG IN SUPPORT THEREOF;

PLAINTIFFS' OBJECTIONS TO AND MOTION TO AND MOTION TO STRIKE EVIDENCE SUBMITTED IN CONNECTU'S OPPOSITION TO PLAINTIFFS' CONFIDENTIAL MOTION [FILED UNDER SEAL]

ON: SCOTT MOSKO, ESQ.

AT: FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING:
Nicole Walsh, Legal Secretary
ON: June 9, 2008

AT: 4:30 PM

MANNER OF SERVICE:
Delivery to Law Office: Service was made by delivery to the attorney's office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. [CCP 1011(a)]

Joseph Nguyen
Careful Attorney Service
681 Harrison Street
San Francisco, CA 94107
(415) 864-8014

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Declaration of Service is true and correct and that this declaration was executed on 06/10/2008.

Signature: _Joseph Nguyen_
Joseph Nguyen

DECLARATION OF SERVICE

From:  Origin ID: HGTA  (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

**Menlo Park, CA 94025**



CLS120707/21/24

SHIP TO: (650)324-7169            BILL SENDER

**Robert B. Hawk/ Bhanu Sadasivan
Heller Ehrman LLP
275 Middlefield Rd**

**Menlo Park, CA 940253592**

Ship Date: 09JUN08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref #    0016069-000004/006399
Invoice #
PO #
Dept #

TRK#  7910 8318 3606      TUE - 10JUN      A2
0201                       **STANDARD OVERNIGHT**
                           DSR

**WA HGTA**                94025
                           CA-US
                           SFO



-- FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS120707/21/24

SHIP TO: (202)408-4000    BILL SENDER
**John Hornick/ Meredith Schoenfeld
Finnegan, Henderson, Farabow, et al
901 New York Ave NW**

**Washington, DC 200014432**



Ship Date: 09JUN08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref #    0016069-002001/006399
Invoice #
PO #
Dept #

TRK# 7905 2295 3655
0201

TUE - 10JUN    A1
STANDARD OVERNIGHT
DSR

20001
DC-US
IAD

**XC TSGA**



-- FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php

6/9/2008

From:   Origin ID: HGTA  (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS120707/21/24

SHIP TO: (617)542-9900          BILL SENDER
**Daniel P. Tighe/ Scott McConchie
Griesinger, Tighe & Maffei LLP
176 Federal St**

**Boston, MA 021102214**

Ship Date: 09JUN08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref #    0016069-002001/006399
Invoice #
PO #
Dept #



TRK# 7989 5795 8686
0201

TUE - 10JUN          A1
**STANDARD OVERNIGHT**
DSR

02110
MA-US
BOS

**XH LWMA**



- - - - - - - - - - - - - - - - **FOLD on this line and place in shipping pouch with bar code and delivery address visible** - - - - -

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From:   Origin ID: HGTA  (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

FedEx Express

CLS12707/21/24

SHIP TO: (617)523-2700           BILL SENDER
**Daniel K. Hampton/ Gordon P. Katz
Holland & Knight, LLP
10 Saint James Ave
Fl 11
Boston, MA 021163813**



Ship Date: 09JUN08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code

Ref #    0016069-4/006399
Invoice #
PO #
Dept #

TRK# 7989 5797 2392
0201

TUE - 10JUN        A1
STANDARD OVERNIGHT
DSR

02116
MA-US
BOS

**XH GBRA**



-- FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.