# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:**  6/18/2008  **Court Reporter:** Not Reported
**Case No.:** C-07-01389 JW  **Interpreter:** N/A
**Related Case No.:** N/A

## TITLE

The Facebook, Inc. v. Connectu, Inc et al

**Attorney(s) for Plaintiff(s):** I. Neel Chatterjee, Theresa Sutton
**Attorney(s) for Defendant(s):** Scott Mosko, David A. Barrett

## PROCEEDINGS

Telephonic Conference

## ORDER AFTER HEARING

Telephonic conference held off the record.  The Court continued the time to hear oral argument on the Plaintiff's scheduled Motion and Case Management Conference on June 23, 2008 at 9:00 AM and 10:00 AM respectively to **11:00 AM.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: