STEVEN C. HOLTZMAN (CA BAR NO. 144177)
  sholtzman@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

D. MICHAEL UNDERHILL (*pro hac vice*)
  munderhill@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Attorneys for Defendant
CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**[PROPOSED] ORDER GRANTING CONNECTU'S ADMINISTRATIVE MOTION TO SEAL CONNECTU, INC.'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE A SUR-REPLY.** |

[PROPOSED] ORDER
5:07-CV-01389-JW

| | |
|---|---|
| 1 | The matter before the Court is ConnectU's Administrative Motion to Seal |
| 2 | ConnectU, Inc.'s Administrative Request for Leave to File a Sur-reply (Including |
| 3 | Attachments). |
| 4 | The Court has considered said motion and, finding good cause, hereby GRANTS |
| 5 | ConnectU's Motion to Seal ConnectU, Inc.'s Administrative Request to File a Sur-reply |
| 6 | (Including Attachments). Moreover, if the Court grants leave for ConnectU to file its |
| 7 | Sur-reply in Opposition to Confidential Motion and the Declarations of Cameron |
| 8 | Winklevoss, Donna M. Hitscherich, and Scott R. Mosko, those documents are to be filed |
| 9 | under seal. |
| 10 | IT IS SO ORDERED |
| 11 | |
| 12 | Dated: _____, 2008 |

Honorable James Ware
United States District Judge
Northern District of California