STEVEN C. HOLTZMAN (CA BAR NO. 144177)
sholtzman@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

D. MICHAEL UNDERHILL (*pro hac vice*)
munderhill@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Attorneys for Defendant
CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST** |

1 | The Court, having considered Defendant ConnectU, Inc.'s Administrative Request and
2 | documents attached thereto, including the Surreply memorandum and Supplemental Declaration
3 | of Donna M. Hitscherich, Second Declaration of Cameron Winklevoss, and Declaration of Scott
4 | Mosko filed in support therewith, and the records on file in this action, hereby ORDERS that
5 | Defendant's Administrative Motion is GRANTED.

Dated: _____, 2008

_____
Honorable James Ware
United States District Judge
Northern District of California

1    [PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION
5:07-CV-01389-JW