STEVEN C. HOLTZMAN (CA BAR NO. 144177)
  sholtzman@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

D. MICHAEL UNDERHILL (*pro hac vice*)
  munderhill@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Attorneys for Defendant
CONNECTU, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>             Plaintiffs,<br><br>      v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>             Defendants. | Case No. 5:07-CV-01389-JW<br><br>**MANUAL FILING NOTIFICATION**<br><br>**(1) CONNECTU, INC.'S OPPOSITION TO PLAINTIFFS' OBJECTIONS TO AND MOTION TO STRIKE EVIDENCE SUBMITTED IN CONNECTU'S OPPOSITION TO PLAINTIFFS' CONFIDENTIAL MOTION; AND**<br><br>**(2) DECLARATION OF STEVEN C. HOLTZMAN IN SUPPORT OF CONNECTU'S OPPOSITION TO PLAINTIFFS' OBJECTIONS TO AND MOTION TO STRIKE EVIDENCE SUBMITTED IN CONNECTU'S OPPOSITION TO PLAINTIFFS' CONFIDENTIAL MOTION** |

Dockets.Justia.com

# MANUAL FILING NOTIFICATION

Regarding:

**(1)CONNECTU, INC.'S OPPOSITION TO PLAINTIFFS' OBJECTIONS TO AND MOTION TO STRIKE EVIDENCE SUBMITTED IN CONNECTU'S OPPOSITION TO PLAINTIFFS' CONFIDENTIAL MOTION; AND**

**(2)DECLARATION OF STEVEN C. HOLTZMAN IN SUPPORT OF CONNECTU OPPOSITION TO PLAINTIFFS' OBJECTIONS TO AND MOTION TO STRIKE EVIDENCE SUBMITTED IN CONNECTU'S OPPOSITION TO PLAINTIFFS' CONFIDENTIAL MOTION**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main Web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reasons:

[_] Voluminous Document (PDF file size larger than efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Confidential – Item Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53)

[_] Other (description): _____

///

///

///

///

///

///

Dated: June 20, 2008

_____ /s/ *Steven C. Holtzman*
Steven C. Holtzman

STEVEN C. HOLTZMAN (CA BAR NO. 144177)
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: sholtzman@bsfllp.com

D. MICHAEL UNDERHILL (*pro hac vice*)
  munderhill@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Attorneys for Defendant
CONNECTU, INC.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 20, 2008.

Dated: June 20, 2008

          /s/ *Steven C. Holtzman*
Steven C. Holtzman