| | |
|---|---|
| 1 | STEVEN C. HOLTZMAN (CA BAR NO. 144177) |
| | sholtzman@bsfllp.com |
| 2 | BOIES SCHILLER & FLEXNER LLP |
| | 1999 Harrison Street, Suite 900 |
| 3 | Oakland, CA 94612 |
| | Telephone: (510) 874-1000 |
| 4 | Facsimile: (510) 874-1460 |
| 5 | D. MICHAEL UNDERHILL (*pro hac vice*) |
| | munderhill@bsfllp.com |
| 6 | BOIES SCHILLER & FLEXNER LLP |
| | 5301 Wisconsin Avenue NW |
| 7 | Washington, D.C. 20015 |
| | Telephone: (202) 237-2727 |
| 8 | Facsimile: (202) 237-6131 |
| 9 | Attorneys for Defendant |
| | CONNECTU, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | CASE NO. 5:07-CV-01389-JW<br><br>**CONNECTU'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**(1) CONNECTU, INC.'S OPPOSITION TO PLAINTIFFS' OBJECTIONS TO AND MOTION TO STRIKE EVIDENCE SUBMITTED IN CONNECTU'S OPPOSITION TO PLAINTIFFS' CONFIDENTIAL MOTION; AND**<br><br>**(2) DECLARATION OF STEVEN C. HOLTZMAN IN SUPPORT OF CONNECTU'S OPPOSITION TO PLAINTIFFS' OBJECTIONS TO AND MOTION TO STRIKE EVIDENCE SUBMITTED IN CONNECTU'S OPPOSITION TO PLAINTIFFS' CONFIDENTIAL MOTION** |

Pursuant to Civil L.R. 7-11 and 79-5(d), ConnectU respectfully submits this administrative motion asking the Court to file under seal (1) ConnectU, Inc.'s Opposition To Plaintiffs' Objections To And Motion To Strike Evidence Submitted In ConnectU's Opposition To Plaintiffs' Confidential Motion, and (2) Declaration Of Steven C. Holtzman In Support Of ConnectU's Opposition To Plaintiffs' Objections To And Motion To Strike Evidence Submitted In ConnectU's Opposition To Plaintiffs' Confidential Motion.

The parties entered into, and the Superior Court of California, Superior County issued, a Stipulated Protective Order on January 23, 2006, prohibiting either party from filing in the public record any documents that have been designated as "Confidential" or "Highly Confidential" pursuant to the protective order.

(1) ConnectU, Inc.'s Opposition To Plaintiffs' Objections To And Motion To Strike Evidence Submitted In ConnectU's Opposition To Plaintiffs' Confidential Motion, and (2) Declaration Of Steven C. Holtzman In Support Of ConnectU's Opposition To Plaintiffs' Objections To And Motion To Strike Evidence Submitted In ConnectU's Opposition To Plaintiffs' Confidential Motion contain information that Facebook has asserted is covered by the Protective Order and/or are alleged by Plaintiffs to implicate confidentiality provisions found in a purported agreement which is the subject of dispute between the parties.[1]

ConnectU requests that its Opposition To Plaintiffs' Objections To And Motion To Strike Evidence Submitted In ConnectU's Opposition To Plaintiffs' Confidential Motion, and Declaration Of Steven C. Holtzman in support thereof remain sealed.

---

[1] By filing this request to seal, ConnectU does not waive any arguments or rights as to (i) the admissibility or inadmissibility of evidence surrounding the purported agreement, (ii) the confidentiality or non-confidentiality of information relating to the purported agreement, or (iii) the enforceability or unenforceability of the purported agreement.

| | |
|---|---|
| 1 | Dated: June 20, 2008 |
| 2 | /s/ *Steven C. Holtzman* |
| 3 | Steven C. Holtzman |
| 4 | STEVEN C. HOLTZMAN (CA BAR NO. 144177)<br>BOIES SCHILLER & FLEXNER LLP |
| 5 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 |
| 6 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 |
| 7 | Email: sholtzman@bsfllp.com |
| 8 | D. MICHAEL UNDERHILL (*pro hac vice*)<br>  munderhill@bsfllp.com |
| 9 | BOIES SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue NW |
| 10 | Washington, D.C. 20015<br>Telephone: (202) 237-2727 |
| 11 | Facsimile: (202) 237-6131 |
| 12 | Attorneys for Defendant<br>CONNECTU, INC. |

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 20, 2008.

Dated: June 20, 2008

                                                          /s/ *Steven C. Holtzman*
                                                  Steven C. Holtzman