STEVEN C. HOLTZMAN (CA BAR NO. 144177)
 sholtzman@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

D. MICHAEL UNDERHILL (*pro hac vice*)
 munderhill@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Attorneys for Defendant
CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**[PROPOSED] ORDER GRANTING CONNECTU'S ADMINISTRATIVE MOTION TO SEAL CONNECTU INC.'S**<br><br>**(1) OPPOSITION TO PLAINTIFFS' OBJECTIONS TO AND MOTION TO STRIKE EVIDENCE SUBMITTED IN CONNECTU'S OPPOSITION TO PLAINTIFFS' CONFIDENTIAL MOTION; AND**<br><br>**(2) DECLARATION OF STEVEN C. HOLTZMAN IN SUPPORT OF CONNECTU'S OPPOSITION TO PLAINTIFFS' OBJECTIONS TO AND MOTION TO STRIKE EVIDENCE SUBMITTED IN CONNECTU'S OPPOSITION TO PLAINTIFFS' CONFIDENTIAL MOTION** |

The matter before the Court is ConnectU's Administrative Motion to Seal (1) ConnectU, Inc.'S Opposition To Plaintiffs' Objections To And Motion To Strike Evidence Submitted In ConnectU's Opposition To Plaintiffs' Confidential Motion, and (2)Declaration Of Steven C. Holtzman In Support Of ConnectU's Opposition To Plaintiffs' Objections To And Motion To Strike Evidence Submitted In ConnectU's Opposition To Plaintiffs' Confidential Motion.

The Court has considered said motion and, finding good cause, hereby GRANTS ConnectU's Administrative Motion to Seal (1) ConnectU, Inc.'S Opposition To Plaintiffs' Objections To And Motion To Strike Evidence Submitted In ConnectU's Opposition To Plaintiffs' Confidential Motion, and (2)Declaration Of Steven C. Holtzman In Support Of ConnectU's Opposition To Plaintiffs' Objections To And Motion To Strike Evidence Submitted In ConnectU's Opposition To Plaintiffs' Confidential Motion.

IT IS SO ORDERED

Dated: _____, 2008

_____
Honorable James Ware
United States District Judge
Northern District of California