STEVEN C. HOLTZMAN (CA BAR NO. 144177)
  sholtzman@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

D. MICHAEL UNDERHILL (*pro hac vice*)
  munderhill@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Attorneys for Defendant
CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>                Plaintiffs,<br><br>  v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>                Defendants. | Case No. 5:07-CV-01389-JW<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' OBJECTIONS TO AND MOTION TO STRIKE EVIDENCE SUBMITTED IN CONNECTU'S OPPOSITION TO PLAINTIFFS' CONFIDENTIAL MOTION** |

| | |
|---|---|
| 1 | The matter before the Court is the Plaintiffs' Objections to and Motion to Strike Evidence |
| 2 | Submitted by ConnectU in Opposition to Plaintiffs' Confidential Motion ("Motion to Strike"). |
| 3 | The Court has considered the Motion to Strike and the opposition filed by ConnectU, Inc. |
| 4 | ("ConnectU") and all related documents filed by the parties, including all administrative-related |
| 5 | and discovery-related filings regarding the underlying Confidential Motion filed by The |
| 6 | Facebook, Inc. and Mark Zuckerberg to enforce a purported settlement agreement, and hereby |
| 7 | orders as follows: |
| 8 | IT IS HEREBY ORDERED that |
| 9 | _____ The Motion to Strike is DENIED. |
| 11 | IT IS SO ORDERED. |
| 13 | Dated: _____, 2008 |

Honorable James Ware
United States District Judge
Northern District of California

1 [PROPOSED] ORDER ON
EVIDENTIARY OBJECTIONS AND MOTION TO STRIKE
5:07-CV-01389-JW