UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FACEBOOK, INC., | No. C 07-01389 JW |
|         Plaintiff(s), | |
|   v. | CLERK'S NOTICE |
| CONNECTU, LLC, ET AL, | |
|         Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Quash and Motion for Protective Order before Judge James Ware previously noticed for June 23, 2008 at 9:00 AM should been re-noticed to be heard before the recently assigned Magistrate Judge Howard R. Lloyd .

Dated: June 20, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
      Elizabeth Garcia
      Courtroom Deputy

United States District Court
For the Northern District of California

Dockets.Justia.com