| | |
|---|---|
| I. NEEL CHATTERJEE (State Bar No. 173985)<br>    nchatterjee@orrick.com<br>MONTE COOPER (State Bar No. 196746)<br>    mcooper@orrick.com<br>THERESA A. SUTTON (State Bar No. 211857)<br>    tsutton@orrick.com<br>YVONNE P. GREER (State Bar No. 214072)<br>    ygreer@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650-614-7400<br>Facsimile: 650-614-7401<br><br>Attorneys for Plaintiffs<br>THE FACEBOOK, INC. and MARK ZUCKERBERG | STEVEN C. HOLTZMAN (State Bar No. 144177)<br>    sholtzman@bsfllp.com<br>BOIES SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br><br>D. MICHAEL UNDERHILL (*pro hac vice*)<br>    munderhill@bsfllp.com<br>BOIES SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue NW<br>Washington, D.C. 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br><br>Attorneys for Defendant<br>CONNECTU, INC.<br><br>SCOTT R. MOSKO (State Bar No. 106070)<br>scott.mosko@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>Attorneys for Defendants WAYNE CHANG, WINSTON WILLIAMS, PACIFIC NORTHWEST SOFTWARE, INC., and CONNECTU, INC. |

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>                            Plaintiffs,<br><br>    v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>                            Defendants. | Case No. 5:07-CV-01389-JW<br><br>[JOINT PROPOSED] ORDER RE SEALING MOTIONS |

OHS West:260454320.1

[JOINT PROPOSED] ORDER RE SEALING MOTIONS
5:07-CV-01389-JW

Pursuant to the Court's May 27, 2008, Order Re Sealing Motions, plaintiffs The Facebook, Inc. and Mark Zuckerberg ("Facebook") and defendants ConnectU, Inc., Pacific Northwest Software, Wayne Chang, and Winston Williams submit the following summary of motions brought pursuant to Civil Local Rule 79-5(d), which are currently pending.

| (1) Identity of each sealing motion by docket number and caption | (2) Declarations in support of the sealing requested | (3) Documents and exhibits to be sealed | (4) Documents and Exhibits that designating party withdraws its designation | (5) Whether motion to seal is opposed |
|---|---|---|---|---|
| **Dkt#: 246**<br><br>**Caption:** Plaintiffs' Motion To Seal Exhibits K, L-1, And M-1 To The Declaration Of Theresa Sutton In Support Of Plaintiffs' Response To Finnegan's Motion To Withdraw As Counsel For Defendant Winston Williams | No declaration filed by defendants in support has been filed for Exhibits K, L-1, M-1 to the Declaration of Theresa Sutton in Support of Plaintiffs' Response to Finnegan's Motion to Withdraw as Counsel for Defendant Winston Williams | **Dkt. #: 245**<br><br>Exhibits K, L-1, M-1 to the Declaration of Theresa Sutton in Support of Plaintiffs' Response to Finnegan's Motion to Withdraw as Counsel for Defendant Winston Williams | | Unopposed |
| **Dkt#: 255**<br><br>**Caption:** Plaintiffs' Motion To Seal Portions Of Their Motion For Partial Summary Judgment Re Defendants' Liability Pursuant To California Penal Code Section 502(c) and 15 U.S.C. § 7704(a)(1) and 15 U.S.C. § 7704(b)(1), The Declaration Of Chris Shiflett In Support Thereof | **Dkt. #: 256**<br><br>• Declaration of Theresa A. Sutton in Support of Plaintiffs' Motion to Seal Portions of Their Motion for Partial Summary Judgment;, Declaration of Chris Shiflett, Exhibits 1, 2, 3 to the Declaration of | **Dkt. #: 251**<br><br>• Motion for Partial Summary Judgment Re Defendants' Liability Pursuant to California Penal Code Section 502(c) and 15 U.S.C. § 7704(a)(1) and 15 U.S.C. § 7704(b)(1)<br><br>**Dkt. #: 253**<br>• Declaration of Chris Shiflett in Support<br><br>• Exhibit 1, 2, 3, 4, 5, 6, to the Declaration of | | Unopposed |

| (1) Identity of each sealing motion by docket number and caption | (2) Declarations in support of the sealing requested | (3) Documents and exhibits to be sealed | (4) Documents and Exhibits that designating party withdraws its designation | (5) Whether motion to seal is opposed |
|---|---|---|---|---|
| Including Exhibits 1-3; And Exhibits 1, 2, And 4 To The Declaration Of Monte M.F. Cooper In Support Thereof | Chris Shiflett, Exhibits 1, 2, 4 to Declaration of the Monte M.F. Cooper in Support<br><br>• No declaration filed by defendants in support of Exhibits 4, 5, 6, to the Declaration of Chris Shiflett in Support and Exhibits 6-7, 10-12, 28-34, 36-38, 40-43, 45-48, 50-55, 57-59, 61, 63-64 to the Declaration of Monte M.F. Cooper | Chris Shiflett in Support<br><br>**Dkt. #: 252**<br>• Exhibits 1, 2, 4, 6-7, 10-12, 28-34, 36-38, 40-43, 45-48, 50-55, 57-59, 61, 63-64 to the Declaration of Monte M.F. Cooper | | |
| **Dkt#: 274**<br><br>**Caption:** Plaintiffs' Motion To Seal Portions Of Their Motion To Compel Compliance By Defendants Pacific Northwest Software And Winston Williams With Order Granting Motion To Compel Supplemental Interrogatory Responses; And Exhibits 3-6, 9 And 11-13 To The Declaration Of Monte M.F. Cooper In Support Thereof; And The Declaration Of Chris Shiflett In Support Thereof | No declaration filed by defendants in support of all documents and exhibits to seal has been filed. | **Dkt. #: 275**<br>• Motion to Compel Compliance by Defendants Pacific Northwest Software and Winston Williams with Order Granting Motion to Compel Supplemental Interrogatory Responses<br><br>**Dkt. #: 272**<br>• Exhibits 3-6, 9, 11-13, to the Declaration of Monte M.F. Cooper in Support<br><br>**Dkt. #: 273**<br>• Declaration of Chris Shiflett and Exhibits 1, 1A, 2, 3 to the Declaration of Chris Shiflett | | Unopposed |

| (1) Identity of each sealing motion by docket number and caption | (2) Declarations in support of the sealing requested | (3) Documents and exhibits to be sealed | (4) Documents and Exhibits that designating party withdraws its designation | (5) Whether motion to seal is opposed |
|---|---|---|---|---|
| Including Exhibits 1, 1A, 2-3 | | | | |
| **Dkt#: 302**<br><br>**Caption**: "Defendants' Administrative Motion to File Under Seal The Highlighted And Unredacted Version of Defendants ConnectU LLC, Pacific Northwest Software, Inc., Winston Williams, and Wayne Chang's Opposition to Plaintiffs' Motion for Partial Summary Judgment; Declaration of Winston Williams In Support Thereof; Declaration of G. Hunter Jones, Including Exhibit B; And Exhibits A and C to the Declaration of Scott R. Mosko In Support Thereof" | • Declaration of Scott R. Mosko (found at the end of the motion for sealing, Dk # 302)<br><br>**Dkt. #: 306**<br>• Declaration of Yvonne Greer In Support of Sealing Exhibit B to the Declaration of G. Hunter Jones<br><br>**Dkt. #: 305**<br>• Declaration of Theresa A. Sutton In Support of Sealing Exhibit A to the Declaration of Scott Mosko | **Dkt. #: 292**<br>• The Highlighted And Unredacted Version of Defendants ConnectU LLC, Pacific Northwest Software, Inc., Winston Williams, and Wayne Chang's Opposition to Plaintiffs' Motion for Partial Summary Judgment<br><br>**Dkt. #: 290**<br>● Declaration of Winston Williams in support thereof<br><br>**Dkt. #: 297**<br>● Declaration of G. Hunter Jones, Including Exhibit B in support thereof<br><br>**Dkt. #s: 298, 299**<br>● Exhibits A and C to the Declaration of Scott R. Mosko in support thereof | | Unopposed |
| **Dkt#: 313**<br><br>**Caption:** Plaintiffs' Motion To Seal Exhibits A And E-H To The Declaration Of Theresa A. Sutton In Support Of Its Reply In Support Of Motion For | **Dkt. #: 315**<br>• Declaration of Yvonne P. Greer In Support of Sealing Exhibits A, E, F, G, H to the Declaration of Theresa A. | **Dkt. #: 316**<br>• Exhibits A, E, F, G, H to the Declaration of Theresa A. Sutton in Support of its Reply in Support of Motion for Partial Summary Judgment | | Unopposed |

| (1) Identity of each sealing motion by docket number and caption | (2) Declarations in support of the sealing requested | (3) Documents and exhibits to be sealed | (4) Documents and Exhibits that designating party withdraws its designation | (5) Whether motion to seal is opposed |
|---|---|---|---|---|
| Partial Summary Judgment Re Defendants' Liability Pursuant To California Penal Code Section 502(c) And 15 U.S.C. § 7704(a)(1) And 15 U.S.C. § 7704(b)(1) And Exhibits 1-3, 5 And 7 To The Declaration Of I. Neel Chatterjee In Support Of Reply In Support Of Motion To Compel Compliance By Pacific Northwest Software And Winston Williams With Order Granting Motion To Compel Supplemental Interrogatory Responses | Sutton in Support of its Reply in Support of Motion for Partial Summary Judgment<br><br>• No declaration has been filed by defendants in support of Exhibits 1-3, 5, 7 to the Declaration of I. Neel Chatterjee in Support of Reply in Support of Motion to Compel Compliance | **Dkt. #: 317**<br>• Exhibits 1-3, 5, 7 to the Declaration of I. Neel Chatterjee in Support of Reply in Support of Motion to Compel Compliance | | |
| **Dkt#: 321**<br><br>**Caption**: "Defendants' Administrative Motion to File Under Seal The Highlighted And Unredacted Version of Defendants' ConnectU LLC, Pacific Northwest Software, Inc., Winston Williams and Wayne Chang's (Revised) Opposition to Plaintiffs' Motion for Partial Summary Judgment; And Declaration of Winston Williams In Support Thereof" | Supporting Declaration of Scott Mosko (found at the end of the motion for sealing, Dk # 321) | **Dkt. #: 322**<br>• Highlighted And Unredacted Version of Defendants' ConnectU LLC, Pacific Northwest Software, Inc., Winston Williams and Wayne Chang's (Revised) Opposition to Plaintiffs' Motion for Partial Summary Judgment;<br><br>**Dkt. #: 323**<br>● Declaration of Winston Williams in support thereof | | Unopposed |

| (1) Identity of each sealing motion by docket number and caption | (2) Declarations in support of the sealing requested | (3) Documents and exhibits to be sealed | (4) Documents and Exhibits that designating party withdraws its designation | (5) Whether motion to seal is opposed |
|---|---|---|---|---|
| **Dkt#: 328**<br><br>**Caption**: Plaintiffs' Motion To Seal Exhibits B-D To The Declaration Of Yvonne Greer Submitting Supplemental Evidence In Support Of Plaintiffs' Motion For Partial Summary Judgment [Doc. 251] And Motion To Compel Compliance By Pacific Northwest Software and Winston Williams [Doc. 271] | No declaration has been filed in support of Exhibits B, C, D to the Declaration of Yvonne Greer Submitting Supplemental Evidence | **Dkt. #: 327**<br><br>• Exhibits B, C, D to the Declaration of Yvonne Greer Submitting Supplemental Evidence | | Unopposed |
| **Dkt#: 333**<br><br>**Caption:** Plaintiffs' Motion to Seal (I) Plaintiffs' Confidential Motion; (II) Declaration of Theresa A. Sutton and Exhibits in Support Thereof; (III) Declaration of Greg Roussel and Exhibits in Support Thereof; and (IV) Declaration of Mark Howitson | **Dkt. 334**<br><br>Declaration of Theresa A. Sutton Pursuant to Civ.L.R. 7-11 and 79-5(b) | **Dkt. #: 329**.<br><br>• Facebook, Inc. and Mark Zuckerberg's Confidential Motion with [Proposed] Order Granting Confidential Motion<br><br>**Dkt. #: 330**<br>• Declaration of Theresa A. Sutton in Support of Facebook, Inc. and Mark Zuckerberg's Confidential Motion<br><br>• Exhibits A and B to the Declaration of Theresa A. Sutton<br><br>**Dkt. #: 331**<br>• Declaration of Greg Roussel in Support of Facebook, Inc. and Mark Zuckerberg's Confidential Motion | | Unopposed |

| (1) Identity of each sealing motion by docket number and caption | (2) Declarations in support of the sealing requested | (3) Documents and exhibits to be sealed | (4) Documents and Exhibits that designating party withdraws its designation | (5) Whether motion to seal is opposed |
|---|---|---|---|---|
| | | • Exhibits A through C to the Declaration of Greg Roussel<br><br>**Dkt. #: 332**<br>• Declaration of Mark Howitson in Support of Facebook, Inc. and Mark Zuckerberg's Confidential Motion | | |
| **Dkt #: 355**<br><br>**Caption:** Plaintiffs' Administrative Motion to Seal: (1) Administrative Request Pursuant to Civil L.R. 7-11; (2) Declaration of I. Neel Chatterjee in Support of Administrative Request, and Exhibits Attached Thereto; (3) Proposed Order Granting Administrative Request | **Dkt. #: 356**.<br><br>Declaration of Theresa A. Sutton Pursuant to Civ.L.R. 7-11 and 79-5(b) | **Dkt. #: 357**<br><br>• Administrative Request Pursuant to Civil L.R. 7-11<br><br>• Declaration of I. Neel Chatterjee in Support of Administrative Request<br><br>• Exhibits A and B to the Declaration of I. Neel Chatterjee<br><br>• [Proposed] Order Granting Administrative Request | | Unopposed |
| **Dkt#: 360**<br><br>**Caption**: "ConnectU's Administrative Motion to Seal:<br><br>(1) ConnectU's Opposition to Plaintiffs' Administrative Request Pursuant to Civil L.R. 7-11;<br><br>(2) Declaration of Evan A. Parke and exhibits in support thereof; and | **Dkt. #: 361**<br><br>Declaration of Evan A. Parke In Support of ConnectU's Administrative Motion to Seal<br><br>(1) ConnectU's Opposition to Plaintiffs' Administrative Request Pursuant to Civil L.R. 7-11;<br><br>(2) Declaration of Evan A. Parke | **Not e-filed**<br><br>• ConnectU's Opposition to Plaintiffs' Administrative Request Pursuant to Civil L.R. 7-11;<br><br>• Declaration of Evan A. Parke and all exhibits attached thereto<br><br>● [Proposed] Order on Administrative Request pursuant to Civil L.R. 7-11. | | Unopposed |

| (1) Identity of each sealing motion by docket number and caption | (2) Declarations in support of the sealing requested | (3) Documents and exhibits to be sealed | (4) Documents and Exhibits that designating party withdraws its designation | (5) Whether motion to seal is opposed |
|---|---|---|---|---|
| (3) [Proposed] Order on Administrative Request pursuant to Civil L.R. 7-11." | and exhibits in support thereof; and (3) [Proposed] Order on Administrative Request pursuant to Civil L.R. 7-11. | | | |
| **Dkt #: 368**<br><br>**Caption:** Plaintiffs' Administrative Motion to Seal: (1) Administrative request for Leave to File Reply to, and Motion to Strike Portions of, ConnectU, Inc's Opposition; (2) [Proposed] Order Granting Administrative Request for Leave to File Pursuant to Civil L.R. 7-11; (3) Declaration of Yvonne P. Greeer, and Exhibits, in Support of Plaintiffs' Administrative Request for Leave to File Pursuant to Civil L.R. 7-11. | **Dkt. #: 369**<br><br>Declaration of Theresa A. Sutton Pursuant to Civ.L.R. 7-11 and 79-5(b) | **Dkt #: 366:**<br><br>• Administrative request for Leave to File Reply to, and Motion to Strike Portions of, ConnectU, Inc's Opposition<br><br>• [Proposed] Order Granting Administrative Request for Leave to File Pursuant to Civil L.R. 7-11<br><br>• Declaration of Yvonne P. Greer in Support of Plaintiffs' Administrative Request for Leave to File Pursuant to Civil L.R. 7-11<br><br>• <u>Exhibits A and B to the Declaration of Yvonne P. Greer</u> | | Unopposed |
| **Dkt#: 371**<br><br>**Caption**: "ConnectU's Administrative Motion to Seal:<br><br>(1) ConnectU's Notice and Motion for Expedited Discovry and | **Dkt. #: 372**<br><br>Declaration of Evan A. Parke In Support Of ConnectU's Administrative Motion to Seal<br><br>(1) ConnectU's Notice and | **Dkt. #: 374**<br><br>• Declaration of Evan A. Parke in Support of ConnectU, Inc.'s Motion for Expedited Discovery and Evidentiary Hearing, and all exhibits attached thereto | | Unopposed |

| (1) Identity of each sealing motion by docket number and caption | (2) Declarations in support of the sealing requested | (3) Documents and exhibits to be sealed | (4) Documents and Exhibits that designating party withdraws its designation | (5) Whether motion to seal is opposed |
|---|---|---|---|---|
| Evidentiary Hearing; (2) Declaration of Evan A. Parke, Cameron Winklevoss, Robert T. Clarkson, and Donna M. Hitcherich and exhibits in support thereof, (3) [Proposed] Order on Motion for Expedited Discovery and Evidentiary Hearing, (4) ConnectU's Motion to Shorten Time and Declaration of Evan A. Parke in support, and (5) [Proposed] Order on ConnectU's Motion to Shorten Time." | Motion for Expedited Discovry and Evidentiary Hearing; (2) Declaration of Evan A. Parke, Cameron Winklevoss, Robert T. Clarkson, and Donna M. Hitcherich and exhibits in support thereof, (3) [Proposed] Order on Motion for Expedited Discovery and Evidentiary Hearing, (4) ConnectU's Motion to Shorten Time and Declaration of Evan A. Parke in support, and (5) [Proposed] Order on ConnectU's Motion to Shorten Time. | ● ConnectU's Notice and Motion for Expedited Discovery and Evidentiary Hearing<br>● Declaration of Cameron Winklevoss<br>● Declaration of Robert T. Clarkson<br>● Declaration of Donna M. Hitcherich<br>● [Proposed] Order on Motion for Expedited Discovery and Evidentiary Hearing<br>● [Proposed] Order on ConnectU's Motion to Shorten Time. | | |
| **Dkt #: 376**<br><br>**Caption:** Administrative Motion by Non-Parties R. Gregory Roussel and Fenwick & West LLP to Seal: (1) Notice of Motion and Motion to Quash and for Protective | **Dkt. # 377**<br><br>Declaration of Kalama M. Lui-Kwan in Support of Administrative Motion by Non-Parties R. Gregory Roussel and Fenwick & West LLP to | **Dkt. #: 378**<br>● Motion to Quash and for Protective Order; [Proposed] Order<br><br>**Dkt #: 379**<br>● Declaration of Kalama M. Lui-Kwan in Support of Motion to Quash and for Protective Order | | Unopposed |

| (1) Identity of each sealing motion by docket number and caption | (2) Declarations in support of the sealing requested | (3) Documents and exhibits to be sealed | (4) Documents and Exhibits that designating party withdraws its designation | (5) Whether motion to seal is opposed |
|---|---|---|---|---|
| Order; Memorandum of Points and Authorities; (2) Declaration of Kalama M. Lui-Kwan in Support of Motion to Quash and for Protective Order; (3) [Proposed] Order Granting Motion to Quash and for Protective Order (4) Miscellaneous Administrative Request by R. Gregory Roussel to Change Time of Deposition Pursuant to Civil Local Rule 7-11 (5) Declaration of Kalama M. Lui-Kwan in Support of Request by R. Gregory Roussel to Change Time of Deposition Pursuant to Civil Local Rule 7-11 (6) [Proposed] Order Granting Miscellaneous Administrative Request by R. Gregory Roussel to Change Time of Deposition | Seal Documents | • Exhibit A to the Declaration of Kalama M. Lui-Kwan<br><br>**Dkt. #: 380**<br>• Administrative Request by R. Gregory Roussel to Change Time of Deposition Pursuant to Civil Local Rule 7-11; [Proposed] Order<br><br>**Dkt. #: 381**<br>• Declaration of Kalama M. Lui-Kwan in Support of Miscellaneous Administrative Request by R. Gregory Roussel to Change Time of Deposition Pursuant to Civil Local Rule 7-11<br><br>• Exhibit A Declaration of Kalama M. Lui-Kwan in Support of Miscellaneous Administrative Request by R. Gregory Roussel | | |
| **Dkt#: 383**<br><br>**Caption**: "ConnectU's Administrative Motion to Seal:<br><br>(1) ConnectU, Inc.'s Opposition to Facebook's Administrative Request For Leave | **Dkt. #: 384**<br><br>Declaration of Steven C. Holtzman In Support Of ConnectU's Administrative Motion to Seal<br><br>(1) ConnectU, Inc.'s Opposition | **Dkt. #: 386**<br>• ConnectU, Inc.'s Opposition to Facebook's Administrative Request For Leave To File Reply To, And Motion To Strike Portions Of, ConnectU's Opposition To Plaintiff's Administrative Request | | Unopposed |

| (1) Identity of each sealing motion by docket number and caption | (2) Declarations in support of the sealing requested | (3) Documents and exhibits to be sealed | (4) Documents and Exhibits that designating party withdraws its designation | (5) Whether motion to seal is opposed |
|---|---|---|---|---|
| To File Reply To, And Motion To Strike Portions Of, ConnectU's Opposition To Plaintiff's Administrative Request Pursuant To Civil L.R. 7-11; and<br><br>(2) [Proposed] Order Denying Plaintiffs' Admin Request For Leave To File Reply To, And Motion To Strike Portions Of, ConnectU's Opposition To Plaintiffs' Administrative Request Pursuant To Civil L.R. 7-11." | to Facebook's Administrative Request For Leave To File Reply To, And Motion To Strike Portions Of, ConnectU's Opposition To Plaintiff's Administrative Request Pursuant To Civil L.R. 7-11; and<br><br>(2) [Proposed] Order Denying Plaintiffs' Admin Request For Leave To File Reply To, And Motion To Strike Portions Of, ConnectU's Opposition To Plaintiffs' Administrative Request Pursuant To Civil L.R. 7-11. | Pursuant To Civil L.R. 7-11<br><br>● [Proposed] Order Denying Plaintiffs' Admin Request For Leave To File Reply To, And Motion To Strike Portions Of, ConnectU's Opposition To Plaintiffs' Administrative Request Pursuant To Civil L.R. 7-11. | | |
| **Dkt #: 393**<br><br>**Caption**: "ConnectU's Administrative Motion to Seal:<br><br>(1) Administrative Request Pursuant to Civil L.R. 7-11 To Reschedule Hearing On Facebook And Mark Zuckerberg's Motion to Enforce Alleged Settlement Agreement;<br><br>(2) Declaration of | **Dkt. #: 394**<br><br>Declaration of Steven C. Holtzman In Support Of ConnectU's Administrative Motion to Seal<br><br>(1) Administrative Request Pursuant to Civil L.R. 7-11 To Reschedule Hearing On Facebook And | **Dkt. #: 396**<br><br>● ConnectU, Inc.'s Reply in Support of Motion to Shorten Time for Motion For Expedited Discovery and Evidentiary Hearing<br><br>● Administrative Request Pursuant to Civil L.R. 7-11 To Reschedule Hearing On Facebook And Mark Zuckerberg's Motion to Enforce Alleged Settlement Agreement | | Unopposed |

| (1) Identity of each sealing motion by docket number and caption | (2) Declarations in support of the sealing requested | (3) Documents and exhibits to be sealed | (4) Documents and Exhibits that designating party withdraws its designation | (5) Whether motion to seal is opposed |
|---|---|---|---|---|
| Steven C. Holtzman in support thereof;<br><br>(3) [Proposed] Order Granting ConnectU's Administrative Request Pursuant To Civil L.R. 7-11 To Reschedule Hearing ON Facebook and Mark Zuckerberg's Motion to Enforce Alleged Settlement Agreement; and<br><br>(4) ConnectU, Inc.'s Reply in Support of Motion to Shorten Time for Motion For Expedited Discovery and Evidentiary Hearing | Mark Zuckerberg's Motion to Enforce Alleged Settlement Agreement;<br><br>(2) Declaration of Steven C. Holtzman in support thereof;<br><br>(3) [Proposed] Order Granting ConnectU's Administrative Request Pursuant To Civil L.R. 7-11 To Reschedule Hearing ON Facebook and Mark Zuckerberg's Motion to Enforce Alleged Settlement Agreement; and<br><br>(4) ConnectU, Inc.'s Reply in Support of Motion to Shorten Time for Motion For Expedited Discovery and Evidentiary Hearing | ● Declaration of Steven Holtzman in support thereof and attached exhibits<br><br>● [Proposed] Order Granting ConnectU's Administrative Request Pursuant To Civil L.R. 7-11 To Reschedule Hearing ON Facebook and Mark Zuckerberg's Motion to Enforce Alleged Settlement Agreement | | |
| **Dkt #:  401**<br><br>**Caption:** Plaintiffs' Administrative Motion to Seal: (1) Plaintiff's Opposition to ConnectU's [May 23, 2008] | **Dkt. #: 402**<br><br>Declaration of Theresa A. Sutton Pursuant to Civil Local Rule 7-11 and 79-5(B) | **Dkt #: 399**<br><br>● Plaintiff's Opposition to ConnectU's [May 23, 2008] Administrative Request Pursuant to Civil L.R. 7-11 | | Unopposed |

| (1) Identity of each sealing motion by docket number and caption | (2) Declarations in support of the sealing requested | (3) Documents and exhibits to be sealed | (4) Documents and Exhibits that designating party withdraws its designation | (5) Whether motion to seal is opposed |
|---|---|---|---|---|
| Administrative Request Pursuant to Civil L.R. 7-11; (2) [Proposed] Order Denying ConnectU's [May 23, 2008] Administrative request Pursuant to Civil L.R. 7-11; (3) Declaration of Theresa Sutton in Support of Plaintiffs' Opposition to ConnectU's [May 23, 2008] Administrative Request Pursuant to Civil L.R. 7-11. | | • [Proposed] Order Denying ConnectU's [May 23, 2008] Administrative request Pursuant to Civil L.R. 7-11<br><br>• Declaration of Theresa Sutton in Support of Plaintiffs' Opposition to ConnectU's [May 23, 2008] Administrative Request Pursuant to Civil L.R. 7-11. | | |
| **Dkt#: 404**<br><br>**Caption**: "ConnectU's Administrative Motion to Seal:<br><br>(1) ConnectU, Inc.'s Opposition to Facebook, Inc. and Mark Zuckerberg's Confidential Motion to Enforce Settlement Agreement;<br><br>(2) Second Declaration of Evan A. Parke in support thereof,<br><br>(3) Supplemental Declaration of Robert T. Clarkson in support thereof<br><br>(4) Declaration of Robert T. Clarkson in support thereof | **Dkt. #: 405**<br><br>Declaration of Steven C. Holtzman In Support of ConnectU's Administrative Motion to Seal<br><br>(1) ConnectU, Inc.'s Opposition to Facebook, Inc. and Mark Zuckerberg's Confidential Motion to Enforce Settlement Agreement;<br><br>(2) Second Declaration of Evan A. Parke in support thereof,<br><br>(3) Supplemental Declaration of Robert T. | **Dkt. #: 407**<br><br>• Second Declaration of Evan A. Parke and all Exhibits attached thereto<br><br>● ConnectU's Notice and Motion for Expedited Discovery and Evidentiary Hearing<br><br>● Declaration of Cameron Winklevoss<br><br>● Declaration of Robert T. Clarkson<br><br>● Declaration of Donna M. Hitscherich<br><br>● [Proposed] Order Denying The Confidential motion By The Facebook, Inc. and Mark Zuckerberg To Enforce A Purported Settlement Agreement | | Unopposed |

| (1) Identity of each sealing motion by docket number and caption | (2) Declarations in support of the sealing requested | (3) Documents and exhibits to be sealed | (4) Documents and Exhibits that designating party withdraws its designation | (5) Whether motion to seal is opposed |
|---|---|---|---|---|
| (5) Declaration of Cameron Winklevoss in support thereof<br>(6) Corrected Declaration of Donna Hitscherich in support thereof; and<br>(7) [Proposed] Order Denying The Confidential motion By The Facebook, Inc. and Mark Zuckerberg To Enforce A Purported Settlement Agreement" | Clarkson in support thereof<br><br>(4) Declaration of Robert T. Clarkson in support thereof<br>(5) Declaration of Cameron Winklevoss in support thereof<br>(6) Corrected Declaration of Donna Hitscherich in support thereof; and<br><br>(7) [Proposed] Order Denying The Confidential motion By The Facebook, Inc. and Mark Zuckerberg To Enforce A Purported Settlement Agreement | | | |
| **Dkt #: 409**<br><br>**Caption**: "ConnectU's Administrative Motion to Seal:<br><br>(1) ConnectU, Inc.'s Opposition to Motion to Quash;<br><br>(2) Second Declaration of Evan A. Parke in support thereof;<br><br>(3) Supplemental Declaration of Robert T. Clarkson | **Dkt. #: 410**<br><br>Declaration of Steven C. Holtzman In Support of ConnectU's Administrative Motion to Seal:<br><br>(1) ConnectU, Inc.'s Opposition to Motion to Quash;<br><br>(2) Second Declaration of Evan A. Parke in support thereof; | **Dkt. #: 412**<br><br>● Second Declaration of Evan A. Parke and all Exhibits attached thereto<br><br>● ConnectU, Inc.'s Opposition to Motion to Quash<br><br>● Declaration of Cameron Winklevoss<br><br>● Declaration of Robert T. Clarkson<br><br>● Declaration of Donna | | Unopposed |

| (1) Identity of each sealing motion by docket number and caption | (2) Declarations in support of the sealing requested | (3) Documents and exhibits to be sealed | (4) Documents and Exhibits that designating party withdraws its designation | (5) Whether motion to seal is opposed |
|---|---|---|---|---|
| in support thereof; (4) Declaration of Robert T. Clarkson in support thereof; (5) Declaration of Cameron Winklevoss in support thereof; (6) Corrected Declaration of Donna Hitscherich in support thereof; and (7) [Proposed] Order Denying The Motion To Quash And For A Protective Order Filed By Fenwick & West LLP And Gregory Roussel | (3) Supplemental Declaration of Robert T. Clarkson in support thereof; (4) Declaration of Robert T. Clarkson in support thereof; (5) Declaration of Cameron Winklevoss in support thereof; (6) Corrected Declaration of Donna Hitscherich in support thereof; and (7) [Proposed] Order Denying The Motion To Quash And For A Protective Order Filed By Fenwick & West LLP And Gregory Roussel | M. Hitscherich ● [Proposed] Order Denying The Motion To Quash And For A Protective Order Filed By Fenwick & West LLP And Gregory Roussel | | |
| **Dkt#: 415 & 425** **Caption**: Administrative Motion by Non-Parties R. Gregory Roussel and Fenwick & West LLP to Seal: (1) Reply in Support of Motion to Quash and for Protective Order; (2) Corrected Declaration of Kalama M. Lui- | **Dkt. # 418** Declaration of Kalama M. Lui-Kwan in Support of Administrative Motion by Non-Parties R. Gregory Roussel and Fenwick & West LLP to Seal Documents | **Dkt. #: 415** ● Reply in Support of Motion to Quash and for Protective Order **Dkt. #: 416** ● Corrected Declaration of Kalama M. Lui-Kwan in Support of Motion to Quash and for Protective Order | | Unopposed |

| (1) Identity of each sealing motion by docket number and caption | (2) Declarations in support of the sealing requested | (3) Documents and exhibits to be sealed | (4) Documents and Exhibits that designating party withdraws its designation | (5) Whether motion to seal is opposed |
|---|---|---|---|---|
| Kwan in Support of Motion to Quash and for Protective Order | | | | |
| **Dkt#: 426**<br><br>**Caption:** Plaintiffs' Administrative Motion to Seal: (1) Plaintiffs' Reply in Support of Confidential Motion; (2) Declaration of I. Neel Chatterjee and Exhibits in Support Thereof; (3) Declaration of Atulya Sarin, Ph.D. and Exhibits in Support Thereof; (4) Declaration of Ted Wang in Support Thereof; (5) Plaintiffs' Objections to and Motion to Strike Evidence Submitted in ConnectU's Opposition to Plaintiffs' Confidential Motion | **Dkt. #: 427**<br><br>Declaration of Theresa A. Sutton Pursuant to Civil Local Rule 7-11 and 79-5(B) in Support of Plaintiffs' Administrative Motion to Seal [Dkt#: 427] | **Dkt. #: 420**<br>• Plaintiffs' Reply in Support of Confidential Motion<br><br>**Dkt. #: 421**<br>• Declaration of I. Neel Chatterjee in Support of Plaintiffs' Reply in Support of Confidential Motion<br>• Exhibits A through G to the Declaration of I. Neel Chatterjee<br><br>**Dkt. # 422**<br>• Declaration of Atulya Sarin, Ph.D. in Support of Plaintiffs' Reply in Support of Confidential Motion<br>• Exhibits 1 and 2 to the Declaration of Atulya Sarin, Ph.D.<br><br>**Dkt. # 423**<br>• Declaration of Ted Wang in Support Facebook, Inc. and Mark Zuckerberg's Confidential Motion<br><br>**Dkt. # 424**<br>• Plaintiffs' Objections to and Motion to Strike Evidence Submitted in ConnectU's Opposition to Plaintiffs' Confidential Motion | | Unopposed |

Upon good cause shown, IT IS HEREBY ORDERED

that the motions filed by the parties are GRANTED, and that the above-listed documents shall be filed under seal in their entireties by the Clerk.

IT IS SO ORDERED.

Dated: June 20, 2008

_____
Honorable James Ware
United States District Judge

---

[1] Plaintiffs do not agree with this alternative proposed order. The parties agreed to keep the terms of the Settlement Agreement confidential. Further, any defendant's opposition(s) to the proposed sealing are now untimely to the extent more than three days have passed since the request was filed. Civil L.R. 7-11(b).