*E-filed 6-23-08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC., | No. C07-01389 JW HRL |
| Plaintiff(s), | **ORDER OF RECUSAL** |
| v. | |
| CONNECTU, LLC, et al., | |
| Defendants. | |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall randomly reassign this case to another Magistrate Judge for discovery purposes.

Dated: 06-23-08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**Notice will be electronically mailed to:**

| | | |
|---|---|---|
| mcooper@orrick.com | cday@orrick.com | nchatterjee@orrick.com |
| slincoln@orrick.com | tsutton@orrick.com | ygreer@orrick.com |
| hopguy@orrick.com | scott.mosko@finnegan.com | |

*Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 06-23-08                    /s/ MPK

Chambers of Magistrate Judge Howard R. Lloyd