STEVEN C. HOLTZMAN (CA BAR NO. 144177)
  sholtzman@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

D. MICHAEL UNDERHILL (*pro hac vice*)
  munderhill@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Attorneys for Defendant
CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | CASE NO. 5:07-CV-01389-JW<br><br>**CONNECTU'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONNECTU, INC.'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE ADDITIONAL AUTHORITY** |

Pursuant to Civil L.R. 7-11 and 79-5(d), ConnectU respectfully submits this administrative motion asking the Court to file under seal ConnectU, Inc.'s Administrative Request for Leave to File Additional Authority.

On June 23, 2008, the Court held a closed hearing in this matter due to concerns relating to the confidentiality of the terms of a settlement agreement, which were discussed at the hearing. The Administrative Request to File Additional Authority relates to, and contains information presented at, the closed hearing.[1] Although ConnectU believes the material in the Administrative Request and attached Submission of Additional Authority may not require sealing because it does not disclose terms of the settlement at issue, ConnectU requests that its Administrative Request to File a Additional Authority remain sealed because the hearing remains sealed.

Dated: June 24, 2008

             /s/ *Steven C. Holtzman*
             Steven C. Holtzman

             STEVEN C. HOLTZMAN (CA BAR NO. 144177)
             BOIES SCHILLER & FLEXNER LLP
             1999 Harrison Street, Suite 900
             Oakland, CA 94612
             Telephone: (510) 874-1000
             Facsimile: (510) 874-1460
             Email: sholtzman@bsfllp.com

             D. MICHAEL UNDERHILL (*pro hac vice*)
              munderhill@bsfllp.com
             BOIES SCHILLER & FLEXNER LLP
             5301 Wisconsin Avenue NW
             Washington, D.C. 20015
             Telephone: (202) 237-2727
             Facsimile: (202) 237-6131

             Attorneys for Defendant
             CONNECTU, INC.

---

[1] By filing this request to seal, ConnectU does not waive any arguments or rights as to (i) the admissibility or inadmissibility of evidence surrounding the underlying purported agreement, (ii) the confidentiality or non-confidentiality of information relating to the purported agreement, or (iii) the enforceability or unenforceability of the purported agreement.

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 24, 2008.

Dated: June 24, 2008

        /s/ *Steven C. Holtzman*
Steven C. Holtzman