UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KOEL,

 Plaintiff(s),

 v.

ASHCROFT,

 Defendant(s).
_____/

No. C- 03-05119 (EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Dismiss before Magistrate Judge Laporte previously noticed for September 14, 2004 at 9:00 a.m. has been reset to **September 28, 2004** at **9:00 a.m.** Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

The case management conference previously noticed for September 28, 2004 at 10:00 a.m. will instead be held at the time of the motion hearing.

Dated: July 20, 2004

 FOR THE COURT,
 Richard W. Wieking, Clerk

 by: /s/ Dennis King
 Dennis King
 Deputy Clerk