IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Facebook, Inc., et al., | NO. C 07-01389 JW |
| Plaintiffs, | **ORDER RE: ANTICIPATED MOTION BY CNET NEWS TO UNSEAL FILINGS AND TRANSCRIPTS** |
| v. | |
| ConnectU, Inc., et al., | |
| Defendants. | |

Before the Court is a request to shorten time for a hearing on an anticipated motion by CNET News to unseal certain filings and transcripts of proceedings in the above entitled case. For good cause shown, the Court GRANTS non-party CNET's request for an order shortening time and sets the following expedited briefing schedule:

(1) The hearing on CNET's Motion to Unseal is set for **July 2, 2008 at 10 a.m.**

(2) CNET shall file and serve on all parties listed on the service paged below its motion on or before **June 27, 2008.**

(3) Oppositions, if any, shall be filed and served on or before **June 30, 2008.**

(4) Replies, if any, shall be filed and served on or before **July 1, 2008.**

Dated: June 26, 2008

JAMES WARE  
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Chester Wren-Ming Day cday@orrick.com
D. Michael Underhill MUnderhill@BSFLLP.com
David A. Barrett dbarrett@bsfllp.com
Evan A. Parke eparke@bsfllp.com
George Hopkins Guy hopguy@orrick.com
I. Neel Chatterjee nchatterjee@orrick.com
Jonathan M. Shaw jshaw@bsfllp.com
Kalama M. Lui-Kwan klui-kwan@fenwick.com
Monte M.F. Cooper mcooper@orrick.com
Scott Richard Mosko scott.mosko@finnegan.com
Sean Alan Lincoln slincoln@orrick.com
Steven Christopher Holtzman sholtzman@bsfllp.com
Theresa Ann Sutton tsutton@orrick.com
Tyler Alexander Baker Tbaker@fenwick.com
Valerie Margo Wagner valerie.wagner@dechert.com
Yvonne Penas Greer ygreer@orrick.com


**Dated: June 26, 2008**   **Richard W. Wieking, Clerk**


**By: /s/ JW Chambers**
   **Elizabeth Garcia**
   **Courtroom Deputy**