IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Facebook, Inc., et al., | NO. C 07-01389 JW |
|         Plaintiffs,<br>v.<br>ConnectU, Inc., et al.,<br>        Defendants. | **ORDER REFERRAL CASE TO CHIEF MAGISTRATE JUDGE LARSON FOR REASSIGNMENT OF DISCOVERY JUDGE** |

Since all three Magistrate Judges in the San Jose Division have recused themselves from the above entitled case, the Court refers this matter to Chief Magistrate Judge Larson for reassignment to another Magistrate Judge for discovery referrals.

Dated: June 26, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Chester Wren-Ming Day cday@orrick.com
D. Michael Underhill MUnderhill@BSFLLP.com
David A. Barrett dbarrett@bsfllp.com
Evan A. Parke eparke@bsfllp.com
George Hopkins Guy hopguy@orrick.com
I. Neel Chatterjee nchatterjee@orrick.com
Jonathan M. Shaw jshaw@bsfllp.com
Kalama M. Lui-Kwan klui-kwan@fenwick.com
Monte M.F. Cooper mcooper@orrick.com
Scott Richard Mosko scott.mosko@finnegan.com
Sean Alan Lincoln slincoln@orrick.com
Steven Christopher Holtzman sholtzman@bsfllp.com
Theresa Ann Sutton tsutton@orrick.com
Tyler Alexander Baker Tbaker@fenwick.com
Valerie Margo Wagner valerie.wagner@dechert.com
Yvonne Penas Greer ygreer@orrick.com

**Dated: June 26, 2008**          **Richard W. Wieking, Clerk**

                                                **By:** **/s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**