1 | Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
2 | FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
3 | Stanford Research Park
3300 Hillview Avenue
4 | Palo Alto, California 94304
Telephone: (650) 849-6600
5 | Facsimile: (650) 849-6666

6 | Attorneys for Defendant
Winston Williams



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>            Plaintiffs,<br><br>v.<br><br>CONNECTU LLC, (now known as CONNECTU INC.), ET AL.<br><br>            Defendants. | CASE NO. C 07-01389 RS<br><br>**WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT WINSTON WILLIAMS**<br><br>Date: January 23, 2008<br>Time: 9:30 a.m.<br>Courtroom: 4<br>Mag. Judge: Hon. Richard Seeborg |

Doc. No. 476587.1

# WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT WINSTON WILLIAMS

Pursuant to Civil L.R. 7-7(e), Finnegan Henderson ("The Firm") hereby withdraws its Motion to Withdraw as Counsel for Winston Williams, currently scheduled for hearing on January 23, 2008. On December 29, 2007, The Firm received its first communication from Mr. Williams since early November 2007. On December 31, 2007, Mr. Williams left a voicemail with The Firm providing a temporary Florida-based telephone number as his new contact. Thereafter Mr. Williams was advised of this Court's Order compelling further responses to discovery and later was provided previously-produced documents to assist in his investigation consistent with this Court's December 12, Order. Pursuant to that Order, late in the afternoon of January 2, 2008, Mr. Williams signed a declaration that was later served on Plaintiffs. The Firm again lost touch with Mr. Williams until January 7, 2008, when at approximately noon that day, he confirmed his willingness and ability to communicate with The Firm as it concerns this action.

Respectfully submitted,

Dated: January 7, 2008

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

By: _____/s/_____
Scott R. Mosko
Attorneys for Defendant
Winston Williams