1  Scott R. Mosko (State Bar No. 106070)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California  94304
4  Telephone:    (650) 849-6600
   Facsimile:    (650) 849-6666
5

6  Attorneys for Defendants
   ConnectU LLC, Pacific Northwest
7  Software, Inc., Winston Williams, and
   Wayne Chang
8

*IT IS SO ORDERED*
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONNECTU LLC (now known as CONNECTU INC.), ET AL.,<br><br>    Defendants. | CASE NO. C 07-01389 RS<br><br>**DEFENDANTS CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND WAYNE CHANG'S NOTICE OF WITHDRAWAL OF PLEADINGS AT DOCKET NOS. 300 AND 301 AND SUBSTITUTION OF PLEADINGS**<br><br>Date:         February 27, 2008<br>Time:        9:30 a.m.<br>Courtroom:  4<br>Judge:       Honorable Richard Seeborg |

| | |
|---|---|
| 1 | Defendants ConnectU LLC, Pacific Northwest Software, Inc., Winston Williams, and Wayne Chang hereby withdraw the pleading filed at Docket No. 300 and in its place file the accompanying pleading, entitled DECLARATION OF WINSTON WILLIAMS (REVISED) IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

Defendants ConnectU LLC, Pacific Northwest Software, Inc., Winston Williams, and Wayne Chang hereby withdraw the pleading filed at Docket No. 300 and in its place file the accompanying pleading, entitled DECLARATION OF WINSTON WILLIAMS (REVISED) IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

In addition, Defendants also withdraw the Pleading filed at Docket No. 301 and in its place file the accompanying pleading, entitled DEFENDANTS CONNECTU LLC, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS (REVISED) OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT.

Plaintiffs have agreed to this simultaneous withdrawal and filing of these pleadings.

Dated: February 14, 2008

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.


By: _____/s/_____
Scott R. Mosko
Attorneys for Defendants ConnectU LLC,
Pacific Northwest Software, Inc., Winston
Williams, and Wayne Chang