| | |
|---|---|
| 1 | Roger Myers (CA State Bar No. 146164) |
| | roger.myers@hro.com |
| 2 | Rachel Matteo-Boehm (CA State Bar No. 195492) |
| 3 | rachel.matteo-boehm@hro.com |
| | Katherine Keating (CA State Bar No. 217908) |
| 4 | katherine.keating@hro.com |
| 5 | HOLME ROBERTS & OWEN LLP |
| | 560 Mission Street, 25th Floor |
| 6 | San Francisco, CA  94105-2994 |
| | Telephone:   (415) 268-2000 |
| 7 | Facsimile:    (415) 268-1999 |

Attorneys for Intervenor
CNET Networks, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>                Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br>                Defendants. | CASE NO. 5:07-CV-01389-JW<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE AND TO UNSEAL HEARING TRANSCRIPT AND OTHER DOCUMENTS**<br><br>Hearing Date:   July 2, 2008<br>Time:            10:00 a.m.<br>Judge:           Hon. James Ware<br>Courtroom:     8<br><br>Documents filed herewith:<br>(1) Memorandum of Points and Authorities;<br>(2) [Proposed] Order |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

      PLEASE TAKE NOTICE THAT on  July 2 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8 of the above-captioned Court, located at 280 South First Street, San Jose, California 95113, CNET Networks, Inc. will move, and hereby does move, for leave to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure and to unseal documents in the

1

Notice of Mot. and Mot. to Intervene and to Unseal Hearing Transcript and Other Documents          Case No. 5:07-CV-01389-JW
#38422 v1

Dockets.Justia.com

1 above-captioned case, including the transcript of the June 24, 2008 hearing in that case.  These
2 motions are based upon this notice of motion and motion, the accompanying memorandum of points
3 and authorities, the [proposed] order filed herewith, as well as on all of the pleadings, papers,
4 records, and orders in this action, and such other matters as may come before the Court prior to the
5 disposition of these motions.

Dated:  July 27, 2008

HOLME ROBERTS & OWEN LLP
Roger Myers
Rachel Matteo-Boehm
Katherine Keating

By: _____/s/ Rachel Matteo-Boehm_____
Rachel Matteo-Boehm
Attorneys for CNET Networks, Inc.