1  SEAN A. LINCOLN (State Bar No. 136387)
     salincoln@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
     nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
     mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
     tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
     ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA  94025
   Telephone:    650-614-7400
8  Facsimile:    650-614-7401

9  Attorneys for Plaintiffs
   THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>  Plaintiffs,<br><br>  v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>  Defendants. | Case No.  5:07-CV-01389-JW<br><br>**PROPOSED FORMS OF JUDGMENT**<br><br>Date:     July 2, 2008<br>Time:    10:00 A.M.<br>Judge:   Honorable James Ware |

OHS West:260465708.1

PROPOSED FORMS OF JUDGMENT
5:07-CV-01389-JW

On June 26, 2008, the Court ordered the parties to prepare a Proposed Form of Judgment following the Court's June 25, 2008, Order Granting Plaintiffs Confidential Motion to Enforce the Settlement Agreement. The parties were unable to prepare a single proposed Judgment by the Court's deadline but continue to discuss various provisions. As a result, the parties submit the following for the Court's consideration:

1. Plaintiffs' Proposed Judgment, which is attached hereto as Exhibit A;
2. ConnectU's Proposed Judgment, which is attached hereto as Exhibit B; and
3. A redline comparison of the two proposals, attached hereto as Exhibit C.

June 30, 2008

Orrick, Herrington & Sutcliffe LLP

/s/ Theresa A. Sutton /s/
Theresa A. Sutton
Attorneys for Plaintiffs
Facebook, Inc. and Mark Zuckerberg

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 30, 2008. |
| 3 | |
| 4 | Dated: June 30, 2008                    Respectfully submitted, |
| 5 | |
| 6 |                                         /s/ Theresa A. Sutton /s/<br>                                         Theresa A. Sutton |
**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 30, 2008.

Dated: June 30, 2008

Respectfully submitted,

/s/ Theresa A. Sutton /s/
Theresa A. Sutton