# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** July 2, 2008 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-07-01389 JW | **Interpreter:** N/A |
| **Related Case No.:** N/A | |

## TITLE

**The Facebook Inc v. ConnectU Inc et al**

**Attorney(s) for Plaintiff(s)**: Neel Chatterjee, Theresa Sutton, Yvonne Greer
**Attorney(s) for Defendant(s)**: Evan Parke, Scott Mosko, Michael Underhill, David Barrett
Other Appearances: Roger Myers and Katherine Keating (CNET), Robert Hawk and Melyssa Minamoto (for Edward Saverin), Bruce Van Dalsem (for Lien Claimant)

## PROCEEDINGS

1. OSC re Why Judgment Should Not be Entered re Enforcement of Settlement
2. Non-party CNET's Motion to Unseal Filings and Transcripts

## ORDER AFTER HEARING

Hearing Held. The Court heard oral argument by the parties on the scheduled motions. The Court to issue further order on the motions.

 

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: