GEORGE C. FISHER (40794)
2600 El Camino Real
Suite 410
Palo Alto, CA 94306
P. (650) 424 0821
F. (650) 475 1849
georgecfisher@gmail.com

Special Master

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

The Facebook, Inc., et al.,

    Plaintiffs,

vs.

ConnectU, Inc., et al.,

    Defendants.

No. C 07-01389 JW

**AFFIDAVIT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 53(b)(3)**

I, GEORGE C. FISHER, declare:

Having carefully reviewed the names of the parties to this action, the names of their counsel, and the proposed order of appointment, I state that I perceive no ground for disqualification under 28 USC section 455.

I swear that the foregoing is true and correct to the best of my knowledge and that if called upon, I could so testify under oath.

Dated: July 9, 2008

                            GEORGE C. FISHER