| | |
|---|---|
| 1 | SEAN A. LINCOLN (State Bar No. 136387) |
|   |    salincoln@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985) |
|   |    nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746) |
|   |    mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857) |
|   |    tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072) |
|   |    ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 7 | Menlo Park, CA  94025 |
|   | Telephone:    650-614-7400 |
| 8 | Facsimile:    650-614-7401 |
| 9 | Attorneys for Plaintiffs |
|   | THE FACEBOOK, INC. and MARK ZUCKERBERG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG, | Case No.  5:07-CV-01389-JW |
| Plaintiffs, | **PROOF OF SERVICE VIA FACSIMILE AND U.S. MAIL** |
| v. | |
| CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG, | |
| Defendants. | |

OHS West:260435495.1

PROOF OF SERVICE
5:07-CV-01389-RS

Dockets.Justia.com

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On July 9, 2008, I served the within document(s):

**[PROPOSED] FORM OF RELEASE OF CLAIMS BY FACEBOOK, INC. AND MARK ZUCKERBERG**

| | |
|---|---|
| X | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:30 p.m. on July 9, 2008. |
| X | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on July 9, 2008. |
| | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
| | By causing personal delivery by [COURIER SERVICE NAME HERE] of the document(s) listed above to the person(s) at the address(es) set forth below. **NOTE: REQUIRES EXECUTED POS FROM COURIER SERVICE** |

## ATTORNEYS FOR PLAINTIFF CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA

**John F. Hornick, Esq.**
**Meredith H. Schoenfeld, Esq.**
**Margaret A. Esquenet, Esq.**
**Daniel P. Kaufman, Esq.**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
**Facsimile: (202) 408-4400**

**Daniel P. Tighe, Esq.**
**Scott McConchie, Esq.**
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
Telephone: (617) 542-9900
**Facsimile: (617) 542-0900**
Email: dtighe@gtmllp.com
sm@gtmllp.com

## ATTORNEYS FOR DEFENDANT EDUARDO SAVERIN

**Robert B. Hawk, Esq.**
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
**Facsimile: (650) 324-0638**

**Gordon P. Katz, Esq.**
**Daniel K. Hampton, Esq.**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 573-2700
**Facsimile: (617) 523-6850**

| | |
|---|---|
| 1 | I am readily familiar with my firm's practice for collection and processing correspondence |
| 2 | for mailing in the United States Postal Service, to wit, that correspondence be deposited with the |
| 3 | United States Postal Service this same day in the ordinary course of business. |
| 4 | Executed on July 9, 2008 at Menlo Park, California.  I declare under penalty of perjury |
| 5 | under the laws of the State of California that the foregoing is true and correct. |
| 6 | |
| 7 | |
| 8 | Aura L. Tatagiba |

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0050
RECIPIENT ADDRESS     912024084400
DESTINATION ID
ST. TIME              07/09 13:55
TIME USE              02'15
PAGES SENT            8
RESULT                OK
```

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

tel +1-650-614-7400
fax +1-650-614-7401

WWW.ORRICK.COM

## FAX TRANSMISSION

**DATE** 7/9/08

**NO. OF PAGES (INCLUDING COVER SHEET)** 8

### FROM

| name | tel |
|---|---|
| Yvonne Greer | (650) 614-7698 |

### TO

| name | company/firm | tel | fax |
|---|---|---|---|
| John F. Hornick, Esq. | Finnegan, Henderson, et al. | | (202) 408-4400 |
| Daniel P. Tighe, Esq. | Griesinger, Tighe, et al. | | (617) 542-0900 |
| Robert B. Hawk, Esq. | Heller Ehrman, LLP | | (650) 324-0638 |
| Gordon P. Katz, Esq. | Holland & Knight, LLP | | (617) 523-6850 |

**RE** Facebook, et al v. ConnectU, et al.

### MESSAGE

Please see attached.

```
                    ********************
                    ***   TX REPORT  ***
                    ********************

         TRANSMISSION OK

         TX/RX NO                0051
         RECIPIENT ADDRESS       916175420900
         DESTINATION ID
         ST. TIME                07/09 13:58
         TIME USE                02'14
         PAGES SENT              8
         RESULT                  OK
```

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

tel +1-650-614-7400
fax +1-650-614-7401

WWW.ORRICK.COM

## FAX TRANSMISSION

DATE   7/9/08

NO. OF PAGES (INCLUDING COVER SHEET)   8

**FROM**

| name | tel |
|---|---|
| Yvonne Greer | (650) 614-7698 |

**TO**

| name | company/firm | tel | fax |
|---|---|---|---|
| John F. Hornick, Esq. | Finnegan, Henderson, et al. | | (202) 408-4400 |
| Daniel P. Tighe, Esq. | Griesinger, Tighe, et al. | | (617) 542-0900 |
| Robert B. Hawk, Esq. | Heller Ehrman, LLP | | (650) 324-0638 |
| Gordon P. Katz, Esq. | Holland & Knight, LLP | | (617) 523-6850 |

RE   Facebook, et al v. ConnectU, et al.

**MESSAGE**

Please see attached.

07/09/2008 14:03 FAX                                                                                     ☑001

```
                    ********************
                    ***  TX REPORT   ***
                    ********************

         TRANSMISSION OK

         TX/RX NO               0052
         RECIPIENT ADDRESS      93240638
         DESTINATION ID
         ST. TIME               07/09 14:00
         TIME USE               02'13
         PAGES SENT             8
         RESULT                 OK
```

# O
# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

tel +1-650-614-7400
fax +1-650-614-7401

WWW.ORRICK.COM

## FAX TRANSMISSION

DATE  7/9/08

NO. OF PAGES (INCLUDING COVER SHEET)  8

**FROM**

| name | tel |
|---|---|
| Yvonne Greer | (650) 614-7698 |

**TO**

| name | company/firm | tel | fax |
|---|---|---|---|
| John F. Hornick, Esq. | Finnegan, Henderson, et al. | | (202) 408-4400 |
| Daniel P. Tighe, Esq. | Griesinger, Tighe, et al. | | (617) 542-0900 |
| Robert B. Hawk, Esq. | Heller Ehrman, LLP | | (650) 324-0638 |
| Gordon P. Katz, Esq. | Holland & Knight, LLP | | (617) 523-6850 |

RE  Facebook, et al v. ConnectU, et al.

**MESSAGE**

Please see attached.

```
                    ************************
                    ***    TX REPORT     ***
                    ************************

        TRANSMISSION OK

        TX/RX NO              0053
        RECIPIENT ADDRESS     916175236850
        DESTINATION ID
        ST. TIME              07/09 14:03
        TIME USE              01'20
        PAGES SENT            8
        RESULT                OK
```

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

tel +1-650-614-7400
fax +1-650-614-7401

WWW.ORRICK.COM

## FAX TRANSMISSION

DATE   7/9/08

NO. OF PAGES (INCLUDING COVER SHEET)   8

**FROM**

| name | tel |
|---|---|
| Yvonne Greer | (650) 614-7698 |

**TO**

| name | company/firm | tel | fax |
|---|---|---|---|
| John F. Hornick, Esq. | Finnegan, Henderson, et al. | | (202) 408-4400 |
| Daniel P. Tighe, Esq. | Griesinger, Tighe, et al. | | (617) 542-0900 |
| Robert B. Hawk, Esq. | Heller Ehrman, LLP | | (650) 324-0638 |
| Gordon P. Katz, Esq. | Holland & Knight, LLP | | (617) 523-6850 |

RE   Facebook, et al v. ConnectU, et al.

**MESSAGE**

Please see attached.