STEVEN C. HOLTZMAN (CA BAR NO. 144177)
  sholtzman@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

D. MICHAEL UNDERHILL (*pro hac vice*)
  munderhill@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Attorneys for Defendant
CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>[PROPOSED] ORDER GRANTING CONNECTU'S ADMINISTRATIVE MOTION TO SEAL CONNECTU, INC.'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE ADDITIONAL AUTHORITY |

1  The matter before the Court is ConnectU's Administrative Motion to Seal
2  ConnectU, Inc.'s Administrative Request for Leave to File Additional Authorities.
3  The Court has considered said motion and, finding good cause, hereby GRANTS
4  ConnectU's Motion to Seal ConnectU, Inc.'s Administrative Request to File Additional
5  Authorities.
6  IT IS SO ORDERED

Dated: July 10, 2008

*James Ware*

Honorable James Ware
United States District Judge
Northern District of California