SEAN A. LINCOLN (State Bar No. 136387)
   salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
   tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
   ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiffs
FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG, ,<br><br>    Defendants. | Case No. 5:07-CV-01389-JW<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL:<br><br>**FACEBOOK, INC. AND MARK ZUCKERBERG'S OPPOSITION TO CONNECTU, INC.'S MOTION PURSUANT TO CIVIL L.R. 6-3 TO SHORTEN TIME FOR MOTION FOR EXPEDITED DISCOVERY FOR EVIDENTIARY HEARING** |

1     The matter before the Court is Plaintiffs' Administrative Motion to Seal Facebook, Inc. and Mark Zuckerberg's Opposition to ConnectU, Inc.'s Motion Pursuant To Civil L.R. 6-3 to Shorten Time for Motion for Expedited Discovery for Evidentiary Hearing.

    The Court has considered said motion and, finding good cause, hereby GRANTS Plaintiffs' Motion to Seal Facebook, Inc. and Mark Zuckerberg's Opposition to ConnectU, Inc.'s Motion Pursuant To Civil L.R. 6-3 to Shorten Time for Motion for Expedited Discovery for Evidentiary Hearing.

    IT IS SO ORDERED.

Dated: _____ July 10 \_\_\_, 2008

_____
Honorable James Ware
United States District Judge
Northern District of California