IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Facebook, Inc., et al., | NO. C 07-01389 JW |
| Plaintiffs, v. | **ORDER DENYING PENDING DISCOVERY MOTIONS AS MOOT** |
| ConnectU, Inc., et al., | |
| Defendants. / | |

It has come to the Court's attention that the following two discovery motions are currently pending before the Court: (1) a motion filed on January 23, 2008 to compel compliance with a prior discovery order; and (2) a motion filed on May 19, 2008 to change time of deposition. (See Docket Item Nos. 271, 380.) In light of the Court's entry of judgment on July 2, 2008 enforcing the parties' settlement agreement, further discovery in this case is no longer necessary. Accordingly, the Court DENIES the parties' discovery motions as moot.

This Order terminates Docket Item Nos. 271, 380 and associated entries.

Dated: July 10, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Chester Wren-Ming Day cday@orrick.com
D. Michael Underhill MUnderhill@BSFLLP.com
David A. Barrett dbarrett@bsfllp.com
Evan A. Parke eparke@bsfllp.com
George C. Fisher eFilingPA@dorsey.com
George Hopkins Guy hopguy@orrick.com
I. Neel Chatterjee nchatterjee@orrick.com
Jonathan M. Shaw jshaw@bsfllp.com
Kalama M. Lui-Kwan klui-kwan@fenwick.com
Monte M.F. Cooper mcooper@orrick.com
Rachel E. Matteo-Boehm rachel.matteo-boehm@hro.com
Roger Rex Myers roger.myers@hro.com
Scott Richard Mosko scott.mosko@finnegan.com
Sean Alan Lincoln slincoln@Orrick.com
Steven Christopher Holtzman sholtzman@bsfllp.com
Theresa Ann Sutton tsutton@orrick.com
Tyler Alexander Baker Tbaker@fenwick.com
Valerie Margo Wagner valerie.wagner@dechert.com
Yvonne Penas Greer ygreer@orrick.com

**Dated: July 10, 2008**                            **Richard W. Wieking, Clerk**

                                                        **By:  /s/ JW Chambers**
                                                             **Elizabeth Garcia**
                                                             **Courtroom Deputy**