Dockets.Justia.com

SEAN A. LINCOLN (State Bar No. 136387)
   salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
   tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
   ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**PROOF OF SERVICE VIA FACSIMILE AND U.S. MAIL** |

OHS West:260435495.1

PROOF OF SERVICE
5:07-CV-01389-RS

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On July 11, 2008, I served the within document(s):

**[PROPOSED] FORM OF RELEASE OF CLAIMS BY FACEBOOK, INC. AND MARK ZUCKERBERG**

| | |
|---|---|
| X | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:30 p.m. on July 11, 2008. |
| X | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on July 11, 2008. |
| | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
| | By causing personal delivery by [COURIER SERVICE NAME HERE] of the document(s) listed above to the person(s) at the address(es) set forth below. **\*\*NOTE: REQUIRES EXECUTED POS FROM COURIER SERVICE\*\*** |

## ATTORNEYS FOR PLAINTIFF CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA

**John F. Hornick, Esq.**
**Meredith H. Schoenfeld, Esq.**
**Margaret A. Esquenet, Esq.**
**Daniel P. Kaufman, Esq.**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
**Facsimile: (202) 408-4400**

**Daniel P. Tighe, Esq.**
**Scott McConchie, Esq.**
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
Telephone: (617) 542-9900
**Facsimile: (617) 542-0900**
Email: dtighe@gtmllp.com
sm@gtmllp.com

## ATTORNEYS FOR DEFENDANT EDUARDO SAVERIN

**Robert B. Hawk, Esq.**
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
**Facsimile: (650) 324-0638**

**Gordon P. Katz, Esq.**
**Daniel K. Hampton, Esq.**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 573-2700
**Facsimile: (617) 523-6850**

| | |
|---|---|
| 1 | I am readily familiar with my firm's practice for collection and processing correspondence |
| 2 | for mailing in the United States Postal Service, to wit, that correspondence be deposited with the |
| 3 | United States Postal Service this same day in the ordinary course of business. |
| 4 | Executed on July 11, 2008 at Menlo Park, California. I declare under penalty of perjury |
| 5 | under the laws of the State of California that the foregoing is true and correct. |

*/s/ Aura L. Tatagiba*
Aura L. Tatagiba

```
                        ************************
                        ***    TX REPORT     ***
                        ************************

        TRANSMISSION OK

        TX/RX NO                    0316
        RECIPIENT ADDRESS           912024084400
        DESTINATION ID
        ST. TIME                    07/11 16:06
        TIME USE                    02'33
        PAGES SENT                  7
        RESULT                      OK
```

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

tel +1-650-614-7400
fax +1-650-614-7401

WWW.ORRICK.COM

## FAX TRANSMISSION

DATE  7/11/08

NO. OF PAGES
(INCLUDING COVER SHEET)  7

### FROM

| name | tel |
|---|---|
| Yvonne Greer | (650) 614-7698 |

### TO

| name | company/firm | tel | fax |
|---|---|---|---|
| John F. Hornick, Esq. | Finnegan, Henderson, et al. | | (202) 408-4400 |
| Daniel P. Tighe, Esq. | Griesinger, Tighe, et al. | | (617) 542-0900 |
| Robert B. Hawk, Esq. | Heller Ehrman, LLP | | (650) 324-0638 |
| Gordon P. Katz, Esq. | Holland & Knight, LLP | | (617) 523-6850 |

RE   Facebook, et al v. ConnectU, et al.

### MESSAGE

Please see attached.

```
                        *********************
                        ***   TX REPORT    ***
                        *********************

            TRANSMISSION OK

            TX/RX NO                 0317
            RECIPIENT ADDRESS        916175420900
            DESTINATION ID
            ST. TIME                 07/11 16:09
            TIME USE                 02'13
            PAGES SENT               7
            RESULT                   OK
```



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

tel +1-650-614-7400
fax +1-650-614-7401

WWW.ORRICK.COM

## FAX TRANSMISSION

DATE  7/11/08

NO. OF PAGES
(INCLUDING COVER SHEET)  7

**FROM**

| name | tel |
|---|---|
| Yvonne Greer | (650) 614-7698 |

**TO**

| name | company/firm | tel | fax |
|---|---|---|---|
| John F. Hornick, Esq. | Finnegan, Henderson, et al. | | (202) 408-4400 |
| Daniel P. Tighe, Esq. | Griesinger, Tighe, et al. | | (617) 542-0900 |
| Robert B. Hawk, Esq. | Heller Ehrman, LLP | | (650) 324-0638 |
| Gordon P. Katz, Esq. | Holland & Knight, LLP | | (617) 523-6850 |

RE   Facebook, et al v. ConnectU, et al.

**MESSAGE**

Please see attached.

07/11/2008 16:14 FAX  650 614 7401          ORRICK SILICON VALLEY                         ☑001

```
                          ********************
                          ***  TX REPORT   ***
                          ********************

         TRANSMISSION OK

         TX/RX NO              0318
         RECIPIENT ADDRESS     93240638
         DESTINATION ID
         ST. TIME              07/11 16:12
         TIME USE              02'32
         PAGES SENT            7
         RESULT                OK
```



ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

*tel* +1-650-614-7400
*fax* +1-650-614-7401

WWW.ORRICK.COM

## FAX TRANSMISSION

DATE  7/11/08

NO. OF PAGES (INCLUDING COVER SHEET)  7

### FROM

| name | tel |
|---|---|
| Yvonne Greer | (650) 614-7698 |

### TO

| name | company/firm | tel | fax |
|---|---|---|---|
| John F. Hornick, Esq. | Finnegan, Henderson, et al. | | (202) 408-4400 |
| Daniel P. Tighe, Esq. | Griesinger, Tighe, et al. | | (617) 542-0900 |
| Robert B. Hawk, Esq. | Heller Ehrman, LLP | | (650) 324-0638 |
| Gordon P. Katz, Esq. | Holland & Knight, LLP | | (617) 523-6850 |

RE    Facebook, et al v. ConnectU, et al.

### MESSAGE

Please see attached.

```
                    ************************
                    ***    TX REPORT      ***
                    ************************

          TRANSMISSION OK

          TX/RX NO               0319
          RECIPIENT ADDRESS      916175236850
          DESTINATION ID
          ST. TIME               07/11 16:14
          TIME USE               01'22
          PAGES SENT             7
          RESULT                 OK
```



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

tel +1-650-614-7400
fax +1-650-614-7401

WWW.ORRICK.COM

## FAX TRANSMISSION

DATE    7/11/08

NO. OF PAGES
(INCLUDING COVER SHEET)   7

### FROM

| name | tel |
|---|---|
| Yvonne Greer | (650) 614-7698 |

### TO

| name | company/firm | tel | fax |
|---|---|---|---|
| John F. Hornick, Esq. | Finnegan, Henderson, et al. | | (202) 408-4400 |
| Daniel P. Tighe, Esq. | Griesinger, Tighe, et al. | | (617) 542-0900 |
| Robert B. Hawk, Esq. | Heller Ehrman, LLP | | (650) 324-0638 |
| Gordon P. Katz, Esq. | Holland & Knight, LLP | | (617) 523-6850 |

RE    Facebook, et al v. ConnectU, et al.

### MESSAGE

Please see attached.