The Facebook, Inc. v. Connectu, LLC et al — Doc. 494

**FILED**
AUG 09 2004
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## Northern District of California

| Connally | No. C 03-05049 JCS MED *plus*: |
| --- | --- |
| Plaintiff(s), | 4329, 04990, 4688 |
| v. | Certification of ADR Session |
| Mc Leran Properties | *four related cases* |
| Defendant(s). | |

*Instructions:* **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) __8. 4. 04__

2. Did the case settle?* ☑ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☑ YES   ☐ NO

Dated: __8. 5. 04__   _Hadden Roth_
Mediator
**Hadden Roth**
Law Offices of Hadden Roth
343 Fairhills Drive
San Rafael, CA 94901

\* All four cases (05049, 4329, 04990, 4688) settled.

---

**Certification of ADR Session**
03-05049 JCS MED   - 1 -

Dockets.Justia.com