UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

A Notice of Related Cases has been filed that the following cases are related within the meaning of Civil L.R. 3-12(b):

C04 2013 SC    Ahamd        -v-    Lexar Media, Inc.
C04 2013 SI    Bowen        -v-    Lexar Media Inc.

**ORDER**

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[] **ARE NOT RELATED** as defined by Civil L.R. 3-12(b).

[x]**ARE RELATED** as defined by Civil L.R. 3-12(b). Pursuant to Civil L.R. 3-12(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **SC** immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

**DATED:**    August 20, 2004                    /s/ Samuel Conti
                                            **UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** August 20, 2004                **By:** **T. De Martini**
                                            Deputy Clerk

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: _____
                    (date)

mrg\civil\relcsord.mrg (9/97)