UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: NOT REPORTED         DATE: 8/25/04
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                     CASE #: C 04-00367 RS

CASE TITLE: DIRECTV, INC.    VS.   HUY DINH, ET AL

**Appearances for Plaintiff(s)**           **Appearances for Defendant(s)**

JENNIFER KASH (via phone)              SHAWN PARR (via phone)

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} CMC   { } MOTIONS LISTED BELOW:

Pltf.    Deft.    Cross Mot.
{ }      { }      { }    1.
{ }      { }      { }    2.
{ }      { }      { }    3.
{ }      { }      { }    4.

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED    [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED     [ ] DENIED     [ ] SUBMITTED     [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)** { } Cont'd to:         @         For

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments:

        CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER

HOURS IN SETTLEMENT:         Copies to: