| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | SUSAN J. HARRIMAN - #111703 |
| 2 | DANIEL E. JACKSON - #216091 |
| | 710 Sansome Street |
| 3 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 4 | Facsimile: (415) 397-7188 |
| 5 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | WILLIAM F. LEE |
| 6 | WAYNE M. KENNARD |
| | LISA J. PIROZZOLO |
| 7 | TIMOTHY SHANNON |
| | 60 State Street |
| 8 | Boston, MA 02109 |
| | Telephone: (617) 526-6000 |
| 9 | Facsimile: (617) 526-5000 |
| 10 | Attorneys for Defendant |
| | BECTON, DICKINSON AND COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | Case No. C 04 2123 MJJ |
| Plaintiff, | **ASSENTED-TO APPLICATION OF TIMOTHY R. SHANNON TO APPEAR *PRO HAC VICE*** |
| v. | |
| BECTON, DICKINSON AND COMPANY, | |
| Defendant. | |

| | |
|---|---|
| 1 | Pursuant to Local Rule 11-3, I, Timothy R. Shannon, hereby apply to appear *pro hac vice* |
| 2 | in the above-titled action on behalf of defendant Becton, Dickinson and Company. |
| 3 | In support of this Application, I certify under oath that: |
| 4 | 1. I am employed by the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, |
| 5 | 60 State Street, Boston, Massachusetts 02109. |
| 6 | 2. I am an active member in good standing of the bar Massachusetts and the |
| 7 | Supreme Judicial Court of Massachusetts (admitted December 18, 2002, BBO# 655325). |
| 8 | 3. I agree to abide by the Standards of Professional Conduct set forth in Civil Local |
| 9 | Rule 11-4, and agree to become familiar with the Local Rules and Alternative Dispute |
| 10 | Resolution Programs of this Court. |
| 11 | 4. Attorneys who are members of the bar of this Court in good standing and who |
| 12 | maintain an office within the State of California have been designated as co-counsel in the |
| 13 | above-titled action. The name, address, and telephone number of those attorneys are: |

>        KEKER & VAN NEST, LLP
>        SUSAN J. HARRIMAN - #111703
>        DANIEL E. JACKSON - #216091
>        710 Sansome Street
>        San Francisco, CA 94111-1704
>        Telephone: (415) 391-5400
>        Facsimile: (415) 397-7188

5. I have reviewed Local Rule 11-3(d), and will indicate my appearance as being "*pro hac vice*" on all papers I file.

6. Counsel for plaintiff TheraSense has assented to this Application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26th day of August 2004, in Boston, Massachusetts.

/s/ Timothy R. Shannon
TIMOTHY R. SHANNON