1  MARK A. BYRNE (CA SB #116657)
   *markbyrne@byrnenixon.com*
2  BYRNE & NIXON LLP
   800 West Sixth Street, Suite 430
3  Los Angeles, California  90017
   Tel: (213) 620-8003
4  Fax: (213) 620-8012

5  SEAN F. O'SHEA (admitted pro hac vice)
   *soshea@osheapartners.com*
6  O'Shea Partners LLP
   90 Park Avenue, 20th Floor
7  New York, NY 10016
   Tel: (212) 682-4426
8  Fax: (212) 682.4437

9  Attorney for Intervenors
   Cameron Winklevoss, Tyler Winklevoss,
10 and Divya Narendra

11

12                    UNITED STATES DISTRICT COURT

13      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

14

15 THE FACEBOOK, INC. and MARK    )  CASE NO. 5:07-CV-01389-JW
   ZUCKERBERG,                    )
16                                )  **APPLICATION FOR ORDER**
                Plaintiffs,       )  **SHORTENING TIME ON**
17                                )  **MOTION TO INTERVENE BY**
        vs.                       )  **CAMERON WINKLEVOSS,**
18                                )  **TYLER WINKLEVOSS AND**
   CONNECTU, INC. (formerly known )  **DIVYA NARENDA**
19 as CONNECTU, LLC), PACIFIC     )
   NORTHWEST SOFTWARE, INC.,      )  Courtroom:  8
20 WINSTON WILLIAMS,  and         )  Judge:     Hon. James Ware
   WAYNE CHANG,                   )  Date:      August 1, 2008
21                                )  Time:      9:00 a.m.
                Defendants.       )
22 _____)  [Filed concurrently with Motion to
                                      Intervene and Declaration of Sean F.
23                                    O'Shea]

24

25

26

27

28
   _____
   APPLICATION FOR ORDER SHORTENING TIME ON MOTION TO INTERVENE
                              -1-

Dockets.Justia.com

TO THE HONORABLE JAMES WARE AND ALL PARTIES AND THEIR
ATTORNEYS OF RECORD:

Intervenors Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra
("ConnectU Shareholders") hereby apply for an Order Shortening Time for the
Motion to Intervene to be heard by this Court on August 1, 2008, at 9:00 a.m.
The Declaration of Sean O'Shea file concurrently herewith demonstrates that the
hearing of this motion on shortened time is necessary.  The ConnectU
Shareholder's interests and rights are directly affected by the Judgment Enforcing
Settlement Agreement ("Judgment") entered by the Court on July 2, 2008, and
the Order Granting Plaintiffs' Confidential Motion to Enforce the Settlement
Agreement entered by the Court on June 25, 2008.  The ConnectU Shareholders
intend to join in ConnectU, Inc.'s appeal of the Court's July 2, 2008 Judgment.
In order to do so, the ConnectU Shareholders must intervene in this action.  The
time for filing the Notice of Appeal of the Judgment expires on August 1, 2008.
If the ConnectU Shareholder's Motion to Intervene is not heard on shortened
time, it will not be heard until after the expiration of the deadline.

Accordingly, the ConnectU Shareholders respectfully request that the

//
//
//
//
//
//
//
//
//

Motion to Intervene be heard no later than August 1, 2008, and that any opposition to the Motion be filed by July 31, 2008.

DATED: July 29, 2008

Respectfully submitted,
BYRNE & NIXON, LLP

By: /s/ Mark A. Byrne
      Mark A. Byrne

O'SHEA PARTNERS LLP

By: /s/ Sean F. O'Shea (*admitted pro hac vice*)
      Sean F. O'Shea

Attorneys for Intervenors
CAMERON WINKLEVOSS, TYLER
WINKLEVOSS and DIVYA NARENDA

**CERTIFICATE OF SERVICE**

 I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 29, 2008.

Dated: July 29, 2008       Respectfully submitted,

             /s/ Mark A. Byrne