MARK A. BYRNE (CA SB #116657)
*markbyrne@byrnenixon.com*
BYRNE & NIXON LLP
800 West Sixth Street, Suite 430
Los Angeles, California 90017
Tel: (213) 620-8003
Fax: (213) 620-8012

SEAN F. O'SHEA (admitted pro hac vice)
*soshea@osheapartners.com*
O'Shea Partners LLP
90 Park Avenue, 20th Floor
New York, NY 10016
Tel: (212) 682-4426
Fax: (212) 682.4437

Attorney for Intervenors
Cameron Winklevoss, Tyler Winklevoss,
and Divya Narendra

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>vs.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | CASE NO. 5:07-CV-01389-JW<br><br>**NOTICE OF ERRATA RE APPLICATION FOR ORDER SHORTENING TIME ON MOTION TO INTERVENE BY CAMERON WINKLEVOSS, TYLER WINKLEVOSS AND DIVYA NARENDA**<br><br>Courtroom: 8<br>Judge: Hon. James Ware<br>Date: August 1, 2008<br>Time: 9:00 a.m. |

NOTICE OF ERRATA RE APPL. FOR ORDER SHORTENING TIME ON MOTION TO INTERVENE

-1-

TO THE HONORABLE JAMES WARE AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Declaration of Sean F. O'Shea In Support of Motion to Shorten Time was inadvertently attached to the Notice of Motion and Motion to Intervene by Cameron Winklevoss, Tyler Winklevoss and Divya Narenda [Docket No. 574] instead of the Application For Order Shortening Time on Motion to Intervene by Cameron Winklevoss, Tyler Winklevoss and Divya Narenda [Docket No. 573]. For the Court's convenience, an additional copy of the Declaration of Sean F. O'Shea In Support of Motion to Shorten Time is attached hereto.

DATED: July 29, 2008

Respectfully submitted,
BYRNE & NIXON, LLP

By: /s/ Mark A. Byrne
     Mark A. Byrne

O'SHEA PARTNERS LLP

By: /s/ Sean F. O'Shea (*admitted pro hac vice*)
     Sean F. O'Shea

Attorneys for Intervenors
CAMERON WINKLEVOSS, TYLER WINKLEVOSS and DIVYA NARENDA

---

NOTICE OF ERRATA RE APPL. FOR ORDER SHORTENING TIME ON MOTION TO INTERVENE

-2-

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 29, 2008.

Dated: July 29, 2008                                    Respectfully submitted,

/s/ Mark A. Byrne

NOTICE OF ERRATA RE APPL. FOR ORDER SHORTENING TIME ON MOTION TO INTERVENE

-3-

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**DECLARATION OF SEAN F. O'SHEA IN SUPPORT OF MOTION TO SHORTEN TIME**<br><br>Courtroom: 8<br>Judge: Honorable James Ware<br>Date: August 1, 2008<br>Time: 9:00 a.m.<br><br>[Filed concurrently with Application to Shorten Time on Motion to Intervene] |

I, Sean F. O'Shea, declare as follows:

1. I am a member of the law firm of O'Shea Partners LLP, 90 Park Avenue, New York, New York 10016, counsel for Cameron Winklevoss, Tyler Winklevoss and Divya Narendra (the "Intervenors") and counsel for Defendant ConnectU, Inc. in the above matter.

2. I make this Declaration in support of the Intervenors' Motion to Shorten Time Pursuant to Local Rule 6-3.

3. ConnectU, Inc. intends to appeal the Court's July 2, 2008 Judgment Enforcing Settlement Agreement. The time for filing the Notice of Appeal of that Judgment expires on August 1, 2008.

4. The Intervenors, who are shareholders of ConnectU, Inc., wish to join in the appeal of that Judgment. In order to do so, they must intervene in this action.

5. If the Motion to Intervene is not heard on shortened time, it will not be heard until after the deadline has passed. Emergency treatment of the Motion to Intervene is therefore required.

6. On behalf of the Intervenors, I respectfully request that the hearing on their Emergency Motion to Intervene be heard no later than August 1, 2008, and that any opposition in response thereto be filed by July 31, 2008.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed this 29th day of July, 2008, at New York, New York.

_____
Sean F. O'Shea