MARK A. BYRNE (CA SB #116657)
*markbyrne@byrnenixon.com*
BYRNE & NIXON LLP
800 West Sixth Street, Suite 430
Los Angeles, California 90017
Tel: (213) 620-8003
Fax: (213) 620-8012

SEAN F. O'SHEA (admitted pro hac vice)
*soshea@osheapartners.com*
O'Shea Partners LLP
90 Park Avenue, 20th Floor
New York, NY 10016
Tel: (212) 682-4426
Fax: (212) 682.4437

Attorney for Intervenors
Cameron Winklevoss, Tyler Winklevoss,
and Divya Narendra

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>vs.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | CASE NO. 5:07-CV-01389-JW<br><br>**SUPPLEMENTAL FILING IN SUPPORT OF MOTION TO INTERVENE BY CAMERON WINKLEVOSS, TYLER WINKLEVOSS AND DIVYA NARENDA**<br><br>Courtroom: 8<br>Judge: Hon. James Ware<br>Date: August 6, 2008<br>Time: 4:30 p.m. |

SUPPLEMENTAL FILING IN SUPPORT OF MOTION TO INTERVENE

-1-

TO THE HONORABLE JAMES WARE AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Intervenors Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra hereby submit the attached Third Party Complaint in response to the Court's Order dated July 30, 2008, and in support of their Motion to Intervene (Docket No. 574).

DATED: July 31, 2008

Respectfully submitted,
BYRNE & NIXON, LLP

By: /s/ Mark A. Byrne
     Mark A. Byrne

O'SHEA PARTNERS LLP

By: /s/ Sean F. O'Shea (*admitted pro hac vice*)
     Sean F. O'Shea

Attorneys for Intervenors
CAMERON WINKLEVOSS, TYLER WINKLEVOSS and DIVYA NARENDA

SUPPLEMENTAL FILING IN SUPPORT OF MOTION TO INTERVENE
-2-

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is **800 West Sixth Street, Suite 430, Los Angeles, California  90017**. |
| 4 | I have caused the service of **SUPPLEMENTAL FILING IN SUPPORT OF MOTION TO INTERVENE BY CAMERON WINKLEVOSS, TYLER WINKLEVOSS AND DIVYA NARENDA** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notified the following: |

Chester Wren-Ming Day (cday@orrick.com)
D. Michael Underhill (munderhill@bsfllp.com)
David A. Barrett (dbarrett@bsfllp.com)
Evan A. Parke (eparke@bsfllp.com)
George C. Fisher (georgecfisher@gmail.com)
George Hopkins Guy (hopguy@orrick.com)
I. Neel Chatterjee (nchatterjee@orrick.com)
Jonathan M. Shaw (jshaw@bsfllp.com)
Kalama M. Lui-Kawn (klui-kwan@fenwick.com)
Monte M.F. Cooper (mcooper@orrick.com)
Rachel E. Matteo-Boehm (rachel.matteo-boehm@hro.com)
Roger Rex Myers (roger.myers@hro.com)
Scott Richard Mosko (scott.mosko@finnegan.com)
Sean Alan Lincoln (slincoln@orrick.com)
Steven Christopher Holtzman (sholtzman@bsfllp.com)
Theresa Ann Sutton (tsutton@orrick.com)
Tyler Alexander Baker (tbaker@fenwick.com)
Valerie Margo Wagner (valerie.wagner@dechert.com)
Yvonne Penas Greer (ygreer@orrick.com)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 31, 2008**, at Los Angeles, California.

/s/ Leticia Rosales (lettyrosales@byrnenixon.com)
Leticia Rosales

---

SUPPLEMENTAL FILING IN SUPPORT OF MOTION TO INTERVENE

-3-