STEVEN C. HOLTZMAN (CA BAR NO. 144177)
  sholtzman@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

D. MICHAEL UNDERHILL (*pro hac vice*)
  munderhill@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Attorneys for Defendant
CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>    Defendants. | Case No. 5:07-CV-01389-JW<br><br>**DECLARATION OF<br>D. MICHAEL UNDERHILL<br>IN SUPPORT OF MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL**<br><br><br>Judge: Honorable James Ware |

I, D. Michael Underhill, declare as follows:

1. I am a partner with the law firm of Boies, Schiller & Flexner LLP, counsel for ConnectU, Inc. I am licensed to practice law in the District of Columbia and am appearing in this case per an order of the Court granting my application to appear *pro hac vice*. I have personal knowledge of the facts and circumstances set forth in this Declaration. I make this Declaration pursuant to Civil L.R. 7-2(d) and 7-5.

2. Attached as Exhibit A is an accurate copy of excerpts of the official transcript of the July 2, 2008, show cause hearing held before Judge Ware in the federal courthouse in San Jose, California.

3. Attached as Exhibit B is an accurate copy of an email sent to me by Neel Chatterjee, counsel for Facebook, Inc., on July 25, 2008. His email attached an earlier email that I sent to him as well as an email he sent to me.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 31st day of July, 2008.

D. Michael Underhill

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 31, 2008.

Dated: July 31, 2008

/s/ Evan A. Parke

Evan A. Parke