STEVEN C. HOLTZMAN (State Bar No. 144177)
sholtzman@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

D. MICHAEL UNDERHILL (*pro hac vice*)
munderhill@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Attorneys for Defendant
CONNECTU, INC.

ORIGINAL FILED *Feefaid*

2008 JUL 30 P 3: 46

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THE FACEBOOK, INC. and MARK ZUCKERBERG,

    Plaintiffs,

v.

CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,

    Defendants.

Case No. 5:07-CV-01389-JW

**NOTICE OF APPEAL BY CONNECTU, INC.**

NOTICE OF APPEAL
5:07-CV-01389-JW

1   Notice is hereby given that CONNECTU, INC., defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final Judgment Enforcing Settlement Agreement (Docket No. 476) entered in this action on July 2, 2008, and all related orders including but not limited to the June 25, 2008, Order Granting Plaintiffs' Confidential Motion To Enforce The Settlement Agreement (Docket No. 461); and the June 10, 2008, Order Granting In Part and Denying In Part Motions Posted As Docket Items Nos. 366, 374 and 393 (Docket No. 428).

July 30, 2008

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

_____
Steven C. Holtzman

*Attorneys for Defendant ConnectU, Inc.*