ORIGINAL

FILED

2008 AUG -1 A 11: 33

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  MARK BYRNE (CA SB #116657)
   markbyrne@byrnenixon.com
2  BYRNE & NIXON LLP
   800 West Sixth Street, Suite 430
3  Los Angeles, California 90017
   Tel: (213) 620-8003
4  Fax: (213) 620-8012

5  Attorneys for Intervenors,
   Cameron Winklevoss, Tyler Winklevoss &
6  Divya Narendra

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC., et al.,<br><br>Defendants. | Case No. 5:07-CV-01389 JW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil Local Rule 11-3, Mark A. Weissman, an active member in good standing of the bars of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant ConnectU, Inc. and Intervenors Cameron Winklevoss, Tyler Winklevoss & Divya Narendra in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> MARK BYRNE (CA SB #116657)
> BYRNE & NIXON LLP
> 800 West Sixth Street, Suite 430
> Los Angeles, California 90017
> Tel: (213) 620-8003
> Fax: (213) 620-8012

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: August 1, 2008 | O'SHEA PARTNERS LLP |
| | By: /s/ Mark A. Weissman<br>Mark. A. Weissman<br>O'Shea Partners LLP<br>90 Park Avenue, 20th Floor<br>New York, NY 10016<br>Telephone: (212) 682-4426<br>Facsimile: (212) 682-4437<br>Email: mweissman@osheapartners.com |

# ATTACHMENT

I am an active member in good standing in the following State and Federal courts:

State of New York, the United States District Courts for the Southern and Eastern Districts of New York.