ORIGINAL

RECEIVED
2008 AUG -1 AM 11: 32
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC., et al.,<br><br>Defendants. | Case No. C 07-01389 JW<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

[Proposed] Order Granting Application for Admission of Attorney *Pro Hac Vice*
Case No.: C 07-01389 JW

Mark A. Weissman, an active member in good standing of the bar of the State of New York whose business address and telephone number is O'Shea Partners LLP, 90 Park Avenue, 20th Floor, New York, NY 10016, (212) 682-4426, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, ConnectU, Inc. and Intervenors, Cameron Winklevoss, Tyler Winklevoss & Divya Narendra.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____, 2008            By: _____
                                              The Honorable James Ware

## ATTACHMENT

I am an active member in good standing in the following State and Federal courts:

State of New York, the United States District Courts for the Southern and Eastern Districts of New York.