UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 1, 2008

**CASE INFORMATION:**
Short Case Title:  THE FACEBOOK, INC.-v- CONNECTU, LLC, ET AL
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: *San Jose Division, Judge James Ware*
Criminal and/or Civil Case No.: CV 07-01389 JW
Date Complaint/Indictment/Petition Filed: *3/9/07*
Date Appealed order/judgment *entered* *6/10/08, 6/25/08,7/2/08*
Date NOA *filed* *7/30/08*
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: Irene Rodriguez (408) 947-8160

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: *7/30/08*            Date Docket Fee Billed:
Date FP granted:                            Date FP denied:
Is FP pending?  ☐ yes  ☐ no                            Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes   ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                          Appellee Counsel:
Steven Christopher Holtzman                 I. Neel Chatterjee
Boies, Schiller & Flexner LLP               Orrick herrington & Sutcliffe LLP
1999 Harrison Street                        1000 Marsh Road
Suite 900                                   Menlo Park, Ca., 94025
Oakland, CA 94612                           (650) 614-7400
510-874-1000
Fax: 510-874-1460
Email: sholtzman@bsfllp.com
☒ retained   ☐ CJA   ☐ FPD  ☐ Pro Se   ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Cindy Vargas