The Facebook, Inc. v. Connectu, LLC et al — Doc. 586

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Facebook, Inc., | NO. C 07-01389 JW |
| Plaintiff(s), | **ORDER GRANTING MOTION TO SHORTEN TIME; SETTING ACCELERATED BRIEFING SCHEDULE** |
| v. | |
| Connectu, Inc et al, | |
| Defendant(s). | |

Presently before the Court is Defendants' Motion to Shorten Time for hearing on their Motion to Stay Judgment. For good cause shown, the Court GRANTS Defendants' motion and sets the briefing schedule as follows:

(1) Any opposition to the Defendants' Motion to Stay Judgment shall be filed on or before **August 4, 2008**. No reply shall be filed.

(2) The hearing on the Defendants' Motion to Stay Judgment shall be heard on **August 6, 2008 at 4:30 PM**

Dated: August 1, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Chester Wren-Ming Day cday@orrick.com
D. Michael Underhill Munderhill@BSFLLP.com
David A. Barrett dbarrett@bsfllp.com
Evan A. Parke eparke@bsfllp.com
George C. Fisher georgecfisher@gmail.com
George Hopkins Guy hopguy@orrick.com
I. Neel Chatterjee nchatterjee@orrick.com
Jonathan M. Shaw jshaw@bsfllp.com
Kalama M. Lui-Kwan klui-kwan@fenwick.com
Mark Andrew Byrne markbyrne@byrnenixon.com
Monte M.F. Cooper mcooper@orrick.com
Rachel E. Matteo-Boehm rachel.matteo-boehm@hro.com
Roger Rex Myers roger.myers@hro.com
Scott Richard Mosko scott.mosko@finnegan.com
Sean Alan Lincoln slincoln@Orrick.com
Steven Christopher Holtzman sholtzman@bsfllp.com
Theresa Ann Sutton tsutton@orrick.com
Tyler Alexander Baker Tbaker@fenwick.com
Valerie Margo Wagner valerie.wagner@dechert.com
Yvonne Penas Greer ygreer@orrick.com

**Dated: August 1, 2008**               **Richard W. Wieking, Clerk**

**By:** *Elizabeth C. Garcia*
     **Elizabeth Garcia**
     **Courtroom Deputy**

**United States District Court**
For the Northern District of California