MARK A. BYRNE (CA SB #116657)
markbyrne@byrnenixon.com
BYRNE & NIXON LLP
800 West Sixth Street, Suite 430
Los Angeles, California 90017
Tel: (213) 620-8003
Fax: (213) 620-8012

SEAN F. O'SHEA (*pro hac vice*)
soshea@osheapartners.com
O'SHEA PARTNERS LLP
90 Park Avenue, 20th Floor
New York, NY 10016
Tel: (212) 682-4426
Fax: (212) 682-4437

Attorneys for Intervenors
Cameron Winklevoss, Tyler Winklevoss,
and Divya Narendra

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**ADMINISTRATIVE MOTION TO SEAL:**<br><br>**UNREDACTED THIRD PARTY COMPLAINT** |

Pursuant to Civil L.R. 7-11 and 79-5(d), proposed third party intervenors Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra respectfully submit this administrative motion asking the Court to file under seal their unredacted THIRD PARTY COMPLAINT because it contains reference to the financial terms of settlement from a mediation term sheet that Judge Ware has kept sealed and contains reference to information that Plaintiffs have alleged is confidential.[1] A redacted version of the complaint was electronically filed on July 31, 2008, and is available to the public (Docket No. 577).

Accordingly, the third party intervenors request their unredacted THIRD PARTY COMPLAINT remain sealed.

August 1, 2008

Respectfully submitted,

BYRNE & NIXON

_/s/ Mark A. Byrne_
Mark A. Byrne

O'SHEA PARTNERS

_/s/ Sean F. O'Shea_
Sean F. O'Shea

---

[1] ConnectU, Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra do not waive any arguments or rights as to (i) the admissibility or inadmissibility of evidence surrounding the purported agreement, (ii) the confidentiality or non-confidentiality of information relating to the purported agreement, or (iii) the enforceability or unenforceability of the purported agreement.

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is **800 West Sixth Street, Suite 430, Los Angeles, California 90017**.

I have caused the service of **ADMINISTRATIVE MOTION TO SEAL: UNREDACTED THIRD PARTY COMPLAINT** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notified the following:

Chester Wren-Ming Day (cday@orrick.com)
D. Michael Underhill (munderhill@bsfllp.com)
David A. Barrett (dbarrett@bsfllp.com)
Evan A. Parke (eparke@bsfllp.com)
George C. Fisher (georgecfisher@gmail.com)
George Hopkins Guy (hopguy@orrick.com)
I. Neel Chatterjee (nchatterjee@orrick.com)
Jonathan M. Shaw (jshaw@bsfllp.com)
Kalama M. Lui-Kawn (klui-kwan@fenwick.com)
Monte M.F. Cooper (mcooper@orrick.com)
Rachel E. Matteo-Boehm (rachel.matteo-boehm@hro.com)
Roger Rex Myers (roger.myers@hro.com)
Scott Richard Mosko (scott.mosko@finnegan.com)
Sean Alan Lincoln (slincoln@orrick.com)
Steven Christopher Holtzman (sholtzman@bsfllp.com)
Theresa Ann Sutton (tsutton@orrick.com)
Tyler Alexander Baker (tbaker@fenwick.com)
Valerie Margo Wagner (valerie.wagner@dechert.com)
Yvonne Penas Greer (ygreer@orrick.com)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2008, at Los Angeles, California.

/s/Mark A. Byrne