SEAN A. LINCOLN (STATE BAR NO. 136387)
salincoln@orrick.com
I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC) PACIFIC NORTHWEST SOFTWARE, INC. WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF FACEBOOK, INC. AND MARK ZUCKERBERG'S OPPOSITION TO MOTION TO INTERVENE BY CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA**<br><br>Date: August 6, 2008<br>Time: 4:30 p.m.<br>Courtroom: 8<br>Judge: Honorable James Ware |

I, I. Neel Chatterjee, declare as follows:

1. I am a Partner at the law firm of Orrick, Herrington & Sutcliffe, counsel for Plaintiffs Facebook, Inc. and Mark Zuckerberg ("Facebook") in this action, and a member of the Bar of the state of California. I make this declaration in support of Plaintiffs' Opposition to Cameron Winklevoss, Tyler Winklevoss and Divya Narendra's (the "ConnectU Founders") Motion to Intervene. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. Attached hereto as **Exhibit A** are true and correct copies of the August 17, 2005 TheFacebook, Inc.'s Complaint, filed in Superior Court of California, Santa Clara, and the May 30, 2007 Plaintiffs' Second Amended Complaint filed in this Court.

3. Attached hereto as **Exhibit B** are true and correct copies of the April 21, 2006 Defendants' Motion to Quash Service of Complaint and Summons for Lack of Personal Jurisdiction, filed in Superior Court of California, Santa Clara, and the March 21, 2007 Defendant ConnectU LLC's Motion to Dismiss for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6).

4. Attached hereto as **Exhibit C** are true and correct copies of the June 2, 2006 Order re: Demurrer of Defendant ConnectU to Complaint and Defendants' Motion to Quash Service of Summons and Complaint for Lack of Personal Jurisdiction, entered in Superior Court of California, Santa Clara, and the May 21, 2007 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss.

5. Attached hereto as **Exhibit D** is a true and correct copy of the August 17, 2008 Errata to Plaintiffs' First Amended Complaint filed in related action *ConnectU, Inc. v. Facebook, Inc. et al.* (Case No. 1:07-10593) in the United States District Court of Massachusetts.

6. Attached hereto as **Exhibit E** is a true and correct copy of the February 7, 2005 Counterclaim Defendants' Reply to Counterclaims of TheFacebook, Inc. and Mark Zuckerberg, filed in related action *ConnectU LLC v. TheFacebook, Inc. et al.* (Case No. 1:04-11923) in the United States District Court of Massachusetts.

7. Attached hereto as **Exhibit F** is a true and correct copy of a redacted copy of the Term Sheet and Settlement Agreement.

8. Attached hereto as **Exhibit G** is a true and correct copy of the April 24, 2008 Proof of Service for Confidential Notice of Filing of Motion filed in related action *ConnectU, Inc. v. Facebook, Inc. et al.* (Case No. 1:07-10593) in the United States District Court of Massachusetts.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the June 2, 2008, Hearing Transcript filed in related action *ConnectU, Inc. v. Facebook, Inc. et al.* (Case No. 1:07-10593) in the United States District Court of Massachusetts.

10. Attached hereto as **Exhibit I** is a true and correct copy of the June 3, 2008 Memorandum and Order, entered in related action *ConnectU, Inc. v. Facebook, Inc. et al.* (Case No. 1:07-10593) in the United States District Court of Massachusetts.

11. Attached hereto as **Exhibit J** is a true and correct copy of excerpts from the Rutter Practice Guide Fed. Civ. Proc. Before Trial (CA. Ed.) Ch. 7-E, §7:162.

12. Attached hereto as **Exhibit K** is a true and correct copy of a August 4, 2008 (1:20p.m.) e-mail from John Hornick, Subject: "RE: Boston Proceedings".

13. I understand that Boies Schiller firm, ConnectU's has been described by the Wall Street Journal as a "litigation powerhouse."

14. Divya Narendra and Howard Winklevoss attended the June 2, 2008 hearing on ConnectU's Emergency Motion For Expedited Hearing before Honorable Judge Woodlock in District of Massachusetts. Judge Woodlock offered to hear the motion to enforce during that hearing.

15. The parties had numerous meetings with the Special Master appointed by the Court. Sean O'Shea and representatives from his law firm discussed matters with the Special Master, including Sean O'Shea's representation of ConnectU and the ConnectU Founders in a separate lawsuit against their former law firm, Quinn Emanuel.

1    I declare the foregoing is true and correct to the best of my knowledge.

2    Executed this 4th day of August, at Menlo Park, California.

3

4                                           /s/ I. Neel Chatterjee /s/
                                                I. Neel Chatterjee
5

# **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 4, 2008.

Date: August 4, 2008                        Respectfully Submitted,

                                                        /s/ I. Neel Chatterjee /s/
                                                           I. Neel Chatterjee