SEAN A. LINCOLN (STATE BAR NO. 136387)
salincoln@orrick.com
I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC) PACIFIC NORTHWEST SOFTWARE, INC. WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**[PROPOSED] ORDER DENYING MOTION TO INTERVENE BY CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA**<br><br>Date: August 6, 2008<br>Time: 4:30 p.m.<br>Courtroom: 8<br>Judge: Honorable James Ware |

| | |
|---|---|
| 1 | The matter before the Court is the Motion to Intervene by Cameron Winklevoss, Tyler |
| 2 | Winklevoss, and Divya Narendra. |
| 3 | The Court has considered said motion and all papers in support and opposition thereto |
| 4 | and, finding good cause, hereby DENIES ConnectU Founders' Motion to Intervene. |
| 5 | IT IS SO ORDERED. |

Dated: _____ \_\_\_, 2008

_____
Honorable James Ware
United States District Judge
Northern District of California