| | |
|---|---|
| 1 | SEAN A. LINCOLN (State Bar No. 136387) |
|   | salincoln@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985) |
|   | nchatterjee@orrick.com |
| 3 | MONTE COOPER (State Bar No. 196746) |
|   | mcooper@orrick.com |
| 4 | THERESA A. SUTTON (State Bar No. 211857) |
|   | tsutton@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072) |
|   | ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 7 | Menlo Park, CA 94025 |
|   | Telephone: 650-614-7400 |
| 8 | Facsimile: 650-614-7401 |
| 9 | Attorneys for Plaintiffs |
|   | THE FACEBOOK, INC. and MARK ZUCKERBERG |

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG, | Case No. 5:07-CV-01389-JW |
| Plaintiffs, | |
| v. | **PROOF OF SERVICE** |
| CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG, | |
| Defendants. | |

OHS West:260487030.1

PROOF OF SERVICE
5:07-CV-01389-RS

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On August 4, 2008, I served the within document(s):

1. PLAINTIFFS FACEBOOK, INC. AND MARK ZUCKERBERG'S OPPOSITION TO MOTION TO INTERVENE BY CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA;
2. DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF FACEBOOK, INC. AND MARK ZUCKERBERG'S OPPOSITION TO MOTION TO INTERVENE BY CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA; [EXHIBITS A-K ATTACHED]
3. [PROPOSED] ORDER DENYING MOTION TO INTERVENE BY CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA
4. PLAINTIFF'S OPPOSITION TO CONNECTU'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL
5. DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONNECTU'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL [EXHIBITS 5, 6, 7 AND PUBLIC-REDACTED VERSIONS OF EXHIBITS 1 AND 2 ATTACHED]
6. EXHIBIT 1 TO: THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONNECTU'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL [FILED UNDER SEAL];
7. EXHIBIT 2 TO: THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONNECTU'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL [FILED UNDER SEAL];
8. EXHIBIT 3 TO: THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONNECTU'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL [FILED UNDER SEAL]
9. EXHIBIT 4 TO: THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONNECTU'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL [FILED UNDER SEAL]

| X | By e-mailing, as agreed to by the parties, electronic copies of the documents to the e-mail addresses listed below for counsel to defendant on August 4, 2008. |
|---|---|

ATTORNEYS FOR DEFENDANTS CONNECTU INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG

**Scott Mosko**
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

**ATTORNEY FOR DEFENDANT CONNECTU**

Steven C. Holtzman
Boies Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Jonathan M. Shaw
D. Michael Underhill
Evan A. Parke
Boies Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**ATTORNEY FOR INTERVENORS CAMERON WINKLEVOSS TYLER WINKLEVOSS AND DIVYA NARENDRA**

Mark A. Byrne
Byrne & Nixon LLP
800 West Sixth Street, Suite 430
Los Angeles, CA 90017
Tel: 213.620.8003
Fax: 213.620.8012
email: markbyrne@byrnenixon.com

Sean F. O'Shea (pro hac vice)
O'Shea Partners LLP
90 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212.682.4426
Fax: 212.682.4437
email: soshea@osheapartners.com

**(MASSACHUSETTS ACTION)**
**ATTORNEYS FOR PLAINTIFF CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA**

John F. Hornick
Meredith H. Schoenfeld
Margaret A. Esquenet
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Avenue NW
Washington, DC 20001
Telephone:
Facsimile:

Daniel P. Tighe
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
Telephone: (617) 542-9900
Facsimile: (617) 542-0900
Email: dtighe@gtmllp.com
sm@gtmllp.com

**(MASSACHUSETTS ACTION)**
**ATTORNEYS FOR DEFENDANT EDUARDO SAVERIN**

Robert B. Hawk, Esq.
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
**Facsimile: (650) 324-0638**

Daniel K. Hampton, Esq.
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 573-2700
Facsimile: (617) 523-6850

I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service this same day in the ordinary course of business.

Executed on August 4, 2008 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

<u>          /s/ Amy Dalton /s/          </u>
AMY DALTON

## Dalton, Amy

**Subject:** FW: Facebook v. ConnectU
**Attachments:** 2008.08.04 FB's Opps to Mtn to Intervene & Stay.zip

---

**From:** Dalton, Amy
**Sent:** Monday, August 04, 2008 8:54 PM
**To:** 'markbyrne@byrnenixon.com'; 'soshea@osheapartners.com'; 'dtighe@gtmllp.com'; 'scott.mosko@finnegan.com'; 'MUnderhill@BSFLLP.com'; 'sholtzman@bsfllp.com'; 'eparke@bsfllp.com'; 'mweissman@osheapartners.com'; 'jshaw@bsfllp.com'; 'sbauer@proskauer.com'; 'dan.hampton@hklaw.com'; 'joczek@proskauer.com'; 'john.hornick@finnegan.com'; 'margaret.esquenet@finnegan.com'; 'Robert.Hawk@hellerehrman.com'; 'meredith.schoenfeld@finnegan.com'
**Cc:** Chatterjee, I. Neel; Cooper, Monte; Greer, Yvonne
**Subject:** Facebook v. ConnectU

Counsel,
Please find attached a zip file containing Facebook's oppositions to the Motion to Intervene and Stay as well as the supporting documents.

Thank you,
Amy Dalton
Paralegal
(650) 614-7418

8/5/2008

## Dalton, Amy

**Subject:** FW: Facebook v. ConnectU

**Attachments:** 2008.08.04 Ex. G - Decl of INC ISO Opp to Mtn to Intervene [596].pdf; 2008.08.04 Ex. H - Decl of INC ISO Opp to Mtn to Intervene [596].pdf; 2008.08.04 Ex. I - Decl of INC ISO Opp to Mtn to Intervene [596].pdf; 2008.08.04 Ex. J - Decl of INC ISO Opp to Mtn to Intervene [596].pdf; 2008.08.04 Ex. K - Decl of INC ISO Opp to Mtn to Intervene [596].pdf; 2008.08.04 FB's Chatterjee Decl ISO Oppo to Mtn to Stay [592].pdf; 2008.08.04 FB's Ex. 5 to Chatterjee Decl ISO Oppo to Mtn to Stay [592].pdf; 2008.08.04 FB's Ex. 6 to Chatterjee Decl ISO Oppo to Mtn to Stay [592].pdf; 2008.08.04 FB's Ex. 7 to Chatterjee Decl ISO Oppo to Mtn to Stay [592].pdf; 2008.08.04 FB's Opp to Mtn to Intervene [595].pdf; 2008.08.04 FB's Oppo to Mtn to Stay [591].pdf; 2008.08.04 FB's P.O. Denying Mtn to Intervene [597].pdf; 2008.08.04 FB's PUBLIC Ex. 1 to Chatterjee Decl ISO Oppo to Mtn to Stay [592].pdf; 2008.08.04 FB's PUBLIC Ex. 2 to Chatterjee Decl ISO Oppo to Mtn to Stay [592].pdf; 2008.08.04 Decl of INC ISO Opp to Mtn to Intervene [596].pdf; 2008.08.04 Ex. A - Decl of INC ISO Opp to Mtn to Intervene [596].pdf; 2008.08.04 Ex. B - Decl of INC ISO Opp to Mtn to Intervene [596].pdf; 2008.08.04 Ex. C - Decl of INC ISO Opp to Mtn to Intervene [596].pdf; 2008.08.04 Ex. D - Decl of INC ISO Opp to Mtn to Intervene [596].pdf; 2008.08.04 Ex. E - Decl of INC ISO Opp to Mtn to Intervene [596].pdf; 2008.08.04 Ex. F - Decl of INC ISO Opp to Mtn to Intervene [596].pdf

---

**From:** Dalton, Amy
**Sent:** Monday, August 04, 2008 9:03 PM
**To:** 'MUnderhill@BSFLLP.com'; 'sholtzman@bsfllp.com'; 'eparke@bsfllp.com'; 'jshaw@bsfllp.com'
**Cc:** Chatterjee, I. Neel; Cooper, Monte; Greer, Yvonne
**Subject:** FW: Facebook v. ConnectU

Counsel, I received an email notification indicating that your firm does not accept .zip files. Please find attached the documents contained in the .zip file mentioned below.

Regards,
Amy

---

**From:** Dalton, Amy
**Sent:** Monday, August 04, 2008 8:54 PM
**To:** 'markbyrne@byrnenixon.com'; 'soshea@osheapartners.com'; 'dtighe@gtmllp.com'; 'scott.mosko@finnegan.com'; 'MUnderhill@BSFLLP.com'; 'sholtzman@bsfllp.com'; 'eparke@bsfllp.com'; 'mweissman@osheapartners.com'; 'jshaw@bsfllp.com'; 'sbauer@proskauer.com'; 'dan.hampton@hklaw.com'; 'joczek@proskauer.com'; 'john.hornick@finnegan.com'; 'margaret.esquenet@finnegan.com'; 'Robert.Hawk@hellerehrman.com'; 'meredith.schoenfeld@finnegan.com'
**Cc:** Chatterjee, I. Neel; Cooper, Monte; Greer, Yvonne
**Subject:** Facebook v. ConnectU

Counsel,
Please find attached a zip file containing Facebook's oppositions to the Motion to Intervene and Stay as well as the supporting documents.

Thank you,
Amy Dalton
Paralegal
(650) 614-7418

**Dalton, Amy**

**Subject:** FW: Facebook v. ConnectU

**Attachments:** 2008.08.04 FB's Ex.1 to Chatterjee Decl ISO Oppo to Mtn to Stay (CONF) .pdf; 2008.08.04 FB's Ex.4 to Chatterjee Decl ISO Oppo to Mtn to Stay (CONF).pdf; 2008.08.04 FB's Ex. 2 to Chatterjee Decl ISO Oppo to Mtn to Stay(CONF).pdf; 2008.08.04 FB's Ex.3 to Chatterjee Decl ISO Oppo to Mtn to Stay (CONF).pdf

---

**From:** Dalton, Amy
**Sent:** Monday, August 04, 2008 9:13 PM
**To:** 'markbyrne@byrnenixon.com'; 'soshea@osheapartners.com'; 'dtighe@gtmllp.com'; 'scott.mosko@finnegan.com'; 'MUnderhill@BSFLLP.com'; 'sholtzman@bsfllp.com'; 'eparke@bsfllp.com'; 'mweissman@osheapartners.com'; 'jshaw@bsfllp.com'; 'sbauer@proskauer.com'; 'dan.hampton@hklaw.com'; 'joczek@proskauer.com'; 'john.hornick@finnegan.com'; 'margaret.esquenet@finnegan.com'; 'Robert.Hawk@hellerehrman.com'; 'meredith.schoenfeld@finnegan.com'
**Cc:** Chatterjee, I. Neel; Cooper, Monte; Greer, Yvonne
**Subject:** RE: Facebook v. ConnectU

Additionally, attached are the 4 exhibits that were filed under seal in support of the opposition to the motion to stay.

Amy

---

**From:** Dalton, Amy
**Sent:** Monday, August 04, 2008 8:54 PM
**To:** 'markbyrne@byrnenixon.com'; 'soshea@osheapartners.com'; 'dtighe@gtmllp.com'; 'scott.mosko@finnegan.com'; 'MUnderhill@BSFLLP.com'; 'sholtzman@bsfllp.com'; 'eparke@bsfllp.com'; 'mweissman@osheapartners.com'; 'jshaw@bsfllp.com'; 'sbauer@proskauer.com'; 'dan.hampton@hklaw.com'; 'joczek@proskauer.com'; 'john.hornick@finnegan.com'; 'margaret.esquenet@finnegan.com'; 'Robert.Hawk@hellerehrman.com'; 'meredith.schoenfeld@finnegan.com'
**Cc:** Chatterjee, I. Neel; Cooper, Monte; Greer, Yvonne
**Subject:** Facebook v. ConnectU

Counsel,
Please find attached a zip file containing Facebook's oppositions to the Motion to Intervene and Stay as well as the supporting documents.

Thank you,
Amy Dalton
Paralegal
(650) 614-7418

8/5/2008