SEAN A. LINCOLN (State Bar No. 136387)
    salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
    nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
    mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
    tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
    ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>                    Plaintiffs,<br><br>        v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>                    Defendants. | Case No.  5:07-CV-01389-JW<br><br><br>**PROOF OF SERVICE** |

Dockets.Justia.com

OHS West:260487030.1

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On August 4, 2008, I served the within document(s):

1.  EXHIBIT 1 TO: THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONNECTU'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL [FILED UNDER SEAL];

2.  EXHIBIT 2 TO: THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONNECTU'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL [FILED UNDER SEAL];

3.  EXHIBIT 3 TO: THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONNECTU'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL [FILED UNDER SEAL]

4.  EXHIBIT 4 TO: THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONNECTU'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL [FILED UNDER SEAL]

|   | |
|---|---|
|   | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:30 p.m. on August 4, 2008. |
|   | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on August 4, 2008. |
|   | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
|   | By causing personal delivery by CARFUL ATTORNEY SERVICE of the document(s) listed above to the person(s) at the address(es) set forth below. |
| X | By personally delivering the document(s) listed above to the person(s) at the addressee(s) set forth below. |

ATTORNEYS FOR DEFENDANTS CONNECTU INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG

**VIA HAND DELIVERY**
**Scott Mosko**
**Jason Webster**
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

OHS West:260487030.1

ATTORNEY FOR DEFENDANT CONNECTU

**VIA HAND DELIVERY**

**Steven C. Holtzman**
Boies Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

**David A. Barnett**
Boies Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

**Jonathan M. Shaw**
**D. Michael Underhill**
**Evan A. Parke**
Boies Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

ATTORNEY FOR INTERVENORS CAMERON WINKLEVOSS
TYLER WINKLEVOSS AND DIVYA NARENDRA

**Mark A. Byrne**
Byrne & Nixon LLP
800 West Sixth Street, Suite 430
Los Angeles, CA 90017
Tel: 213.620.8003
Fax: 213.620.8012
email: markbyrne@byrnenixon.com

**Sean F. O'Shea** (*pro hac vice*)
O'Shea Partners LLP
90 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212.682.4426
Fax: 212.682.4437
email: soshea@osheapartners.com

(MASSACHUSETTS ACTION)
ATTORNEYS FOR PLAINTIFF CONNECTU, INC., CAMERON WINKLEVOSS, TYLER
WINKLEVOSS, AND DIVYA NARENDRA

**John F. Hornick**
**Meredith H. Schoenfeld**
**Margaret A. Esquenet**
**Daniel P. Kaufman**
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Avenue NW
Washington, DC 20001
Telephone:
**Facsimile:**

**Daniel P. Tighe**
**Scott McConchie**
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
Telephone: (617) 542-9900
Facsimile: (617) 542-0900
Email: dtighe@gtmllp.com
        sm@gtmllp.com

**VIA HAND DELIVERY**

**Robert B. Hawk, Esq.**
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
**Facsimile: (650) 324-0638**

**Gordon P. Katz, Esq.**
**Daniel K. Hampton, Esq.**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 573-2700
Facsimile: (617) 523-6850

I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service this same day in the ordinary course of business.

Executed on August 4, 2008 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(Sign) _____

[PRINT NAME] Minh Tran

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On August 4, 2008, I served the within document(s):

1. EXHIBIT 1 TO: THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONNECTU'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL [FILED UNDER SEAL];

2. EXHIBIT 2 TO: THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONNECTU'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL [FILED UNDER SEAL];

3. EXHIBIT 3 TO: THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONNECTU'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL [FILED UNDER SEAL]

4. EXHIBIT 4 TO: THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONNECTU'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL [FILED UNDER SEAL]

| | |
|---|---|
| | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:30 p.m. on August 4, 2008. |
| | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on August 4, 2008. |
| | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
| | By causing personal delivery by CARFUL ATTORNEY SERVICE of the document(s) listed above to the person(s) at the address(es) set forth below. |
| X | By personally delivering the document(s) listed above to the person(s) at the addressee(s) set forth below. |

**ATTORNEYS FOR DEFENDANTS CONNECTU INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG**

**VIA HAND DELIVERY**
**Scott Mosko**
**Jason Webster**
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

## ATTORNEY FOR DEFENDANT CONNECTU

**VIA HAND DELIVERY** ✓

**Steven C. Holtzman**
Boies Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

**David A. Barnett**
Boies Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

**Jonathan M. Shaw**
**D. Michael Underhill**
**Evan A. Parke**
Boies Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

## ATTORNEY FOR INTERVENORS CAMERON WINKLEVOSS TYLER WINKLEVOSS AND DIVYA NARENDRA

**Mark A. Byrne**
Byrne & Nixon LLP
800 West Sixth Street, Suite 430
Los Angeles, CA 90017
Tel: 213.620.8003
Fax: 213.620.8012
email: markbyrne@byrnenixon.com

**Sean F. O'Shea** (*pro hac vice*)
O'Shea Partners LLP
90 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212.682.4426
Fax: 212.682.4437
email: soshea@osheapartners.com

## (MASSACHUSETTS ACTION)
## ATTORNEYS FOR PLAINTIFF CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA

**John F. Hornick**
**Meredith H. Schoenfeld**
**Margaret A. Esquenet**
**Daniel P. Kaufman**
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Avenue NW
Washington, DC 20001
Telephone:
**Facsimile:**

**Daniel P. Tighe**
**Scott McConchie**
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
Telephone: (617) 542-9900
Facsimile: (617) 542-0900
Email: dtighe@gtmllp.com
        sm@gtmllp.com

OHS West:260487030.1

**VIA HAND DELIVERY**

**Robert B. Hawk, Esq.**
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
**Facsimile: (650) 324-0638**

**Gordon P. Katz, Esq.**
**Daniel K. Hampton, Esq.**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 573-2700
Facsimile: (617) 523-6850

I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service this same day in the ordinary course of business.

Executed on August 4, 2008 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(Sign) _____

[PRINT NAME] JAMIL SATTI

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On August 4, 2008, I served the within document(s):

1. EXHIBIT 1 TO: THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONNECTU'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL [FILED UNDER SEAL];

2. EXHIBIT 2 TO: THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONNECTU'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL [FILED UNDER SEAL];

3. EXHIBIT 3 TO: THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONNECTU'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL [FILED UNDER SEAL]

4. EXHIBIT 4 TO: THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CONNECTU'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL [FILED UNDER SEAL]

|  | |
|---|---|
|  | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:30 p.m. on August 4, 2008. |
|  | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on August 4, 2008. |
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
|  | By causing personal delivery by CAREFUL ATTORNEY SERVICE of the document(s) listed above to the person(s) at the address(es) set forth below. |
|  | By personally delivering the document(s) listed above to the person(s) at the addressee(s) set forth below. |

ATTORNEYS FOR DEFENDANTS CONNECTU INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG

**VIA HAND DELIVERY**
**Scott Mosko**
**Jason Webster**
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

OHS West:260487030.1

## ATTORNEY FOR DEFENDANT CONNECTU

**VIA HAND DELIVERY**

**Steven C. Holtzman**
Boies Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

**David A. Barrett**
Boies Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

**Jonathan M. Shaw**
**D. Michael Underhill**
**Evan A. Parke**
Boies Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

### ATTORNEY FOR INTERVENORS CAMERON WINKLEVOSS TYLER WINKLEVOSS AND DIVYA NARENDRA

**Mark A. Byrne**
Byrne & Nixon LLP
800 West Sixth Street, Suite 430
Los Angeles, CA 90017
Tel: 213.620.8003
Fax: 213.620.8012
email: markbyrne@byrnenixon.com

**Sean F. O'Shea** (*pro hac vice*)
O'Shea Partners LLP
90 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212.682.4426
Fax: 212.682.4437
email: soshea@osheapartners.com

### (MASSACHUSETTS ACTION)
### ATTORNEYS FOR PLAINTIFF CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA

**John F. Hornick**
**Meredith H. Schoenfeld**
**Margaret A. Esquenet**
**Daniel P. Kaufman**
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Avenue NW
Washington, DC 20001
**Telephone:**
**Facsimile:**

**Daniel P. Tighe**
**Scott McConchie**
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
Telephone: (617) 542-9900
Facsimile: (617) 542-0900
Email: dtighe@gtmllp.com
sm@gtmllp.com

**ATTORNEYS FOR DEFENDANT EDUARDO SAVERIN**

**VIA HAND DELIVERY**

**Robert B. Hawk, Esq.**
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
**Facsimile: (650) 324-0638**

Gordon P. Katz, Esq.
Daniel K. Hampton, Esq.
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 573-2700
Facsimile: (617) 523-6850

I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service this same day in the ordinary course of business.

Executed on August 4, 2008 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_/s/ Abby Ako-Nai /s/_
ABBY AKO-NAI

From:   Origin ID: HGTA   (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

**Menlo Park, CA 94025**



CLS053000/21/24

Ship Date: 04AUG08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code

SHIP TO: (202)237-2727           **BILL SENDER**

## D. Michael Underhill
## Boies Schiller & Flexner LLP
## 5301 Wisconsin Ave NW

## Washington, DC 200152015

Ref #     0016069-000004/006399
Invoice #
PO #
Dept #



TRK#        7911 1587 4242
0201

TUE - 05AUG         **A1**

**STANDARD OVERNIGHT**
**DSR**

20015
DC-US
DCA

# XC DCAA

**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

**Menlo Park, CA 94025**



CLS053808/21/24

SHIP TO: (213)620-8003          **BILL SENDER**

**Mark A. Byrne**
**Byrne & Nixon**
**800 W 6th St Ste 430**

**Los Angeles, CA 900172708**

Ship Date: 04AUG08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code



Ref #      0016069-000004/006399
Invoice #
PO #
Dept #

TRK# 0201   7900 6346 2023

TUE - 05AUG          **A1**

**STANDARD OVERNIGHT**
**DSR**

**90017**
CA-US
LAX

**WZ EMTA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**FOLD** on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From:  Origin ID: HGTA  (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

**Menlo Park, CA 94025**



CLS053008/21/24

SHIP TO: (212)446-2300        **BILL SENDER**

**David A. Barrett**
**Boies Schiller & Flexner LLP**
**575 Lexington Ave Fl 7**

**New York, NY 100226138**

Ship Date: 04AUG08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref #     0016069-000004/006399
Invoice #
PO #
Dept #

TRK#
0201    7989 9051 9746

TUE - 05AUG        **A1**

**STANDARD OVERNIGHT**
**DSR**

**10022**
**NY-US**
**EWR**

# XA JRBA



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

**Menlo Park, CA 94025**

FedEx
Express

E

CLS05300 8/21/24

Ship Date: 04AUG08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code



Ref # 0016069-000004/006399
Invoice #
PO #
Dept #

SHIP TO: (212)682-4426          BILL SENDER

**Sean F. O'Shea**
**O'Shea & Partners LLP**
**90 Park Ave Fl 20**

**New York, NY 100161301**



TRK# 0201   7989 9052 4090

TUE - 05AUG          A1

**STANDARD OVERNIGHT**
**DSR**

**10016**
NY-US
EWR

**XA JRAA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**FOLD** on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

Page 1 of 2

From:   Origin ID: HGTA   (650)614-7400         Ship Date: 04AUG08
Nana Ako-Nai                                                 ActWgt: 1 LB
Orrick Herrington & Sutcliffe LLP                            System#: 1350775/WBUS0200
1000 Marsh Road                                              Account#: S *********

**Menlo Park, CA 94025**                                     Delivery Address Bar Code

                                          CLS05300/21/24     ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

SHIP TO: (617)542-9900          BILL SENDER                  Ref #    0016069-000004/006399
**Daniel P. Tighe/ Scott McConchie**                         Invoice #
**Griesinger, Tighe & Maffei LLP**                           PO #
**176 Federal St**                                           Dept #

**Boston, MA 021102214**

                                                          TUE - 05AUG        A1

                                                             TRK#                STANDARD OVERNIGHT
                                                             [0201]  7984 9057 2570     DSR

                                                                                 02110
                                                                                 MA-US
                                                            **XH LWMA**          BOS

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
         FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

8/4/2008

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

**Menlo Park, CA 94025**

**FedEx**
Express

**E**

CLS053008/21/24

SHIP TO: (202)408-4000          **BILL SENDER**

**John Hornick/ Meredith Schoenfeld**
**Finnegan, Henderson, Farabow, et al**
**901 New York Ave NW**

**Washington, DC 200014432**

Ship Date: 04AUG08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code



Ref # 0016069-000004/006399
Invoice #
PO #
Dept #

TRK# 0201  7989 9052 5476

TUE - 05AUG          **A1**
**STANDARD OVERNIGHT**
**DSR**

**20001**
DC-US
DCA

**XC TSGA**



- - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

**Menlo Park, CA 94025**



CLS053008/21/24

Ship Date: 04AUG08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

SHIP TO: (617)523-2700          **BILL SENDER**

**Daniel K. Hampton/ Gordon P. Katz
Holland & Knight, LLP
10 Saint James Ave Fl 11**

**Boston, MA 021163813**

Ref #     0016069-000004/006399
Invoice #
PO #
Dept #





TRK#
0201       7905 5559 9198

TUE - 05AUG          **A1**

**STANDARD OVERNIGHT
DSR**

02116
MA-US
BOS

**XH GBRA**

- - - - - - - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.