1  SEAN A. LINCOLN (State Bar No. 136387)
       salincoln@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
       nchatterjee@orrick.com
3  MONTE COOPER (State Bar No. 196746)
       mcooper@orrick.com
4  THERESA A. SUTTON (State Bar No. 211857)
       tsutton@orrick.com
5  YVONNE P. GREER (State Bar No. 214072)
       ygreer@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
7  Menlo Park, CA  94025
   Telephone:    650-614-7400
8  Facsimile:    650-614-7401

Attorneys for Plaintiffs
FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>　　　　　Defendants. | Case No. 5:07-CV-01389-JW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL UN-REDACTED EXHIBITS 1 AND 2, AND CONFIDENTIAL EXHIBITS 3 AND 4, TO THE DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CONNECTU INC.'S MOTION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL |

1    The matter before the Court is Plaintiffs' Administrative Motion to File Under Seal Un-Redacted Exhibits 1 and 2, and Confidential Exhibits 3 and 4, to the Declaration of I. Neel Chatterjee in Support of Plaintiffs' Opposition to ConnectU Inc.'s Motion to Stay Execution of Judgment Pending Appeal ("Plaintiffs' Administrative Motion to File Under Seal").

The Court has considered Plaintiffs' Administrative Motion to File Under Seal, and the supporting documentation (including the Declaration of Monte M.F. Cooper and the Exhibits referenced therein). The Court also has considered the requirements of Fed. R. Civ. P. 26, Local Civil Rule 7-11 and 79-5(b), as well as this Court's Order dated July 2, 2008 Setting Conditions with Respect to Access to Materials Previously Filed in this Case. In light of such review and consideration of the applicable legal standards, in light of the nature of the information sought to be redacted and filed under seal, and in light of this Court's consideration of the arguments set forth in Plaintiffs' Administrative Motion to File Under Seal, the Court finds good cause and compelling reasons to permit the redaction and filing under seal of Exhibits 1-4 to the Declaration of I. Neel Chatterjee in Support of Plaintiffs' Opposition to ConnectU Inc.'s Motion to Stay Execution of Judgment Pending Appeal.

Accordingly, the Court hereby GRANTS Plaintiffs' Administrative Motion to File Under Seal Un-Redacted Exhibits 1 and 2, and Confidential Exhibits 3 and 4, to the Declaration of I. Neel Chatterjee in Support of Plaintiffs' Opposition to ConnectU Inc.'s Motion to Stay Execution of Judgment Pending Appeal.

IT IS SO ORDERED.

Dated: \_\_\_\_August 6,\_\_\_, 2008

_____
Honorable James Ware
United States District Judge
Northern District of California