MARK A. BYRNE (CA SB #116657)
*markbyrne@byrnenixon.com*
BYRNE & NIXON LLP
800 West Sixth Street, Suite 430
Los Angeles, California 90017
Tel: (213) 620-8003
Fax: (213) 620-8012

SEAN F. O'SHEA (admitted pro hac vice)
*soshea@osheapartners.com*
O'Shea Partners LLP
90 Park Avenue, 20th Floor
New York, NY 10016
Tel: (212) 682-4426
Fax: (212) 682.4437

Attorney for Intervenors
Cameron Winklevoss, Tyler Winklevoss,
and Divya Narendra

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>    Plaintiffs,<br><br>vs.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>    Defendants. | CASE NO. 5:07-CV-01389-JW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL:**<br><br>**UNREDACTED THIRD PARTY COMPLAINT** |

[PROPOSED] ORDER
-1-

| | |
|---|---|
| 1 | The matter before the Court is the motion to seal the unredacted version of |
| 2 | the THIRD PARTY COMPLAINT filed by proposed intervenors Cameron |
| 3 | Winklevoss, Tyler Winklevoss and Divya Narendra. |
| 4 | The Court has considered said motion and, finding good cause, hereby |
| 5 | GRANTS the motion to seal the unredacted THIRD PARTY COMPLAINT. |
| 6 | IT IS SO ORDERED. |

Dated: August 6, 2008

*/s/ James Ware*
The Honorable James Ware
United States District Judge

[PROPOSED] ORDER
-2-