# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** August 6, 2008 | **Court Reporter:** Lee-Anne Shortridge |
| **Case No.:** C-07-01389 JW | **Interpreter:** N/A |
| **Related Case No.:** N/A | **Special Master:** George Fisher |

## TITLE

**The Facebook, Inc v. Connectu, Inc. et. al.**

**Attorney(s) for Plaintiff(s)**: Monte Cooper, Neel Chatterjee, Yvonne Greer
**Attorney(s) for Defendant(s)**: Michael Underhill , Mark Weissman (intervener), Sean O'Shea (intervener)

## PROCEEDINGS

Non-Parties Motion to Intervene [doc. 574]
Defendants' Motion to Stay Execution Judgment Pending Appeal [Doc. 578]

## ORDER AFTER HEARING

Hearing Held. The Court took this matter under submission after oral argument. The Court to issue further order.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: