UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED 2008 AUG -7 PM 3:10
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

August 1, 2008

**CASE INFORMATION**
Short Case Title: <u>THE FACEBOOK, INC.</u>-v- <u>CONNECTU, LLC, ET AL</u>
Court of Appeals No. (leave blank if a unassigned    08-16745
U.S. District Court, Division & Judge Name: *San Jose Division, Judge James Ware*
Criminal and/or Civil Case No.: CV 07-01389 JW
Date Complaint/Indictment/Petition Filed: *3/9/07*
Date Appealed order/judgment entered *6/10/08, 6/25/08, 7/2/08*
Date NOA filed *7/30/08*
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):
- ☐ granted in full (attach order)
- ☐ granted in part (attach order)
- ☐ denied in full (send record)
- ☐ pending

Court Reporter(s) Name & Phone Number: <u>Irene Rodriguez (408) 947-8160</u>

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: **7/30/08**
Date FP granted:
Is FP pending? ☐ yes ☐ no
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

Date Docket Fee Billed:
Date FP denied:
Was FP limited ☐? Revoked ☐?

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)

Appellate Counsel:
Steven Christopher Holtzman
Boies, Schiller & Flexner LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612
510-874-1000
Fax: 510-874-1460
Email: sholtzman@bsfllp.com
☒ retained ☐ CJA ☐ FPD ☐ Pro Se ☐ Other

Appellee Counsel:
I. Neel Chatterjee
Orrick herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, Ca., 94025
(650) 614-7400

*Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:
Custody:
Bail:

Address:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:    9th Circuit Docket Number:
Name & Phone Number of Person Completing this Form: <u>Cindy Vargas</u>