# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4

 5      ------------------------------------

 6      DEBORAH SALACH,                     )

 7                    Plaintiff,            )

 8              vs.                         )  No. C 03 3712 MJJ

 9      LEVEL (3) COMMUNICATIONS, INC.,     )  VOLUME II

10      DAVID BELOVE, MIKE KOKINOS, DAVID   )

11      ROSENBERG, and DOES 1 through 100,  )

12      inclusive,                          )

13                    Defendants.           )

14      ------------------------------------

15

16

17          Continued deposition of MARY DEBORAH SALACH,

18          at 2029 Century Park East, Los Angeles,

19          California, commencing at 10:13 A.M.,

20          Thursday, January 8, 2004 before

21          Cathryn L. Baker, CSR No. 7695.

22

23

24

25      PAGES 179 - 433
```

Spherion Deposition Services
800-722-1235

spherion
deposition services

700 South Flower Street, Suite 1050
Los Angeles, CA 90017
Voice: 213-385-4000 / 800-722-1235
Fax: 213-389-8514
Email: depos@spherion.com

| | | | |
|---|---|---|---|
| 1 | Q. | So Julie Keller, Sheila Wood and you. You | 03:55 PM |
| 2 | believe that all three of you in some manner were | | |
| 3 | sexually harassed when you worked at Level (3)? | | |
| 4 | A. | Yes. | |
| 5 | Q. | Who do you believe engaged in conduct that you | 03:55 PM |
| 6 | think is harassing towards you when you worked at Level | | |
| 7 | (3)? | | |
| 8 | A. | Mike Kokinos. Andre Kriel. | |
| 9 | Q. | Could you spell that last name? | 03:56 PM |
| 10 | A. | K-r-i-e-l. | |
| 11 | Q. | Andre? | 03:56 PM |
| 12 | A. | Uh-huh, yes. | |
| 13 | Q. | Kriel? | 03:56 PM |
| 14 | A. | Kriel, K-r-i-e-l. It's in the -- one of the | |
| 15 | summaries. | | |
| 16 | Q. | Who besides Mike and Andre do you believe | 03:56 PM |
| 17 | harassed you? | | |
| 18 | A. | I think it's just those two. | |
| 19 | Q. | We'll just start with a list, then I'd like, | 03:56 PM |
| 20 | obviously, to get some details. | | |
| 21 | | What was it that Mr. Kokinos said or did which | |
| 22 | you felt was of a sexual nature? | | |
| 23 | A. | When we were in the office I went out on the | |
| 24 | patio, we often had lunch out on the patio. And he was | | |
| 25 | coming in from the patio with his colleague, or I guess | | |

384

1  Ted was his sales engineer, Ted Rozalis, his Greek
2  buddy, he looked at me up and down and he said "very
3  tempting." And that's what I call sexual harassment.
4  You don't say that to a woman in the workplace. You say
5  "you look very nice," you don't say "very tempting."
6      Q.  Mr. Kokinos is the one who made the comment     03:57 PM
7  "very tempting"?
8      A.  Correct.
9      Q.  And that was in front of Ted?                   03:57 PM
10     A.  Yes.
11     Q.  Do you know how to spell Ted's last name?       03:57 PM
12     A.  R-o-z-a-l-i-s.
13     Q.  What else did Mr. Kokinos say or do to you      03:57 PM
14 which you felt was of a sexual nature?
15     A.  At a Christmas party in the year of 2000 he
16 asked me to slow dance, and that was just unbelievable.
17 He -- I told him I really didn't dance and he encouraged
18 me to have a slow dance with him. And during the dance
19 I could actually feel his sexual organ.
20     Q.  When you say you could feel his sexual organ,   03:58 PM
21 are you referring to his penis?
22     A.  Yes.
23     Q.  When you say you could feel it, was he erect    03:58 PM
24 as far as you knew?
25     A.  If felt like it because we weren't even

385

Spherion Deposition Services
800-722-1235

| | | |
|---|---|---|
| 1 | A. | We were both colleagues back then, so probably |
| 2 | | it would have been in 1999, I believe. Probably the |
| 3 | | fall of 1999. |
| 4 | Q. | Other than the two incidents you've described |
| 5 | | to me so far did Mr. Kokinos say or do anything else |
| 6 | | which you felt was of a sexual nature while the two of |
| 7 | | you worked at Level (3)? |
| 8 | A. | He would give hugs that were just crushing. |
| 9 | Q. | How many times did he hug you? |
| 10 | A. | Oh, a couple of times, I'm sure. I remember |
| 11 | | at least two times. |
| 12 | Q. | When was the first time? |
| 13 | A. | I think it was when he was my manager. |
| 14 | Q. | When was that? |
| 15 | A. | In 2001. I'm trying to remember. And then |
| 16 | | when I -- yeah, he gave me a hug when I came back from |
| 17 | | surgery. When I came back to the office to get my |
| 18 | | things, or to get my letter of recommendation from him. |
| 19 | | He gave me a hug that was just crushing. |
| 20 | Q. | Was there another hug in addition to the |
| 21 | | post-surgery hug? |
| 22 | A. | I think so. I can't remember if that was a |
| 23 | | crushing hug or -- he put -- I think he just hugged |
| 24 | | Sheila and I at the same time or something like that. |
| 25 | | Like a little group hug. I'm not a 100 percent sure. |

1    A.    We were both colleagues back then, so probably
2    it would have been in 1999, I believe.  Probably the
3    fall of 1999.
4    Q.    Other than the two incidents you've described          04:00 PM
5    to me so far did Mr. Kokinos say or do anything else
6    which you felt was of a sexual nature while the two of
7    you worked at Level (3)?
8    A.    He would give hugs that were just crushing.
9    Q.    How many times did he hug you?                         04:00 PM
10   A.    Oh, a couple of times, I'm sure.  I remember
11   at least two times.
12   Q.    When was the first time?                               04:00 PM
13   A.    I think it was when he was my manager.
14   Q.    When was that?                                         04:00 PM
15   A.    In 2001.  I'm trying to remember.  And then
16   when I -- yeah, he gave me a hug when I came back from
17   surgery.  When I came back to the office to get my
18   things, or to get my letter of recommendation from him.
19   He gave me a hug that was just crushing.
20   Q.    Was there another hug in addition to the              04:01 PM
21   post-surgery hug?
22   A.    I think so.  I can't remember if that was a
23   crushing hug or -- he put -- I think he just hugged
24   Sheila and I at the same time or something like that.
25   Like a little group hug.  I'm not a 100 percent sure.

| | | |
|---|---|---|
| 1 | Q. One arm around you type of thing? | 04:01 PM |
| 2 | A. Yeah, that one was pretty harmless. | |
| 3 | Q. Other than the hug with you and Sheila and the | 04:01 PM |
| 4 | post-surgery hug, were there any other hugs? | |
| 5 | A. I think so, but I'm not sure what the occasion | |
| 6 | was. I'm not a hundred percent. | |
| 7 | Q. Did he hug you fewer than five times? | 04:01 PM |
| 8 | A. Yes. | |
| 9 | Q. You said that he gave you this crushing hug | 04:01 PM |
| 10 | post-surgery. Describe that for me. | |
| 11 | A. It was crushing because I had stitches and | |
| 12 | bandages around my neck and I was concerned that I would | |
| 13 | get hurt. So it was -- you could definitely feel his | |
| 14 | body because it was -- he just crushed you against him. | |
| 15 | Q. Did he put both of his arms around you? | 04:02 PM |
| 16 | A. Yes. | |
| 17 | Q. Show me how he did it. | 04:02 PM |
| 18 | A. Just a great big huge bear hug. | |
| 19 | Q. Did you feel that there was anything sexual in | 04:02 PM |
| 20 | terms of that bear hug? | |
| 21 | A. It's unclear. It's unclear. | |
| 22 | Q. Have you ever had, in the course of your | 04:02 PM |
| 23 | career, men hug you where you felt comfortable with | |
| 24 | that? | |
| 25 | A. Not in a business world like that, no. | |

| | | |
|---|---|---|
| 1 | didn't happen. | |
| 2 | Q. As far as you know, did you ever make any | 04:04 PM |
| 3 | notes about Mr. Kokinos' sexual conduct as you've | |
| 4 | described it? | |
| 5 | A. I don't think so, no. | |
| 6 | Q. Now, you also mentioned the other individual | 04:04 PM |
| 7 | whom you believe engaged in inappropriate conduct of a | |
| 8 | sexual nature was Andre Kriel? | |
| 9 | A. Kriel. | |
| 10 | Q. Kriel? | 04:04 PM |
| 11 | A. Yes. | |
| 12 | Q. Let's start with a list for Andre. What's the | 04:04 PM |
| 13 | first thing that comes to mind that Mr. Kriel did to you | |
| 14 | or said to you of a sexual nature? | |
| 15 | A. He pinched me once or twice. The second time | |
| 16 | I -- and Kregg Victory was standing there. And I said, | |
| 17 | "That's off limits." And he like, you know, giggled | |
| 18 | about it. I said, "It's off limits and you're married." | |
| 19 | Q. Now, when did he first pinch you? | 04:04 PM |
| 20 | A. 2001, somewhere before the layoff. So | |
| 21 | probably around the spring. | |
| 22 | Q. Where did this occur? | 04:05 PM |
| 23 | A. In the lunchroom there in the office. | |
| 24 | Q. Was anybody else there? | 04:05 PM |
| 25 | A. I said Kregg Victory was there. | |

390

| | | | |
|---|---|---|---|
| 1 | Q. | I thought he was there for the second pinch? | 04:05 PM |
| 2 | A. | Yeah, that was the pinch.  That's the one I'm | |

talking about.  Maybe the other one was more subtle, where he came by and he touched your waist or something like that.  I don't remember where that was.  I think he touched me twice.  The second time I was prepared and I said, "That's off limits."  And I don't remember the first one.  It's not clear.

9    Q.   So you do remember that the second pinch        04:05 PM
10 occurred in 2001 before the layoff?
11   A.   Yes.
12   Q.   You were in the lunchroom; is that right?       04:05 PM
13   A.   Yes.
14   Q.   Kregg Victory was there?                        04:05 PM
15   A.   Yes.
16   Q.   Show me what he did to you.                     04:05 PM
17   A.   He came by and went like that.
18   Q.   He put his hand on your waist?                  04:05 PM
19   A.   He pinched me, yeah.
20   Q.   Did he say anything when he put his hand on     04:05 PM
21 your waist and pinched you like you just showed us?
22   A.   No.
23   Q.   But you said to him "that's off limits and      04:05 PM
24 you're married"?
25   A.   Yes.

391

Spherion Deposition Services
800-722-1235

| | | |
|---|---|---|
| 1 | Q. When you made that comment to Andre did he say | 04:06 PM |
| 2 | anything to you? | |
| 3 | A. Yeah, he just like sloughed it off, or | |
| 4 | something. Giggled it off or something. | |
| 5 | Q. Did he say anything? | 04:06 PM |
| 6 | A. He did, and I don't remember what. He was a | |
| 7 | little surprised that I came back. | |
| 8 | Q. But as far as you remember, he said something | 04:06 PM |
| 9 | but you don't remember what he said? | |
| 10 | A. Correct. | |
| 11 | Q. Did Mr. Victory say anything? | 04:06 PM |
| 12 | A. No. | |
| 13 | Q. Do you know if Mr. Victory saw Andre pinch | 04:06 PM |
| 14 | you? | |
| 15 | A. Yes. | |
| 16 | Q. How do you know that? | 04:06 PM |
| 17 | A. He was standing right there when Andre came by | |
| 18 | and pinched me. | |
| 19 | Q. Did you see Mr. Victory looking at the two of | 04:06 PM |
| 20 | you? | |
| 21 | A. I was talking to Victory or something. | |
| 22 | Q. Do you recall anything about the first pinch? | 04:06 PM |
| 23 | A. No, I can't remember too much. I just know he | |
| 24 | touched me once before, whether it was a pinch or | |
| 25 | whether it was a -- you know, take you by the shoulder, | |

| | | |
|---|---|---|
| 1 | which isn't too much, but I could just see it was | |
| 2 | coming. | |
| 3 | Q. Where did he touch you the first time? | 04:06 PM |
| 4 | A. I don't remember for sure. | |
| 5 | Q. Was it on your buttocks? | 04:07 PM |
| 6 | A. No. No. | |
| 7 | Q. Your breasts? | 04:07 PM |
| 8 | A. It wasn't that intimate, no, but he did touch | |
| 9 | me. | |
| 10 | Q. So it was either shoulder or waist? | 04:07 PM |
| 11 | A. Shoulder or waist. | |
| 12 | Q. Did you ever tell anyone that Andre had | 04:07 PM |
| 13 | pinched you? | |
| 14 | A. No. | |
| 15 | Q. Did you ever talk to anyone at Level (3) about | 04:07 PM |
| 16 | Mr. Kokinos' comment to you when you were both walking | |
| 17 | in and out of the patio where he said "very tempting"? | |
| 18 | A. No. | |
| 19 | Q. Is there a reason why not? | 04:07 PM |
| 20 | A. Women get hit on all the time. | |
| 21 | Q. Any other reason why you didn't tell anyone | 04:07 PM |
| 22 | about the "very tempting" comment? | |
| 23 | A. I wasn't going to make a federal case about | |
| 24 | it. We were colleagues, we were working well together. | |
| 25 | This is before he became my manager. I just ignored it. | |