EXHIBIT B
PART 2

| | | |
|---|---|---|
| 1 | Q. Sometimes it helps when I ask the question | 04:21 PM |
| 2 | that way. | |

```
 1        Q.   Sometimes it helps when I ask the question        04:21 PM

 2   that way.

 3             Now, you also mentioned at the last session of

 4   your deposition a fourth incident of sexual harassment,

 5   and that was that there were reps in the office who

 6   looked at porn and forced young women to look at it.  Do

 7   you recall that?

 8        A.   Yes.

 9        Q.   Are you referring to the incident between         04:22 PM

10   Mr. Selly and Ms. Keller that you've already testified

11   to?

12        A.   Yes.

13        Q.   Are there any other reps in the office besides    04:22 PM

14   Mr. Selly whom you are aware of who viewed pornography?

15        A.   No, I'm not aware of.

16        Q.   And concerning Mr. Selly, is it true that the    04:22 PM

17   only incident where you're aware of him viewing

18   pornography is this incident between him and Ms. Keller

19   that you learned about in Exhibit 3?

20        A.   Yes.

21        Q.   The confidential memo?                           04:22 PM

22        A.   Yes.

23        Q.   You also mentioned at the last session of your   04:22 PM

24   deposition a fifth incident of harassment.  You

25   testified that there were reps in the office who would
```

1  try to win sales by bringing prostitutes to close a
2  deal?
3      A.   Yes.
4      Q.   Who were the reps who tried to win sales by                    04:23 PM
5  bringing prostitutes?
6      A.   Tim Payne.
7      Q.   Tim Payne?                                                     04:23 PM
8      A.   Yes.
9      Q.   Was there anyone else, to your knowledge, who                  04:23 PM
10 tried to close a deal by bringing prostitutes to close a
11 deal?
12     A.   Not that I know of.
13     Q.   Do you know if in fact Mr. Payne ever brought                  04:23 PM
14 a prostitute to close a deal?
15     A.   I don't know, I wasn't there to find out.
16     Q.   Did anyone ever tell you that Mr. Payne                        04:23 PM
17 brought a prostitute to close a deal?
18     A.   No.
19     Q.   How did you come to learn that Mr. Payne tried                 04:23 PM
20 to win sales by bringing prostitutes to close a deal?
21     A.   I heard him.
22     Q.   Was he talking to someone else?                                04:23 PM
23     A.   Yeah, he was talking to the customer on the
24 phone, or the prospective customer.
25     Q.   Where was he when he was having this phone                     04:23 PM

406

```
1   call?
2        A.   In the cubicle across from me.
3        Q.   You both had cubicles?                          04:23 PM
4        A.   Uh-huh.
5        Q.   Is that a yes?                                  04:24 PM
6        A.   Yes.
7        Q.   Do you know what customer Mr. Payne was         04:24 PM
8   talking to?
9        A.   No.
10       Q.   Did you hear Mr. Payne on one occasion or more  04:24 PM
11  occasions -- more than one occasion talk to a customer
12  about bringing a prostitute to close a deal?
13       A.   Just this one occasion.
14       Q.   What was it that you heard Mr. Payne say, to    04:24 PM
15  the best of your memory?
16       A.   To the best of my memory he said, "Do you guys
17  like women?  Would you like me to bring women over
18  tonight?"  And it was a business conversation, so he was
19  talking -- it was real clear that he was talking to a
20  customer.
21       Q.   Why was it clear to you that he was talking to  04:24 PM
22  a customer?
23       A.   Because he was talking about business.
24       Q.   Do you remember what business specifically he   04:24 PM
25  was talking about?
```

407

| | | |
|---|---|---|
| 1 | A. Co-location, bandwidth, I don't know. | |
| 2 | Q. So you heard him say, "Do you guys like women, | 04:24 PM |
| 3 | do you want me to bring women over tonight?" | |
| 4 | A. Yes. | |
| 5 | Q. Did he indicate where he was going to be or | 04:25 PM |
| 6 | where he was going to go? | |
| 7 | A. No. | |
| 8 | Q. Did he say anything else? | 04:25 PM |
| 9 | A. Not that I can recall. | |
| 10 | Q. What was it that led you to conclude that he | 04:25 PM |
| 11 | was referring to prostitutes? | |
| 12 | A. Well, from that comment it certainly sounded | |
| 13 | like prostitutes. "Do you guys like women, I can bring | |
| 14 | women over tonight." | |
| 15 | Q. So based upon the comment or the two | 04:25 PM |
| 16 | questions, "Do you guys like women? Do you want me to | |
| 17 | bring women over tonight?" You assumed he was referring | |
| 18 | to prostitutes? | |
| 19 | A. Yes. It is my assumption. My assessment. | |
| 20 | Q. Did you ever overhear Mr. Payne say anything | 04:25 PM |
| 21 | else in this conversation other than what you've shared | |
| 22 | with us? | |
| 23 | A. No. | |
| 24 | Q. Did you ever make any notes concerning this | 04:25 PM |
| 25 | conversation of Mr. Payne's that you overheard? | |

408

| | | |
|---|---|---|
| 1 | woman?  Do you men like women?  Do you want me to bring | |
| 2 | you some woman tonight?" | |
| 3 | A.    So this is what I said in the last depo? | |
| 4 | Q.    Yes. | 04:27 PM |
| 5 | A.    Yes, that's pretty much what I said now. | |
| 6 | Q.    So that wasn't a separate incident of | 04:27 PM |
| 7 | harassment, that was the same one that you just | |
| 8 | testified to? | |
| 9 | A.    Yes. | |
| 10 | Q.    In other words, incident five about Tim Payne | 04:27 PM |
| 11 | having a conversation, as you believe, with a customer | |
| 12 | saying, "Do you like women?  Do you want me to bring | |
| 13 | one?"  Is the same as incident six? | |
| 14 | A.    Yes. | |
| 15 | Q.    And you have nothing else to add to that | 04:27 PM |
| 16 | testimony? | |
| 17 | A.    No. | |
| 18 | Q.    The seventh incident that you referred to at | 04:27 PM |
| 19 | the last session of your deposition was that you heard | |
| 20 | representatives talking in the office about selling to | |
| 21 | companies that do porn over the internet? | |
| 22 | A.    Yes. | |
| 23 | Q.    Who were the reps that you heard talking in | 04:28 PM |
| 24 | the office about selling to companies that do porn on | |
| 25 | the internet? | |

410

1     A.  Tim Payne.

2     Q.  When did you hear this conversation?                    04:28 PM

3     A.  He was talking about it out on the patio,

4 bragging about it during lunch with the other reps.

5     Q.  Who was Mr. Payne talking to at the time?               04:28 PM

6     A.  Oh, golly, I don't remember.  They were men.

7 I was the only female.

8     Q.  Were you having lunch with these men?                   04:28 PM

9     A.  It was lunchtime so I went out and ate my

10 lunch and they were there.  He was bragging about trying

11 to figure out how he can make more money by selling to

12 companies that do porn over the internet, because

13 they're the ones, apparently, I don't know the history

14 of it, but that's where the big money has been.

15    Q.  When did this conversation occur?                       04:29 PM

16    A.  1999.

17    Q.  I'm sorry, I forgot to ask.  When you                   04:29 PM

18 overheard Mr. Payne talking supposedly to a customer,

19 asking a customer "do you guys like women, or want me to

20 bring a woman tonight" --

21    A.  "Bring women tonight."

22    Q.  When you overheard Mr. Payne say, "Do you guys          04:29 PM

23 like women?  Do you want me to bring women tonight?"

24 When did you hear that conversation?

25    A.  That would have been in 2001.

411

| | | |
|---|---|---|
| 1 | Q. Do you remember when? | 04:29 PM |
| 2 | A. Probably about halfway through. | |
| 3 | Q. Around March of 2001? | 04:29 PM |
| 4 | A. No, around maybe -- oh, excuse me. 2000. | |
| 5 | Year 2000. About maybe around June or something like | |
| 6 | that. | |
| 7 | Q. You said you were out on the patio having | 04:29 PM |
| 8 | lunch when you heard Mr. Payne talking to these other | |
| 9 | men? | |
| 10 | A. Yes. | |
| 11 | Q. Were you sitting at the same table? | 04:29 PM |
| 12 | A. Yeah, we were all congregated around this big | |
| 13 | bench. | |
| 14 | Q. Do you remember who he was talking to? | 04:30 PM |
| 15 | A. I don't. He was showing off. He was just a | |
| 16 | show off rep. Maybe Ted Rozalis was there. I don't | |
| 17 | know. Maybe -- I don't know if Kokinos was there. I | |
| 18 | don't think so. I can't remember. Men. | |
| 19 | Q. How did the topic of selling services to | 04:30 PM |
| 20 | internet porn providers come up? | |
| 21 | A. They were already talking when I came out to | |
| 22 | have lunch. | |
| 23 | Q. Do you remember anything more specific than | 04:30 PM |
| 24 | overhearing Mr. Payne say that you could make more money | |
| 25 | by selling services to internet companies who market | |

1   porn?

2       A.   Things like, you know, that's what the
3   internet has been there for is for porn. And that was
4   his view, that's where the big bandwidth is.

5       Q.   Anything else that Mr. Payne said when you          04:31 PM
6   were both out in the patio?

7       A.   No, not that I can remember.

8       Q.   Did any of the other men who were there make        04:31 PM
9   any comments when Mr. Payne talked about selling
10  internet services to companies who market porn over the
11  internet?

12      A.   They probably did but I don't remember that.

13      Q.   Have you told me everything that you remember,      04:31 PM
14  Deborah, concerning this conversation that you overheard
15  concerning Mr. Payne and other men on the patio?

16      A.   Yes, I have.

17      Q.   Now, you had mentioned that there was an            04:31 PM
18  eighth incident of harassment that occurred while you
19  worked there. And that was that it was your
20  understanding that 70 percent of Alta Vista's business
21  was in pornography?

22      A.   Yes, that's correct.

23      Q.   Who was Alta Vista?                                 04:32 PM

24      A.   That was the customer that Mike Hill had and
25  David Belove supported him on that.

413

| | | |
|---|---|---|
| 1 | Q. Do you know what the nature of Alta Vista's | 04:32 PM |
| 2 | business was? | |
| 3 | A. Well, they're an ISP. They're like Earthlink, | |
| 4 | AOL. But during -- during the course of meetings with | |
| 5 | Alta Vista, they told Level (3) that 70 percent of their | |
| 6 | business is porn. | |
| 7 | Q. How did you learn that Alta Vista told Level | 04:32 PM |
| 8 | (3) that 70 percent of their business was porn? | |
| 9 | A. From Sheila Wood. | |
| 10 | Q. Did Sheila Wood ever tell you that she had | 04:32 PM |
| 11 | attended a meeting with people from Alta Vista? | |
| 12 | A. No. I don't know if she did or not. | |
| 13 | Q. Did Sheila Wood tell you how she had learned | 04:33 PM |
| 14 | that there had been a meeting between Alta Vista and | |
| 15 | Level (3) where Alta Vista had said that 70 percent of | |
| 16 | its business was in porn? | |
| 17 | A. I can't remember for sure, but I think she was | |
| 18 | at a meeting with them. I think she might have been at | |
| 19 | a dinner engagement with them, I'm not sure, but it's | |
| 20 | something that Sheila would never make up. | |
| 21 | Q. Did anyone else besides Sheila Wood ever tell | 04:33 PM |
| 22 | you that 70 percent of Alta Vista's business was in | |
| 23 | pornography? | |
| 24 | A. I think I heard it again. | |
| 25 | Q. Do you remember who you heard it from? | 04:33 PM |

414

1     A.   I don't.

2     Q.   When Ms. Wood told you that she had learned     04:33 PM

3 that 70 percent of Alta Vista's business was in

4 pornography, did you say anything?

5     A.   I wasn't overly surprised because of the kind

6 of rep Mike Hill is. So, you know, what happens in

7 sales is, like attracts like. And I've heard him

8 communicate with Alta Vista before and they swear and

9 cuss at each other, so I wasn't overly surprised.

10     Q.   My question was a little bit different. My     04:34 PM

11 question was, when you learned from Ms. Wood that 70

12 percent of Alta Vista's business was supposedly

13 servicing pornographers, did you say anything?

14     A.   I don't remember.

15     Q.   You mentioned that it didn't surprise you to     04:34 PM

16 learn that Alta Vista was involved somehow in providing

17 services to pornographers because of the type of person

18 Mike Hill was?

19     A.   Yes.

20     Q.   What were you referring to, the fact that he     04:35 PM

21 swore on the phone?

22     A.   Yes, he's very flashy and -- that was his

23 nature. He was a bouncer boy at a nightclub. Didn't

24 show up for meetings. Couldn't get out of bed on time.

25 He was a real character. Colorful.

```
1    STATE OF CALIFORNIA     )  ss
2    COUNTY OF LOS ANGELES   )
3
4              I, CATHRYN L. BAKER, C.S.R. #7695, do
5    hereby certify
6              That the foregoing deposition of MARY DEBORAH
7    SALACH was taken before me at the time and place therein
8    set forth, at which time the witness was put under
9    oath by me;
10             That the testimony of the witness and all
11   objections made at the time of the examination were
12   recorded stenographically by me, were thereafter
13   transcribed under my direction and supervision and
14   that the foregoing is a true record of same.
15             I further certify that I am neither counsel
16   for nor frlated to any party to said action, nor in
17   any way interested in the outcome thereof.
18             IN WITNESS WHEREOF, I have subscribed my
19   name this 19th day of January, 2004.
20
21
22
23             _____
24             CATHRYN BAKER, C.S.R. No. 7695
25
```

431