| | |
|---|---|
| 1  MARK A. BYRNE (CA SB #116657)<br>    markbyrne@byrnenixon.com<br>2  BYRNE & NIXON LLP<br>    800 West Sixth Street, Suite 430<br>3  Los Angeles, California 90017<br>    Tel: (213) 620-8003<br>4  Fax: (213) 620-8012<br>5  SEAN F. O'SHEA (*pro hac vice*)<br>    soshea@osheapartners.com<br>6  MARK A. WEISSMAN (*pro hac vice*)<br>    mweissman@osheapartners<br>7  O'SHEA PARTNERS LLP<br>    90 Park Avenue, 20th Floor<br>8  New York, NY 10016<br>    Tel: (212) 682-4426<br>9  Fax: (212) 682-4437<br>10 Attorneys for Nominal Defendants<br>    Cameron Winklevoss, Tyler Winklevoss,<br>11 and Divya Narendra | **FILED**<br><br>2008 AUG 11  ⌐ 11: 38<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J.<br><br>Fee Paid |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>　　　　　　　Defendants. | Case No. 5:07-CV-01389-JW<br><br>**NOTICE OF APPEAL BY CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA** |

FAXED

ORIGINAL

NOTICE OF APPEAL
5:07-CV-01389-JW

Notice is hereby given that CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, nominal defendants in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final Judgment Enforcing Settlement Agreement (Docket No. 476) entered in this action on July 2, 2008, the Order dated August 8, 2008 Denying the ConnectU Founders' Motion to Intervene and Denying ConnectU's Motion to Stay Execution of Judgment (Docket No. 610), and all related orders including but not limited to the June 25, 2008, Order Granting Plaintiffs' Confidential Motion To Enforce The Settlement Agreement (Docket No. 461); and the June 10, 2008 Order Granting In Part and Denying In Part Motions Posted As Docket Items Nos. 366, 374 and 393 (Docket No. 428).

August 11, 2008

Respectfully submitted,

O'SHEA PARTNERS, LLP

Sean F. O'Shea

90 Park Avenue
New York, New York 10016

*Attorneys for Nominal Defendants
Cameron Winklevoss, Tyler Winklevoss,
and Divya Narendra*

2

NOTICE OF APPEAL
5:07-CV-01389-JW