MARK A. BYRNE (CA SB #116657)
markbyrne@byrnenixon.com
BYRNE & NIXON LLP
800 West Sixth Street, Suite 430
Los Angeles, California 90017
Tel: (213) 620-8003
Fax: (213) 620-8012

SEAN F. O'SHEA (*pro hac vice*)
soshea@osheapartners.com
MARK A. WEISSMAN (*pro hac vice*)
mweissman@osheapartners
O'SHEA PARTNERS LLP
90 Park Avenue, 20th Floor
New York, NY 10016
Tel: (212) 682-4426
Fax: (212) 682-4437

Attorneys for Nominal Defendants
Cameron Winklevoss, Tyler Winklevoss,
and Divya Narendra

FILED

2008 AUG 11  A 11: 37

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**REPRESENTATION STATEMENT OF CAMERON WINKLEVOSS, TYLER WINKLEVOSS AND DIVYA NARENDRA PURSUANT TO CIRCUIT RULE 3-2** |

ORIGINAL

REPRESENTATION STATEMENT
5:07-CV-01389-JW

| | |
|---|---|
| 1 | Nominal Defendants Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra file this |
| 2 | Representation Statement in accordance with Circuit Rule 3-2. The parties to the suit and their |
| 3 | respective counsel, including their contact information, are herein set forth as follows: |

**Parties:**

The Facebook, Inc. (plaintiff)
Mark Zuckerberg (plaintiff)

**Counsel:**
I. Neel Chatterjee (SBN 173985)
Monte Cooper (SBN 196746)
Theresa A. Sutton (SBN 211857)
Yvonne P. Greer (SBN 214072)
ORRICK, HERRINGTON
& SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

**Party:**

ConnectU, Inc. (formerly known as ConnectU, LLC) (defendant)

**Counsel:**
Steven C. Holtzman (SBN 144177)
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

D. Michael Underhill (*pro hac vice*)
Jonathan M. Shaw (*pro hac vice*)
Evan A. Parke (*pro hac vice*)
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

David A. Barrett (*pro hac vice*)
BOIES SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Scott R. Mosko (SBN106070)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

| | |
|---|---|
| 1 | |
| 2 | **Parties:** |
| 3 | Pacific Northwest Software, Inc. (defendant) |
| 4 | Wayne Chang (defendant) |
| 5 | Winston Williams (defendant) |
| 6 | **Counsel:** Scott R. Mosko (SBN106070) |
| 7 | FINNEGAN, HENDERSON, FARABOW, GARRETT |
| 8 | & DUNNER, L.L.P. Stanford Research Park |
| 9 | 3300 Hillview Avenue Palo Alto, California 94304 |
| 10 | Telephone: (650) 849-6600 |
| 11 | Facsimile: (650) 849-6666 |

**Parties:**

Cameron Winklevoss (nominal defendant)
Tyler Winklevoss (nominal defendant)
Divya Narendra (nominal defendant)

**Counsel:**

Mark A. Byrne (SBN116657)
BYRNE & NIXON LLP
800 West Sixth Street, Suite 430
Los Angeles, California 90017
Telephone: (213) 620-8003
Fascimile: (213) 620-8013

Sean O'Shea (*pro hac vice*)
Mark A. Weissman (*pro hac vice*)
O'SHEA PARTNERS LLP
90 Park Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 682-4426
Facsimile: (212) 682-4437

August 11, 2008

Respectfully submitted,

O'SHEA PARTNERS, LLP

_____
Sean F. O'Shea

90 Park Avenue
New York, New York 10016

*Attorneys for Nominal Defendants
Cameron Winklevoss, Tyler Winklevoss,
and Divya Narendra*

2

REPRESENTATION STATEMENT
5:07-CV-01389-JW