**FILED**

AUG 12 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE FACEBOOK, INC.; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>CONNECTU, INC., formerly known as ConnectU, LLC,<br><br>        Defendant - Appellant,<br><br> and<br><br>PACIFIC NORTHWEST SOFTWARE, INC.; et al.,<br><br>        Defendants. | No. 08-16745<br><br>D.C. No. 5:07-cv-01389-JW<br>Northern District of California,<br>San Jose<br><br><br>ORDER |

Before: CANBY, LEAVY and KLEINFELD, Circuit Judges.

Appellant's unopposed motions to file under seal its emergency motion to stay execution of the district court's July 2, 2008 judgment, as amended by the district court's August 8, 2008 order, and exhibits and reply in support of that motion is granted. *See* 9th Cir. R. 27-13; *see also Gator.Com Corp. v. L.L. Bean, Inc.*, 398 F.3d 1125, 1128 n.2 (9th Cir. 2005) (en banc) (citing Ninth Circuit Rule

LL/MOATT

27-13). Appellees' unopposed motion to file under seal its opposition to the emergency motion and exhibits in support of that opposition is granted. *See id.*

Appellant's emergency stay motion is denied. *See Golden Gate Rest. Ass'n v. City & County of San Francisco*, 512 F.3d 1112, 1115-16 (9th Cir. 2008); *Lopez v. Heckler*, 713 F.2d 1432, 1435 (9th Cir. 1983).

The briefing schedule established previously shall remain in effect.

LL/MOATT