| | |
|---|---|
| 1 | SEAN A. LINCOLN (STATE BAR NO. 136387) |
| | salincoln@orrick.com |
| 2 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 3 | WARRINGTON S. PARKER, III (STATE BAR NO. 148003) |
| | wparker@orrick.com |
| 4 | MONTE COOPER (STATE BAR NO. 196746) |
| | mcooper@orrick.com |
| 5 | YVONNE P. GREER (State Bar No. 214072) |
| | ygreer@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 7 | Menlo Park, CA 94025 |
| | Telephone: +1-650-614-7400 |
| 8 | Facsimile: +1-650-614-7401 |

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

ORIGINAL FILED

08 AUG 13 PM 4:09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG, <br><br> Plaintiffs, <br><br> v. <br><br> CONNECTU, INC. (formerly known as CONNECTU, LLC) PACIFIC NORTHWEST SOFTWARE, INC. WINSTON WILLIAMS, and WAYNE CHANG, <br><br> Defendants. | Case No. 5:07-CV-01389-JW <br><br> **REPRESENTATION STATEMENT OF FACEBOOK, INC. AND MARK ZUCKERBERG PURSUANT TO NINTH CIRCUIT RULE 3-2** |

| | |
|---|---|
| 1 | Facebook, Inc. and Mark Zuckerberg file this Representation Statement in accordance |
| 2 | with Ninth Circuit Rule 3-2. The parties to the suit and their respective counsel, including their |
| 3 | contact information, are as follows: |

**Parties:**

The Facebook, Inc. (plaintiff)
Mark Zuckerberg (plaintiff)

**Counsel:**
Sean Lincoln (SBN 136387)
I. Neel Chatterjee (SBN 173985)
Monte Cooper (SBN 196746)
Theresa A. Sutton (SBN 211857)
Yvonne P. Greer (SBN 214072)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

**Party:**

ConnectU, Inc. (formerly known as ConnectU, LLC) (defendant)

**Counsel:**
Steven C. Holtzman (SBN 144177)
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

D. Michael Underhill *(pro hac vice)*
Jonathan M. Shaw *(pro hac vice)*
Evan A. Parke *(pro hac vice)*
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

David A. Barrett *(pro hac vice)*
BOIES SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Scott R. Mosko (SBN106070)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

John F. Hornick
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC 20001
Tel: (202) 408-4000
Fax: (202) 408-4400

| | | |
|---|---|---|
| 1 | **Parties:** | **Parties:** |
| 2 | | |
| 3 | Pacific Northwest Software, Inc. (defendant) | Cameron Winklevoss |
|   | Wayne Chang (defendant) | Tyler Winklevoss |
| 4 | Winston Williams (defendant) | Divya Narendra |
| 5 | **Counsel:** | **Counsel:** |
|   | Scott R. Mosko (SBN106070) | Mark A. Byrne (SBNI16657) |
| 6 | FINNEGAN,HENDERSON, | BYRNE & NIXON LLP |
|   | FARABOW, GARRETT | 800 West Sixth Street, Suite 430 |
| 7 | & DUNNER, L.L.P. | Los Angeles, California 90017 |
|   | Stanford Research Park | Telephone: (213) 620-8003 |
| 8 | 3300 Hillview Avenue | Fascimile: (213) 620-8013 |
|   | Palo Alto, California 94304 | |
| 9 | Telephone: (650) 849-6600 | Sean F. O'Shea *(pro hac vice)* |
|   | Facsimile: (650) 849-6666 | O'SHEA PARTNERS LLP |
| 10 | | 90 Park Avenue, 20th Floor |
|    | | New York, NY 10016 |
| 11 | | Telephone: (212) 682-4426 |
|    | | Facsimile: (212) 682-4437 |
| 12 | | |
|    | | John F. Hornick |
| 13 | | FINNEGAN, HENDERSON, FARABOW, |
|    | | GARRETT & DUNNER, L.L.P. |
| 14 | | 901 New York Avenue N.W. |
|    | | Washington, DC 20001 |
| 15 | | Tel: (202) 408-4000 |
|    | | Fax: (202) 408-4400 |
| 16 | | |
|    | | Scott R. Mosko (SBN106070) |
| 17 | | FINNEGAN,HENDERSON, |
|    | | FARABOW, GARRETT |
| 18 | | & DUNNER, L.L.P. |
|    | | Stanford Research Park |
| 19 | | 3300 Hillview Avenue |
|    | | Palo Alto, California 94304 |
| 20 | | Telephone: (650) 849-6600 |
|    | | Facsimile: (650) 849-6666 |

| | |
|---|---|
| 1  Dated: August 13, 2008 | SEAN A. LINCOLN |
| 2 | I. NEEL CHATTERJEE |
|   | MONTE COOPER |
| 3 | THERESA A. SUTTON |
|   | YVONNE P. GREER |
| 4 | Orrick, Herrington & Sutcliffe LLP |

_____
WARRINGTON PARKER
Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK
ZUCKERBERG