SEAN A. LINCOLN (State Bar No. 136387)
    salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
    nchatterjee@orrick.com
WARRINGTON S. PARKER (STATE BAR NO. 148003)
    wparker@orrick.com
MONTE COOPER (State Bar No. 196746)
    mcooper@orrick.com
YVONNE P. GREER (State Bar No. 214072)
    ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

ORIGINAL FILED

08 AUG 13 PM 4:10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**PROOF OF SERVICE** |

OHS West:260492498.1

PROOF OF SERVICE
5:07-CV-01389-RS

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On August 13, 2008, I served the within document(s):

1. **REPRESENTATION STATEMENT OF FACEBOOK, INC. AND MARK ZUCKERBERG PURSUANT TO NINTH CIRCUIT RULE 3-2**

2. **NOTICE OF CROSS-APPEAL BY FACEBOOK, INC. AND MARK ZUCKERBERG**

3. **UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT - CIVIL APPEALS DOCKETING STATEMENT**

|   | |
|---|---|
|   | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:30 p.m. on August 13, 2008. |
|   | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on August 13, 2008. |
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
|   | By causing personal delivery by CARFUL ATTORNEY SERVICE of the document(s) listed above to the person(s) at the address(es) set forth below. |
|   | By personally delivering the document(s) listed above to the person(s) at the addressee(s) set forth below. |
|   | By e-mailing, as agreed to by the parties, electronic copies of the documents to the e-mail addresses listed below for counsel to defendant on **August 13, 2008**. |

ATTORNEYS FOR DEFENDANTS CONNECTU INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG

**Scott Mosko**
**Jason Webster**
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

| | |
|---|---|
| 1 | |
| 2 | **ATTORNEY FOR DEFENDANT CONNECTU** |

| | | |
|---|---|---|
| 3 | **Steven C. Holtzman** | **Jonathan M. Shaw** |
| | Boies Schiller & Flexner LLP | **D. Michael Underhill** |
| 4 | 1999 Harrison Street, Suite 900 | **Evan A. Parke** |
| | Oakland, CA 94612 | Boies Schiller & Flexner LLP |
| 5 | Telephone: (510) 874-1000 | 5301 Wisconsin Ave. NW |
| | Facsimile: (510) 874-1460 | Washington, DC 20015 |
| 6 | | Telephone: (202) 237-2727 |
| 7 | | Facsimile: (202) 237-6131 |
| 8 | **David A. Barrett** | |
| | Boies Schiller & Flexner LLP | |
| 9 | 575 Lexington Avenue, 7th Fl. | |
| | New York, NY 10022 | |
| 10 | Telephone: (212) 446-2300 | |
| 11 | Facsimile: (212) 446-2350 | |

**ATTORNEY FOR INTERVENORS CAMERON WINKLEVOSS
TYLER WINKLEVOSS AND DIVYA NARENDRA**

| | | |
|---|---|---|
| 14 | **Mark A. Byrne** | **Sean F. O'Shea** (*pro hac vice*) |
| | Byrne & Nixon LLP | O'Shea Partners LLP |
| 15 | 800 West Sixth Street, Suite 430 | 90 Park Avenue, 20th Floor |
| | Los Angeles, CA 90017 | New York, NY 10016 |
| 16 | Tel: 213.620.8003 | Tel: 212.682.4426 |
| | Fax: 213.620.8012 | Fax: 212.682.4437 |
| 17 | email: markbyrne@byrnenixon.com | email: soshea@osheapartners.com |

**(MASSACHUSETTS ACTION)
ATTORNEYS FOR PLAINTIFF CONNECTU, INC., CAMERON WINKLEVOSS, TYLER
WINKLEVOSS, AND DIVYA NARENDRA**

| | | |
|---|---|---|
| 20 | **John F. Hornick** | **Daniel P. Tighe** |
| | **Meredith H. Schoenfeld** | **Scott McConchie** |
| 21 | **Margaret A. Esquenet** | Griesinger, Tighe & Maffei, LLP |
| 22 | **Daniel P. Kaufman** | 176 Federal Street |
| | Finnegan, Henderson, Farabow, | Boston, MA 02110 |
| 23 | Garrett & Dunner, LLP | Telephone: (617) 542-9900 |
| | 901 New York Avenue NW | Facsimile: (617) 542-0900 |
| 24 | Washington, DC 20001 | Email: dtighe@gtmllp.com |
| 25 | Telephone: | sm@gtmllp.com |
| | **Facsimile:** | |

| | |
|---|---|
| | **(MASSACHUSETTS ACTION)** |
| | **ATTORNEYS FOR DEFENDANT EDUARDO SAVERIN** |

**Robert B. Hawk, Esq.**
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
**Facsimile: (650) 324-0638**

**Gordon P. Katz, Esq.**
**Daniel K. Hampton, Esq.**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 573-2700
Facsimile: (617) 523-6850

I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service this same day in the ordinary course of business.

Executed on August 13, 2008 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Aura L. Tatagiba