UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 15, 2008

**CASE INFORMATION:**
Short Case Title:  <u>THE FACEBOOK, INC.</u>-v- <u>CONNECTU, LLC, ET AL</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: *San Jose Division, Judge James Ware*
Criminal and/or Civil Case No.:  <u>CV 07-01389 JW</u>
Date Complaint/Indictment/Petition Filed: *<u>3/9/07</u>*
Date Appealed order/judgment *entered* *<u>11/30/07; 7/2/08</u>*
Date NOA *filed* *<u>8/13/08</u>*
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)    ☐ denied in full (send record)
                          ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: <u>Irene Rodriguez (408) 947-8160</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>8/13/08</u>              Date Docket Fee Billed:
Date FP granted:                                  Date FP denied:
Is FP pending? ☐ yes  ☐ no                                    Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:
*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                           Appellee Counsel:
Warrington S. Parker, III                    Steve C. Holtzman
Orrick Herrington Sutcliffe LLP              Boies Schiller & Flexner LLP
1000 Marsh Road                              1999 Harrison Street, Suite 900
Menlo Park, Ca 94025                         Oakland, Ca., 94612
(650) 614-7400                               (510) 874-1000
Fax: (650) 614-7401
Email: wparker@orrick.com

☒ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other     *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                 Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                              9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: *<u>Cindy Vargas</u>*