1  SEAN A. LINCOLN (State Bar No. 136387)
      salincoln@orrick.com
2  WARRINGTON S. PARKER (State Bar No. 148003)
      wparker@orrick.com
3  I. NEEL CHATTERJEE (State Bar No. 173985)
      nchatterjee@orrick.com
4  MONTE COOPER (State Bar No. 196746)
      mcooper@orrick.com
5  THERESA A. SUTTON (State Bar No. 211857)
      tsutton@orrick.com
6  YVONNE P. GREER (State Bar No. 214072)
      ygreer@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
8  Menlo Park, CA  94025
   Telephone:    650-614-7400
9  Facsimile:    650-614-7401

10 Attorneys for Plaintiffs
   THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On August 21, 2008, I served the within document(s):

1. **COPY FOUR OF THE USDC NORTHERN DISCTRICT OF CALIFORNIA TRANSCRIPT DESIGNATION AND ORDERING FORM;**

|   |   |
|---|---|
|   | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:30 p.m. on August 21, 2008. |
| X | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on August 21, 2008. |
|   | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
|   | By causing personal delivery by CAREFUL ATTORNEY SERVICE of the document(s) listed above to the person(s) at the address(es) set forth below. |
|   | By personally delivering the document(s) listed above to the person(s) at the addressee(s) set forth below. |
|   | By e-mailing, as agreed to by the parties, electronic copies of the documents to the e-mail addresses listed below for counsel to defendant on **August 21, 2008**. |

ATTORNEYS FOR DEFENDANTS CONNECTU INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG

**Scott Mosko**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666
email: scott.mosko@finnegan.com

ATTORNEY FOR DEFENDANT CONNECTU

| | |
|---|---|
| **Steven C. Holtzman** | **Jonathan M. Shaw** |
| Boies Schiller & Flexner LLP | **D. Michael Underhill** |
| 1999 Harrison Street, Suite 900 | **Evan A. Parke** |
| Oakland, CA 94612 | Boies Schiller & Flexner LLP |
| Telephone: (510) 874-1000 | 5301 Wisconsin Ave. NW |
| Facsimile: (510) 874-1460 | Washington, DC 20015 |
| email: sholtzman@bsfllp.com | Telephone: (202) 237-2727 |
| | Facsimile: (202) 237-6131 |

emails: jshaw@bsfllp.com
munderhill@bsfllp.com
eparke@bsfllp.com

**David A. Barrett**
Boies Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
email: dbarrett@bsfllp.com

ATTORNEY FOR CONNECTU, CAMERON WINKLEVOSS
TYLER WINKLEVOSS AND DIVYA NARENDRA

| | |
|---|---|
| **Mark A. Byrne**<br>Byrne & Nixon LLP<br>800 West Sixth Street, Suite 430<br>Los Angeles, CA 90017<br>Tel: 213.620.8003<br>Fax: 213.620.8012<br>email: markbyrne@byrnenixon.com | **Sean F. O'Shea** (*pro hac vice*)<br>**Mark A. Weissman** (*pro hac vice*)<br>O'Shea Partners LLP<br>90 Park Avenue, 20th Floor<br>New York, NY 10016<br>Tel: 212.682.4426<br>Fax: 212.682.4437<br>email: soshea@osheapartners.com<br>mweissman@osheapartners.com |

(MASSACHUSETTS ACTION)
ATTORNEYS FOR PLAINTIFF CONNECTU, INC., CAMERON WINKLEVOSS, TYLER
WINKLEVOSS, AND DIVYA NARENDRA

**John F. Hornick**
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Avenue NW
Washington, DC 20001
Tel: (202) 408-4000
Fax: (202) 408-4400
email: john.hornick@finnegan.com

I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service this same day in the ordinary course of business.

- 2 -

PROOF OF SERVICE
C-07-1197 MHP

1     Executed on August 21, 2008 at Menlo Park, California. I declare under penalty of
2 perjury under the laws of the State of California that the foregoing is true and correct.
3                                             ABBY AKO-NAI

OHS West:260496686.1

- 3 -

PROOF OF SERVICE
C-07-1197 MHP