# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-16745 / 08-16849     U.S. District Court Case No. 5:07-cv-01389-JW

Short Case Title   The Facebook, Inc., et al. v ConnectU, Inc., et al.

Date Notice of Appeal Filed by Clerk of District Court   07/30/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 08/06/08 | Le-Anne Shortridge | Other (specify) Motion to Stay and Interv |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

I. Neel Chatterjee
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone 650-614-7400

Date Transcript Ordered  August 21, 2008

_____
Signature Attorney/Pro Per Litigant

**SECTION C** - To be completed by court reporter.

When the transcript is filed, complete this copy and submit it to the court reporter supervisor.

Date Transcript Filed  8-21-08     Court Reporter's Signature _Le-Anne Shortridge (Shortridge)_
                                                                  print last name

**Section D**

U.S. DISTRICT COURT CLERK, I certify that the record is available in the office of the U.S. District Court.

**RICHARD W. WIEKING**          AUG 2 2 2008              BY: **CINDY VARGAS**
(U.S. District Court Clerk)         (Date)                        Deputy Clerk

This copy is the **CERTIFICATE OF RECORD**. It should be transmitted to the court of appeals by the district clerk when the transcript is filed and the record is complete in the district court.

COPY THREE