# United States District Court
## Northern District of California
## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-16745/08-16849    U.S. District Court Case No. 5:07-CV-01389-JW

Short Case Title  The Facebook, Inc. et al. v. Connectu, Inc., et. al.

Date Notice of Appeal Filed by Clerk of District Court   07/30/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 06/23/08 | Irene L. Rodriguez | Other (specify) Motion to Enforce |
| 07/02/08 | Irene L. Rodriguez | Other (specify) Show Cause re: Judgment |
| 08/06/08 | Le-Anne Shortridge | Other (specify) Mot. to Stay & Intervene |

(attach additional page for designations if necessary)

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

Evan Andrew Parke
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave, N.W. Suite 800
Washington, D.C. 20015
202-237-2727

Date Transcript Ordered
Originally ordered on or about date of respective hearings.
This order form submitted 8/27/08.

Signature Attorney/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

Dockets.Justia.com

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 27, 2008. |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Dated: August 27, 2008 |
| 8 | _____/s/ *Evan A. Parke* |
| 9 | Evan A. Parke |