| | |
|---|---|
| 1 | STEVEN C. HOLTZMAN (CA BAR NO. 144177) |
| | sholtzman@bsfllp.com |
| 2 | BOIES SCHILLER & FLEXNER LLP |
| | 1999 Harrison Street, Suite 900 |
| 3 | Oakland, CA 94612 |
| | Telephone: (510) 874-1000 |
| 4 | Facsimile: (510) 874-1460 |
| 5 | D. MICHAEL UNDERHILL *(pro hac vice)* |
| | munderhill@bsfllp.com |
| 6 | BOIES SCHILLER & FLEXNER LLP |
| | 5301 Wisconsin Avenue NW |
| 7 | Washington, D.C. 20015 |
| | Telephone: (202) 237-2727 |
| 8 | Facsimile: (202) 237-6131 |
| 9 | Attorneys for Defendant |
| | CONNECTU, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**DECLARATION OF SERVICE** |

| | |
|---|---|
| 1 | **DECLARATION OF SERVICE** |
| 2 | I, the undersigned, declare as follows: |
| 3 | I am employed in the County of Alameda, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 1999 Harrison Street, Suite 900, Oakland, California, 94612, in said County and State; on August 27, 2008, I served the: |

**COPY FOUR OF THE US DC NORTHERN DISCTRICT OF CALIFORNIA TRANSCRIPT DESIGNATION AND ORDERING FORM;**

By providing a true copy thereof addressed to each of the persons named below:

| | |
|---|---|
| Monte M.F. Cooper | Scott Richard Mosko |
| Chester Wren-Ming Day | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| I. Neel Chatterjee | Stanford Research Park |
| Sean Alan Lincoln | 3300 Hillview Avenue |
| Theresa Ann Sutton | Palo Alto, CA 94304-1203 |
| Yvonne Penas Greer | Telephone: (650) 849-6600 |
| George Hopkins Guy, III | Facsimile: (650) 849-6666 |
| Orrick Herrington & Sutcliffe LLP | Email: scott.mosko@finnegan.com |
| 1000 Marsh Road | |
| Menlo Park, CA 94025 | |
| Telephone: (650) 614-7400 | |
| Facsimile: (650) 614-7401 | |
| Email: mcooper@orrick.com | |
| cday@orrick.com | |
| nchatterjee@orrick.com | |
| slincoln@orrick.com | |
| tsutton@orrick.com | |
| ygreer@orrick.com | |
| hopguy@orrick.com | |

☑ BY FIRST CLASS MAIL: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐ BY ELECTRONIC MAIL

☐ BY FACSIMILE: From facsimile machine telephone number (510) 874-1460, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

☐ BY FEDERAL EXPRESS NEXT DAY AIR: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed airbill, under which all delivery charges are paid by Boies, Schiller & Flexner LLP, that same day in the ordinary course of business.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that the foregoing document(s) were printed on recycled paper.

☑ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 27, 2008 at Oakland, California.

/s/ Jason Lipton
Jason Lipton