UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 11, 2008

**CASE INFORMATION:**
Short Case Title: <u>THE FACEBOOK, INC.</u>-v- <u>CONNECTU, LLC, ET AL</u>          *08-16873*
Court of Appeals No.
U.S. District Court, Division & Judge Name: <u>US District Court, Northern District of California, San Jose</u>
<u>Division, Judge James Ware</u>
Criminal and/or Civil Case No.: <u>CV 07-01389 JW</u>
Date Complaint/Indictment/Petition Filed: <u>3/9/2007</u>
Date Appealed order/judgment *entered* <u>7/2/08, 8/8/08,6/25/08, 6/10/08</u>
Date NOA *filed* 8/11/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)       ☐ denied in full (send record)
                           ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed:
Date FP granted:                         Date FP denied:
Is FP pending? ☐ yes  ☐ no                        Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:

**I. Neel Chatterjee**
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park , CA 94025
650-614-7400
Fax: 650-614-7401
Email: nchatterjee@orrick.com

Appellee Counsel:

**Sean F. O'Shea ,**
O'Shea Partners LLP
90 Park Avenue
20th Floor

New York , NY 10016
212-682-4426
Fax: 212-682-4437
Email: soshea@osheapartners.com

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other     *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                          Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:               9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Sandy Morris</u>