The Facebook, Inc. v. Connectu, LLC et al                                                                    Doc. 628

FILED

AUG 29 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE FACEBOOK, INC.; et al., <br><br> Plaintiffs-Appellees/Cross-Appellants, <br><br> v. <br><br> CONNECTU, INC., fka ConnectU, LLC, et al., <br><br> Defendants-Appellants/Cross-Appellees, <br><br> and <br><br> PACIFIC NORTHWEST SOFTWARE, INC.; et al., <br><br> Defendants. | Nos. 08-16745, 08-16849, 08-16873 <br><br> D.C. No. 5:07-CV-01389-JW <br> Northern District of California, San Jose <br><br> ORDER |

    The defendants' motion to consolidate case Nos. 08-16745, 08-16849, and 08-16873 is granted.

    The motion includes the defendants' notice under Ninth Circuit Rule 28-4 that the defendants intend to file joint briefs. The defendants' principal brief and excerpts of record are due October 6, 2008; this due date includes the 21-day enlargement of time provided for under Ninth Circuit Rule 28-4. The plaintiff's principal and response brief is due November 5, 2008. The defendants' response

TAH/Pro Mo

Dockets.Justia.com

and reply brief is due December 5, 2008. The plaintiff's optional reply brief is due 14 days from service of the response and reply brief.

Court records do not currently reflect that the district court has issued the certificates of record for case Nos. 08-16745 and 08-16849. The parties shall monitor the issuance of the certificates.

For the Court:
MOLLY C. DWYER
Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10
