IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Facebook, Inc., et al., | NO. C 07-01389 JW |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE: SPECIAL MASTER'S REPORT NO. 1** |
| v. | |
| ConnectU, Inc., et al., | |
| Defendants. | |

On September 3, 2008, the Court received Report No. 1 from the Special Master. The parties are Ordered to appear on **October 28, 2008 at 10 a.m.** and show cause, if any, why the Court should not Order the Master to take the following actions:

1. Deliver the ConnectU shares which have been submitted to the Master to Facebook, Inc.; and to

2. Substantially simultaneously deliver the cash or its equivalent in the form of a bank or cashier's check and the Facebook, Inc. common shares which have been submitted to the Master to the principals of ConnectU; and to

3. Substantially simultaneously file the tendered dismissals of the actions resolved in the settlement with the appropriate courts.

The Court recognizes that there is an appeal pending with respect to this matter, but that a request to stay execution of the settlement was denied by the Ninth Circuit. It has come to the attention of the Court that claims or liens have been asserted by third-parties. If a party wishes the Court to give particular consideration to these matters in any Order issuing from the hearing, no later

than fifteen (15) days prior to the date of the hearing, the party is ordered to file a memorandum stating its contention and the legal basis for it.

Further, it has come to the attention of the Court that, among other matters, one or more parties might dispute the language of a "release" tendered in compliance with the Judgment. No later than fifteen (15) days prior to the hearing, any such party shall file a memorandum showing cause why the Court should not order the parties to sign a tendered release. Alternatively, on its own motion, the Court is considering whether, in lieu of requiring the parties to sign a separate release document, the Judgment should not be modified to regard the language of the Term Sheet and Settlement Agreement as the release agreement of the parties. Any party wishing to address this issue shall do so in a similarly filed memorandum fifteen (15) days prior to the date of the hearing.

Dated: September 19, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Chester Wren-Ming Day cday@orrick.com
D. Michael Underhill Munderhill@BSFLLP.com
David A. Barrett dbarrett@bsfllp.com
Evan A. Parke eparke@bsfllp.com
George C. Fisher georgecfisher@gmail.com
George C. Fisher georgecfisher@gmail.com
George Hopkins Guy hopguy@orrick.com
I. Neel Chatterjee nchatterjee@orrick.com
Jonathan M. Shaw jshaw@bsfllp.com
Kalama M. Lui-Kwan klui-kwan@fenwick.com
Mark A. Weissman mweissman@osheapartners.com
Mark Andrew Byrne markbyrne@byrnenixon.com
Monte M.F. Cooper mcooper@orrick.com
Rachel E. Matteo-Boehm rachel.matteo-boehm@hro.com
Roger Rex Myers roger.myers@hro.com
Scott Richard Mosko scott.mosko@finnegan.com
Sean Alan Lincoln slincoln@Orrick.com
Sean F. O'Shea soshea@osheapartners.com
Steven Christopher Holtzman sholtzman@bsfllp.com
Theresa Ann Sutton tsutton@orrick.com
Tyler Alexander Baker Tbaker@fenwick.com
Valerie Margo Wagner valerie.wagner@dechert.com
Warrington S. Parker wparker@orrick.com
Yvonne Penas Greer ygreer@orrick.com

Dated: September 19, 2008            Richard W. Wieking, Clerk

                                     By:   /s/ JW Chambers
                                           Elizabeth Garcia
                                           Courtroom Deputy