STEVEN C. HOLTZMAN (CA BAR NO. 144177)
  sholtzman@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

D. MICHAEL UNDERHILL (*pro hac vice*)
  munderhill@bsfllp.com
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Attorneys for Defendant
CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**DECLARATION OF EVAN A. PARKE IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE ON DISBURSEMENT OF SETTLEMENT CONSIDERATION, AND RENEWED MOTION TO STAY**<br><br>Judge: Honorable James Ware |

I, Evan A. Parke, declare as follows:

1. I am an associate with the law firm of Boies, Schiller & Flexner LLP, counsel for ConnectU, Inc ("ConnectU"). I am licensed to practice law in the District of Columbia and am appearing in this case per an order of the Court granting my application to appear *pro hac vice*. I have personal knowledge of the facts and circumstances set forth in this Declaration.

2. Attached as Exhibit A is an accurate copy of the October 6, 2008, opening appeal brief filed on behalf of ConnectU, Cameron Winklevoss, Tyler Winklevoss and Divya Narendra in the United States Court of Appeals for the Ninth Circuit. Exhibit A is being submitted to this Court with a request that it be filed under seal.

3. Attached as Exhibit B is an accurate copy of transcript excerpts from the hearing taking place before the Court on August 6, 2008.

4. Attached as Exhibit C is an accurate copy of ConnectU's proposed form of release filed with the Court on July 9, 2008.

5. Attached as Exhibit D is an accurate copy of Facebook, Inc. and Mark Zuckerberg's proposed form of release filed with the Court on July 9, 2008.

6. Attached as Exhibit E is an accurate copy of the original ConnectU proposed dismissal document forwarded to Master George Fisher.

7. Attached as Exhibit F is an accurate copy of the letter sent on August 27, 2008 from D. Michael Underhill, attorney at Boies, Schiller & Flexner LLP and counsel for ConnectU, Inc., to Master George Fisher. Exhibit F is being submitted to the Court with a request that it be filed under seal.

8. Attached as Exhibit G is an accurate copy of the Declaration of Sean F. O'Shea in Support of Emergency Motion to Stay Execution of District Court's July 2, 2008, Judgment as Amended by Order of August 8, 2008, which was filed in the United States Court of Appeals for the Ninth Circuit on August 11, 2008.

9. Attached as Exhibit H is an accurate copy of the retainer agreement

between Quinn Emanuel Urquhart Oliver & Hedges LLP and ConnectU and its founders. Exhibit H is being submitted to the Court with a request that it be filed under seal.

10. Attached as Exhibit I is an accurate copy of the August 28, 2008, letter sent from Mark Weissman, attorney at O'Shea Partners LLP and counsel for the ConnectU founders, to Master George Fisher. Exhibit I is being submitted to the Court with a request that it be filed under seal.

11. Attached as Exhibit J is an accurate copy of Facebook and Mark Zuckerberg's proposed dismissal documents relating to the California action filed under seal by the Master. Exhibit J is being submitted to the Court with a request that it be filed under seal.

12. Attached as Exhibit K is an accurate copy of Facebook and Mark Zuckerberg's proposed dismissal documents relating to the Massachusetts actions filed under seal by the Master. Exhibit K is being submitted to the Court with a request that it be filed under seal.

13. Attached as Exhibit L is an accurate copy of ConnectU's objections to Facebook's proposed form of release, filed July 11, 2008.

14. Attached as Exhibit M is an accurate copy of ConnectU's motion to stay filed with the Court on July 31, 2008.

15. Attached as Exhibit N is an accurate copy of ConnectU's proposed dismissal document relating to the Massachusetts actions filed under seal by the Master. Exhibit N is being submitted to the Court with a request that it be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 13th day of October, 2008.

_____
Evan A. Parke

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 13, 2008.

Dated: October 13, 2008

                                              /s/ *Steven C. Holtzman*
                                      Steven C. Holtzman
                                      Attorney for Defendant ConnectU, Inc.

4     PARKE DECLARATION IN SUPPORT OF DEFENDANTS' RESPONSE
5:07-CV-01389-JW