1 | STEVEN C. HOLTZMAN (State Bar No. 144177)
sholtzman@bsfllp.com
2 | BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
3 | Oakland, CA 94612
Telephone: (510) 874-1000
4 | Facsimile: (510) 874-1460

5 | DAVID A. BARRETT (*pro hac vice*)
dbarrett@bsfllp.com
6 | BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave., 7th Floor
7 | New York, NY 10022
Telephone: (212) 446-2300
8 | Facsimile: (212) 446-2350

9 | D. MICHAEL UNDERHILL (*pro hac vice*)
munderhill@bsfllp.com
10 | BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
11 | Washington, D.C. 20015
Telephone: (202) 237-2727
12 | Facsimile: (202) 237-6131

13 | Attorneys for Defendant
CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**MANUAL FILING NOTIFICATION**<br><br>**CONFIDENTIAL EXHIBITS (EXHIBITS A, F, H, I, J, K, AND N) TO DECLARATION OF EVAN A. PARKE IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE** |

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | Regarding: |
| 3 | (1) **CONFIDENTIAL EXHIBITS (EXHIBITS A, F, H, I, J, K, AND N) TO DECLARATION OF EVAN A. PARKE IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE** |

(2) This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main Web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reasons:

[_] Voluminous Document (PDF file size larger than efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Confidential – Item Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53)

[_] Other (description): _____

///
///
///
///
///
///
///
///
///

October 14, 2008                              Respectfully submitted,

                                                              */s/Steven C. Holtzman*
                                                             Steven C. Holtzman
                                                              BOIES, SCHILLER & FLEXNER LLP

                                                              *Attorneys for Defendant ConnectU, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 14, 2008.

Dated: October 14, 2008

                                                            /s/ *Steven C. Holtzman*
                                                            Steven C. Holtzman
                                                            *Attorney for Defendant ConnectU, Inc.*