1  STEVEN C. HOLTZMAN (State Bar No. 144177)
     sholtzman@bsfllp.com
2  BOIES, SCHILLER & FLEXNER LLP
   1999 Harrison Street, Suite 900
3  Oakland, CA 94612
   Telephone: (510) 874-1000
4  Facsimile: (510) 874-1460

5  DAVID A. BARRETT (*pro hac vice*)
     dbarrett@bsfllp.com
6  BOIES, SCHILLER & FLEXNER LLP
   575 Lexington Ave., 7th Floor
7  New York, NY 10022
   Telephone: (212) 446-2300
8  Facsimile: (212) 446-2350

9  D. MICHAEL UNDERHILL (*pro hac vice*)
     munderhill@bsfllp.com
10 BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Avenue NW
11 Washington, D.C. 20015
   Telephone: (202) 237-2727
12 Facsimile: (202) 237-6131

13 Attorneys for Defendant
   CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL:**<br><br>**CONFIDENTIAL EXHIBITS (EXHIBITS A, F, H, I, J, K, AND N) TO DECLARATION OF EVAN A. PARKE IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE** |

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 7-11 and 79-5, Defendants respectfully submit this administrative motion asking the Court to file under seal the "Confidential Exhibits (Exhibits A, F, H, I, J, K, and N) to Declaration of Evan A. Parke in Support of Defendants' Response to Order to Show Cause" ("Defendants' Confidential Exhibits"). |
| 2 | |
| 3 | |
| 4 | |
| 5 | The parties entered into, and the Superior Court of California, Superior County issued, a Stipulated Protective Order on January 23, 2006, prohibiting either party from filing in the public record any documents that have been designated as "Confidential" or "Highly Confidential" pursuant to the protective order. |
| 6 | |
| 7 | |
| 8 | |
| 9 | Defendants' Confidential Exhibits contain (i) information that the Court has Ordered should be sealed, including the financial terms of the purported settlement between Plaintiffs and Defendants (*see* Order conditionally granting CNET's request to unseal, at Dkt. No. 473); (ii) information that has been designated by Plaintiffs as Confidential or Highly Confidential and covered by the Protective Order; (iii) information that the Master has designated as confidential in prior filings (*see* Dkt. No. 632); and/or (iv) information alleged by Plaintiffs to implicate confidentiality provisions found in a purported settlement agreement which is the subject of dispute between the parties.[1] |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | Defendants' respectfully request that Defendants' Confidential Exhibits remain sealed. |
| 19 | |

---

[1] By filing this request to seal, Defendants do not waive any arguments or rights as to the admissibility or inadmissibility of evidence surrounding the purported agreement, nor do they waive any arguments or rights as to the enforceability or unenforceability of the purported agreement.

October 14, 2008                              Respectfully submitted,

                                        */s/Steven C. Holtzman*
                                        Steven C. Holtzman
                                        BOIES, SCHILLER & FLEXNER LLP

                                        *Attorneys for Defendant ConnectU, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 14, 2008.

Dated:  October 14, 2008

                                        /s/ *Steven C. Holtzman*
                                        Steven C. Holtzman
                                        *Attorney for Defendant ConnectU, Inc.*