1  STEVEN C. HOLTZMAN (State Bar No. 144177)
     sholtzman@bsfllp.com
2  BOIES, SCHILLER & FLEXNER LLP
   1999 Harrison Street, Suite 900
3  Oakland, CA 94612
   Telephone: (510) 874-1000
4  Facsimile: (510) 874-1460

5  DAVID A. BARRETT (*pro hac vice*)
     dbarrett@bsfllp.com
6  BOIES, SCHILLER & FLEXNER LLP
   575 Lexington Ave., 7th Floor
7  New York, NY 10022
   Telephone: (212) 446-2300
8  Facsimile: (212) 446-2350

9  D. MICHAEL UNDERHILL (*pro hac vice*)
     munderhill@bsfllp.com
10 BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Avenue NW
11 Washington, D.C. 20015
   Telephone: (202) 237-2727
12 Facsimile: (202) 237-6131

13 Attorneys for Defendant
   CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**DECLARATION OF EVAN A. PARKE IN SUPPORT OF DEFENDANTS ADMINISTRATIVE MOTION TO SEAL**<br><br>**CONFIDENTIAL EXHIBITS (EXHIBITS A, F, H, I, J, K, AND N) TO DECLARATION OF EVAN A. PARKE IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE** |

I, Evan A. Parke, declare as follows:

1. I am an associate with the law firm of Boies, Schiller & Flexner LLP, counsel to ConnectU, Inc. I am licensed to practice law in the District of Columbia and am appearing in this case per an order of the Court granting my application to appear *pro hac vice*. I have personal knowledge of the facts and circumstances set forth in this Declaration. I make this Declaration pursuant to Civil L.R. 7-11 and 79-5.

2. Good cause exists for sealing "Confidential Exhibits (Exhibits A, F, H, I, J, K, and N) to Declaration of Evan A. Parke in Support of Defendants' Response to Order to Show Cause" ("Defendants' Confidential Exhibits"). Defendants' Confidential Exhibits contain (i) information that the Court has Ordered should be sealed, including the financial terms of the purported settlement between Plaintiffs and Defendants (*see* Order conditionally granting CNET's request to unseal, at Dkt. No. 473); (ii) information that has been designated by Plaintiffs as Confidential or Highly Confidential and covered by the Protective Order; (iii) information that the Master has designated as confidential in prior filings (*see* Dkt. No. 632); and/or (iv) information alleged by Plaintiffs to implicate confidentiality provisions found in a purported settlement agreement which is the subject of dispute between the parties.[1]

3. This Administrative Motion is being made pursuant to Civil L.R. 79-5, which requires a Court order to seal documents and does not permit sealing by stipulation.

///
///
///
///

---

[1] By filing this declaration Defendants do not waive any arguments or rights as to the admissibility or inadmissibility of evidence concerning the purported agreement, nor do they waive any arguments or rights as to the enforceability or unenforceability of the purported agreement.

1    PARKE DECL., MOTION TO SEAL
5:07-CV-01389-JW

1  I declare under penalty of perjury that the foregoing is true and correct to the best
2  of my knowledge. Executed this 14th day of October, 2008.

                                                    /s/ Evan A. Parke
                                                    Evan A. Parke

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 14, 2008.

Dated: October 14, 2008

                                                    /s/ *Steven C. Holtzman*
                                                    Steven C. Holtzman
                                                    *Attorney for Defendant ConnectU, Inc.*