1   STEVEN C. HOLTZMAN (State Bar No. 144177)
    sholtzman@bsfllp.com
2   BOIES, SCHILLER & FLEXNER LLP
    1999 Harrison Street, Suite 900
3   Oakland, CA 94612
    Telephone: (510) 874-1000
4   Facsimile: (510) 874-1460

5   DAVID A. BARRETT (*pro hac vice*)
    dbarrett@bsfllp.com
6   BOIES, SCHILLER & FLEXNER LLP
    575 Lexington Ave., 7th Floor
7   New York, NY 10022
    Telephone: (212) 446-2300
8   Facsimile: (212) 446-2350

9   D. MICHAEL UNDERHILL (*pro hac vice*)
    munderhill@bsfllp.com
10  BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Avenue NW
11  Washington, D.C. 20015
    Telephone: (202) 237-2727
12  Facsimile: (202) 237-6131

13  Attorneys for Defendant
    CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>    Defendants. | Case No. 5:07-CV-01389-JW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL:**<br><br>**CONFIDENTIAL EXHIBITS (EXHIBITS A, F, H, I, J, K, AND N) TO DECLARATION OF EVAN A. PARKE IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE** |

1       The matter before the Court is Defendants' administrative request to seal the "Confidential Exhibits (Exhibits A, F, H, I, J, K, and N) to Declaration of Evan A. Parke in Support of Defendants' Response to Order to Show Cause" ("Defendants' Confidential Exhibits").

      The Court has considered said motion and, finding good cause, hereby GRANTS Defendants' administrative request to seal Defendants' Confidential Exhibits.

      IT IS SO ORDERED

Dated: _____, 2008

_____
Honorable James Ware
United States District Judge
Northern District of California