QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Bruce E. Van Dalsem (Bar No. 124128)
brucevandalsem@quinnemanuel.com
Randall T. Garteiser (Bar No. 231821)
randygarteiser@quinnemanuel.com
David E. Azar (Bar No. 218319)
davidazar@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Former Attorneys for ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>vs.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG, and DAVID GUCWA AND DOES 1-25,<br><br>Defendants. | CASE NO. 5:07-CV-01389-RS<br><br>**PROOF OF SERVICE** |

61120/2664433.1

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139.

On October 10, 2008, I served true copies of the following document(s) described as

**1. QEUO&H'S MEMORANDUM OF LAW IN SUPPORT OF JOINT AND SEVERAL DISTRIBUTION OF SETTLEMENT PROCEEDS; AND,**

**2. DECLARATION OF RANDALL T. GARTEISER IN SUPPORT THEREOF**

on the parties in this action as follows:

**SEE ATTACHED LIST**

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Redwood Shores, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 10, 2008, at Redwood Shores, California.



Rachel Aripez

## SERVICE LIST

| | |
|---|---|
| **Rachel E. Matteo-Boehm**<br>**Roger Rex Myers**<br>Holme Roberts & Owen LLP<br>560 Mission Street, 25th Floor<br>San Francisco, CA 94105 | CNET Networks, Inc. |
| **Scott Richard Mosko**<br>**Tyler Alexander Baker**<br>**Kalama M. Lui-Kwan**<br>Finnegan, Henderson, Farabow, Garrett &<br>Stanford Research Park<br>3300 Hillview Aenue<br>Palo Alto, CA 94304-1203 | Wayne Chang;<br>ConnectU LLC;<br>Divya Narendra;<br>Pacific Northwest Software, Inc.;<br>Winston Williams;<br>Cameron Winklevoss;<br>Tyler Winklevoss |
| **David A. Barrett**<br>**Evan A. Parke**<br>**Jonathan M. Shaw**<br>**D. Michael Underhill**<br>Boies, Schiller & Flexner LLP<br>575 Lexington Avenue<br>New York, NY 10022 | ConnectU LLC |
| **Sean F. O'Shea**<br>**Mark A. Weissman**<br>O'Shea Partners LLP<br>90 Park Avenue<br>20th Floor<br>New York, NY 10016 | ConnectU LLC |
| **George C. Fisher**<br>George C. Fisher Law Office<br>2600 El Camino Real<br>Palo Alto, CA 94306 | Special Master George C. Fisher |
| **Valerie Margo Wagner**<br>Dechert, LLP<br>2440 W. El Camino Real, Suite 700<br>Mountain View, CA 94040-1499 | David Gucwa |
| **Mark Andrew Byrne**<br>Byrne & Nixon LLP<br>800 West Sixth Street<br>Suite 430<br>Los Angeles, CA 90017 | Divya Narendra;<br>Cameron Winklevoss<br>Tyler Winklevoss |

I. Neel Chatterjee  
Monte M.F. Cooper  
Chester Wren-Ming Day  
George Hopkins Guy, III  
Sean Alan Lincoln, Esq.  
Theresa Ann Sutton  
Orrick Herrington & Sutcliffe LLP  
1000 Marsh Road  
Menlo Park, CA 94025

The Facebook, Inc.