The Facebook, Inc. v. Connectu, LLC et al                                                                                          Doc. 649

**FILED**

UNITED STATES COURT OF APPEALS

OCT 10 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE FACEBOOK, INC.; et al.,<br><br>  Plaintiffs-Appellees/Cross- Appellants,<br><br>CNET NETWORKS, INC.,<br><br>  Intervenor,<br><br> v.<br><br>CONNECTU, INC., fka ConnectU, LLC, et al.,<br><br>  Defendants-Appellants/Cross- Appellees,<br><br> and<br><br>PACIFIC NORTHWEST SOFTWARE, INC.; et al.,<br><br>  Defendants. | Nos. 08-16745, 08-16849,<br>      08-16873<br><br>D.C. No. 5:07-cv-01389-JW<br>Northern District of California,<br>San Jose |

Appellees/Cross-Appellants Facebook, Inc. and Mark Zuckerberg's ("Appellees") request for an extension of time to file their response to the motion to Cnet Networks, Inc. to intervene and to unseal documents (the "Motion") is granted. Appellees' response to the Motion is now due October 21, 2008. Any reply to Appellees' response is due October 24, 2008.

rb/MOATT

Dockets.Justia.com

The briefing schedule established previously shall remain in effect.

FOR THE COURT:

Molly Dwyer
Clerk of the Court

By: Raejean M. Battin
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A