STEVEN C. HOLTZMAN (State Bar No. 144177)
sholtzman@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

DAVID A. BARRETT (*pro hac vice*)
dbarrett@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave., 7th Floor
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

D. MICHAEL UNDERHILL (*pro hac vice*)
munderhill@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Attorneys for Defendant
CONNECTU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL:<br><br>**CONFIDENTIAL EXHIBITS (EXHIBITS A, F, H, I, J, K, AND N) TO DECLARATION OF EVAN A. PARKE IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE** |

The matter before the Court is Defendants' administrative request to seal the "Confidential Exhibits (Exhibits A, F, H, I, J, K, and N) to Declaration of Evan A. Parke in Support of Defendants' Response to Order to Show Cause" ("Defendants' Confidential Exhibits").

The Court has considered said motion and, finding good cause, hereby GRANTS Defendants' administrative request to seal Defendants' Confidential Exhibits.

IT IS SO ORDERED

Dated: <u>October 23</u>, 2008

_____
Honorable James Ware
United States District Judge
Northern District of California