# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

***E-FILED*__**

## CIVIL MINUTES

| | |
|---|---|
| **Judge: James Ware** | **Courtroom Deputy: Elizabeth Garcia** |
| **Date:   October 28, 2008** | **Court Reporter: Lee-Anne Shortridge** |
| **Case No.: C-07-01389  JW** | **Interpreter: N/A** |
| **Related Case No.: N/A** | **Special Master: George Fisher** |

## TITLE

The Facebook, Inc. V. Connectu Inc et al

**Attorney(s) for Plaintiff(s)**: Neel Chatterjee,
**Attorney(s) for Defendant(s)**: Evan Parke, David Barrett
**Other appearances**: Bruce Van Dalsen and Randy Garteiser (Quinn Emanuel Urquhart Oliver & Hedges, LLP)

## PROCEEDINGS

Order to Show Cause re Special Master's Report No. 1

## ORDER AFTER HEARING

Hearing Held.  The Court took the matter under submission after oral argument.  The Court to issue further order following hearing.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: