United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Facebook, Inc., et al., | NO. C 07-01389 JW |
| Plaintiffs, | **JUDGMENT ORDERING SPECIFIC PERFORMANCE OF SETTLEMENT AGREEMENT AND DECLARATORY JUDGMENT OF RELEASE** |
| v. | |
| ConnectU, Inc., et al., | |
| Defendants. | |

In this ancillary proceeding, having found the "Term Sheet & Settlement Agreement" enforceable, pursuant to the stipulation of the parties to the "Term Sheet & Settlement Agreement" that "the San Jose Federal Court shall have jurisdiction to enforce this agreement;"

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Judgment is entered in favor of The Facebook, Inc. and Mark Zuckerberg and against ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra specifically enforcing the "Term Sheet and Settlement Agreement." The parties to the "Term Sheet & Settlement Agreement," having previously made deposits with the Special Master, in specific enforcement of the "Term Sheet & Settlement Agreement," on **November 24, 2008**, the Master shall:

(1) transfer to the law firm of Orrick, Herrington & Stucliffe, LLP, counsel for The Facebook, Inc., and Mark Zuckerberg, in trust for its clients and any lawful claimant, the shares of ConnectU being held by the Master; and

(2) transfer to Boies, Schiller & Flexner, as counsel for ConnectU, Inc., Cameron

Winklevoss, Tyler Winklevoss, and Divya Narendra, in trust for its clients and any lawful claimant, (a) the cash or its equivalent in the form of a bank check or cashiers check and (b) The Facebook Inc., common shares being held by the Master; and

(3) file in the appropriate courts, the motions to dismiss being held by the Master.

The "Term Sheet & Settlement Agreement" provides: "All parties get mutual releases as broad as possible." The parties having stipulated that this Court shall have jurisdiction to enforce the "Term Sheet & Settlement Agreement," the Court declares that as of February 22, 2008, the date of the Settlement Agreement, The Facebook, Inc., Mark Zuckerberg, ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra, and each of them, jointly, severally and mutually released each other as broadly as possible from all claims.

Dated: November 3, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Eric Van Dalsem brucevandalsem@quinnemanuel.com
Chester Wren-Ming Day cday@orrick.com
D. Michael Underhill Munderhill@BSFLLP.com
David A. Barrett dbarrett@bsfllp.com
Evan A. Parke eparke@bsfllp.com
George C. Fisher georgecfisher@gmail.com
George C. Fisher georgecfisher@gmail.com
George Hopkins Guy hopguy@orrick.com
I. Neel Chatterjee nchatterjee@orrick.com
Jonathan M. Shaw jshaw@bsfllp.com
Kalama M. Lui-Kwan klui-kwan@fenwick.com
Mark A. Weissman mweissman@osheapartners.com
Mark Andrew Byrne markbyrne@byrnenixon.com
Monte M.F. Cooper mcooper@orrick.com
Rachel E. Matteo-Boehm rachel.matteo-boehm@hro.com
Randy Garteiser randygarteiser@quinnemanuel.com
Roger Rex Myers roger.myers@hro.com
Scott Richard Mosko scott.mosko@finnegan.com
Sean Alan Lincoln slincoln@Orrick.com
Sean F. O&#039;Shea soshea@osheapartners.com
Steven Christopher Holtzman sholtzman@bsfllp.com
Theresa Ann Sutton tsutton@orrick.com
Tyler Alexander Baker Tbaker@fenwick.com
Valerie Margo Wagner valerie.wagner@dechert.com
Warrington S. Parker wparker@orrick.com
Yvonne Penas Greer ygreer@orrick.com

**Dated: November 3, 2008**                          **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
          **Elizabeth Garcia**
          **Courtroom Deputy**