The Facebook, Inc. v. Connectu, LLC et al                                                              Doc. 655

**FILED**

NOV 04 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE FACEBOOK, INC.; et al., <br><br> Plaintiffs-Appellees/Cross-Appellants, <br><br> CNET NETWORKS, INC., <br><br> Intervenor, <br><br> v. <br><br> CONNECTU, INC., f.k.a. ConnectU, LLC, et al. <br><br> Defendants-Appellants/Cross-Appellees, <br><br> and <br><br> PACIFIC NORTHWEST SOFTWARE, INC.; et al., <br><br> Defendants. | Nos. 08-16745, 08-16849, 08-16873 <br><br> D.C. No. 5:07-cv-01389-JW <br> Northern District of California, San Jose <br><br> ORDER |

Before: TROTT, GOULD and TALLMAN, Circuit Judges.

CNET Networks, Inc.'s ("CNET") motion to intervene is granted.

CNET's motion to unseal documents filed in the district court is denied.

rb/MOATT

Dockets.Justia.com

Defendants-Appellants/Cross-Appellees' ("Appellants") motion to file under seal Appellants' brief and volumes II and III of excerpts of record is granted.

The previously established briefing schedule remains in effect.