The Facebook, Inc. v. Connectu, LLC et al                                                                   Doc. 656

**FILED**

UNITED STATES COURT OF APPEALS

NOV 04 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CNET NETWORKS INC. | No. 08-74104 |
| | D.C. No. 5:07-cv-01389-JW<br>Northern District of California,<br>San Jose |
| CNET NETWORKS INC., | |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, | |
| Respondent, | |
| THE FACEBOOK, INC.; et al., | |
| Real Parties in Interest. | |

Before: TROTT, GOULD and TALLMAN, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

rb/MOATT

Dockets.Justia.com