SEAN A. LINCOLN (State Bar No. 136387)
  salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
  mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
  tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
  ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>　　　　Defendants. | Case No. 5:07-CV-01389-JW<br><br>**PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF, PURSUANT TO CIVIL LOCAL RULE 7-11, TO CORRECT NOVEMBER 3, 2008, ORDER DIRECTING SPECIAL MASTER TO DELIVER PROPERTY** |

OHS West:260547467.2

ADMIN REQUEST FOR CORRECTION
5:07-CV-01389-JW

1    Pursuant to Civil Local Rule 7-11, Plaintiffs request that the Court correct a factual error
2    in its November 3, 2008, Order Directing the Special Master to Deliver the Property Being Held
3    in Trust to the Parties in Accordance with the terms of their Settlement Agreement. Doc. No.
4    653.

5    In that Order, the Court wrote that "On June 25, 2008, over objections by ConnectU **and**
6    **the Founders** (collectively, "ConnectU"), the Court granted the motion to enforce the
7    Agreement." *Id.*, 1:22-23 (emphasis added). In fact, the Founders did not object to enforcement
8    of the Settlement Agreement. Instead, on July 29, 2008, nearly one month after the Court issued
9    its Order Granting Motion to Enforce, the Founders filed a Motion to Intervene. Doc. No. 574.

10   Indeed, the Founders, Tyler and Cameron Winklevoss and Divya Narendra, went out of
11   their way to stay out of the enforcement proceedings. Counsel for the Founders did not file an
12   opposition, present argument at the hearing on the Motion to Enforce or expressly join
13   ConnectU's argument during the motion to enforce proceedings. *See* 6/23/08 Hr'g Trans, 3:22-
14   4:22. Furthermore, counsel for ConnectU made clear during the June 23, 2008, hearing, that only
15   ConnectU was before the Court that day to oppose Plaintiffs' Motion to Enforce:

> Mr. Barrett: Your Honor, thank you very much. David Barrett
> from Boies, Schiller & Flexner representing ConnectU, which I
> should note is the only party that -- on the defendant's side which is
> properly before this Court. … So that's the reason that I only
> appear today in this Court on behalf of ConnectU.

19   6/23/08 Hr'g Trans., 15:2-13.

20   Plaintiffs, therefore, request that the Court strike from the November 3, 2008, Order, the
21   language: "and the Founders (collectively, "ConnectU")" to comport with the record in this case.
22   *Id.*

24   November 10, 2008

                                                                /s/ Theresa A. Sutton /s/
                                                                Theresa A. Sutton

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 10, 2008.

Dated: November 10, 2008.           Respectfully submitted,

                                           /s/ Theresa A. Sutton /s/
                                             Theresa A. Sutton