SEAN A. LINCOLN (State Bar No. 136387)
  salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
  mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
  tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
  ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>　　　　Defendants. | Case No. 5:07-CV-01389-JW<br><br>**DECLARATION OF THERESA A. SUTTON IN SUPPORT OF PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF, PURSUANT TO CIVIL LOCAL RULE 7-11, TO CORRECT NOVEMBER 3, 2008, ORDER DIRECTING SPECIAL MASTER TO DELIVER PROPERTY** |

OHS West:260547546.1

SUTTON DECLARATION ISO MOTION TO CORRECT ORDER
5:07-CV-01389-JW

I, Theresa A. Sutton, declare as follows:

1. I am an associate at the law firm of Orrick, Herrington & Sutcliffe, counsel for Plaintiffs Facebook, Inc. and Mark Zuckerberg in this action, and a member of the Bar of the state of California. I make this declaration in support of Plaintiffs' Motion for Administrative Relief Pursuant to Civil Local Rule 7-11, to Correct November 3, 2008, Order Directing Special Master to Deliver Property. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of relevant excerpts from the June 23, 2008, hearing on Plaintiffs' Motion to Enforce the Settlement Agreement.

3. A stipulation of the parties could not be obtained, as counsel for defendant ConnectU would not agree to join Plaintiffs' Motion for Administrative Relief. A true and correct copy of Mr. Underhill's November 10, 2008, email is attached hereto as **Exhibit B**.

I declare the foregoing is true and correct to the best of my knowledge. Executed this 10th day of November 2008, at Menlo Park, California.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Theresa A. Sutton /s/
　　　　　　　　　　　　　　　　　　　　　　　　　Theresa A. Sutton

OHS West:260547546.1

SUTTON DECLARATION ISO MOTION TO CORRECT ORDER
5:07-CV-01389-JW

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 10, 2008.

Dated: November 10, 2008.          Respectfully submitted,

                                    /s/ Theresa A. Sutton /s/
                                    Theresa A. Sutton