1   SEAN A. LINCOLN (State Bar No. 136387)
        salincoln@orrick.com
2   I. NEEL CHATTERJEE (State Bar No. 173985)
        nchatterjee@orrick.com
3   MONTE COOPER (State Bar No. 196746)
        mcooper@orrick.com
4   THERESA A. SUTTON (State Bar No. 211857)
        tsutton@orrick.com
5   YVONNE P. GREER (State Bar No. 214072)
        ygreer@orrick.com
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
7   Menlo Park, CA  94025
    Telephone:    650-614-7400
8   Facsimile:    650-614-7401

9   Attorneys for Plaintiffs
    THE FACEBOOK, INC. and MARK ZUCKERBERG

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

14

| | |
|---|---|
| 15  THE FACEBOOK, INC. and MARK ZUCKERBERG, | Case No.  5:07-CV-01389-JW |
| 16              Plaintiffs, | **DECLARATION OF THERESA A. SUTTON IN SUPPORT OF** |
| 17      v. | **PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF,** |
| 18  CONNECTU, INC. (formerly known as | **PURSUANT TO CIVIL LOCAL RULE 7-11, FOR CLARIFICATION** |
| 19  CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., | **OF NOVEMBER 3, 2008, ORDERS** |
| 20  WINSTON WILLIAMS, and WAYNE CHANG, | |
| 21              Defendants. | |
| 22 | |

23

24

25

26

27

28

OHS West:260547432.1

SUTTON DECLARATION ISO MOTION FOR CLARIFICATION
5:07-CV-01389-JW

1  I, Theresa A. Sutton, declare as follows:

2  1. I am an associate at the law firm of Orrick, Herrington & Sutcliffe, counsel for

3  Plaintiffs Facebook, Inc. and Mark Zuckerberg in this action, and a member of the Bar of the state

4  of California. I make this declaration in support of Plaintiffs' Motion for Administrative Relief

5  Pursuant to Civil Local Rule 7-11, for Clarification Of November 3, 2008, Orders. I make this

6  declaration of my own personal knowledge and, if called as a witness, I could and would testify

7  competently to the truth of the matters set forth herein.

8  2. Attached hereto as **Exhibit A** is a true and correct copy of Michael Underhill's

9  November 6, 2008, letter to Neel Chatterjee.

10  3. A stipulation of the parties could not be obtained, as counsel for defendant

11  ConnectU would not agree to join Plaintiffs' Motion for Administrative Relief. A true and correct

12  copy of Mr. Underhill's November 10, 2008, email is attached hereto as **Exhibit B**.

13  I declare the foregoing is true and correct to the best of my knowledge. Executed this

14  10th day of November 2008, at Menlo Park, California.

15

16

17

18  /s/ Theresa A. Sutton /s/
   Theresa A. Sutton

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 10, 2008.

Dated: November 10, 2008.                    Respectfully submitted,

                                        /s/ Theresa A. Sutton /s/
                                        Theresa A. Sutton