| | |
|---|---|
| 1 | STEVEN C. HOLTZMAN (State Bar No. 144177) |
| | sholtzman@bsfllp.com |
| 2 | BOIES, SCHILLER & FLEXNER LLP |
| | 1999 Harrison Street, Suite 900 |
| 3 | Oakland, CA 94612 |
| | Telephone: (510) 874-1000 |
| 4 | Facsimile: (510) 874-1460 |
| 5 | DAVID A. BARRETT (*pro hac vice*) |
| | dbarrett@bsfllp.com |
| 6 | BOIES, SCHILLER & FLEXNER LLP |
| | 575 Lexington Ave., 7th Floor |
| 7 | New York, NY 10022 |
| | Telephone: (212) 446-2300 |
| 8 | Facsimile: (212) 446-2350 |
| 9 | D. MICHAEL UNDERHILL (*pro hac vice*) |
| | munderhill@bsfllp.com |
| 10 | BOIES, SCHILLER & FLEXNER LLP |
| | 5301 Wisconsin Avenue NW |
| 11 | Washington, D.C. 20015 |
| | Telephone: (202) 237-2727 |
| 12 | Facsimile: (202) 237-6131 |
| 13 | Attorneys for Defendants ConnectU, Inc., |
| | Cameron Winklevoss, Tyler Winklevoss, |
| 14 | and Divya Narendra. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG, | Case No. 5:07-CV-01389-RS |
| Plaintiffs, | **DECLARATION OF EVAN A. PARKE IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CORRECT/STRIKE (Dkt. No. 657); and** |
| v. | **RESPONSE TO PLAINTIFFS' ADMINISTRATIVE REQUEST FOR CLARIFICATION (Dkt. No. 659)** |
| CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG, | |
| Defendants. | |

I, Evan A. Parke, declare as follows:

1. I am an associate with the law firm of Boies, Schiller & Flexner LLP, counsel for ConnectU, Inc ("ConnectU"), Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra. I am licensed to practice law in the District of Columbia and am appearing in this case per an order of the Court granting my application to appear *pro hac vice*. I have personal knowledge of the facts and circumstances set forth in this Declaration.

2. Attached as Exhibit A to my declaration is an accurate copy of transcript excerpts from a hearing taking place in the Court on July 2, 2008.

3. Attached as Exhibit B to my declaration is an accurate copy of a letter sent from D. Michael Underhill, counsel for Defendants, to Neel Chatterjee, counsel for Plaintiffs, on Thursday, November 6, 2008.

4. Attached as Exhibit C to my declaration is an accurate copy of email correspondence between D. Michael Underhill, counsel for Defendants, and Neel Chatterjee and Theresa Sutton, counsel for Plaintiffs, from Thursday, November 6, 2008, to Monday, November 10, 2008.

5. Attached as Exhibit D to my declaration is an accurate copy of transcript excerpts from a hearing taking place in the Court on August 6, 2008.

6. Attached as Exhibit E to my declaration is an accurate copy of transcript excerpts from a hearing taking place in the Court on October 28, 2008.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 14th day of November, 2008.

        /s/ Evan A. Parke /s/

        Evan A. Parke

1    PARKE DECLARATION IN SUPPORT OF DEFENDANTS' RESPONSES TO PLAINTIFFS' TWO ADMIN. MOTIONS
5:07-CV-01389-JW

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 14, 2008.

Dated: November 14, 2008

                                        /s/ Steven C. Holtzman
                                   Steven C. Holtzman

Attorney for Defendants ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra.