SEAN A. LINCOLN (State Bar No. 136387)
salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

IT IS SO ORDERED
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

On July 2, 2008, the Court entered a Judgment Enforcing Settlement Agreement (Docket Item No. 476) and on November 21, 2008, the Court entered an Amended Judgment Ordering Specific Performance of Settlement Agreement and Declaratory Judgment Release (Docket Item No. 665). Pursuant to the Judgment and Amended Judgment, all claims asserted against Defendants ConnectU, Inc., Pacific Northwest Software, Inc., Winston Williams, and Wayne Change, are dismissed with prejudice.

The parties shall bear their own attorney fees and costs. The Clerk shall close this file.

Dated: December 15, 2008

_____
JAMES WARE
United States District Judge