ORIGINAL
FILED

08 DEC 19 PM 5:57

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S J.

1   STEVEN C. HOLTZMAN (CA BAR NO. 144177)
      sholtzman@bsfllp.com
2   BOIES SCHILLER & FLEXNER LLP
    1999 Harrison Street, Suite 900
3   Oakland, CA 94612
    Telephone: (510) 874-1000
4   Facsimile: (510) 874-1460

5   D. MICHAEL UNDERHILL *(pro hac vice)*
      munderhill@bsfllp.com
6   BOIES SCHILLER & FLEXNER LLP
    5301 Wisconsin Avenue NW
7   Washington, D.C. 20015
    Telephone: (202) 237-2727
8   Facsimile: (202) 237-6131

9   Attorneys for Defendant
    CONNECTU, INC.

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

13  THE FACEBOOK, INC. and MARK            Case No. 5:07-CV-01389-JW
    ZUCKERBERG,
14                                         **DECLARATION OF SERVICE**
                           Plaintiffs,
15            v.

16  CONNECTU, INC. (formerly known as
    CONNECTU, LLC), PACIFIC NORTHWEST
17  SOFTWARE, INC., WINSTON WILLIAMS, and
    WAYNE CHANG,
18
                           Defendants.
19

20

21

22

23

24

25

26

27

28

# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 1999 Harrison Street, Suite 900, Oakland, California, 94612, in said County and State; on December 19, 2008, I served the:

1. **NOTICE OF APPEAL**

2. **REPRESENTATION STATEMENT PURSUANT TO NINTH CIRCUIT RULE 3-2**

3. **UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT CIVIL APPEALS DOCKETING STATEMENT**

By providing a true copy thereof addressed to each of the persons named below:

Monte M.F. Cooper
Chester Wren-Ming Day
I. Neel Chatterjee
Sean Alan Lincoln
Theresa Ann Sutton
Yvonne Penas Greer
George Hopkins Guy, III
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
Email: mcooper@orrick.com
cday@orrick.com
nchatterjee@orrick.com
slincoln@orrick.com
tsutton@orrick.com
ygreer@orrick.com
hopguy@orrick.com

☐    <u>BY FIRST CLASS MAIL</u>: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    <u>BY PERSONAL SERVICE</u>: I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

1    ☐    <u>BY ELECTRONIC MAIL</u>

2    ☐    <u>BY FACSIMILE</u>: From facsimile machine telephone number (510) 874-1460,
3        on the above-mentioned date, I served a full and complete copy of the above-
       referenced document[s] by facsimile transmission to the person[s] at the
4        number[s] indicated.

5    ☑    <u>BY FEDERAL EXPRESS NEXT DAY AIR</u>: I placed a true copy in a sealed
       envelope addressed as indicated above, on the above-mentioned date. I am familiar
6        with the firm's practice of collection and processing correspondence for delivery by
7        Federal Express. Pursuant to that practice, envelopes placed for collection at
       designated locations during designated hours are delivered to Federal Express with a
8        fully completed airbill, under which all delivery charges are paid by Boies, Schiller &
       Flexner LLP, that same day in the ordinary course of business.

9

10    ☑    <u>(STATE)</u>        I declare under penalty of perjury under the laws of the State of
                         California that the above is true and correct and that the foregoing
                         document(s) were printed on recycled paper.

11    ☑    <u>(FEDERAL)</u>      I declare that I am employed in the office of a member of the bar of
12                          this court at whose direction the service was made.

13    Executed on December 19, 2008 at Oakland, California.

14

15                                    Catherine T. Duong

16

17

18

19

20

21

22

23

24

25

26

27

28

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 1999 Harrison Street, Suite 900, Oakland, California, 94612, in said County and State; on December 19, 2008, I served the:

1. **NOTICE OF APPEAL**

2. **REPRESENTATION STATEMENT PURSUANT TO NINTH CIRCUIT RULE 3-2**

3. **UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT CIVIL APPEALS DOCKETING STATEMENT**

By providing a true copy thereof addressed to each of the persons named below:

Scott Richard Mosko
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666
Email: scott.mosko@finnegan.com

☐ <u>BY FIRST CLASS MAIL</u>: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ <u>BY PERSONAL SERVICE</u>: I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☑ <u>BY ELECTRONIC MAIL</u>

☐ <u>BY FACSIMILE</u>: From facsimile machine telephone number (510) 874-1460, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

☐ <u>BY FEDERAL EXPRESS NEXT DAY AIR</u>: I placed a true copy in a sealed

3

envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed airbill, under which all delivery charges are paid by Boies, Schiller & Flexner LLP, that same day in the ordinary course of business.

☐   (STATE)      I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that the foregoing document(s) were printed on recycled paper.

☑   (FEDERAL)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 19, 2008 at Oakland, California.

Catherine T. Duong