ORIGINAL

1  SEAN A. LINCOLN (STATE BAR NO. 136387) **FILED**
   salincoln@orrick.com
2  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com  2009 JAN -7 P 3: 36
3  WARRINGTON S. PARKER, III (STATE BAR NO. 148003)
   wparker@orrick.com
4  MONTE COOPER (STATE BAR NO. 196746)  RICHARD W. WIEKING
   mcooper@orrick.com  CLERK
5  THERESA A. SUTTON (STATE BAR NO. 211857)  U.S. DISTRICT COURT
   tsutton@orrick.com  NO. DIST. OF CA. S.J.
6  YVONNE P. GREER (STATE BAR NO. 214072)
   ygreer@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
8  Menlo Park, CA 94025
   Telephone: +1-650-614-7400
9  Facsimile: +1-650-614-7401

10 Attorneys for Plaintiffs
   THE FACEBOOK, INC. and MARK ZUCKERBERG

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                           SAN JOSE DIVISION

15

16 THE FACEBOOK, INC. and MARK             Case No. 5:07-CV-01389-JW
   ZUCKERBERG,
17                                          **REPRESENTATION STATEMENT
                    Plaintiffs,             OF FACEBOOK, INC. AND MARK
18                                          ZUCKERBERG PURSUANT TO
           v.                               NINTH CIRCUIT RULE 3-2**
19
   CONNECTU, INC. (formerly known as
20 CONNECTU, LLC), PACIFIC
   NORTHWEST SOFTWARE, INC.,
21 WINSTON WILLIAMS, and WAYNE
   CHANG,
22
                    Defendants.
23

24

25

26

27

28

Facebook, Inc. and Mark Zuckerberg file this Representation Statement in accordance with Ninth Circuit Rule 3-2. The parties to the suit and their respective counsel, including their contact information. Please note that ConnectU, Inc. has new counsel as of December 15, 2008. For completeness, we include information pertaining to prior counsel and current counsel.

**Parties:**

The Facebook, Inc. (Cross-Appellants)
Mark Zuckerberg (Cross-Appellants)

**Counsel:**
Sean A. Lincoln (SBN 136387)
I. Neel Chatterjee (SBN 173985)
Warrington S. Parker (SBN 148003)
Monte Cooper (SBN 196746)
Theresa A. Sutton (SBN 211857)
Yvonne P. Greer (SBN 214072)
ORRICK, HERRINGTON & SUTCLIFFE
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

**Party:**

**Prior To December 15, 2008**

ConnectU, Inc. (formerly known as ConnectU, LLC) (Appellant)

**Counsel:**
Steven C. Holtzman (SBN 144177)
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

D. Michael Underhill *(pro hac vice)*
Jonathan M. Shaw *(pro hac vice)*
Evan A. Parke *(pro hac vice)*
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

David A. Barrett *(pro hac vice)*
BOIES SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Scott R. Mosko (SBN106070)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

| | |
|---|---|
| 1 | John F. Hornick |
| 2 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| 3 | 901 New York Avenue N.W. Washington, DC 20001 |
| 4 | Tel: (202) 408-4000 Fax: (202) 408-4400 |
| 5 | **Following December 15, 2008** |
| 6 | James E. Towery |
| 7 | HOGE, FENTON, JONES & APPEL, INC. 60 South Market Street, Suite 1400 |
| 8 | San Jose, CA 95113-2396 Tel: (408) 287-9501 |
| 9 | Fax: (408) 287-2583 |
| 10 | Alison P. Buchanan HOGE, FENTON, JONES & APPEL, INC. |
| 11 | 60 South Market Street, Suite 1400 San Jose, CA 95113-2396 |
| 12 | Tel: (408) 287-9501 Fax: (408) 287-2583 |
| 13 | |
| 14 | Jill E. Fox HOGE, FENTON, JONES & APPEL, INC. |
| 15 | 60 South Market Street, Suite 1400 San Jose, CA 95113-2396 |
| 16 | Tel: (408) 287-9501 Fax: (408) 287-2583 |
| 17 | Steven C. Holtzman (SBN 144177) |
| 18 | BOIES SCHILLER & FLEXNER LLP 1999 Harrison Street, Suite 900 |
| 19 | Oakland, CA 94612 Telephone: (510) 874-1000 |
| 20 | Facsimile: (510) 874-1460 |
| 21 | D. Michael Underhill *(pro hac vice)* Jonathan M. Shaw *(pro hac vice)* |
| 22 | Evan A. Parke *(pro hac vice)* BOIES SCHILLER & FLEXNER LLP |
| 23 | 5301 Wisconsin Avenue NW Washington, D.C. 20015 |
| 24 | Telephone: (202) 237-2727 Facsimile: (202) 237-6131 |
| 25 | David A. Barrett *(pro hac vice)* |
| 26 | BOIES SCHILLER & FLEXNER LLP 575 Lexington Avenue, 7th Floor |
| 27 | New York, NY 10022 Telephone: (212) 446-2300 |
| 28 | Facsimile: (212) 446-2350 |

| | | |
|---|---|---|
| 1 | **Parties:** | **Parties:** |
| 2 | | Cameron Winklevoss (Appellant) |
| 3 | Pacific Northwest Software, Inc. (Defendant) | Tyler Winklevoss (Appellant) |
| | Wayne Chang (Defendant) | Divya Narendra (Appellant) |
| 4 | Winston Williams (Defendant) | |
| 5 | **Counsel:** | **Counsel:** |
| | Scott R. Mosko (SBN106070) | Steven C. Holtzman (SBN 144177) |
| 6 | FINNEGAN, HENDERSON, FARABOW, GARRETT | BOIES SCHILLER & FLEXNER LLP |
| 7 | & DUNNER, L.L.P. | 1999 Harrison Street, Suite 900 |
| | Stanford Research Park | Oakland, CA 94612 |
| 8 | 3300 Hillview Avenue | Telephone: (510) 874-1000 |
| | Palo Alto, California 94304 | Facsimile: (510) 874-1460 |
| 9 | Telephone: (650) 849-6600 | |
| | Facsimile: (650) 849-6666 | D. Michael Underhill *(pro hac vice)* |
| 10 | | Jonathan M. Shaw *(pro hac vice)* |
| | | Evan A. Parke *(pro hac vice)* |
| 11 | | BOIES SCHILLER & FLEXNER LLP |
| | | 5301 Wisconsin Avenue NW |
| 12 | | Washington, D.C. 20015 |
| | | Telephone: (202) 237-2727 |
| 13 | | Facsimile: (202) 237-6131 |
| 14 | | David A. Barrett *(pro hac vice)* |
| | | BOIES SCHILLER & FLEXNER LLP |
| 15 | | 575 Lexington Avenue, 7th Floor |
| | | New York, NY 10022 |
| 16 | | Telephone: (212) 446-2300 |
| | | Facsimile: (212) 446-2350 |
| 17 | | Mark A. Byrne (SBN116657) |
| 18 | | BYRNE & NIXON LLP |
| | | 800 West Sixth Street, Suite 430 |
| 19 | | Los Angeles, California 90017 |
| | | Telephone: (213) 620-8003 |
| 20 | | Fascimile: (213) 620-8013 |
| 21 | | Sean F. O'Shea *(pro hac vice)* |
| | | Mark A. Weissman *(pro hac vice)* |
| 22 | | O'SHEA PARTNERS LLP |
| | | 90 Park Avenue, 20th Floor |
| 23 | | New York, NY 10016 |
| | | Telephone: (212) 682-4426 |
| 24 | | Facsimile: (212) 682-4437 |
| 25 | | John F. Hornick |
| | | FINNEGAN, HENDERSON, FARABOW, |
| 26 | | GARRETT & DUNNER, L.L.P. |
| | | 901 New York Avenue N.W. |
| 27 | | Washington, DC 20001 |
| | | Tel: (202) 408-4000 |
| 28 | | Fax: (202) 408-4400 |

| | |
|---|---|
| 1 | Scott R. Mosko (SBN106070)<br>FINNEGAN, HENDERSON,<br>FARABOW, GARRETT<br>& DUNNER, L.L.P.<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Respectfully submitted, |
| 8 | Dated: January 8, 2009 |

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
I. NEEL CHATTERJEE
Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG