ORIGINAL FILED

2009 JAN -7 P 3:31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEAN A. LINCOLN (State Bar No. 136387)
   salincoln@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
   tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
   ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**PROOF OF SERVICE VIA UNITED STATES MAIL** |

OHS West:260578072.1

PROOF OF SERVICE
5:07-CV-01389-RS

Dockets.Justia.com

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. On January 8, 2009, I served the within document(s):

1. **NOTICE OF CROSS-APPEAL BY FACEBOOK, INC. AND MARK ZUCKERBERG;**

2. **REPRESENTATION STATEMENT OF FACEBOOK, INC. AND MARK ZUCKERBERG PURSUANT TO NINTH CIRCUIT RULE 3-2;**

3. **UNITED STATES COURT OF APPEALS FOR TE NINTH CIRCUIT CIVIL APPEALS DOCKETING STATEMENT.**

|   | |
|---|---|
|   | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:30 p.m. on January 8, 2009. |
| X | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on January 8, 2009. |
|   | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

**ATTORNEYS FOR DEFENDANTS CONNECTU INC. (PRIOR TO DECEMBER 15, 2008), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG**

Scott Mosko
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

**ATTORNEYS FOR DEFENDANTS CONNECTU INC. (PRIOR TO AND FOLLOWING DECEMBER 15, 2008), CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA**

Steven C. Holtzman
Boies Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

David A. Barrett
Boies Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Jonathan M. Shaw
D. Michael Underhill
Evan A. Parke
Boies Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**ATTORNEYS FOR APPELLANT CONNECTU, INC.**
**(FOLLOWING DECEMBER 15, 2008)**
Motion for Withdrawal and Appointment of Substitute Counsel Pending before the
United States Court of Appeals for the Ninth Circuit

**James E. Towery**
**Alison P. Buchanan**
**Jill E. Fox**
Hoge, Fenton, Jones & Appel, Inc.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax: (408) 287-2583

**ATTORNEYS FOR CAMERON WINKLEVOSS**
**TYLER WINKLEVOSS AND DIVYA NARENDRA**

| | |
|---|---|
| **Mark A. Byrne**<br>Byrne & Nixon LLP<br>800 West Sixth Street, Suite 430<br>Los Angeles, CA 90017<br>Tel: (213) 620-8003<br>Fax: (213) 620-8012 | **Sean F. O'Shea**<br>**Mark A. Weissman**<br>O'Shea Partners LLP<br>521 Fifth Avenue, 25th Floor<br>New York, New York 10175<br>Tel: (212) 682-4426<br>Fax: (212) 682-4437 |

**ATTORNEYS FOR DEFENDANTS CONNECTU INC. (PRIOR TO DECEMBER 15, 2008),**
**CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA**

**John F. Hornick**
Finnegan Henderson, Farabow,
Garrett & Dunner, L.L.P.
901w York Avenue N.W.
Washington, DC 20001
Tel: (202) 408-4000
Fax: (202) 408-4400

I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service this same day in the ordinary course of business.

Executed on January 8, 2009 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Karen N. Mudurian_