UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

January 14, 2009

**CASE INFORMATION:**
Short Case Title: <u>THE FACEBOOK, INC.</u>-v- <u>CONNECTU, LLC, ET AL</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: ***San Jose Division, Judge James Ware***
Criminal and/or Civil Case No.: <u>CV 07-01389 JW</u>
Date Complaint/Indictment/Petition Filed: ***3/9/07***
Date Appealed order/judgment *entered* ***11/30/07; 12/15/08***
Date *Notice of Cross Appeal* filed ***1/8/09***
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):      ☐ granted in full (attach order)      ☐ denied in full (send record)
                             ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: ***Irene Rodriguez (408) 947-8160***

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: *1/8/09*                      Date Docket Fee Billed:
Date FP granted:                                    Date FP denied:
Is FP pending? ☐ yes  ☐ no                          Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                        Appellee Counsel:
I. Neel Chatterjee                        Evan A. Parke
Orrick Herrington & Sutcliffe LLP         Boies Schiller & Flexner LLP
1000 Marsh Road                           1999 Harrison Street, Suite 900
Menlo Park, CA 94025                      Oakland, Calif., 94612
650-614-7400                              (510) 874-1000
650-614-7401 (fax)
nchatterjee@orrick.com
☒ retained   ☐ CJA   ☐ FPD  ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                              Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                 9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Cindy Vargas</u>