The Facebook, Inc. v. Connectu, LLC et al
Case5:07-cv-01389-JW   Document687   Filed07/29/09   Page1 of 3
Doc. 687

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Facebook, Inc., et al.,<br><br>        Plaintiffs,<br>  v.<br><br>ConnectU, Inc., et al.,<br><br>        Defendants.<br>_____/ | NO. C 07-01389 JW<br><br>**ORDER REQUIRING FURTHER BRIEFING AND SETTING HEARING ON CONNECTU'S MOTION TO DISQUALIFY** |

      Pursuant to the Ninth Circuit Court of Appeals' limited remand and mandate on ConnectU's Motion to Disqualify Counsel (Docket Item No. 686), the parties shall appear for oral argument on the Motion on **August 17, 2009 at 10 a.m.** In preparation for the hearing, on or before **August 7, 2009**, the parties shall provide the following information in a declaration or a statement of Stipulated Facts. To facilitate the Court's comparison of the responses, use the Court's numbering and repeat each inquiry as a heading:

    1.    With respect to each appeal and cross-appeal pending before the Ninth Circuit:

        a.    List the names of each appellant and respondent;

        b.    Briefly describe the contentions made by each and against whom;

        c.    Briefly describe the relief sought by each and against whom;

        d.    Except for the Motion remanded to this Court, describe any motions made and pending in the Ninth Circuit by each party and the relief sought;

        e.      If a party has taken any position with respect to any existing or potential motions, describe the position taken and the response, if any, that has been tendered in opposition or response; and

        f.      To the extent a party to the appeal takes the position that ConnectU is in an adversary relationship with the Founders, describe the adversity.

2. To the extent the Founders contend that they are owed money by ConnectU, state whether a claim for those funds are part of the Ninth Circuit's appeal remanded to this Court for a limited purpose. If not, describe what effect this Court should give to that debt in deciding the remanded Motion.

3. State whether the Founders are being represented in the demand for or collection of a debt from ConnectU by the same attorneys who jointly represented the Founders and ConnectU when the debt was created or during any period of time before the ConnectU stock was transferred to Facebook as part of the execution of the Judgment from which the current appeal is being taken.

4. With respect to ConnectU's client files, state whether there is a general business verses litigation breakdown.

It is the Court's preference that the parties file a joint response to the above questions. However, to the extent that the parties cannot agree to a statement of Stipulated Facts, the parties may file separate responses.

Dated: July 29, 2009

                                                                            JAMES WARE
                                                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Eric Van Dalsem brucevandalsem@quinnemanuel.com
Chester Wren-Ming Day cday@orrick.com
D. Michael Underhill Munderhill@BSFLLP.com
David A. Barrett dbarrett@bsfllp.com
Evan A. Parke eparke@bsfllp.com
George Hopkins Guy hopguy@orrick.com
I. Neel Chatterjee nchatterjee@orrick.com
Jonathan M. Shaw jshaw@bsfllp.com
Kalama M. Lui-Kwan klui-kwan@fenwick.com
Mark A. Weissman mweissman@osheapartners.com
Mark Andrew Byrne markbyrne@byrnenixon.com
Monte M.F. Cooper mcooper@orrick.com
Rachel E. Matteo-Boehm rachel.matteo-boehm@hro.com
Randy Garteiser randygarteiser@quinnemanuel.com
Roger Rex Myers roger.myers@hro.com
Scott Richard Mosko scott.mosko@finnegan.com
Sean Alan Lincoln slincoln@Orrick.com
Sean F. O'Shea soshea@osheapartners.com
Steven Christopher Holtzman sholtzman@bsfllp.com
Theresa Ann Sutton tsutton@orrick.com
Tyler Alexander Baker Tbaker@fenwick.com
Valerie Margo Wagner vwagner@gcalaw.com
Warrington S. Parker wparker@orrick.com
Yvonne Penas Greer ygreer@orrick.com

**Dated: July 29, 2009**  **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**