UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME:** 1 hr 48 mins

CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:**   August 17, 2009 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-07-01389  JW | **Special Master:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

TITLE

The Facebook, Inc. v. Connectu, Inc. et. al.

**Attorney(s) for Plaintiff(s)**: Neel Chatterjee (Facebook Inc., Mark Zuckerberg)
James Towery, Alison Buchanan (Connectu)
**Attorney(s) for Defendant(s)**: David Barrett, Scott Mosko ("the Founders")

PROCEEDINGS

**Hearing on Ninth Circuit's Limited Remand on Connectu, Inc's Motion to Disqualify Counsel [Doc. 686]**

ORDER AFTER HEARING

Hearing Held.  The Court took the matter under submission after oral argument.  The Court to issue further Order following hearing.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: