1  Steven C. Holtzman (State Bar No. 144177)
   sholtzmann@bsfllp.com
2  BOIES SCHILLER & FLEXNER LLP
   1999 Harrison Street, Suite 900
3  Oakland, California 94612
   Telephone: (510) 874-1000
4  Facsimile: (510) 874-1460

5  D. Michael Underhill (*pro hac vice*)
   munderhill@bsfllp.com
6  BOIES SCHILLER & FLEXNER LLP
   5301 Wisconsin Avenue, N.W.
7  Washington, D.C. 20015
   Telephone: (202) 237-2727
8  Facsimile: (202) 237-6131

9  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
10 FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
11 Stanford Research Park
   3300 Hillview Avenue
12 Palo Alto, California 94304
   Telephone: (650) 849-6600
13 Facsimile: (650) 849-6666

14 Attorneys for CAMERON WINKLEVOSS,
   TYLER WINKLEVOSS, and DIVYA NARENDRA
15

16                     UNITED STATES DISTRICT COURT
17                    NORTHERN DISTRICT OF CALIFORNIA
18                            SAN JOSE DIVISION

19 | THE FACEBOOK, INC. and | Case No. 5:07-CV-01389-JW
20 | MARK ZUCKERBERG, |
   |                        | **CAMERON WINKLEVOSS,**
21 | Plaintiffs,            | **TYLER WINKLEVOSS, AND DIVYA**
   |                        | **NARENDRA'S CIVIL L.R. 7-11 MOTION**
22 | v.                     | **FOR LEAVE TO FILE SUPPLEMENTAL**
   |                        | **BRIEF**
23 | CONNECTU, INC. (formerly known as |
24 | CONNECTU, LLC), PACIFIC NORTHWEST |
   | SOFTWARE, INC., WINSTON WILLIAMS, |
25 | and WAYNE CHANG, |
26 | Defendants. |
27
28

FOUNDERS' MOTION FOR LEAVE TO FILE
SUPPLEMENTAL BRIEF - 5:07-CV-01389-JW

Dockets.Justia.com

1    Pursuant to Civil L.R. 7-11, Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra
2 ("Founders") hereby seek the Court's permission to file the attached two-and-a-half-page supple-
3 mental brief addressing questions raised during the August 17, 2009 hearing on ConnectU's Motion
4 to Disqualify Counsel.  As stated in the accompanying declaration, Founders attempted to secure an
5 agreement with ConnectU that this proposed supplemental brief could be filed.  ConnectU declined
6 to allow Founders to file a supplemental brief.

7    At the end of the hearing, this Court requested that Founders provide additional information
8 related to debts formerly owed them by ConnectU.  This Court's clerk met with the parties after the
9 hearing to discuss a schedule for this submission.  The clerk stated that Founders' submission would
10 be due on August 21, 2009, and ConnectU's response would be due August 26, 2009.  The Founders'
11 response is set forth in a separate pleading, also filed today.

Dated:  August 21, 2009

BOIES SCHILLER & FLEXNER LLP

By: ___/s/ D. Michael Underhill___
D. Michael Underhill

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

By: ___/s/ Scott R. Mosko___
Scott R. Mosko

Attorneys for CAMERON WINKLEVOSS,
TYLER WINKLEVOSS, and DIVYA NARENDRA