1  Steven C. Holtzman (State Bar No. 144177)
   sholtzmann@bsfllp.com
2  BOIES SCHILLER & FLEXNER LLP
   1999 Harrison Street, Suite 900
3  Oakland, California  94612
   Telephone:  (510) 874-1000
4  Facsimile:   (510) 874-1460

5  D. Michael Underhill (*pro hac vice*)
   BOIES SCHILLER & FLEXNER LLP
6  munderhill@bsfllp.com
   5301 Wisconsin Avenue, N.W.
7  Washington, D.C.  20015
   Telephone:  (202) 237-2727
8  Facsimile:   (202) 237-6131

9  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
10 FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
11 Stanford Research Park
   3300 Hillview Avenue
12 Palo Alto, California  94304
   Telephone:  (650) 849-6600
13 Facsimile:   (650) 849-6666

14 Attorneys for CAMERON WINKLEVOSS,
   TYLER WINKLEVOSS, and DIVYA NARENDRA
15

16                       UNITED STATES DISTRICT COURT

17                      NORTHERN DISTRICT OF CALIFORNIA

18                              SAN JOSE DIVISION

19 | THE FACEBOOK, INC. and | Case No. 5:07-CV-01389-JW
   | MARK ZUCKERBERG,
20 |                         | **DECLARATION OF SCOTT R. MOSKO**
   |                         | **IN SUPPORT OF FOUNDERS' MOTION**
21 |         Plaintiffs,     | **FOR LEAVE TO FILE SUPPLEMENTAL**
   |                         | **BRIEF**
22 |     v.                  |

23 | CONNECTU, INC. (formerly known as
   | CONNECTU, LLC), PACIFIC NORTHWEST
24 | SOFTWARE, INC., WINSTON WILLIAMS,
   | and WAYNE CHANG,
25 |
26 |         Defendants.
27
28

I, Scott R. Mosko declare:

1. I am an attorney duly licensed to practice law in the state courts of California and am admitted to practice law in the Northern District of California. I am a partner with Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., counsel of record for Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra, along with the Boies Schiller & Flexner LLP firm.

2. On August 21, 2009, I left a voice mail message for James Towery, whom I understand is lead counsel for ConnectU, Inc. I advised Mr. Towery that the Founders intended to file a request pursuant to Civil L.R. 7-11 to file a supplemental brief. Mr. Towery returned my call to advise that he was unable to contact his client and therefore was not in a position to agree that the Founders could file a supplemental brief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Palo Alto, California, this 21st day of August 2009.

/s/ Scott R. Mosko
Scott R. Mosko