1  Steven C. Holtzman (State Bar No. 144177)
   sholtzmann@bsfllp.com
2  BOIES SCHILLER & FLEXNER LLP
   1999 Harrison Street, Suite 900
3  Oakland, California 94612
   Telephone: (510) 874-1000
4  Facsimile: (510) 874-1460

5  D. Michael Underhill (*pro hac vice*)
   munderhill@bsfllp.com
6  BOIES SCHILLER & FLEXNER LLP
   5301 Wisconsin Avenue, N.W.
7  Washington, D.C. 20015
   Telephone: (202) 237-2727
8  Facsimile: (202) 237-6131

9  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
10 FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
11 Stanford Research Park
   3300 Hillview Avenue
12 Palo Alto, California 94304
   Telephone: (650) 849-6600
13 Facsimile: (650) 849-6666

14 Attorneys for CAMERON WINKLEVOSS,
   TYLER WINKLEVOSS, and DIVYA NARENDRA
15

16                 UNITED STATES DISTRICT COURT
17                 NORTHERN DISTRICT OF CALIFORNIA
18                         SAN JOSE DIVISION

19 | THE FACEBOOK, INC. and | Case No. 5:07-CV-01389-JW
   | MARK ZUCKERBERG, |
20 | |
21 |        Plaintiffs, | **[PROPOSED] ORDER GRANTING**
   | | **FOUNDERS LEAVE TO FILE**
22 | v. | **SUPPLEMENTAL BRIEF**
23 | CONNECTU, INC. (formerly known as |
   | CONNECTU, LLC), PACIFIC NORTHWEST |
24 | SOFTWARE, INC., WINSTON WILLIAMS, |
   | and WAYNE CHANG, |
25 | |
26 |        Defendants. |
27
28

1   Upon good cause shown, IT IS HEREBY ORDERED that CAMERON WINKLEVOSS,
2  TYLER WINKLEVOSS, and DIVYA NARENDRA shall be given leave to file the proposed two-
3  and-a-half-page supplemental brief in connection with ConnectU's Motion to Disqualify Counsel.
4  Exhibit A attached to the Motion to File Supplemental Brief shall be deemed filed in this proceeding.
5   IT IS SO ORDERED.

7  Dated: _____

_____
James Ware
United States District Judge

[PROPOSED] ORDER GRANTING FOUNDERS LEAVE
TO FILE SUPPLEMENTAL BRIEF - 5:07-CV-01389-JW