1  JAMES E. TOWERY -- BAR NO. 74058
   ALISON P. BUCHANAN -- BAR NO. 215710
2  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
3  San Jose, California 95113-2396
   Phone: (408) 287-9501
4  Fax:  (408) 287-2583

5  Attorneys for
   CONNECTU, INC.
6  (Formerly CONNECTU, LLC)

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

11

12  THE FACEBOOK, INC. and MARK Case No.  5:07-CV-01389-JW
    ZUCKERBERG,
13 **CONNECTU'S CIVIL LOCAL RULE
 7-11 MOTION FOR LEAVE TO FILE**
14 Plaintiffs, **SUPPLEMENTAL BRIEF**

15 v.

16  CONNECTU, INC. (formerly known as
    CONNECTU, LLC) PACIFIC
17  NORTHWEST SOFTWARE, INC.
    WINSTON WILLIAMS, and WAYNE
18  CHANG,

19 Defendants.

Pursuant to Civil Local Rule 7-11, ConnectU, Inc. ("ConnectU") hereby seeks leave from this Court to file supplemental briefing and evidence relative to ConnectU's Motion to Disqualify, which is currently pending before this Court.

Specifically, at oral argument on August 17, 2009, the Court asked the Founders to submit to the Court the amount and significance of the debt owed by ConnectU to the Founders, as referenced in the threatening letter of December 18, 2008 from Michael Underhill to James E. Towery. (See Exhibit G to the Declaration of James E. Towery in Support of ConnectU's Motion to Disqualify).

On August 21, 2009, pursuant to the Court's request, the Founders submitted their Response to the Court's Request. In their Response, the Founders advised the Court that the total debt owed by ConnectU is $8,240,372. (Founders' Response, p. 1:10). Further, the Founders advised the Court that the debt is not relevant to the pending Motion to Disqualify because "if the Term Sheet is ultimately upheld on appeal and enforced by the Ninth Circuit, it would eliminate the debts created by the Notes and preclude any collection efforts against new ConnectU by the Founders and Howard Winklevoss." (Founders' Response, p. 1: 17-19).

ConnectU believes that it would be helpful to the Court to provide the Court with the actual documents of which its aware that identify potential debts of ConnectU, so that the Court can evaluate for itself the relevance and significance of the notes. ConnectU does not know whether these debts have been satisfied or not. These are merely documents that came to light during the settled litigation. Thus, ConnectU now seeks leave, pursuant to Civil L.R. 7-11, to submit the actual promissory notes at issue along with a very short supplemental brief describing the significance of the notes from ConnectU's perspective.

As stated in the Declaration of Alison P. Buchanan filed in support of this Motion, ConnectU sought an agreement with the Founders to allow ConnectU to file supplemental briefing. ConnnectU was unable to reach an agreement with the Founders.

//
//
//

| | |
|---|---|
| 1 | DATED: August 26, 2009 |
| 2 | /s/ |
| 3 | James E. Towery<br>HOGE, FENTON, JONES & APPEL, INC.<br>Attorneys for ConnectU, Inc. |

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 26, 2009.

DATED: August 26, 2009

/s/
James E. Towery
HOGE, FENTON, JONES & APPEL, INC.
Attorneys for ConnectU, Inc.

**Exhibit A**

| | |
|---|---|
| 1 | JAMES E. TOWERY -- BAR NO. 74058 |
| | ALISON P. BUCHANAN -- BAR NO. 215710 |
| 2 | HOGE, FENTON, JONES & APPEL, INC. |
| | Sixty South Market Street, Suite 1400 |
| 3 | San Jose, California 95113-2396 |
| | Phone: (408) 287-9501 |
| 4 | Fax:  (408) 287-2583 |

Attorneys for
CONNECTU, INC.
(Formerly CONNECTU, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG, | Case No.  5:07-CV-01389-JW |
| Plaintiffs, | **EXHIBIT A TO CONNECTU'S MOTION TO FILE SUPPLEMENTAL BRIEF** |
| v. | |
| CONNECTU, INC. (formerly known as CONNECTU, LLC) PACIFIC NORTHWEST SOFTWARE, INC. WINSTON WILLIAMS, and WAYNE CHANG, | **CONNECTU'S SUPPLEMENTAL BRIEF IN SUPPORT OF CONNECTU'S MOTION TO DISQUALIFY COUNSEL** |
| Defendants. | |

At the August 17, 2009 hearing on ConnectU's Motion to Disqualify, the Court requested that the Founders submit to the Court the amount and significance of the debt owed by ConnectU to the Founders, as referenced in the threatening letter of December 18, 2008 from Michael Underhill to James E. Towery. (See Exhibit G to the Declaration of James E. Towery in Support of ConnectU's Motion to Disqualify).

On August 21, 2009, pursuant to the Court's request, the Founders submitted their Response to the Court's Request. In their Response, the Founders advised the Court that the total debt owed by ConnectU is $8,240,372. (Founders' Response, p. 1:10). Further, the Founders advised the Court that the debt is not relevant to the pending Motion to Disqualify because "if the Term Sheet is ultimately upheld on appeal and enforced by the Ninth Circuit, it would eliminate the debts created by the Notes and preclude any collection efforts against new ConnectU by the Founders and Howard Winklevoss." (Founders' Response, p. 1: 17-19).

ConnectU believes that it would be helpful to the Court to provide the Court with the documents supporting potential debts in this case, so that the Court can evaluate for itself the relevance and significance of the notes. True and correct copies of the actual Promissory Notes previously provided by the Founders in discovery are attached as Exhibit A to the Declaration of James E. Towery filed with in support of Supplemental Briefing.

With respect to the Court's inquiry regarding the significance of this debt and in response to the Founders' position that this debt is not relevant to the pending Motion to Disqualify by ConnectU, it is important to note that there exists no provision in any of the subject Promissory Notes that references the debt being contingent on any other act or condition (i.e., upon the upholding of the Term Sheet). Further, ConnectU understands that some of the Promissory Notes were created after the creation of the Term Sheet; thus, the force and effect of the Term Sheet on those Notes is unclear. Finally, it is ConnectU's understanding that at least some of the Promissory Notes represent debts incurred for legal fees paid to ConnectU's former counsel, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP.

//
//

1  DATED: August 26, 2009

/s/
James E. Towery
HOGE, FENTON, JONES & APPEL, INC.
Attorneys for ConnectU, Inc.

**Exhibit B**

| | |
|---|---|
| 1 | JAMES E. TOWERY -- BAR NO. 74058 |
| | ALISON P. BUCHANAN -- BAR NO. 215710 |
| 2 | HOGE, FENTON, JONES & APPEL, INC. |
| | Sixty South Market Street, Suite 1400 |
| 3 | San Jose, California 95113-2396 |
| | Phone: (408) 287-9501 |
| 4 | Fax:  (408) 287-2583 |

Attorneys for
CONNECTU, INC.
(Formerly CONNECTU, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG, | Case No.  5:07-CV-01389-JW |
| Plaintiffs, | **EXHIBIT B TO CONNECTU'S MOTION TO FILE SUPPLEMENTAL BRIEF** |
| v. | |
| CONNECTU, INC. (formerly known as CONNECTU, LLC) PACIFIC NORTHWEST SOFTWARE, INC. WINSTON WILLIAMS, and WAYNE CHANG, | **DECLARATION OF JAMES E. TOWERY IN SUPPORT OF CONNECTU'S SUPPLEMENTAL BRIEF IN SUPPORT OF CONNECTU'S MOTION TO DISQUALIFY COUNSEL** |
| Defendants. | |

I, James E. Towery, declare:

1. I am a shareholder in the law firm of Hoge, Fenton, Jones & Appel, Inc., counsel for ConnectU, Inc ("ConnectU"). I am a member of the State Bar of California and the Ninth Circuit. I make this declaration in support of ConnectU's Supplemental Brief in Support of its Motion to Disqualify.

2. Attached hereto and incorporated herein as Exhibit 1 are true and correct copies of the actual Promissory Notes referenced in the Founders' Response to the Court's Request at the August 17, 2009 Hearing Concerning ConnectU Debt.

I declare under penalty of perjury under the laws of the United States that the above facts are within my personal knowledge; that I can testify to the same if called to do so in a court of law; that the foregoing is true and correct; and that this declaration was executed on the 26th day of August, 2009, at San Jose, California.

/s/
James E. Towery
HOGE, FENTON, JONES & APPEL, INC.
Attorneys for ConnectU, Inc.

**Exhibit 1**

# DOCUMENTS SUBJECT TO CIVIL LOCAL RULE 7-11 MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL