1  JAMES E. TOWERY -- BAR NO. 74058
   ALISON P. BUCHANAN -- BAR NO. 215710
2  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
3  San Jose, California 95113-2396
   Phone: (408) 287-9501
4  Fax:  (408) 287-2583

5  Attorneys for
   CONNECTU, INC.
6  (Formerly CONNECTU, LLC)

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | THE FACEBOOK, INC. and MARK ZUCKERBERG, | Case No.  5:07-CV-01389-JW
13 |                                          | **DECLARATION OF ALISON P. BUCHANAN IN SUPPORT OF CONNECTU'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF PURSUANT TO CIVIL LOCAL RULE 7-11**
14 |          Plaintiffs,                     |
15 |     v.                                   |
16 | CONNECTU, INC. (formerly known as CONNECTU, LLC) PACIFIC NORTHWEST SOFTWARE, INC. WINSTON WILLIAMS, and WAYNE CHANG, |
17 |                                          |
18 |          Defendants.                     |

I, Alison P. Buchanan, declare:

1. I am an associate in the law firm of Hoge, Fenton, Jones & Appel, Inc., counsel for ConnectU, Inc ("ConnectU"). I am a member of the State Bar of California and the Ninth Circuit. I make this declaration in support of ConnectU's Motion for Leave to File Supplemental Brief in Support of its Motion to Disqualify Pursuant to Civil Local Rule 7-11.

2. On August 26, 2009 I left a voicemail message for Scott Mosko, one of the attorneys for the Founders. I advised Mr. Mosko that ConnectU wished to file a motion pursuant to Civil Local Rule 7-11 for leave to file a supplemental brief relating to the claimed debt of ConnectU.

3. Mr. Mosko responded to my voicemail message via email and proposed that the Founders would agree to ConnectU filing a supplemental brief if ConnectU agreed to stipulate to the Founders' filing of a supplemental brief. ConnectU declined to so stipulate.

I declare under penalty of perjury under the laws of the United States that the above facts are within my personal knowledge; that I can testify to the same if called to do so in a court of law; that the foregoing is true and correct; and that this declaration was executed on the 26th day of August, 2009, at San Jose, California.

/s/
Alison P. Buchanan
HOGE, FENTON, JONES & APPEL, INC.
Attorneys for ConnectU, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 26, 2009.

DATED: August 26, 2009

/s/
Alison P. Buchanan
HOGE, FENTON, JONES & APPEL, INC.
Attorneys for ConnectU, Inc.