1  JAMES E. TOWERY -- BAR NO. 74058
   ALISON P. BUCHANAN -- BAR NO. 215710
2  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
3  San Jose, California 95113-2396
   Phone: (408) 287-9501
4  Fax:   (408) 287-2583

5  Attorneys for
   CONNECTU, INC.
6  (Formerly CONNECTU, LLC)

7

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

THE FACEBOOK, INC. and MARK         Case No.  5:07-CV-01389-JW
ZUCKERBERG,
                                    **[PROPOSED] ORDER GRANTING
            Plaintiffs,             CONNECTU'S MOTION FOR
                                    LEAVE TO FILE SUPPLEMENTAL
       v.                           BRIEF PURSUANT TO CIVIL
                                    LOCAL RULE 7-11**
CONNECTU, INC. (formerly known as
CONNECTU, LLC) PACIFIC
NORTHWEST SOFTWARE, INC.
WINSTON WILLIAMS, and WAYNE
CHANG,

            Defendants.

Upon good cause shown, IT IS HEREBY ORDERED that CONNECTU, INC. shall be given leave to file the proposed one-page supplemental brief and supporting declaration of James E. Towery in connection with ConnectU's Motion to Disqualify Counsel. Exhibits A and B, attached to ConnectU's Motion to File Supplemental Brief, shall be deemed filed in this proceeding.

Dated: _____

_____
James Ware
United States District Court Judge