JAMES E. TOWERY -- BAR NO. 74058
ALISON P. BUCHANAN -- BAR NO. 215710
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

Attorneys for
CONNECTU, INC.
(Formerly CONNECTU, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC) PACIFIC NORTHWEST SOFTWARE, INC. WINSTON WILLIAMS, and WAYNE CHANG,<br><br>    Defendants. | Case No.  5:07-CV-01389-JW<br><br>**CONNECTU'S OPPOSITION TO FOUNDERS' CIVIL LOCAL RULE 7-11 MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF** |

On Friday, August 21, 2009, Cameron Winklevoss, Tyler Winklevoss and Divya Narendra ("Founders") filed a motion requesting leave from this Court to file supplemental briefing pursuant to Civil Local Rule 7-11.

ConnectU opposes the Founders' motion on the basis that the proposed Supplemental Brief consists solely of a discussion of legal authority[1] that the parties have already briefed extensively in the moving and opposing papers relating to ConnectU's Motion to Disqualify. Further, the parties have also addressed these authorities at length in oral argument.

In short, no good cause exists for further briefing on the issues raised in the Founders' Supplemental Brief. (Submitted to this Court as Exhibit A to Founders' Motion to File Supplemental Briefing). The Founders' effort to submit further briefing reflects nothing more than their wish to have the last word.

DATED: August 26, 2009

/s/
James E. Towery
HOGE, FENTON, JONES & APPEL, INC.
Attorneys for ConnectU, Inc.

---

[1] *Christiansen v. United States District Court*, 844 F.2d 694 (9th Cir. 1988) and *Tekni-Plex, Inc. v. Meyer and Landis*, 674 N.E.2d 663 (N.Y. 1996).

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 26, 2009.

DATED: August 26, 2009

/s/ _____
James E. Towery
HOGE, FENTON, JONES & APPEL, INC.
Attorneys for ConnectU, Inc.