1    JAMES E. TOWERY -- BAR NO. 74058
     ALISON P. BUCHANAN -- BAR NO. 215710
2    HOGE, FENTON, JONES & APPEL, INC.
     Sixty South Market Street, Suite 1400
3    San Jose, California 95113-2396
     Phone: (408) 287-9501
4    Fax: (408) 287-2583

5    Attorneys for
     CONNECTU, INC.
6    (Formerly CONNECTU, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC) PACIFIC NORTHWEST SOFTWARE, INC. WINSTON WILLIAMS, and WAYNE CHANG,<br><br>    Defendants. | Case No. 5:07-CV-01389-JW<br><br>**CONNECTU'S CIVIL LOCAL RULE 7-11 MOTION FOR LEAVE TO FILE PROMISSORY NOTES UNDER SEAL** |

Pursuant to Civil Local Rule 7-11, ConnectU, Inc. ("ConnectU") hereby seeks leave from this Court to file the subject Promissory Notes referenced in ConnectU's Supplemental Brief (which is also the subject of Civil Local Rule 7-11 Motion for Leave to File) under seal. The subject Promissory Notes were obtained from the Founders' during the course discovery and are confidential documents subject to the Protective Order currently in place.

As stated in the Declaration of Alison P. Buchanan filed in support of this Motion, ConnectU sought an agreement with the Founders to allow ConnectU to file the subject Promissory Notes under seal. The Founders' counsel agreed that, should the Court permit the filing of the subject Promissory Notes, the subject Promissory Notes should be filed under seal.

DATED: August 26, 2009

/s/
James E. Towery
HOGE, FENTON, JONES & APPEL, INC.
Attorneys for ConnectU, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 26, 2009.

DATED: August 26, 2009

/s/ _____
James E. Towery
HOGE, FENTON, JONES & APPEL, INC.
Attorneys for ConnectU, Inc.