The Facebook, Inc. v. Connectu, LLC et al       Doc. 701

JAMES E. TOWERY -- BAR NO. 74058
ALISON P. BUCHANAN -- BAR NO. 215710
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

Attorneys for
CONNECTU, INC.
(Formerly CONNECTU, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>            Plaintiffs,<br><br>   v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC) PACIFIC NORTHWEST SOFTWARE, INC. WINSTON WILLIAMS, and WAYNE CHANG,<br><br>        Defendants. | Case No.  5:07-CV-01389-JW<br><br>**DECLARATION OF ALISON P. BUCHANAN IN SUPPORT OF CONNECTU'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 7-11** |

Dockets.Justia.com

1    I, Alison P. Buchanan, declare:

2        1.      I am an associate in the law firm of Hoge, Fenton, Jones & Appel, Inc., counsel for

3    ConnectU, Inc ("ConnectU").  I am a member of the State Bar of California and the Ninth

4    Circuit.  I make this declaration in support of ConnectU's Motion for Leave to File Documents

5    Under Seal Pursuant to Civil Local Rule 7-11.

6        2.      On August 26, 2009 I spoke with Scott Mosko, one of the attorneys for the

7    Founders.  I advised Mr. Mosko that ConnectU wished to file a motion pursuant to Civil Local

8    Rule 7-11 for leave to file the subject Promissory Notes under seal.

9        3.      Mr. Mosko agreed that, should the Court permit the filing of the subject

10   Promissory Notes, the subject Promissory Notes are confidential documents that should be filed

11   under seal.

12       I declare under penalty of perjury under the laws of the United States that the above facts

13   are within my personal knowledge; that I can testify to the same if called to do so in a court of

14   law; that the foregoing is true and correct; and that this declaration was executed on the 26th day

15   of August, 2009, at San Jose, California.

16                                         /s/
                                         _____
17                                         Alison P. Buchanan
                                         HOGE, FENTON, JONES & APPEL, INC.
18                                         Attorneys for ConnectU, Inc.

19

20

21

22

23

24

25

26

27

28

DECL. OF A. BUCHANAN  IN SUPPORT OF
CONNECTU'S MOTION TO FILE UNDER SEAL
5:07-CV-01389-JW

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non registered participants on August 26, 2009.

DATED: August 26, 2009

/s/
Alison P. Buchanan
HOGE, FENTON, JONES & APPEL, INC.
Attorneys for ConnectU, Inc.

- 2 -