```
JAMES E. TOWERY -- BAR NO. 74058
ALISON P. BUCHANAN -- BAR NO. 215710
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:   (408) 287-2583

Attorneys for
CONNECTU, INC.
(Formerly CONNECTU, LLC)
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC) PACIFIC NORTHWEST SOFTWARE, INC. WINSTON WILLIAMS, and WAYNE CHANG,<br><br>　　　　　Defendants. | Case No.  5:07-CV-01389-JW<br><br>**[PROPOSED] ORDER GRANTING CONNECTU'S MOTION FOR LEAVE TO FILE PROMISSORY NOTES UNDER SEAL** |

Upon good cause shown, IT IS HEREBY ORDERED that CONNECTU, INC. shall be given leave to file the subject Promissory Notes (Attached as Exhibit 1 to the Declaration of James E. Towery in Support of ConnectU's Supplemental Brief in Support of ConnectU's Motion to Disqualify). Exhibit 1 to the Declaration of James E. Towery in Support of ConnectU's Supplemental Brief in Support of ConnectU's Motion to Disqualify is hereby deemed filed under seal.

Dated: _____

James Ware
United States District Court Judge