|    |                                                                                                                  |
|----|------------------------------------------------------------------------------------------------------------------|
| 1  | **PROOF OF SERVICE BY MAIL**                                                                                     |
| 2  | I, the undersigned, say:                                                                                         |
| 3  | I am now and at all times herein mentioned have been over the age of 18 years,                                   |
| 4  | employed in Santa Clara County, California, and not a party to the within action or                              |
| 5  | cause; that my business address is 60 South Market Street, San Jose, California                                  |
| 6  | 95113-2396. I am readily familiar with the firm's business practice for collection and                           |
| 7  | processing of correspondence for mailing with the United States Postal Service. I                                |
| 8  | served copies of the attached **CONNECTU'S CIVIL LOCAL RULE 7-11 MOTION FOR**                                    |
| 9  | **LEAVE TO FILE SUPPLEMENTAL BRIEF** by placing said copies in envelopes                                         |
| 10 | addressed to:                                                                                                    |
| 11 | Neel Chatterjee, Esq.                                                                                            |
|    | Orrick, Herrington et al LLP                                                                                     |
| 12 | 1020 Marsh Rd                                                                                                    |
|    | Menlo Park, CA, 94043                                                                                            |
| 13 | Phone No.: (650) 614-7356                                                                                        |
|    | Fax No.: (650) 614-7401                                                                                          |
| 14 |                                                                                                                  |
|    | D. Michael Underhill, Esq.                                                                                       |
| 15 | Boies, Schiller & Flexner LLP                                                                                    |
|    | 5301 Wisconsin Ave. NW                                                                                           |
| 16 | Washington, DC 20015                                                                                             |
|    | Phone No.: (202) 274-1120                                                                                        |
| 17 | Fax No.: (202) 237-6131                                                                                          |
| 18 | David A. Barrett, Esq.                                                                                           |
|    | Boies, Schiller & Flexner LLP                                                                                    |
| 19 | 575 Lexington AVenye 7th Floor                                                                                   |
|    | New York, NY 10022                                                                                               |
| 20 | Phone No.: (212) 446-2300                                                                                        |
|    | Fax No.: (212) 446-2350                                                                                          |
| 21 |                                                                                                                  |
|    | Steven C. Holtzmman, Esq.                                                                                        |
| 22 | Boies, Schiller & Flexner LLP                                                                                    |
|    | 1999 Harrison Street, Suite 900                                                                                  |
| 23 | Oakland, CA 94612                                                                                                |
|    | Phone No.: (510) 874-1000                                                                                        |
| 24 | Fax No.: (510) 874-1460                                                                                          |
| 25 | Mark A. Weissman, Esq.                                                                                           |
|    | O'Shea Partners LLP                                                                                              |
| 26 | 90 Park Avenue, 20th Floor                                                                                       |
|    | New York, NY 10016                                                                                               |
| 27 | Phone No.: (212) 682-4426                                                                                        |
|    | Fax No.: (212) 682-4437                                                                                          |
| 28 |                                                                                                                  |

\\HFJAFS\NDrive\80696\Pos\481490.doc

Dockets.Justia.com

| | |
|---|---|
| 1 | Mark A. Byrne, Esq.<br>Byrne & Nixon LLP |
| 2 | 800 W. Sixth Street, Suite 430<br>Los Angeles, CA 90017 |
| 3 | Phone No.: (213) 620-8003<br>Fax No.: (213) 620-8012 |
| 4 | |
| 5 | John F. Hornick<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| 6 | 901 New York Avenue, NW<br>Washington, DC 20001 |
| 7 | Phone No.: (202) 408-4000<br>Fax No.: (202) 408-4400 |

which envelopes were then sealed and, with postage fully prepaid thereon, were on 8/27/2009 placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California on the above-referenced date in the ordinary course of business; and there is delivery service by United States mail at the place so addressed.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on 8/27/2009.

*Barbara L. Meek*
Barbara Meek

Court Action No: 5:07-CV-01389
Case Name: Facebook, Inc./ConnectU, Inc.

-2-