1  JEROME B. FALK, JR. (No. 39087)
   Email: jfalk@howardrice.com
2  SEAN M. SeLEGUE (No. 155249)
   Email: sselegue@howardrice.com
3  JOHN P. DUCHEMIN (No. 250501)
   EMAIL: jduchemin@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California  94111-4024
   Telephone:   415/434-1600
7  Facsimile:   415/217-5910

8  Attorneys for Third-Party Plaintiffs
   CAMERON WINKLEVOSS, TYLER
9  WINKLEVOSS and DIVYA NARENDRA

10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

14 | THE FACEBOOK, INC.,                         | No. 5:07-CV-01389-JW
15 |              Plaintiff,                     | Action Filed: March 9, 2007
16 |     v.                                      | NOTICE OF APPEARANCE OF JOHN P. DUCHEMIN
17 | CONNECTU LLC (now known as CONNECTU, INC.), PACIFIC
18 | NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND DOES 1-
19 | 25,
20 |              Defendants.

21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE OF JOHN P. DUCHEMIN 5:07-CV-01389-JW

PLEASE TAKE NOTICE that JOHN P. DUCHEMIN enters an appearance on behalf of Third-Party Plaintiffs CAMERON WINKLEVOSS, TYLER WINKLEVOSS and DIVYA NARENDRA in the above-captioned action. Please serve said counsel with all pleadings and notices in this action.

DATED: September 10, 2009.

JEROME B. FALK, JR.
SEAN M. SELEGUE
JOHN P. DUCHEMIN
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By:    */s/John P. Duchemin*
        JOHN P. DUCHEMIN

Attorneys for Third-Party Plaintiffs CAMERON WINKLEVOSS, TYLER WINKLEVOSS and DIVYA NARENDRA