JEROME B. FALK, JR. (No. 39087)
Email: jfalk@howardrice.com
SEAN M. SeLEGUE (No. 155249)
Email: sselegue@howardrice.com
JOHN P. DUCHEMIN (No. 250501)
EMAIL: jduchemin@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
　　FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Third-Party Plaintiffs
CAMERON WINKLEVOSS, TYLER WINKLEVOSS and DIVYA NARENDRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FACEBOOK, INC., | No. 5:07-CV-01389-JW |
| Plaintiff, | Action Filed: March 9, 2007 |
| v. | NOTICE OF APPEARANCE OF JEROME B. FALK, JR. |
| CONNECTU LLC (now known as CONNECTU, INC.), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND DOES 1-25, | |
| Defendants. | |

NOTICE OF APPEARANCE OF JEROME B. FALK, JR.  5:07-CV-01389-JW

PLEASE TAKE NOTICE that JEROME B. FALK, JR. enters an appearance on behalf of Third-Party Plaintiffs CAMERON WINKLEVOSS, TYLER WINKLEVOSS and DIVYA NARENDRA in the above-captioned action. Please serve said counsel with all pleadings and notices in this action.

DATED: September 10, 2009.

JEROME B. FALK, JR.
SEAN M. SELEGUE
JOHN P. DUCHEMIN
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By:    */s/Jerome B. Falk, Jr.*
        JEROME B. FALK, JR.

Attorneys for Third-Party Plaintiffs CAMERON WINKLEVOSS, TYLER WINKLEVOSS and DIVYA NARENDRA