| | |
|---|---|
| 1 | JEROME B. FALK, JR. (No. 39087) |
| | Email: jfalk@howardrice.com |
| 2 | SEAN M. SELEGUE (No. 155249) |
| | Email: sselegue@howardrice.com |
| 3 | JOHN P. DUCHEMIN (No. 250501) |
| | EMAIL: jduchemin@howardrice.com |
| 4 | HOWARD RICE NEMEROVSKI CANADY |
| |     FALK & RABKIN |
| 5 | A Professional Corporation |
| | Three Embarcadero Center, 7th Floor |
| 6 | San Francisco, California 94111-4024 |
| | Telephone: 415/434-1600 |
| 7 | Facsimile: 415/217-5910 |
| 8 | Attorneys for Third-Party Plaintiffs |
| | CAMERON WINKLEVOSS, TYLER |
| 9 | WINKLEVOSS and DIVYA NARENDRA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FACEBOOK, INC., | No. 5:07-CV-01389-JW |
| Plaintiff, | Action Filed: March 9, 2007 |
| v. | NOTICE OF APPEARANCE OF SEAN M. SELEGUE |
| CONNECTU LLC (now known as CONNECTU, INC.), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, AND DOES 1-25, | |
| Defendants. | |

NOTICE OF APPEARANCE OF SEAN M. SELEGUE 5:07-CV-01389-JW

PLEASE TAKE NOTICE that SEAN M. SELEGUE enters an appearance on behalf of Third-Party Plaintiffs CAMERON WINKLEVOSS, TYLER WINKLEVOSS and DIVYA NARENDRA in the above-captioned action. Please serve said counsel with all pleadings and notices in this action.

DATED: September 10, 2009.

JEROME B. FALK, JR.
SEAN M. SELEGUE
JOHN P. DUCHEMIN
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By:    */s/Sean M. SeLegue*
       SEAN M. SELEGUE

Attorneys for Third-Party Plaintiffs CAMERON WINKLEVOSS, TYLER WINKLEVOSS and DIVYA NARENDRA