JEROME B. FALK, JR. (No. 39087)
Email: jfalk@howardrice.com
SEAN M. SELEGUE (No. 155249)
Email: sselegue@howardrice.com
JOHN P. DUCHEMIN (No. 250501)
Email: jduchemin@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

Attorneys for CAMERON WINKLEVOSS,
TYLER WINKLEVOSS AND DIVYA
NARENDRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CONNECTU, INC., et al., <br><br> Defendants. | No. C 07-01389 JW <br><br> NOTICE OF APPEAL |

Filed
SEP 15 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NOTICE OF APPEAL　　　　　　　　　　　　　　　　C 07-01389 JW

W03 091309-066660510/U6/1579188/v2

Cameron Winklevoss, Tyler Winklevoss and Divya Narendra hereby appeal from the Order Granting ConnectU's Motion to Disqualify Counsel Granting in Part and Denying in Part Motion for Delivery of Client Files; Referring the Parties to Chief Magistrate Judge James for an *In Camera* Review of ConnectU's Client Files ("Order"), entered in this case on September 2, 2009.

Accompanying this Notice are: (1) a copy of the Order; (2) a Representation Statement pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b) identifying the parties to the action, along with the names, addresses and telephone numbers of their respective counsel; and (3) a civil appeals docketing statement.

DATED: September 14, 2009.

        Respectfully,

        JEROME B. FALK, JR.
        SEAN M. SeLEGUE
        JOHN P. DUCHEMIN
        HOWARD RICE NEMEROVSKI CANADY
            FALK & RABKIN
        A Professional Corporation

        By: _____
                SEAN M. SeLEGUE

Attorneys for CAMERON WINKLEVOSS, TYLER WINKLEVOSS AND DIVYA NARENDRA

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

W03 091309-066660510/U6/1579188/v2

NOTICE OF APPEAL
-1-

C 07-01389 JW