JEROME B. FALK, JR. (No. 39087)
Email: jfalk@howardrice.com
SEAN M. SELEGUE (No. 155249)
Email: sselegue@howardrice.com
JOHN P. DUCHEMIN (No. 250501)
Email: jduchemin@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for CAMERON WINKLEVOSS,
TYLER WINKLEVOSS AND DIVYA
NARENDRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC., et al., | No. C 07-01389 JW |
| Plaintiffs, | |
| v. | REPRESENTATION STATEMENT |
| CONNECTU, INC., et al., | |
| Defendants. | |

# REPRESENTATION STATEMENT

The undersigned represent CAMERON WINKLEVOSS, TYLER WINKLEVOSS and DIVYA NARENDRA in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, electronic e-mail address, and telephone number, where appropriate. (F.R.A.P. 12(b); Circuit Rule 3-2(b)).

DATED: September 14, 2009.

    Respectfully,

JEROME B. FALK, JR.
SEAN M. SELEGUE
JOHN P. DUCHEMIN
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____
    SEAN M. SELEGUE

Attorneys for CAMERON WINKLEVOSS, TYLER WINKLEVOSS AND DIVYA NARENDRA

# SERVICE LIST

**Attorneys for Plaintiffs The Facebook, Inc. and Mark Zuckerberg**

**I. Neel Chatterjee**
Email: nchatterjee@orrick.com
**Monte M.F. Cooper**
Email: mcooper@orrick.com
**Chester Wren-Ming Day**
Email: cday@orrick.com
**George Hopkins Guy, III**
Email: hopguy@orrick.com
**Theresa Ann Sutton**
Email: tsutton@orrick.com
**Yvonne Penas Greer**
Email: ygreer@orrick.com
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
650/614-7400
Fax: 650/614-7401

**Sean Alan Lincoln, Esq**
Email: slincoln@Orrick.com
**Warrington S. Parker, III**
Email: wparker@orrick.com
Orrick Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
415-/773-5440
Fax: 415/773-5759


**Attorneys for Defendant/Appellee ConnectU, Inc.**

**James Earl Towery**
Hoge, Fenton, Jones & Appel, Inc.
60 So. Market St. Ste 1400
San Jose, CA 95113
408/287-9501
Email: jet@hogefenton.com

REPRESENTATION STATEMENT

-1-

C 07-01389 JW

| | |
|---|---|
| 1 | **Attorneys for Defendants/Appellants Tyler Winklevoss, Cameron Winklevoss, Divya Narendra** |
| 2 | |
| 3 | **Jerome B. Falk, Jr.**<br>Email: jfalk@howardrice.com |
| 4 | **Sean M. SeLegue**<br>Email: sselegue@howardrice.com |
| 5 | Howard Rice Nemerovski Canady Falk<br>  & Rabkin |
| 6 | Three Embarcadero Center<br>7th Floor |
| 7 | San Francisco, CA 94111-4065<br>415/434-1600 |
| 8 | Fax: 415/217-5910 |

W03 091409-066660510/U01/1579224/F

## PROOF OF SERVICE BY MAIL

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On September 14, 2009, I served the following document(s) described as **NOTICE OF APPEAL; REPRESENTATION STATEMENT WITH SERVICE LIST; CIVIL APPEALS DOCKETING STATEMENT** on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the law offices of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, located at Three Embarcadero Center, Seventh Floor, San Francisco, California, to be served by mail addressed as follows:

**SEE ATTACHED LIST.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on September 14, 2009.

_Phyllis M. Montoya_
Phyllis M. Montoya

W03 091409-066660066/51/1579351/v1

PROOF OF SERVICE
-1-

SERVICE LIST

**Attorneys for Plaintiffs The Facebook, Inc. and Mark Zuckerberg**

**I. Neel Chatterjee**
Email: nchatterjee@orrick.com
**Monte M.F. Cooper**
Email: mcooper@orrick.com
**Chester Wren-Ming Day**
Email: cday@orrick.com
**George Hopkins Guy, III**
Email: hopguy@orrick.com
**Theresa Ann Sutton**
Email: tsutton@orrick.com
**Yvonne Penas Greer**
Email: ygreer@orrick.com
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
650/614-7400
Fax: 650/614-7401

**Sean Alan Lincoln, Esq**
Email: slincoln@Orrick.com
**Warrington S. Parker, III**
Email: wparker@orrick.com
Orrick Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
415-/773-5440
Fax: 415/773-5759


**Attorneys for Defendant/Appellee ConnectU, Inc.**

**James Earl Towery**
Hoge, Fenton, Jones & Appel, Inc.
60 So. Market St. Ste 1400
San Jose, CA 95113
408/287-9501
Email: jet@hogefenton.com

W03 091409-066660066/U01/1579365/v1