

**RECEIVED**

SEP 15 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Form 6. Civil Appeals Docketing Statement

| USCA DOCKET # (IF KNOWN) |
| --- |
|  |

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL:<br>The Facebook, Inc., et al.<br><br>v.<br><br>ConnectU, Inc., et al. | DISTRICT: Northern      JUDGE: Hon. James Ware |
| --- | --- |
|  | DISTRICT COURT NUMBER: C 07-01389 |
|  | DATE NOTICE OF APPEAL<br>FILED: 09/11/09     IS THIS A CROSS-APPEAL? ☐ YES |
|  | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY):<br>Docket Nos. 08-16745, 08-16849, 08-16873, 08-74104, 09-15021, 09-15133 |

**BRIEF DESCRIPTION OF ACTION AND RESULT BELOW:**

Pursuant to District Court orders, control of Defendant ConnectU was transferred to Plaintiff The Facebook, Inc. ("Facebook"). ConnectU, controlled by Facebook, moved in the Ninth Circuit to disqualify former joint counsel for ConnectU and the remaining Defendants, the Founders of ConnectU. The Ninth Circuit remanded the motion to the District Court, which granted the motion. The Founders appealed.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**
Did the District Court err in granting the motion to disqualify?

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**
Please see Status Report, Motion to Consolidate Appeals and Motion to Set Briefing Schedule which is being filed in the Ninth Circuit today.

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (specify)

☐ Any other information relevant to the inclusion of this case in the Mediation Program

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges.

Dockets.Justia.com

## LOWER COURT INFORMATION

Page 2 of 2

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT / ORDER APPEALED | RELIEF |

**FEDERAL**

- [x] FEDERAL QUESTION
- [ ] DIVERSITY
- [ ] OTHER (SPECIFY)

**APPELLATE**

- [ ] FINAL DECISION OF DISTRICT COURT
- [ ] INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT
- [ ] INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):
- [x] OTHER (SPECIFY): Post-judgment order

**TYPE OF JUDGMENT / ORDER APPEALED**

- [ ] DEFAULT JUDGMENT
- [ ] DISMISSAL / JURISDICTION
- [ ] DISMISSAL / MERITS
- [ ] SUMMARY JUDGMENT
- [ ] JUDGMENT / COURT DECISION
- [ ] JUDGMENT / JURY VERDICT
- [ ] DECLARATORY JUDGMENT
- [ ] JUDGMENT AS A MATTER OF LAW
- [x] OTHER (SPECIFY): Order disqualifying counsel

**RELIEF**

- [ ] DAMAGES:
  SOUGHT $ _____
  AWARDED $ _____
- [ ] INJUNCTIONS:
  - [ ] PRELIMINARY
  - [ ] PERMANENT
  - [ ] GRANTED
  - [ ] DENIED
- [ ] ATTORNEY FEES:
  SOUGHT $ _____
  AWARDED $ _____
  - [ ] PENDING
- [ ] COSTS: $ _____

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER / JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_____          09/14/09
Signature                                                      Date
Sean M. SeLegue

## COUNSEL WHO COMPLETED THIS FORM

NAME: Sean M. SeLegue

FIRM: Howard Rice Nemerovski Canady Falk & Rabkin, PC

ADDRESS: Three Embarcadero Center, 7th Fl., San Francisco, CA 94111

E-MAIL: sselegue@howardrice.com

TELEPHONE: 415/434-1600

FAX: 415/217-5010

**\*THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL\***
**\*IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS\***

Effective 7/1/2000