UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

September 17, 2009

**CASE INFORMATION:**
Short Case Title:  <u>THE FACEBOOK, INC.</u>-v- <u>CONNECTU, LLC, ET AL</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: ***San Jose Division, Judge James Ware***
Criminal and/or Civil Case No.: <u>CV 07-01389 JW</u>
Date Complaint/Indictment/Petition Filed: <u>***3/9/07***</u>
Date Appealed order/judgment *entered* ***9/2/09***
Date NOA *filed* ***9/15/09***
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)     ☐ denied in full (send record)
                          ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number: <u>Irene Rodriguez (408) 947-8160</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: ***9/15/09***              Date Docket Fee Billed:
Date FP granted:                                  Date FP denied:
Is FP pending?  ☐ yes  ☐ no                      Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                              Appellee Counsel:
Sean M. SeLegue                                 ***James Earl Towery***
Howard Rice Nemerovski Canady Falk & Rabkin  ***Hoge Fenton Jones & Appel, Inc***
3 Embarcadero Center, 7th Fl.                   60 So. Market St. Ste 1400
San Francisco, CA 94111-4024                    San Jose, Calif., 95113
415-434-1600                                    (408) 287-9501
Email: <u>sselegue@howardrice.com</u>           Email: jet@hogefenton.com
☒ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                    Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                  9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Cindy Vargas</u>