JAMES E. TOWERY -- BAR NO. 74058
ALISON P. BUCHANAN -- BAR NO. 215710
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax: (408) 287-2583

Attorneys for
CONNECTU, INC.
(Formerly CONNECTU, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC) PACIFIC NORTHWEST SOFTWARE, INC. WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW (MEJ)<br><br>**CONNECTU'S REQUEST FOR HEARING DATE RELATING TO PRODUCTION OF CONNECTU'S DOCUMENTS**<br><br>Chief Magistrate Judge Maria-Elena James (San Francisco Division) |

ConnectU, Inc. ("ConnectU") requests that this Court set a hearing date and briefing schedule based on the following:

**Procedural History**

In January 2009 ConnectU filed a Motion to Disqualify Founders' Counsel and for Production of ConnectU's Files. On September 2, 2009, the Honorable Judge James Ware entered an Order Granting ConnectU's Motion to Disqualify Counsel; Granting in Part and Denying in Part Motion for Delivery of Client Files; Referring the Parties to Chief Magistrate James for an *In Camera* Review of ConnectU's Client Files. A true and correct copy of the Court's Order is attached as **Exhibit A** to the Declaration of Alison P. Buchanan, filed simultaneously with this request. In its September 2, 2009 Order, the Court specifically found that "the Founders and their attorneys cannot obstruct access to ConnectU's general business documents," and that "ConnectU is entitled to all documents pertaining to ConnectU's general business, including but not limited to documents relating to ConnectU's financials, assets, and liabilities." (Ex. A to the Decl. of A. Buchanan, 17:21-23, 18:1-2). The Court referred the parties "to Chief Magistrate Judge James for further proceedings with respect to which documents should be turned over to the current owners." (Ex. A to the Decl. of A. Buchanan, 18:22; 19:1-2).

Following the Court's September 2, 2009 Order, the Founders filed a Notice of Appeal relating to the Court's Order on or about September 14, 2009. A true and correct copy of the Founders' Notice of Appeal is attached as **Exhibit B** to the Declaration of Alison P. Buchanan, filed simultaneously with this request.

On October 9, 2009, the Ninth Circuit issued an Order stating that the Ninth Circuit "may lack jurisdiction over the appeal because orders disqualifying counsel are not immediately appealable orders." The Ninth Circuit held that "[w]ithin 21 days after the date of this order, appellants shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of jurisdiction." A true and correct copy of the Ninth Circuit's October 9, 2009 Order is attached as **Exhibit C** to the Declaration of Alison P. Buchanan, filed simultaneously with this request.

- 1 -

ConnectU's Request for hearing
Relating to production of ConnectU's Documents
5:07-CV-01389-JW (MEJ)

**Request for Hearing and Briefing Schedule**

Based on this Court's September 2, 2009 Order, ConnectU respectfully requests that the Court schedule a hearing date within forty-five days, at which time the Court can address any and all issues relating to the production of ConnectU's documents. ConnectU further respectfully requests that the Court set a briefing schedule in advance of the hearing so that the parties can address, in writing, their respective positions relating to the production of ConnectU's documents.

DATED: October 16, 2009

/s/
Alison P. Buchanan
HOGE, FENTON, JONES & APPEL, INC.
Attorneys for ConnectU, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 16, 2009.

DATED: October 16, 2009

/s/ _____
Alison P. Buchanan
HOGE, FENTON, JONES & APPEL, INC.
Attorneys for ConnectU, Inc.