**EXHIBIT B**

JEROME B. FALK, JR. (No. 39087)
Email: jfalk@howardrice.com
SEAN M. SELEGUE (No. 155249)
Email: sselegue@howardrice.com
JOHN P. DUCHEMIN (No. 250501)
Email: jduchemin@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  415/434-1600
Facsimile:  415/217-5910

Attorneys for CAMERON WINKLEVOSS,
TYLER WINKLEVOSS AND DIVYA
NARENDRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC., et al., | No. C 07-01389 JW |
| Plaintiffs, | |
| v. | NOTICE OF APPEAL |
| CONNECTU, INC., et al., | |
| Defendants. | |

NOTICE OF APPEAL                                          C 07-01389 JW

W03 091309-066660510/U6/1579188/v2

1   Cameron Winklevoss, Tyler Winklevoss and Divya Narendra hereby appeal from the
2   Order Granting ConnectU's Motion to Disqualify Counsel Granting in Part and Denying in
3   Part Motion for Delivery of Client Files; Referring the Parties to Chief Magistrate Judge
4   James for an *In Camera* Review of ConnectU's Client Files ("Order"), entered in this case
5   on September 2, 2009.

6   Accompanying this Notice are: (1) a copy of the Order; (2) a Representation Statement
7   pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b)
8   identifying the parties to the action, along with the names, addresses and telephone numbers
9   of their respective counsel; and (3) a civil appeals docketing statement.

11  DATED: September 14, 2009.

12              Respectfully,

13              JEROME B. FALK, JR.
                SEAN M. SeLEGUE
14              JOHN P. DUCHEMIN
                HOWARD RICE NEMEROVSKI CANADY
15                  FALK & RABKIN
                A Professional Corporation

17              By: _____
                        SEAN M. SELEGUE

19              Attorneys for CAMERON WINKLEVOSS,
                TYLER WINKLEVOSS AND DIVYA
                NARENDRA

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

W03 091309-066660510/U6/1579188/v2

NOTICE OF APPEAL           C 07-01389 JW
         -1-