# EXHIBIT C

Dockets.Justia.com

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 09 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE FACEBOOK, INC.; et al., <br><br> Plaintiffs, <br><br> v. <br><br> CONNECTU, INC., f.k.a. ConnectU, LLC, <br><br> Defendant - Appellee, <br><br> CAMERON WINKLEVOSS; et al., <br><br> Defendants - Appellants, <br><br> and <br><br> PACIFIC NORTHWEST SOFTWARE, INC.; et al., <br><br> Defendants. | No. 09-17050 <br><br> D.C. No. 5:07-cv-01389-JW <br> Northern District of California, <br> San Jose <br><br> ORDER |

A review of the record suggests that this court may lack jurisdiction over the appeal because orders disqualifying counsel are not immediately appealable orders. *See Richardson-Merrell, Inc. v. Koller,* 472 U.S. 424, 440-41 (1985).

Within 21 days after the date of this order, appellants shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for

nmg/MOATT

lack of jurisdiction. If appellants elect to show cause, a response may be filed within 8 days after service of the memorandum.

If appellant does not comply with this order, the Clerk shall dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

Briefing is suspended pending further order of the court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Nina A. M. Greeley
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A