UNITED STATES DISTRICT COURT

Northern District of California

THE FACEBOOK, INC.,

               Plaintiff(s),         No. C 07-01389 JW (MEJ)

  v.

CONNECTU, LLC, ET AL,          **ORDER RE: CONNECTU'S REQUEST FOR HEARING**

               Defendant(s).

_____/

        The Court is in receipt of Defendant ConnectU's request for a hearing related to production of certain documents. (Dkt. #715.) However, given the Ninth Circuit's October 9, 2009 Order, it is unclear whether the matter is properly before this Court. (Dkt. #715, Ex. C.) Specifically, the Ninth Circuit allowed appellants 21 days to move for voluntary dismissal or show cause why the appeal should not be dismissed. At the 21-day deadline has not passed, and there is no indication that the matter has been dismissed, the Court hereby DENIES WITHOUT PREJUDICE ConnectU's request. Once a ruling has been issued by the Ninth Circuit (or forthwith, if an order has already been issued), the parties shall meet and confer and thereafter file a joint status report.

       **IT IS SO ORDERED.**

Dated: October 19, 2009

                                                         _____
                                                          Maria-Elena James
                                                          Chief United States Magistrate Judge