1    JAMES E. TOWERY -- BAR NO. 74058
     ALISON P. BUCHANAN -- BAR NO. 215710
2    HOGE, FENTON, JONES & APPEL, INC.
     Sixty South Market Street, Suite 1400
3    San Jose, California 95113-2396
     Phone: (408) 287-9501
4    Fax:  (408) 287-2583

5    Attorneys for
     CONNECTU, INC.
6    (Formerly CONNECTU, LLC)

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12   THE FACEBOOK, INC. and MARK          Case No.  5:07-CV-01389-JW
     ZUCKERBERG,
13                                         **[PROPOSED] ORDER GRANTING
                   Plaintiffs,             CONNECTU'S CIVIL LOCAL RULE
14                                         7-11 MOTION FOR A TELEPHONIC
              v.                           CONFERENCE TO SCHEDULE A
15                                         HEARING ON AN ORDER TO
     CONNECTU, INC. (formerly known as     SHOW CAUSE RE: CONTEMPT
16   CONNECTU, LLC) PACIFIC                AGAINST THE FOUNDERS AND
     NORTHWEST SOFTWARE, INC.              FINNEGAN**
17   WINSTON WILLIAMS, and WAYNE
     CHANG,
18
                   Defendants.
19

20

21

22

23

24

25

26

27

28

Dockets.Justia.com

1      Upon good cause shown, IT IS HEREBY ORDERED that the parties shall participate in a

2   teleconference with this Court on _____ , 2009 at _____ , so that the Court can

3   schedule a hearing on an Order to Show Cause Re: Contempt Against the Founders and Finnegan,

4   Henderson, Farabow, Garrett & Dunner, LLP.  The call-in information for the teleconference is as

5   follows: _____.

6   Dated: _____

7

8                        James Ware
                            United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28