1  JEROME B. FALK, JR. (No. 39087)
   Email: jfalk@howardrice.com
2  SEAN M. SELEGUE (No. 155249)
   Email: sselegue@howardrice.com
3  JOHN P. DUCHEMIN (No. 250501)
   Email: jduchemin@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California 94111-4024
   Telephone: 415/434-1600
7  Facsimile: 415/677-6262

8  Attorneys for CAMERON WINKLEVOSS,
   TYLER WINKLEVOSS and DIVYA
9  NARENDRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE FACEBOOK, INC., et al., | No. C 07-01389 JW |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER RE CONNECTU'S RULE 7-11 MOTION RE SCHEDULING HEARING RE CONTEMPT |
| v. | |
| CONNECTU, INC., et al., | |
| Defendants. | |

[PROPOSED] ORDER RE CONNECTU'S RULE 7-11 MOTION RE SCHED HRG        C 07-01389-JW

For GOOD CAUSE shown, the Court hereby DENIES ConnectU, Inc.'s Civil Local Rule 7-11 Motion For A Telephonic Conference To Schedule A Hearing On An Order To Show Cause Re: Contempt Against The Founders And Finnegan. Any further motions regarding the ongoing litigation in the U.S. District Court for the District of Massachusetts should be filed with that court.

IT IS SO ORDERED.

Dated: _____, 2009

                                                HON. JAMES WARE
U.S. DISTRICT COURT JUDGE

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*