1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:   (650) 849-6600
5  Facsimile:    (650) 849-6666

6  For FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
7

8  Thomas B. Mason
   tmason@zuckerman.com
9  Lisa Barclay
   lbarclay@zuckerman.com
10 ZUCKERMAN SPAEDER LLP
   1800 M Street, N.W., Suite 1000
11 Washington, D.C.  20036-5807
   Telephone:   (202) 778-1800
12 Facsimile:   (202) 882-8106

13 Of Counsel to FINNEGAN, HENDERSON,
      FARABOW, GARRETT & DUNNER, L.L.P.
14

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                           SAN JOSE DIVISION

19

20 THE FACEBOOK, INC., et. al.,                    Case No. 5:07-cv-01389-JW

21                        Plaintiffs,              **FINNEGAN, HENDERSON,
                                                   FARABOW, GARRETT & DUNNER,
22       v.                                        L.L.P.'S NOTICE OF JOINDER
                                                   AND JOINDER TO FOUNDERS'
23 CONNECTU, INC., et. al.                         OPPOSITION TO CONNECTU'S
                                                   MOTION FOR A TELEPHONIC
24                        Defendants.              CONFERENCE (CIVIL LOCAL
                                                   RULE 7-11)**
25

26

27

28

1 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 PLEASE TAKE NOTICE that Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. hereby joins in the Founders' Opposition to ConnectU's Civil Local Rule 7-11 Motion for a Telephonic Conference to Schedule a Hearing on an Order to Show Cause Regarding Contempt Against the Founders and Finnegan.

Dated:  November 30, 2009

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

By:_____/s/ Scott R. Mosko_____
           Scott R. Mosko