COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
MITCHELL S. GRIFFIN (114881)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
GENERAL SECURITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL SECURITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PMA CAPITAL INSURANCE COMPANY AND CALIBER ONE INDEMNITY COMPANY<br><br>Defendants. | Case No.: C 02-05440 JSW<br><br>**PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 1**<br><br>Trial Date: October 4, 2004<br>Time: 8:30 a.m.<br>17th Floor, Ctrm. 2<br>Hon. Jeffrey S. White |

Plaintiff General Security Insurance Company ("General") does not oppose the defendant's Motion in Limine No. 1 to exclude the testimony of George Shelby. Indeed, counsel for General informed counsel for defendant several times that General no longer intended to call Mr. Shelby to testify and General did not include Mr. Shelby in its witness list.

Respectfully Submitted.

Dated: February 2, 2005

COX, WOOTTON, GRIFFIN,
 HANSEN & POULOS, LLP
Attorneys for Plaintiff GENERAL SECURITY
INSURANCE COMPANY

By /s/ Mitchell S. Griffin
   Mitchell S. Griffin

-1-

Case No. C 02-05440 JSW

PLAINTIFF'S NON-OPPOSITION