1   JAMES E. TOWERY -- BAR NO. 74058
    ALISON P. BUCHANAN -- BAR NO. 215710
2   HOGE, FENTON, JONES & APPEL, INC.
    Sixty South Market Street, Suite 1400
3   San Jose, California 95113-2396
    Phone: (408) 287-9501
4   Fax:  (408) 287-2583

5   Attorneys for
    CONNECTU, INC.
6   (Formerly CONNECTU, LLC)

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  THE FACEBOOK, INC. and MARK          Case No.  5:07-CV-01389-JW (MEJ)
    ZUCKERBERG,
13                                        **CONNECTU'S RENEWED REQUEST
                  Plaintiffs,             FOR HEARING DATE RELATING
14                                        TO PRODUCTION OF CONNECTU'S
         v.                               DOCUMENTS**
15
    CONNECTU, INC. (formerly known as
16  CONNECTU, LLC) PACIFIC
    NORTHWEST SOFTWARE, INC.
17  WINSTON WILLIAMS, and WAYNE
    CHANG,                                Chief Magistrate Judge Maria-Elena
18                                        James (San Francisco Division)
                  Defendants.
19

20

21

22

23

24

25

26

27

28
                                                   CONNECTU'S RENEWED REQUEST FOR HEARING
                                           RELATING TO PRODUCTION OF CONNECTU'S DOCUMENTS
                                                             5:07-CV-01389-JW (MEJ)

Dockets.Justia.com

1    ConnectU, Inc. ("ConnectU") requests that this Court set a hearing date and briefing

2    schedule based on the following:

3    **Procedural History**

4    In January 2009 ConnectU filed a Motion to Disqualify Founders' Counsel and for

5    Production of ConnectU's Files.  On September 2, 2009, the Honorable Judge James Ware

6    entered an Order Granting ConnectU's Motion to Disqualify Counsel; Granting in Part and

7    Denying in Part Motion for Delivery of Client Files; Referring the Parties to Chief Magistrate

8    James for an *In Camera* Review of ConnectU's Client Files.   A true and correct copy of the

9    Court's Order is attached as **Exhibit A** to the Declaration of Alison P. Buchanan, filed

10   simultaneously with this request.

11   In its September 2, 2009 Order, the Court specifically found that "the Founders and their

12   attorneys cannot obstruct access to ConnectU's general business documents," and that "ConnectU

13   is entitled to all documents pertaining to ConnectU's general business, including but not limited

14   to documents relating to ConnectU's financials, assets, and liabilities." (Ex. A to the Decl. of A.

15   Buchanan, 17:21-23, 18:1-2).  The Court referred the parties "to Chief Magistrate Judge James

16   for further proceedings with respect to which documents should be turned over to the current

17   owners." (Ex. A to the Decl. of A. Buchanan, 18:22; 19:1-2).

18   Following the Court's September 2, 2009 Order, on or about September 14, 2009, the

19   Founders filed a Notice of Appeal relating to the Court's Order.  A true and correct copy of the

20   Founders' Notice of Appeal is attached as **Exhibit B** to the Declaration of Alison P. Buchanan,

21   filed simultaneously with this request.

22   On October 9, 2009, the Ninth Circuit *sua sponte* issued an Order stating that the Ninth

23   Circuit "may lack jurisdiction over the appeal because orders disqualifying counsel are not

24   immediately appealable orders."  The Ninth Circuit held that "[w]ithin 21 days after the date of

25   this order, appellants shall move for voluntary dismissal of the appeal or show cause why it

26   should not be dismissed for lack of jurisdiction."  A true and correct copy of  the Ninth Circuit's

27   October 9, 2009 Order is attached as **Exhibit C** to the Declaration of Alison P. Buchanan, filed

28   simultaneously with this request.

CONNECTU'S RENEWED REQUEST FOR HEARING
RELATING TO PRODUCTION OF CONNECTU'S DOCUMENTS
5:07-CV-01389-JW (MEJ)

1    The parties filed extensive briefs in response to the Ninth Circuit's October 9, 2009 Order.

2    The Founders argued that the Ninth Circuit had jurisdiction over the Founders' appeal; ConnectU

3    argued that the Ninth Circuit did not have jurisdiction over the Founders' appeal.

4    On December 14, 2009, the Ninth Circuit issued an Order wherein the Ninth Circuit:

5    1.  Discharged the October 9, 2009 order to show cause;

6    2.  Dismissed the appeal "as unnecessary because the order appealed herein was issued by

7        the district court on a limited remand pursuant to this court's July 1, 2009 order …";

8        and

9    3.  Denied all pending motions relating to the appeal on the basis that they are moot.

10   A true and correct copy of the Ninth Circuit's December 14, 2009 Order is attached as

11   **Exhibit D** to the Declaration of Alison P. Buchanan, filed simultaneously with this request.

12   ### Request for Hearing and Briefing Schedule

13   Based on this Court's September 2, 2009 Order and the Ninth Circuit's December 14,

14   2009 Orders, ConnectU respectfully requests that the Court schedule a hearing date within forty-

15   five days, at which time the Court can address any and all issues relating to the production of

16   ConnectU's documents.  ConnectU further respectfully requests that the Court set a briefing

17   schedule in advance of the hearing so that the parties can address, in writing, their respective

18   positions relating to the production of ConnectU's documents.

19   DATED: December 22, 2009

20                                                   /s/
                                                     Alison P. Buchanan
21                                                   HOGE, FENTON, JONES & APPEL, INC.
                                                     Attorneys for ConnectU, Inc.
22

23

24

25

26

27

28

                                CONNECTU'S RENEWED REQUEST FOR HEARING
                                RELATING TO PRODUCTION OF CONNECTU'S DOCUMENTS
                                5:07-CV-01389-JW (MEJ)

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that this document(s) filed through the ECF system will be sent

3  electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

4  and paper copies will be sent to those indicated as non registered participants on December 22,

5  2009.

6  DATED: December 22, 2009

7                                          /s/
                                        Alison P. Buchanan
8                                       HOGE, FENTON, JONES & APPEL, INC.
                                        Attorneys for ConnectU, Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONNECTU'S RENEWED REQUEST FOR HEARING
                                     RELATING TO PRODUCTION OF CONNECTU'S DOCUMENTS
                                     5:07-CV-01389-JW (MEJ)