WILLIAM F. ABRAMS 88805
 wabrams@pillsburywinthrop.com
JOSEPH R. TIFFANY II 67821
 jtiffany@pillsburywinthrop.com
NICOLE M. TOWNSEND 189655
 ntownsent@pillsburywinthrop.com
PILLSBURY WINTHROP LLP
2475 Hanover Street
Palo Alto, California 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Plaintiff and
Counterclaim Defendants,
POSTX CORPORATION and
MAYFIELD ASSOCIATES FUND VI,
MAYFIELD ASSOCIATES FUND IV, L.P.,
MAYFIELD IX, L.P., MAYFIELD XI,
MAYFIELD XI QUALIFIED and
MAYFIELD PRINCIPALS FUND II

JOHN L. COOPER 050324
 jcooper@fbm.com
JAMES W. MORANDO 087896
 jmorando@fbm.com
JEFFREY M. FISHER 155284
 jfisher@fbm.com
FARELLA BRAUN + MARTEL LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant and
Counterclaimants,
SECURE DATA IN MOTION d/b/a
SIGABA and CLEARSWIFT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POSTX CORPORATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SECURE DATA IN MOTION, INC., d/b/a SIGABA,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case Nos. C02-04483 SI & C03-0521 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT SCHEDULE**<br><br>Hon. Susan Illston |

60390299v1 — - 1 - — STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT SCHEDULE
Case Nos. 02-04483 SI and 03-0521 SI

Dockets.Justia.com

Pursuant to Civil Local Rules 6-2 and 7-11, the undersigned parties through their respective attorneys of record HEREBY STIPULATE to the following revised case management schedule (additional case management dates not previously in schedule are in italics):

| Event | Continued to Date |
| --- | --- |
| *Parties exchange initial expert reports for issues on which the party bears the burden of proof* | *February 25, 2005* |
| *Parties exchange rebuttal expert reports* | *March 25, 2005* |
| *Close of expert discovery* | *April 15, 2005* |
| Last day to file Pre-Trial filings | May 24, 2005 |
| Pre-Trial Conference | June 7, 2005 at 3:30 p.m. |
| Trial | June 20, 2005 |

This Stipulation is being concurrently filed in related Case Nos. C02-04483 SI and C03-00521 SI.

Dated: February 2, 2005

PILLSBURY WINTHROP LLP
WILLIAM F. ABRAMS
JOSEPH R. TIFFANY II
NICOLE M. TOWNSEND

By: /s/ William F. Abrams
Attorneys for Plaintiff and Counterclaim Defendants,
POSTX CORPORATION and
MAYFIELD ASSOCIATES FUND VI,
MAYFIELD ASSOCIATES FUND IV, L.P.,
MAYFIELD IX, L.P., MAYFIELD XI,
MAYFIELD XI QUALIFIED and
MAYFIELD PRINCIPALS FUND II

Dated: February 2, 2005                FARELLA BRAUN & MARTEL LLP
                                       JOHN L. COOPER
                                       JAMES W. MORANDO
                                       JEFFREY M. FISHER


                                       By: __/s/ John Cooper_____
                                       Attorneys for Defendant and Counterclaimants,
                                       SECURE DATA IN MOTION, INC. d/b/a SIGABA and
                                       CLEARSWIFT

I attest that concurrence in the filing of the above stipulation has been obtained from counsel for Secure Data In Motion d/b/a Sigaba and Clearswift.


Dated: February 2, 2005

                                       By: __/s/ William F. Abrams_____
                                       Attorney for Plaintiff and Counterclaim Defendant,
                                       POSTX CORPORATION


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____

IT IS SO ORDERED

Judge Susan Illston

60390299v1                              - 3 -                    STIPULATION AND [PROPOSED] ORDER
                                                                REGARDING CASE MANAGEMENT SCHEDULE
                                                                Case Nos. 02-04483 SI and 03-0521 SI