1  I. NEEL CHATTERJEE (State Bar No. 173985)
   nchatterjee@orrick.com
2  MONTE COOPER (State Bar No. 196746)
   mcooper@orrick.com
3  THERESA A. SUTTON (State Bar No. 211857)
   tsutton@orrick.com
4  YVONNE P. GREER (State Bar No. 214072)
   ygreer@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:     650-614-7400
7  Facsimile:     650-614-7401

8  Attorneys for Plaintiffs
   FACEBOOK, INC. and MARK ZUCKERBERG
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No.  5:07-CV-01389-JW<br><br>**FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO SEAL EXHIBIT A TO FACEBOOK, INC. AND MARK ZUCKERBERG'S JOINDER IN CONNECTU'S RENEWED REQUEST FOR HEARING DATE RELATING TO PRODUCTION OF CONNECTU'S DOCUMENTS** |
|---|---|

1    Pursuant to Fed. R. Civ. P. 26, Civil L.R. 7-11 and 79-5(d), as well as this Court's Order dated July 2, 2008 Setting Conditions with Respect to Access to Materials Previously Filed in this Case [Doc. No. 473], Plaintiffs respectfully submit this administrative motion asking the Court to file under seal Exhibit A to Facebook, Inc. and Mark Zuckerberg's Joinder in ConnectU's Renewed Request for Hearing (Docket No. 727).

The materials attached to Facebook's Joinder as Exhibit A were designated as confidential by Quinn Emanuel and, thus, are subject to the Stipulated Protective Order entered into on January 23, 2006, which prohibits any party from filing in the public record documents that have been designated as "Confidential."  The parties also entered into a separate "Second Stipulated Protective Order" in *ConnectU LLC v. Zuckerberg*, Case No. 1:04-cv-11923 (D. Mass.), signed by the Honorable Douglas Woodlock on July 6, 2005, which has governed filings in related actions among the parties in the District of Massachusetts, including Exhibit A.  Further, the use and disclosure of some of these materials is governed by the District of Massachusetts' Order for Discovery of Computer Memory Devices.  Accordingly, good cause and compelling reasons exist to file these designated materials under seal.

Dated: December 23, 2009                                    Orrick, Herrington & Sutcliffe LLP

                                                            /s/ *Theresa A. Sutton* /s/
                                                            Theresa A. Sutton
                                                            Attorneys for Plaintiffs
                                                            FACEBOOK, INC.  MARK ZUCKERBERG

OHS West:260800734.1                        - 1 -                      PLAINTIFFS' ADMIN. MOTION TO SEAL EXHIBITS
                                                                               CASE NO. 5:07-CV-01389-JW

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 23, 2009.

Dated: December 23, 2009.                    Respectfully submitted,

                                             /s/ Theresa A. Sutton /s/
                                             Theresa A. Sutton