I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
MONTE COOPER (State Bar No. 196746)
  mcooper@orrick.com
THERESA A. SUTTON (State Bar No. 211857)
  tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
  ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiffs
FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No. 5:07-CV-01389-JW<br><br>**PROOF OF SERVICE VIA EMAIL, FEDERAL EXPRESS AND/OR HAND DELIVERY** |

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My place of business is Orrick Herrington & Sutcliffe, LLP, 1000 Marsh Road, Menlo Park, CA 94025. On December 23, 2009, I served the within document(s):

1. **UNDER SEAL EXHIBIT A TO:** FACEBOOK, INC. AND MARK ZUCKERBERG'S JOINDER IN CONNECTU'S RENEWED REQUEST FOR HEARING DATE RELATING TO PRODUCTION OF CONNECTU'S DOCUMENTS.

| | |
|---|---|
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
| X | By causing personal delivery by First Legal of the document(s) listed above to the person(s) at the address(es) set forth below. |
| X | By e-mailing, as agreed to by the parties, electronic copies of the documents to the e-mail addresses listed below for counsel to defendant on **December 23, 2009**. |

| | |
|---|---|
| **Jerome B. Falk, Jr.**<br>jfalk@howardrice.com<br>**Sean M. SeLegue**<br>sselegue@howardrice.com<br>**John P. Duchemin**<br>jduchemin@howardrice.com<br>Howard Rice Nemerovski Canady Falk & Rabkin<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4024<br>Tel: (415) 434-1600<br>Fax: (415) 217-5910<br><br>**(Via Email and Hand Delivery)**<br><br>ATTORNEYS FOR DEFENDANTS TYLER WINKLEVOSS, CAMERON WINKLEVOSS, AND DIVYA NARENDRA | **James E. Towery**<br>jet@hogefenton.com<br>**Alison P. Buchanan**<br>apb@hogefenton.com<br>**Jill E. Fox**<br>jef@hogefenton.com<br>Hoge, Fenton, Jones & Appel, Inc.<br>Sixty South Market Street, Suite 1400<br>San Jose, CA 95113-2396<br>Tel: (408) 287-9501<br>Fax: (408) 287-2583<br><br>**(Via Email and Federal Express)**<br><br>ATTORNEYS FOR CONNECTU, INC. |

I am readily familiar with my firm's practice for collection and processing correspondence for delivery via Federal Express, to wit, that correspondence be deposited with the Federal Express Courier this same day in the ordinary course of business.

Executed on December 23, 2009 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_/s/ Karen Mudurian_
Karen Mudurian

OHS West:260800882.1

PROOF OF SERVICE
5:07-CV-01389-JW

## Mudurian, Karen

| | |
|---|---|
| **From:** | Mudurian, Karen |
| **Sent:** | Wednesday, December 23, 2009 2:36 PM |
| **To:** | Towery, James E.; 'jfalk@howardrice.com'; 'sselegue@howardrice.com'; 'jduchemin@howardrice.com' |
| **Cc:** | Sutton, Theresa A.; Cooper, Monte; Dalton, Amy |
| **Subject:** | Facebook v. ConnectU, Case No. 07-1389 |
| **Attachments:** | 2009.12.23 [FB] Joinder re Hearing re Production of CU Docs.pdf; 2009.12.23 [FB] Mtn to Seal Ex. A to Joinder.pdf; 2009.12.23 [FB] Ntc of Manual Filing Ex. A to Joinder.pdf; 2009.12.23 [FB] (CONF) Ex. A to Joinder.pdf; 2009.12.23 [FB] POS.PDF |

Dear Counsel,

Attached please find copies of Facebook, Inc. and Mark Zuckerberg's documents filed today, December 23, 2009 regarding the above referenced matter. Hard copy of Sealed Exhibit A will follow via Hand Delivery or Federal Express.

Thank you.

**Karen N. Mudurian**
*Secretary to I. Neel Chatterjee, Daniel Weinberg,
Theresa Sutton, and Jacob Heath*
**Orrick, Herrington, & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025
Direct: (650) 614-7396
Fax: (650) 614-7401**

12/23/2009

**Mudurian, Karen**

| | |
|---|---|
| **From:** | Pablo Rios-SJ [prios2@firstlegalsupport.com] |
| **Sent:** | Wednesday, December 23, 2009 5:01 PM |
| **To:** | Mudurian, Karen |
| **Subject:** | First Legal conf. for Ctrl# 8028835 |

```
     **Please Do Not Reply To This Email**
                    FIRST LEGAL SUPPORT-LA
CTRL: 8028835
CSR : 255
ATTN: Karen Mudurian
DATE: 12/23/09              SERVICE TYPE: RUSHCAR
REF: 16069-4
CUST: 70075 ORRICK HERRINGTON & SUTCLIFFE LLP
PU: ORRICK HERRINGTON & SUTCLIFFE LLP   DL: HOWARD RICE
    1000 MARSH RD                           3 EMBARCADERO CENTER
    MENLO PARK      CA  94025               SAN FRANCISCO   CA  94105
                                            RM:7TH FLOOR
        DELIVER ENVERLOPE


DEL DATE: 12/23/09    TIME: 15:45    SIGN: L. PATACSIO
```