**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1

2

3

4                     UNITED STATES  DISTRICT COURT

5                      Northern District of California

6

7    THE FACEBOOK, INC.,

8                        Plaintiff(s),                No. C 07-01389 JSW (MEJ)
          v.
9                                                  **ORDER RE: CONNECTU'S**
     CONNECTU, LLC, ET AL,                         **REQUEST FOR HEARING DATE**
10
                         Defendant(s).
11   _____/

12

13         The Court is in receipt of Defendant ConnectU's request that this Court set a hearing date

14   and briefing schedule regarding review and production of ConnectU's client files.  (Dkt. #727.)

15   However, it appears that at least one appeal in this case remains pending at the Ninth Circuit. *See*

16   Dkt. #731.  Accordingly, the Court is reluctant to conduct proceedings at the District Court level and

17   hereby DENIES ConnectU's request without prejudice.  However, should ConnectU be able to

18   establish that no appeals are pending in this case before the Ninth Circuit, the Court shall issue an

19   order as to how the parties should proceed.

20         **IT IS SO ORDERED.**

21

22   Dated: December 30, 2009

23                                                 _____
                                                   Maria-Elena James
                                                   Chief United States Magistrate Judge
24

25

26

27

28

Dockets.Justia.com