1  I. NEEL CHATTERJEE (State Bar No. 173985)
       nchatterjee@orrick.com
2  MONTE COOPER (State Bar No. 196746)
       mcooper@orrick.com
3  THERESA A. SUTTON (State Bar No. 211857)
       tsutton@orrick.com
4  YVONNE P. GREER (State Bar No. 214072)
       ygreer@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:    650-614-7400
7  Facsimile:    650-614-7401

8
   Attorneys for Plaintiffs
9  FACEBOOK, INC. and MARK ZUCKERBERG

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14

| 15 | FACEBOOK, INC. and MARK ZUCKERBERG, | Case No.  5:07-CV-01389-JW |
|---|---|---|
| 16 |  | **[PROPOSED]** **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL EXHIBIT A TO FACEBOOK, INC. AND MARK ZUCKERBERG'S JOINDER IN CONNECTU'S RENEWED REQUEST FOR HEARING DATE RELATING TO PRODUCTION OF CONNECTU'S DOCUMENTS** |
| 17 | Plaintiffs, |  |
| 18 | v. |  |
| 19 | CONNECTU, INC. (formerly known as CONNECTU, LLC), PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, and WAYNE CHANG, |  |
| 20 |  |  |
| 21 |  |  |
| 22 | Defendants. |  |

23
24
25
26
27
28

OHS West:260800765.1

1  The matter before the Court is Plaintiffs' Administrative Motion to File Under Seal
2  Exhibit A to Facebook, Inc. and Mark Zuckerberg's Joinder in ConnectU's Renewed Request for
3  Hearing Date Relating to Production of ConnectU's Documents.
4      The Court has considered Plaintiffs' Administrative Motion to File Under Seal. The
5  Court also has considered the requirements of Fed. R. Civ. P. 26, Local Civil Rule 7-11 and 79-
6  5(b). In light of such review and consideration of the applicable legal standards, in light of the
7  nature of the information sought to be filed under seal, and in light of this Court's consideration
8  of the arguments set forth in Plaintiffs' Administrative Motion to File Under Seal, the Court finds
9  good cause and compelling reasons to permit the filing under seal of Exhibit A to Facebook's
10 Joinder.
11     Accordingly, the Court hereby GRANTS Plaintiffs' Administrative Motion to File Under
12 Seal Exhibit A to Facebook, Inc. and Mark Zuckerberg's Joinder in ConnectU's Renewed
13 Request for Hearing Date Relating to Production of ConnectU's Documents.
14     IT IS SO ORDERED.
15     December 30, 2009
16 Dated: _____ \_\_\_, ~~2010~~

[Signature: Judge Maria-Elena James, United States District Court, Northern District of California]

OHS West:260800765.1      -1-      [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMIN. MOTION TO SEAL EXHIBIT A
CASE NO. 5:07-CV-01389-JW