UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 05 2010

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| THE FACEBOOK, INC.; MARK ZUCKERBERG,<br><br>        Plaintiffs,<br><br>  v.<br><br>CONNECTU, INC., FKA ConnectU, LLC,<br><br>        Defendant - Appellee,<br><br>CAMERON WINKLEVOSS; TYLER WINKLEVOSS; DIVYA NARENDRA,<br><br>        Defendants - Appellants,<br><br> and<br><br>PACIFIC NORTHWEST SOFTWARE, INC.; WAYNE CHANG; WINSTON WILLIAMS,<br><br>        Defendants. | No.  09-17050<br>D.C. No.  5:07-cv-01389-JW<br>Northern District of California, San Jose<br><br>**MANDATE** |

The judgment of this Court, entered 12/14/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

/s/
By: Theresa Benitez
Deputy Clerk