**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                  General Court Number
Clerk                                                                                          408.535.5364

January 5, 2010

CASE NUMBER:   **CV 07-01389 JW**
CASE TITLE:   **THE FACEBOOK, INC.-v- CONNECTU, LLC, ET AL**
DATE MANDATE FILED:   *1/5/10*

TO COUNSEL OF RECORD:

      The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                                            Sincerely,

                                            RICHARD W. WIEKING, Clerk


                                          by:   Cindy Vargas
                                          Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

                   CRIMINAL   -   Counsel of Record
                                  U.S. Marshal (Copy of Mandate)
                                  U.S. Probation Office

NDC App-16