| | |
|---|---|
| 1 | JAMES E. TOWERY -- BAR NO. 74058 |
| 2 | ALISON P. BUCHANAN -- BAR NO. 215710<br>HOGE, FENTON, JONES & APPEL, INC. |
| 3 | Sixty South Market Street, Suite 1400<br>San Jose, California 95113-2396 |
| 4 | Phone: (408) 287-9501<br>Fax:  (408) 287-2583 |
| 5 | Attorneys for |
| 6 | CONNECTU, INC.<br>(Formerly CONNECTU, LLC) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC) PACIFIC NORTHWEST SOFTWARE, INC. WINSTON WILLIAMS, and WAYNE CHANG,<br><br>Defendants. | Case No.  5:07-CV-01389-JW<br><br>**DECLARATION OF ALISON P. BUCHANAN IN SUPPORT OF CONNECTU'S OBJECTION TO MAGISTRATE JUDGE JAMES' ORDER DENYING CONNECTU'S REQUEST FOR HEARING DATE AND BRIEFING SCHEDULE**<br><br>The Honorable Judge James Ware<br>Courtroom 8 |

I, Alison P. Buchanan, declare:

1.  I am an attorney at the law firm of Hoge, Fenton, Jones & Appel, Inc., counsel for ConnectU, Inc ("ConnectU"). I am a member of the State Bar of California and the U.S. District Court Northern District of California. I make this declaration in support of ConnectU's Objection to Magistrate Judge James' Order Denying ConnectU's Request for Hearing Date and Briefing Schedule.

2.  Attached hereto and incorporated herein as **Exhibit A** is a true and correct copy of the October 9, 2009 Order from the Ninth Circuit relating to the Founders' Notice of Appeal.

3.  Attached hereto and incorporated herein as **Exhibit B** is a true and correct copy of the December 14, 2009 Order from the Ninth Circuit dismissing the Founders' Notice of Appeal.

4.  Attached hereto and incorporated herein as **Exhibit C** is a true and correct copy of the September 3, 2009 letter from me to ConnectU's former corporate counsel, Jones Day, requesting that Jones Day provide ConnectU with ConnectU's general business files.

5.  Attached hereto and incorporated herein as **Exhibit D** is a true and correct copy of the September 4, 2009 email from Jones Day stating that Jones Day would not provide ConnectU with any of its files.

I declare under penalty of perjury under the laws of the United States that the above facts are within my personal knowledge; that I can testify to the same if called to do so in a court of law; that the foregoing is true and correct; and that this declaration was executed on the 8th day of January, 2010, at San Jose, California.

/s/
_____
Alison P. Buchanan
HOGE, FENTON, JONES & APPEL, INC.
Attorneys for ConnectU, Inc.

- 1 -

DECLARATION OF A. BUCHANAN IN SUPPORT OF
OBJECTION TO ORDER
5:07-CV-01389-JW

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 8, 2010.

DATED: January 8, 2010

/s/ _____
Alison P. Buchanan
HOGE, FENTON, JONES & APPEL, INC.
Attorneys for ConnectU, Inc.