I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MONTE COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
YVONNE P. GREER (State Bar No. 214072)
ygreer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC. and MARK ZUCKERBERG,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CONNECTU, INC. (formerly known as CONNECTU, LLC) PACIFIC NORTHWEST SOFTWARE, INC. WINSTON WILLIAMS, and WAYNE CHANG,<br><br>　　　　　　　Defendants. | Case No.  5:07-CV-01389-JW<br><br>**FACEBOOK, INC. AND MARK ZUCKERBERG'S RESPONSE TO CONNECTU FOUNDERS' MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER TO EXAMINE AND COPY SEALED DOCUMENTS** |

1   On January 5, 2010, Cameron and Tyler Winklevoss and Divya Narendra filed a request
2   pursuant to Civil Local Rule 7-11 seeking permission to review and copy documents filed under
3   seal in this action.  Docket No. 741.  Facebook, Inc. and Mark Zuckerberg do not oppose this
4   request, so long as Messrs. Winklevoss and Narendra and their counsel also are required to abide
5   by the terms of the January 23, 2006, Stipulated Protective Order governing the use and
6   disclosure of the documents filed under seal in this action.  A copy of the Stipulated Protective
7   Order is attached hereto as Exhibit A.

8   Facebook understands that Messrs. Winklevoss and Narendra, as well as their counsel, do
9   not oppose this request.  Attached hereto as Exhibit B is a true and correct copy of an email from
10  counsel Sean SeLegue.  If Facebook's understanding is incorrect, however, it opposes the present
11  request for access to files, as such access would effect an improper amendment to the Protective
12  Order.

13  Dated: January 8, 2010

/s/ Theresa A. Sutton /s/
THERESA A. SUTTON
Attorneys for Plaintiffs
THE FACEBOOK, INC. and MARK ZUCKERBERG

OHS West:260806598.1

- 1 -

FACEBOOK AND ZUCKERBERG RESPONSE TO MOTION FOR ORDER TO EXAMINE AND COPY SEALED DOCUMENTS
5:07-CV-01389-JW

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 8, 2010.

Dated: January 8, 2010.  Respectfully submitted,

/s/ Theresa A. Sutton /s/
THERESA A. SUTTON

OHS West:260806598.1     - 1 -     FACEBOOK AND ZUCKERBERG RESPONSE TO MOTION FOR ORDER TO EXAMINE AND COPY SEALED DOCUMENTS
5:07-CV-01389-JW