1    JEROME B. FALK, JR. (No. 39087)
Email: jfalk@howardrice.com
2    SEAN M. SELEGUE (No. 155249)
Email: sselegue@howardrice.com
3    JOHN P. DUCHEMIN (No. 250501)
Email: jduchemin@howardrice.com
4    HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
5    A Professional Corporation
Three Embarcadero Center, 7th Floor
6    San Francisco, California 94111-4024
Telephone: 415/434-1600
7    Facsimile: 415/677-6262

8    Attorneys for CAMERON WINKLEVOSS,
TYLER WINKLEVOSS and DIVYA NARENDRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE FACEBOOK, INC., et al., | No. C 07-01389 JW |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO EXAMINE AND COPY SEALED PLEADINGS |
| v. | |
| CONNECTU, INC., et al., | |
| Defendants. | |

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
*A Professional Corporation*

1  The motion of Cameron Winklevoss, Tyler Winklevoss and Divya Narendra allowing
2  representatives of their appellate counsel of record, the law firm of Howard Rice
3  Nemerovski Canady Falk & Rabkin, A Professional Corporation ("Howard Rice"), to
4  examine and copy pleadings filed under seal in the District Court in this case is hereby
5  granted.

6  Permission is also granted for the court copy service to assist Howard Rice in copying
7  those sealed pleadings specified by Howard Rice.

8  IT IS SO ORDERED.

10 DATED: January 11, 2010.

_____
~~HON. JAMES WARE~~
~~U.S. DISTRICT COURT JUDGE~~

Messrs. Winklevoss and Navendra and their counsel are required to abide by the terms of the January 23, 2006, Stipulated Protective Order governing the use and disclosure of the documents filed under seal in this action. (Dkt. #744, Ex. A.)



Judge Maria-Elena James