| | |
|---|---|
| 1 | TED G. DANE (#143195) |
| 2 | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue |
| 3 | 35th Floor<br>Los Angeles, CA 90071 |
| 4 | Telephone: (213) 683-9288<br>Facsimile: (213) 687-3702 |
| 5 | Email: ted.dane@mto.com |
| 6 | JASON RANTANEN (#229404) |
| 7 | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street |
| 8 | 27th Floor<br>San Francisco, CA 94105 |
| 9 | Telephone: (415) 512-4040 |
| 10 | Facsimile: (415) 512-4077<br>Email: jason.rantanen@mto.com |
| 11 | Attorneys for Plaintiffs |
| 12 | THERASENSE, INC.<br>and ABBOTT LABORATORIES |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| THERASENSE, INC., and ABBOTT LABORATORIES, | CASE NO. C04-2123 MJJ |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| vs. | |
| BECTON, DICKINSON AND CO., | |
| Defendant. | |

1080371.1

PROOF OF SERVICE

# PROOF OF SERVICE BY HAND

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is 560 Mission Street, 27th Floor, San Francisco, California

On March 8, 2005, I served the following documents described as:

**SUMMONS IN A CIVIL CASE ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

by placing a true copy thereof enclosed in sealed envelope addressed as follows:

John O. Chesley, II
Ropes & Gray LLP
One Embarcadero Center
Suite 2200
San Francisco, CA 94111

I caused such envelope to be delivered by hand by Wheels of Justice, 657 Mission Street, Suite 502, San Francisco, California, 94105 to the office of the addressee.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 8, 2005, at San Francisco, California.

Teresa Ramirez

1080371.1

PROOF OF SERVICE