| | |
|---|---|
| 1 | ROBERT P. VARIAN (STATE BAR NO. 107459) |
| 2 | KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)<br>JAMES N. KRAMER (STATE BAR NO. 154709) |
| 3 | JONATHAN B. GASKIN (STATE BAR NO. 203625)<br>JUSTIN M. LICHTERMAN (STATE BAR NO.225734) |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street |
| 5 | San Francisco, CA  94105<br>Telephone:415-773-5700 |
| 6 | Facsimile:415-773-5759 |
| 7 | Attorneys for Defendants<br>NVIDIA CORPORATION, NVIDIA US INVESTMENT |
| 8 | COMPANY, INC.,  JEN-HSUN HUANG, JAMES C. GAITHER,<br>A. BROOKE SEAWELL, WILLIAM J. MILLER, TENCH COXE, |
| 9 | MARK A. STEVENS, HARVEY C. JONES, CHRISTINE<br>HOBERG and STEPHEN PETTIGREW |
| 10 | NVIDIA CORPORATION |
| 11 | DAVID M. SHANNON (STATE BAR NO. 122363)<br>STEPHEN PETTIGREW (STATE BAR NO. 54316) |
| 12 | 2701 San Tomas Expressway<br>Santa Clara, CA 95050 |
| 13 | Telephone:408-486-2000<br>Facsimile:408-486-4519 |
| 14 | Attorneys for Defendants |
| 15 | NVIDIA CORPORATION and<br>NVIDIA US INVESTMENT COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re | ) | **Case No. CV 05-00427 JW** |
| 3dfx INTERACTIVE INC., | ) ) ) | [Bankruptcy Case No. 02-55795 JRG Chapter 11] |
| Debtor. | ) ) | [Adversary Proc. Nos. 03-5010, 03-5011, 03-5079] |
| CARLYLE FORTRAN TRUST,<br>a Maryland real estate investment trust, | ) ) ) | **PROOF OF SERVICE** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NVIDIA CORPORATION, et al., | ) ) | |
| Defendants. | ) ) ) ) | |

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Attorneys for:

UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA SAN JOSE DIVISION

Plaintiff(s) : CARLYLE FORTRAN TRUST
Defendant(s) : NVIDIA CORP., ET AL.

Hearing Date:
Time:          Dept.

Invoice No. 2084510        \*\*\*PROOF OF SERVICE\*\*\*        Case No. CV 05-00427 JW

I, Jerry Woodward, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: NVIDIA DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL LOCAL RULE 3-12); DECLARATION OF LEAH NUTTING;[PROPOSED] ORDER GRANTING NVIDIA DEFENDANTS' ADMINISTRATIVE MOTION TO RELATE CASES (CIVIL LOCAL RULE 3-12)

in this action by personally delivering to and leaving with the following defendant or person in the City and County, State of California, on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Opposing Counsel | : NANETTE DUMAS, ESQ. |
| By Serving | : SHEILA ROTH, LEGAL ASSIST. |
| Address | : 280 S. FIRST STREET #268, SAN JOSE, CA 95113 |
| Date & Time | : Wednesday, February 23, 2005 @ 1:05pm |
| Witness fees were | : Not applicable. |

Person serving:
Jerry Woodward
a. Fee for service: $56.50
d. Registered California Process Server

(1) Employee or independent contractor
(2) Registration No.: 832
(3) County: SANTA CLARA
(4) Expires: 01/17/2006

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 23, 2005        Signature: _Jerry Woodward 832_
                                          Jerry Woodward



Printed on recycled paper

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: <br> ROBERT P. VARIAN, SBN 107459 <br> ORRICK, HERRINGTON & SUTCLIFFE, LLP <br> 405 HOWARD ST. <br> SAN FRANCISCO, CA 94105 | TELEPHONE NO.: <br> (415) 392-1122 | FOR COURT USE ONLY |
|---|---|---|
| | Ref. No. or File No | |
| ATTORNEY FOR *(Name)* DEFENDANTS | | |
| Insert name of court and name of judicial and branch court, if any: <br> UNITED STATES DISTRICT COURT/CENTRAL DISTRICT | | |
| SHORT TITLE OF CASE: <br> CARLYLE FORTRAN TRUST VS. NVIDIA CORPORATION, ET AL. | | |

| | HEARING DATE: | TIME: | DEPT./DIV.: | CASE NUMBER <br> CV 05-00427 JW |
|---|---|---|---|---|
| PROOF OF SERVICE | | | | |

1. I served the:
    a. **[PROPOSED] ORDER GRANTING NVIDIA DEFENDANTS' ADMINISTRATIVE MOTION TO RELATE CASES; DECLARATION OF LEAH NUTTING EXPLAINING WHY STIPULATION COULD NOT BE OBTAINED FOR ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; NVIDIA DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

    b. on *(name)*: BETTY M. SHUMENER, ESQ., ROBERT J. ODSEN, ESQ., HENRY H. OH, ESQ. C/O: DLA PIPER RUDNICK GRAY CARY US LLP

    c. by delivery: ___ AT HOME   _X_ AT BUSINESS
        (1) date: FEBRUARY 22, 2005
        (2) time: 5:55 PM
        (3) address: 550 S. HOPE STREET, SUITE 2300
                    LOS ANGELES, CA 90071

    d. ___ by mailing
        (1) date:
        (2) place:

    e. ___ witness fees were paid.          f. ___ copying fees were paid.
        amount:................$_____        amount:................$_____

2. Manner of service: PERSONAL DELIVERY BY SLIDING DOCUMENTS UNDER THE DOOR

3. At the time of service I was at least 18 years old and not a party to the action.

4. Process Server:                          [X] Registered California
   JUAN MACARIO                                 Process Server
   350 S. FIGUEROA ST., 272                     Registration Number:
   LOS ANGELES, CA 90071                        County: Los Angeles
   (213) 346-1000                               Fee for service:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on :

Date: FEBRUARY 23, 2005

Signature _/s/ J. M._