```
 1  SULLIVAN LAW OFFICES
    J. D. SULLIVAN, CA Bar No. 98057
 2  1650 North Lucerne Street, Suite 201
    Minden, NV 89423
 3
    Telephone:    (775) 782-6915
 4  Telecopier:   (775) 782-3439

 5  Attorneys for Plaintiffs/Counterdefendants,
    H. GENE CARNES, PHILIP G. CARNES,
 6  JENNIFER CARNES, KEVIN D. SCHALLER
    and KATHRYN J. SCHALLER
```

FILED
MAR 21 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| H. GENE CARNES, et al., | No.: C 00-20084 RMW |
| Plaintiffs, | No.: C 03-00852 RMW |
| vs. | |
| MICHAEL A. ZAMANI, et al., | STIPULATION AND ORDER PRESERVING RIGHTS TO CLAIM SUMS ON APPEAL |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

COME NOW THE PARTIES, by and through their respective attorneys of record and stipulate, subject to court order, that, notwithstanding the filing and recording of the Full of Satisfaction of Judgment, attached as Exhibit "A", all parties shall retain and preserve their rights, in the pending appeal, to move for costs, expenses, attorney's fees and/or sanctions, and to oppose any motion seeking same.

The filing and recording of the Full of Satisfaction of Judgment shall not moot the appeal, and shall not preclude any party or

1 parties from seeking costs, expenses, attorney's fees and/or
2 sanctions, or preclude any party or parties from opposing any
3 motion seeking the same, except that the filing and recording of
4 the Full Satisfaction of Judgment cannot be asserted, in and of
5 itself, as a basis for opposing a motion for costs, expenses,
6 attorney's fees and/or sanctions.
7     DATED: February 14, 2005.

SULLIVAN LAW OFFICES

By: _____
J. D. SULLIVAN, ESQ.
Attorneys for Plaintiffs/
Counterdefendants, Philip G.
Carnes, Jennifer Carnes, Kevin
D. Schaller and Kathryn J.
Schaller

14     DATED: February 15, 2005.

HERR & ZAPALA, LLP

By: _____
TIMOTHY E. HERR, ESQ.
Attorneys for Defendant/
Counterclaimant, Michael A.
Zamani

3/14/05 *Stipulation accepted and so ordered*

*Ronald M anyt?*
*District Judge*
3/14/05

2

| | EJ-100 MODIFIED |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>After recording return to:<br>Sullivan Law Offices<br>J.D. Sullivan<br>1650 N. Lucerne Street<br>Minden, NV 89423<br>TELEPHONE NO.: (775) 782-6915<br>FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs | |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DIST. OF CALIFORNIA<br>STREET ADDRESS: 280 South 1st Street<br>MAILING ADDRESS: Same<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: | FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY |
| PLAINTIFF: H. Gene Carnes, Phillip Carnes, Jennifer Carnes, Kathryn Schaller, Kevin Schaller<br>DEFENDANT: Michael A. Zamani, Nancy Miller-Wallace, (Formerly Nancy Zamani) | CASE NUMBER:<br>C-00-20084 |
| **ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**<br>■ FULL ☐ PARTIAL ☐ MATURED INSTALLMENT | FOR COURT USE ONLY |

1. Satisfaction of the judgment is acknowledged as follows:
   a. ■ Full satisfaction
      (1) ■ Judgment is satisfied in full.
      (2) ☐ The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. ☐ Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. ☐ Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date)*:

2. Full name and address of judgment creditor:* H. Gene Carnes, Phillip Carnes, Jennifer Carnes, Kathryn Schaller, Kevin Schaller
   c/o J.D. Sullivan, Esq., 1650 N. Lucerne St., Ste. 201, Minden, NV 89423

3. Full name and address of assignee of record, if any:
   N/A

4. Full name and address of judgment debtor being fully or partially released:* See Exhibit A attached.
   c/o Herr & Zapala, LLP, 152 North 3rd Street, Ste. 500, San Jose, CA 95112

5. a. Judgment entered on *(date)*: November 24, 2004
   b. ☐ Renewal entered on *(date)*:

6. ■ An ■ abstract of judgment ☐ certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded)*:

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| Santa Clara County | January 7, 2005 | 18179552 |

7. ☐ A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify)*:

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: 2/15/05

*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY)*

Page 1 of 2

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

| Form Approved for Optional Use<br>Judicial Council of California<br>EJ-100 [Rev. January 1, 2005] | **ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** | Code of Civil Procedure, §§ 724.060, 724.120, 724.250<br>American LegalNet, Inc.<br>www.USCourtForms.com |

EXHIBIT A-1

EXHIBIT A

Additional information for Item 4:

Full name of all judgment debtors being released are: Michael A. Zamani, an individual aka Mike Zamani, aka Akbar Zamani, aka Akbar J. Zamani aka Akbar Jaffari Zamani, Nancy Zamani, an individual aka Nancy J. Zamani aka Nancy J. Wallace aka Nancy Wallace.

EXHIBIT A-2

STATE OF NEVADA )
) ss.
COUNTY OF DOUGLAS )

On February 15, 2005, before me, Linda LeChien, personally appeared J. D. Sullivan, _X_ personally known to me or ___ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

LINDA M. LECHIEN
NOTARY PUBLIC
STATE OF NEVADA
Appt. Recorded in Douglas County
My Appt. Expires June 10, 2008
No: 04-89628-5

WITNESS my hand and official seal.

_Linda M. Lechien_
Signature of Notary

_____OPTIONAL_____

**Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.**

CAPACITY CLAIMED BY SIGNER

✓ INDIVIDUAL
___ CORPORATE OFFICER

TITLE

___ PARTNER(S)   ___ LIMITED
                 ___ GENERAL

___ ATTORNEY-IN-FACT
___ TRUSTEE(S)
___ GUARDIAN/CONSERVATOR
✓ OTHER: Attorney for Judgment Creditor

SIGNER IS REPRESENTING
Name of Person(s) or Entity(ies)

Judgment Creditors

DESCRIPTION OF DOCUMENT

Acknowledgment of Satisfaction of Judgment
Title or Type of this Document

Number of Pages: 2

Date of Document: 2/15/05

Signer(s) Other Than Named Above

EXHIBIT A-3