UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, et al., | No. C04-2239 JSW (EMC) |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| ZENITH CAPITAL LLC, et al., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **PLAINTIFFS' MOTION FOR DISCOVERY ORDER REGARDING FINANCES OF DEFENDANTS** is set for April 27, 2005 at 10:30 a.m. before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. Opposition to said Motion shall be filed on or before April 6, 2005. Reply shall be filed on or before April 13, 2005.

Dated: March 21, 2005                FOR THE COURT,

Richard W. Wieking, Clerk

/s/

by: _____
Betty Fong
Courtroom Deputy

United States District Court
For the Northern District of California