| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795) |
| | EDWARD R. REINES (Bar No. 135960) |
| 2 | DOUGLAS E. LUMISH (Bar No. 183863) |
| | MATTHEW SARBORARIA (Bar No. 211600) |
| 3 | JEFFREY G. HOMRIG (Bar No. 215890) |
| | SONAL N. MEHTA (Bar No. 222086) |
| 4 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| 5 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065-1175 |
| 6 | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT
AMERICA INC. and SONY COMPUTER
ENTERTAINMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMMERSION CORPORATION, | Case No. C 02-0710 CW (WDB) |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION** |
| SONY COMPUTER ENTERTAINMENT AMERICA INC., and SONY COMPUTER ENTERTAINMENT INC., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

CASE NO. C 02-0710 CW (WDB)
SV1:\214728\01\4L__01!.DOC\75008.0003

Having considered Sony's Motion for Leave to File Statement of Recent Decision, THE COURT HEREBY ORDERS AS FOLLOWS:

Sony's Motion for Leave to File Statement of Recent Decision is **DENIED. The Court will consider the decision itself.**.

IT IS SO ORDERED.　　　　　　　　　　　　　　/s/ CLAUDIA WILKEN

DATED: 3/24/05

　　　　　　　　　　　　　　　　　　　　　　　Honorable Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge