ALTERNATIVE DISPUTE RESOLUTION PROGRAM

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOWARD A. HERMAN
PROGRAM COUNSEL

Writer's Direct Contact:
(415) 522-2027
Howard_Herman@cand.uscourts.gov

**FILED**
MAR 2 4 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

March 23, 2005

Suzanne Burke
Kimberly Colombo
Keli Osaki
Sandeep Shah
Brandon Tran
Buchalter, Nemer, Fields & Younger
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
949-760-1121

Shawn Parr
Law Offices of Shawn R. Parr
150 Almaden Boulevard Suite 1380
San Jose, CA 95113
408-267-4535

Re:   *DirecTV, Inc. v. Brackett*
      Case No. C 03-5316 JSW MED
      *DirecTV, Inc. v. Parrilla*
      Case No. C 04-3589 HRL MED
      *DirecTV, Inc. v. Phillips*
      Case No. C 04-3593 JL MED
      *DirecTV, Inc. v. Barr*
      Case No. C 04-3599 EMC MED
      *DirecTV, Inc. v. Gamata*
      Case No. C 04-3816 FMS
      *DirecTV, Inc. v. Runswick*
      Case No. C 04-4588 PVT MED

Dear Counsel:

As you are aware, the referenced cases have been referred to mediation in the court's program. I propose to conduct a telephone conference with all counsel on **Monday, April 11, 2005 at 10:30 a.m.** to discuss the status of these matters before setting them for mediation sessions. Please let me know if this suggested time is not possible for you. Unless I am notified to the contrary, I will assume that you are available and I will place the call to the numbers listed above. During the phone conference, we will discuss the following with respect to each case:

450 GOLDEN GATE AVENUE ■ SAN FRANCISCO, CA 94102 ■ Tel: (415) 522-2199 ■ Fax: (415) 522-4112
www.adr.cand.uscourts.gov

Suzanne Burke
Kimberly Colombo
Keli Osaki
Sandeep Shah
Brandon Tran
Shawn Parr
March 23, 2005
DirecTV Cases Phone Conference Scheduling Letter
Page Two

- the current settlement position of each party;
- the history of settlement discussions;
- the nature of the underlying claims and defenses;
- the status of any exchange of documents and other evidence;
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments.

I anticipate that the telephone conference will last approximately forty-five minutes. In advance of the call, please ascertain from your clients a selection of dates upon which mediation sessions may be conducted.

I look forward to speaking with you on April 11.

Very truly yours,

/ s /

Howard A. Herman