United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The Facebook, Inc., et al., | NO. C 07-01389 JW |
|     Plaintiffs, | **ORDER VACATING SETTLEMENT DISBURSEMENT HEARING** |
| v. | |
| ConnectU, Inc., et al., | |
|     Defendants. | |

    Presently before the Court is the Trustee's Proposed Order for Disbursement of Settlement Funds. A hearing on the Proposed Order is scheduled for December 5, 2011. The Court finds it appropriate to take the Proposed Order under submission without oral argument. See Civ. L.R. 7-1(b). Accordingly, the Court VACATES the settlement disbursement hearing. Upon further review of the Trustee's Proposed Order, the Court will inform the parties what additional action, if any, is required of the parties.

Dated: December 2, 2011

                                            JAMES WARE
                                            United States District Chief Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Alison Paige Buchanan apb@hogefenton.com
Bruce Eric Van Dalsem brucevandalsem@quinnemanuel.com
3  Chester Wren-Ming Day cday@orrick.com
D. Michael Underhill Munderhill@BSFLLP.com
4  David A. Barrett dbarrett@bsfllp.com
Evan A. Parke eparke@bsfllp.com
5  George C. Fisher georgecfisher@gmail.com
George C. Fisher georgecfisher@gmail.com
6  George Hopkins Guy hopguy@orrick.com
Indra Neel Chatterjee nchatterjee@orrick.com
7  James Earl Towery jet@hogefenton.com
Jerome B. Falk jfalk@howardrice.com
8  John Gerard Heller jheller@chapop.com
John Phillip Duchemin jduchemin@howardrice.com
9  Jonathan M. Shaw jshaw@bsfllp.com
Kalama M. Lui-Kwan kml@severson.com
10 Mark A. Weissman mweissman@osheapartners.com
Mark A. Weissman mweissman@osheapartners.com
11 Mark Andrew Byrne markbyrne@byrnenixon.com
Mark Andrew Byrne markbyrne@byrnenixon.com
12 Merri Anne Baldwin mbaldwin@chapop.com
Monte M.F. Cooper mcooper@orrick.com
13 Rachel E. Matteo-Boehm rachel.matteo-boehm@hro.com
Randall Garteiser randy@sftrialattorneys.com
14 Roger Rex Myers roger.myers@hro.com
Scott Richard Mosko scott.mosko@finnegan.com
15 Sean Alan Lincoln slincoln@Orrick.com
Sean F. O&#039;Shea soshea@osheapartners.com
16 Sean M. SeLegue sselegue@howardrice.com
Steven Christopher Holtzman sholtzman@bsfllp.com
17 Theresa Ann Sutton tsutton@orrick.com
Thomas B Mason tmason@zuckerman.com
18 Tyler Alexander Baker Tbaker@fenwick.com
Tyler Roberts Meade tyler@meadeschrag.com
19 Valerie Margo Wagner vwagner@gcalaw.com
Warrington S. Parker wparker@orrick.com
20 Yvonne Penas Greer ygreer@orrick.com

23 **Dated: December 2, 2011**                    **Richard W. Wieking, Clerk**

25                                                 **By:    /s/ JW Chambers**
                                                         **Susan Imbriani**
26                                                       **Courtroom Deputy**

2

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28