AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GREGORY HOWARD

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

UNITED STATES OF AMERICA

C 05 00303 EDL

TO:

The above named defendant,

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

John J. Hughes
Law Offices of John J. Hughes
1200 Gough St., Ste. One
San Francisco, CA 94109

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusi of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complai You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

JAN 2 1 2005

DATE

HELEN ALMACEN

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | January 21, 2005 |
| Name of SERVER (PRINT) | TITLE |
| Jan Michael Garde | Administrative Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: ....................................................
...........................................................................................................

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☒ Other (specify): Served by certified mail on Civil Process Clerk at the office of the United States Attorney for the Northern District of California and a copy served by certified mail on the Attorney General of the United States.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    January 21, 2005
             Date

Signature of Server

1200 Gough Street, Suite 1
San Francisco, CA 94109

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.