UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MAGISTRATE WAYNE D. BRAZIL

CIVIL MINUTE ORDER

Date:  1-31-05                                              Time: 3 hours

DOCKET NO.:        C 04-0632 PJH (WDB)

TITLE OF CASE:     Davis v. KMART

ATTORNEY(S):

    Plaintiff:     Rand Stephens

    Defendant:     Lori Bien

### PROCEEDINGS

| | |
|---|---|
| [] INITIAL STATUS CONFERENCE | [x] SETTLEMENT CONFERENCE (1ST) |
| [] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] NONDISPOSITIVE MOTION (ORDER | [] EXAM. OF JUDGMENT DEBTOR |
| [] NONDISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |
| [] DISPOSITIVE MOTION | |
| [ ] OTHER: | |

NOTES

Negotiations to continue -- phone conferences over next 2 days.

cc: WDB, stats, PJH