IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>  v.<br><br>MATTHEW MING-CHANG CHIANG,<br><br>       Defendant.<br>_____/ | No. C 04-04145 CW<br><br>CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |

    Notice is hereby given that the Case Management Conference, previously set for February 4, 2005, is continued to **March 18, 2005, at 1:30 p.m.,** to be held along with related case C-04-4144 CW, S.E.C. v. Chang, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. A joint Case Management Statement will be due one week prior to the conference.

    The complaint in this case was filed on September 30, 2004. To date, the court docket does not reflect service of the complaint and summons upon the defendant. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service of the summons and complaint must be made upon a defendant within 120 days after the filing of the complaint. Failure to timely serve the summons and complaint may result in dismissal of this case for failure to prosecute.

    Plaintiff shall serve copies of this Order at once on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service,

Plaintiff shall file a certificate of service with the Clerk of this Court.

Dated: 1/27/05   /s/ SHEILAH CAHILL
SHEILAH CAHILL
Deputy Clerk