```
                       UNITED STATES DISTRICT COURT

                     NORTHERN DISTRICT OF CALIFORNIA


                              )
                              )
SECURITIES & EXCHANGE         )
            Plaintiff(s)      )
                              )            C 04-04145 SI
     -v-                      )
                              ) ORDER SETTING INITIAL CASE MANAGEMENT
MATTHEW MING-CHANG CHIANG     ) CONFERENCE
            Defendant(s)      )
_____)
```

IT IS HEREBY ORDERED that this action is assigned to the Honorable Susan Illston.  When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the handbook entitled "Dispute Resolution Procedures in the Northern District of California" and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients must familiarize themselves with that rule and with the handbook entitled "Dispute Resolution Procedures in the Northern District of California."

```
              CASE SCHEDULE   [ADR MULTI-OPTION PROGRAM]

Date       Event                                          Governing Rule
--------------------------------------------------------------------------
09/30/2004 Complaint filed

01/07/2005 Last day to meet and confer re initial         FRCivP 26(f)
           disclosures, early settlement, ADR process     & ADR LR 3-5
           selection, and discovery plan

01/07/2005 Last day to file Joint ADR Certification       Civil L.R. 16-8
           with Stipulation to ADR process or Notice of
           Need for ADR Phone Conference

01/21/2005 Last day to complete initial disclosures       FRCivP 26(a)(1)
           or state objection in Rule 26(f) Report,       Civil L.R.16-9
           file/serve Case Management Statement, and
           file/serve Rule 26(f) Report

01/28/2005 Case Management Conference in
           Ctrm. 10, 19th Floor at 2:00 PM                Civil L.R. 16-10
```