FILED

MAR 2 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: 415.436.6857
7      Facsimile:  415.436.6748
       Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 04-5401 MHP |
| Plaintiff, | |
| v. | STIPULATION AND ORDER STAYING THE INSTANT ACTION |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 941 EAST HIGHWAY 20, UPPER LAKE, CALIFORNIA, AND AT 975 EAST HIGHWAY 20, UPPER LAKE, CALIFORNIA; AND .32 SEMI-AUTOMATIC BERETTA (SERIAL #DAA297246), | |
| Defendants, and | |
| CHARLES EDWARD LEPP AND LINDA SENTI, | |
| Claimants. | |

The parties agree, subject to the Court's approval, that following the filing by claimants of their amended answers to the Amended Complaint and until further order of the Court, that

(1) the instant case should be stayed pending the resolution of the related, criminal case, *United States v. Lepp*, CR 04-00317 MHP, pursuant to 18 U.S.C. § 981(g)(1) and (2); and

(2) the Case Management Conference currently scheduled for April 4, 2005 be taken off calendar.

IT IS SO STIPULATED:

KEVIN V. RYAN
United States Attorney

Dated: March 23, 2005     By: _____
PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States

LAW OFFICES OF BRENDA GRANTLAND

Dated: March 23, 2005     By: _____
BRENDA GRANTLAND
Attorney for Claimants
Charles Edward Lepp and Linda Senti

BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 24 DAY OF MARCH, 2005.

_____
HONORABLE MARILYN HALL PATEL
United States District Judge

Stip & Order
C 04-5401 MHP

2