**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

**E-FILED 2/1/05**

| | |
|---|---|
| **HG CAPITAL, LLC.,** | **C 04-5384 PVT** |
| **Plaintiff(s),** | |
| vs. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **H.G. CAPITAL, INC., ET AL.,** | |
| **Defendant(s).** | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

Dated: February 1, 2005

RICHARD W. WIEKING,
Clerk of Court

/s/ Corinne Lew

By: Corinne Lew
Deputy Clerk