H. TIM HOFFMAN, SB#049141
ARTHUR W. LAZEAR, SB#083603
HOFFMAN & LAZEAR
Attorneys at Law
180 Grand Avenue, Suite 1550
Oakland, California 94612
Telephone: (510) 763-5700

MARK R. THIERMAN CSB 72913, NSB 8285
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, NV 89511
Tel: (775)284-1500 Fax (775)703-5027

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT MCCAFFREY a/k/a BROKE BECK, et al, on behalf of themselves, the general public and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BROBECK, PHEGLER & HARRISON, LLP AND MORGAN, LEWIS & BOCKIUS LLP and DOES 1- 99 | Case No.:   C03-2082-CW<br><br>**DECLARATION OF H. TIM HOFFMAN IN SUPPORT OF MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS <u>AND QUESTIONS AT DEPOSITION</u>**<br>Date:<br>Time:<br>Courtroom:<br>Before the Honorable Claudia Wilken<br>Trial Date: |

I, H. TIM HOFFMAN, hereby declare:

1.     I am one of the attorneys of record for Plaintiffs ROBERT MCCAFFREY a/k/a BROKE BECK, et al. ("Plaintiffs"). I am providing the following information in support of Plaintiffs'

Dec. of H. Tim Hoffman in Supp. of Motion to Compel Responses
to Requests for Prod. of Docs. and Questions at Depo    C03-2082-CW

1

motion for an order compelling responses to requests for production of documents and questions at depositions. I have personal knowledge of the following information and could competently testify thereon.

2. During the months of November and December 2004, I noticed, on behalf of Plaintiffs, the depositions of several attorneys currently employed by defendant MORGAN, LEWIS & BOCKIUS LLP ("Defendant" or "Morgan Lewis"). Several of these individuals had previously been employed by BROBECK, PHEGLER & HARRISON, LLP ("Brobeck"). Along with the notices of deposition, I requested that the deponents produce a variety of documents concerning, *inter alia*, the proposed merger of Brobeck and Morgan Lewis,.the failure of merger negotiations, the dissolution of Brobeck, and the relationship between Morgan Lewis and Brobeck's former partners.

3. Defendant responded with a series of objections to the request for documents. Attached hereto as Exhibit 1 are true and correct copies of the responses by Defendant to the deposition notices and document requests for deponents Howard Holderness, Thomas Sharbaugh, Ralph Savarese, Richard Odom, Richard Moskowitz, Jami Wintz McKeon, and Cecily Waterman. The responses include the text of the requests to which the responses are addressed.

4. On or about December 20, 2004, I sent a letter to Jiyun Lee, counsel for Morgan Lewis, in an effort to confer over the objections raised by Defendant to document requests addressed to Howard Holderness. (A true and correct copy of that letter is attached hereto as Exhibit 2.) These considerations are virtually identical to those applicable to the requests of, and responses on behalf of, the other deponents. Defendant responded to my letter in a letter dated January 10, 2005, a copy of

which is attached hereto as Exhibit 3.

5. In connection with the depositions of Messrs. Odom, Savarese and Moskowitz, Defendant withheld numerous documents on the asserted grounds of relevance and attorney-client privilege. Documents that were produced were very heavily redacted. Of a set of 358 pages of notes produced by Mr. Odom, for example, 238 pages were at least partially redacted, and 92 pages were produced with virtually the entire text redacted. (A sample of the redacted notes is attached hereto as Exhibit 4. In order to avoid burdening the record, I am not attaching copies of the entire set of notes that were produced, but will make those available to the Court if it wishes to review them.)

6. For most of the items as to which Defendant asserted a claim of privilege, it produced either no privilege logs or logs containing insufficient information to determine the legitimacy of the claim of privilege.

7. On or about January 14, 2005, I sent a letter to Ms. Lee protesting the withholding and redacting of documents. A true and correct copy of that letter is attached hereto as Exhibit 5. Ms. Lee responded to my letter in a letter dated January 20, 2005, a copy of which is attached hereto as Exhibit 6.

8. In addition to the discussions in our letters, Ms. Lee and I conferred frequently during the depositions over my belief that Defendant had not responded fully to Plaintiffs's discovery requests, as set forth in the present motion.

9. At the deposition of Homiyar Wachtah, Mr. Wachtah testified that the Brobeck computer system was active and present in the offices of Morgan Lewis, and accessible by former Brobeck

Dec. of H. Tim Hoffman in Supp. of Motion to Compel Responses
to Requests for Prod. of Docs. and Questions at Depo   C03-2082-CW

3

attorneys, following Morgan Lewis' moving into the San Francisco offices formerly occupied by Brobeck. A copy of the relevant pages of his deposition are attached hereto as Exhibit 7.

10. At the deposition of Howard Holderness, Mr. Holderness testified that e-mails and other files formerly maintained in Outlook Express files on Brobeck's computer had been converted to Lotus Notes files accessible by Morgan Lewis on its computer. A copy of the relevant pages of his deposition are attached hereto as Exhibit 8.

11. It does not appear that all of the e-mails and other files formerly maintained on Brobeck's computers were produced in response to applicable requests that Plaintiffs made of Defendant and its witnesses.

12. Of the documents produced by Defendant, I would estimate that 80 - 90% have been marked by Defendant either as "confidential" or "attorneys eyes only" under the protective order in this action.

13. In connection with the document requests addressed to Mr. Moskowitz, Defendant produced what purports to be a "privilege log" and a "redaction log." Copies of these logs are attached hereto as Exhibit 9.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of January 2005, at Oakland, California.

_____
H. TIM HOFFMAN

Dec. of H. Tim Hoffman in Supp. of Motion to Compel Responses
to Requests for Prod. of Docs. and Questions at Depo    C03-2082-CW

4

Dec. of H. Tim Hoffman in Supp. of Motion to Compel Responses
to Requests for Prod. of Docs. and Questions at Depo    C03-2082-CW

5

Dec. of H. Tim Hoffman in Supp. of Motion to Compel Responses
to Requests for Prod. of Docs. and Questions at Depo   C03-2082-CW

6