**PLEASE CONFORM**

KAYE SCHOLER LLP
PAMELA J. YATES, Bar Number 137440
PAUL GELB, Bar Number 214439
BETSY L. KATZ, Bar Number 229194
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Defendants
PFIZER INC., PHARMACIA & UPJOHN LLC
and GREENSTONE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

C 05 00104 MHP

| | |
|---|---|
| DEBBY BELLINGHAM and JACK BELLINGHAM, <br><br> Plaintiffs, <br><br> vs. <br><br> WYETH PHARMACEUTICALS, INC., WYETH-AYERST PHARMACEUTICALS, INC.; WYETH-AYERST INTERNATIONAL, INC.; WYETH LABORATORIES, INC.; WYETH PHARMACEUTICALS; WYETH, INC.; PHARMACIA & UPJOHN, INC.; PFIZER, INC.; BARR LABORATORIES, INC.; GREENSTONE LTD.; JEANNIE ICHIMURA, ANNETTE GIANNINI; AND DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. _____ <br><br> **NOTICE OF RELATED CASES** |

TO: THE CLERK OF THE COURT:

Pursuant to Local Rule 3-12, Defendants Pfizer Inc., Pharmacia & Upjohn LLC. and Greenstone Ltd. advise this Court that this case is a hormone replacement therapy ("HRT") case related to *Jennifer Charnofsky, et al. v. Wyeth, et al.*, C 04-02864 RS ARB, which was filed July 15, 2004.

Moreover, in the United States District Court for the Eastern District of Arkansas there is a multidistrict litigation ("MDL") established by the Judicial Panel on Multidistrict Litigation for the efficient handling of actions arising from the treatment with HRT medication. *In re Prempro Prods. Liab. Litig.*, 254 F. Supp. 2d 1366 (J.P.M.L. 2003). The Removing Defendants intend to notify the Panel, pursuant to 28 U.S.C. § 1407, that this action is a "tag-along" case that should be transferred to the MDL proceeding.

Dated: January 6, 2005

Respectfully submitted,

KAYE SCHOLER LLP

By: /s/ Paul Gelb
Paul Gelb
Attorneys for Defendants
PFIZER INC., PHARMACIA & UPJOHN LLC and
GREENSTONE LTD.

| | PROOF OF SERVICE |
|---|---|

STATE OF CALIFORNIA ) 
                                       ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Kaye Scholer LLP, 1999 Avenue of the Stars, Suite 1700, Los Angeles, California 90067-6048.

On **January 6, 2005,** I served the foregoing document described as **NOTICE OF RELATED CASES** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Counsel for Plaintiffs**
Gary M. Paul, Esq.
PAUL & JANOFSKY
A Professional Corporation
1401 Ocean Avenue, Suite 300
Santa Monica, CA 90401-2103

**Local Counsel for Wyeth**
Stuart Gordon, Esq.
Fletcher Alford, Esq.
GORDON & REES, LLP
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111

**Local Counsel for Barr Pharmaceuticals, Inc.**
Donald F. Zimmer, Jr., Esq.
Michael P. Pulliam, Esq.
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235

**National Counsel for Barr Pharmaceuticals, Inc.**
Matthew V. Brammer, Esq.
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202

__X__ **(BY MAIL)** In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date following ordinary business practices.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **January 6, 2005,** at Los Angeles, California.

Teresa C. Kent                      Teresa C. Kent
Name                                    Signature