UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANANDAIGUA WINE COMPANY, ) | |
| ) | |
| Plaintiff(s), ) | No. C04-1384 SI (BZ) |
| ) | |
| v. ) | **ORDER RE OVERDUE PAPERS** |
| ) | |
| LANDSTAR LOGISTICS, INC., ) | |
| ) | |
| Defendant(s). ) | |
| _____) | |

TO: Plaintiff(s) and their attorney(s) of record:

On January 19, 2005, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for March 31, 2005. Your statement was due March 24, 2005. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, plaintiff(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: March 28, 2005

                       /s/ Bernard Zimmerman
                       Bernard Zimmerman
                       United States Magistrate Judge

G:\BZALL\-REFS\REFS.05\CANANDAIGUAWINE.LP.wpd

1