Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds- Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al.,<br><br>        Plaintiffs,<br>vs.<br><br>MOUNTAIN MECHANICAL CONTRACTING, INC., a California Corporation; and STEVEN YATES, individually,<br><br>        Defendants. | Case No.: C 04-04580 SBA<br><br>**CERTIFICATE OF SERVICE** |

    I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1620 South Loop Road, Alameda California 94502. On March 28, 2005, I served the following documents:

    **1. CLERK'S NOTICE; and**

    **2. CERTIFICATE OF SERVICE**

/ / / / /

CERTIFICATE OF SERVICE;
Case No. C 03-12368

- 1 -

1 on the interested parties in said action by placing a true and exact copy of each document in a
2 sealed envelope with postage thereon fully prepaid, in a United States Post Office box in
3 Alameda, California, addressed as follows:
4   MOUNTAIN MECHANICAL CONTRACTING, INC.
    c/o Steven Yates, Registered Agent
5   53501 Bradley Lockwood Road
    Lockwood, CA 93932
6
7   STEVEN YATES
    53501 Bradley Lockwood Road
8   Lockwood, CA 93932

9   I certify under penalty of perjury that the above is true and correct. Executed this 28th
10 day of March 2005.

11                                                     _____
                                                           Erica Gonzalez
12                                                     Secretary to Tracy L. Mainguy

CERTIFICATE OF SERVICE;
Case No. C 03-12368
- 2 -