1    Theresa L. Pfeiffer SBN 85528
     202 University Avenue
2    Los Gatos, California 95030
     Telephone:    (408) 354-8384
3    Facsimile:    (408) 395-5771

4    Attorney for Plaintiff
     Frank Salinas
5
     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
6    Scott G. Lawson SBN 174671
     Dugan Bliss  SBN 229623
7    50 California Street, 22nd Floor
     San Francisco, California 94111
8    Telephone:    (415) 875-6600
     Facsimile:    (415) 875-6700
9
     Attorneys for Defendant
10   IBM Corporation

11

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14                             SAN JOSE DIVISION

15

16   FRANK SALINAS,                        Case No.  C03-04558 JW (PVT)

17              Plaintiff,                  **STIPULATION AND PROPOSED
                                            ORDER RE CONTINUANCE OF
18        v.                                HEARING DATE FOR MOTION TO
                                            COMPEL DISCOVERY**
19   IBM CORPORATION,

20              Defendant.

21

22        Plaintiff Frank Salinas and Defendant IBM Corporation by their respective counsel of

23   record, hereby stipulate to continue the hearing date in the above referenced Motion to Compel

24   Discovery from March 29, 2005 at 10:00 a.m. to April 5, 2005 at 10:00 a.m. to give the parties time

25   to effectuate their tentative settlement of the discovery issues in dispute by the instant motion.

26   Dated:                          _____

27                                   Theresa L. Pfeiffer
                                     Attorney for Plaintiff Frank Salinas
28

| | |
|---|---|
| 1 | Dated: |

Dugan Bliss
Quinn Emanuel Urquhart Oliver & Hedges, LLP
Attorneys for IBM Corporation

# ORDER

Based on the stipulation of the parties, and good cause appearing therefor, the plaintiff's
motion to compel discovery is continued to April 5, 2005 at 10:00 a.m. in the above encaptioned
court. *No later than noon on April 4, 2005, the parties shall file a joint statement regarding which requests remain at issue.*

SO ORDERED.

Dated: _3/28/05_

/s/ Patricia V. Trumbull

Patricia V. Trumbull
Chief Magistrate
United States District Court
San Jose Division