Kenneth E. Keller (State Bar No. 71450)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Phone: (415) 249-8330
Facsimile (415) 249-8333

Richard F. Levy (admitted *pro hac vice*)
C. Steven Tomashefsky (admitted *pro hac vice*)
Eric A. Sacks (admitted *pro hac vice*)
Jason J. Green (admitted *pro hac vice*)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Phone: (312) 222-9350
Facsimile (312) 527-0484

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

EXDS, INC. (f/k/a EXODUS COMMUNICATIONS, INC.), et al.,

    Debtor.

_____

EXDS, INC. (f/k/a EXODUS COMMUNICATIONS, INC.),

    Plaintiff,

v.

DEVCON CONSTRUCTION, INC., SHARP DEVELOPMENT COMPANY, INC., and SHARP LAFAYETTE, LLC,

    Defendants.

Case No. C05-787 JW (PVT).

**DECLARATION OF JASON J. GREEN IN SUPPORT OF EXDS, INC.'S MOTION FOR AN ORDER SHORTENING TIME TO HEAR EXDS, INC.'S MOTION FOR SUMMARY JUDGMENT**

Declaration of Jason J. Green in Support Of EXDS Inc.'s Motion For An Order Shortening Time To Hear EXDS, Inc.'s Motion For Summary Judgment
C05-787 PVT

# DECLARATION OF JASON J. GREEN

I, JASON J. GREEN, declare as follows:

1. I am an associate at the law firm of Jenner & Block LLP, counsel of record for Plaintiff EXDS, Inc. ("EXDS"). I have personal knowledge of the matters set forth in this declaration and could competently testify if called upon to do so.

2. On March 28, 2005, I telephoned Chris Hersey, counsel for Devcon Construction, Inc. I asked Mr. Hersey whether Devcon would consent to an April 26, 2005 hearing on EXDS' Motion for Summary Judgment. Mr. Hersey advised that Devcon would not consent to a hearing on that date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of March, 2005 in Chicago, Illinois

_____
Jason J. Green

Declaration of Jason J. Green in Support Of EXDS Inc.'s Motion For An Order Shortening Time To Hear EXDS, Inc.'s Motion For Summary Judgment
C05-787 PVT