| | |
|---|---|
| 1 | COOLEY GODWARD, LLP |
| | THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com) |
| 2 | WAYNE O. STACY (pro hac vice) (wstacy@cooley.com) |
| | EDWARD VAN GIENSON (192456) (evangieson@cooley.com) |
| 3 | SARAH J. GUSKE (232467) (sguske@cooley.com) |
| | Five Palo Alto Square |
| 4 | 3000 El Camino Real |
| | Palo Alto, CA 94306-2155 |
| 5 | Telephone: (650) 843-5000 |
| | Facsimile: (650) 857-0663 |
| 6 | |
| | Attorneys for Defendants |
| 7 | HYPERROLL, INC. |
| | HYPERROLL ISRAEL LTD. |
| 8 | |
| 9 | ROBERT E. KREBS, CA BAR NO. (057526) (rkrebs@thelenreid.com) |
| | RONALD F. LOPEZ, CA BAR NO. (111756) (rflopez@thelenreid.com) |
| 10 | SUSAN van KEULEN, CA BAR NO. (136060) (svankeulen@thelenreid.com) |
| | DANIEL J. MULLER, CA BAR NO. (193396) (dmuller@thelenreid.com) |
| 11 | THELEN REID & PRIEST LLP |
| | 225 West Santa Clara Street, Suite 1200 |
| 12 | San Jose, CA 95113-1723 |
| | Telephone: (408) 292-5800 |
| 13 | Facsimile: (408) 287-8040 |
| 14 | Attorneys for Plaintiff |
| | HYPERION SOLUTIONS CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HYPERION SOLUTIONS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>HYPERROLL, INC, a Delaware corporation & HYPERROLL ISRAEL LTD., a foreign corporation,<br><br>Defendants. | Case No.: 04-CV-05054-VRW<br><br>STIPULATION FOR HYPERROLL ISRAEL LTD.'S RESPONSES TO HYPERION SOLUTIONS CORP.'S FIRST OR SECOND AMENDED COMPLAINT<br><br>Honorable Judge Vaughn R. Walker |

-1-

STIPULATION FOR HYPERROLL ISRAEL LTD.'S RESPONSES TO HYPERION SOLUTIONS CORP.'S FIRST OR SECOND AMENDED COMPLAINT

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

(1) HyperRoll Israel Ltd. acknowledges service of process in this action pursuant to the Waiver of Service of Summons dated March 17, 2005 and will return such to Hyperion Solutions Corp. for filing with the Court.

(2) Pursuant to Civil L.R. 6-1(a), the parties hereby stipulate that HyperRoll Israel Ltd. will answer or otherwise respond to Hyperion Solutions Corp.'s *First or Second Amended Complaint for Declaratory Judgment of Non-Infringement, Invalidity, and Unenforceability* on or by June 15, 2005.

(3) The parties agree that HyperRoll Israel Ltd. reserves all rights to assert defenses under Fed. R. Civ. P. 12(b) in the appropriate subsequent pleadings.

(4) The parties further agree that Hyperion Solutions Corporation may file a Second Amended Complaint within thirty (30) days of execution of this Stipulation, unless the Defendants object to the proposed amendment prior to filing. Hyperion agrees to provide the proposed amendment to Defendants at least five (5) days prior to filing with the Court.

Dated: March 29, 2005

THELEN REID & PRIEST LLP
ROBERT E. KREBS (057526)
RONALD F. LOPEZ (111756)
SUSAN VAN KEULEN (136060)
DANIEL J. MULLER (193396)

By: _____ (For)
Daniel J. Muller
Attorneys for Plaintiff
Hyperion Solutions Corporation

/ / /
/ / /
/ / /

-2-

Dated: March 29, 2005

COOLEY GODWARD, LLP
THOMAS J. FRIEL, JR. (80065)
WAYNE O. STACY (*pro hac vice*)
EDWARD VAN GIESON (192456)
SARAH J. GUSKE (232467)

By: _____
Thomas J. Friel, Jr.
Attorneys for Defendant
HYPERROLL, INC.

Dated: March 29, 2005

COOLEY GODWARD, LLP
THOMAS J. FRIEL, JR. (80065)
WAYNE O. STACY (*pro hac vice*)
EDWARD VAN GIESON (192456)
SARAH J. GUSKE (232467)

By: _____
Thomas J. Friel, Jr.
Attorneys for Defendant
HYPERROLL ISRAEL LTD.

SV #202091

STIPULATION FOR HYPERROLL ISRAEL LTD.'S RESPONSES TO HYPERION SOLUTIONS CORP.'S FIRST OR SECOND AMENDED COMPLAINT

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW