CHAPMAN, POPIK & WHITE LLP
John G. Heller (State Bar No. 129901)
Benjamin J. Riley (State Bar No. 226904)
650 California Street, 19th Floor
San Francisco, CA 94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

Attorneys for third-party plaintiffs SCANLAN
KEMPER BARD COMPANIES and ROYAL
INSURANCE COMPANY OF AMERICA and
third-party defendants ORINDA
INVESTMENTS LLC and MAIN STREET
HOLDINGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<table>
<tr><td></td><td>No. C-03-1003 SC</td></tr>
<tr><td>SCANLAN KEMPER BARD COMPANIES,<br>an Oregon corporation,</td><td>STIPULATION RE EXTENSION OF<br>EXPERT DISCLOSURE DEADLINE<br>AND [PROPOSED] ORDER</td></tr>
<tr><td>Third-Party Plaintiff,</td><td></td></tr>
<tr><td>v.</td><td></td></tr>
<tr><td>EMG, Inc., a Maryland corporation,</td><td></td></tr>
<tr><td>Third-Party Defendant.</td><td></td></tr>
<tr><td>AND RELATED CROSS-ACTION.</td><td></td></tr>
</table>

The parties, through their respective counsel of record, and subject to approval by the Court, hereby stipulate that the deadline for expert disclosures under Rule 26 (a)(2)(C) shall be moved from April 6, 2005 to April 20, 2005.

//

//

//

The Facebook, Inc. v. Connectu, LLC et al

Doc. 8

| | | |
|---|---|---|
| 1 | DATE: _____, 2005 | CHAPMAN, POPIK & WHITE, LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Benjamin J. Riley<br>Attorneys for Scanlan Kemper Bard |
| 5 | | Companies, Royal Insurance Company,<br>Orinda Investments, and Main Street<br>Holdings |
| 6 | | |
| 7 | DATE: _____, 2005 | PANDELL LAW FIRM |
| 8 | | |
| 9 | | By:_____ |
| 10 | | Albert Kirby<br>Attorneys for EMG |
| 11 | | |
| 12 | DATE: _____, 2005 | STANTON, KAY & WATSON, LLP |
| 13 | | By:_____ |
| 14 | | Edward Mevi<br>Attorneys for BNY Western Trust Company<br>(corporate co-trustee), Union Bank of |
| 15 | | California (corporate co-trustee), and<br>McMorgan & Company |
| 16 | | |
| 17 | DATE: _____, 2005 | MANNING & MARDER KASS, ET AL. |
| 18 | | |
| 19 | | By:_____<br>Michael Smith |
| 20 | | Attorneys for Transwestern Property<br>Company |
| 21 | | |
| 22 | DATE: _____, 2005 | STEEFEL, LEVITT & WEISS |
| 23 | | By:_____ |
| 24 | | Barry Lee<br>Attorneys for CB Richard Ellis |
| 25 | IT IS SO ORDERED. | |
| 26 | DATE: _____, 2005 | _____<br>The Honorable Samuel Conti |

2

| | |
|---|---|
| 1 | DATE: _____, 2005 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | DATE: 3/30/, 2005 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | DATE: _____, 2005 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | DATE: _____, 2005 |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | DATE: _____, 2005 |
| 23 | |
| 24 | |
| 25 | IT IS SO ORDERED. |
| 26 | DATE: _____, 2005 |

CHAPMAN, POPIK & WHITE, LLP


By:_____
　　Benjamin J. Riley
　　Attorneys for Scanlan Kemper Bard
　　Companies, Royal Insurance Company,
　　Orinda Investments, and Main Street
　　Holdings

PANDELL LAW FIRM


By:_____
　　Albert Kirby
　　Attorneys for EMG

STANTON, KAY & WATSON, LLP


By:_____
　　Edward Mevi
　　Attorneys for BNY Western Trust Company
　　(corporate co-trustee), Union Bank of
　　California (corporate co-trustee), and
　　McMorgan & Company

MANNING & MARDER KASS, ET AL.


By:_____
　　Michael Smith
　　Attorneys for Transwestern Property
　　Company

STEEFEL, LEVITT & WEISS


By:_____
　　Barry Lee
　　Attorneys for CB Richard Ellis


_____
The Honorable Samuel Conti

2

1    DATE: _____, 2005      CHAPMAN, POPIK & WHITE, LLP

2

3                            By:_____

4                                  Benjamin J. Riley
                                 Attorneys for Scanlan Kemper Bard

5                                  Companies, Royal Insurance Company,
                                 Orinda Investments, and Main Street

6                                  Holdings

7    DATE: _____, 2005      PANDELL LAW FIRM

8

9                            By:_____

10                                  Albert Kirby
                                 Attorneys for EMG

11    DATE: March 30, 2005      STANTON, KAY & WATSON, LLP

12

13                            By:_____

14                                  Edward Mevi
                                 Attorneys for BNY Western Trust Company
                                 (corporate co-trustee), Union Bank of

15                                  California (corporate co-trustee), and
                                 McMorgan & Company

16

17    DATE: _____, 2005      MANNING & MARDER KASS, ET AL.

18

19                            By:_____

20                                  Michael Smith
                                 Attorneys for Transwestern Property
                                 Company

21    DATE: _____, 2005      STEEFEL, LEVITT & WEISS

22

23                            By:_____

24                                  Barry Lee
                                 Attorneys for CB Richard Ellis

25    IT IS SO ORDERED.

26    DATE: _____, 2005

                                 _____
                                 The Honorable Samuel Conti

C-03-1003 SC      STIPULATION RE EXTENSION OF EXPERT DISCLOSURE DEADLINE AND PROPOSED ORDER

1  DATE: _____, 2005          CHAPMAN, POPIK & WHITE, LLP

2

3                                  By:_____
                                        Benjamin J. Riley
4                                       Attorneys for Scanlan Kemper Bard
                                        Companies, Royal Insurance Company,
5                                       Orinda Investments, and Main Street
                                        Holdings
6

7  DATE: _____, 2005          PANDELL LAW FIRM

8

9                                  By:_____
                                        Albert Kirby
10                                      Attorneys for EMG

11

    DATE: _____, 2005          STANTON, KAY & WATSON, LLP
12

13                                 By:_____
                                        Edward Mevi
14                                      Attorneys for BNY Western Trust Company
                                        (corporate co-trustee), Union Bank of
15                                      California (corporate co-trustee), and
                                        McMorgan & Company
16

17  DATE: 7/51, 2005               MANNING & MARDER KASS, ET AL.

18

                                   By:_____
19                                      Michael Smith
                                        Attorneys for Transwestern Property
20                                      Company

21

    DATE: _____, 2005          STEEFEL, LEVITT & WEISS
22

23                                 By:_____
                                        Barry Lee
24                                      Attorneys for CB Richard Ellis

25

    IT IS SO ORDERED.
26
    DATE: _____, 2005
                                   _____
                                   The Honorable Samuel Conti

                                   2

| | |
|---|---|
| 1 | DATE: _____, 2005 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

DATE: _____, 2005      CHAPMAN, POPIK & WHITE, LLP

By:_____
    Benjamin J. Riley
    Attorneys for Scanlan Kemper Bard
    Companies, Royal Insurance Company,
    Orinda Investments, and Main Street
    Holdings

DATE: _____, 2005      PANDELL LAW FIRM

By:_____
    Albert Kirby
    Attorneys for EMG

DATE: _____, 2005      STANTON, KAY & WATSON, LLP

By:_____
    Edward Mevi
    Attorneys for BNY Western Trust Company
    (corporate co-trustee), Union Bank of
    California (corporate co-trustee), and
    McMorgan & Company

DATE: _____, 2005      MANNING & MARDER KASS, ET AL.

By:_____
    Michael Smith
    Attorneys for Transwestern Property
    Company

DATE: March 3, 2005      STEEFEL, LEVITT & WEISS

By:_____ for Barry Lee
    Barry Lee
    Attorneys for CB Richard Ellis

IT IS SO ORDERED.

DATE: _____, 2005

_____
The Honorable Samuel Conti

2