EFILE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: April 4, 2005

Case No.  CR 05-0112 MHP          Judge: MARILYN H. PATEL

Title: UNITED STATES -v- MICHEAL HAMP (c);

Attorneys:   Plf: T. Mazzucco
             Dft: Josh Cohen

Deputy Clerk: Anthony Bowser   Court Reporter: Sahar McVicker

## PROCEEDINGS

1) Status Conference

2)

3)

## ORDERED AFTER HEARING:

Defendant present in custody; Govt proffers status of lab work by El Cerrito Police;

Jury Trial set for 5/3/2005 at 8:30 am (one week);
Pretrial Conference set fo 4/28/2005 at 2:30 pm; All pretrial filings to be submitted one week in advance.

cc: AB/MHP USM USPO PTS