| | |
|---|---|
| 1 | LEVY, RAM & OLSON LLP |
| | MICHAEL F. RAM (SBN 104805) |
| 2 | HEATHER M. MILLS (SBN 215293) |
| | 639 Front Street, Fourth Floor |
| 3 | San Francisco, California 94111-1913 |
| | Telephone: (415) 433-4949 |
| 4 | Facsimile: (415) 433-7311 |
| 5 | Attorneys for Plaintiffs, Class Members and the General Public |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Susan Chamberlan, Brian Champine and Henry Fok, on behalf of themselves and all others similarly situated, and on behalf of the general public, | ) ) ) ) ) | No. C 03 2628 CW |
| | ) | **CERTIFICATE OF SERVICE BY MAIL** |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| Ford Motor Company, and DOES 1 through 20, inclusive, | ) ) ) | |
| Defendants. | ) ) ) ) | |

I, Cheryl F. Pritchard, state:

I am a citizen of the United States. My business address is 639 Front Street, Fourth Floor, San Francisco, CA 94111. I am employed in the City and County of San Francisco where this mailing occurs. I am over the age of eighteen years and not a party to this action. On the date set forth below, I served the foregoing documents described as:

**1.    PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF REGARDING DAMAGES IN OPPOSITION TO DEFENDANT FORD MOTOR COMPANY'S MOTION FOR SUMMARY JUDGMENT;**

Case No. C 03 2628 CW – CERTIFICATE OF SERVICE BY MAIL

2. **DECLARATION OF HEATHER M. MILLS SUPPORTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF REGARDING DAMAGES IN OPPOSITION TO DEFENDANT FORD MOTOR COMPANY'S MOTION FOR SUMMARY JUDGMENT;**

3. **PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF REGARDING DAMAGES IN OPPOSITION TO DEFENDANT FORD MOTOR COMPANY'S MOTION FOR SUMMARY JUDGMENT**

on the following person(s) in this action addressed as follows:

**BY HAND**:
Steven Swaney
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street, 25th Floor
San Francisco, CA 94111-3344

**BY FEDERAL EXPRESS**:
Matthew Shors
Michael E. Stamp
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001

☐ BY FIRST CLASS MAIL - I am readily familiar with my firm's practices for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.

X **BY PERSONAL SERVICE: - I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).**

X **BY OVERNIGHT MAIL - I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).**

☐ BY FACSIMILE - I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 4, 2005 at San Francisco, California.

              */s/ Cheryl F. Pritchard*
              Cheryl F. Pritchard

F:\Docs\988-01\Summary Judgment\POS.wpd