IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


BRIAN BOLITHO,

                Plaintiff(s),                NO. C-04-5093 MMC

vs.

                                                   **PRETRIAL PREPARATION ORDER**

VALLEY RADIOLOGY MEDICAL, et al.,

                Defendant(s).

_____/

    It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

JURY TRIAL DATE: Monday, July 17, 2006 at 9:00 a.m., Courtroom 7, 19th floor.

TRIAL LENGTH is estimated to be 5 to 7 days.

DISCOVERY PLAN: Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF : February 3, 2006.

DESIGNATION OF EXPERTS:

    Plaintiff/Defendant: No later than February 24, 2006.
    Plaintiff/Defendant: Rebuttal no later than March 17, 2006.

    Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF : April 7, 2006.