BRENDA GRANTLAND
Cal. Bar #165899
Attorney for Claimant
20 Sunnyside Suite A-204
Mill Valley, CA 94941
415-380-9108

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. C-05-0897 EDL |
|---|---|
| Plaintiff, | |
| v. | |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 9175 AND 9176 UPPER LAKE LUCERNE ROAD, UPPER LAKE, CALIFORNIA, | VERIFIED STATEMENT OF INTEREST |
| Defendants. | |
| CHARLES EDWARD LEPP, | |
| Claimant. | |

Claimant, Charles Edward Lepp, pro se, files this verified claim to the above-described property as follows:

1. I am the co-owner of the two parcels of real estate described above.

2. I hereby claim the right to defend this action.

1

## VERIFICATION

I, Charles Edward Lepp, verify that I have read the foregoing Claim, and declare under penalty of perjury that the allegations therein are true and correct.

Executed on this 28 day of March, 2005.

*Charles E. Lepp*
CHARLES EDWARD LEPP

Respectfully submitted,

*Brenda Grantland*
BRENDA GRANTLAND, ESQ.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing verified statement of interest was served, by mail, upon Assistant United States Attorney Patricia J. Kenney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102, this 1st day of April, 2005.

*Brenda Grantland*
Brenda Grantland