| | |
|---|---|
| 1 | MERRICK SCOTT RAYLE S.B.N. 139478 |
| | LOVELL STEWART HALEBIAN, LLP |
| 2 | 212 Wood Street |
| | Pacific Grove, CA 93950 |
| 3 | Telephone: (831) 333-0309 |
| | Facsimile: (831) 333-0325 |
| 4 | MRayle@lshllp.com |
| 5 | |
| | RICHARD A. SPEIRS |
| 6 | PAUL KLEIDMAN |
| | ZWERLING, SCHACHTER & ZWERLING, LLP |
| 7 | 41 Madison Avenue |
| | New York, NY 10010 |
| 8 | Telephone: (212) 223-3900 |
| | Facsimile: (212) 371-5969 |
| 9 | rspeirs@zsz.com |
| | pkleidman@zsz.com |
| 10 | |
| | Proposed Co-Lead Counsel |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON IMAGE, INC. SECURITIES LITIGATION | Master File No. C 05-00456 MMC |
| | CLASS ACTION |
| This Document Relates To: All Actions | [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL |
| | Date: May 13, 2005 |
| | Time: 9:00 a.m. |
| | Hon. Maxine M. Chesney |

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL
Master File No. C 05-00456 MMC

1  The Court, having considered the lead plaintiff motions and all papers filed in connection
2  thereof, and good cause appearing therefore, hereby ORDERS as follows:

3     1. The motion of movants William S. Hayman and John Herlihy (collectively, the
4        "Silicon Image Lead Plaintiff Group") is GRANTED;

5     2. The Silicon Image Lead Plaintiff Group is the "most adequate plaintiff" and
6        accordingly, is appointed Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii);
7        and

8     3. Zwerling, Schachter & Zwerling, LLP and Lovell Stewart Halebian, LLP are appointed
9        Co-Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

10  IT IS SO ORDERED.

11  Dated:_____

                        THE HONORABLE MAXINE M. CHESNEY
                        UNITED STATES DISTRICT COURT JUDGE

*Submitted By:*

MERRICK SCOTT RAYLE S.B.N. 139478
LOVELL STEWART HALEBIAN, LLP
212 Wood Street
Pacific Grove, CA 93950
Telephone: (831) 333-0309
Facsimile: (831) 333-0325
MRayle@lshllp.com

CHRISTOPHER LOVELL
LOVELL STEWART HALEBIAN, LLP
500 Fifth Avenue
New York, NY 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677
CLovell@lshllp.com

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL
Master File No. C 05-00456 MMC

```
 1  RICHARD A. SPEIRS
    PAUL KLEIDMAN
 2  ZWERLING, SCHACHTER & ZWERLING, LLP
    41 Madison Avenue
 3  New York, NY  10010
    Telephone:  (212) 223-3900
 4  Facsimile:  (212) 371-5969
    rspeirs@zsz.com
 5  pkleidman@zsz.com

 6  Proposed Co-Lead Counsel

 7  ROBERT C. SCHUBERT S.B.N. 62684
    JUDEN JUSTICE REED S.B.N. 153748
 8  SCHUBERT & REED LLP
    Two Embarcadero Center, Suite 1660
 9  San Francisco, CA  94111
    Telephone:  (415) 788-4220
10  Facsimile:  (415) 788-0161
    rschubert@schubert-reed.com
11  jreed@schubert-reed.com

12

13

...

25
    [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD
    COUNSEL
    Master File No. C 05-00456 MMC
```