```
 1  MERRICK SCOTT RAYLE S.B.N. 139478
    LOVELL STEWART HALEBIAN, LLP
 2  212 Wood Street
    Pacific Grove, CA 93950
 3  Telephone: (831) 333-0309
    Facsimile:  (831) 333-0325
 4  MRayle@lshllp.com

 5
    RICHARD A. SPEIRS
 6  PAUL KLEIDMAN
    ZWERLING, SCHACHTER & ZWERLING, LLP
 7  41 Madison Avenue
    New York, NY 10010
 8  Telephone: (212) 223-3900
    Facsimile:  (212) 371-5969
 9  rspeirs@zsz.com
    pkleidman@zsz.com
10
    Proposed Co-Lead Counsel
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re SILICON IMAGE, INC. SECURITIES LITIGATION | Master File No. C 05-00456 MMC |
|---|---|
|  | CLASS ACTION |
| This Document Relates To: All Actions | CERTIFICATE OF WILLIAM S. HAYMAN PURSUANT TO FEDERAL SECURITIES LAWS AND CIVIL LOCAL RULE 3-7(c) |

CERTIFICATE OF WILLIAM S. HAYMAN PURSUANT TO FEDERAL SECURITIES LAWS AND CIVIL
LOCAL RULE 3.7(c)
Master File No. C 05-00456 MMC

Pursuant to federal securities laws and Civil Local Rule 3.7(c) of the United States District Court for the Northern District of California, I hereby declare as follows:

1. I have reviewed the complaint in *Curry v. Silicon Image, Inc. et al.* and adopt its allegations, without waiving my right to amend such complaint should the Court appoint me as co-lead plaintiff.

2. I did not purchase any security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions in the security that is the subject of this action during the proposed class period are as follows:

See Attachment A

5. I am currently serving as lead plaintiff and class representative in *Hayman, et ano. v. PricewaterhouseCoopers LLP*, No. 1:01 CV 1078 (N.D. Ohio), and I also served as lead plaintiff and class representative in the related case *In re Telxon Corporation Securities Litigation*, No. 5:98 CV 2876 (N.D. Ohio), both actions filed under federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

CERTIFICATE OF WILLIAM S. HAYMAN PURSUANT TO FEDERAL SECURITIES LAWS AND CIVIL LOCAL RULE 3.7(c)
Master File No. C 05-00456 MMC

2

7. I have selected the law firms of Zwerling, Schachter & Zwerling, LLP and Lovell Stewart Halebian, LLP to act as co-lead counsel should the Court appoint me as co-lead plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

April 1, 2005

*William S. Hayman*
William S. Hayman

CERTIFICATE OF WILLIAM S. HAYMAN PURSUANT TO FEDERAL SECURITIES LAWS AND CIVIL LOCAL RULE 3.7(c)
Master File No. C 05-00456 MMC

3

Attachment A

## SILICON IMAGE, INC.
### HAYMAN GROUP ESTIMATED LOSS CHART

**William S. Hayman**

| Purchase Date | # Shares Purchased | Price Per Share | Purchase Price | Sale Date | # Shares Sold | Price Per Share | Sales Price | Estimated Losses |
|---|---|---|---|---|---|---|---|---|
| 10/26/04 | 100 | $ 13.10 | $ 1,310.00 | | | | | $ 1,310.00 |
| 11/17/04 | 150 | $ 16.40 | $ 2,460.00 | | | | | $ 2,460.00 |
| 11/17/04 | 500 | $ 16.36 | $ 8,180.00 | | | | | $ 8,180.00 |
| 11/17/04 | 20 | $ 16.36 | $ 327.20 | | | | | $ 327.20 |
| 11/18/04 | 275 | $ 16.50 | $ 4,537.50 | | | | | $ 4,537.50 |
| 11/18/04 | 140 | $ 16.31 | $ 2,283.40 | | | | | $ 2,283.40 |
| 11/24/04 | 5 | $ 16.84 | $ 84.20 | | | | | $ 84.20 |
| 11/24/04 | 2200 | $ 16.84 | $ 37,048.00 | | | | | $ 37,048.00 |
| 12/16/04 | 280 | $ 17.12 | $ 4,793.60 | | | | | $ 4,793.60 |
| 12/20/04 | 100 | $ 16.98 | $ 1,698.00 | | | | | $ 1,698.00 |
| 12/20/04 | 600 | $ 16.97 | $ 10,182.00 | | | | | $ 10,182.00 |
| 12/20/04 | 2630 | $ 16.99 | $ 44,683.70 | | | | | $ 44,683.70 |
| TOTALS | 7000 | | $ 117,587.60 | | 0 | | | $ 117,587.60 |
| | Retained Shares | Retained Share Value | | | | | | |
| *Mean Price $ 11.58 | 7000 | $ 81,060.00 | | | | | Less retained value | $ 81,060.00 |
| LOSS | | | | | | | | $ 36,527.60 |
| % Shares Held | | | | | | | | 100% |

**William S. Hayman IRA**

| Purchase Date | # Shares Purchased | Price Per Share | Total Price Paid | Sale Date | # Shares Sold | Price Per Share | Sales Price | Estimated Losses |
|---|---|---|---|---|---|---|---|---|

| Purchase Date | # Shares Purchased | Price Per Share | Total Price Paid | | | Sale Date | # Shares Sold | Price Per Share | Sales Price | Estimated Losses |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/27/04 | 300 | $ 13.10 | $ 3,930.00 | | | | | | | $ 3,930.00 |
| 10/27/04 | 700 | $ 13.15 | $ 9,205.00 | | | | | | | $ 9,205.00 |
| 11/18/04 | 500 | $ 16.42 | $ 8,210.00 | | | | | | | $ 8,210.00 |
| 11/18/04 | 500 | $ 16.42 | $ 8,210.00 | | | | | | | $ 8,210.00 |
| 11/18/04 | 200 | $ 16.42 | $ 3,284.00 | | | | | | | $ 3,284.00 |
| 11/18/04 | 600 | $ 16.42 | $ 9,852.00 | | | | | | | $ 9,852.00 |
| 11/18/04 | 600 | $ 16.42 | $ 9,852.00 | | | | | | | $ 9,852.00 |
| 11/18/04 | 200 | $ 16.42 | $ 3,284.00 | | | | | | | $ 3,284.00 |
| 11/18/04 | 100 | $ 16.42 | $ 1,642.00 | | | | | | | $ 1,642.00 |
| 11/18/04 | 225 | $ 16.42 | $ 3,694.50 | | | | | | | $ 3,694.50 |
| 11/18/04 | 100 | $ 16.42 | $ 1,642.00 | | | | | | | $ 1,642.00 |
| 11/18/04 | 45 | $ 16.42 | $ 738.90 | | | | | | | $ 738.90 |
| 11/18/04 | 100 | $ 16.41 | $ 1,641.00 | | | | | | | $ 1,641.00 |
| TOTALS | 4170 | | $ 65,185.40 | | 0 | | | | | $ 65,185.40 |
| | Retained Shares | Retained Share Value | | | | | | | | |
| *Mean Price $ 11.58 | 4170 | $ 48,288.60 | | | | Less retained value | | | | $ 48,288.60 |
| LOSS | | | | | | | | | | $ 16,896.80 |
| % Shares Held | | | | | | | | | | 100% |

**Highland Ventures Inc.**

| Purchase Date | # Shares Purchased | Price Per Share | Total Price Paid | Sale Date | # Shares Sold | Price Per Share | Sales Price | Estimated Losses |
|---|---|---|---|---|---|---|---|---|
| 10/26/04 | 123 | $ 13.10 | $ 1,611.30 | | | | | $ 1,611.30 |
| 11/11/04 | 200 | $ 14.11 | $ 2,822.00 | | | | | $ 2,822.00 |
| 11/11/04 | 190 | $ 14.06 | $ 2,671.40 | | | | | $ 2,671.40 |
| 11/17/04 | 140 | $ 16.15 | $ 2,261.00 | | | | | $ 2,261.00 |
| 11/17/04 | 3000 | $ 16.29 | $ 48,870.00 | | | | | $ 48,870.00 |
| 11/18/04 | 400 | $ 16.44 | $ 6,576.00 | | | | | $ 6,576.00 |

| Date | Shares | Price | | Value |
|---|---|---|---|---|
| 11/18/04 | 100 | 16.44 | $ | 1,644.00 |
| 11/18/04 | 100 | 16.44 | $ | 1,644.00 |
| 11/18/04 | 100 | 16.44 | $ | 1,644.00 |
| 11/18/04 | 300 | 16.44 | $ | 4,932.00 |
| 11/19/04 | 250 | 16.39 | $ | 4,097.50 |
| 12/1/04 | 200 | 16.86 | $ | 3,372.00 |
| 12/1/04 | 100 | 16.86 | $ | 1,686.00 |
| 12/1/04 | 400 | 16.96 | $ | 6,784.00 |
| 12/1/04 | 300 | 16.98 | $ | 5,094.00 |
| 12/14/04 | 100 | 16.80 | $ | 1,680.00 |
| 12/14/04 | 300 | 16.83 | $ | 5,049.00 |
| 12/14/04 | 900 | 16.84 | $ | 15,156.00 |
| 12/17/04 | 1700 | 16.75 | $ | 28,475.00 |
| 12/17/04 | 100 | 16.70 | $ | 1,670.00 |
| 12/17/04 | 100 | 16.70 | $ | 1,670.00 |
| 12/17/04 | 300 | 16.70 | $ | 5,010.00 |
| 12/17/04 | 200 | 16.70 | $ | 3,340.00 |
| 12/17/04 | 300 | 16.70 | $ | 5,009.40 |
| 12/20/04 | 1000 | 16.92 | $ | 16,920.00 |
| 12/20/04 | 500 | 16.92 | $ | 8,460.00 |
| n/a | 300 | 14.41 | $ | 4,323.00 |
| n/a | 700 | 14.41 | $ | 10,087.00 |
| 1/21/05 | 500 | 15.40 | $ | 7,700.00 |
| TOTALS | 12903 | | $ | 210,258.60 |

| *Mean Price | Retained Shares | Retained Share Value | | | Retained |
|---|---|---|---|---|---|
| $ 11.58 | 12903 | $ 149,416.74 | | Less retained value | $ 149,416.74 |

| LOSS | | | | | $ 60,841.86 |
| % Shares Held | | | | | 100% |

Hayman Group Total Shares Purchased

24073

Page 3 of 4

| | |
|---|---:|
| Hayman Group Total Purchases Price | $ 393,031.60 |
| | |
| Hayman Group Total Loss | $ 114,266.26 |
| | |
| | |
| Calculated using the FIFO method. | |
| *The Mean Price is the weighted average stock price for the period 1/25/05 thru 3/30/05. | |