1  MERRICK SCOTT RAYLE S.B.N. 139478
   LOVELL STEWART HALEBIAN, LLP
2  212 Wood Street
   Pacific Grove, CA 93950
3  Telephone: (831) 333-0309
   Facsimile: (831) 333-0325
4  MRayle@lshllp.com

5
   RICHARD A. SPEIRS
6  PAUL KLEIDMAN
   ZWERLING, SCHACHTER & ZWERLING, LLP
7  41 Madison Avenue
   New York, NY 10010
8  Telephone: (212) 223-3900
   Facsimile: (212) 371-5969
9  rspeirs@zsz.com
   pkleidman@zsz.com
10
   Proposed Co-Lead Counsels
11

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15

| | |
|---|---|
| In re SILICON IMAGE, INC. SECURITIES LITIGATION | Master File No. C 05-00456 MMC <br><br> <u>CLASS ACTION</u> <br><br> CERTIFICATE OF JOHN HERLIHY PURSUANT TO FEDERAL SECURITIES LAWS AND CIVIL LOCAL RULE 3-7(c) |
| This Document Relates To: <br> All Actions | |

CERTIFICATE OF JOHN HERLIHY PURSUANT TO FEDERAL SECURITIES LAWS AND CIVIL LOCAL RULE 3.7(c)
Master File No. C 05-00456 MMC

Dockets.Justia.com

Pursuant to federal securities laws and Civil Local Rule 3.7(c) of the United States District Court for the Northern District of California, I hereby declare as follows:

1. I have reviewed the complaint in *Curry v. Silicon Image, Inc. et al.* and adopt its allegations, without waiving my right to amend such complaint should the Court appoint me as co-lead plaintiff.

2. I did not purchase any security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions in the security that is the subject of this action during the proposed class period are as follows:

    See Attachment A

5. I will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

6. I have selected the law firms of Zwerling, Schachter & Zwerling, LLP and Lovell Stewart Halebian, LLP to act as co-lead counsel should the Court appoint me as co-lead plaintiff.

CERTIFICATE OF JOHN HERLIHY PURSUANT TO FEDERAL SECURITIES LAWS AND CIVIL LOCAL RULE 3.7(c)
Master File No. C 05-00456 MMC

2

1  I declare under penalty of perjury that the foregoing is true and correct.

2  April 4, 2005

3  _____
   John Herlihy

CERTIFICATE OF JOHN HERLIHY PURSUANT TO FEDERAL SECURITIES LAWS AND CIVIL LOCAL RULE 3.7(c)
Master File No. C 05-00456 MMC

Attachment A

Silicon Image Inc.
John Herlihy Estimated Loss Chart

| Date | No. of Shares | Price Per Share | | Price |
|---|---|---|---|---|
| 12/8/2004 | 10,000 | $ | (17.08) | $ (170,800.00) |
| 12/13/2004 | 10,000 | $ | (16.20) | $ (162,000.00) |
| 12/16/2004 | 5,000 | $ | (16.75) | $ (83,750.00) |
| 1/4/2005 | 3,525 | $ | (15.50) | $ (54,637.50) |
| 1/5/2005 | 4,550 | $ | 15.50 | $ 70,525.00 |
| 1/25/2005 | 5,000 | $ | 11.02 | $ 55,100.00 |
| 1/25/2005 | 5,000 | $ | 11.11 | $ 55,550.00 |
| 1/25/2005 | 5,000 | $ | 11.69 | $ 58,450.00 |
| | | | | $ (231,562.50) |
| *Mean Price | Retained Shares | Retained Share Value | | |
| $11.58 | 8,975 | $ 103,930.50 | Less retained value | $ 103,930.50 |
| LOSS | | | | $ 127,632.00 |
| % Shares Held | | | | 31% |
| John Herlihy Total Shares Purchased | | | | 28525 |
| John Herlihy Total Purchases Price | | | | $ 471,187.50 |
| John Herlihy Total Loss | | | | $ 127,632.00 |
| Calculated using the FIFO method. | | | | |
| *The Mean Price is the weighted average stock price for the period 1/25/05 thru 3/30/05. | | | | |