The Facebook, Inc. v. Connectu, LLC et al
Case5:07-cv-01389-JW   Document19-6   Filed03/09/07   Page1 of 2
Doc. 910 Att. 5

1  MERRICK SCOTT RAYLE S.B.N. 139478
   LOVELL STEWART HALEBIAN, LLP
2  212 Wood Street
   Pacific Grove, CA 93950
3  Telephone: (831) 333-0309
   Facsimile: (831) 333-0325
4  MRayle@lshllp.com

5  RICHARD A. SPEIRS
   PAUL KLEIDMAN
6  ZWERLING, SCHACHTER & ZWERLING, LLP
   41 Madison Avenue
7  New York, NY 10010
   Telephone: (212) 223-3900
8  Facsimile: (212) 371-5969
   rspeirs@zsz.com
9  pkleidman@zsz.com

10 Proposed Co-Lead Counsel

11

                UNITED STATES DISTRICT COURT
12
                NORTHERN DISTRICT OF CALIFORNIA
13

14

15 | In re SILICON IMAGE, INC.         | Master File No. C 05-00456 MMC
   | SECURITIES LITIGATION             |
16 |                                   | CLASS ACTION
   |                                   |
17 |_____| CERTIFICATE OF AARON DARSKY
   | This Document Relates To:         | PURSUANT TO CIVIL LOCAL RULE 3-7(d)
18 | All Actions                       |
   |                                   |
19 |_____|

20

21

22

23

24

25

CERTIFICATE OF AARON DARSKY PURSUANT TO LOCAL RULE 3.7(d)
Master File No. C 05-00456 MMC

1  Pursuant to Civil Local Rule 3.7(d) of the United States District Court for the Northern
2  District of California, I hereby declare that I do not directly own or otherwise have a beneficial
3  interest in the securities of Silicon Image, Inc. that are the subject of this action.
4  I declare under penalty of perjury that the foregoing is true and correct.

6  April 4, 2005

Aaron Darsky
SCHUBERT & REED LLP
Two Embarcadero Center
Suite 1660
San Francisco, CA  94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
adarsky@schubert-reed.com

CERTIFICATE OF AARON DARSKY PURSUANT TO LOCAL RULE 3.7(d)
Master File No. C 05-00456 MMC