1  MERRICK SCOTT RAYLE S.B.N. 139478
   LOVELL STEWART HALEBIAN, LLP
2  212 Wood Street
   Pacific Grove, CA 93950
3  Telephone: (831) 333-0309
   Facsimile: (831) 333-0325
4  MRayle@lshllp.com

5  RICHARD A. SPEIRS
   PAUL KLEIDMAN
6  ZWERLING, SCHACHTER & ZWERLING, LLP
   41 Madison Avenue
7  New York, NY 10010
   Telephone: (212) 223-3900
8  Facsimile: (212) 371-5969
   rspeirs@zsz.com
9  pkleidman@zsz.com

10 Proposed Co-Lead Counsel

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 | In re SILICON IMAGE, INC.          | Master File No. C 05-00456 MMC
   | SECURITIES LITIGATION              |
16 |                                    | CLASS ACTION
17 |                                    | CERTIFICATE OF ROBERT C. SCHUBERT
   | This Document Relates To:          | PURSUANT TO CIVIL LOCAL RULE 3-7(d)
18 | All Actions                        |

19

20

21

22

23

24

25

CERTIFICATE OF ROBERT C. SCHUBERT PURSUANT TO LOCAL RULE 3.7(d)
Master File No. C 05-00456 MMC

1  Pursuant to Civil Local Rule 3.7(d) of the United States District Court for the Northern
2  District of California, I hereby declare that I do not directly own or otherwise have a beneficial
3  interest in the securities of Silicon Image, Inc. that are the subject of this action.
4  I declare under penalty of perjury that the foregoing is true and correct.
5
6  April 4, 2005
7
8
9  *(signature)*
   Robert C. Schubert
10 SCHUBERT & REED LLP
   Two Embarcadero Center
11 Suite 1660
   San Francisco, CA 94111
12 Telephone: (415) 788-4220
   Facsimile: (415) 788-0161
13 rschubert@schubert-reed.com
14
15
16
17
18
19
20
21
22
23
24
25

CERTIFICATE OF ROBERT C. SCHUBERT PURSUANT TO LOCAL RULE 3.7(d)
Master File No. C 05-00456 MMC

2