```
 1  MERRICK SCOTT RAYLE S.B.N. 139478
    LOVELL STEWART HALEBIAN, LLP
 2  212 Wood Street
    Pacific Grove, CA 93950
 3  Telephone: (831) 333-0309
    Facsimile: (831) 333-0325
 4  MRayle@lshllp.com

 5  RICHARD A. SPEIRS
    PAUL KLEIDMAN
 6  ZWERLING, SCHACHTER & ZWERLING, LLP
    41 Madison Avenue
 7  New York, NY 10010
    Telephone: (212) 223-3900
 8  Facsimile: (212) 371-5969
    rspeirs@zsz.com
 9  pkleidman@zsz.com

10  Proposed Co-Lead Counsel
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re SILICON IMAGE, INC. SECURITIES LITIGATION | Master File No. C 05-00456 MMC |
|---|---|
| | CLASS ACTION |
| This Document Relates To: All Actions | CERTIFICATE OF JUDEN JUSTICE REED PURSUANT TO CIVIL LOCAL RULE 3-7(d) |

CERTIFICATE OF JUDEN JUSTICE REED PURSUANT TO LOCAL RULE 3.7(d)
Master File No. C 05-00456 MMC

Pursuant to Civil Local Rule 3.7(d) of the United States District Court for the Northern District of California, I hereby declare that I do not directly own or otherwise have a beneficial interest in the securities of Silicon Image, Inc. that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct.

April 4, 2005

                                        Juden Justice Reed
                                        SCHUBERT & REED LLP
                                        Two Embarcadero Center
                                        Suite 1660
                                        San Francisco, CA 94111
                                        Telephone: (415) 788-4220
                                        Facsimile: (415) 788-0161
                                        jreed@schubert-reed.com

CERTIFICATE OF JUDEN JUSTICE REED PURSUANT TO LOCAL RULE 3.7(d)
Master File No. C 05-00456 MMC