```
1   MERRICK SCOTT RAYLE S.B.N. 139478
    LOVELL STEWART HALEBIAN, LLP
2   212 Wood Street
    Pacific Grove, CA 93950
3   Telephone: (831) 333-0309
    Facsimile: (831) 333-0325
4   MRayle@lshllp.com

5   RICHARD A. SPEIRS
    PAUL KLEIDMAN
6   ZWERLING, SCHACHTER & ZWERLING, LLP
    41 Madison Avenue
7   New York, NY 10010
    Telephone: (212) 223-3900
8   Facsimile: (212) 371-5969
    rspeirs@zsz.com
9   pkleidman@zsz.com

10  Proposed Co-Lead Counsel
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re SILICON IMAGE, INC. SECURITIES LITIGATION | Master File No. C 05-00456 MMC |
|---|---|
| | <u>CLASS ACTION</u> |
| This Document Relates To: All Actions | CERTIFICATE OF CHRISTOPHER LOVELL PURSUANT TO CIVIL LOCAL RULE 3-7(d) |

CERTIFICATE OF CHRISTOPHER LOVELL PURSUANT TO LOCAL RULE 3.7(d)
Master File No. C 05-00456 MMC

Pursuant to Civil Local Rule 3.7(d) of the United States District Court for the Northern District of California, I hereby declare that I do not directly own or otherwise have a beneficial interest in the securities of Silicon Image, Inc. that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct.

April 4, 2005

*[signature]*

Christopher Lovell
LOVELL STEWART
HALEBIAN, LLP
500 Fifth Avenue
New York, NY 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677
CLovell@lshllp.com

CERTIFICATE OF CHRISTOPHER LOVELL PURSUANT TO LOCAL RULE 3.7(d)
Master File No. C 05-00456 MMC