```
 1  MERRICK SCOTT RAYLE S.B.N. 139478
    LOVELL STEWART HALEBIAN, LLP
 2  212 Wood Street
    Pacific Grove, CA 93950
 3  Telephone: (831) 333-0309
    Facsimile: (831) 333-0325
 4  MRayle@lshllp.com

 5  RICHARD A. SPEIRS
    PAUL KLEIDMAN
 6  ZWERLING, SCHACHTER & ZWERLING, LLP
    41 Madison Avenue
 7  New York, NY 10010
    Telephone: (212) 223-3900
 8  Facsimile: (212) 371-5969
    rspeirs@zsz.com
 9  pkleidman@zsz.com

10  Proposed Co-Lead Counsel
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON IMAGE, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>All Actions | Master File No. C 05-00456 MMC<br><br><u>CLASS ACTION</u><br><br>CERTIFICATE OF MERRICK SCOTT RAYLE PURSUANT TO CIVIL LOCAL RULE 3-7(d) |

CERTIFICATE OF MERRICK SCOTT RAYLE PURSUANT TO LOCAL RULE 3.7(d)
Master File No. C 05-00456 MMC

Pursuant to Civil Local Rule 3.7(d) of the United States District Court for the Northern District of California, I hereby declare that I do not directly own or otherwise have a beneficial interest in the securities of Silicon Image, Inc. that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct.

April 4, 2005

Merrick Scott Rayle
LOVELL STEWART
HALEBIAN, LLP
212 Wood Street
Pacific Grove, CA 93950
Telephone: (831) 333-0309
Facsimile: (831) 333-0325
MRayle@lshllp.com

CERTIFICATE OF MERRICK SCOTT RAYLE PURSUANT TO LOCAL RULE 3.7(d)
Master File No. C 05-00456 MMC

2