1  MERRICK SCOTT RAYLE S.B.N. 139478
2  LOVELL STEWART HALEBIAN, LLP
   212 Wood Street
3  Pacific Grove, CA 93950
   Telephone: (831) 333-0309
4  Facsimile: (831) 333-0325
   MRayle@lshllp.com
5
   RICHARD A. SPEIRS
6  PAUL KLEIDMAN
   ZWERLING, SCHACHTER & ZWERLING, LLP
7  41 Madison Avenue
   New York, NY 10010
8  Telephone: (212) 223-3900
   Facsimile: (212) 371-5969
9  rspeirs@zsz.com
   pkleidman@zsz.com
10
   Proposed Co-Lead Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re SILICON IMAGE, INC. SECURITIES LITIGATION | Master File No. C 05-00456 MMC |
|---|---|
| | <u>CLASS ACTION</u> |
| This Document Relates To: All Actions | CERTIFICATE OF RICHARD A. SPEIRS PURSUANT TO CIVIL LOCAL RULE 3-7(d) |

CERTIFICATE OF RICHARD A. SPEIRS PURSUANT TO LOCAL RULE 3.7(d)
Master File No. C 05-00456 MMC

Pursuant to Civil Local Rule 3.7(d) of the United States District Court for the Northern District of California, I hereby declare that I do not directly own or otherwise have a beneficial interest in the securities of Silicon Image, Inc. that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct.

April __/__, 2005

Richard A. Speirs
ZWERLING, SCHACHTER &
ZWERLING, LLP
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
rspeirs@zsz.com

CERTIFICATE OF RICHARD A. SPEIRS PURSUANT TO LOCAL RULE 3.7(d)
Master File No. C 05-00456 MMC

2