

1 │ MERRICK SCOTT RAYLE S.B.N. 139478
   │ LOVELL STEWART HALEBIAN, LLP
2 │ 212 Wood Street
   │ Pacific Grove, CA 93950
3 │ Telephone: (831) 333-0309
   │ Facsimile: (831) 333-0325
4 │ MRayle@lshllp.com

5 │ RICHARD A. SPEIRS
   │ PAUL KLEIDMAN
6 │ ZWERLING, SCHACHTER & ZWERLING, LLP
   │ 41 Madison Avenue
7 │ New York, NY 10010
   │ Telephone: (212) 223-3900
8 │ Facsimile: (212) 371-5969
   │ rspeirs@zsz.com
9 │ pkleidman@zsz.com

10 │ Proposed Co-Lead Counsel

11 │

12 │                UNITED STATES DISTRICT COURT

13 │                NORTHERN DISTRICT OF CALIFORNIA

14 │

15 │ In re SILICON IMAGE, INC.          Master File No. C 05-00456 MMC
   │ SECURITIES LITIGATION
16 │                                    CLASS ACTION

17 │                                    CERTIFICATE OF PAUL KLEIDMAN
   │ ─────────────────────────────      PURSUANT TO CIVIL LOCAL RULE 3-7(d)
18 │ This Document Relates To:
   │ All Actions
19 │

20 │

21 │

22 │

23 │

24 │

25 │

   │ CERTIFICATE OF PAUL KLEIDMAN PURSUANT TO LOCAL RULE 3.7(d)
   │ Master File No. C 05-00456 MMC

1    Pursuant to Civil Local Rule 3.7(d) of the United States District Court for the Northern

2    District of California, I hereby declare that I do not directly own or otherwise have a beneficial

3    interest in the securities of Silicon Image, Inc. that are the subject of this action.

4        I declare under penalty of perjury that the foregoing is true and correct.

5

6    April 4, 2005

7

8

9                                        Paul Kleidman
                                         ZWERLING, SCHACHTER &
10                                       ZWERLING, LLP
                                         41 Madison Avenue
11                                       New York, NY  10010
                                         Telephone:  (212) 223-3900
12                                       Facsimile:  (212) 371-5969
                                         pkleidman@zsz.com
13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF PAUL KLEIDMAN PURSUANT TO LOCAL RULE 3.7(d)
Master File No. C 05-00456 MMC
                                    2