UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MAGISTRATE WAYNE D. BRAZIL

CIVIL MINUTE ORDER

Date:  4-4-05                                                    Time: 2 hours

DOCKET NO.:        C 04-0952 SC

TITLE OF CASE:     Trustees of the Bricklayers Pension Trust v. Stileitaliano Intl., et al.

ATTORNEY(S):

  Plaintiff:     Kent Khtikian

  Defendant:     Ken Absalom

**PROCEEDINGS**

| [] INITIAL STATUS CONFERENCE | [x] SETTLEMENT CONFERENCE (1ST) |
| --- | --- |
| [] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] NONDISPOSITIVE MOTION (ORDER | [] EXAM. OF JUDGMENT DEBTOR |
| [] NONDISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |
| [] DISPOSITIVE MOTION | |
| [] OTHER: | |

NOTES

Settlement reached between plaintiff and defendant De Francesca; terms will be fully executed within 40 days.

All parties request that the Court not schedule a case management conference for 90 days -- because by then settlements may well have concluded the entire litigation.

cc: WDB, stats, SC