TERRY ALBERT FINCH
ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.
111 Sutter Street, Suite 575
San Francisco, CA 94104
Telephone: (415) 362-7126
Facsimile: (415) 362-6401

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW W. INGERSOLL, ) | |
| ) | |
| Plaintiff, ) | Case No. C 04 4986 SI |
| ) | |
| vs. ) | **DEFENDANT EQUIFAX** |
| ) | **INFORMATION SERVICES LLC'S** |
| TRANS UNION CORPORATION, ) | **ANSWER AND AFFIRMATIVE** |
| EQUIFAX INFORMATION SERVICES, ) | **DEFENSES TO PLAINTIFF'S** |
| LLC, EXPERIAN INFORMATION ) | **FIRST AMENDED COMPLAINT** |
| SOLUTIONS, INC., ) | **FOR DAMAGES AND INJUNCTIVE** |
| ) | **RELIEF** |
| Defendants. ) | |
| ) | |

COMES NOW Defendant Equifax Information Services LLC ("Equifax"), through its undersigned counsel, and for its answer and affirmative defenses to Plaintiff's First Amended Complaint for Damages and Injunctive Relief, states as follows:

1. Equifax admits that Plaintiff brings this action for purported violations of Federal and California state statutes, but denies that it violated any statutes, denies that it engaged in unlawful business practices, denies that it is liable to Plaintiff, and denies that it caused any damage to Plaintiff or that he incurred the damages alleged in this paragraph.

---

**EQUIFAX'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**
ATLLIB01 1875756.1

2. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's First Amended Complaint, but denies that it violated any statutes, denies that it is liable to Plaintiff, and denies that it caused any damage to Plaintiff or that the Plaintiff incurred any damages as a result of Equifax.

3. Responding to the allegations contained in Paragraph 3 of Plaintiff's First Amended Complaint, Defendant Equifax admits that Plaintiff seeks compensatory damages, attorney's fees and costs, in addition to penalties for the Defendants' alleged willful violations of the FCRA and the CCRAA. Defendant Equifax denies that it violated the FCRA and/or the CCRAA, denies that it is liable to Plaintiff, denies that it caused any damage to Plaintiff or that he incurred the damages alleged in this paragraph, and denies that injunctive relief is an available remedy under the FCRA.

4. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiff's First Amended Complaint.

5. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiff's First Amended Complaint.

6. Equifax admits the allegations contained in Paragraph 6 of Plaintiff's First Amended Complaint.

7. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of Plaintiff's First Amended Complaint.

8. To the extent that Plaintiff can maintain a federal cause of action, which Equifax denies, jurisdiction is proper in this Court.

9. Equifax denies the allegations contained in Paragraph 9 of Plaintiff's First

Amended Complaint as they apply to Equifax.

10. To the extent that any acts or omissions took place in this venue, which Equifax denies, venue is proper in this Court.

11. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of Plaintiff's First Amended Complaint, and therefore denies them.

12. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of Plaintiff's First Amended Complaint, and therefore denies them.

13. Equifax denies the allegations contained in Paragraph 13 of Plaintiff's First Amended Complaint.

14. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of Plaintiff's First Amended Complaint.

15. Equifax denies that it reposted the fraudulent account. Equifax admits it sent Plaintiff a letter on April 4, 2003 reflecting that the Verizon account had been deleted. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 15 of Plaintiff's First Amended Complaint.

16. Equifax denies the allegations contained in Paragraph 16 of Plaintiff's First Amended Complaint as they apply to Equifax.

17. Equifax denies the allegations contained in Paragraph 17 of Plaintiff's First Amended Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 17

of Plaintiff's First Amended Complaint.

18. Equifax admits that Plaintiff contacted it by telephone on November 17, 2004. Equifax denies the remaining allegations contained in Paragraph 18 of Plaintiff's First Amended Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 18 of Plaintiff's First Amended Complaint.

19. Equifax denies the allegations contained in Paragraph 19 of Plaintiff's First Amended Complaint as they apply to Equifax.

20. Equifax denies the allegations contained in Paragraph 20 of Plaintiff's First Amended Complaint as they apply to Equifax.

21. Responding to the allegations contained in Paragraph 21 of Plaintiff's First Amended Complaint, Equifax reasserts and realleges its answers and responses set forth herein.

22. Responding to the allegations contained in Paragraph 22 of Plaintiff's First Amended Complaint, Equifax states that the terms and conditions of the FCRA speak for themselves.

23. Equifax denies the allegations contained in Paragraph 23 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 23 of Plaintiff's First Amended Complaint.

24. Equifax denies the allegations contained in Paragraph 24 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or

information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 24 of Plaintiff's First Amended Complaint.

25. Equifax denies the allegations contained in Paragraph 25 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 25 of Plaintiff's First Amended Complaint.

26. Equifax denies the allegations contained in Paragraph 26 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 26 of Plaintiff's First Amended Complaint.

27. Equifax denies the allegations contained in Paragraph 27 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 27 of Plaintiff's First Amended Complaint.

28. Equifax denies the allegations contained in Paragraph 28 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 28 of Plaintiff's First Amended Complaint.

29. Equifax denies that Plaintiff is entitled to judgment against it

30. Responding to the allegations contained in Paragraph 30 of Plaintiff's First Amended Complaint, Equifax reasserts and realleges its answers and responses set forth herein.

31. Responding to the allegations contained in Paragraph 31 of Plaintiff's First Amended Complaint, Equifax states that the terms and conditions of the CCRAA speak for themselves.

32. Equifax denies the allegations contained in Paragraph 32 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 32 of Plaintiff's First Amended Complaint.

33. Equifax denies the allegations contained in Paragraph 33 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 33 of Plaintiff's First Amended Complaint.

34. Equifax denies the allegations contained in Paragraph 34 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 34 of Plaintiff's First Amended Complaint.

35. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of Plaintiff's First Amended Complaint.

36. Equifax denies the allegations contained in Paragraph 36 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 36 of Plaintiff's First Amended Complaint.

37. Equifax denies the allegations contained in Paragraph 37 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 37 of Plaintiff's First Amended Complaint.

38. Equifax denies the allegations contained in Paragraph 38 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 38 of Plaintiff's First Amended Complaint.

39. Equifax denies the allegations contained in Paragraph 39 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 39 of Plaintiff's First Amended Complaint.

40. Equifax denies that Plaintiff is entitled to judgment against it.

41. Responding to the allegations contained in Paragraph 41 of Plaintiff's First Amended Complaint, Equifax reasserts and realleges its answers and responses set forth herein.

42. Responding to the allegations contained in Paragraph 42 of Plaintiff's First Amended Complaint, Equifax states that the terms and conditions of the California Business and Professions Code speak for themselves.

43. Equifax denies the allegations contained in Paragraph 43 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 43 of Plaintiff's First Amended Complaint.

44. Equifax denies the allegations contained in Paragraph 44 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 44 of Plaintiff's First Amended Complaint.

45. Equifax denies the allegations contained in Paragraph 45 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 45 of Plaintiff's First Amended Complaint.

46. Equifax denies the allegations contained in Paragraph 46 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 46 of Plaintiff's First Amended Complaint.

47. Responding to the allegations contained in Paragraph 47 of Plaintiff's First Amended Complaint, Equifax states that the terms and conditions of the California Business and Professions Code speak for themselves.

48. Equifax denies the allegations contained in Paragraph 48 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 48 of Plaintiff's First Amended Complaint.

49. Equifax denies that Plaintiff is entitled to any judgment against it.

50. Responding to the allegations contained in Paragraph 50 of Plaintiff's First Amended Complaint, Equifax reasserts and realleges its answers and responses set forth herein.

51. Equifax denies the allegations contained in Paragraph 51 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 51 of Plaintiff's First Amended Complaint.

52. Equifax denies the allegations contained in Paragraph 52 of Plaintiff's First Amended Complaint as they apply to Equifax. Defendant Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 52 of Plaintiff's First Amended Complaint.

53. Equifax denies the allegations contained in Paragraph 53 of Plaintiff's First Amended Complaint.

54. Equifax admits that Plaintiff requests this Court enter a declaratory judgment, but denies that it is liable to Plaintiff, and denies that it caused any damage to Plaintiff or that he incurred any damages.

55. Equifax denies that Plaintiff is entitled to judgment against it.

Equifax further denies that Plaintiff is entitled to any of the relief set forth in his prayer for relief.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's First Amended Complaint fails to state a claim against Equifax upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Equifax has fully complied with the FCRA and is entitled to each and every defense and limitation of liability provided by the Act.

### THIRD AFFIRMATIVE DEFENSE

Equifax asserts that it has complied with the CCRAA in all respects, and is entitled to each and every defense and limitation of liability contained in the Act.

### FOURTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims against Equifax may be barred by the applicable statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff has not alleged any injury in fact.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff has not suffered any damages.

### SEVENTH FFIRMATIVE DEFENSE

Equifax has acted in good faith and without malice or intent to injury Plaintiff.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by his own contributory negligence.

### NINTH AFFIRMATIVE DEFENSE

Equifax's alleged supplying of information, if any, was both privileged and justified.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were not caused by Equifax, but by another person or entity for whom or for which Equifax is not responsible.

### ELEVENTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are pre-empted by the Fair Credit Reporting Act, 15 U.S.C. § 1681h(e).

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate his damages.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claim for punitive damages is barred by the provisions of 15 U.S.C. §1681n.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's First Amended Complaint seeks the imposition of punitive damages. Equifax adopts by reference the defenses, criteria, limitations, standards and constitutional protections mandated or provided by the United States Supreme Court in the following cases: BMW v. Gore, 517 U.S. 559 (1996); Cooper Indus., Inc. v. Leatherman Tool Group, Inc., 532 U.S. 923 (2001) and State Farm v. Campbell, 538 U.S. 408 (2003).

### FIFTEENTH AFFIRMATIVE DEFENSE

Injunctive relief is not available under the FCRA.

### SIXTEENTH AFFIRMATIVE DEFENSE

Any allegation of the First Amended Complaint not expressly admitted is denied.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Equifax reserves the right to have additional defenses that it learns of through the course of discovery.

WHEREFORE, having fully answered Plaintiff's First Amended Complaint, defendant Equifax Information Services LLC prays for judgment as follows:

(1) Plaintiff's First Amended Complaint be dismissed in its entirety and with prejudice, with costs taxed against Plaintiff;

(2) That Equifax be dismissed as a party to this action;

(3) That Equifax recover from Plaintiff its expenses of litigation, including attorneys' fees; and

(4) That Equifax recover such other and additional relief as the Court deems proper.

Dated: April _4, 2005

                    Respectfully submitted,

                    ERICKSEN, ARBUTHNOT, KILDUFF,
                    DAY & LINDSTROM, INC.

                    By:   /s/
                        TERRY ALBERT FINCH
                        Attorneys for Defendant EQUIFAX
                        INFORMATION SERVICES LLC