| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER <br>   RUDMAN & ROBBINS LLP |
| 2 | WILLIAM S. LERACH (68581) <br> SPENCER A. BURKHOLZ (147029) |
| 3 | DANIEL S. DROSMAN (200643) <br> JONAH H. GOLDSTEIN (193777) |
| 4 | MATTHEW P. MONTGOMERY (180196) <br> LUCAS F. OLTS (234843) |
| 5 | 401 B Street, Suite 1600 <br> San Diego, CA  92101 |
| 6 | Telephone:  619/231-1058 <br> 619/231-7423 (fax) |
| 7 |         – and – <br> PATRICK J. COUGHLIN (111070) |
| 8 | LESLEY E. WEAVER (191305) <br> 100 Pine Street, Suite 2600 |
| 9 | San Francisco, CA  94111 <br> Telephone:  415/288-4545 |
| 10 | 415/288-4534 (fax) |
| 11 | LEVIN, PAPANTONIO, THOMAS, MITCHELL, <br>   ECHSNER & PROCTOR, P.A. |
| 12 | FREDRIC G. LEVIN *(pro hac vice)* <br> J. MICHAEL PAPANTONIO *(pro hac vice)* |
| 13 | TIMOTHY M. O'BRIEN *(pro hac vice)* <br> 316 South Baylen Street, Suite 600 |
| 14 | Pensacola, FL  32501 <br> Telephone:  850/435-7000 |
| 15 | 850/436-6084 (fax) |
| 16 | Co-Lead Counsel for Plaintiffs |
| 17 | [Additional counsel appear on signature page.] |
| 18 | UNITED STATES DISTRICT COURT |
| 19 | NORTHERN DISTRICT OF CALIFORNIA |
| 20 | SAN JOSE DIVISION |

| | | |
|---|---|---|
| 21 | In re CISCO SYSTEMS, INC. SECURITIES LITIGATION | ) Master File No. C-01-20418-JW(PVT) |
| 22 | | ) <u>CLASS ACTION</u> |
| 23 | This Document Relates To: | ) NOTICE OF MOTION AND MOTION FOR <br> ) ORDER ADOPTING PLAINTIFFS' |
| 24 | ALL ACTIONS. | ) PROPOSED SCHEDULE FOR THE <br> ) DISCLOSURE OF EXPERT WITNESS |
| 25 | | REPORTS |
| 26 | | DATE: May 9, 2005 <br> TIME: 9:00 a.m. |
| 27 | | CTRM: 8 – Honorable James Ware |
| 28 | | |

1 TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2 PLEASE TAKE NOTICE that on May 9, 2005, at 9:00 a.m., or as soon thereafter as counsel

3 may be heard, in the courtroom of the Honorable James Ware, 280 South First Street, San Jose,

4 California 95113, plaintiffs will and hereby do move this Court for an order adopting plaintiffs'

5 proposed schedule for the disclosure of expert witness reports.[1]

6 This motion is made pursuant to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure on

7 the grounds that the parties have stipulated to a revised pretrial schedule but have been unable to

8 agree upon a schedule for the exchange of expert witness reports.

9 This motion is based upon this Notice of Motion and Motion, the Memorandum of Law,

10 upon the pleadings and records on file in this action, and on such argument or evidence as may be

11 presented to the Court in connection with the hearing on this motion.

12 **MEMORANDUM OF LAW**

13 This Court entered an Amended Scheduling Order on July 2, 2003, setting forth a pretrial

14 schedule in the above-entitled action. Recently, the parties submitted a stipulated order seeking to

15 amend this schedule in certain respects, but the parties were unable to agree on a schedule for

16 disclosing expert witness reports. Defendants have insisted that they be allowed to disclose their

17 initial expert witness reports after plaintiffs, while plaintiffs have maintained that simultaneous

18 disclosure is the more appropriate course and submit the instant brief in support of that position.

19 Plaintiffs contend that the parties in this action should exchange their expert reports

20 simultaneously because it is the fairest procedure and it is consistent with both Federal Rule Civil

21 Procedure 26(a)(2)(C) as well as this Court's prior Order. Rule 26(a)(2)(C) provides that all initial

22 expert reports shall be disclosed at least 90 days before trial and that rebuttal reports shall be

23 disclosed within 30 days of the initial reports. This scheme provides notice of any expert opinions to

24 be offered at trial and the opportunity for the responding parties to prepare and provide notice of any

25 expert opinions to be offered on rebuttal. Rule 26(a)(2)(C) empowers this Court to alter this

26 ───────────

27 [1] All parties have agreed to file simultaneous briefs regarding this motion, waiving opposition and reply briefs.

28

MTN FOR ORDER ADOPTING PLTFS' PROPOSED SCHEDULE FOR THE
DISCLOSURE OF EXPERT WITNESS REPORTS - C-01-20418-JW(PVT) - 1 -

1  schedule as it sees fit, and pursuant to that authority this Court required in its July 2, 2003 Amended
2  Scheduling Order that the parties simultaneously exchange their initial reports by July 29, 2005 and
3  simultaneously exchange their rebuttal reports by August 8, 2005.  Plaintiffs urge the Court to adopt
4  a schedule for the simultaneous exchange of expert reports consistent with its prior Order because
5  the staggered schedule proposed by defendants would unfairly prejudice plaintiffs.

6  Whatever pretext they may present to the Court, defendants wish to disclose their initial
7  expert reports after plaintiffs in order to have two bites at the apple.  After reading plaintiffs' initial
8  reports, defendants would be able to respond to those reports in both their initial reports and rebuttal
9  reports.  Perhaps more prejudicial, defendants would be able to use their rebuttal reports to respond
10 not only to plaintiffs' initial reports, but to plaintiffs' rebuttal reports as well.  This is not the process
11 contemplated by Federal Rule of Civil Procedure 26(a)(2)(C) and should not be adopted.  Under that
12 rule, all parties are on equal footing – all may submit initial reports and all have the opportunity to
13 respond to the initial reports of their adversaries once, in rebuttal reports.  There is no justification
14 for abandoning this even-handed approach here.  Although plaintiffs have the burden of proof as to
15 their claims, defendants have the burden of proof as to their affirmative defenses.  As such, it makes
16 no more sense for plaintiffs to disclose their initial reports first than it would for defendants to do so.
17 Furthermore, plaintiffs always have the burden of proof, yet Rule 26(a)(2)(C) nevertheless provides
18 for a simultaneous exchange of reports.  In order to avoid the prejudice to plaintiffs that would result
19 from the "staggered" schedule proposed by defendants, plaintiffs respectfully request that the Court
20
21
22
23
24
25
26
27
28

MTN FOR ORDER ADOPTING PLTFS' PROPOSED SCHEDULE FOR THE
DISCLOSURE OF EXPERT WITNESS REPORTS - C-01-20418-JW(PVT)           - 2 -

1  once again adopt a schedule calling for the simultaneous exchange of expert reports, as it did in its

2  July 2, 2003 Amended Scheduling Order.

3  DATED:  April 4, 2005                    Respectfully submitted,

                                             LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
                                             WILLIAM S. LERACH
                                             SPENCER A. BURKHOLZ
                                             DANIEL S. DROSMAN
                                             JONAH H. GOLDSTEIN
                                             MATTHEW P. MONTGOMERY
                                             LUCAS F. OLTS


                                                    s/Matthew P. Montgomery
                                                 MATTHEW P. MONTGOMERY

                                             401 B Street, Suite 1600
                                             San Diego, CA  92101
                                             Telephone:  619/231-1058
                                             619/231-7423 (fax)

                                             LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
                                             PATRICK J. COUGHLIN
                                             LESLEY E. WEAVER
                                             100 Pine Street, Suite 2600
                                             San Francisco, CA  94111
                                             Telephone:  415/288-4545
                                             415/288-4534 (fax)

                                             LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
                                             SANDRA STEIN
                                             1845 Walnut Street, 25th Floor
                                             Philadelphia, PA  19103
                                             Telephone:  215/988-9546
                                             215/988-9885 (fax)

                                             LEVIN, PAPANTONIO, THOMAS, MITCHELL,
                                               ECHSNER & PROCTOR, P.A.
                                             FREDRIC G. LEVIN
                                             J. MICHAEL PAPANTONIO
                                             TIMOTHY M. O'BRIEN
                                             316 South Baylen Street, Suite 600
                                             Pensacola, FL  32501
                                             Telephone:  850/435-7000
                                             850/436-6084 (fax)

                                             Co-Lead Counsel for Plaintiffs

S:\CasesSD\Cisco\MEM 00019815.doc

MTN FOR ORDER ADOPTING PLTFS' PROPOSED SCHEDULE FOR THE
DISCLOSURE OF EXPERT WITNESS REPORTS - C-01-20418-JW(PVT)                              - 3 -

## DECLARATION OF SERVICE

I hereby certify that on April 4, 2005, I electronically filed the foregoing NOTICE OF MOTION AND MOTION FOR ORDER ADOPTING PLAINTIFFS' PROPOSED SCHEDULE FOR THE DISCLOSURE OF EXPERT WITNESS REPORTS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys denoted on the attached Service List. I hereby certify that I have caused this document to be mailed by the United States Postal Service and/or faxed to the non-CM/ECF participants listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of April, 2005, at San Diego, California.

s/Matthew P. Montgomery
MATTHEW P. MONTGOMERY

CISCO (FEDERAL-LEAD)
Service List - 4/4/2005    (201-110-1)
Page 1 of 2

**Counsel For Defendant(s)**

Dean S. Kristy
Kevin P. Muck
Felix Lee
Fenwick & West LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
   415/875-2300
   415/281-1350(Fax)

Norman J. Blears
Daniel T. Rockey
Heller Ehrman White & McAuliffe LLP
275 Middlefield Road
Menlo Park, CA 94025
   650/324-7000
   650/324-0638(Fax)

Carol Lynn Thompson
Heller Ehrman White & McAuliffe LLP
333 Bush Street, Suite 3100
San Francisco, CA 94104-2878
   415/772-6000
   415/772-6268(Fax)

Theodore P. Senger
PricewaterhouseCoopers LLP
333 Market Street
San Francisco, CA 94104
   415/498-5000
   415/498-7135(Fax)

Dan K. Webb
Robert Y. Sperling
Robert L. Michels
Winston & Strawn LLP
35 West Wacker Drive, Suite 4200
Chicago, IL 60601-9703
   312/558-5600
   312/558-5700(Fax)

**Counsel For Plaintiff(s)**

J. Nixon Daniel, III
David L. McGee
Terri L. Didier
Beggs & Lane
501 Commendencia Street, P.O. Box 12950
Pensacola, FL 32591
   850/432-2451
   850/469-3330(Fax)

Scot Bernstein
Law Office of Scot Bernstein
10510 Superfortress Avenue, Suite C
Mather Field, CA 95655
   916/447-0100
   916/933-5533(Fax)

CISCO (FEDERAL-LEAD)
Service List - 4/4/2005     (201-110-1)
Page 2 of 2

Darren J. Robbins
Spencer A. Burkholz
Daniel S. Drosman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423(Fax)

Patrick J. Coughlin
Lesley E. Weaver
Connie M. Cheung
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534(Fax)

Fredric G. Levin
J. Michael Papantonio
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 South Baylen St., Suite 600
Pensacola, FL  32501
   850/435-7000
   850/436-6084(Fax)