# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

An Administrative Motion for an Order Relating Case has been filed that the following cases are related within the meaning of Civil L.R. 3-12(a):

**C 03-5372 MMC**  **Mahtesian v. Snow**
**C 05-0530 TEH**  **Mahtesian v. U.S. Office of Personnel Management**

## ORDER

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ X ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ ] **ARE RELATED** as defined by Civil L.R. 3-12(a). Pursuant to Civil L.R. 3-12(f)(3), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **MMC** immediately after the case numbers. All matters presently scheduled for hearing in the reassigned cases are vacated and must be renoticed for hearing before the undersigned.

**DATED: April 4, 2005**

                                                       /s/ Maxine M. Chesney
                                                       MAXINE M. CHESNEY
                                                       United States District Judge