**EXHIBIT 2**



**U.S. Department of Labor**  Occupational Safety and Health Administration
71 Stevenson Street
San Francisco, California 94105

Reply to the Attention of:
ALISON C. PAULY
(415) 975-4348
pauly.alison@dol.gov

August 9, 2004

**VIA U.S. MAIL**

Mr. Art Mielke, Ph.D.
1200 Brickyard Way #310
Richmond, CA 94801-4146

*Re:* *Mielke v. Sentinel Transp. & ConocoPhillips Co./9-3290-04-036*

Dear Mr. Mielke:

Enclosed please find your file as provided by Sentinel Transportation.

Please feel free to contact me if you have any questions.

Sincerely,

ALISON C. PAULY
Regional Investigator

Enclosure