**EXHIBIT 3**

# EMPLOYEE SELECTION AND HIRING WORKSHEET

CANDIDATE NAME ___Ari Mickles___  POSITION ___LIGHT OIL TRANSPORTATION DRIVER___

| CRITERIA | RATING 1=POOR 10=OUTSTANDING | COMMENTS |
|---|---|---|
| ATTITUDE | 7 | |
| ATTENDANCE (Days away from work) | 9 | |
| SAFETY (Incidents i.e., CVA's, Injuries/mixes & spills) | 7 | |
| WORK ETHIC | 6 | |
| DISPOSITION (Gets along with fellow workers) | 7 | |
| Productivity (Stop times, gallons/hour, loads/shift) | 9 | |
| APPEARANCE (Personal & truck cleanliness) | 9 | |
| EQUIPMENT ABUSE (Care of company equipment) | | |
| TOTAL | | |

HIRING RECOMMENDATION    YES ☐    NO ☒

EVALUATING SUPERVISOR SIGNATURE _____   DATE __10-16-03__