| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| | JENNIFER L. STENEBERG (State Bar #202985) |
| 2 | THOMAS E. FRANKOVICH |
| | *A PROFESSIONAL LAW CORPORATION* |
| 3 | 2806 Van Ness Avenue |
| | San Francisco, CA 94109 |
| 4 | Telephone: 415/674-8600 |
| | Facsimile: 415/674-9900 |

Attorneys for Plaintiffs KITTY CONE
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITTY CONE, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, | **CASE NO. C04-1725 JSW** |
| Plaintiffs, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| v. | |
| DRY CREEK INN LTD. PARTNERSHIP, a California limited partnership, | |
| Defendant. | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1) to be effective on April 18, 2005, unless one of the parties files a Notice with the Court that the memorialization of the parties' settlement has not been fully executed on or before that date. Outside of the terms of the parties' settlement, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be deemed dismissed as of April 18, 2005, with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

DATED: April 4, 2005  THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: ___/s/_____
Jennifer L. Steneberg
Attorneys for Plaintiffs KITTY CONE and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

DATED: April 4, 2005  FUTTERMAN & DUPREE, LLP.

By: ___/s/_____
Terence F. Young
Attorneys for Defendant DRY CREEK INN LTD. PARTNERSHIP

### **O R D E R**

IT IS HEREBY ORDERED that matter be dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1) effective April 18, 2005. However, such order will stand rescinded and the matter put back on the trial calendar, if either party represents to the Court through formal Notice on or before April 18, 2005, that full execution of the Mutual Settlement Agreement and Release has not been accomplished. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

DATED: _____, 2005

_____
Hon. Jeffrey S. Whyte
United States District Court Judge