## PROOF OF SERVICE

*Welcome v. Medical Developmental Research, et al.*
Northern District of California Case No. C02-4626 MJJ

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 3100 Mowry Avenue, Suite 410, Fremont, California, 94538,

On April 4, 2005, I served the following document(s):

**CLERK'S NOTICE RE STATUS CONFERENCE**

on the interested parties in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

Mark D. Robinson, CEO
Medical Developmental Research, Inc.
2451 Enterprise Road
Clearwater, Florida 33763          Fax: (727) 799-2212

**(X)**    **[U.S. MAIL]** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed in Fremont, California.

**( )**    **[OVERNIGHT DELIVERY]** Via Federal Express or similar overnight courier service, by depositing in a box or other facility regularly maintained by such overnight delivery service, or delivering such envelope to a courier or driver authorized by said overnight delivery service to receive documents, in an envelope designated by said overnight delivery service with delivery fees paid or provided for, addressed to the above-named persons on whom it is to be served.

**( )**    **[PERSONAL SERVICE]** I caused to be delivered by hand the above-referenced document(s) to the above-named person(s).

**( )**    **[FACSIMILE]** Via facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) and facsimile number(s) shown above.

Executed on April 4, 2005, in Fremont, California.

**( )**    **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**(X)**    **(FEDERAL)** I declare that I was retained by the office of a member of the bar of this court at whose direction the service was made.

                                                /s/ MING JI
                                                MING JI