```
 1  LOUIS A. HIGHMAN, ESQ., State Bar No. 61703
    LAWRENCE BALL, ESQ., State Bar No. 60496
 2  HIGHMAN, HIGHMAN & BALL
    A Professional Law Association
 3  870 Market Street, Suite 467
    San Francisco, CA 94102
 4  Telephone:  (415) 982-5563
    Facsimile:  (415) 982-5202
 5
    Attorneys for Plaintiff Arthur Mielke
 6
 7
 8
                    United States District Court
 9
                    Northern District of California
10
                         San Francisco Division
11
12
    ARTHUR MIELKE,                   No. C 04-05502 TEH
13
              Plaintiff,
14                                   PROPOSED ORDER GRANTING
                                     PLAINTIFF'S MOTION TO
15                                   REMAND CASE
         -v-                         TO SUPERIOR COURT
16
    CONOCOPHILLIPS
17  COMPANY, SENTINEL
    TRANSPORTATION LLC,
18  ABE CASTRO, MARILYN
    SHAW, DAVE STANNARD,
19  DOES I-XX,                       DATE OF HEARING: 5-9-05
                                     TIME:  10 A.M.
20                                   CTRM:  12
                                     JUDGE: HON. THELTON E.
21                                   HENDERSON
              Defendants.
22                                /
    _____
23
         Plaintiff's motion to remand the above-entitled case to
24
    Superior Court of California, County of Contra Costa, came on
25
    regularly for hearing on May 9, 2005, in the above-entitled
26
    Court, the Hon. Thelton E. Henderson presiding.  The Court,
27
28                                   1
    ─────────────
    (Proposed) Order Granting Motion for Remand--No. C 04-05502 TEH
```

| | |
|---|---|
| 1 | after having reviewed the written papers submitted on the |
| 2 | matter by all parties, and having heard oral argument from |
| 3 | counsel, ORDERED that there being good cause, the motion to |
| 4 | remand be and is hereby granted, and that the above-entitled |
| 5 | case be and is HEREBY ORDERED remanded to Superior Court of |
| 6 | California, County of Contra Costa. |
| 7 | DATED: _____, 2005. |

_____

HON. THELTON E. HENDERSON
U.S. DISTRICT JUDGE

2