LATHAM & WATKINS LLP
  David A. York (State Bar No. 089942)
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

  Steven M. Bauer (State Bar No. 135067)
  Justin R. Rhoades (State Bar No. 230463)
505 Montgomery Street – Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Petitioners
SIXTY-THREE STRATEGIC INVESTMENT
FUNDS; PRESIDIO GROWTH LLC (Tax Matters
Partner)

ORIGINAL FILED

MAR 18 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SIXTY-THREE STRATEGIC
INVESTMENT FUNDS; and PRESIDIO
GROWTH LLC (Tax Matters Partner),

Petitioners,

v.

UNITED STATES OF AMERICA,

Respondent.

CASE NO. 05-1123-WHA

NOTICE OF RELATED CASE

TO ALL PARTIES AND COUNSEL OF RECORD, PLEASE TAKE NOTICE of the following related case information:

1. In October and November 2004, Petitioner Presidio Growth LLC ("Presidio") and six strategic investment funds filed suit in this Court challenging six Final Partnership Administrative Adjustments ("FPAAs") issued by Respondent. Those six cases were assigned to the Hon. Vaughn Walker (the "Walker Petitions") and are captioned as follows:

   a. *Sill Strategic Investment Fund LLC, et al. v. Untied States of America*, N.D. Cal., Case No. C-04-4964-VRW;

NOTICE OF RELATED CASE
CASE NO 05-1123-WHA

b. *Olympus Strategic Investment Fund LLC, et al. v. United States of America*, N.D. Cal., Case No. C-04-4399-VRW;

   c. *Sanford Strategic Investment Fund LLC, et al. v. United States of America*, N.D. Cal., Case No. C-04-4398-VRW;

   d. *Princeton Strategic Investment Fund LLC, et al. v. United States of America*, N.D. Cal. Case No. C-04-4310-VRW;

   e. *Belford Strategic Investment Fund LLC, et al. v. United States of America*, N.D. Cal. Case No. C-04-4309-VRW; and

   f. *Shasta Strategic Investment Fund, LLC, et al. v. United States of America*, N.D. Cal. Case No. C-04-4264-VRW.

2. Six other petitions were filed on behalf of the same parties in the United States District Court for the Southern District of Texas (the "Texas Petitions"). The Texas Petitions were consolidated under the caption *In re Partnership Adjustments*, Case No. H-04-3886, and were stayed and administratively closed on January 7, 2005, pending the resolution of the suits filed in this Court.

3. The subject matter of the Walker Petitions is the same as that raised in the Consolidated Petition presently before this Court. In each case, the Petitioners challenge the adjustments made by the Internal Revenue Service in 69 separate FPAAs. The factual issues and legal questions are substantially similar for all 69 FPAAs and the Petitioners anticipate that similar discovery will be required.

4. The Walker Petitions were jointly heard at a Case Management Conference on March 8, 2005. At that time, counsel for Petitioners requested that those six cases be consolidated for administrative purposes. Counsel for the Respondent did not object. On March 11, 2005, Judge Walker issued an Order consolidating those six cases for administrative purposes. The Order specified that *Shasta Strategic Investment Fund, LLC, et al. v. United States of America*, N.D. Cal. Case No. C-04-4264-VRW, would be the lead case.

5. Also at the March 8, 2005 Case Management Conference, the parties discussed the filing of the additional 63 FPAA challenges, which constitute the subject matter of this case. The Court and parties agreed that a single, consolidated petition should be filed to conserve time

1 | and resources. As a result, on March 17, 2005, Presidio and 63 strategic investment funds filed
2 | the Consolidated Petition challenging Respondent's adjustments made in the 63 FPAAs at issue.

Dated: March 18, 2005

LATHAM & WATKINS LLP

By *[signature: Justin Rhoades]*
Justin R. Rhoades
Attorneys for Petitioners
SIXTY-THREE STRATEGIC
INVESTMENT FUNDS and PRESIDIO
GROWTH LLC (Tax Matters Partner)

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-2562.

On **March 18, 2005**, I served the following documents described as:

## NOTICE OF RELATED CASE

by serving true copies of the above-described document in the following manner:

### BY UNITED STATES MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLPs' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Mark W. Everson
Commissioner of Internal Revenue
Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224

Stuart Gibson
U.S. Department of Justice
P.O. Box 403
Ben Franklin Station
Washington, DC 20044

Jay R. Weill
United States Attorneys Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 18, 2005**, at San Francisco, California.

_____
MARTHA T. VARGAS

*Sixty-Three Strategic Investment Fun; and Presidio Growth LLC (Tax Matters Partner)*
*v. United States of America*

SF\507531.1