Lisa M. Cappelluti, State Bar No. 176568
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
E-Mail Address: lcappelluti@burnhambrown.com

Attorneys for Plaintiff
LEE RAY-TARANTINO CO., INC. dba GOLDEN STATE PRODUCE CO.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LEE RAY-TARANTINO CO., INC. d/b/a GOLDEN STATE PRODUCE CO.,<br><br>Plaintiff,<br><br>v.<br><br>PRODUCE, INC. a/t/a WESTSIDE PRODUCE; EDWARD L. PUPPO; STEVEN MORRIS,<br><br>Defendants. | No. C05 00755 PVT<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IF HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: March 29, 2005

BURNHAM BROWN

_____
LISA M. CAPPELLUTI
Attorneys for Plaintiff
LEE RAY-TARANTINO CO., INC. dba GOLDEN STATE PRODUCE CO.

#687434