LAW OFFICES OF
## O'REILLY, COLLINS & DANKO
A PROFESSIONAL CORPORATION

KRISTINE K. MEREDITH
DIRECT DIAL (650) 358-3491
E-MAIL kmeredith@oreillylaw.com

1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CALIFORNIA 94403
TELEPHONE (650) 358-5901
FAX (650) 358-2575
www.oreillylaw.com

April 4, 2005

*Via E-Filing and Facsimile*

The Honorable Vaughn R. Walker
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Re: *Brian Bennett v. Northwest Airlines* — Case No C 04 4871VRW

Dear Judge Walker:

In accord with this court's standing orders we request on behalf of plaintiffs in the above-referenced case, the court's assistance and clarification of its prior order. The disputes involve the following parties:

*Brian Bennett v. Northwest Airlines* — Case No C 04 4891 VRW

| PARTIES | COUNSEL |
|---|---|
| NORTHWEST AIRLINES | Donald B. MacDougall, Esq.<br>Samantha Hilton, Esq.<br>Kenney & Markowitz<br>(415) 397-3100 ph. (415) 397-3170 – fax<br>255 California St., Ste. 1300<br>San Francisco, CA 94111 |
| BOEING COMPANY | Ronald A. McIntire, Esq.<br>Chung H. Han, Esq.<br>(310) 788-9900 ph. (310) 788-3399 – fax<br>Perkins Coie<br>1620 – 26th Street, 6th Floor<br>Santa Monica, CA 90404-4013 |

| | |
|---|---|
| BOEING COMPANY (cont'd) | Steve Y. Koh<br>Perkins Coie<br>1201 Third Avenue, Ste. 4800<br>Seattle, WA 98101-3099 |

The matter involves plaintiffs' discovery to the Airlines served on or about March 8, 2005. The discovery seeks documents related to the design and manufacture of seats on Northwest Airlines' aircrafts.

Defendant Northwest Airlines claims that plaintiffs' discovery violates this courts order to stay all discovery. Given the Court's decision on Boeing's motions for summary judgment and the Court's past comments about permitting discovery to identify the seat designers and seat manufacturers, plaintiffs believe that this Court's order to stay discovery does not apply to this subject matter. Plaintiffs have tried unsuccessfully to resolve this matter informally. Plaintiffs request a telephone conference with all parties.

Respectfully submitted,

/s/
Kristine K. Meredith
Counsel for plaintiffs

cc: Stephen C. Kenney, Esq.
Samantha D. Hilton, Esq.
Chung H. Han, Esq.
Steve Y. Koh, Esq.