| | |
|---|---|
| 1 | TIMOTHY J. LONG (State Bar No. 137591) |
| 2 | MICHAEL D. WEIL (State Bar No. 209056) |
|   | CHRISTIAN N. BROWN (State Bar No. 233147) |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 4 | 405 Howard Street |
|   | San Francisco, California 94105-2669 |
|   | Telephone: 415-773-5700 |
| 5 | Facsimile: 415-773-5759 |
| 6 | Attorneys for Defendants |
|   | Wilbur-Ellis Company; Douglas Snyde; |
| 7 | William Francis; and Armon Azevedo |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVELAND INDUSTRIES, INC. d/b/a UAP WEST, a Colorado corporation, | Case No. C 05 0840 SC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME UNDER CIVIL L.R. 6-3** |
| v. | Date: April 8, 2005 |
| WILBUR-ELLIS COMPANY, a California corporation; DOUGLAS SNYDE, an individual; WILLIAM FRANCIS, an individual; ARMON AZEVEDO, an individual; and DOES 1 through 20, inclusive, | Time: 10:00 a.m. |
| | Courtroom: 1, 17th Floor |
| | Judge: The Hon. Samuel Conti |
| Defendants. | |

DOCSSF1:809431.1

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO CHANGE TIME UNDER CIVIL L.R. 6-3
(CASE NO. C 05 0840 SC)

On April 4, 2005, Defendants Wilbur-Ellis Company ("Wilbur-Ellis"), Douglas Snyde, William Francis, and Armon Azevedo (the "Individual Defendants") (collectively, the "Defendants") filed a motion to change time, pursuant to Local Rule 6-3. The Defendants seek to extend the time for the hearing on Paintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction. For good cause shown,

**IT IS HEREBY ORDERED** that the Defendants' Motion to Change Time is **GRANTED**. The hearing on Plaintiff's Application for Temporary Restraining Order will be moved from April 8, 2005 to _____ at _:__. Any opposition to the motion must be served and filed by _____, and any reply to the opposition must be served and filed by _____.

**IT IS SO ORDERED.**

Dated: April __, 2005

_____
Honorable Samuel Conti
United States District Judge