Tony L. Richardson (SBN 126230)
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Daniel F. Attridge, P.C.
Edward C. Donovan
Gregory F. Corbett
John T. Battaglia
Justin P.D. Wilcox
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Attorneys for Defendant
B. Braun Medical Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICU MEDICAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> B. BRAUN MEDICAL INC. <br><br> Defendant. | CASE NO.CV-01-3202-CRB (MEJ) <br><br> **Honorable Charles R. Breyer** <br><br> **BRAUN'S ADMINISTRATIVE REQUEST PURSUANT TO L.R. 7-10 TO HAVE CERTAIN DOCUMENTS FILED UNDER SEAL PURSUANT TO L.R. 79-5** |

B. Braun Medical Inc. ("Braun") respectfully requests, pursuant to Local Rule 7-10, a Court Order that certain documents filed with Braun's April 1, 2005 motions be filed under seal pursuant to Local Rule 79-5. Specifically, Braun requests that (1) the confidential version of Braun's Motion and Memorandum in Support Thereof for Summary Judgment that Plaintiff ICU Medical, Inc. is Not Entitled to Lost Profit Damages; (2) the confidential version of the Declaration of Kenneth Raines in Support of Braun's Motion for Summary Judgment that Plaintiff ICU Medical, Inc. is Not Entitled to Lost Profit Damages, and Exhibit A thereto; (3) attached excerpts from the 12/9/04 Deposition of Gregory S. Jones, attached as Exhibit Q to the Declaration of John Battaglia in Support of Braun's Motion for Summary Judgment that Plaintiff ICU Medical, Inc. is Not Entitled to Lost Profit Damages, be filed under seal on April 1, 2005; and (4) the confidential version of Braun's Motion and

Memorandum for Invalidity of the '204 Patent Claims Based on 35 U.S.C. § 112 ¶ 1. Braun's request is "narrowly tailored to seal only the particular information that is genuinely privileged or protectable as a trade secret or otherwise has a compelling need for confidentiality." As set forth in the accompanying Declaration of John T. Battaglia in Support of Braun's Administrative Request, good cause exists for sealing the excerpts designated thereof.

Dated: April 4, 2005

Respectfully submitted,

_____/s/_____
Tony L. Richardson (SBN 126230)
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Daniel F. Attridge, P.C.
Edward C. Donovan
Gregory F. Corbett
John T. Battaglia
Justin P.D. Wilcox
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Attorneys for Defendant
B. Braun Medical Inc.