QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Adrian M. Pruetz (Bar No. 118215), adrianpruetz@quinnemanuel.com
  Scott B. Kidman (Bar No. 119856), scottkidman@quinnemanuel.com
  Daryl M. Crone (Bar No. 209610), darylcrone@quinnemanuel.com
  Erica J. Pruetz (Bar No. 227712), ericapruetz@quinnemanuel.com
865 So. Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiffs
Beilstein-Institut zur Förderung der Chemischen
Wissenschaften and Beilstein GmbH

BOGATIN, CORMAN & GOLD LLP
  Andrew M. Gold (Bar No. 146228), agold@bcgattorneys.com
The Rotunda Building
300 Frank H. Ogawa Plaza, Suite 370
Oakland, California 94612
Telephone:   (510) 832-5005
Facsimile:   (510) 832-5020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEILSTEIN-INSTITUT ZUR FÖRDERUNG DER CHEMISCHEN WISSENSCHAFTEN, a German nonprofit foundation; and BEILSTEIN GMBH, a German limited liability corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MDL INFORMATION SYSTEMS, INC., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | CASE NO. C 04-5368 SI<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS [ADR L.R. 3-5]**<br><br>**ADR CERTIFICATION** |

05222/632323.2

STIP. RE: ADR PROCESS
Case No. C 04-5368 SI

Plaintiffs Beilstein-Institut zur Förderung der Chemischen Wissenschaften and Beilstein GmbH and defendant MDL Information Systems, Inc. stipulate to participate in the following ADR process:

**Court Processes:**

__ Arbitration          __ ENE          __ Mediation

*(Use space below to provide any information regarding timing of session, preferred subject matter expertise of neutral, or other issues.)*

**Private Process:**

_X_ Private ADR *(please identify process and provider)*

Mediation. The parties shall meet and confer regarding a provider and complete mediation no later than December 1, 2005. The parties shall file a joint report regarding their settlement efforts no later than December 15, 2005.

Dated: April 1, 2005

Daryl M. Crone
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Attorneys for Plaintiffs

Dated: _____

Andrew M. Gold
BOGATIN, CORMAN & GOLD LLP
Attorneys for Defendant

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

HON. SUSAN ILLSTON

1 SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2   Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the
3 Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided
4 by the court and private entities, and considered whether this case might benefit from any of them.
5   *(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

6

7 Dated: 1st April 2005  _[signatures]_
8 [Representative of Plaintiffs]

9

10 Dated: April 1, 2005  _[signature]_
11 [Counsel for Plaintiffs]

12

13 Dated: _____  _____
14 [Representative of Defendant]

15

16 Dated: _____  _____
17 [Counsel for Defendant]

18

19

20

21

22

23

24

25

26

27

28

05222/632323.2

JOINT CMC STATEMENT
Case No. C 04-5368 SI

2

_(margin: quinn emanuel)_

Plaintiffs Beilstein-Institut zur Förderung der Chemischen Wissenschaften and Beilstein GmbH and defendant MDL Information Systems, Inc. stipulate to participate in the following ADR process:

**Court Processes:**

__ Arbitration      __ ENE      __ Mediation

*(Use space below to provide any information regarding timing of session, preferred subject matter expertise of neutral, or other issues.)*

**Private Process:**

__X__ Private ADR *(please identify process and provider)*

Mediation. The parties shall meet and confer regarding a provider and complete mediation no later than December 1, 2005. The parties shall file a joint report regarding their settlement efforts no later than December 15, 2005.

Dated: _____

Daryl M. Crone
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Attorneys for Plaintiffs

Dated: April 1, 2005

Andrew M. Gold
BOGATIN, CORMAN & GOLD LLP
Attorneys for Defendant

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

HON. SUSAN ILLSTON

05222/632323.2

JOINT CMC STATEMENT
Case No. C 04-5368 SI

1

# SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: _____    _____
                          [Representative of Plaintiffs]

Dated: _____    _____
                          [Counsel for Plaintiffs]

Dated: 4/4/2005           _____
                          [Representative of Defendant]

Dated: April 1, 2005      _____
                          [Counsel for Defendant]

JOINT CMC STATEMENT
Case No. C 04-5368 SI

2