LOUISE H. RENNE, (SBN 36508)
INGRID M. EVANS (SBN 179094)
RENNE SLOAN HOLTZMAN & SAKAI, LLP
50 California St., Suite 2100
San Francisco, CA 94111
Telephone: (415) 678-3800
Facsimile: (415) 678-3838

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVYN STEIN and BEVERLY BUHS, on behalf of themselves, all other similarly situated, and the General Public<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, AIG SUNAMERICA, INC., ESTATE PRESERVATION, INC., ESTATE PLANNING OF CALIFORNIA, PACIFIC LIFE INSURANCE COMPANY, STEVEN E. KIRBY, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: C-05-0696<br><br>**PLAINTIFFS' OBJECTION TO DEFENDANT ESTATE PRESERVATION, INC.'S REQUEST TO TAKE JUDICIAL NOTICE**<br><br>Date: May 13, 2005<br>Time: 10:00 a.m.<br>Courtroom: 8, 19th Floor<br>The Honorable Charles R. Breyer<br><br>Complaint Filed: October 29, 2004<br>Trial Date: Not Assigned |

Plaintiffs object to the Request for Judicial Notice on the grounds that Defendant improperly requests the Court to consider opinion evidence and requests the Court to take judicial notice of disputed facts. While a court may take judicial notice of a judicial or administrative proceeding which has a direct relation to the matters at issue, a court can only take judicial notice of the existence of those matters of public record but not the veracity of the arguments and disputed facts contained therein. *United States v. Southern California Edison Co.*, 300 F. Supp. 2d 964, 974 (E.D. Cal. 2004); Fed. R. Evid. 201. Further, a court may not

1

Plaintiffs' Objection to Defendant EPI's Request to Take Judicial Notice
Case No. C-05-0696

take judicial notice of one party's opinion of how a matter of public record should be interpreted. *Id.*

Dated: April 7, 2005

RENNE SLOAN HOLTZMAN & SAKAI, LLP

By: _____
Louise Renne
Ingrid Evans
Attorneys for Plaintiffs