**EXHIBIT**

Patty Mcnease

12 # 7/2/05

From:          John Perkins [perkinsj@homes.com]
  nt:          Monday, March 18, 2002 7:42 PM
  J:           Joel Parramore; 'Larry Reinhard'; 'Russell de Grove'; Andrew Fishman
Cc:            Mike Benham (E-mail); Patty Mcnease
Subject:       Tech Implementation of MonsterDaata Final Agreement



03.18.02 Homes.com
and Monster...

Andrew, I didn't have your tech team emails so please forward this to them so that they can get with our tech team.

Homes.com techs  Larry, Russell, & Joel,
The attached MonsterDaata Agreement is signed and now ready for your implementation. Since the beginning of our talks,
MonsterDaata knows about eSchoolprofile but not the other way around (yet).

Please let me know at ETA of Monster being ready for our sales implementation.  Thanks.

JP

**EXHIBIT**    _5◀

TAL660

Dockets.Justia.com

2.2    Licensee Customers.  Licensee Customers are hereby granted a personal, nontransferable and non-exclusive limited right to access, use and display the MonsterDaata Content solely for each such Licensee Customer's own personal use, provided that the MonsterDaata Content is not altered and all copyright, trademark, use restriction and other notices are reproduced together with the MonsterDaata Content.  Licensee agrees that it shall provide all Licensee Customers with written notification of the restrictions of use on the MonsterDaata Content of the following conditions: (i) the MonsterDaata Content may be used solely for such Licensee Customer's personal use (ii) the MonsterDaata Content is the proprietary work of MonsterDaata; (iii) MonsterDaata is an intended third party beneficiary of these conditions of use for the MonsterDaata Content and may enforce these restrictions directly against any breaching Licensee Customers; (iv) MonsterDaata disclaims all warranties and conditions with regard to the use by Licensee Customers of MonsterDaata Content; and (v) such Licensee Customer's sole recourse for any claims relating to the MonsterDaata Content shall be to Licensee.

2.3    Promotion.  The manner and means by which Licensee promotes and markets the Products are in the Licensee's sole discretion and control. However, in an effort to promote and market the Products and to maximize the revenues shared between each party under this Agreement, Licensee shall use similar efforts to those expended by Licensee in the marketing of its own products. . Licensee agrees to exercise the highest degree of professionalism and to utilize its expertise and creative talents in promoting and marketing the Products.

## III.  Intellectual Property Rights

3.1    MonsterDaata Ownership Rights to Content, Brand Features, and Data.  Licensee acknowledges and agrees that MonsterDaata shall retain all ownership, rights and title in and to: (i) the MonsterDaata Content; (ii) all MonsterDaata brand features and trademarks; (iii) all underlying data, compilations and preparation of the MonsterDaata Content; (iv) all other compilations and publications created, prepared or authored by MonsterDaata, not consisting of the MonsterDaata Content; (v) any and all enhancements to the MonsterDaata Content; (vi) all derivative works; and (vii) all intellectual property rights and other proprietary rights in any of the foregoing, including without limitation all rights in any patents, trademarks, copyrights, derivative works, inventions, and trade secrets of MonsterDaata, and any related proprietary rights under U.S. or foreign law (collectively, the "MonsterDaata Proprietary Rights").  Licensee agrees to assist MonsterDaata in every way, at MonsterDaata's expense, to obtain, secure, perfect, maintain, defend and enforce, for MonsterDaata's benefit, all MonsterDaata Proprietary Rights with respect to such properties.  Licensee shall neither register nor use any MonsterDaata Proprietary Rights and similar rights of any type under the law of any governmental body, including all applications and registrations relating to any of the foregoing, except as specifically provided herein.  Licensee acknowledges that it does not have any rights or any title whatsoever in or to MonsterDaata's Proprietary Rights, except as specifically provided herein.

3.2    Proprietary Notices.  Licensee agrees not to obfuscate, remove or alter any of the Patent, Copyright, Trademark, Trade Secret, or other proprietary or legal notices contained in or displayed by the use of, the MonsterDaata Content or brand features.

3.3    Marking.  MonsterDaata will be identified as the source of all the data on all pages where the MonsterDaata Content is displayed or utilized in any manner ("Pages").  The text "Neighborhood content provided by MonsterDaata, Inc.", "Information Powered by MonsterDaata, Inc." or any other similar language shall be

TAL662

displayed on the bottom of all Pages, in a format and position to be agreed to by the parties. Further, a graphical image indicating "Powered by MonsterDaata" or other similar attribution will be provided by MonsterDaata for inclusion on all pages containing MonsterDaata content. A hyperlink to the MonsterDaata website will be provided through these text and graphic images.

    3.4    <u>Access to the Licensee Site</u>. Licensee shall provide MonsterDaata with reasonable and cost-free access to the Licensee Site in order to perform quality assurance checks and related functions pertaining to the MonsterDaata Proprietary Rights, including but not limited to, the right to audit, during normal business hours, Licensee's use of the MonsterDaata Proprietary Rights.

    3.5    <u>Improper Use of MonsterDaata Content</u>. If the Licensee has knowledge of an improper use of the MonsterDaata Content by a Licensee Customer, Licensee promptly shall bring such improper use to MonsterDaata's attention and Licensee shall cooperate with MonsterDaata in its attempt to stop such use and prosecute such wrongdoer. In the case of a Licensee Customer, Licensee immediately shall terminate such customer's subscription and access.

IV.    <u>Pricing, Payments and Records.</u>

    a.    The Party responsible for billing shall pay the other on a revenue share basis. Licensee and MonsterDaata will share revenues generated from Licensee providing the Products to Licensee Customers. The revenue share split will be 50% to MonsterDaata and 50% to Licensee of the Channels and Listing Plus revenues generated after a 4% reduction by the billing party for merchant bank charges.

    b.    Pricing of the Products to Licensee Customers will be as follows:

        i. Listing Plus - $19.95 per month or annualized and paid up front at $199.

        ii. Channels (Community and School combined) - $19.95 per month or annualized and paid up front at $199.

        iii. Both Listing Plus and Channels - $29.95 per month or annualized and paid up front at $299.

        iv.

    c.    Licensee will prepare and submit to MonsterDaata on a monthly basis a Monthly Revenue Report indicating the number of Licensee Customers subscribed-to or sold MonsterDaata services, the amount of billing and the amount due to MonsterDaata. Payment to MonsterDaata will accompany this report. The report and payment will be due within thirty (30) days from the end of the previous month.

    d.    MonsterDaata may, upon reasonable notice at a mutually agreeable time and place, and during normal business hours, inspect the records of Licensee on which the Monthly Revenue Reports are based.

    e.    All payments to MonsterDaata will be made monthly in U.S. Dollars drawn on a U.S. bank. Any payments not received when due will be subject to a late payment charge of the lesser of one and one half percent (1.5%) per month on the outstanding balance or the highest interest rate allowed by applicable law.

V.    <u>Term and Termination</u>:

    5.1    <u>Term.</u> The initial term of this Agreement shall commence on the Effective Date and will remain effective for an initial term of two (2) years (the "Initial Term"). After the Initial Term, this Agreement will be automatically renewed for successive additional one (1) year periods ("Extension Terms"), unless otherwise terminated by either party by giving written notice to the other party not less than one hundred eighty (180) days prior to the end of a Term. As used herein, the "Term" means the Initial Term and any Extension Term(s).

    5.2    <u>Termination</u>.

    (a)    Either party may terminate this Agreement upon written notice to the other party if the other party:

TAL663

(i)    materially breaches any term of this Agreement and such breach remains uncured for thirty (30) Business Days after written notification thereof; or

(ii)    ceases to conduct business in the normal course, becomes insolvent, makes a general assignment for the benefit of creditors, suffers or permits the appointment of a receiver for its business or assets, or avails itself of or becomes subject to any proceeding, under any Bankruptcy Act or any other federal or state statute relating to insolvency or the protection of rights of creditors.

(b)    MonsterDaata may terminate this Agreement on written notice to Licensee in the event that:

(i)    Licensee fails to submit the Monthly Revenue Report and make payments to MonsterDaata in a timely manner; or

(ii)    a third party who is a direct competitor of MonsterDaata has acquired Control of Licensee and MonsterDaata has provided Licensee with thirty days notice of termination; or

(c)    This Agreement shall automatically terminate in the event that:

(i)    Licensee breaches any confidentiality obligations set forth in Article VI below; or

(ii)    Licensee infringes on any of the MonsterDaata Proprietary Rights.

(d)    Within five (5) Business Days after the termination of this Agreement, each party shall return to the other party all Confidential Information received from the other party pursuant to Article VI below or destroy such Confidential Information and provide the other party with a signed statement from an officer of that party certifying that the party has complied with the foregoing obligations.

(e)    Upon the termination of this Agreement:

(i)    all licenses granted under this Agreement shall terminate immediately, and

(ii)    MonsterDaata agrees to 1) honor the term of those Licensee Customers who have prepaid services or 2) refund the Licensee Customers unused prorated portion of monies to Licensee who will be responsible for the refund back to Licensee Customers.

(iii)    for a period of thirty-six (36) months after termination of this Agreement, MonsterDaata agrees to maintain service for those Licensee Customers who wish to continue MonsterDaata service by paying monthly recurring service fees or converting to an annual fee. Revenue shall be shared in accordance with Section 4 "Pricing, Payments and Records".

(iv)    at the request of Licensee, MonsterDaata agrees to take over the billing of those Licensee Customers who pay monthly recurring service. Revenue shall be shared in accordance with Section 4 "Pricing, Payments and Records".

(v)    within thirty (30) days after the termination of this Agreement and Licensee Customers, Licensee shall remove all access to the MonsterDaata Content from the Licensee Site.

VI.    Confidentiality Requirements

6.1    Confidential Information.  "Confidential Information" shall mean, with respect to either party, any and all confidential or proprietary knowledge, data information or material, which relates to past, present or future products, research and development, inventions, processes, techniques, designs or technical information and data, including, without limitation, (i) trade secrets, inventions, mask works, ideas, processes, formulas, source code, data, programs, other works of authorship, know-how, improvements, discoveries, developments, designs and techniques

TAL664  1/24/03

(hereinafter collectively referred to as "Trade Secrets"). Confidential Information includes not only written information but also information transferred orally, visually, electronically or by any other means and includes all notes, analyses, compilations, studies or other documents. Notwithstanding the foregoing, Confidential Information shall not include the information (and such information may be disclosed by a disclosing party) that (i) is within the public domain; (ii) was in the unrestricted possession of the disclosing party prior to receipt from the other party; (iii) is received by the disclosing party from a third party not under an obligation of confidentiality to either party, provided that such source did not obtain the information from an entity or person prohibited from disclosing such information by a legal, contractual or fiduciary obligation to such party; or (iv) a party is required to disclose through legal process or in connection with a review by any governmental or self-regulatory entity; provided, however, that such party shall first provide the other party with a reasonable opportunity to seek protective legal treatment for such Confidential Information.

6.2     Prohibition Against Disclosure.  Each party agrees that Confidential Information received by such party or its affiliates' directors, officers, employees, agents or advisors (a "Recipient") pursuant to this Agreement will be used exclusively for the purpose of performing the obligations contained in this Agreement, and that such information will be kept confidential by the Recipient, provided that any such Confidential Information may be disclosed by the Recipient to a limited group of its own employees, directors, officers, agents and outside advisors ("Representatives") who are actually engaged in, and need to know such Confidential Information to perform their duties, each of whom must be advised of the confidential nature of the Confidential Information and of the terms of this Agreement and must agree to abide by such terms.  Recipient will use its best efforts to cause such Representatives to comply with the terms of this Article VI and shall be responsible for any breach of this Article VI by its Representatives.

6.3     Injunctive Relief.  Recipient acknowledges that a breach, actual or threatened, of any term or condition of this Article VI by Recipient will cause immediate and irreparable harm to the other party, and that the other party, its agents and representatives shall be entitled to immediate injunctive relief and/or specific performance from a court of competent jurisdiction, without having to prove irreparable harm and Recipient shall stipulate to such court that such irreparable harm exists.  Such remedy shall not be deemed to be the exclusive remedy for any such breach of this Article VI but shall be in addition to all other remedies available at law or in equity.

VII.    Representations and Warranties

7.1     Licensee Representations.  Licensee represents, warrants and covenants that:

(a)     it has the full right, power and authority to enter into this Agreement;

(b)     neither the execution and delivery by Licensee of this Agreement nor the consummation and performance of the transactions contemplated hereby, will (i) conflict with or result in the breach of any provision of its organizational documents; or (ii) violate any law or order of any governmental body by which Licensee is bound; and

(c)     no consent, waiver, approval, order, permit or authorization of, or declaration or filing with, or notification to, any Governmental Body or any other person is required on the part of Licensee in connection with the execution and delivery of this Agreement, or the compliance by Licensee with any of the provisions hereof.

7.2     MonsterDaata Representations.  MonsterDaata represents, warrant and covenants that:

(a)     it has the full right, power and authority to enter into this Agreement;

(b)     it has all rights and licenses necessary to deliver MonsterDaata Content to Licensee and to grant Licensee all rights granted in this Agreement; and

TAL665

41

(c)    neither the execution and delivery by MonsterDaata of this Agreement nor the consummation and performance of the transactions contemplated hereby, will conflict with or result in the breach of any provision of its organizational documents.

VIII    Limitation of Liability

8.1    No Warranties of MonsterDaata.  Licensee acknowledges and agrees that MonsterDaata shall not be responsible for, and Licensee agrees to indemnify and hold MonsterDaata harmless from and against, any Losses resulting from the use or distribution of the MonsterDaata Content by Licensee or Licensee Customers, including, without limitation, any liability for business expenses or damages experienced by Licensee or any third persons as a result of any deficiency, defect, error or malfunction.  MonsterDaata shall not be liable for any indirect, special, incidental or consequential damages relating to or arising out of the subject matter of this Article VIII or actions taken hereunder.  EXCEPT AS EXPRESSLY PROVIDED IN THIS AGREEMENT, MONSTERDAATA MAKES NO WARRANTY, EITHER EXPRESS OR IMPLIED, AS TO THE MONSTERDAATA PROPRIETARY RIGHTS, THE MONSTERDAATA CONTENT OR THE USE THEREOF INCLUDING, WITHOUT LIMITATION, ACCURACY OF THE UNDERLYING CONTENT, NONINFRINGEMENT OF THIRD PARTY RIGHTS, AND IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. THE TOTAL LIABILITY OF MONSTERDAATA AND ITS AFFILIATES HEREUNDER IS LIMITED TO THE AMOUNT, IF ANY, ACTUALLY PAID BY LICENSEE FOR ACCESS AND USE OF THE MONSTERDAATA CONTENT. LICENSEE HEREBY RELEASES MONSTERDAATA AND ITS AFFILIATES FROM ANY AND ALL OBLIGATIONS, LIABILITIES AND CLAIMS IN EXCESS OF THIS LIMITATION. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO LICENSEE.

8.2    Technical Inaccuracies.  Licensee acknowledges and agrees that the MonsterDaata Content could include technical inaccuracies or typographical errors.  Changes are periodically made to the MonsterDaata Content. MonsterDaata may make improvements and/or changes to the MonsterDaata Content described herein at any time.

8.3    Third Party Sources.  Licensee acknowledges and agrees that the sources from which MonsterDaata gathers data for incorporation into the MonsterDaata Content may have the right to unilaterally terminate provision of such data, or portions thereof, to MonsterDaata with or without notice and that neither MonsterDaata nor any such source shall have any liability in connection herewith beyond the limitation as limited by paragraph 8.1 provided that Licensee suffers losses as a result of the termination of such data.

IX.    Indemnification.

9.1    Licensee's Obligations.  Licensee agrees to indemnify, defend and hold harmless MonsterDaata and its officers, directors, employees and agents from and against any and all Losses relating to or arising out of:

(a)    the inaccuracy, breach or violation of any of the representations or warranties made by Licensee pursuant to this Agreement;

(b)    Licensee's negligence, willful misconduct or misrepresentation;

(c)    any allegation that the use by Licensee or a Licensee Customer of the MonsterDaata Content infringes the intellectual property rights of MonsterDaata or any third party, and such claim of infringement is a result of Licensee's use of the MonsterDaata Content in a manner not contemplated by this Agreement;

(d)    any and all Taxes that may be imposed upon or assessed against the MonsterDaata as a result of the existence or operation of this license, except for any such tax constituting an income tax imposed upon MonsterDaata by any governmental entity; and

(e)    the breach of any covenant or other agreement on the part of Licensee under this Agreement

TAL666

9.2   MonsterDaata's Obligations.  MonsterDaata covenants and agrees to indemnify and hold Licensee harmless from and against any and all Losses relating to or arising out of:

(a)     the inaccuracy, breach or violation of any of the representations or warranties made by MonsterDaata pursuant to this Agreement;

(b)     MonsterDaata's negligence, willful misconduct or misrepresentation;

(c)     the breach of any covenant or other agreement on the part of MonsterDaata under this Agreement

X.   Miscellaneous

10.1   Amendments and Waivers.  The parties hereto may, by written agreement signed by the parties, modify any of the covenants or agreements or extend the time for the performance of any of the obligations contained in this Agreement or in any document delivered pursuant to this Agreement.

10.2   Entire Agreement.  This Agreement (including all Exhibits attached hereto, all of which are a part hereof), and the other Agreements and instruments to be executed and delivered in connection herewith contain the entire understanding of the parties hereto with respect to the subject matter contained herein, supersede and cancel all prior agreements, negotiations, correspondence, undertakings and communications of the parties, oral or written, respecting such subject.   There are no restrictions, promises, representations, warranties, agreements or undertakings of any party hereto with respect to the transactions under this Agreement other than those set forth or made hereunder the Exhibits referenced above.

10.3   Assignment.  This Agreement may not be assigned by either party without the other party's written consent, except that either party may, without the consent of the other party, assign this Agreement to (I) a parent, subsidiary, affiliate, division or corporation controlling, controlled by, or under common control with the assigned party; (ii) a successor corporation related to the assigning party by merger consolidation, non-bankruptcy reorganization, or government action; or (iii) a purchaser or substantially all of the assigning party's assets. For the purpose of this Agreement, any additional stock of any class will not be deemed an assignment or change of control of that party. This Agreement shall inure to the benefit of the parties' successors and lawful assignees.

10.4   No Third Party Beneficiaries.  This Agreement shall inure solely to the benefit of and be binding upon MonsterDaata and Licensee and their respective successors and permitted assigns and no other person shall have any right, remedy or claim under or by reason of this Agreement.

10.5   Governing Law.  This Agreement shall be governed by and interpreted in accordance with the internal laws of the State of New York, without regard to the conflicts of law provisions thereof.

10.6   Consent to Jurisdiction.   (a)   The parties hereto agree that any action, suit or proceeding (a "Proceeding") arising out of the transactions contemplated by this Agreement (including in respect of or under any other agreement or instrument executed and delivered in connection with such transactions) shall be commenced and litigated exclusively in the courts of the United States of America sitting in the Borough of Manhattan in the City of New York or, if such courts shall not have jurisdiction over the subject matter thereof, in the courts of the State of New York sitting therein.

10.7   Severability.  Any term or provision of this Agreement that is invalid or unenforceable in any situation in any jurisdiction shall not affect the validity or enforceability of the remaining terms and provisions hereof or the validity or enforceability of the offending term or provision in any other situation or in any other jurisdiction.

TAL667

10.8    Notices.  All notices, demands and other communications to be given or delivered under or by reason of the provisions of this Agreement will be in writing and will be deemed to have been given when personally delivered or, if given by facsimile transmission, when sent, or if mailed, five days after the date when sent by registered or certified mail, postage prepaid. Notices, requests, demands and other communications to MonsterDaata and Licensee will, unless another address is specified in writing, be sent to the address indicated below:

> If to MonsterDaata:
> MonsterDaata, Inc.
> 1228 Cedars Court
> Charlottesville, VA  22903
> Attention: _____
> Telephone: (804) 984 3992
> Facsimile: (804) 817 7557
>
> with a copy to:
>
> Greenberg Traurig, LLP
> 200 Park Avenue
> New York, NY 10166
> Attention: Spencer G. Feldman
> Telephone: (212) 801-9221
> Telecopy: (212) 801-6400
>
> If to Licensee:
> Homes.com
> C/O Legal Department
> 2470 El Camino Real, #210
> Palo Alto, CA 94306

Any party hereto may change its address for receiving notices, requests and other documents by giving written notice of such change to the other party hereto.

10.9    Force Majeure.  None of the parties hereto will bear any responsibility or liability arising out of any delay or interruption of their performance of obligations under this Agreement due to any act of God, act of governmental authority, act of the public enemy, or due to war, riot, flood, civil commotion, insurrection, labor difficulty, severe or adverse weather conditions, lack or shortage of electrical power, malfunctions of equipments or software programs or any other cause beyond the reasonable control of the party delayed.

10.10    Injunctive Relief.  Licensee acknowledges that a breach, actual or threatened, of any term or condition of this Agreement by Licensee and/or the Licensee Customers will cause immediate and irreparable harm to MonsterDaata, and that MonsterDaata, its agents and representatives shall be entitled to immediate injunctive relief and/or specific performance from a court of competent jurisdiction, without having to prove irreparable harm and Licensee shall stipulate to such court that such irreparable harm exists.  Such remedy shall not be deemed to be the exclusive remedy for any such breach of this Agreement but shall be in addition to all other remedies available at law or in equity.

10.11    Section Headings.  The section headings contained in this Agreement are for reference purposes only and shall not affect in any way the meaning or interpretation of this Agreement.

10.12    Counterparts.  This Agreement may be executed in two or more counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same instrument.

TAL668

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed as of the day and year first above written.

MONSTERDAATA, INC.

_____
By:
Title:

_____
By:   Tom Orsi
Title: CEO

Address for Notices:

Homes.com
C/O Legal Department
2470 El Camino Real, #210
Palo Alto, CA 94306

TAL669

Joel Parramore

| | |
|---|---|
| m: | Hank Hubbard [hhubbard@nhfind.com] |
| t: | Tuesday, March 19, 2002 2:30 PM |
| I o: | John Perkins; 'Russell de Grove'; 'Larry Reinhard'; Joel Parramore |
| Cc: | Mark Hensien |
| Subject: | RE: MonsterDaata and Homes Tech Team email addresses |

Hey guys - I'm the CTO here at MonsterDaata. Let me know when you are ready to start discussing this implementation.

        -----Original Message-----
From:        John Perkins [mailto:perkinsj@homes.com]
Sent:        Tuesday, March 19, 2002 2:17 PM
To:          'Russell de Grove'; 'Larry Reinhard'; Joel Parramore
Cc:          Mark Hensien; Hank Hubbard
Subject:     MonsterDaata and Homes Tech Team email addresses

On this email are the MonsterDaata and Homes Tech Team email addresses for the implementation of the Agreement.

JP

TAL783

92

From:          "Hank Hubbard" <hank@monsterdaata.com>
To:            "Russell de Grove" <degrover@homes.com>
Date:          3/22/02 11:49AM
Subject:       RE: MonsterDaata / Homes.com

Are you guys on EST?

-----Original Message-----
From: Russell de Grove [mailto:degrover@homes.com]
Sent: Friday, March 22, 2002 2:39 PM
Cc: Joel Parramore; Mark Hensien; Hank Hubbard
Subject: Re: MonsterDaata / Homes.com


Joel and I will be handling Homes.com's side of this project. We'd like to touch base with
you sometime next Wednesday. What would be a good time for you?

Thanks,
   Russell de Grove
   Homes.com

John Perkins wrote:

> On this email  are the MonsterDaata and Homes Tech Team email addresses for
> the implementation of the Agreement.
>
> JP
>
>                                       ------------------------
--------------------------------------------------------------------
--------------------------------------------------------------------
--------------------------------------------------------------------
--------------------------------------------------------------------
--------------------------------------------------------------------
--------------------------------------------------------------------
--------------------------------------------------------------------
--------------------------------------------------------------------
--------------------------------------------------------------------
--------------------------------------------------------------------
-------------------------------------
>          Name: winmail.dat
>   winmail.dat   Type: Msimn File (application/ms-tnef)
>          Encoding: base64


CC:            "Joel Parramore" <parramorej@homes.com>, "Mark Hensien"
<mhensien@nhfind.com>, "Hank Hubbard" <hank@nhfind.com>

HOMES24

From:       "Hank Hubbard" <hank@monsterdaata.com>
To:         "Russell de Grove" <degrover@homes.com>
Date:       3/22/02 11:54AM
Subject:    RE: MonsterDaata / Homes.com

Either mid morning (10:00) or late afternoon (3:30) works better for me on
Wednesday...

-----Original Message-----
From: Russell de Grove [mailto:degrover@homes.com]
Sent: Friday, March 22, 2002 2:39 PM
Cc: Joel Parramore; Mark Hensien; Hank Hubbard
Subject: Re: MonsterDaata / Homes.com


Joel and I will be handling Homes.com's side of this project. We'd like to
touch base with
you sometime next Wednesday. What would be a good time for you?

Thanks,
    Russell de Grove
    Homes.com

John Perkins wrote:

> On this email  are the MonsterDaata and Homes Tech Team email addresses
for
> the implementation of the Agreement.
>
> JP
>
>                              ----------------------
-----------------------------------------------------------------
-----------------------------------------------------------------
-----------------------------------------------------------------
-----------------------------------------------------------------
-----------------------------------------------------------------
-----------------------------------------------------------------
-----------------------------------------------------------------
-----------------------------------------------------------------
-----------------------------------------------------------------
-----------------------------------------------------------------
-----------------------------------------------------------------
-----------------------------------
>          Name: winmail.dat
>   winmail.dat   Type: Msimn File (application/ms-tnef)
>          Encoding: base64


CC:         "Joel Parramore" <parramorej@homes.com>, "Mark Hensien"
<mhensien@nhfind.com>

From:        "Russell de Grove" <degrover@homes.com>
To:          "Hank Hubbard" <hank@monsterdaata.com>
Date:        3/22/02 11:51AM
Subject:     Re: MonsterDaata / Homes.com

3:30 would be good, if you give us your phone number we'll call you then.

Thanks,
   Russell

Hank Hubbard wrote:

> Either mid morning (10:00) or late afternoon (3:30) works better for me on
> Wednesday...
>
> -----Original Message-----
> From: Russell de Grove [mailto:degrover@homes.com]
> Sent: Friday, March 22, 2002 2:39 PM
> Cc: Joel Parramore; Mark Hensien; Hank Hubbard
> Subject: Re: MonsterDaata / Homes.com
>
> Joel and I will be handling Homes.com's side of this project. We'd like to
> touch base with
> you sometime next Wednesday. What would be a good time for you?
>
> Thanks,
>    Russell de Grove
>    Homes.com
>
> John Perkins wrote:
>
> > On this email  are the MonsterDaata and Homes Tech Team email addresses
> for
> > the implementation of the Agreement.
> >
> > JP
> >
> >                              -----------------------
> -----------------------------------------------------------------
> -----------------------------------------------------------------
> -----------------------------------------------------------------
> -----------------------------------------------------------------
> -----------------------------------------------------------------
> -----------------------------------------------------------------
> -----------------------------------------------------------------
> -----------------------------------------------------------------
> -----------------------------------------------------------------
> -----------------------------------------------------------------
> -----------------------------------------------------------------
> ------------------------------------
> >         Name: winmail.dat
> >   winmail.dat   Type: Msimn File (application/ms-tnef)
> >           Encoding: base64

CC:          "Joel Parramore" <parramorej@homes.com>, "Mark Hensien"

HOMES26

<mhensien@nhfind.com>

HOMES27

54

Patty McNease

From:        John Perkins [perkinsj@homes.com]
Sent:        Tuesday, March 26, 2002 6:05 PM
To:          cix@monsterdaata.com
Cc:          Brent Davis; Andrew Fishman
Subject:     RE: MonsterDaata and Homes.com Press Release



03.26.02
nes.com Press Rele

Hi Charles,

1. After taking with Jim, we think it's probably better to release this after the tech
teams have everything up and running in early-mid April. That way, when Agents check-it-
out, they may sign up.

2. I've changed the About Homes.com section, a couple of other small items as well as my
quote.

3. Please let me know if this attachment is acceptable.

4. Please email me a day or 2 prior to the release with a copy of the release.

Thanks,

John Perkins
VP Sales and Business Development
1.619.890.2690/direct




  -----Original Message-----
From:        Charles Ix [mailto:cix@monsterdaata.com]
Sent: Monday, March 25, 2002 11:38 AM
To:    perkinsj@homes.com
Cc:    Brent Davis; Andrew Fishman
Subject:     Press Release

  << File: Homes.com Press Release.doc >> John: Attached is a press release on our deal.
Please take a look and make any changes you see necessary. I look forward to hearing from
you. Thanks.

Charles Ix
Director of Marketing
MonsterDaata,Inc
mailto:cix@monsterdaata.com
Business: 434-951-3677
Tollfree: 800-948-7176 x133
Fax:  434-984-5111

1

S6

HOMES00842

5)

From:           "Joel Parramore" <parramorej@homes.com>
To:             "Russell de Grove" <degrover@homes.com>
Date:           3/27/02 2:19PM
Subject:        RE: monster

Thanks.

> -----Original Message-----
> From: Russell de Grove [mailto:degrover@homes.com]
> Sent: Wednesday, March 27, 2002 5:13 PM
> To: parramorej@homes.com
> Subject: monster
>
>
>
>
> -------- Original Message --------
> Date: Wed, 27 Mar 2002 17:01:51 -0500
> From: "Hank Hubbard" <hank@monsterdaata.com>
> To: <degrover@homes.com>, <jparramore@homes.com>
> CC: "Mark Hensien" <mhensien@monsterdaata.com>
>
> Hey guys - here is the link to your Data Client site:
>
> http://dataclient.monsterdaata.com
>
> Username: homes
> Password: homes
>
> I am working on getting our Implementation Guides for Channel Reports and
> Listing-Plus finalized - they will appear sometime within the next 24 hours
> on your menu. Some other customization options will appear there soon as
> well, so you can modify your color schemes and logo.
>
> Here are links you can use to access your Channel Reports and Listing-Plus:
>
> Listing-Plus:
> http://homes.listing-plus.com?streetaddress=1228+Cedars+Court&city=Charlotte
> sville&state=VA&zip=22903
> (I didn't have a logo for you yet, so there is a red X where that will
> appear)
>
> Channel Reports:
> http://www.neighborhoodplace.com/?un=homes&pw=homes&spi=CH_HOMES_HTML
>
>
> Let me know when you have questions!
>

HOMES28

59

From:          "Joel Parramore" <parramorej@homes.com>
To:            "Hank Hubbard" <hank@monsterdaata.com>
Date:          3/29/02 11:32AM
Subject:       RE: MonsterDaata schools data


Reading that note, it is in there:


Listing-Plus:
http://homes.listing-plus.com?streetaddress=1228+Cedars+Court&city=Charlotte
sville&state=VA&zip=22903
(I didn't have a logo for you yet, so there is a red X where that will
appear)

Channel Reports:
http://www.neighborhoodplace.com/?un=homes&pw=homes&spi=CH_HOMES_HTML

Mea culpa... :-(

Thanks,
Joel



> -----Original Message-----
> From: Hank Hubbard [mailto:hank@monsterdaata.com]
> Sent: Friday, March 29, 2002 1:55 PM
> To: Joel Parramore; Mark Hensien
> Cc: Patty McNease (E-mail); Russell de Grove
> Subject: RE: MonsterDaata schools data
>
>
> Hi Joel - Russell was supposed to forward the following info to you:
>
>
>
>
> Hey guys - here is the link to your Data Client site:
>
> http://dataclient.monsterdaata.com
>
> Username: homes
> Password: homes
>
> I am working on getting our Implementation Guides for Channel Reports and
> Listing-Plus finalized - they will appear sometime within the next 24 hours
> on your menu. Some other customization options will appear there soon as
> well, so you can modify your color schemes and logo.
>
> Here are links you can use to access your Channel Reports and Listing-Plus:
>
> Listing-Plus:
> http://homes.listing-plus.com?streetaddress=1228+Cedars+Court&city=Charlotte
> sville&state=VA&zip=22903
> (I didn't have a logo for you yet, so there is a red X where that will

> appear)
>
> Channel Reports:
> http://www.neighborhoodplace.com/?un=homes&pw=homes&spi=CH_HOMES_HTML
>
>
> Let me know when you have questions!
>
>
>
> Sorry for the mix-up. Let me know if you have more questions!
>
> -----Original Message-----
> From: Joel Parramore [mailto:parramorej@homes.com]
> Sent: Friday, March 29, 2002 1:38 PM
> To: Hank Hubbard; Mark Hensien
> Cc: Patty McNease (E-mail)
> Subject: RE: MonsterDaata schools data
>
>
>
> Mark, Hank: would you comment on the concerns that Patty (McNease) raises
> below?
>
> Also, wasn't there a "demo" url that could be used for the channels product
> which went beyond the sample report?  Would that show the information that
> appears to be missing?
>
> Regards,
> Joel
>
>
> > -----Original Message-----
> > From: Patty McNease [mailto:mcneasep@homes.com]
> > Sent: Friday, March 29, 2002 11:33 AM
> > To: 'Joel Parramore'
> > Cc: 'Russell de Grove'
> > Subject: RE: MonsterDaata schools data
> >
> >
> > well, I am even more confused.
> >
> > The "full school" report is missing the following:
> > district score
> > student population information
> > average class size
> > senior class
> >
> > the lite is missing the college admission exam scores, school type, and
> > additional programs.
> >
> > I would expect the lite to be missing pieces, but not the full report.  It
> > could be possible that because these markets are not the same, the
> > information presented is not the same and would explain the differences.
> >
> > In a perfect world, all lite information would also be included in the

> full
> > version.  Can we get a little more clarification?
> >
> > Also, the link for full report works if you use this (one less s)
> > http://www.monsterdaata.com/products/channels/schoolsample.html
> >
> >
> >
> > -----Original Message-----
> > From: Joel Parramore [mailto:parramorej@homes.com]
> > Sent: Friday, March 29, 2002 10:29 AM
> > To: mcneasep@homes.com
> > Cc: Russell de Grove
> > Subject: RE: MonsterDaata schools data
> >
> >
> >
> > Take a look at
> >
> >        http://www.monsterdaata.com/products/channels/ (channel descriptions)
> >
> > and
> >
> >        http://www.monsterdaata.com/products/channels/schoollitesample.html
> >
> >        http://www.monsterdaata.com/products/channels/schoolssample.html
> >
> >
> > for samples.  "Schools" includes "Schools Lite" plus additional
> information
> > that
> > you can see from the description.
> >
> >
> >
> >
> >
> > > -----Original Message-----
> > > From: Patty McNease [mailto:mcneasep@homes.com]
> > > Sent: Friday, March 29, 2002 10:22 AM
> > > To: 'Joel Parramore'; 'Russell de Grove'
> > > Subject: RE: MonsterDaata schools data
> > >
> > >
> > > do you have an example of what the "lite" version looks like compared to
> > the
> > > "full" version?  I thought they were one and the same??
> > >
> > > -----Original Message-----
> > > From: Joel Parramore [mailto:parramorej@homes.com]
> > > Sent: Friday, March 29, 2002 10:12 AM
> > > To: Patty McNease (E-mail); Russell de Grove
> > > Subject: MonsterDaata schools data
> > >
> > >
> > >

HOMES40

> > > Folks:
> > >
> > > MonsterDaata's School's Lite channel looks to have most of what we offer
> > > now.
> > > What if we simply picked that as the "freebie" to display on the portal
> > and
> > > AA/BA sites and just had their full Schools channel as the "up-sell"?
> Or
> > is
> > > it
> > > still too much information?
> > >
> > > Another thought: taking schools out of the existing package for new
> AA/BA
> > > customers and offering the full Schools channel as the up-sell on that
> > > package.
> > >
> > > Comments?  I'd like to get what data gets delivered as the replacement
> on
> > > the
> > > current, at any rate, and start working on how we'll present it (get a
> > > database
> > > from them and control the display as we do now or just pop open a frame
> > for
> > > their school channel content.
> > >
> > > Regards,
> > > Joel
> > >
> > >
> > > ===========================================
> > > Joel Parramore
> > > Software Engineer, Homes.com (www.homes.com)
> > > parramorej@homes.com
> > > (850) 350-7822
> > > ===========================================
> > >
> >

CC:            "Patty McNease (E-mail)" <mcneasep@homes.com>, "Russell de Grove"
<degrover@homes.com>

64

From:         "Hank Hubbard" <hank@monsterdaata.com>
To:           "Joel Parramore" <parramorej@homes.com>
Date:         3/29/02 12:57PM
Subject:      RE: monster

Sorry - I should have thought about that the first time around! Done...

-----Original Message-----
From: Joel Parramore [mailto:parramorej@homes.com]
Sent: Friday, March 29, 2002 3:48 PM
To: Hank Hubbard
Cc: Russell de Grove; Patty McNease (E-mail)
Subject: RE: monster


Can you add a "Schools Lite" link to the Channel Reports area so we can compare
against the full Schools report?

Thanks,
Joel


> -----Original Message-----
> From: Russell de Grove [mailto:degrover@homes.com]
> Sent: Wednesday, March 27, 2002 5:13 PM
> To: parramorej@homes.com
> Subject: monster
>
>
>
>
> -------- Original Message --------
> Date: Wed, 27 Mar 2002 17:01:51 -0500
> From: "Hank Hubbard" <hank@monsterdaata.com>
> To: <degrover@homes.com>, <jparramore@homes.com>
> CC: "Mark Hensien" <mhensien@monsterdaata.com>
>
> Hey guys - here is the link to your Data Client site:
>
> http://dataclient.monsterdaata.com
>
> Username: homes
> Password: homes
>
> I am working on getting our Implementation Guides for Channel Reports and
> Listing-Plus finalized - they will appear sometime within the next 24 hours
> on your menu. Some other customization options will appear there soon as
> well, so you can modify your color schemes and logo.
>
> Here are links you can use to access your Channel Reports and Listing-Plus:
>
> Listing-Plus:

>
http://homes.listing-plus.com?streetaddress=1228+Cedars+Court&city=Charlotte
> sville&state=VA&zip=22903
> (I didn't have a logo for you yet, so there is a red X where that will
> appear)
>
> Channel Reports:
> http://www.neighborhoodplace.com/?un=homes&pw=homes&spi=CH_HOMES_HTML
>
>
> Let me know when you have questions!
>


CC:            "Russell de Grove" <degrover@homes.com>, "Patty McNease (E-mail)"
<mcneasep@homes.com>

From:              "Hank Hubbard" <hank@monsterdaata.com>
To:                "Russell de Grove" <degrover@homes.com>
Date:              4/1/02 9:15AM
Subject:           RE: MonsterDaata schools data

Russell - if you open Netscape (version 4.x I'm assuming???) and type in
http://homes.listing-plus.com, what happens?
-----Original Message-----
From: Russell de Grove [mailto:degrover@homes.com]
Sent: Monday, April 01, 2002 11:57 AM
To: Hank Hubbard
Cc: Joel Parramore; Mark Hensien
Subject: Re: MonsterDaata schools data


I'm having a weird problem with the listings plus demo.
On IE, the LP link below redirects to

http://www.listing-plus.com/lp/?clientid=7181&streetaddress=1228+Cedars+Cour
t&amp;city=Charlottesville&amp;state=VA&amp;zip=22903

On Netscape, I am encountering a problem that may be due to a bad domain
reference. I end up redirecting into our own site from the listings plus
link below, although the link above does work if I use it directly. Our DNS
server is set up to return our IP when given a domain it can't find. In the
past, trying to link "<SCRIPT SRC=" tags to invalid servers has produced
this sort of behavior. I wonder if there might be a related problem in
whatever is returned from the LP link below...

For now, I'll be linking directly to the link above.

--Russell

Hank Hubbard wrote:

Hi Joel - Russell was supposed to forward the following info to you:
Hey guys - here is the link to your Data Client site:

http://dataclient.monsterdaata.com

Username: homes
Password: homes

I am working on getting our Implementation Guides for Channel Reports
and
Listing-Plus finalized - they will appear sometime within the next 24
hours
on your menu. Some other customization options will appear there soon as
well, so you can modify your color schemes and logo.

Here are links you can use to access your Channel Reports and
Listing-Plus:

Listing-Plus:

HOMES44

http://homes.listing-plus.com?streetaddress=1228+Cedars+Court&city=Charlotte
sville&state=VA&zip=22903
(I didn't have a logo for you yet, so there is a red X where that will
appear)

Channel Reports:
http://www.neighborhoodplace.com/?un=homes&pw=homes&spi=CH_HOMES_HTML

Let me know when you have questions!

Sorry for the mix-up. Let me know if you have more questions!

-----Original Message-----
From: Joel Parramore [mailto:parramorej@homes.com]
Sent: Friday, March 29, 2002 1:38 PM
To: Hank Hubbard; Mark Hensien
Cc: Patty McNease (E-mail)
Subject: RE: MonsterDaata schools data

    Mark, Hank: would you comment on the concerns that Patty (McNease)
raises
    below?

    Also, wasn't there a "demo" url that could be used for the channels
product
    which went beyond the sample report?  Would that show the information
that
    appears to be missing?

    Regards,
    Joel

    > -----Original Message-----
    > From: Patty McNease [mailto:mcneasep@homes.com]
    > Sent: Friday, March 29, 2002 11:33 AM
    > To: 'Joel Parramore'
    > Cc: 'Russell de Grove'
    > Subject: RE: MonsterDaata schools data
    >
    >
    > well, I am even more confused.
    >
    > The "full school" report is missing the following:
    > district score
    > student population information
    > average class size
    > senior class
    >
    > the lite is missing the college admission exam scores, school type,
and
    > additional programs.
    >
    > I would expect the lite to be missing pieces, but not the full report.
It
    > could be possible that because these markets are not the same, the
    > information presented is not the same and would explain the

69

differences.
>
> In a perfect world, all lite information would also be included in the
full
> version.  Can we get a little more clarification?
>
> Also, the link for full report works if you use this (one less s)
> http://www.monsterdaata.com/products/channels/schoolsample.html
>
>
>
> -----Original Message-----
> From: Joel Parramore [mailto:parramorej@homes.com]
> Sent: Friday, March 29, 2002 10:29 AM
> To: mcneasep@homes.com
> Cc: Russell de Grove
> Subject: RE: MonsterDaata schools data
>
>
>
> Take a look at
>
>       http://www.monsterdaata.com/products/channels/ (channel
descriptions)
>
> and
>
>
http://www.monsterdaata.com/products/channels/schoollitesample.html
>
>       http://www.monsterdaata.com/products/channels/schoolssample.html
>
>
> for samples.  "Schools" includes "Schools Lite" plus additional
information
> that
> you can see from the description.
>
>
>
>
>
> > -----Original Message-----
> > From: Patty McNease [mailto:mcneasep@homes.com]
> > Sent: Friday, March 29, 2002 10:22 AM
> > To: 'Joel Parramore'; 'Russell de Grove'
> > Subject: RE: MonsterDaata schools data
> >
> >
> > do you have an example of what the "lite" version looks like
compared to
> the
> > "full" version?  I thought they were one and the same??
> >
> > -----Original Message-----
> > From: Joel Parramore [mailto:parramorej@homes.com]

> > Sent: Friday, March 29, 2002 10:12 AM
> > To: Patty McNease (E-mail); Russell de Grove
> > Subject: MonsterDaata schools data
> >
> >
> >
> > Folks:
> >
> > MonsterDaata's School's Lite channel looks to have most of what we
offer
> > now.
> > What if we simply picked that as the "freebie" to display on the
portal
> and
> > AA/BA sites and just had their full Schools channel as the
"up-sell"?
> Or
> is
> > it
> > still too much information?
> >
> > Another thought: taking schools out of the existing package for new
AA/BA
> > customers and offering the full Schools channel as the up-sell on
that
> > package.
> >
> > Comments? I'd like to get what data gets delivered as the
replacement
> on
> > the
> > current, at any rate, and start working on how we'll present it (get
a
> > database
> > from them and control the display as we do now or just pop open a
frame
> for
> > their school channel content.
> >
> > Regards,
> > Joel
> >
> >
> > ========================================
> > Joel Parramore
> > Software Engineer, Homes.com (www.homes.com)
> > parramorej@homes.com
> > (850) 350-7822
> > ========================================
> >
> >

CC:          "Joel Parramore" <parramorej@homes.com>, "Mark Hensien"
<mhensien@nhfind.com>

HOMES47

From:        "Hank Hubbard" <hank@monsterdaata.com>
To:          "Russell de Grove" <degrover@homes.com>
Date:        4/3/02 6:59AM
Subject:     RE: MonsterDaata schools data

Sounds good - you want to call me?

 -----Original Message-----
From: Russell de Grove [mailto:degrover@homes.com]
Sent: Wednesday, April 03, 2002 9:53 AM
To: Hank Hubbard
Cc: parramorej@homes.com
Subject: Re: MonsterDaata schools data


   How about tomorrow afternoon? We could do 3 PM EST, or any other time
that's better for you.
   Thanks,
     Russell

   Hank Hubbard wrote:

     Listing-Plus will 'fall back' to the zip code level - channels won't.
   I'm available to talk whenever.
       -----Original Message-----
       From: Russell de Grove [mailto:degrover@homes.com]
       Sent: Tuesday, April 02, 2002 5:37 PM
       To: Hank Hubbard; parramorej@homes.com
       Subject: Re: MonsterDaata schools data

       they will accept street addresses with city and state without a zip
     code if it is a valid street address
       That's good to know, all the examples showed street, city, state,
     zip... will it fall back to zip for these if the address isn't valid?

       Let's keep going on this one!

       I see little more to do on the consumer pages... just change to
     accomodate street without zip and build graphics for the links... I still
     need to build our customer service folks a tool to turn these features on
     and off.

       I would like to discuss our import of limited school data pretty soon.
     Perhaps sometime Thursday or Friday?

       Thanks,
         Russell

       Hank Hubbard wrote:

         Looks good Russell - one note on Listing-Plus and Channels - they
       will accept street addresses with city and state without a zip code if it is
       a valid street address. Let's keep going on this one!
           -----Original Message-----
           From: Russell de Grove [mailto:degrover@homes.com]
           Sent: Tuesday, April 02, 2002 4:30 PM

HOMES52

To: Hank Hubbard; Joel Parramore; Mark Hensien;
perkinsj@homes.com; mcneasep@homes.com
Subject: Re: MonsterDaata schools data
I've worked some more on presenting Monster products within one of
our hosted sites.
The property link I gave before

http://agentdev.homes.com/content/listdetail.html/5529660

now displays three links where the "Listing Plus" logo was before.

"Area Information Overview" links to Listings Plus.
"Community Details" and "School Details" deep-link into Channels,
at the school or community search by this property.

For comparison, I have left our old "School Report" option in the
dropdown just below these links. That is a link to our old school report for
this property.

On this same site (agentdev.homes.com), on any page, there is a
link at the top of the page to "Monster local info". This is a top level
link into Channels. For comparison, the "Homes.com School Info" link is a
top-level link into our old school info search.

Any other listing on this site will also have the LP & Channels
links (unless it is missing a zip code) but as most of the listings are in
the fictitional location of "Your Hometown, FL, 33333", they will display
error messages...

This gives a basic overview into how these products will work with
our hosted sites. We still need to work out the details of importing a
subset of Monster's school data so that we can continue to provide a
functional equivalent to our old school search.

--Russell


Russell de Grove wrote:

You can see a quick mockup of how LP might look on a customer's
site at
http://agentdev.homes.com/content/listdetail.html/5529660

Note that I am using
http://www.listing-plus.com/lp/?clientid=7181, not the
homes.listing-plus.com URL.

We might want to use a version of the LP button with a
transparent background, do you have one or if
not, may we create one?

Thanks,
Russell

Hank Hubbard wrote:



Russell - if you open Netscape (version 4.x I'm assuming???)
and type in http://homes.listing-plus.com, what happens?
-----Original Message-----
From: Russell de Grove [mailto:degrover@homes.com]
Sent: Monday, April 01, 2002 11:57 AM
To: Hank Hubbard
Cc: Joel Parramore; Mark Hensien
Subject: Re: MonsterDaata schools data
I'm having a weird problem with the listings plus demo.
On IE, the LP link below redirects to

http://www.listing-plus.com/lp/?clientid=7181&streetaddress=1228+Cedars+Cour
t&amp;city=Charlottesville&amp;state=VA&amp;zip=22903

On Netscape, I am encountering a problem that may be due to
a bad domain reference. I end up redirecting into our own site from the
listings plus link below, although the link above does work if I use it
directly. Our DNS server is set up to return our IP when given a domain it
can't find. In the past, trying to link "<SCRIPT SRC=" tags to invalid
servers has produced this sort of behavior. I wonder if there might be a
related problem in whatever is returned from the LP link below...

For now, I'll be linking directly to the link above.

--Russell

Hank Hubbard wrote:

Hi Joel - Russell was supposed to forward the following
info to you:
Hey guys - here is the link to your Data Client site:

http://dataclient.monsterdaata.com

Username: homes
Password: homes

I am working on getting our Implementation Guides for
Channel Reports and
Listing-Plus finalized - they will appear sometime within
the next 24 hours
on your menu. Some other customization options will appear
there soon as
well, so you can modify your color schemes and logo.

Here are links you can use to access your Channel Reports
and Listing-Plus:

Listing-Plus:

http://homes.listing-plus.com?streetaddress=1228+Cedars+Court&city=Charlotte
sville&state=VA&zip=22903
(I didn't have a logo for you yet, so there is a red X
where that will
appear)

Channel Reports:

http://www.neighborhoodplace.com/?un=homes&pw=homes&spi=CH_HOMES_HTML

Let me know when you have questions!

Sorry for the mix-up. Let me know if you have more questions!

-----Original Message-----
From: Joel Parramore [mailto:parramorej@homes.com]
Sent: Friday, March 29, 2002 1:38 PM
To: Hank Hubbard; Mark Hensien
Cc: Patty McNease (E-mail)
Subject: RE: MonsterDaata schools data

Mark, Hank: would you comment on the concerns that Patty (McNease) raises
below?

Also, wasn't there a "demo" url that could be used for the channels product
which went beyond the sample report? Would that show the information that
appears to be missing?

Regards,
Joel

> -----Original Message-----
> From: Patty McNease [mailto:mcneasep@homes.com]
> Sent: Friday, March 29, 2002 11:33 AM
> To: 'Joel Parramore'
> Cc: 'Russell de Grove'
> Subject: RE: MonsterDaata schools data
>
>
> well, I am even more confused.
>
> The "full school" report is missing the following:
> district score
> student population information
> average class size
> senior class
>
> the lite is missing the college admission exam scores, school type, and
> additional programs.
>
> I would expect the lite to be missing pieces, but not the full report. It
> could be possible that because these markets are not the same, the
> information presented is not the same and would explain the differences.

HOMES55

>
> In a perfect world, all lite information would also be
included in the
full
> version.  Can we get a little more clarification?
>
> Also, the link for full report works if you use this
(one less s)
>
http://www.monsterdaata.com/products/channels/schoolsample.html
>
>
>
> -----Original Message-----
> From: Joel Parramore [mailto:parramorej@homes.com]
> Sent: Friday, March 29, 2002 10:29 AM
> To: mcneasep@homes.com
> Cc: Russell de Grove
> Subject: RE: MonsterDaata schools data
>
>
>
> Take a look at
>
>      http://www.monsterdaata.com/products/channels/
(channel descriptions)
>
> and
>
>
http://www.monsterdaata.com/products/channels/schoollitesample.html
>
>
http://www.monsterdaata.com/products/channels/schoolssample.html
>
>
> for samples.  "Schools" includes "Schools Lite" plus
additional
information
> that
> you can see from the description.
>
>
>
>
>
> > -----Original Message-----
> > From: Patty McNease [mailto:mcneasep@homes.com]
> > Sent: Friday, March 29, 2002 10:22 AM
> > To: 'Joel Parramore'; 'Russell de Grove'
> > Subject: RE: MonsterDaata schools data
> >
> >
> > do you have an example of what the "lite" version
looks like compared to
> the

HOMES56

> > "full" version?  I thought they were one and the
same??
> >
> > -----Original Message-----
> > From: Joel Parramore [mailto:parramorej@homes.com]
> > Sent: Friday, March 29, 2002 10:12 AM
> > To: Patty McNease (E-mail); Russell de Grove
> > Subject: MonsterDaata schools data
> >
> >
> >
> > Folks:
> >
> > MonsterDaata's School's Lite channel looks to have
most of what we offer
> > now.
> > What if we simply picked that as the "freebie" to
display on the portal
> and
> > AA/BA sites and just had their full Schools channel as
the "up-sell"?
Or
> is
> > it
> > still too much information?
> >
> > Another thought: taking schools out of the existing
package for new
     AA/BA
> > customers and offering the full Schools channel as the
up-sell on that
> > package.
> >
> > Comments?  I'd like to get what data gets delivered as
the replacement
     on
> > the
> > current, at any rate, and start working on how we'll
present it (get a
> > database
> > from them and control the display as we do now or just
pop open a frame
> for
> > their school channel content.
> >
> > Regards,
> > Joel
> >
> >
> > ============================================
> > Joel Parramore
> > Software Engineer, Homes.com (www.homes.com)
> > parramorej@homes.com
> > (850) 350-7822
> > ============================================
> >

>

CC:          <parramorej@homes.com>

From:           "Hank Hubbard" <hank@monsterdaata.com>
To:             "Joel Parramore" <parramorej@homes.com>
Date:           4/4/02 12:13PM
Subject:        RE: MonsterDaata schools data

OK - I can do it tomorrow at 3...
  -----Original Message-----
  From: Joel Parramore [mailto:parramorej@homes.com]
  Sent: Thursday, April 04, 2002 3:06 PM
  To: Hank Hubbard
  Cc: Patty McNease (E-mail); Russell de Grove
  Subject: RE: MonsterDaata schools data


  Hank:

  We're going to have to push back the meeting reviewing our implementation
of ListingsPlus and uploads of school data.  If 3pm is fine with you
tomorrow, we'll have it at that time, instead.  If another time works better
for you, let us know.

  Regards,
  Joel


    -----Original Message-----
    From: Russell de Grove [mailto:degrover@homes.com]
    Sent: Wednesday, April 03, 2002 9:53 AM
    To: Hank Hubbard
    Cc: parramorej@homes.com
    Subject: Re: MonsterDaata schools data


  How about tomorrow afternoon? We could do 3 PM EST, or any other time
that's better for you.
    Thanks,
      Russell

  Hank Hubbard wrote:

    Listing-Plus will 'fall back' to the zip code level - channels won't.
I'm available to talk whenever.
    -----Original Message-----
    From: Russell de Grove [mailto:degrover@homes.com]
    Sent: Tuesday, April 02, 2002 5:37 PM
    To: Hank Hubbard; parramorej@homes.com
    Subject: Re: MonsterDaata schools data

    they will accept street addresses with city and state without a zip
code if it is a valid street address
      That's good to know, all the examples showed street, city, state,
zip... will it fall back to zip for these if the address isn't valid?

    Let's keep going on this one!

HOMES67

I see little more to do on the consumer pages... just change to accomodate street without zip and build graphics for the links... I still need to build our customer service folks a tool to turn these features on and off.

I would like to discuss our import of limited school data pretty soon. Perhaps sometime Thursday or Friday?

Thanks,
Russell

Hank Hubbard wrote:

Looks good Russell - one note on Listing-Plus and Channels - they will accept street addresses with city and state without a zip code if it is a valid street address. Let's keep going on this one!
-----Original Message----- .·
From: Russell de Grove [mailto:degrover@homes.com]
Sent: Tuesday, April 02, 2002 4:30 PM
To: Hank Hubbard; Joel Parramore; Mark Hensien; perkinsj@homes.com; mcneasep@homes.com
Subject: Re: MonsterDaata schools data
I've worked some more on presenting Monster products within one of our hosted sites.
The property link I gave before

http://agentdev.homes.com/content/listdetail.html/5529660

now displays three links where the "Listing Plus" logo was before.

"Area Information Overview" links to Listings Plus.
"Community Details" and "School Details" deep-link into Channels, at the school or community search by this property.

For comparison, I have left our old "School Report" option in the dropdown just below these links. That is a link to our old school report for this property.

On this same site (agentdev.homes.com), on any page, there is a link at the top of the page to "Monster local info". This is a top level link into Channels. For comparison, the "Homes.com School Info" link is a top-level link into our old school info search.

Any other listing on this site will also have the LP & Channels links (unless it is missing a zip code) but as most of the listings are in the fictitional location of "Your Hometown, FL, 33333", they will display error messages...

This gives a basic overview into how these products will work with our hosted sites. We still need to work out the details of importing a subset of Monster's school data so that we can continue to provide a functional equivalent to our old school search.

--Russell

HOMES68

Russell de Grove wrote:

You can see a quick mockup of how LP might look on a
customer's site at
http://agentdev.homes.com/content/listdetail.html/5529660

Note that I am using
http://www.listing-plus.com/lp/?clientid=7181, not the
homes.listing-plus.com URL.

We might want to use a version of the LP button with a
transparent background, do you have one or if
not, may we create one?

Thanks,
Russell

Hank Hubbard wrote:

Russell - if you open Netscape (version 4.x I'm assuming???)
and type in http://homes.listing-plus.com, what happens?
-----Original Message-----
From: Russell de Grove [mailto:degrover@homes.com]
Sent: Monday, April 01, 2002 11:57 AM
To: Hank Hubbard
Cc: Joel Parramore; Mark Hensien
Subject: Re: MonsterDaata schools data
I'm having a weird problem with the listings plus demo.
On IE, the LP link below redirects to

http://www.listing-plus.com/lp/?clientid=7181&streetaddress=1228+Cedars+Cour
t&amp;city=Charlottesville&amp;state=VA&amp;zip=22903

On Netscape, I am encountering a problem that may be due
to a bad domain reference. I end up redirecting into our own site from the
listings plus link below, although the link above does work if I use it
directly. Our DNS server is set up to return our IP when given a domain it
can't find. In the past, trying to link "<SCRIPT SRC=" tags to invalid
servers has produced this sort of behavior. I wonder if there might be a
related problem in whatever is returned from the LP link below...

For now, I'll be linking directly to the link above.

--Russell

Hank Hubbard wrote:

Hi Joel - Russell was supposed to forward the following
info to you:

Hey guys - here is the link to your Data Client site:

http://dataclient.monsterdaata.com

Username: homes

HOMES69

Password: homes

I am working on getting our Implementation Guides for
Channel Reports and
Listing-Plus finalized - they will appear sometime
within the next 24 hours
on your menu. Some other customization options will
appear there soon as
well, so you can modify your color schemes and logo.

Here are links you can use to access your Channel
Reports and Listing-Plus:

Listing-Plus:

http://homes.listing-plus.com?streetaddress=1228+Cedars+Court&city=Charlotte
sville&state=VA&zip=22903
(I didn't have a logo for you yet, so there is a red X
where that will
appear)

Channel Reports:

http://www.neighborhoodplace.com/?un=homes&pw=homes&spi=CH_HOMES_HTML

Let me know when you have questions!

Sorry for the mix-up. Let me know if you have more
questions!

-----Original Message-----
From: Joel Parramore [mailto:parramorej@homes.com]
Sent: Friday, March 29, 2002 1:38 PM
To: Hank Hubbard; Mark Hensien
Cc: Patty McNease (E-mail)
Subject: RE: MonsterDaata schools data

Mark, Hank: would you comment on the concerns that Patty
(McNease) raises
below?

Also, wasn't there a "demo" url that could be used for
the channels product
which went beyond the sample report?  Would that show
the information that
appears to be missing?

Regards,
Joel

> -----Original Message-----
> From: Patty McNease [mailto:mcneasep@homes.com]
> Sent: Friday, March 29, 2002 11:33 AM
> To: 'Joel Parramore'
> Cc: 'Russell de Grove'
> Subject: RE: MonsterDaata schools data

> 
> 
> well, I am even more confused.
> 
> The "full school" report is missing the following:
> district score
> student population information
> average class size
> senior class
> 
> the lite is missing the college admission exam scores,
school type, and
> additional programs.
> 
> I would expect the lite to be missing pieces, but not
the full report. It
> could be possible that because these markets are not
the same, the
> information presented is not the same and would
explain the differences.
> 
> In a perfect world, all lite information would also be
included in the
        full
> version.  Can we get a little more clarification?
> 
> Also, the link for full report works if you use this
(one less s)
> 
http://www.monsterdaata.com/products/channels/schoolsample.html
> 
> 
> 
> -----Original Message-----
> From: Joel Parramore [mailto:parramorej@homes.com]
> Sent: Friday, March 29, 2002 10:29 AM
> To: mcneasep@homes.com
> Cc: Russell de Grove
> Subject: RE: MonsterDaata schools data
> 
> 
> 
> Take a look at
> 
>     http://www.monsterdaata.com/products/channels/
(channel descriptions)
> 
> and
> 
> 
http://www.monsterdaata.com/products/channels/schoollitesample.html
> 
> 
http://www.monsterdaata.com/products/channels/schoolssample.html
> 
> 

HOMES71

> for samples.  "Schools" includes "Schools Lite" plus
additional
information
> that
> you can see from the description.
>
>
>
>
>
> > -----Original Message-----
> > From: Patty McNease [mailto:mcneasep@homes.com]
> > Sent: Friday, March 29, 2002 10:22 AM
> > To: 'Joel Parramore'; 'Russell de Grove'
> > Subject: RE: MonsterDaata schools data
> >
> >
> > do you have an example of what the "lite" version
looks like compared to
> the
> > "full" version?  I thought they were one and the
same??
> >
> > -----Original Message-----
> > From: Joel Parramore [mailto:parramorej@homes.com]
> > Sent: Friday, March 29, 2002 10:12 AM
> > To: Patty McNease (E-mail); Russell de Grove
> > Subject: MonsterDaata schools data
> >
> >
> >
> > Folks:
> >
> > MonsterDaata's School's Lite channel looks to have
most of what we offer
> > now.
> > What if we simply picked that as the "freebie" to
display on the portal
> and
> > AA/BA sites and just had their full Schools channel
as the "up-sell"?
Or
> is
> > it
> > still too much information?
> >
> > Another thought: taking schools out of the existing
package for new
AA/BA
> > customers and offering the full Schools channel as
the up-sell on that
> > package.
> >
> > Comments?  I'd like to get what data gets delivered
as the replacement
on

HOMES72

```
            > > the
            > > current, at any rate, and start working on how we'll
present it (get a
            > > database
            > > from them and control the display as we do now or
just pop open a frame
            > for
            > > their school channel content.
            > >
            > > Regards,
            > > Joel
            > >
            > >
            > > =========================================
            > > Joel Parramore
            > > Software Engineer, Homes.com (www.homes.com)
            > > parramorej@homes.com
            > > (850) 350-7822
            > > =========================================
            > >
            >
```

CC:            "Patty McNease (E-mail)" <mcneasep@homes.com>, "Russell de Grove"
<degrover@homes.com>, "Mark Hensien" <mhensien@monsterdaata.com>

From:           "Joel Parramore" <parramorej@homes.com>
To:             "Hank Hubbard" <hank@monsterdaata.com>
Date:           4/5/02 1:09PM
Subject:        RE:


Thanks, Hank.

Regards,
Joel

> -----Original Message-----
> From: Hank Hubbard [mailto:hank@monsterdaata.com]
> Sent: Friday, April 05, 2002 3:58 PM
> To: Joel Parramore; Russell de Grove
> Subject:
>
>
> Hey guys - here is the service package info for Schools Lite (I removed
> schools lite from the original service package):
>
> un:homeslite
> pw:etilsemoh
> spi:CH_HOMES_LITE_HTML
>
> I will upload some color scheme guides to the Data Client site in a few
> minutes and let you know...
>

90

From:          "Joel Parramore" <parramorej@homes.com>
To:            "Hank Hubbard" <hank@monsterdaata.com>
Date:          4/5/02 2:10PM
Subject:       RE:


Saw 'em up there --- thanks!

> -----Original Message-----
> From: Hank Hubbard [mailto:hank@monsterdaata.com]
> Sent: Friday, April 05, 2002 5:14 PM
> To: Joel Parramore; Russell de Grove
> Subject:
>
>
> OK guys - the color scheme guides for Channel Reports and Listing-Plus are
> now availble from the Data Client site...
>

9/

92

From:          "Hank Hubbard" <hank@monsterdaata.com>
To:            "Joel Parramore" <parramorej@homes.com>
Date:          4/8/02 8:57AM
Subject:       RE: MonsterDaata presentation on the Homes.com portal

Joel - looks good. Let me know if there is anything else you need from me...

-----Original Message-----
From: Joel Parramore [mailto:parramorej@homes.com]
Sent: Monday, April 08, 2002 11:01 AM
To: Hank Hubbard
Subject: MonsterDaata presentation on the Homes.com portal



Hank:

We present school data in two areas on the portal: underneath a listing's
detail
and underneath the "Neighborhoods" area.  Essentially, where we were
displaying
data in the page before, a pop-up window containing the MonsterDaata data
will
open, and some explanatory text will be displayed on the Homes.com listing
page
instead.

I've provided a couple of URLs for you to view what I've done:

        1)      http://hcuber.homes.com/Content/ListingDetail.cfm?PropId=4771514

On the drop-down on this page underneath the "pull down, then click "go" for
more information" graphic, select "School Reports", then click "Go".

        2)
http://hcuber.homes.com/Content/NeighborhoodZipDetail.cfm?ZipCode=32308&Go.x
=26&
Go.y=3

On the Neighborhood Zip detail page displayed, there's a link for "Schools"
under the "More Details" tab header; click on that to bring up the school
data
for that zip code.

You can also search Neighborhoods by city and state and county and state,and
see
how the school data is presented there as well.

Let me know what you think.

Regards,
Joel

94

## Joel Parramore

From:        Patty McNease [mcneasep@homes.com]
Sent:        Tuesday, May 21, 2002 4:47 PM
To:          Jesse Taylor (E-mail)
Cc:          Joel Parramore (E-mail)
Subject:     MonsterDaata School Data Displaying on
             Listing Detail

Hi Jesse -

We have received a few complaints so far with regards
to the listing detail page displaying monster data school information when
the agent has chose their "schools" button to link to and outside website.
For example, go to
http://www.capecodrealestate4sale.com/ and click on
schools it goes to an
outside link.

Now go to a listing and choose a school detail
http://www.capecodrealestate4sale.com/content/listdeta
il.html/7048308?proppo
s=1&ag_id=3061976city=brewster,+MA&show_listings=1
&selectvirtualprops=1&star
tpos=1&endpos=10&ids=7048308,7496778,3528689
&propertyCount=3

this displays the monster data, which the agent
doesn't want.

Is there anyway to synch these up?

Thanks.

Patty

193

## Joel Parramore

From:        Joel Parramore [parramore@homes.com]
Sent:        Tuesday, May 21, 2002 5:12 PM
To:          Hank Hubbard
Cc:          Patty McNease (E-mail), Larry Reinhard (E-
             mail), Jesse Taylor (E-mail)
Subject:     FW: MonsterDaata Issues

Hank:

On the URL that we construct to pull school reports
from MonsterDaata, we're passing along a
"hideaddress" flag on the URL that, coming from a
listing on our customers' pages, is intended to
indicate that the property address should not be
displayed. As the property address is still appearing
when the flag is 1, e.g.:

http://www.neighborhoodplace.com/geochooser/?
hideaddress=1&sn=1903
3991697proppos=0&ag_id=766256&startpos=1&endpos=10
&ids=7399169&propertyCount=1)

(coming from
http://www.homesbykelsey.com/content/listdetail.html/7
391697proppos=0&ag_id=766256&startpos=1&endpos=10
&fn=address&un=homes&pw=homes&spi=CH$FHOMES$
&fn=address&un=homes&spi=CH$FHOMES$
5FHTML&domain=SchoolCompleteChV2%202

it looks as though the script on MonsterDaata's end is
not recognizing the flag properly. Would you look
into that and get back to me or Jesse?

Also, Patty brings up another issue below as well with
school data being displayed (or not). If you would
look into that as well, that'd be great.

Thanks, and

Regards,
Joel

Joel Parramore

==========================================================
==========================================================
==========================================================
==========================================================
==========================================================
==========================================================
==========================================================
==========================================================
==========================================================
====

194

HOMES000634

Software Engineer, Homes.com (www.homes.com)
parramorej@homes.com
(850) 350-7822

-----Original Message-----
From: Jesse Taylor [mailto:taylorj@homes.com]
Sent: Tuesday, May 21, 2002 4:47 PM
To: mcnease@homes.com; 'Joel Parramore'
Cc: 'Larry Reinhard (E-mail)'
Subject: Re: MonsterDaata Issues

Checking the 'School Data' popup off of
homesbykelsey.com, which seems to be a Monster Data
subscriber, we are
passing to them a parameter called 'hideaddress=1'. I
assume, therefore, that the error is somewhere on
their end, since
we are indeed telling them to conceal the property
address.

-----Original Message-----
From: Patty McNease
To: 'Joel Parramore'
Cc: 'Jesse Taylor (E-mail)' ; 'Larry Reinhard (E-mail)'
Sent: Tuesday, May 21, 2002 4:22 PM
Subject: RE: MonsterDaata Issues

Good news that 1 will be resolved. I wasn't aware
this was in discussion.

on 2, I have seen your issue before and can walk you
through mine. I'll stop by.

-----Original Message-----
From: Joel Parramore [mailto:parramorej@homes.com]
Sent: Tuesday, May 21, 2002 3:44 PM
To: mcnease@homes.com
Cc: Jesse Taylor (E-mail); Larry Reinhard (E-mail)
Subject: RE: MonsterDaata Issues

Answers:

1. I thought that Russell had added a toggle in
Control Panel for customers to turn on or off whether
or not addresses appeared. I or Jesse would have to
check on that and see if it's working or not.

195

2. I don't understand what the error is
supposed to be here. I am seeing another problem ---
at least for Leon County --- where it's not showing me
any schools at all in a given district or districts
but is still asking me to select from a list of
schools. It doesn't appear to happen for searching by
city or state, though, or if you come from a property.

Regards,
Joel

-----Original Message-----
From: Patty McNease [mailto:mcneasep@homes.com]
Sent: Tuesday, May 21, 2002 3:11 PM
To: Joel Parramore (E-mail)
Cc: Larry Reinhard (E-mail)
Subject: MonsterDaata Issues

Joel -

Not sure if you handle these or if we should
forward to MD, but wanted to run by you first. We
have run into the following two concerns:

1. Complaints from customers that address of
property appears at the top of the MonsterDaata info.
Most agents/brokers prefer to remove this info and
have consumer request address. Do you know if we
discussed the ability to not receive addresses in the
data we get from them?

2. When selecting school information on the
Channels report, you are asked to "Select up to 3
schools and click "Go" for information."
Problem is if you select 1 school on each page
of school list, it will only run "only" the schools on
the last page. Appears to be some type of bug or
maybe they just need to change their wording.

Thanks in advance.

Patty

196