Caroline N. Mitchell (State Bar No. 143124)
Susan Q. Haines (State Bar No. 224611)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Email: cnmitchell@jonesday.com
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

William V. O'Reilly
Kevin B. Byrd
J. Andrew Read
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Attorneys for DEFENDANTS BAYER AG, BAYER CORPORATION AND RHEIN CHEMIE CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> C 04-00197 MJJ <br> C 03-01496 MJJ <br> C 03-01516 MJJ <br> C 03-02477 MJJ <br> C 03-02805 MJJ <br> C 03-03147 MJJ <br> C 03-03418 MJJ | Master Docket No. C-04-1648 (MJJ) <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ORDER PERMITTING DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION TO EXCEED 25-PAGE LIMIT IN LOCAL RULE 7-4** |

STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ORDER PERMITTING DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION TO EXCEED 25-PAGE LIMIT IN LOCAL RULE 7-4 - MASTER DOCKET NO. C-04-1648 (MJJ)

Dockets.Justia.com

| | |
|---|---|
| 1 | Pursuant to this Court's Local Rule 7-11 Defendants Bayer A.G., Bayer Corporation, and Rhein Chemie Corporation ("Defendants") along with Plaintiffs, through the undersigned counsel, hereby agree to Defendants' proposed leave to file a 45-page motion in opposition to Plaintiffs' motion for class certification in excess of the 25-page limit set forth in this Court's Local Rule 7-4(b). |

Pursuant to this Court's Local Rule 7-11 Defendants Bayer A.G., Bayer Corporation, and Rhein Chemie Corporation ("Defendants") along with Plaintiffs, through the undersigned counsel, hereby agree to Defendants' proposed leave to file a 45-page motion in opposition to Plaintiffs' motion for class certification in excess of the 25-page limit set forth in this Court's Local Rule 7-4(b).

The Motion of Defendants to seek leave of Court to file a motion in opposition to Plaintiff's motion for class certification in excess of the 25-page limit set for in this Court's Local Rule 7-4(b) was filed with the Court. The parties hereby agree and the Court having considered the papers filed in support of the application, and good cause appearing, hereby orders that the application is GRANTED, and that Defendants shall be permitted to file a 45-page motion in opposition to Plaintiffs' motion for class certification.

**IT IS SO STIPULATED.**

Dated: April 07, 2005            JONES DAY

By:_____/s/_____
     Susan Q. Haines (SBN 224611)

Caroline N. Mitchell
Susan Q. Haines
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

JONES DAY
William V. O'Reilly
Kevin B. Byrd
J. Andrew Read
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile:(202) 626-1700

Attorneys for Defendants Bayer AG, Bayer Corporation and Rhein Chemie Corporation

2
STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ORDER PERMITTING DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION TO EXCEED 25-PAGE LIMIT IN LOCAL RULE 7-4 - MASTER DOCKET NO. C-04-1648 (MJJ)

| | |
|---|---|
| Dated: April 07, 2005 | GOLD BENNETT CERA & SIDENER LLP |
| | By:_____/s/_____<br>Joseph M. Barton |
| | COHEN MILSTEIN HAUSFIELD & TOLL, P.L.L.C.<br>Michael D. Hausfeld<br>Richard A. Koffman<br>Michael W. Byrne<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, D.C. 20005<br>-and-<br>Linda P. Nussbaum<br>150 East 52nd Street, 30th Floor<br>New York, N.Y. 10022 |
| | Co-Chairs of Plaintiffs' Executive Committee |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April __, 2005

_____
The Honorable Martin J. Jenkins
United States District Judge