| | |
|---|---|
| 1 | Alan J. Kessel (Cal. Bar No.: 130707) |
| | Suzanne M. Burke (Cal. Bar No.: 188597) |
| 2 | Kimberly R. Colombo (Cal. Bar No.: 210451) |
| | **BUCHALTER, NEMER, FIELDS & YOUNGER** |
| 3 | A Professional Corporation |
| | 18400 Von Karman Avenue, Suite 800 |
| 4 | Irvine, California 92612-0514 |
| | Telephone: (949) 760-1121 |
| 5 | Facsimile: (949) 720-0182 |
| 6 | Attorneys for Plaintiff DIRECTV, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CV 04-5050 RMW |
| Plaintiff, | Hon. Ronald M. Whyte |
| vs. | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT SAUL CEBALLOS AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** |
| SAUL CEBALLOS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant Saul Ceballos ("Defendant"), through their respective counsel of record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Each of said parties to bear its/his/her own costs and attorney's fees.

The terms of the Confidential Settlement Agreement dated March 3, 2005 ("Agreement") entered into between the Defendant and DIRECTV require installment payments from Defendant, the last of which is not due to be received until April 2006. If the Defendant does not make any payment under the Agreement when due, DIRECTV is authorized to seek the entry of a Judgment in this action against Defendant pursuant to a Stipulation for Entry of Judgment ("Stipulation") executed by the parties concurrently with the Agreement. The parties therefore have consented, and hereby further stipulate and consent to, the retention of jurisdiction over them by this Court and to reference to a Magistrate Judge in this District for the purpose of

BNFY 513345v1                                                    -1-                                                    (CV 04-5050 RMW)
**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT SAUL CEBALLOS AND REQUEST
TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

Dockets.Justia.com

enforcing the payment terms of the Agreement, including entering a Judgment against Defendant pursuant to the Stipulation. The parties therefore respectfully request that the Court retain such jurisdiction.

DATED: April 7, 2005

Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: /s/ Kimberly R. Colombo
    Kimberly R. Colombo
    Attorneys for Plaintiff DIRECTV, Inc.

DATED: March 30, 2005

By: /s/ Saul Ceballos
    Saul Ceballos
    Defendant

BNFY 513345v1      -2-      (CV 04-5050 RMW)

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT SAUL CEBALLOS AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

# **ORDER**

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant Saul Ceballos and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant Saul Ceballos is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his/her own costs and attorney's fees; and

(3) The Court shall retain jurisdiction over DIRECTV and Defendant Saul Ceballos to enforce the terms described above of the Settlement Agreement between those parties dated March 3, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated:

_____
Honorable Ronald M. Whyte
Judge of the United States District Court
Northern District of California