ALEXANDER L. BRAINERD (Bar No. 42722)
MICHAEL K. PLIMACK (Bar No. 133869)
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
SAMUEL F. ERNST (Bar No. 223963)
HELLER EHRMAN WHITE & McAULIFFE LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

MARK S. PARRIS (*Pro hac vice*)
LEONARD J. FELDMAN (*Pro hac vice*)
KALAI LAU (*Pro hac vice*)
HELLER EHRMAN WHITE & McAULIFFE LLP
701 Fifth Ave., Suite 6100
Seattle, WA 98104
Telephone: (206) 447-0900
Facsimile: (206) 447-0849

Attorneys for Defendant and Counterclaimant
MULTILYTE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>MULTILYTE LTD., a British corporation,<br><br>Defendant and Counterclaimant. | Case No.: C-03-3779 WHA<br><br>**MULTILYTE LTD.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br>Date: April 27, 2005<br>Time:. 1:30 p.m.<br>Judge: Hon. William Alsup |

Pursuant to Civil Local Rules 7-10(b) and 79-5(d) and paragraph 11 of the Stipulated Protective Order, approved by the Court's order in this action on February 9, 2004 (a copy of the Protective Order and of the Court's Order Approving the Protective Order are attached hereto as

1

Exhibits A and B), Defendant and Counterclaimant Multilyte Ltd. ("Multilyte") requests to be allowed to file under seal the following documents:

- AMO_000122-151, which is a document entitled, "Technical Primer," prepared in the litigation between Multilyte and Affymetrix in the United Kingdom regarding the foreign counterpart patents to the patents-in-suit, and produced to Multilyte by Affymetrix in this action.
- AVM_US0546296-323, which is a document entitled, "Statistical Algorithm Description Document," and produced to Multilyte by Affymetrix in this action.

The Declaration of Michael K. Plimack in Support of Multilyte's Opposition Briefs ("Declaration of Mr. Plimack") attaches as exhibits these two confidential documents, all of which were designated by Affymetrix as Confidential and/or Confidential—Outside Counsel Only under the Protective Order. The exhibits to the Declaration of Mr. Plimack have been divided into public documents and documents that Affymetrix has designated Confidential and/or Confidential—Outside Counsel Only under the Protective Order. Multilyte seeks to file under seal a confidential version of Mr. Plimack's declaration containing the attached exhibits, including those two documents that have been designated as Confidential and/or Confidential—Outside Counsel Only under the Protective Order. By designating these documents as confidential under the protective order, Affymetrix presumably considers the information so designated to include valuable research, development, commercial, financial and/or technical proprietary data and other information that is regarded as confidential.

DATED: April 7, 2005

HELLER EHRMAN WHITE & MCAULIFFE LLP

By _____
MICHAEL K. PLIMACK

Attorneys for Defendant and Counterclaimant
MULTILYTE LTD.