James Cai, SBN 200189
Judith H. Pearce, SBN 100061
FORTUNE LAW GROUP LLP
100 Century Center Court, Suite 315
San Jose, California 95112
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Defendants and Counterclaimant
BARRY GOLDINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS KANTEMIROV,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BARRY GOLDINE, BIGWHEELS.NET,<br><br>　　　　Defendants.<br>─────────────────────────<br>BARRY GOLDINE,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>BORIS KANTEMIROV, SKIP LIGHTFOOT,<br><br>AND DOES 1-25,<br><br>　　　　Cross-Defendants. | Case No.: C-05-01362 HRL<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE<br><br><br>Judge: Hon. Howard R. Lloyd |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judgment conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the

1
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

The Facebook, Inc. v. Connectu, LLC et al　　Doc. 994

Dockets.Justia.com

United States Court of Appeals for the Ninth Circuit.

Dated: April 8, 2005

_____/s/_____
James Cai
Attorney for Defendant and
Counterclaimant