MARK S. RENNER, SBN 121008
NICOLE E. NAKAGAWA, SBN 233212
WYLIE, McBRIDE, JESINGER, PLATTEN & RENNER
2125 Canoas Garden Avenue Suite 120
San Jose, California 95125
Telephone:    408.979.2920
Facsimile:     408.979.2934
mrenner@wmjpr.com

Attorneys for Plaintiff TRUSTEES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>MADLEM MECHANICAL, INC., a California corporation,<br><br>Defendant. | CASE NO.    C 04 03475 RMW<br><br>**RE- NOTICE OF MOTION FOR DEFAULT JUDGMENT**<br><br>Date:      June 17, 2005<br>Time:     9:00 a.m.<br>Ctrm:     6<br>Judge:    Hon. Ronald M. Whyte |

**TO: MADLEM MECHANICAL, INC.:**

PLEASE TAKE NOTICE that plaintiffs' Motion for Default Judgment previously noticed for May 27, 2005, is hereby RE-NOTICED for June 17, 2005, at 9:00 a.m. in the above-entitled Court located at 280 South First St., San Jose, CA 95113.

Dated: April 25, 2005        WYLIE, MCBRIDE, JESINGER, PLATTEN & RENNER


By_____*/s/*_____
          MARK S. RENNER
          Attorney for Plaintiffs

l:\0039\06413\pleading 2\renotice of motion - 6-17-05.doc

1

RE-NOTICE OF MOTION FOR DEFAULT JUDGMENT
Case No. C 04 03475 RMW

# PROOF OF SERVICE

I declare:

That I am now and at all times herein mentioned a citizen of the United States and a resident of Santa Clara County, California. I am over the age of eighteen years and not a party to the within action. My address is 2125 Canoas Garden Avenue Suite 120, San Jose, CA 95125. On April 26, 2005 I served the

**RE-NOTICE OF MOTION FOR DEFAULT JUDGMENT**

X    <u>By Mail:</u> by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail at San Jose, Santa Clara County, California, addressed as set forth below. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

<u>Facsimile:</u> I personally sent to the addressee's telecopier number a true copy of the above-described document(s). I verified transmission

<u>Overnight Mail:</u> by placing a true copy thereof, enclosed in a sealed U.P.S. overnight-mail envelope with our firm's account number picked up by U.P.S. at our office in San Jose, California addressed as set forth below.

Madlem Mechanical, Inc.
Agent for Process of Service:
William C. Madlem, II
411 Valdez Avenue
Half Moon Bay, CA 94019

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 26, 2005 at San Jose, California.

---

JAN CHARGIN