AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
|---|
| NORTHERN DISTRICT OF CALIFORNIA |

FILED

### OFFENSE CHARGED

36 C.F.R. § 1004.22(b)(3) - Unsafe Operation (Class B misdemeanor); 18 U.S.C. § 13, assimilating C.V.C. § 2800.2(a) - Disregard for Safety of Persons or Property (Class A misdemeanor)

☐ Petty
☐ Minor
☒ Misde-meanor
☐ Felony

**DEFENDANT - U.S.**

► ARIANNA ARIAS

MAY - 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

### PENALTY:

| | CT 1 | CT 2 |
|---|---|---|
| Maximum Prison Term: | 6 Months | 1 Year |
| Maximum Fine: | $5,000 | $10,000 |
| Special Assessment: | $10 | $25 |
| Supervised Release: | None | 1 Year |

# CR 05 00301

MAG

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO. }

MAGISTRATE CASE NO. }

---

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed

Month/Day/Year

DATE OF ARREST ►

Or... if Arresting Agency & Warrant were not    Month/Day/Year

DATE TRANSFERRED TO U.S. CUSTODY ►

---

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

LSF - DILUIGI

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

Dockets.Justia.com

KEVIN V. RYAN (CSBN 118321)
United States Attorney

**FILED**

MAY - 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT.
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

CR 05 00301

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) | VIOLATIONS: 36 C.F.R. § 1004.22(b)(3) - Unsafe Operation (Class B misdemeanor); 18 U.S.C. § 13, assimilating C.V.C. § 2800.2(a) - Disregard for Safety of Persons or Property (Class A misdemeanor) |
| v. | ) | |
| ARIANNA ARIAS, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

COUNT ONE:       (36 C.F.R. § 1004.22(b)(3) - Unsafe Operation)

On or about April 14, 2005, in the Northern District of California, within an area administered by the Presidio Trust, the defendant,

ARIANNA ARIAS,

did fail to maintain that degree of control of a motor vehicle necessary to avoid danger to persons, property and wildlife, in violation of Title 36, Code of Federal Regulations, Section 1004.22(b)(3) (Class B misdemeanor).

COUNT TWO:     (18 U.S.C. § 13, assimilating C.V.C. § 2800.2)

On or about April 14, 2005, in the Northern District of California, within an area administered by the Presidio Trust, the defendant,

ARIANNA ARIAS,

did, with specific intent to evade the officer, willfully flee a pursuing peace officer, whose vehicle was distinctly marked and exhibited at least one visible, lighted red lamp and sounded a siren, while driving the vehicle in willful and wanton disregard for the safety of persons and property, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code, Section 2800.2(a) (Class A misdemeanor).

DATED: ___5/2/05___

KEVIN V. RYAN
United States Attorney

W. _____ FUR

MICHAEL LI-MING WANG
Chief, Major Crimes Division

(Approved as to form: _____

DENEE A. DILUIGI
Special Assistant United States Attorney