1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   KRISTINA M. WERTZ (State Bar No. 235441)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:  415/674-8600
   Facsimile:  415/674-9900
5
   Attorneys for Plaintiffs
6  NICOLE MOSS
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12  NICOLE MOSS, an individual; and            )  **CASE NO. C04-4970 MMC**
    DISABILITY RIGHTS ENFORCEMENT,             )
13  EDUCATION, SERVICES: HELPING               )
    YOU HELP OTHERS, a California public       )  **STIPULATION AND [PROPOSED]**
14  benefit corporation,                       )  **ORDER CONTINUING DISMISSAL OF**
                                               )  **CIVIL ACTION AND CASE**
15       Plaintiffs,                           )  **MANAGEMENT CONFERENCE**
                                               )
16  v.                                         )
                                               )
17  IZZY'S STEAK & CHOP HOUSE, INC., a         )
    California corporation; and LOUIS          )
18  KALISKI, INC., a California corporation,   )
                                               )
19       Defendants.                           )
    _____)
20

21       WHEREAS the parties have reached a settlement and notified the Court of such

22  settlement;

23       WHEREAS the deadline to file dismissal documents was May 6, 2005;

24       WHEREAS the Case Management Conference is presently scheduled for June 17, 2005,

25  with a Joint Case Management Statement due June 10, 2005;

26       WHEREAS the Defendants' preference was to complete approval of the remodel prior to

27  the execution of the Mutual Settlement Agreement and Release;

28

STIPULATION AND [PROPOSED] ORDER CONTINUING DISMISSAL OF CIVIL ACTION       1

1 | WHEREAS Defendants' counsel has furnished Plaintiffs' counsel with photographs of
2 | the remedial repairs;

3 | WHEREAS Plaintiffs' counsel forwarded the photographs of the repairs to Plaintiffs'
4 | access consultant and expects a response within one week, and;

5 | WHEREAS once the remedial repairs made by Defendants are approved by Plaintiffs'
6 | access consultant, the parties will execute the Mutual Settlement Agreement and Release,

7 | Therefore, the parties stipulate, and respectfully request, that the deadline to file
8 | dismissal documents be continued to, and including, June 30, 2005, in order give the parties a
9 | reasonable time consummate the settlement agreement and that the Case Management
10 | Conference and deadline for the Joint Case Management Statement be likewise continued.

11 | This Stipulation may be executed in faxed counterparts, all of which together shall
12 | constitute one original document.

DATED: June 9, 2005            THOMAS E. FRANKOVICH
                               *A PROFESSIONAL LAW CORPORATION*

                               By: _____/s/_____
                                   KRISTINA M. WERTZ
                               Attorneys for Plaintiffs NICOLE MOSS, an individual;
                               and DISABILITY RIGHTS ENFORCEMENT,
                               EDUCATION SERVICES: HELPING YOU HELP
                               OTHERS, a California public benefit corporation

DATED: June 9, 2005            SLIJEPCEVICH & ASSOCIATES

                               By:_____/s/_____
                                   DANIEL SLIJEPCEVICH
                               Attorneys for Defendant IZZY'S STEAK & CHOP
                               HOUSE, INC., a California corporation; and LOUIS
                               KALISKI, INC., a California corporation

**ORDER**

IT IS SO ORDERED THAT:

The dismissal date is continued to, and including, June 30, 2005, in order give the parties a reasonable time consummate the settlement agreement. The Case Management Conference is continued to _____, 2005, with a Joint Case Management Statement due on _____, 2005.

DATED:_____, 2005

_____
Hon. Maxine M. Chesney
U.S. District Judge