Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds- Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| KEN WALTERS; DON DOSER, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FORSGREN ASSOCIATES, INC., et al., <br><br> Defendants. | Case No.: C 04-4709 SC <br><br> **STIPULATION TO DISMISS WITH PREJUDICE AS TO TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; ORDER THEREON** |

Plaintiffs GIL CROSTHWAITE AND JOHN BONILLA, in their respective capacities as

Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR

NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS;

PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING

ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP,

APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND;

OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING

ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS

STIPULATION TO DISMISS WITH PREJUDICE; ORDER THEREON;
Case No.: C 04-4709 SC
     - 1

MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE ("Plaintiffs") and Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("SURETY") stipulate and agree to the following:

1.  Plaintiffs and SURETY executed a SETTLEMENT AGREEMENT AND ASSIGNMENT in order to resolve the above-captioned proceeding.

2.  In light of the SETTLEMENT AGREEMENT AND ASSIGNMENT, the above-captioned matter is dismissed with prejudice pursuant to Federal Rule of Procedure 41(a)(1) as to SURETY.

3.  Each party to this Stipulation will bear their own attorneys' fees and costs relating to this proceeding with respect to the other party to this Stipulation.

4.  The Court will retain jurisdiction over the above-captioned proceeding to enforce the terms of the SETTLEMENT AGREEMENT AND ASSIGNMENT referenced in paragraph 1 above.

RESPECTFULLY SUBMITTED.

DATED: 6/28/05

OPERATING ENGINEERS LOCAL UNION
NO. 3 TRUST FUNDS – MULTI-SERVICES

By: _____
TRACY L. MAINGUY
ATTORNEY FOR PLAINTIFFS

DATED: 06/28/05

By: _____
ROGER MASON
ATTORNEY FOR DEFENDANT
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

STIPULATION TO DISMISS WITH PREJUDICE; ORDER THEREON;
Case No.: C 04-4709 SC
- 2

**ORDER**

Based upon the above-stated stipulation for dismissal of action with prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is dismissed with prejudice as to as to Defendant TRAVELERS CAUSALTY AND SURETY COMPANY OF AMERICA only. The Court retains jurisdiction to enforce the terms of the SETTLEMENT AGREEMENT AND ASSIGMENT executed by the Plaintiffs and Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA.

Dated:

_____
SAMUEL CONTI
HON. UNITED STATES DISTRICT COURT JUDGE