UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CHAVEZ,<br>             Plaintiff(s),<br><br>  v.<br><br>FOOT LOCKER, Inc., et al.,<br>      Defendant.<br>_____/ | No. C 04-5407 JF<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel promptly shall file either a **Stipulation Selecting ADR Process/ADR Certification**, along with a **Proposed Order for Referral to ADR Process**, or a **Notice of Need for ADR Phone Conference/ADR Certification** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c)), ADR L. R. 3-5(c)), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

///

///

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur before the Case Management Conference.

Dated: June 29, 2005

RICHARD W. WIEKING
Clerk

by: Timothy Smagacz

/ s /

ADR Program Administrative Assistant

# PROOF OF SERVICE

Case Name:        Chavez v. Foot Locker, Inc., et al.

Case Number:      C 04-5407 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

    ADR Program
    United States District Court
    Northern District of California
    450 Golden Gate Avenue Floor 16
    San Francisco, CA 94102

On June 29, 2005, I served a true and correct copy of:

**Notice Re: Non-Compliance with Court Order**

____X_____electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

Robert David Baker                                                   Annie Y.S. Chuang

Ingrid L. Peterson

_____by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

_____by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 29, 2005 in San Francisco, California.

          RICHARD W. WIEKING
          Clerk
          by:    Timothy Smagacz

          _____/ s /_____
          ADR Program Administrative Assistant
          (415) 522-4205 tim_smagacz@cand.uscourts.gov

G:\ADRALL\Non-Compliance\Notice Re Noncompliance.wpd           REV 10/04