***E-FILED - 7/5/05***

CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date: June 27, 2005

Before:   JUDGE RONALD M. WHYTE

    JACKIE GARCIA    Courtroom Deputy Clerk

    LEE-ANNE SHORTRIDGE    Court Reporter

CASE NO.  C-02-05509-RMW

METABYTE, INC.    vs.  CANAL+ TECHNOLOGIES

PROCEEDINGS: FURTHER JURY TRIAL PROCEEDINGS

Jury present.  W#1 - Manu Mehta resumed the stand for further redirect and recross.  W#5 - Vincent Thomas was called to the stand.  The witness was examined and excused. Further jury trial proceedings is set for June 28, 2005 @ 8:00 am.