☐ DOCUMENTS UNDER SEAL

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Betty Fong | REPORTER/TAPE NO.<br>6:10-7:30p (8 def. -10 min. each) | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>Nandor J. Vadas | DATE<br>July 1, 2005 | ☐ NEW CASE | CASE NUMBER<br>CR05-0395 MMC |

### APPEARANCES

| DEFENDANT<br>Hye Cha Kim | AGE<br>46 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Chris Cannon | ☐ PD.<br>☐ APPT.<br>☒ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Peter Axelrod | INTERPRETER<br>Korean - Song A. Park | | | FIN. AFFIDAVIT SUBMITTED ☐<br>DEFENDANT ELIGIBLE FOR<br>APPOINTED COUNSEL ☐<br>COUNSEL APPOINTED ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Jill Brenny / Josh Libby | | | PARTIAL PAYMENT OF CJA<br>FEES ORDERED ☐ | |

FILED JUL X 1 2005 (stamp)

### PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD *)

| ☒ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | ➡ AMOUNT OF SECURITY<br>$300,000 secured | AMOUNT RECEIVED<br>$ | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED     REAL PROPERTY:

☐ CASH     ☐ CORPORATE SECURITY     ☐

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF     OTHER:

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

### CONTINUANCE

| TO: 7/13/05 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 2:30 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. MMC | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | Govt to submit order | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☒ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

### ADDITIONAL PROCEEDINGS

Government moved to unseal Indictment. Order signed. Defendant is released on bond and is ordered to appear before EMC on 7/8/05 at 9:30 a.m. to post bond. Defendant informed court that government already ceased passport. Defendant is ordered to process with Marshal.

COPIES SENT TO: Pretrial/Tracy Lucero/Betty/finance     DOCUMENT NUMBER: