THE HONORABLE RONALD M. WHYTE

DORSEY & WHITNEY LLP
Diane J. Mason (SBN 168202)
Four Embarcadero Center, Suite 3400
San Francisco, CA 94111-4187
Telephone: (415) 781-1989

DORSEY & WHITNEY LLP
Brian C. Park (Admitted *pro hac vice*)
Douglas F. Stewart (Admitted *pro hac vice*)
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 903-8800

Attorneys for Plaintiff Sonista, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SONISTA, INC., a California corporation, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> DAVID HSIEH, an individual, ) <br> TECHPAC, INC., a California corporation, ) <br> and PIXA, INC., a California corporation, ) <br> ) <br> Defendants. ) <br> _____ ) | No. C-04-4080 RMW <br><br> SONISTA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

Plaintiff Sonista, Inc. hereby requests that the Court accept its Motion To Compel, filed concurrently herewith, for filing under seal. Sonista's request is made necessary by Defendants' designation of portions of deposition transcripts as Attorney's Eyes Only under the Court's April 27, 2005 Protective Order. Sonista has relied upon certain excerpts of those portions in its Motion To Compel. Specifically, Sonista has relied upon pages 208, 212, and 263-267 of the deposition transcript of David Hsieh, which have been designated as containing Attorneys Eyes Only ("AEO") information. Additionally, Sonista's motion seeks the declassification of certain of Defendants' documents from AEO to confidential. Those documents are also submitted for the Court's review.

The following portions of Sonista's filings contain information designated by Defendants as Attorneys Eyes Only:

(1) Sonista's Motion To Compel, pp. 3-5.

(2) Exhibit 13 to the Declaration of Douglas Stewart In Support Of Sonista's Motion To Compel.

(3) Exhibit 1 to the Declaration of Brian Park In Support Of Sonista's Motion To Compel.

DATED this 18th day of July, 2005.

Respectfully submitted,

DORSEY & WHITNEY LLP

_____
Brian C. Park (*pro hac vice*)
Douglas F. Stewart (*pro hac vice*)
U.S. Bank City Centre Building
1420 Fifth Avenue, Suite 3400
Seattle, Washington 98101
Telephone: (206) 903-8800
Facsimile: (206) 903-8820

DORSEY & WHITNEY LLP
Diane J. Mason (SBN 168202)
Four Embarcadero Center, Suite 3400
San Francisco, CA 94111-4187
Telephone: (415) 781-1989

Attorneys for Plaintiff Sonista, Inc.

# CERTIFICATE OF SERVICE

I, Marlon R. Munoz, hereby certify that on July 18, 2005, I caused to be served a true copy of Plaintiff Sonista, Inc.'s Administrative Motion To File Under Seal on counsel for defendants David Hsieh, Techpac, Inc., and Pixa, Inc., as follows:

John F. McIntyre, Jr.
POPELKA ALLARD, A P.C.
160 W. Santa Clara Street, 12th Floor
San Jose, CA 95113-1733
Fax: (408) 275-0814

VIA HAND DELIVERY.

DATED this 18th day of July, 2005.

_____
MARLON R. MUNOZ