| | |
|---|---|
| 1 | TERRY D. GARNETT (SBN 151212) |
| | terrygarnett@paulhastings.com |
| 2 | PETER J. WIED (SBN 198475) |
| | peterwied@paulhastings.com |
| 3 | JAY C. CHIU (SBN 205385) |
| | jaychiu@paulhastings.com |
| 4 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 515 South Flower Street |
| 5 | Twenty-Fifth Floor |
| | Los Angeles, CA 90071-2228 |
| 6 | Telephone: (213) 683-6000 |
| | Facsimile: (213) 627-0705 |
| 7 | |
| | Attorneys for Defendants |
| 8 | FOXCONN ELECTRONICS, INC., |
| | FOXCONN TECHNOLOGY CO., LTD., and |
| 9 | HON HAI PRECISION INDUSTRY CO., LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 15 | ATS AUTOMATION TOOLING SYSTEMS, INC. AND THERMAL FORM & FUNCTION, LLC, | CASE NO. C03-2648 PJH (EDL) |
| 16 | | **DECLARATION OF PETER J. WIED IN SUPPORT OF DEFENDANTS MOTIONS IN LIMINE** |
| 17 | Plaintiffs, | |
| 18 | vs. | Date: August 18, 2005 |
| 19 | FOXCONN ELECTRONICS, INC., FOXCONN TECHNOLOGY CO., LTD., HON HAI PRECISION INDUSTRY CO., LTD., | Time: 2:30 p.m. |
| | | Judge: The Honorable Phyllis J. Hamilton |
| 21 | Defendant. | |

Case No. C03-2648 PJH (EDL)                                                                 DECLARATION OF PETER J. WIED

I, Peter J. Wied, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP, attorneys of record for Foxconn.

2. If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

3. Attached hereto as Exhibit A is a true and correct copy of the November 15, 2004 Stipulated Request for Modification of Expert Discovery Deadlines and Order.

4. Attached hereto as Exhibit B is a true and correct copy of the Supplemental Report of Dr. Robert J. Moffat dated June 30, 2005.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts from the Deposition of Robert DeHoff on July 21, 2004.

6. Attached hereto as Exhibit D is a true and correct copy of excerpts from the Deposition of Bruce Seeley on January 7, 2005.

7. Attached hereto as Exhibit E is a true and correct copy of the Expert Report of Dr. Robert J. Moffat dated December 8, 2004.

8. Attached hereto as Exhibit F is a true and correct copy of the Report of Expert William Maltz in Response to Report of Dr. Robert J. Moffat dated January 12, 2005.

9. Attached hereto as Exhibit G is a true and correct copy of the Court's

Order re Motions for Summary Judgment and Supplemental Claim Construction dated May 20, 2005.

Executed this 19th day of July, 2005, at Los Angeles, California.

By: /s/ Peter J. Wied
PETER J. WIED

Case No. C03-2648 PJH (EDL) -3- DECLARATION OF PETER J. WIED