| | |
|---|---|
| 1 | RICHARD I. YANKWICH (Bar No. 089924) |
| | CHRISTINE K. CORBETT (Bar No. 209128) |
| 2 | DLA PIPER RUDNICK GRAY CARY US LLP |
| | 2000 University Avenue |
| 3 | East Palo Alto, CA 94303-2215 |
| | Tel: 650.833.2000 |
| 4 | Fax: 650.833.2001 |
| 5 | Attorneys for Defendant |
| | Navini Networks, Inc. |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 11 | RAZZO LINK, INC., | CASE NO. C 05-01475 RMW |
| 12 | Plaintiff, | |
| 13 | v. | **THIRD STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| 14 | NAVINI NETWORKS, INC., a Texas Corporation; SOLUNET, INC., a Florida Corporation., | |
| 15 | | **E-FILING** |
| 16 | Defendants. | |

Plaintiff Razzo Link, Inc. ("Plaintiff") and Defendants Navini Networks, Inc. ("Navini") and Solunet, Inc. ("Solunet") (collectively, "Defendants"), by and through their respective counsel, stipulate as follows:

WHEREAS, the First Amended Complaint in this action was filed by Plaintiff on May 19, 2005; and

WHEREAS, Civil L.R. 6-1 provides, in pertinent part, that the "[p]arties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint…provided the change will not alter the date of any event or any deadline already fixed by Court order;" and

WHEREAS, this Third Stipulation will not alter the date of any event or deadline already fixed by the Court;

NOW, THEREFORE, Plaintiff and Defendants, through their respective counsel, hereby agree and stipulate that Defendants shall have to and including **August 11, 2005**, to file their responses to the First Amended Complaint.

**IT IS SO STIPULATED.**

Dated: July __, 2005                              Dated: July __, 2005

CARROLL, BURDICK & McDONOUGH LLP                  DLA PIPER RUDNICK GRAY CARY US LLP

By_____                 By_____
JAMES W. HENDERSON, JR.                           RICHARD I. YANKWICH
TANIA H. COLDERBANK                               CHRISTINE K. CORBETT

Attorneys for Plaintiff                           Attorneys for Defendant
RAZZO LINK, INC.                                  NAVINI NETWORKS, INC.

Dated: July __, 2005

HOLLAND & KNIGHT LLP

By_____
CHARLES L. COLEMAN, III

Attorneys for Defendant
SOLUNET, INC.

# 3075996_v1

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper Rudnick Gray Cary US LLP, 2000 University Avenue, East Palo Alto, California 94303-2215. On July 29, 2005, I served the within documents:

**THIRD STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at East Palo Alto, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

ATTORNEYS FOR DEFENDANT, SOLUNET, INC.

Charles Coleman, Esq.
Holland & Knight LLP
222 Lakeview Avenue, Ste. 1000
West Palm Beach, Florida 33401
Tel: (561) 833-2000
Fax: (561) 651-8399

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on July 29, 2005, at East Palo Alto, California.

_____
Carmen R. Manzano

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7189147.1
350767-900000

PROOF OF SERVICE
USDC CASE NO. C 05-01475 PVT