UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | No. C       EDL |
|---|---|
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| Defendant(s). | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 2, 2005            /S/ SHERRY LYNN MINSON
Signature

Counsel for PLAINTIFF
(Plaintiff, Defendant or indicate "pro se")