J. Russell Stedman (117130; rstedman@barwol.com)
Jennifer N. Lee (230727; jlee@barwol.com)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Plaintiff
SUN LIFE ASSURANCE COMPANY OF CANADA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, a Massachusetts corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JULIE ANN GROSS, individually, and JULIE ANN GROSS as Administrator of the ESTATE OF JACQUELINE WATSON,<br><br>Defendants. | Case No. 5:05-cv-01952-JF<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: September 6, 2005

BARGER & WOLEN LLP

By: /s/ J. Russell Stedman
J. RUSSELL STEDMAN
JENNIFER N. LEE
Attorneys for Plaintiff
SUN LIFE ASSURANCE
COMPANY OF CANADA

The Facebook, Inc. v. Connectu, LLC et al — Doc. 1223

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

i:\office9\9795\085\05pleadings\ntc vol dismissal.doc

NOTICE OF VOLUNTARY DISMISSAL

Dockets.Justia.com