|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |

| | | |
|---|---|---|
| 3 | | |
| 4 | MICHAEL GELLER, | C 05-307 PVT |
| 5 | *Plaintiff(s),* | **CLERK'S NOTICE RESCHEDULING** |
| 6 | vs. | **CASE MANAGEMENT    CONFERENCE** |
| 7 | E.T. ELECTRICAL INC., | |
| 8 | *Defendant(s).* | |

9

10   Please take notice that the Case Management Conference scheduled for October 4,

11  2005 at 2:00 p.m. has been rescheduled for **December 13 , 2005 at 2:00 p.m.** before

12  Magistrate Patricia V. Trumbull**.**  Parties are to appear in courtroom #5, 4th Floor of the U.S.

13  Courthouse, 280 South First Street, San Jose, California.

14

15  Dated: October 4,  2005           /s/ Corinne Lew

16                                    Corinne Lew
                                      DEPUTY CLERK