IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIXART IMAGING, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>    Defendant.<br>_____/ | NO. C 03-04871 JW<br><br>**ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT** |

The hearing on Plaintiff's motion for summary judgment currently scheduled for October 24, 2005 is continued to November 14, 2005.

Dated: October 6, 2005

03eciv4871ctd

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan J. Heinrich aheinrich@irell.com
Daralyn J. Durie djd@kvn.com
Eugene M. Paige EMP@kvn.com
Leo L. Lam leo@kvn.com
Matthew Mickle Werdegar mmw@kvn.com
Morgan Chu mchu@irell.com
Richard Elgar Lyon rlyon@irell.com
Samuel Kai Lu slu@irell.com

Dated: October 6, 2005            Richard W. Wieking, Clerk


By:___/s/ JW Chambers_____
       **Ronald L. Davis**
       **Courtroom Deputy**