# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: 10/11/05

CR 05-00097SBA     **JUDGE:** SAUNDRA BROWN ARMSTRONG

**JODIAH PORTER**     Present (X) Not Present ( ) In Custody (X)
DEFENDANT(S)

STEVE CORRIGAN     REBECCA SILBERT
U.S. ATTORNEY     ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark     DIANE SKILLMAN
    **Court Reporter**

Interpreter     Probation Officer

### PROCEEDINGS

**REASON FOR HEARING:** STATUS -HELD

**RESULT OF HEARING:** COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 11/8/05; NO REPLY IS NECESSARY BUT IF DEFENDANT CHOOSES TO FILE A REPLY IT IS DUE ON 11/29/05

**JUDGMENT:**

### PROCEEDINGS

Case Continued to _____ for Further Status /Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.

Case Continued to **12/13/05** @ 11:00 a.m. for **DECISION ON MOTIONS**

Brief Sched. Motion papers by **11/8/05** Opposition by **11/22/05** Reply by **11/29/05**

Case Continued to _____ for Pretrial Conference at 11:00 a.m.

Pretrial Papers Due _____ Motions in limine/objections to evidence due _____

Responses to motions in limine and/or responses to objections to evidence due _____

Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.

Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.

**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**