**FILED**

NOV 28 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Walters,

    Plaintiff(s),

v.

Jurin,

    Defendant(s).

No. C 05-01169 MMC ENE

**Certification of ADR Session**

_Instructions_: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) _No Session_

2. Did the case settle? ✱ ☐ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☐ no

4. IS THIS ADR PROCESS COMPLETED?    ☐ YES    ☐ NO

Dated: _11-21-05_

_[signature]_
Evaluator, Charles S. Loughran
Mediator, Arbitrator & Fact Finder
6318 Bullard Dr.
Oakland, CA 94611

✱ Parties telephoned me the day prior to the ENE session that they had reached an agreement to settle.

Certification of ADR Session
05-01169 MMC ENE