1  DAVID J. REIS (No. 155782)
   DIPANWITA DEB AMAR (No. 184779)
2  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California  94111-4024
   Telephone:   415/434-1600
5  Facsimile:   415/217-5910

6  Attorneys for Defendants
   PROVIDIAN BANCORP SERVICES AND
7  PROVIDIAN FINANCIAL HEALTH PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANITA B. CARR,<br><br>        Plaintiff,<br><br>    v.<br><br>LIBERTY LIFE ASSURANCE COMPANY, et al.,<br><br>        Defendants. | No. C 05-03190 TEH<br><br>Action Filed: August 5, 2005<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS PROVIDIAN BANCORP SERVICES AND PROVIDIAN FINANCIAL HEALTH PLAN TO DISMISS AND, IN THE ALTERNATIVE, TO COMPEL ARBITRATION**<br><br>Date:    January 30, 2006<br>Time:   10:00 a.m.<br>Place:  Courtroom 12<br>Judge:  Hon. Thelton E. Henderson<br><br>Trial Date:  None Set |

[PROPOSED] ORDER GRANTING MOTION TO DISMISS AND TO COMPEL ARBITRATION    C 05-03190 TEH

Defendants Providian Bancorp Services and Providian Financial Health Plan (collectively "Defendants") Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) and/or, in the alternative, Motion to Compel Arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* and the California Arbitration Act, Cal. Code Civ. Proc. §1281 *et. seq.* and Motion to Stay was heard by the Court on January 30, 2006.

Having considered the moving and opposing papers and the arguments of counsel, as well as the pleadings, documents and records on file in this action, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

(1) Defendants' Motion to Dismiss is GRANTED. Plaintiff's First Amended Complaint is dismissed as to Defendants; **or**

(2) Defendants' Motion to Compel Arbitration is GRANTED. Plaintiff's claims against Defendants shall be resolved via binding arbitration. In addition, Defendants Motion to Stay Pending Arbitration is GRANTED. All proceedings against Defendants in this action shall be stayed pending resolution of arbitration.

_____
Honorable Thelton E. Henderson
United States District Court for the Northern
District of California