| | |
|---|---|
| 1 | Thomas N. Petersen, CSB #103037 |
| 2 | Black, Chapman, Webber, Stevens, Petersen & Lundblade<br>Attorneys at Law |
| 3 | 930 West Eighth Street<br>Medford, Oregon 97501 |
| 4 | (541) 772-9850<br>Facsimile (541) 779-7430 |
| 5 | litigation@blackchapman.com |
| 6 | Attorney for Plaintiffs |

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF JOSEPH WILLIAM EDWARD ALBERTS, by and through his Personal Representatives, William Alberts and Laura Alberts, WILLIAM ALBERTS, individually, LAURA ALBERTS, individually,

Plaintiffs,

vs.

COUNTY OF DEL NORTE, a political subdivision of the State of California; Del Norte County Sheriff Dean Wilson; Del Norte County Sheriff Jail Commander Tony Luis, an individual; Del Norte County Correctional Officer Gary Potter, an individual; Del Norte County Correctional Officer Greg Flores, an individual; Del Norte County Correctional Officer Michael Seaman, an individual; Del Norte County Correctional Officer Heath Schaad, an individual; Del Norte County Correctional Officer Drew Davis, an individual; Del Norte County Correctional Officer Randy MacKendrick, an individual; Del Norte County Correctional Officer Sean Brannon, an individual; Del Norte County Correctional Officer Teri Hill, an individual; Del Norte County Correctional Officer Jessica Reidel-Seaman, an individual; Del Norte County Correctional Officer Cindy Dabis, an individual; Del Norte County Correctional

CASE NO. C 05 3216 MJJ

**NOTICE OF STANDING ORDER**

- 1 - NOTICE OF STANDING ORDER
C 05 3216 MJJ

BLACK, CHAPMAN, WEBBER , STEVENS, PETERSEN & LUNDBLADE
ATTORNEYS AT LAW
930 W. 8TH STREET
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
litigation@blackchapman.com

| | |
|---|---|
| 1 | Officer Jeff Winkelman, an individual; Del Norte County Correctional Officer James Burke, an individual; Del Norte County Correctional Officer April Bourdlaies, an individual; Howard Croy, PAC, an individual; James Phillips, RN, an individual; and Linda Randow, RN, an individual |
| | Defendants. |

Plaintiff hereby gives notice of the Honorable Judge Martin J. Jenkins' Standing Order, a copy of which is attached.

DATED this 19th day of October, 2005.

BLACK, CHAPMAN, WEBBER, STEVENS, PETERSEN & LUNDBLADE

_____
Thomas N. Petersen, CA # 103037
Attorney for Plaintiffs

- 2 - NOTICE OF STANDING ORDER
C 05 3216 MJJ

BLACK, CHAPMAN, WEBBER, STEVENS, PETERSEN & LUNDBLADE
ATTORNEYS AT LAW
930 W. 8TH STREET
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
litigation@blackchapman.com

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | Case Name: *Estate of Joseph Alberts, et al. v. County of Del Norte, et al.* |
| | Court: U.S. District Court, Northern District of California |
| 3 | Case No.: C 05 3216 |

I am a resident of the United States and of the State of Oregon. I am employed in the County of Jackson. My business address is c/o Black, Chapman, Webber, Stevens & Petersen, 930 W. 8th Street, Medford, Oregon 97501. My business telephone number is (541) 776-2899, extension 223; fax number is (541) 779-7430. I am over the age of eighteen years. I am not a party to the within action or proceeding.

On **October 20, 2005**, I served a copy of the following document(s) by the method indicated below, and addressed to the parties listed below and/or listed on an attached Mailing List:

**NOTICE OF STANDING ORDER**

I am familiar with the practice of Black, Chapman, Webber, Stevens & Petersen for the collection and processing of correspondence for mailing with the United States Postal Service. In accordance with the ordinary course of business, the above-mentioned document(s) would have been deposited with the United States Postal Service on the same day on which it was placed at Black, Chapman, Webber & Stevens for deposit:

✓ by placing, or causing to be placed, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Medford, Oregon, addressed(es) as set forth below and/or listed on an attached Mailing List. (CCP §§1012, 1013 and 1013(a))

\_\_\_\_ by causing a true copy thereof to be delivered to the person(s) and at the address(es) set forth below, by and/or through the services of:
   a. \_\_\_\_ United Parcel Service
   b. \_\_\_\_ U.S. Express Mail
   c. \_\_\_\_ FAX (Followed by First Class Mail; Rules of Court §2009 and §2010) Pursuant to Rules of Court §2009 (i)(3), this document was sent by facsimile transmission and this transmission was reported as complete and without error. A copy of this transmission report shall be attached to this proof of service and kept with the file.

**SEE ATTACHED MAILING LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing it true and correct.

DATED: **October 20, 2005**

Katrina F. Moore

- 1 - PROOF OF SERVICE

# MAILING LIST

Case Name: *Estate of Joseph Alberts, et al. v. County of Del Norte, et al.*
Court: U.S. District Court, Northern District of California
Case No.: C 05 3216

John M. Vrieze
Mitchell, Brisso, et al.
814 Seventh Street
Eureka, CA 95501-1114
TEL: (707) 443-5643
FAX (707) 444-9586

    Attorneys for Defendants

- 2 - PROOF OF SERVICE

**BLACK, CHAPMAN, WEBBER & STEVENS**
**ATTORNEYS AT LAW**
**930 W. 8TH STREET**
**MEDFORD, OREGON 97501**
**(541) 772-9850**