☐ DOCUMENTS UNDER SEAL

# MAGISTRATE JUDGE MINUTE ORDER

| MAGISTRATE JUDGE | DEPUTY CLERK | REPORTER/TAPE NO. | | |
|---|---|---|---|---|
| James Larson | Wings Hom | FTR 10:10-10:11 | | |
| | DATE | | ☐ NEW CASE | CASE NUMBER |
| | October 18, 2005 | FILED | | 3-05-70696 BZ |

**APPEARANCES**

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | ☐ PD. ☐ APPT. ☐ RET. |
|---|---|---|---|---|---|
| Nancy Kharsa | | N | P | Geoff Hansen | |
| U.S. ATTORNEY | INTERPRETER | | | FIN. AFFIDAVIT SUBMITTED ☐ | |
| Barbara Silano | | | | DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | COUNSEL APPOINTED ☐ | |
| | Jill Brenny | | | PARTIAL PAYMENT OF CJA FEES ORDERED ☐ | |

**PROCEEDINGS SCHEDULED TO OCCUR**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEARANCE | ☒ | PRELIMINARY HEARING — Not Held | ☐ | MOTION | ☐ | JUDGMENT & SENTENCING | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☒ | OR ARRAIGNMENT | ☐ | BOND POSTING/SIGNING | ☐ | IA ON PETITION TO REVOKE PROB. | ☐ | TRIAL |
| ☐ | DETENTION HEARING | ☐ | REMOVAL HEARING | ☐ | CHANGE OF PLEA | ☐ | PROB. REVOC. OR SUPV. REL. HRG. | ☐ | OTHER |

**INITIAL APPEARANCE**

☐ ADVISED OF RIGHTS  ☐ ADVISED OF CHARGES  ☐ NAME AS CHARGED IS TRUE NAME  ☐ TRUE NAME:

**ARRAIGNMENT**

☐ ARRAIGNED ON INFORMATION  ☐ ARRAIGNED ON INDICTMENT  ☐ READING WAIVED SUBSTANCE STATED  ☐ WAIVER OF INDICTMENT FILED

**RELEASE**

☐ RELEASED ON O/R  ☐ ISSUED APPEARANCE BOND  ➤ AMOUNT OF SECURITY  AMOUNT RECEIVED $  ☐ PASSPORT SURRENDERED DATE:

PROPERTY POSTED/TO BE POSTED  REAL PROPERTY:
☐ CASH $  ☐ CORPORATE SECURITY  ☐

☐ MOTION FOR DETENTION  ☐ PRETRIAL SERVICES REPORT ORDERED  ☐ DETAINED  ☐ RELEASED  ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED  ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF  OTHER:

**PLEA**

☐ CONSENT ENTERED  ☐ NOT GUILTY  ☐ GUILTY  ☐ GUILTY TO COUNTS:
☐ PRESENTENCE REPORT ORDERED  ☐ CHANGE OF PLEA  ☐ PLEA AGREEMENT FILED  ☐ OTHER:

**CONTINUANCE**

| TO: 11-15-05 | ☐ I.D. COUNSEL | ☐ BOND POSTING/SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. EMC | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

**ADDITIONAL PROCEEDINGS**

Govt to submit ord for excludable time.

COPIES SENT TO: Venice, Betty F.

DOCUMENT NUMBER: