1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Scott G. Lawson (Bar No. 174671)
2     scottlawson@quinnemanuel.com
     William Morehead (Bar No. 233361)
3     williammorehead@quinnemanuel.com
     50 California Street, 22nd Floor
4   San Francisco, California 94111
     Telephone:    (415) 875-6600
5   Facsimile:     (415) 875-6700

6   Attorneys for Defendant INTERNATIONAL
     BUSINESS MACHINES CORPORATION
7

8

                   UNITED STATES DISTRICT COURT
9

               NORTHERN DISTRICT OF CALIFORNIA
10

                    SAN JOSE DIVISION
11

| | |
|---|---|
| SAM ABBOUD, | CASE NO. C04-00017 JW |
| Plaintiff, | **DECLARATION OF JAMES DONAHOE IN SUPPORT OF DEFENDANT IBM'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Date:     January 23, 2006<br>Time:     9:00 a.m.<br>Crtrm.:   Hon. James Ware |
| Defendant. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dockets.Justia.com

1    I, James Donahoe, declare as follows:

2    1.    I submit this declaration in support of Defendant IBM's Motion for

3    Summary Judgment, or in the alternative, Partial Summary Judgment. The matters referred to in

4    this declaration are based upon my personal knowledge and, if called as a witness, I could and

5    would testify competently to those matters.

6    2.    In 2002, I was employed by International Business Machines Corporation

7    ("IBM") as a Human Resources Manager for the Storage Technology Division.

8    3.    Following his reinstatement, I was the Human Resources representative

9    who assisted management in locating and placing Sam Abboud in a new position in the Tribology

10   Department. Based on my understanding, as compared to Mr. Abboud's former position in the

11   Thin-Film Recording Head Department, this position had the same title of Senior Engineer, the

12   same band level (9), the same salary, the same benefits, materially similar Senior Engineer-level

13   responsibilities, and similar opportunities for advancement.

14   ///

15   ///

16   ///

17   ///

18

19

20

21

22

23

24

25

26

27

28

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3    Executed this _15_<sup>TH</sup> day of December, 2005, at _PALO ALTO_, _CA._.

4

5

6    By _James Donahoe_

7    JAMES DONAHOE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

50727/1803013.1

Case No. C04-00017 JW
DECLARATION OF JAMES DONAHOE