LAW OFFICE OF RON BOCHNER
Ron K. Bochner - 160093
72 N. Fifth St., Suite 15
P.O. Box 90566
San Jose, CA 95109
(510) 272-0998

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD, | Case No. CV 04-04619 SI |
| Plaintiff, | DISMISSAL OF ACTION |
| vs. | |
| BLUE RIDGE BANK, et al. | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Richard Howard dismisses this matter with prejudice.

December 28, 2005

Ron Bochner
Attorney for plaintiff
RICHARD HOWARD

IT IS SO ORDERED

*signature*
Judge Susan Illston

Law Office of Ron Bochner, 72 N. Fifth St., Suite 15, San Jose, California 95109
Tel (510) 272-0998