| | |
|---|---|
| 1 | NOMI L. CASTLE, Bar No. 113636 |
| | ROBERT NIDA, Bar No. 196081 |
| 2 | CASTLE & ASSOCIATES |
| | 1925 Century Park East, Suite 210 |
| 3 | Los Angeles, CA  90067-2712 |
| | Telephone:  (310) 286-3400 |
| 4 | Facsimile:   (310) 286-3404 |

Attorneys for Defendants
TUTOR-SALIBA CORPORATION; TUTOR-SALIBA PERINI &
BUCKLEY, J.V.; PERINI CORPORATION; BUCKLEY &
COMPANY, INC. and RONALD N. TUTOR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation and a political subdivision of the State of California and DENNIS J. HERRERA, City Attorney for San Francisco, on behalf of the PEOPLE OF THE STATE OF CALIFORNIA,<br><br>              Plaintiffs,<br><br>       vs.<br><br>TUTOR-SALIBA CORPORATION; a California corporation; TUTOR-SALIBA PERINI & BUCKLEY, J.V., a California joint venture; PERINI CORPORATION, a Massachusetts corporation; BUCKLEY & COMPANY INC., a Pennsylvania corporation; AMERICAN HOME INSURANCE COMPANY, a New York corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; SWISS REINSURANCE AMERICA CORPORATION, a New York corporation; THE AETNA CASUALTY AND SURETY COMPANY, a Connecticut corporation; and RONALD N. TUTOR,<br><br>              Defendants. | Case No. C 02 5286 CW (EWC)<br><br>**DECLARATION OF ROBERT NIDA FILED IN SUPPORT OF MOTION TO ENFORCE PRIOR ORDER AND MOTION FOR CONTEMPT OF COURT FOR FAILURE TO COMPLY WITH ORDER OF THE SPECIAL MASTER TO CERTIFY PRODUCTION OF DOCUMENTS (DOCKET 717)**<br><br>Complaint Filed: November 1, 2002<br><br>Trial Date Set: January 30, 2007<br><br>**Date:        TBD**<br>**Time:        TBD**<br>**Location: JAMS**<br>             **2 Embarcadero Center**<br>             **Suite 1100**<br>             **San Francisco, California**<br>**Before:     Special Master**<br>             **Justice Daniel M. Hanlon,**<br><br>**[FILED CONCURRENTLY WITH THE NOTICE OF MOTION AND MOTION; AND PROPOSED ORDER]** |

DECLARATION OF ROBERT NIDA IN SUPPORT
OF MOTION TO ENFORCE ORDER

C 02 5286 CW (EMC)

I, ROBERT NIDA declare:

1. I am an associate for the firm Castle & Associates, attorneys of record for Defendants Tutor-Saliba Corporation, ("Tutor-Saliba"); Tutor-Saliba Perini & Buckley, J.V., ("TSPB"); Perini Corporation, ("Perini"); Buckley & Company, Inc., ("Buckley"), and Ronald N. Tutor, ("Mr. Tutor"), (hereinafter sometimes collectively referred to as "Defendants") in this action.

2. I am duly licensed to practice law in all of the courts of the State of California and before the United States District Court for the Northern District of California.

3. I make this declaration of my own personal knowledge and if called as a witness herein, I could and would competently testify to all of the facts stated below.

4. On August 11, 2005, the Special Master filed Docket 717, a recommendation requiring Plaintiffs to file a pleading affirming that Plaintiffs have produced all documents associated with Priorities One through Seven of Defendants' First Request to Produce Documents. A copy of the recommendation of the Special Master is attached hereto as Exhibit 1. The recommendation concerned a Motion filed by the Tutor Defendants concerning the production of documents requested on October 24, 2003. The Motion was heard on March 11, 2005.

5. On August 26, 2005, Magistrate Judge Chen filed Document Number 731, an Ordering affirming the decision of the Special Master. A copy of the Order of the District Court is attached hereto as Exhibit 2.

6. Since the filing of the Special Master's Recommendation and Order of Judge Chen, the Tutor Defendants have attempted to have Plaintiffs comply with the Order and produce the required affirmation. Plaintiffs have ignored Defendants' requested, refused to comply and/or made false promises when Plaintiffs' would comply.

7. Most recently, on December 16, 2005, I (along with David Romyn of Castle & Associates) participated in a telephonic meet and confer session with Kristine

2

DECLARATION OF ROBERT NIDA IN SUPPORT
OF MOTION TO ENFORCE ORDER

C 02 5286 CW (EMC)

Poplawski, counsel for Plaintiffs. Defendants participated in good faith in hopes of having Plaintiffs finally comply with the Order of the Court. One of the issues discussed was Plaintiffs continual failure to comply with the requirements of Plaintiffs to file an affirmation confirming that all documents have been produced. Plaintiffs promised to comply by January 6, 2006. Despite having waited for months for compliance, Defendants again waited until that date for the affirmation. The meet and confer was confirmed in my letter to Plaintiffs dated December 20, 2005. A true and complete copy of my letter is attached hereto as Exhibit 3.

8. On January 6, 2006, Defendants did not receive the affirmation due months ago and again promised by January 6, 2006.

9. Since January 6, 2006, we have notified Plaintiffs of their failure to comply. True and complete copies of letters are attached hereto as Exhibit 4. To date, however, Plaintiffs have continued to ignore our letters and demands for compliance or seek continuance from Defendants or the Special Master.

10. Finally, my opinion, and based on same, the actions of Plaintiffs by failing to produce documents, failing to file the required affirmation, failing to produce witnesses, withholding documents on false privileges, and stalling other aspects of this case is deeply troubling. It is clear from Defendants perspective that Plaintiffs are engaging in a practice of denying discovery to Defendants in hopes of running the clock on the discovery cut-off date. As such, Defendants believe a reevaluation of the discovery deadline dates and trial dates is appropriate. Defendants will raise this issue in a separate motion at the appropriate time.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the State of California and the United States of America.

Executed this 12th day of January 2006, at Los Angeles, California.

Robert Nida

3
DECLARATION OF ROBERT NIDA IN SUPPORT
OF MOTION TO ENFORCE ORDER
C 02 5286 CW (EMC)