# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

## RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

January 20, 2006

To:    Robert J. Dupont
Reeves & Associates, A PLC
2 North Lake Avenue, Suite 950
Pasadena, CA 91191-1871

Edward A. Olsen
United States Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Re:    Nicolae Negrea v. Emilia Bardini et al. - C05-4470 BZ

Dear Sirs:

    At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman. A hearing has since been scheduled for March 6, 2006 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before, Judge Zimmerman. We have no record of your decision.

    At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline. A party is free to withhold consent without adverse consequences. Please complete and electronically file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Lashanda Scott

By:    Lashanda Scott
Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd