
The Facebook, Inc. v. Connectu, LLC et al

Doc. 1336

Dockets.Justia.com









