
The Facebook, Inc. v. ConnectU, LLC et al     Doc. 1336 Att. 2

Dockets.Justia.com







