The Facebook, Inc. v. Connectu, LLC et al — Doc. 1337

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND, <br><br> *Plaintiff(s),* <br><br> vs. <br><br> RAMCON COMPANY, INC., <br><br> *Defendant(s).* | C 05-438 PVT <br><br> **CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE** |

Please take notice that the Case Management Conference scheduled for February 21, 2006 at 2:00 p.m. has been rescheduled for **May 30, 2006 at 2:00 p.m.** before Magistrate Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: February 15, 2006

/s/ Corinne Lew

Corinne Lew
DEPUTY CLERK

Dockets.Justia.com