FILED

2006 FEB 27 PM 5: 30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 03-00095-WBS |
|---|---|

Plaintiff(s),

v.                                                          **ORDER**

AMR MOHSEN ,

Defendant(s).

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom D, fifteenth Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated:   2/27/2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE