**United States District Court**
For the Northern District of California

1
2
3          UNITED STATES DISTRICT COURT
4          NORTHERN DISTRICT OF CALIFORNIA
5
6   DARYL PAUL,                              No.  C 06-00894 JCS
7            Plainitff(s),                   NOTICE OF IMPENDING
                                             REASSIGNMENT TO A UNITED STATES
8        v.                                  DISTRICT JUDGE
9   ELI LILLY AND CO.,
10           Defendant(s).
11   _____/
12
13          The Clerk of this Court will now randomly reassign this case to a United States District
14   Judge because:
15          [X]     One or more of the parties has requested reassignment to a United States District
16   Judge or has not consented to the jurisdiction of a United States Magistrate Judge.
17          []      One or more of the parties has sought a type of judicial action (e.g., a temporary
18   restraining order) that a United States Magistrate Judge may not take without the consent of all
19   parties, the necessary consents have not been secured, and time is of the essence.
20          ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE
21   SPERO ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE
22   JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.
23
24   Dated:  March 3, 2006
25                                           Richard W. Wieking, Clerk
                                             United States District Court
26
                                             Karen L. Hom
27                                           By: Karen L. Hom
                                             Courtroom Deputy
28   cc:  Intake