Abraham J. Colman (SBN 146933)
Deborah E. Yim (SBN 217400)
Lisa B. Kim (SBN 229369)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080
Email: dyim@reedsmith.com

Attorneys for Defendant
Capital One Bank (erroneously sued
as Capital One Services, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DICK NEWMAN, ANN NEWMAN, AND THE CLASS OF PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITAL ONE SERVICES, INC.; TRANS UNION LLC; EQUIFAX, INC.; EXPERIAN SERVICES CORP.; BANK OF AMERICA CORPORATION; JPMORGAN CHASE & CO.; MBNA MARKETING SYSTEMS, INC.; DISCOVER FINANCIAL SERVICES, INC.; FIRST USA BANK, A BANK ONE COMPANY; CAVALRY PORTFOLIO SERVICES, LLC; DAVID A. BAUER,<br><br>Defendants. | No.: C05-05409 JW HRL<br><br>The Honorable James Ware<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CAPITAL ONE BANK'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date: May 18, 2006<br>Time: 9:00 a.m.<br>Place: Courtroom 8 |

The Court has reviewed Defendant Capital One Bank's ("Capital One") Motion to Dismiss the Complaint filed by Plaintiffs Dick Newman and Ann Newman and all opposition and supporting papers. Good cause appearing therefore, the Court hereby grants Capital One's Motion to Dismiss in its entirety, and dismisses, with prejudice, Plaintiff's first, second, third, fourth, fifth, sixth, and seventh causes of action, respectively, for: (1) libel; (2) breach of contract; (3) fraud; (4) purported violations of the federal Fair Credit Reporting Act; (5) purported violation of the Equal Credit Opportunity Act; (6) purported violation of the California Fair Debt Collection Practices Act; and (7) intentional infliction of emotional distress.

Dated:

_____
The Honorable James Ware