# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Kenneth Bianchi

             Plaintiff(s),

v.

The United States of America

             Defendant(s).
_____/

Case No. C 05-5274 JSW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/17/06

                                                  JOEL J. ROESSNER (ATF)
                                                  [Party]

Dated: 3/13/06

                                                  Owen P. Martikan, AUSA
                                                  [Counsel]