IAN G. LOVESETH (SBN 085780)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorneys for Defendant
GERARD HOOD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> v. <br><br> GERARD HOOD, et.al., <br><br>     Defendant. | Case No.: CR-05-00011-MJJ <br><br> DEFENDANT'S WITNESS LIST <br><br> Trial date: March 20, 2006 <br> Time: 8:30 a.m. <br> Hon. William B. Shubb, Courtroom D, 15th Floor |

    Defendant GERARD HOOD, by and through his counsel, IAN G. LOVESETH, hereby files this list of witnesses he may call in his defense at the trial in the above-captioned case. The defendant reserves the right to call additional witnesses as may be required, and will alert the court and AUSA Doug Sprague in such an event. Moreover, the following is not necessarily the order in which the witnesses will be called.

///

///

DEFENDANT'S WITNESS LIST

1. CALHOUN, REGINALD (aka: "Reggie") is a potential alibi witness.
2. CALHOUN, RODERICK (aka: "Rod") is a potential alibi witness.
3. DAVIS, CALVIN VAN DOUGLAS (aka: Calvin T") is expected to testify about his relationship with all four defendants in this case.
4. COLLINS, CHARLES (aka: "Big Pancho") is expected to testify about his relationship with all four defendants in this case.
5. CORGILE, DEMARRIA is expected to testify about his relationship with the defendant Gerard Hood.
6. CORGILE, SHAMEDA LENEICE is expected to testify about her relationship with the defendant Gerard Hood.
7. CORGILE, MARLENE is expected to testify about her relationship with the defendant Gerard Hood.
8. GREEN, KENEESHA is expected to testify about her relationship with all four defendants in this case.
9. GREEN, KENNY is expected to testify about her relationship with all four defendants in this case.
10. GREEN, MRS. is the mother of Kenny and Keneesha and she is expected to testify about her relationship with all four defendants in this case.
11. HAWKINS, LASHAWNDA is a potential alibi witness.
12. HOLLY, ANTHONY LANELL is expected to testify about his relationship with Chana Holly.
13. HOLLY, ANTOINE is expected to testify about his relationship with Chana Holly.
14. HOLLY, STARSHEENA is a potential alibi witness.
15. HOOD, MYESHA is expected to testify about her relationship with the defendant Gerard Hood.
16. JACKSON, DARYL, District Attorney Investigator is expected to testify about his

| | |
|---|---|
| 1 | knowledge of Torry Buchanan. |
| 2 | 17.  ROBINSON, NORMAN is expected to testify about his relationship with Teraye Lyles. |
| 3 | 18.  HOLLY, CHANA RASHAWN is expected to testify about her relationship with all four |
| 4 | defendants in this case. |
| 5 | 19.  LYLES, TERAYE SEANAE is expected to testify about his relationship with Chana |
| 6 | Holly. |
| 7 | 20;  STEVENSON, CHRISTOPHER EARL, JR. (aka: "Lil Chris") is expected to testify |
| 8 | about his relationship with Chana Holly. |
| 9 | 21.  BUCHANAN, TORRY is expected to testify about his relationship with Chana Holly. |
| 10 | 22.  WILLIAMS, MUNTU (aka: Chewy) is expected to testify about his relationship with all |
| 11 | four defendants in this case. |

DATED: March 17, 2006          Respectfully submitted,


/S/ _____
IAN G. LOVESETH
Attorney for Defendant
GERARD HOOD