LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
REED R. KATHREIN (139304)
JEFF D. FRIEDMAN (173886)
SYLVIA WAHBA KELLER (197612)
CONNIE M. CHEUNG (215381)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
PatC@lerachlaw.com
ReedK@lerachlaw.com
JFriedman@lerachlaw.com
SylviaW@lerachlaw.com
ConnieC@lerachlaw.com
– and –
WILLIAM S. LERACH (68581)
ELIZABETH A. ACEVEDO (227347)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
BillL@lerachlaw.com
EAcevedo@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CV THERAPEUTICS, INC. SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) ) | No. C-03-3709-SI  CLASS ACTION  SUPPLEMENTAL DECLARATION OF REED R. KATHREIN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION AND FOR AN ORDER TO SHOW CAUSE WHY SANCTIONS FOR DESTRUCTION OF DOCUMENTS SHOULD NOT BE ENTERED |
| | DATE: March 31, 2006  TIME: 9:00 a.m.  COURTROOM: Honorable Susan Illston |

I, REED R. KATHREIN, declare as follows:

I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

1. I personally reviewed hard copies of all the documents produced by CV Therapeutics, Inc.'s General Counsel, Tricia Suvari, and its Senior Corporate Counsel, Douglas Sheehy, as well as indexes of all electronic documents produced by defendants for the August 2003 and early September 2003 time frame for copies of alleged emails sent by Ms. Suvari and Mr. Sheehy relating to document preservation or instructions. I also reviewed the back-up tape catalogs of Tricia Suvari and Douglas Sheehy's email which show the dates and subject matters of their emails for similar documents. The only catalogs of backup tapes that were produced to us that show some level of detail for employees are dated October 31, 2003, November 5, 2003, and December 3, 2003. A September 13, 2003 tape also shows some detail but not of the personnel who are most relevant to this case. A review of these sources, produced or not produced, did not reveal the names of any email subjects that appear to be related to instruction to preserve documents for this litigation. There were no titles such as, "Important" or "New Company Policy" or "Please Read" that would cause one to look at the email as containing important instructions.

2. I have also reviewed the catalog descriptions of each email in the inbox and deleted items folder for each current and former defendant and I did not see any subjects that appeared to be related to preservation instructions.

3. Finally, I reviewed the two privilege logs produced by defendants and there appear to be no emails related to preservation instructions that appeared on those logs.

4. Plaintiff served their first request to produce documents on defendants in September 2004. Under the Private Securities Litigation Reform Act of 1995 and local rules, plaintiff could not have served them earlier. Also, on September 20, 2004, plaintiff and defendants exchanged their initial disclosures under Fed. R. Civ. P. 26(a).

1

2     5.      Attached is a true and correct copy of the following exhibit:

3      Exhibit A:      Defendants' Responses and Objections to Plaintiff's First Request for Production of Documents.

4

5 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 17th day of March, 2006, at San Francisco, California.

6

                                               /s/ REED R. KATHREIN

7                                                REED R. KATHREIN

8

T:\CasesSF\CV Therapeutics\DEC00029090.doc

KATHREIN SUPPLEMENTAL DECLARATION IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL PROD & FOR ORDER TO SHOW CAUSE - C-03-3709-SI     - 2 -

# CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    /s/ REED R. KATHREIN
REED R. KATHREIN

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:ReedK@lerachlaw.com

# Mailing Information for a Case 3:03-cv-03709

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elizabeth Aida Acevedo**
  eacevedo@milberg.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Paul H. Dawes**
  paul.dawes@lw.com

- **Sean M. Handler, Esq**
  ecf_filings@sbclasslaw.com nwortman@sbclasslaw.com

- **Robert A. Jigarjian**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Michele D. Johnson**
  Michele.Johnson@lw.com Beverly.Wilkinson@lw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Jay L. Pomerantz**
  jay.pomerantz@lw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Peter Todd Snow**
  peter.snow@lw.com carmela.ene@lw.com

- **John C. Tang**
  john.tang@lw.com jay.pomerantz@lw.com;matthew.missakian@lw.com

- **Sylvia Wahba**
  sylviaw@milberg.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into

your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`