IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. K. WADE,<br><br>    Plaintiff,<br><br>  v.<br><br>ELAINE CHAO, SECRETARY OF LABOR, et al.,<br><br>    Defendants.<br>                                     / | No. C 06-00710 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court **CONTINUES** the case management conference, currently set for May 4, 2006, to **MAY 18, 2006, AT 11:00 A.M.** Please file a joint case management statement no later than **MAY 15, 2006**.

**IT IS SO ORDERED.**

Dated: March 22, 2006.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE