1  Lawrence J. Gornick (SBN 136290)
2  Emily Charley (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Tel: (415) 646-7160
   Fax: (415) 981-1270
5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10 MICHELLE GERST AND ERIK GERST,        )    No. C 05 5029 PJH
                                         )
11              Plaintiffs,              )    Before the Honorable PHYLLIS J.
                                         )    HAMILTON
12                                       )
   vs.                                   )    **[PROPOSED] ORDER** ~~VACATING~~
13                                       )    ~~AND/OR~~ **CONTINUING CASE**
                                         )    **MANAGEMENT CONFERENCE**
14 ELI LILLY AND COMPANY,                )
                                         )
15              Defendant.              )    Conference Date:   APRIL 6, 2006
                                         )    Conference Time:   2:30 p.m.
16 ─────────────────────────────             Location:          Courtroom 3, 17TH Fl.

17        For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court

18 hereby continues the APRIL 6, 2006 Case Management Conference ("CMC") to

19 ___August 3, 2006_____, at ___2:30 p.m.___  In the event the case is not transferred to the Honorable

20 Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa*

21 *Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC

22 Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

23

24        **IT IS SO ORDERED**

25

26        DATED:  3/28/06

27

28        HON_____
          United S_____

IT IS SO ORDERED
Judge Phyllis J. Hamilton

─────────────────────────────────────────────────────
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
1