| | |
|---|---|
| 1 | FEDERAL EXPRESS CORPORATION |
|   | Frederick L. Douglas |
| 2 | Christopher Yost |
|   | David Billions |
| 3 | 3620 Hacks Cross Road |
|   | Building B, 3rd Floor |
| 4 | Memphis, Tennessee 38125 - 8800 |
|   | Telephone: (901) 434-8519 |
| 5 | Facsimile: (901) 434-9271 |
| 6 | SEYFARTH SHAW LLP |
|   | Gilmore F. Diekmann, Jr. (SBN 050400) |
| 7 | Patricia H. Cullison (SBN 101636) |
|   | Francis J. Ortman, III (State Bar No.: 213202) |
| 8 | 560 Mission Street, Suite 3100 |
|   | San Francisco, California 94105 |
| 9 | Telephone: (415) 397-2823 |
|   | Facsimile: (415) 397-8549 |
| 10 | |
|    | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD ALVARADO, JOHN AZZAM, CHARLOTTE BOSWELL, TANDA BROWN, BERTHA DUENAS, PERNELL EVANS, CHARLES GIBBS, JANICE LEWIS, MARIA MUNOZ, KEVIN NEELY, LORE PAOGOFIE, DYRONN THEODORE, LASONIA WALKER and CHRISTOPHER WILKERSON, | ) ) ) ) ) ) ) ) | Case No. C04-0098 SI<br><br>Case No. C04-0099 SI<br><br>**DEFENDANT'S REVISED NOTICE OF MOTION SEEKING AN ORDER SEVERING PLAINTIFFS' RESPECTIVE CLAIMS FOR SEPARATE TRIAL** |
| Plaintiffs,<br>v. | ) ) ) | |
| FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS, | ) ) ) | Date: May 19, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Susan Illston |
| Defendant. | ) ) | |
| GARY WHITE and ALXANDER RIVERA, | ) ) | |
| Plaintiffs,<br>v. | ) ) ) | |
| FEDEX CORPORATION, a Delaware corporation, FEXEX EXPRESS, a Delaware corporation, et al | ) ) ) ) | |

Defendant's Revised Notice of Motion Seeking an Order Severing Plaintiffs' Respective Claims for Separate Trial, Case No. C04-0098 SI, C04-00099SI.

# REVISED NOTICE AND MOTION

TO THE PLAINTIFFS HEREIN AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that at 9:00 a.m., May 19, 2006, before the Honorable Susan Illston, at the United States District Courthouse, 450 Golden Gate Avenue, 19th Floor, San Francisco, California, defendant Federal Express Corporation ("FedEx") will and does hereby move the Court for an order severing plaintiffs' respective claims for separate trial.

FedEx will be prejudiced if Plaintiffs' claims are tried in a single action. If tried together, there will be many witnesses whose testimony will be relevant to only one Plaintiff's claims. This testimony necessarily will color the jury's perception with respect to all of the Plaintiffs' cases. Moreover, a jury will have a difficult, if not impossible, time keeping each Plaintiff's claim separate and requiring each Plaintiff to independently prove his/her case. Accordingly, the Court should require a separate trial for each Plaintiff.

DATED: March 28th 2006

FEDERAL EXPRESS CORPORATION

By
Frederick L. Douglas
Lead Counsel

Doc. No. 595390

1
Defendant's Revised Notice of Motion Seeking an Order Severing Plaintiffs' Respective Claims for Separate Trial, Case No. C04-0098 SI, C04-00099SI, C04-00099SI.